UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BARBARA ALIOTTA, et al )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MARTIN J. GRUENBERG, )<br>Acting Chairman, )<br>Federal Deposit Insurance Corporation, )<br>)<br>Defendant. )<br>) | Case No. 1:05-cv-02325-RMU |

**DEFENDANT'S CONSENT MOTION
FOR AN ENLARGEMENT OF TIME TO ANSWER
OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Martin J. Gruenberg, Acting Chairman of the Federal Deposit Insurance Corporation ("FDIC"), by and through counsel, respectfully moves for an enlargement of time to and including Wednesday, March 15, 2006, in which to answer or otherwise respond to the Plaintiffs' Complaint, which alleges that the FDIC violated the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. § 621 *et seq*. Defendant's answer is currently due on Tuesday, February 14, 2006.[1]

---

[1] See Fed. R. Civ. P. 12(a)(3)(A). As shown on the ECF docket report, the Complaint in this matter was filed on December 5, 2005, and a summons was issued as to Acting FDIC Chairman Martin J. Gruenberg on that date. The FDIC's copy of the Complaint was received via certified United States mail by its Office of the Executive Secretary, in accordance with the provisions of Fed. R. Civ. P. 4(i)(2)(A), on December 14, 2005. As further shown on the docket report, summons as to the United States Attorney and the United States Attorney General (as required by Fed. R. Civ. P. 4 (i)(1) and 4(i)(2)(A)) were subsequently issued on December 13, 2005. Undersigned counsel has been informed that the Complaint was received by the United States Attorneys Office for the District of Columbia on December 16, 2005.

In support of this motion, Defendant states that the Complaint requests, inter alia, certification of a class consisting of "Employees born on or before December 30, 1955, who were discharged from their employment in the Division [of] Resolutions and Receiverships of the Defendant Agency pursuant to the 2005 RIF." Complaint at 18. However, the Complaint also contains specific factual allegations on behalf of nineteen (19) current and former FDIC employees age 50 or above and who are also named individually as plaintiffs. Complaint at 2-7. Plaintiffs' counsel has indicated to the undersigned that he plans to file an Amended Complaint prior to the current due date for the FDIC's answer, and that the Amended Complaint will contain specific factual allegations on behalf of an additional twenty-seven (27) current and former FDIC employees, for a total of forty-six (46) individually named Plaintiffs. Pursuant to the 30-day notice provisions of Section 15(c) and (d) of the ADEA, 29 U.S.C. § 633a (c) and (d), and the regulations of the United States Equal Employment Opportunity Commission found at 29 CFR 1614.201(a), the claims of some of these additional named Plaintiffs will not be judicially cognizable until after the date that the FDIC's answer is currently due. The requested enlargement of time will permit the FDIC to respond to all of the Plaintiffs' allegations at one time rather than in a piecemeal fashion.

Undersigned counsel for Defendant has conferred with Plaintiffs' counsel David L. Rose, Esq., concerning this motion and Plaintiffs' counsel has consented to this motion. No previous extensions of time have been requested or granted in this matter.

For the foregoing reasons, Defendant respectfully requests that this Court grant an enlargement of time to and including Wednesday, March 15, 2006, in which to answer or otherwise respond to the Plaintiffs' Complaint.

An order granting the relief sought is attached hereto.

/s/ William S. Jones
William S. Jones
Georgia Bar No. 404288
Counsel, Legal Division
Federal Deposit Insurance Corporation
3501 N. Fairfax Drive (VS-E6006)
Arlington, VA 22226
(703) 562-2362
(703) 562-2482 (Fax)

Stephen J. Kessler
D.C. Bar No. 382427
Counsel, Legal Division
Federal Deposit Insurance Corporation
3501 N. Fairfax Drive (VS-E6014)
Arlington, VA 22226
(703) 562-2311
(703) 562-2482 (Fax)

Attorneys for Defendant

Dated: February 8, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2006, I caused a true and correct copy of the foregoing Defendant's Consent Motion for an Enlargement of Time to Answer or Otherwise Respond to Plaintiffs' Complaint to be served on Plaintiffs, through counsel, by first-class mail, postage prepaid, addressed as follows:

>Terri N. Marcus, Esq.
>David L. Rose, Esq.
>Rose & Rose, P.C.
>1320 19th Street, N.W.
>Suite 601
>Washington, DC 20036

_____
William S. Jones
Counsel
Federal Deposit Insurance Corporation