UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA ALIOTTA, et al )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MARTIN J. GRUENBERG, )<br>Acting Chairman, )<br>Federal Deposit Insurance Corporation, )<br>)<br>Defendant. )<br>) | Case No. 1:05-cv-02325-RMU |

## ORDER

UPON CONSIDERATION of Defendant's Consent Motion for an Enlargement of Time to Answer or Otherwise Respond to Plaintiffs' Complaint, it is this ____ day of _____, 2006

ORDERED that Defendant's Motion is hereby GRANTED, and it is further

ORDERED that Defendant shall have until March 15, 2006, to answer or otherwise respond to Plaintiffs' Complaint.

SO ORDERED.

_____
Ricardo M. Urbina
United States District Judge

Copies to:

Terri N. Marcus
David L. Rose
Rose & Rose, P.C.
1320 19th Street, N.W.
Suite 601
Washington, DC 20036

Attorneys for Plaintiffs


William S. Jones
Stephen J. Kessler
Counsel, Legal Division
Federal Deposit Insurance Corporation
3501 N. Fairfax Drive (VS-E6006)
Arlington, VA 22226

Attorneys for Defendant