UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA ALIOTTA, et al and<br>Others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>MARTIN J. GRUENBERG, ACTING<br>CHAIRMAN, FEDERAL DEPOSIT<br>INSURANCE CORPORATION,<br><br>        Defendant. | Case Number 1: 05CV02325<br><br>Plaintiff's Uncontested Motion for<br>Extension of Time to File Motion<br>for Class Certification<br><br>[ADEA Class Action] |

Plaintiffs, by and through their attorney of record, hereby move for leave to file their motion for class certification on a date on or before April 19, 2006.

In support of this motion, undersigned counsel certifies:

Defense counsel consents to the extension of time in which to file. The parties have agreed that Plaintiffs may file their motion for class certification no later than Wednesday, April 19, 2006.

WHEREFORE, Plaintiff prays that the present motion be granted.

DATED: March 1, 2006

ROSE & ROSE, P.C.

By: /s/ Terri N. Marcus
_____
Terri N. Marcus (DCB# 483175)
1320 19th Street, N.W., Suite 601
Washington, D.C. 20036
Tel: (202) 331-8555
Fax: (202) 331-0996
tmarcus@roselawyers.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copies of:

1) Plaintiff's Uncontested Motion for Extension of Time to File Motion for Class Certification; and
2) [Proposed] Order Granting Extension of Time to File Motion for Class Certification

have been served this 1ST day of March 2006 by first-class mail upon the following person(s):

William S. Jones
Office of General Counsel
Federal Deposit Insurance Corporation
3501 N. Fairfax Drive, Room VS-E-6006
Arlington, Virginia 22226

    /s/ Terri N. Marcus
Terri N. Marcus