# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA ALIOTTA, et al and ) <br> Others similarly situated, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MARTIN J. GRUENBERG, ACTING ) <br> CHAIRMAN, FEDERAL DEPOSIT ) <br> INSURANCE CORPORATION, ) <br> ) <br> Defendant. ) <br> _____) | Case Number 1: 05CV02325 <br><br> [Proposed] ORDER Granting Extension of Time to File Motion for Class Certification <br><br> [ADEA Class Action] |

Plaintiff's Consent Motion for Extension of Time to File their Motion for Class Certification is hereby GRANTED. Plaintiff's motion for class certification shall be filed on or before April 19, 2006.

So Ordered this ____ day of March, 2006

_____
Honorable Ricardo M. Urbina
United States District Judge