## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA ALIOTTA, et al and<br>  Others similarly situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>MARTIN J. GRUENBERG, ACTING<br>CHAIRMAN, FEDERAL DEPOSIT<br>INSURANCE CORPORATION,<br><br>                    Defendant. | )<br>)<br>)  Case Number 1: 05CV02325<br>)<br>)<br>)<br>)  [PROPOSED] ORDER GRANTING<br>)  PLAINTIFFS' MOTION FOR<br>)  CLASS CERTIFICATION<br>)<br>)<br>)<br>)<br>) |

The motion by plaintiffs was heard in the above-entitled Court. After considering the moving, opposition, and reply papers, arguments of counsel and all other matters presented to the Court, **IT IS HEREBY ORDERED THAT** the class of:

Former or present employees of FDIC's Division of Resolutions and Receiverships who were born on a date on or before September 30, 1955 who were terminated from their positions in the DRR, or who were offered and accepted a buyout, as a result of the 2005 RIF, or who accepted a reduction in grade to retain their employment

is hereby GRANTED.

Notice in accordance with Fed.R.Civ.P. 23 (c)(2)(B) shall be issued.


DATED: _____          _____
                                      HONORABLE RICARDO M. URBINA
                                      UNITED STATES DISTRICT COURT JUDGE

I:\Rose Data\Vol2 on 'Server_1'\Aliotta\Motions\Class cert\proposed order.wpd