UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA ALIOTTA, et al ) | Case No. 1:05-cv-02325-RMU |
| ) | |
| Plaintiffs, ) | CONSENT MOTION FOR |
| ) | ENLARGEMENT OF TIME TO |
| v. ) | RESPOND TO PLAINTIFF'S MOTION |
| ) | FOR CLASS CERTIFICATION and |
| MARTIN J. GRUENBERG, ) | MEMORANDUM OF POINTS AND |
| Acting Chairman, ) | AUTHORITY IN SUPPORT THEREOF |
| Federal Deposit Insurance Corporation, ) | |
| ) | |
| Defendant. ) | |

MOTION

Defendant Martin J. Gruenberg, Acting Chairman of the Federal Deposit Insurance Corporation ("FDIC"), by and through counsel, respectfully moves for an enlargement of time to and including Friday, May 26, 2006, in which to respond to Plaintiffs' Motion for Class Certification ("Certification Motion"), which was filed on April 21, 2006.[1]  Pursuant to LCvR 7(b), Defendant's opposition to Plaintiffs' motion is due on Tuesday, May 2, 2006, "or at such other time as the Court may direct. . . ."

---

[1] Plaintiff's Amended Complaint, which alleges that the FDIC violated the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. § 621 *et seq.*, in connection with a reduction in force (RIF) conducted in its Division of Resolutions and Receiverships ("DRR") during 2005, requests the certification of a class consisting of "Employees born on or before December 30, 1955, who were discharged from their employment in the Division of Resolutions and Receiverships of the Defendant Agency or reduced in grade pursuant to the 2005 RIF, and any other class that may be disclosed by the evidence to be produced in discovery."  Amended Complaint at 26.  The Certification Motion seeks to certify a class of "Former or present employees of FDIC's Division of Resolutions and Receiverships who were born on a date on or before September 30, 1955 who were terminated from their positions in DRR, or who were offered and accepted a buyout, as a result of the 2005 RIF, or who accepted a reduction in grade to retain their employment."

MEMORANDUM OF POINTS AND AUTHORITIES

In accordance with this Court's Standing Order for Civil Cases, this motion for enlargement of time is filed at least four business days prior to the due date for Defendant's opposition to be filed. By minute order entered on March 1, 2006, this Court previously granted Defendant's consent motion for extension of time until March 15 to answer or otherwise respond to the complaint, and also granted Plaintiffs' consent motion for an extension of time until April 21 to file the pending motion for class certification. However, no previous extensions of time have been requested or granted with respect to the filing of Defendant's opposition to the Certification Motion.

In support of this motion, Defendant states that while the Certification Motion is not a "dispositive motion" in the sense of a motion that will resolve the merits of the Complaint, its disposition will nevertheless have a significant impact on the course of this litigation. Defendant requests additional time to respond to the Certification Motion in order to adequately prepare a full and complete response on behalf of the FDIC, consistent with the "rigorous analysis" required in deciding class certification issues. See General Telephone Co. of the Southwest v. Falcon, 457 U.S. 147, 161 (1982).

Undersigned counsel for Defendant has conferred with Plaintiffs' counsel David L. Rose, Esq., concerning this motion and Plaintiffs' counsel has consented to this motion.

For the foregoing reasons, Defendant respectfully requests that this Court grant an enlargement of time to and including Friday, May 26, 2006, in which to respond to the Plaintiffs' Motion for Class Certification.

---

Certification Motion at 3.

2

An order granting the relief sought is attached hereto.

/s/ William S. Jones
_____
William S. Jones
Georgia Bar No. 404288
Counsel, Legal Division
Federal Deposit Insurance Corporation
3501 N. Fairfax Drive (VS-E6006)
Arlington, VA 22226
(703) 562-2362
(703) 562-2482 (Fax)

Stephen J. Kessler
D.C. Bar No. 382427
Counsel, Legal Division
Federal Deposit Insurance Corporation
3501 N. Fairfax Drive (VS-E6014)
Arlington, VA 22226
(703) 562-2311
(703) 562-2482 (Fax)

Attorneys for Defendant

Dated: April 26, 2006

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 26, 2006, I caused a true and correct copy of the foregoing Defendant's Consent Motion for an Enlargement of Time to Respond to Plaintiffs' Motion for Class Certification to be served on Plaintiffs, through counsel, by first-class mail, postage prepaid, addressed as follows:

> Terri N. Marcus, Esq.
> David L. Rose, Esq.
> Rose & Rose, P.C.
> 1320 19th Street, N.W.
> Suite 601
> Washington, DC 20036

/s/ William S. Jones
_____
William S. Jones
Counsel
Federal Deposit Insurance Corporation