## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **BARBARA ALIOTTA, et al** | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 1:05-cv-02325-RMU |
| **MARTIN J. GRUENBERG,** **Acting Chairman,** **Federal Deposit Insurance Corporation,** | ) |
| Defendant. | ) |

## **ORDER**

UPON CONSIDERATION of Defendant's Consent Motion for an Enlargement of Time to Respond to Plaintiffs' Motion for Class Certification, it is this ____ day of _____, 2006

ORDERED that Defendant's Motion is hereby GRANTED, and it is further

ORDERED that Defendant shall have until May 26, 2006, to answer or otherwise respond to Plaintiffs' Motion for Class Certification.

SO ORDERED.

_____
Ricardo M. Urbina
United States District Judge

Copies to:

Terri N. Marcus
David L. Rose
Rose & Rose, P.C.
1320 19th Street, N.W.
Suite 601
Washington, DC 20036

Attorneys for Plaintiffs


William S. Jones
Stephen J. Kessler
Counsel, Legal Division
Federal Deposit Insurance Corporation
3501 N. Fairfax Drive (VS-E6006)
Arlington, VA 22226

Attorneys for Defendant