UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA ALIOTTA, et al and<br>  Others similarly situated,<br><br>             Plaintiffs,<br><br>v.<br><br>MARTIN J. GRUENBERG, ACTING<br>CHAIRMAN, FEDERAL DEPOSIT<br>INSURANCE CORPORATION,<br><br>             Defendant. | Case Number 1: 05CV02325<br><br>CONSENT MOTION FOR<br>ENLARGEMENT OF TIME TO<br>REPLY TO DEFENDANT'S<br>OPPOSITION TO MOTION FOR<br>CLASS CERTIFICATION and<br>MEMORANDUM OF POINTS<br>AND AUTHORITIES IN SUPPORT<br>THEREOF |

MOTION

Plaintiffs, by and through their attorney of record, respectfully move for an enlargement of time to and including Thursday, June 15, 2006, in which to reply and otherwise file their response to Defendant's opposition to their motion for class certification. Plaintiffs previously agreed to an extension for Defendant to file its opposition to said motion to a date no later than May 26, 2006. Plaintiffs' motion for class certification was filed on April 21, 2006.

Pursuant to Local Civil Rule 7(d) and Rule 6 of the Federal Rules of Civil Procedure, Plaintiffs' reply to Defendant's opposition is due on Monday, June 5, 2006 (accounting for the legal holiday of Memorial Day falling on Monday, May 29, 2006) "or at such other time as the Court may direct . . . ."

MEMORANDUM OF POINTS AND AUTHORITIES

In accordance with this Court's Standing Order for Civil Cases, this motion for enlargement of time is filed at least four business days prior to the due date for Plaintiffs' reply to be filed.  By Minute Order entered on March 1, 2006, this Court previously granted Defendant's consent motion for extension of time until March 15 to answer or otherwise respond to the complaint, granted Plaintiffs' consent motion for an extension of time until April 21 to file the pending motion for class certification, and granted Defendant's consent motion for enlargement of time to respond to Plaintiffs' motion for class certification.  However, no previous extensions of time have been requested or granted with respect to the filing of Plaintiffs' reply to Defendant's opposition to the class certification motion.

In support of this motion, Plaintiff avers additional time is necessary to adequately prepare a full and complete response to Defendant's opposition to the class certification motion. The outcome of the motion will impact every aspect of the litigation.

Additionally, an enlargement of time is necessary to accommodate the schedule of lead trial counsel, David L. Rose, which requires him to make an appearance in the United States District Court for the Central District of California.

Undersigned counsel for Plaintiffs conferred with Defendant's Counsel on Monday, May 22, 2006 concerning ths motion and Defendant's counsel, William S. Jones, consented to this motion.

An order granting the requested relief is attached hereto

/s/ David L. Rose

By: _____
David L. Rose (DCB# )
1320 19th Street, N.W., Suite 601
Washington, D.C.  20036
Tel: (202) 331-8555
Fax: (202) 331-0996
daver@roselawyers.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copies of:

1) Consent Motion for Enlargement of Time to Reply to Defendant's Opposition to Motion for Class Certification and Memorandum of Points and Authorities in Support Thereof

2) [Proposed] Order Granting Consent Motion for Enlargement of Time

have been served this 22nd day of May 2006 by first-class mail upon the following person(s):

William S. Jones
Office of General Counsel
Federal Deposit Insurance Corporation
3501 N. Fairfax Drive, Room VS-E-6006
Arlington, Virginia 22226

    /s/ Terri N. Marcus

Terri N. Marcus