UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA ALIOTTA, et al and<br>  Others similarly situated,<br><br>              Plaintiffs,<br><br>v.<br><br>MARTIN J. GRUENBERG, ACTING<br>CHAIRMAN, FEDERAL DEPOSIT<br>INSURANCE CORPORATION,<br><br>              Defendant. | Case Number 1: 05CV02325 |

**ORDER**

UPON CONSIDERATION of Plaintiffs' Consent Motion for an Enlargement of Time to Respond to Defendants' Response to Plaintiffs' Motion for Class Certification, it is this ____ day of _____ 2006

ORDERED that Plaintiffs' Motion is hereby GRANTED, and it is further

ORDERED that Plaintiffs shall have until June 15, 2006 to reply or otherwise respond to Defendant's Response to Plaintiffs' Motion for Class Certification.

SO ORDERED

_____
Honorable Ricardo M. Urbina
United States District Judge