# **EXHIBIT 1**

**(Excerpt from FDIC News May 2005)**

| OPA | OPA Sitemap | OPA Home | Search FDICnet | Home |
|---|---|---|---|---|
| Table of Contents | *FDIC NEWS* Archive | OPA Home | | FDIC Consumer News |

# Dallas Employees Take Advantage of Career Services

*Attendance is high at training sessions as employees prepare for the future.*
By Sally Kearney, Office of Public Affairs

Roy Lyle has attended nearly all of the outplacement classes offered by the Division of Administration's Center for Career Management in Dallas. Lyle, a Resolutions and Receiverships Technician in the Division of Resolutions and Receiverships (DRR), could be affected by an upcoming reduction-in-force in DRR-Dallas, and he wants to be prepared for any outcome. "The sessions have been valuable, and I really appreciate having the opportunity to attend them," said Lyle. "The seminar on salary negotiation was especially helpful. The career counselor here, Saundra Marling, is very knowledgeable and personable. She keeps the classes fun and informative. Also, the employees who go to these sessions have plenty of time to talk about their own experiences, so I've learned a lot from my co-workers. It makes you feel more positive about what's going on."

*Photo: Delivering career services and making the most of them: seated, Roy Lyle; standing (l to r), Kathy Frantum, Charlotte Kettlewell and Leslie Lewis.*

With hundreds of Dallas employees potentially affected by downsizing, DOA's Human Resources Branch has dramatically increased career and outplacement offerings here since November. "DOA has held 38 outplacement sessions so far, and they have all been well attended," said Charlotte Kettlewell, Human Resources Development Specialist, Dallas. "The Job Fair in February featured 69 exhibitors, and 289 Dallas employees attended."

DOA also increased the number of career counselors in the region. "The demand for counseling sessions is still pretty high," Kettlewell said. "It slowed down a bit after the Division of Supervision and Consumer Protection (DSC) Crossover positions were filled, but within a few weeks, it picked up again."

Three Career Transition Groups also meet weekly, with guidance from a career counselor. "Members meet to share stories and network," Kettlewell said.

The Texas Workforce Commission is providing training classes on the labor market, debt management and stress management, along with entrepreneurial workshops. The Small Business Administration conducted a seminar in early May on starting a business.

Leslie Lewis, Resolutions and Receiverships Technician, plans to use her severance pay to launch a new career. "The seminar on starting a business really helped me," Lewis said. "I want to use my pay to explore other ventures." Lewis is considering pursuing photography. She purchased a digital camera and has been taking photos of thoroughbred horses. "I've always worked in an office," Lewis said. "It's scary to think about going out there and trying to do freelance work, but with the severance pay, I'm willing to take a chance."

Financial Management Analyst Kathleen Frantum of DRR met with the career counselors several times as she launched her job search. "I had to prepare a resume from scratch, and they really helped me," she said. "They also advised me on my interviewing techniques. I attended all the seminars. The Corporation has provided tremendous opportunities."

Frantum's preparation paid dividends; she recently landed a job as an accountant with the General Services Administration (GSA). "I made contact with GSA at the Career Fair," she said. "I'm taking the buyout and beginning my new job soon. My colleagues have been genuinely happy for me. I'm very excited about this opportunity."

Return to Top                                          ###

Last Updated: 05/24/2005         Search FDICnet | Home              communications@fdic.gov