# **EXHIBIT 2**

**(10/26/04 Bovenzi Memo)**

**From:** Bovenzi, John F.
**Sent:** Tuesday, October 26, 2004 3:08 PM
**To:** FDIC EMPLOYEES CORPORATE
**Subject:** Workforce Planning

MEMORANDUM TO:        All FDIC Employees

FROM:                 John F. Bovenzi
                      Deputy to the Chairman and Chief Operating Officer

SUBJECT:              Buyout Program and Reductions-in-Force

This is the third in a series of communications about workforce planning for the future. In my August 6th message, I set forth several factors that will influence the Corporation's future business model and workforce profile. These factors, which include continued industry consolidation and improved efficiencies within the FDIC primarily through the use of technology, support the conclusion that the FDIC will need to become a smaller agency.

To assess the implications of this conclusion, each division and office was asked to determine if their organizational focus and workforce composition is properly aligned with the current workload and the evolving corporate vision. These analyses have been largely completed, reviewed, discussed with, and accepted by senior management. They fall into two groups.

The first group includes divisions where staffing levels are not justified by current or projected workloads. These divisions are planning for substantial reductions in their workforces. DRR, DIRM, DOA, Legal, and DOF are included in this group. Buyouts are going to be offered to most employees in these divisions. Nevertheless, it appears likely that the necessary staffing reductions in these divisions cannot be accomplished entirely through voluntary departures. Accordingly, we have begun active planning for RIFs in DRR and DIRM in the third quarter of 2005, and in DOA, Legal, and DOF in 2006.

The second group includes the remaining divisions and all of the offices. Staffing levels in these organizations are for the most part justified by current workload. As a result, in DSC, DIR, and the offices, there will be a more limited buyout program. There will not be a RIF in these organizations.

Corporate-wide we estimate a reduction of between 500 to 600 positions from our current on-board workforce of nearly 5,300. These reductions will occur by year-end 2006, with most of the reductions occurring by year-end 2005.

The approved buyout program has the following general parameters:

- A buyout period that will be open from early November 2004 to mid-May 2005

>   (Eligible DSC employees must submit their buyout applications by December 13, 2004, and leave the Corporation by December 31, 2004);

- A cash payment equal to 50% of total salary;
- Supplemental incentives including, but not limited to, exemption from obligations to repay certain relocation costs and an option to take the buyout as a lump sum or in installments;
- The ability to combine the buyout with either regular or early retirement;
- Employees who accept buyouts would be required to repay the gross amount of the buyout payment if they are re-employed or contract directly with the FDIC within five years following separation (except in exigent circumstances); and
- Management discretion to delay the departures of selected employees for workload reasons.

Eligible employees will start receiving detailed information related to buyouts on or about November 1, 2004, after we have satisfied all bargaining obligations.

Your division or office director will be sending you a more specific message this week detailing the scope of your organization's plans.

I recognize the anxiety and discomfort many of you may be experiencing while reading this message. The notion of undergoing another round of downsizing is troubling to everyone. These actions are necessary to ensure the FDIC is best able to fulfill its mission of maintaining public trust and confidence in the banking system. This public trust comes not only from ensuring the safety and soundness of the industry, but also from maintaining and managing the deposit insurance funds in a responsible manner. As FDIC employees, it is our responsibility to operate as effectively and efficiently as possible, thereby maximizing preservation of the funds and their availability to absorb losses resulting from institution failures. While difficult to accept, pursuing the restructuring activities outlined in this message is both necessary and consistent with our role as fiduciary of the deposit insurance funds.

As it has in the past under similar circumstances, the FDIC will take a variety of steps, including providing outplacement services and career counseling, to help provide a smooth transition for affected employees.