# EXHIBIT 4

(Potential Class Members Electing the Buyout)

# POTENTIAL CLASS MEMBERS ELECTING THE BUYOUT BY 5/2/2005

|    | DRR EMPLOYEE NAME | OFFICE | DOB | EEOC NOTICE DATE |
|----|---|---|---|---|
| 1  | Billick, Anna | Washington, D.C. | 3/4/1940 | |
| 2  | Melson, Ruth | Washington, D.C. | 1/9/1942 | |
| 3  | Eckhart, Steve | Washington, D.C. | 4/6/1942 | |
| 4  | Beasley, Sarah | Washington, D.C. | 3/31/1945 | |
| 5  | Schantz, Joe | Washington, D.C. | 9/23/1945 | |
| 6  | Groves, Sandra | Washington, D.C. | 2/23/1946 | |
| 7  | Green, Ron | Washington, D.C. | 8/24/1946 | |
| 8  | Minyard, Rosemary | Washington, D.C. | 5/31/1948 | |
| 9  | Cameron, Joyce | Washington, D.C. | 1/13/1949 | |
| 10 | Samson, Antonio | Washington, D.C. | 5/28/1949 | |
| 11 | Brown, Bruce | Washington, D.C. | 1/26/1951 | |
| 12 | Clair, Yvonne | Washington, D.C. | 11/15/1951 | |
| 13 | Murphy, Jennifer | Washington, D.C. | 7/18/1952 | |
| 14 | *Fairfield, Joan | Washington, D.C. | 7/15/1953 | 12/6/2005 |
| 15 | Zebrun, Olga | Dallas | 1/3/1931 | |
| 16 | Keefe, Joan M. | Dallas | 7/17/1931 | |
| 17 | Dillard, Delores A. | Dallas | 2/3/1932 | |
| 18 | Price, Tommy E. | Dallas | 4/11/1936 | |
| 19 | Mouser, Raymond | Dallas | 2/23/1937 | |
| 20 | Billington, Virginia S. | Dallas | 3/3/1937 | |
| 21 | Badillo, Herman | Dallas | 4/11/1937 | |
| 22 | Wheeler, George | Dallas | 5/28/1937 | |
| 23 | *Dillow, Lawrence | Dallas | 9/7/1937 | 12/22/2005 |
| 24 | *Barrow, Douglas | Dallas | 2/22/1938 | 12/22/2005 |
| 25 | Terrall, Anne M. | Dallas | 5/7/1938 | |
| 26 | Chase, Joyce A. | Dallas | 6/30/1938 | |
| 27 | Hurbanis, Marilyn R. | Dallas | 7/17/1938 | |
| 28 | Rodriguez, J. Ernest | Dallas | 9/21/1938 | |
| 29 | Wing, Glenda M. | Dallas | 12/21/1938 | |
| 30 | *Henderson, Peggy | Dallas | 2/9/1939 | 12/28/2005 |
| 31 | Holubec, Ray A. | Dallas | 8/24/1939 | |
| 32 | Tucker, Dan H. | Dallas | 9/2/1939 | |
| 33 | Hoel, Charles | Dallas | 1/27/1940 | |
| 34 | *McAnally, J. W. | Dallas | 3/28/1940 | 2/16/2006 |
| 35 | Crowley, Benjamin | Dallas | 5/30/1940 | |
| 36 | Smith, Peggy J. | Dallas | 6/8/1940 | |
| 37 | Hanson, Kenneth T. | Dallas | 7/8/1940 | |
| 38 | Fisher, John H. | Dallas | 7/21/1940 | |
| 39 | McDivit, Patricia | Dallas | 7/27/1940 | |
| 40 | Nelson, Elvis | Dallas | 10/5/1940 | |
| 41 | Runyon, Norma | Dallas | 11/7/1940 | |
| 42 | Lauer, Michael J. | Dallas | 11/20/1940 | |
| 43 | Neill, Paul A. | Dallas | 12/15/1940 | |
| 44 | Cooper, Peggy R. | Dallas | 1/8/1941 | |
| 45 | *Flowers, C. Jenola | Dallas | 5/7/1941 | 2/16/2006 |
| 46 | *Cantrell, James R. | Dallas | 5/9/1941 | 12/22/2005 |
| 47 | *Williams, Kerry L. | Dallas | 8/1/1941 | 12/22/2005 |
| 48 | *Valentine, Marcus L. | Dallas | 11/7/1941 | 12/22/2005 |
| 49 | Cook, Jon S. | Dallas | 11/30/1941 | |
| 50 | Oshaughnessy, Kathryn | Dallas | 8/31/1942 | |

