# **EXHIBIT 5**

**(Specific RIF Notice)**

**FDIC**

Federal Deposit Insurance Corporation
550 17th St. NW Washington DC, 20429                                    Division of Administration

June 30, 2005

Memorandum

To:        Ann A. Bonner
            Division of Resolutions & Receiverships
            Field Operations Branch
            Dallas, Texas

From:      Miguel A. Torrado
            Associate Director, Human Resources Branch
            Division of Administration

Subject:   Specific Notice of Reduction in Force (RIF) - Separation

I regret to inform you that you will be affected by a reduction in force (RIF) action. This RIF is necessary due to a lack of work and/or a need to reorganize the way we perform our work.

In accordance with RIF procedures (as specified in Title 5, Code of Federal Regulations, Part 351 and FDIC Circular 2100.4, Corporate Reduction in Force Policy), you will be released from your competitive level and, based upon your retention standing, you do not have an assignment right to another position in the competitive area. Consequently, you will be separated from the Federal service effective September 3, 2005. You will continue in your present position during this specific notice period. You will be notified in the event that a position becomes available during the notice period.

To conduct the RIF, retention registers were prepared which listed employees in order by veteran's preference, civil service tenure, length of Federal service, and performance ratings. The following information was used to determine your retention standing as of the RIF effective date:

    Competitive Area:        Division of Resolutions and Receiverships
                                   Dallas, Texas Commuting Area
    Type of Service:          Competitive Service
    Work Schedule:         Full-time
    Position:                    Resolutions & Receiverships Spec., 65S138
    Competitive Level:       CG-1101-12-S002
    Tenure Group and Subgroup: IB

    Three Most Recent Performance Ratings:

| Performance Cycle Ending on: | Rating |
|---|---|
| 08/31/2004 | Meets |
| 08/31/2003 | Does Not Meet |
| 08/31/2002 | Meets |

Additional years of credit based upon performance ratings: 8
Adjusted RIF SCD: 07/31/1972

You will be eligible for an annuity following your separation. Since you are eligible for an annuity, you are not eligible for severance pay. General information about leave and benefits is contained in Attachments 1 (Separating Employee Guide) and 2 (Employee's Guide to Benefits). Specific information regarding unemployment insurance is contained in Attachment 3.

Because you are being separated through a RIF action, you are eligible for career transition and placement assistance. Attachment 2 outlines the process to follow to receive selection priority for the Career Transition Assistance Program (CTAP), the Reemployment Priority List (RPL) and the Interagency Career Transition Assistance Program (ICTAP). FDIC's CTAP provides special selection priority to other positions within FDIC. This program is in effect until your RIF separation. The RPL provides priority referral after your separation to FDIC positions in the local commuting area. The registration form for the RPL program is provided in Attachment 4. The ICTAP affords priority selection for positions in other Federal agencies in the local commuting area. The ICTAP selection priority is in effect now and continues up to one year after your separation. In addition, you are also eligible for FDIC's Career Transition and Outplacement (CTO) services and resources. Career counselors are available to help you develop a career transition plan and provide individual job search assistance. Sessions of the "Career Transition and Outplacement Workshop" will be available for enrollment. Please refer to Attachment 5 for specific information on how to access CTO services and resources.

You may authorize the Human Resources Branch (HRB) to release your qualifications information to Federal, state, and private sector agencies and organizations. A release authorization form is provided in Attachment 6 and should be returned to HRB, Room 10012.

If you elect to resign before the effective date of the RIF, your separation will still be considered involuntary for purposes of eligibility if you are retiring under the discontinued service retirement option. Please be advised that an early departure may affect your eligibility for placement assistance and your appeal rights. You are strongly encouraged to contact HRB to determine how an early departure may affect your benefits.

This action is being taken in accordance with the applicable civil service RIF regulations and procedures. The HRB has copies of the retention registers, RIF regulations, and records affecting your action. You may make an appointment to review this material by calling Les Nicholson on (972) 761-2176. For benefits information and annuity estimate or application for retirement, please contact Kathy Bibi on 703-516-1149 for an appointment. An Information Directory, which includes FDIC points of contact for questions and services available to assist you as a result of this action, is provided as Attachment 7. Attachment 8 provides answers to most frequently asked questions related to this reduction in force.

If you believe that your retention rights have been violated, you may appeal this action to the Merit Systems Protection Board (MSPB). Your appeal may be filed electronically or by paper. If you choose to appeal electronically, you must do so by accessing the MSPB website at

https://e-appeal.mspb.gov/ to create and file your appeal. However, if you choose to file a paper appeal, it must be directed to the Regional Director, U.S. Merit Systems Protection Board, Dallas Regional Office, 1100 Commerce Street, Room 620, Dallas, Texas 75242-9979, telephone (214) 767-0555, Facsimile (214) 767-0102. Your appeal must be filed any time after the effective date of the action being appealed until no later than 30 calendar days after the effective date. Failure to file an appeal within the time limit will result in dismissal of the appeal as untimely filed, unless you can show good cause for the delay. A copy of the appeal form and the MSPB appeal regulations are included as Attachment 6.

This RIF action does not reflect on your service, performance or conduct. It is being taken solely for the reason stated. FDIC is appreciative of your service and sincerely regrets taking this action.

Attachments:

1. Separating Employee Guide
2. Employee's Guide to Benefits
3. Fact Sheet - Unemployment Compensation Insurance for Federal Workers
4. Reemployment Priority List (RPL) Application
5. FDIC's Career Transition and Outplacement (CTO) Services and Resources
6. Authorization to Release Qualifications Information
7. Information Directory
8. Reduction in Force Questions and Answers
9. MSPB Appeal Form and Regulations


RECEIPT ACKNOWLEDGED:
Reduction in Force - Separation

Signature: _____  Date: 7/13/2005
Ann A. Bonner