# EXHIBIT 6

**(Potential Class Members Involuntarily Separated by RIF)**

# POTENTIAL CLASS MEMBERS INVOLUNTARILY SEPARATED BY RIF

|    | DRR EMPLOYEE NAME | OFFICE | DOB | EEOC NOTICE DATE |
|----|---|---|---|---|
| 1  | Melintz, P. Richard | Washington, D.C. | 11/26/1945 | |
| 2  | *Harootunian, Denis C. | Washington, D.C. | 12/30/1950 | **2/21/2006 |
| 3  | Smith, Mary J. | Washington, D.C. | 8/30/1955 | |
| 4  | *Cline, Sylvia F. | Dallas | 1/10/1933 | **10/31/2005 |
| 5  | Tsai, Liman | Dallas | 7/30/1943 | |
| 6  | *Catapat, Priscilla | Dallas | 8/19/1944 | **10/31/2005 |
| 7  | *Bonner, Ann A. | Dallas | 3/25/1946 | **1/20/2006 |
| 8  | Roark, Billie J. | Dallas | 7/25/1946 | |
| 9  | *Patterson, Paula J. | Dallas | 7/25/1950 | **10/31/2005 |
| 10 | *Keller, Dennis L. | Dallas | 9/11/1950 | **10/31/2005 |
| 11 | *Kebbeh, Mary S. | Dallas | 9/27/1950 | **10/31/2005 |
| 12 | Martin, Rita A. | Dallas | 5/28/1951 | |
| 13 | Lewis, Leslie L. | Dallas | 6/12/1951 | |
| 14 | Campbell, Danny J. | Dallas | 7/7/1951 | |
| 15 | *Gray, Darrel E. | Dallas | 8/17/1951 | **2/16/2006 |
| 16 | Powell, Karen A. | Dallas | 10/17/1951 | |
| 17 | *Elrod, Wyman | Dallas | 8/25/1952 | **10/31/2005 |
| 18 | *Wardell, Frances | Dallas | 9/22/1952 | **11/10/2005 |
| 19 | *Anderson, Robert | Dallas | 12/25/1952 | **10/31/2005 |
| 20 | Sargent, Dixie L. | Dallas | 9/4/1953 | |
| 21 | Lyle, Roy J. | Dallas | 12/12/1953 | |
| 22 | *Avery, Jeanie E. | Dallas | 2/24/1954 | **10/31/2005 |
| 23 | *Aliotta, Barbara | Dallas | 6/19/1954 | **10/31/2005 |
| 24 | Pridgeon, Diane | Dallas | 12/28/1954 | |
| 25 | Robinson, Vicki L. | Dallas | 4/22/1955 | |
| 26 | *Lindsey, Pearl Lethy | Dallas | 6/9/1955 | **10/31/2005 |
| 27 | *Claude, Evelyn | Dallas | 9/11/1955 | **10/31/2005 |
| 28 | *Moritz, Oweda Faye | Dallas | 9/26/1955 | **10/31/2005 |

*Named Plaintiff
(16 of 28)

**Timely notice of
individual claims
(16 of 28)