# EXHIBIT 7

**(DIT 2005 Corporate IT Accomplishments)**

## Division of Information Technology

DIT Sitemap   DIT Search   DIT Home   Search FDICnet   Home

## 2005 Corporate IT Accomplishments

### Improving Information Technology Administration and Management

**Transformation**

In 2005, the FDIC completed critical steps in the initiative to transform the information technology (IT) program of the Corporation. DIT began the year facing the possible Reduction in Force (RIF) of over 100 employees and offered informational briefings, job fairs, the corporate buyout program, and career counseling to staff in order to provide as many avenues as possible to career change. In all, 119 employees left DIT by means of retirement, resignation, or transfer to other divisions or agencies, and a RIF was avoided. The new DIT organization, which became effective September 4, was then staffed through transfer of existing staff and job postings to fill vacancies. Benefits resulting from the transformation include:

- A leaner organization with one-third fewer staff, half as many managers, and an increased span of control
- Realigned delivery management structure that is organized to parallel the new systems development life cycle (Rational Unified Process - RUP) rather than stove-piped by client organization
- New delivery management structure that, in conjunction with the new Project Management Organization (PMO), provides a consistent approach for all IT projects
- Establishment of dedicated client liaisons to enhance customer support and IT understanding of the business line
- Implementation of mandatory supervisor, manager and employee training including a management boot camp, the history of the FDIC, and fundamental courses in each of the primary FDIC business lines
- A targeted long-term plan for personal and technical development of all DIT employees resulting from a new skills assessment to be conducted in 2006

**Contract Consolidation**

In 2005, FDIC continued developing a new sourcing strategy for obtaining IT service support. This strategy included partnering with the private sector, DIT customers, and other federal agencies; the use of performance-based, results-driven contracts; the consolidation of nearly 100 support contracts into several large multi-year contracts; and the appointment of full-time professional Oversight Managers to manage and administer these contracts. The structure of the new contracts places the emphasis on contractor performance and links contractor compensation to results achieved rather than costs incurred.

In April, FDIC awarded Information Technology Application Services (ITAS) Basic Ordering Agreements worth over $500 million during a ten-year period to IBM, Booz Allen Hamilton, Lockheed Martin, and Pragmatics. These contracts allow for the consolidation of up to 56 existing contracts, and DIT is on target to consolidate as many as 20 of the 56 contracts by year end 2005. Two task orders were awarded to IBM for maintenance support for closed bank applications and Booz Allen Hamilton for maintenance support for open bank applications.

Continuing the consolidation effort, FDIC awarded an IT Security Self Assessment contract to BearingPoint. This five-year contract consolidates security self assessment and monitoring activities to provide security reviews, solutions, certification and accreditation (C&A)/security testing and evaluation (ST&E) support, and ongoing innovation that reflect industry best practices

tailored to the Corporation's unique regulatory role.

**Capital Investment Review Committee (CIRC)**

In 2005, DIT facilitated the review and update of the FDIC's Capital Investment Policy, which provides a framework to ensure appropriate management oversight of capital investment projects.

Of the nine original capital investment projects under the CIRC review, six have been completed:

- Virtual Supervisory Information on the Net (ViSION)
- Laptop Replacement
- FDICconnect
- Corporate Human Resources Information System - Time & Attendance (CHRIS T&A)
- IT Infrastructure Modernization
- Federal Financial Institutions Examination Council (FFIEC) Call Modernization

The Asset Servicing Technology Enhancement Project (ASTEP), the final modules of the New Financial Environment (NFE), and the Legal Integrated Management System (LIMS) are in process. In all cases, the process put in place to monitor their construction has been a major reason for the initial success.

**Leadership in Enterprise Architecture (EA)**

A comprehensive EA program was developed and FDIC is in continual communication with other public and private sector organizations to ensure it incorporates industry best practices and modern technology. During 2005, FDIC exchanged EA information with the Securities and Exchange Commission (SEC), the Department of Homeland Security (DHS), and General Services Administration (GSA); participated in conferences where attendees requested information about FDIC's EA program to assist them in working toward the level of EA maturity that the Corporation has attained; and shared best practices for data management and EA stakeholder communications and engagement at a number of conferences.

**EA Advisory Forum**

The EA Advisory Forum (EAF) was established in the third quarter of 2005 to advise DIT on corporate EA strategies, standards, and practices, and to provide a platform for issues such as enterprise application integration, interoperability across platforms, business and IT alignment, and seamless adoption of new technology.

**Enterprise Architecture (EA) Repository**

Troux Enterprise Baseline was implemented in 2005 to efficiently manage EA-related data in a centralized repository. This tool is used to support the Corporation's business and IT decision making as well as to facilitate business and IT operational analyses and governance processes. The September release enabled FDIC to retire and replace one of its more costly software products (CA Advantage).

**Strategic Technology Planning**

During 2005, a formal strategic planning process was developed to address the following goals:

- Target technical architecture – reducing the number of computing platforms to save costs and reduce complexity
- Application development – determining the methodology, tools, middleware, and

- application styles that provide the most agile environment for the business
- Portals – deciding how FDIC should leverage different portal products
- Enterprise Data Warehouse - reducing duplication of data and increasing performance for reporting activities

**DIT Balanced Scorecard**

DIT has made significant progress on the development of a balanced scorecard to identify performance measures that demonstrate to clients the value of IT and its alignment with strategic business objectives. The scorecard addresses skill and development, efficient operations, managing IT, and meeting customer expectations. The first DIT Scorecard was produced and published for the quarter ending June 30. DIT is also assisting the client areas in selecting a commercial off-the-shelf software package that will assist them in preparing their divisional balanced scorecards as well as producing a corporate scorecard that will reflect how well the FDIC is meeting its corporate objectives.

**Program Management Office (PMO)**

A significant element of the DIT Transformation in the third quarter of 2005 was the establishment of a formal PMO to provide a centralized approach for initiating, planning and managing all IT projects, defining standardized management methodologies, and facilitating the collection and analysis of metrics to select and monitor the project portfolio.

**Systems Development Life Cycle (SDLC) Improvement Initiative**

Early in 2004, an effort was initiated to update the methodology used for its systems development efforts, which resulted in the selection of the Rational Unified Process (RUP), an iterative, risk-based methodology which FDIC requires for all software application projects. In 2005, significant progress was made in implementation of the RUP, including several different levels of training and coordinating RUP usage with new IT vendors.

**Internal Controls**

In 2005, DIT developed and implemented an interim internal control program for its transformation covering the division's reorganization and staffing, NFE internal implementation in DIT, contract consolidation and security (including privacy). Using this as a foundation, DIT developed new Risk Assessments and Management Control Plans for the division and completed over 40 internal controls reviews focusing on these key aspects of the DIT transformation.

**E-Discovery**

Early in 2005, the E-Discovery Group was formed to define the legal requirements for managing, accessing, and controlling electronic information throughout its lifecycle. Since most interoffice memorandums and communications today are in electronic format, this has significantly altered discovery – the process by which parties in litigation request documents from each other and answer each other's interrogatories and requests for admission.

**Reporting Tool Analysis**

In early 2005, an analysis related to reporting tool software in use at FDIC was completed. The result of the study indicated that out of the 17 reporting products in use, five can be eliminated. In addition, four products will be recommended for retirement over the next two to three years. The four products recommended for retirement support a total of 41 applications and will require migration to new technology.

Contents | Next

Last Updated: 02/15/2006    Search FDICnet | Home    DThompson@fdic.gov