# **EXHIBIT 9**

**(Global E-mail from Acting General Counsel Douglas H. Jones)**

| | |
|---|---|
| **From:** | **Legal Messenger** |
| **Sent:** | Tuesday, March 14, 2006 3:15 PM |
| **To:** | LEGAL CORPORATE |
| **Cc:** | Bjorklund, Glen |
| **Subject:** | A Message From the Acting General Counsel |

March 14, 2006

MEMORANDUM TO:    Legal Division Employees

FROM:    Douglas H. Jones, Acting General Counsel

SUBJECT:    <u>Options for Addressing Remaining Surplus Positions</u>

There are a relatively small number of surplus positions remaining in the Corporation. We want to be sure we have done everything practicable to use the talents of the employees occupying surplus positions to meet the FDIC's workload needs. Therefore, I will be working collaboratively with all Division and Office Directors and the Human Resources Committee over the next 30-45 days to explore options, short of a reduction-in-force, to address the current surplus position situations that exist in our organizations. Such options may include voluntary or involuntary lateral reassignments to existing vacancies or other assignments for which the current incumbents of the surplus positions are qualified.

DOA will continue to do the preparatory work necessary to conduct a RIF later in 2006, if our available options will not address the surplus staffing situation. I encourage all Legal employees occupying surplus positions to continue to avail themselves of the Corporation's outplacement services and to apply for posted vacancies for which they are qualified.

Any questions regarding this email may be directed to Penny Elgas, Manager for Administration at (202) 898-6950.