# POTENTIAL CLASS MEMBERS ELECTING THE BUYOUT BY 5/2/2005

| | DRR EMPLOYEE NAME | OFFICE | DOB | EEOC NOTICE DATE |
|---|---|---|---|---|
| 51 | Greensage, Theodore B. | Dallas | 12/10/1942 | |
| 52 | Cook, Patricia A. | Dallas | 1/28/1943 | |
| 53 | Laughlin, Richard | Dallas | 3/10/1943 | |
| 54 | Williamson, John R. | Dallas | 3/28/1943 | |
| 55 | Hester, Steve | Dallas | 4/14/1943 | |
| 56 | *Scott, James M. | Dallas | 4/23/1943 | 2/16/2006 |
| 57 | Brown, Lloyd E. | Dallas | 7/31/1943 | |
| 58 | Urquhart, John M. | Dallas | 8/10/1943 | |
| 59 | Phillips, Lynda R. | Dallas | 8/21/1943 | |
| 60 | Gough, C. Kay | Dallas | 8/27/1943 | |
| 61 | McCaffrey, Sharon | Dallas | 9/17/1943 | |
| 62 | Acierto, Nenita | Dallas | 10/28/1943 | |
| 63 | Smith, Carolyn | Dallas | 12/10/1943 | |
| 64 | Noffsinger, David | Dallas | 12/12/1943 | |
| 65 | Foster Jr., Henry S. | Dallas | 3/1/1944 | |
| 66 | Castaner, Esther | Dallas | 5/16/1944 | |
| 67 | Thompson Jr., Wallace H. | Dallas | 7/29/1944 | |
| 68 | Ahern, Cornelius J. | Dallas | 10/10/1944 | |
| 69 | *Kelly, Gary D. | Dallas | 2/3/1945 | 12/28/2005 |
| 70 | *Mann, Carole | Dallas | 2/16/1945 | 2/2/2006 |
| 71 | Miller, Robert G. | Dallas | 6/17/1945 | |
| 72 | *Ware Jr., Jackson | Dallas | 7/5/1945 | 12/15/2005 |
| 73 | *Schirf Jr., Herbert J. | Dallas | 9/10/1945 | 1/20/2006 |
| 74 | Petri, Clarence J. | Dallas | 11/16/1945 | |
| 75 | Cantos, David | Dallas | 12/7/1945 | |
| 76 | Ashby, Walter D. | Dallas | 3/25/1946 | |
| 77 | *Mann, Richard | Dallas | 4/6/1946 | 2/2/2006 |
| 78 | *Connell, James. B. | Dallas | 6/27/1946 | 2/2/2006 |
| 79 | *Frantum, Kathleen | Dallas | 10/20/1946 | 2/2/2006 |
| 80 | Nicholson, L. Leslie | Dallas | 11/17/1946 | |
| 81 | Allen, Martin R. | Dallas | 2/6/1947 | |
| 82 | Roushar, Louis | Dallas | 3/3/1947 | |
| 83 | Yindrick, Ann M. | Dallas | 4/28/1947 | |
| 84 | *Hoover, Pinkie L. | Dallas | 5/9/1947 | 12/22/2005 |
| 85 | Farrell Jr., Charles P. | Dallas | 6/25/1947 | |
| 86 | Post, Stephen | Dallas | 9/3/1947 | |
| 87 | Clark, F. Charles | Dallas | 10/29/1947 | |
| 88 | *Powers, Nancy | Dallas | 2/24/1948 | 1/20/2006 |
| 89 | Brooks, Paulette | Dallas | 3/12/1948 | |
| 90 | Hoffman, Patricia E. | Dallas | 4/7/1948 | |
| 91 | Miles, Theresa A. | Dallas | 4/7/1948 | |
| 92 | Greer, Judy D. | Dallas | 4/30/1948 | |
| 93 | *Glazener, Larry L. | Dallas | 7/17/1948 | **10/31/2006 |
| 94 | Holmes, Steven R. | Dallas | 9/9/1948 | |
| 95 | *Thiels, Sherry A. | Dallas | 10/20/1948 | 12/22/2005 |
| 96 | *Shute, Patrick J. | Dallas | 3/4/1949 | **10/31/2006 |
| 97 | *Parker, Bernice | Dallas | 3/30/1949 | **10/31/2006 |
| 98 | Sinkko, Helmi | Dallas | 5/6/1949 | |
| 99 | *Everett, Patricia | Dallas | 6/12/1949 | **10/31/2006 |
| 100 | Jackson, Carlotta Y. | Dallas | 6/24/1949 | |

# POTENTIAL CLASS MEMBERS ELECTING THE BUYOUT BY 5/2/2005

| | DRR EMPLOYEE NAME | OFFICE | DOB | EEOC NOTICE DATE |
|---|---|---|---|---|
| 101 | *Haag, Kathy | Dallas | 9/24/1949 | 12/28/2005 |
| 102 | Champagne, Nancy | Dallas | 10/27/1949 | |
| 103 | Sell, Marilyn T. | Dallas | 10/28/1949 | |
| 104 | White, Randal J. | Dallas | 12/22/1949 | |
| 105 | Joseph, Ann Kinney | Dallas | 12/24/1949 | |
| 106 | *Cain, Yvonne | Dallas | 5/26/1950 | **10/31/2006 |
| 107 | *Brown, LaMargo | Dallas | 10/15/1951 | 11/10/2005 |
| 108 | *George, Jamesena | Dallas | 3/20/1952 | 12/15/2005 |
| 109 | Walters, John | Dallas | 6/2/1952 | |
| 110 | *Lett, Donald E. | Dallas | 12/27/1952 | 12/28/2005 |
| 111 | Haddock, Randall | Dallas | 1/26/1953 | |
| 112 | *Dupree-Ellis, Mary L. | Dallas | 5/30/1953 | **10/31/2006 |
| 113 | Eller, Samuel H. | Dallas | 5/10/1954 | |
| 114 | Alonso, Peter | Dallas | 7/4/1954 | |
| 115 | Bumbalough, Jerry | Dallas | 8/2/1954 | |
| 116 | *Montoya, Edwin J. | Dallas | 8/23/1954 | 1/20/2006 |
| 117 | *Leal, Vincent H. | Dallas | 10/4/1954 | 12/28/2005 |
| 118 | Kinser, Donna J. | Dallas | 4/10/1955 | |
| 119 | Just, Randy A. | Dallas | 5/3/1955 | |
| 120 | Ham, Betty L. | Dallas | 5/21/1955 | |

**\*Named Plaintiff**
**(32 of 120)**

**\*\*Timely notice of**
**individual claims**
**(6 of 120)**