# EXHIBIT 10

**(EEOC Notification Letters)**

# <u>EXHIBIT 10-1</u>

**(EEOC Notification Letter Dated October 31, 2005)**

# ROSE & ROSE

*A Professional Corporation*
*1320 19th Street, N.W.*
*Suite 601*
*Washington, D.C. 20036*
*Telephone: (202) 331-8555*
*Fax: (202) 331-0996*

David L. Rose
daver@roselawyers.com
(202) 331-8555

Joshua N. Rose
josh@roselawyers.com
(202) 331-8556

David M. Wachtel
daveu@roselawyers.com
(202) 331-8557

Terri N. Marcus
tmarcus@roselawyers.com
(202) 331-0363

October 31, 2005

<u>By Courier</u>
United States Equal Employment Opportunity Commission
Office of Federal Operations
1801 L St., N.W.
Washington, DC 20036

    Attention: Mr. Robert Barnhart

    Re:    Notice of Intent to File Suit under the ADEA
            against Chairman Powell, Federal Deposit Insurance Corp.

Dear Mr. Barnhart:

    This letter is written to notify the Commission that Barbara Aliotta and at least nineteen other former and current employees intend to file suit against the Federal Deposit Insurance Corporation ("FDIC") pursuant to Section 15 of the Age Discrimination in Employment Act (ADEA), 29 U.S.C. 633a, for its age discriminatory employment practice of discharging them from employment or reducing their grade, or compelling them to choose between retirement and discharge from employment, pursuant to a so called Reduction in Force effective in May and September, 2005; but they intend to file suit not earlier than thirty days from the date of this letter.

    A list showing the names and addresses of the twenty claimants and their dates of birth is enclosed herewith.

    This notice is filed pursuant to Section 15(c) and (d) of the ADEA, 29 U.S.C. 633a(c) and (d), and pursuant to the Regulations of the Commission, 29 C. F. R. 1614.201(a).

    A courtesy copy of this Notice and of the list of claimants is being sent to the General Counsel of the FDIC and to Mr. William E. Howard , Office of Diversity and Economic Opportunity, FDIC, 3501 N. Fairfax Drive, Room 801-1240-Arlington, VA 22226-3500.

If you have any questions about this notice, please feel free to call me at 202 331-8555.

Sincerely,

David L. Rose
Attorney for the Charging Parties.

List of Aggrieved Former FDIC Employees

1.  Barbara Aliotta
2175 Crestlake Drive
Rockwall, TX 75087
DOB: 6/19/1954

2.  Robert Anderson
424 Sonoma Drive
Rockwall, TX 75087
DOB: 12/25/1952

3.  Jeannie Avery
P.O. Box 542662
Grand Prairie, TX 75054
DOB: 2/24/1954

4.  Brian D. Bolt
18418 Bay Pines Lane
Dallas, TX 75287
DOB: 5/14/1947

5.  Yvonne Cain
9700 Starboard Court
Cheltenham, MD 20623
DOB: 5/26/1950

6.  Priscilla Catapat
1410 Blakes Way
Garland, TX  75042
DOB: 8/19/1944

7.  Evelyn Claude
2600 Winding Creek Drive
Carrollton, TX 75007
DOB: 9/11/1955

8.  Sylvia Cline
7147 Tours Street
Houston, TX  77036
DOB: 1/10/1933

9.  Mary L. DuPree-Ellis
12807 Hilltop Drive
Balch Springs, TX 75180
DOB: May 30, 1953

10.  Wyman Elrod
7107 Briar Meadow Drive
Dallas, TX 75230
DOB: 8/25/52

12.  Patricia Everett
655 Freeland Avenue
Calumet City, IL 60409
DOB: 6/12/1949

13.  Larry Glazener
4909 Hovenkamp Drive
Dallas, TX 75227-2820
DOB: 7/17/1948

14.  Mary Kebbeh
1238 Sleepy Hollow Drive
Dallas, TX 75235
DOB: 9/27/1950

15.  Dennis Keller
4521 Hale Street
The Colony, TX 75056
DOB: 9/11/1950

16.  Pearl Lindsey
809 Aspen Drive
Desoto, TX 75115
DOB: 6/9/1955

17.  Faye Moritz
2441 Chestnut Drive
Little Elm, TX 75068
DOB: 9/26/1955

18.  Bernice Parker
5038 Overcrest Drive
Garland, TX 75043
DOB: 3/30/1949

19.  Paula Patterson
141 Baker's Acres Drive
Hawthorne, Fla.  32640
DOB: 7/25/1950

20.  Patrick Shute
10105 Concorde Drive
Frisco, TX 75035
DOB: 3/4/1949

# EXHIBIT 10-2

**(EEOC Notification Letter Dated November 10, 2005)**

# ROSE & ROSE

*A Professional Corporation*
*1320 19th Street, N.W.*
*Suite 601*
*Washington, D.C. 20036*
*Telephone: (202) 331-8555*
*Fax: (202) 331-0996*

*David L. Rose*
*daver@roselawyers.com*
*(202) 331-8555*

*Terri N. Marcus*
*tmarcus@roselawyers.com*
*(202) 331-0363*

*Joshua N. Rose*
*josh@roselawyers.com*
*(202) 331-8556*

November 10, 2005

By Courier
United States Equal Employment Opportunity Commission
Office of Federal Operations
1801 L St., N.W.
Washington, DC 20036

Attention: Mr. Robert Barnhart

Re:    Notice of Intent by Additional Employees to File Suit under the ADEA
against Chairman Powell, Federal Deposit Insurance Corp.

Dear Mr. Barnhart:

On October 31, 2005, we sent you a Notice of Intent letter advising the Commission that Barbara Aliotta and at least nineteen other former and current employees intend to file suit against the Federal Deposit Insurance Corporation ("FDIC") pursuant to Section 15 of the Age Discrimination in Employment Act (ADEA), 29 U.S.C. 633a, for its age discriminatory employment practice of discharging them from employment or reducing their grade, or compelling them to choose between retirement and discharge from employment, pursuant to a so called Reduction in Force effective in May and September, 2005; but they intend to file suit not earlier than thirty days from the date of this letter. A list showing the names and addresses of the twenty claimants and their dates of birth was enclosed.

Please add to that list two other employees harmed by the FDIC's 2005 Reduction in Force namely La Margo Brown, Age 32, Grade 6 and Frances Wardell, Age 53, Grade 7. Both of them were employed in the Dallas Office of the FDIC.

This notice is filed pursuant to Section 15(c) and (d) of the ADEA, 29 U.S.C. 633a(c) and (d), and pursuant to the Regulations of the Commission, 29 C. F. R. 1614.201(a).

A courtesy copy of this Notice is being sent to the General Counsel of the FDIC and to Mr. William E. Howard , Office of Diversity and Economic Opportunity, FDIC, 3501 N. Fairfax Drive, Room 801-1240-Arlington, VA 22226-3500.

If you have any questions about this notice, please feel free to call me at 202 331-8555.

Sincerely,

David L. Rose
Attorney for the Charging Parties.

# EXHIBIT 10-3

**(EEOC Notification Letter Dated December 6, 2005)**

# ROSE & ROSE

*A Professional Corporation*
*1320 19th Street, N.W.*
*Suite 601*
*Washington, D.C. 20036*
*Telephone: (202) 331-8555*
*Fax: (202) 331-0996*

*David L. Rose*
*daver@roselawyers.com*
*(202) 331-8555*

*Joshua N. Rose*
*josh@roselawyers.com*
*(202) 331-8556*

*David M. Wachtel*
*dwen@roselawyers.com*
*(202) 331-8557*

*Terri N. Marcus*
*tmarcus@roselawyers.com*
*(202) 331-0363*

December 6, 2005

By Courier
United States Equal Employment Opportunity Commission
Office of Federal Operations
1801 L St., N.W.
Washington, DC 20036

> Attention: Mr. Robert Barnhart

> Re:    Notice of Intent by an Additional Employee to File Suit under the ADEA
> against Chairman Powell, Federal Deposit Insurance Corp.

Dear Mr. Barnhart:

On October 31 and November 10, 2005, we sent you two Notice of Intent letter advising the Commission that Barbara Aliotta and twenty-two other employees or former employees intend to file suit against the Federal Deposit Insurance Corporation ("FDIC") pursuant to Section 15 of the Age Discrimination in Employment Act (ADEA), 29 U.S.C. 633a, for its age discriminatory employment practice of discharging them from employment or reducing their grade, or compelling them to choose between retirement and discharge from employment, pursuant to a so called Reduction in Force effective in May and September, 2005; but they intend to file suit not earlier than thirty days from the date of the letter.

Please add to that list Joan Diane Fairfield, another employee harmed by the FDIC's 2005 Reduction in Force. Ms Fairfield was employed in the Washington, D.C. headquarters Office of the Disputes Resolutions and Receivership Division of FDIC. She was born on July 15, 1953, and she was employed by FDIC in 1978 when it acquired by statute the Resolution Trust Corporation for which she worked, and FDIC discharged her from its employment effective May 14, 2005.

This notice is filed pursuant to Section 15(c) and (d) of the ADEA, 29 U.S.C. 633a(c) and (d), and pursuant to the Regulations of the Commission, 29 C. F. R. 1614.201(a).

A courtesy copy of this Notice is being sent to the General Counsel of the FDIC and to Mr. William E. Howard , Office of Diversity and Economic Opportunity, FDIC, 3501 N. Fairfax Drive, Room 801-1240-Arlington, VA 22226-3500.

If you have any questions about this notice, please feel free to call me at 202 331-8555.

Sincerely,

David L. Rose
Attorney for the Charging Parties.

# **EXHIBIT 10-4**

**(EEOC Notification Letter Dated December 15, 2005)**

# ROSE & ROSE

*A Professional Corporation*
*1320 19th Street, N.W.*
*Suite 601*
*Washington, D.C. 20036*
*Telephone: (202) 331-8555*
*Fax: (202) 331-0996*

*David L. Rose*
*daver@roselawyers.com*
*(202) 331-8555*

*Terri N. Marcus*
*tmarcus@roselawyers.com*
*(202) 331-0363*

*Joshua N. Rose*
*josh@roselawyers.com*
*(202) 331-8556*

December 15, 2005

<u>By Courier</u>
United States Equal Employment Opportunity Commission
Office of Federal Operations
1801 L St., N.W.
Washington, DC 20036

Attention: Mr. Robert Barnhart

Re:    Notice of Intent by an Additional Employees to File Suit under the ADEA
       against Chairman Gruenberg, Federal Deposit Insurance Corp.

Dear Mr. Barnhart:

We have previously sent you Notices of Intent letter advising the Commission that Barbara Aliotta and twenty-three other employees or former employees intend to file suit against the Federal Deposit Insurance Corporation ("FDIC") pursuant to Section 15 of the Age Discrimination in Employment Act (ADEA), 29 U.S.C. 633a, for its age discriminatory employment practice of discharging them from employment or reducing their grade, or compelling them to choose between retirement and discharge from employment, pursuant to a so called Reduction in Force effective in May and September, 2005; and that they intended to file suit.

Nineteen former employees filed suit on December 5, 2005 in the United States District Court for the District of Columbia, <u>Aliotta et al. v. FDIC</u>, No. 1:05cv0235 (RMU)

Please take notice that Joan Fairfield, Jasamina George and Jackson Ware, all of them employees of FDIC over the age of 50 who were harmed by the FDIC's 2005 Reduction in Force, intend to file suit or join the existing suit no earlier than 30 days from this date.

This notice is filed pursuant to Section 15(c) and (d) of the ADEA, 29 U.S.C. 633a(c) and (d), and pursuant to the Regulations of the Commission, 29 C. F. R. 1614.201(a).

A courtesy copy of this Notice is being sent to the General Counsel of the FDIC and to Mr. William E. Howard , Office of Diversity and Economic Opportunity, FDIC, 3501 N. Fairfax Drive, Room 801-1240-Arlington, VA 22226-3500.

If you have any questions about this notice, please feel free to call me at 202 331-8555.

Sincerely,

David L. Rose
Attorney for the Charging Parties.

December 15, 2005

# EXHIBIT 10-5

**(EEOC Notification Letter Dated December 22, 2005)**

December 22, 2005

<u>By Courier</u>
United States Equal Employment Opportunity Commission
Office of Federal Operations
1801 L St., N.W.
Washington, DC 20036

     Attention: Mr. Robert Barnhart

   Re:    Notice of Intent by an Additional Employees to File Suit under the ADEA
          against Chairman Gruenberg, Federal Deposit Insurance Corp.

Dear Mr. Barnhart:

     We have previously sent you Notices of Intent letter advising the Commission that
Barbara Aliotta and twenty-three other employees or former employees intend to file suit against
the Federal Deposit Insurance Corporation ("FDIC") pursuant to Section 15 of the Age
Discrimination in Employment Act (ADEA), 29 U.S.C. 633a, for its age discriminatory
employment practice of discharging them from employment or reducing their grade, or
compelling them to choose between retirement and discharge from employment, pursuant to a so
called Reduction in Force effective in May and September, 2005; and that they intended to file
suit.
     Nineteen former employees filed suit on December 5, 2005 in the United States District
Court for the District of Columbia, <u>Aliotta et al. v. FDIC</u>, No. 1:05cv0235 (RMU)
     Please take notice that Frances Wardell, James Cantrell, Sherry Thiels, Jerry
Bumbalough, John Williamson, Douglas Barrow, Mark Valentine, Lawrence Dillow, Pinkie
Hoover, Kent Mouser and Kerry Williams, all of them employees of FDIC over the age of 50
who were harmed by the FDIC's 2005 Reduction in Force, intend to file suit or join the existing
suit no earlier than 30 days from this date.
     This notice is filed pursuant to Section 15(c) and (d) of the ADEA, 29 U.S.C. 633a(c) and
(d), and pursuant to the Regulations of the Commission, 29 C. F. R. 1614.201(a).

A courtesy copy of this Notice is being sent to the General Counsel of the FDIC and to Mr. William E. Howard , Office of Diversity and Economic Opportunity, FDIC, 3501 N. Fairfax Drive, Room 801-1240-Arlington, VA 22226-3500.

If you have any questions about this notice, please feel free to call me at 202 331-8555.

Sincerely,


David L. Rose
Attorney for the Charging Parties.

December 22, 2005

# **EXHIBIT 10-6**

**(EEOC Notification Letter Dated December 28, 2005)**

# ROSE & ROSE

*A Professional Corporation*
*1320 19th Street, N.W.*
*Suite 601*
*Washington, D.C. 20036*
*Telephone: (202) 331-8555*
*Fax: (202) 331-0996*

*David L. Rose*
*daver@roselawyers.com*
*(202) 331-8555*

*Joshua N. Rose*
*josh@roselawyers.com*
*(202) 331-8556*

*Terri N. Marcus*
*tmarcus@roselawyers.com*
*(202) 331-0363*

December 28, 2005

<u>By Courier</u>
United States Equal Employment Opportunity Commission
Office of Federal Operations
1801 L St., N.W.
Washington, DC 20036

   Attention: Mr. Robert Barnhart

  Re:  Notice of Intent by Additional Employees to File Suit under the ADEA
      against Chairman Gruenberg, Federal Deposit Insurance Corp.

Dear Mr. Barnhart:

  We have previously sent you Notices of Intent letter advising the Commission that Barbara Aliotta and twenty-three other employees or former employees intend to file suit against the Federal Deposit Insurance Corporation ("FDIC") pursuant to Section 15 of the Age Discrimination in Employment Act (ADEA), 29 U.S.C. 633a, for its age discriminatory employment practice of discharging them from employment or reducing their grade, or compelling them to choose between retirement and discharge from employment, pursuant to a so called Reduction in Force effective in May and September, 2005; and that they intended to file suit.

  Nineteen former employees filed suit on December 5, 2005 in the United States District Court for the District of Columbia, <u>Aliotta et al. v. FDIC</u>, No. 1:05cv0235 (RMU).

  In addition to the plaintiffs and the employees identified in subsequent Notices of Intent, please take notice that Pete Petry, Peggy Henderson, Gary Kelly, Donald Lett, Vincent Leal, Gregory Haag and Kathy Haag, all of them employees of FDIC over the age of 50 who were harmed by the FDIC's 2005 Reduction in Force, intend to file suit or join the existing suit no earlier than 30 days from this date.

  This notice is filed pursuant to Section 15(c) and (d) of the ADEA, 29 U.S.C. 633a(c) and (d), and pursuant to the Regulations of the Commission, 29 C. F. R. 1614.201(a).

A courtesy copy of this Notice is being sent to the General Counsel of the FDIC and to Mr. William E. Howard , Office of Diversity and Economic Opportunity, FDIC, 3501 N. Fairfax Drive, Room 801-1240-Arlington, VA 22226-3500.

If you have any questions about this notice, please feel free to call me at 202 331-8555.

Sincerely,

David L. Rose
Attorney for the Charging Parties.

December 28, 2005

# **EXHIBIT 10-7**

**(EEOC Notification Letter Dated January 20, 2006)**

# ROSE & ROSE

*A Professional Corporation*
*1320 19th Street, N.W.*
*Suite 601*
*Washington, D.C. 20036*
*Telephone: (202) 331-8555*
*Fax: (202) 331-0996*

David L. Rose
david@roselawyers.com
(202) 331-8555

Joshua N. Rose
josh@roselawyers.com
(202) 331-8556

Terri N. Marcus
tmarcus@roselawyers.com
(202) 331-0363

January 20, 2006

By Courier
United States Equal Employment Opportunity Commission
Office of Federal Operations
1801 L St., N.W.
Washington, DC 20036

Attention: Mr. Robert Barnhart

Re:    Notice of Intent by Additional Employees to participate in Suit under the ADEA
       against Chairman Gruenberg, Federal Deposit Insurance Corp.

Dear Mr. Barnhart:

We have previously sent you Notices of Intent letter advising the Commission that Barbara Aliotta and about 38 or 39 employees or former employees intend to file suit against the Federal Deposit Insurance Corporation ("FDIC") pursuant to Section 15 of the Age Discrimination in Employment Act (ADEA), 29 U.S.C. 633a, for its age discriminatory employment practice of discharging them from employment or reducing their grade, or compelling them to choose between retirement and discharge from employment, pursuant to a so called Reduction in Force effective in May and September, 2005; and that they intended to file suit.

Nineteen former employees filed suit on December 5, 2005 in the United States District Court for the District of Columbia, Aliotta et al. v. FDIC, No. 1:05cv0235 (RMU)

In addition to the plaintiffs in that case and the employees identified in the earlier Notices of Intent, please take notice that Ann Bonner, Donna Kinser, Edwin Montaya, Nancy Powers, and Herbert Schirf, all of them employees of FDIC over the age of 50 who were harmed by the FDIC's 2005 Reduction in Force, are likely to join the existing suit.

This notice is filed pursuant to Section 15(c) and (d) of the ADEA, 29 U.S.C. 633a(c) and (d), and pursuant to the Regulations of the Commission, 29 C. F. R. 1614.201(a).

A courtesy copy of this Notice is being sent to the General Counsel of the FDIC, Attention William Jones, Esq., and to Mr. William E. Howard , Office of Diversity and Economic Opportunity, FDIC, 3501 N. Fairfax Drive, Room 801-1240-Arlington, VA 22226-3500.

If you have any questions about this notice, please feel free to call me at 202 331-8555. .

Sincerely,

David L. Rose
Attorney for the Plaintiffs and
The Charging Parties.

January 20, 2006

# **EXHIBIT 10-8**

**(EEOC Notification Letter Dated February 2, 2006)**

# ROSE & ROSE

*A Professional Corporation*
*1320 19th Street, N.W.*
*Suite 601*
*Washington, D.C. 20036*
*Telephone: (202) 331-8555*
*Fax: (202) 331-0996*

*David L. Rose*
*dave@roselawyers.com*
*(202) 331-8555*

*Joshua N. Rose*
*josh@roselawyers.com*
*(202) 331-8556*

*Terri N. Marcus*
*tmarcus@roselawyers.com*
*(202) 331-0363*

February 2, 2006

<u>By Courier</u>
United States Equal Employment Opportunity Commission
Office of Federal Operations
1801 L St., N.W.
Washington, DC 20036

Attention: Mr. Robert Barnhart

Re:    Notice of Intent by Additional Employees to participate in Suit under the ADEA
       against Chairman Gruenberg, Federal Deposit Insurance Corp.

Dear Mr. Barnhart:

We have previously sent you Notices of Intent letter advising the Commission that
Barbara Aliotta and about 43 or 44 former employees and employees  intend to file suit against
the Federal Deposit Insurance Corporation ("FDIC") pursuant to Section 15 of the Age
Discrimination in Employment Act (ADEA), 29 U.S.C. 633a, for its age discriminatory
employment practice of discharging them from employment or reducing their grade, or
compelling them to choose between retirement and discharge from employment, pursuant to a so
called Reduction in Force effective in May and September, 2005; and that they intended to file
suit.

Nineteen former employees filed suit on December 5, 2005 in the United States District
Court for the District of Columbia, <u>Aliotta et al. v. FDIC</u>, No. 1:05cv0235 (RMU)

In addition to the 19 plaintiffs in that case and the employees identified in the earlier
Notices of Intent, please take notice that James B. Connell, Kathy Frantum, Carole Mann, and
Richard Mann, former employees of FDIC over the age of 50 who were harmed by the FDIC's
2005 Reduction in Force, are likely to  join the existing suit.

This notice is filed pursuant to Section 15(c) and (d) of the ADEA, 29 U.S.C. 633a(c) and
(d), and pursuant to the Regulations of the Commission, 29 C. F. R. 1614.201(a).

A courtesy copy of this Notice is being sent to the General Counsel of the FDIC, Attention William Jones, Esq., and to Mr. William F. Howard , Office of Diversity and Economic Opportunity, FDIC, 3501 N. Fairfax Drive, Room 801-1240-Arlington, VA 22226-3500.

If you have any questions about this notice, please feel free to call me at 202 331-8555.

Sincerely,

David L. Rose
Attorney for the Plaintiffs and
The Charging Parties.

February 2, 2006

# EXHIBIT 10-9

**(EEOC Notification Letter Dated February 16, 2006)**

# ROSE & ROSE

*A Professional Corporation*
*1320 19th Street, N.W.*
*Suite 601*
*Washington, D.C. 20036*
*Telephone: (202) 331-8555*
*Fax: (202) 331-0996*

*David L. Rose*
*daver@roselawyers.com*
*(202) 331-8555*

*Joshua N. Rose*
*josh@roselawyers.com*
*(202) 331-8556*

*Terri N. Marcus*
*tmarcus@roselawyers.com*
*(202) 331-0363*

February 16, 2006

<u>By Courier</u>
United States Equal Employment Opportunity Commission
Office of Federal Operations
1801 L St., N.W.
Washington, DC 20036

    Attention: Mr. Robert Barnhart

    Re:    Notice of Intent by an Additional Employees to File Suit under the ADEA
          against Chairman Gruenberg, Federal Deposit Insurance Corp.

Dear Mr. Barnhart:

    We have previously sent you Notices of Intent letter advising the Commission that Barbara Aliotta and twenty-three other employees or former employees intend to file suit against the Federal Deposit Insurance Corporation ("FDIC") pursuant to Section 15 of the Age Discrimination in Employment Act (ADEA), 29 U.S.C. 633a, for its age discriminatory employment practice of discharging them from employment or reducing their grade, or compelling them to choose between retirement and discharge from employment, pursuant to a so called Reduction in Force effective in May and September, 2005; and that they intended to file suit.

    Nineteen former employees filed suit on December 5, 2005 in the United States District Court for the District of Columbia, <u>Aliotta et al. v. FDIC</u>, No. 1:05cv0235 (RMU)

    Please take notice that C. Jenola Flowers, Darrell Gray, James McAnally and James Scott, all of them employees of FDIC over the age of 50 who were harmed by the FDIC's 2005 Reduction in Force,  intend to file suit or join the existing suit no earlier than 30 days from this date.

    This notice is filed pursuant to Section 15(c) and (d) of the ADEA, 29 U.S.C. 633a(c) and (d), and pursuant to the Regulations of the Commission, 29 C. F. R. 1614.201(a).

A courtesy copy of this Notice is being sent to the General Counsel of the FDIC and to Mr. William E. Howard , Office of Diversity and Economic Opportunity, FDIC, 3501 N. Fairfax Drive, Room 801-1240-Arlington, VA 22226-3500.

If you have any questions about this notice, please feel free to call me at 202 331-8555.

Sincerely,

David L. Rose
Attorney for the Charging Parties.

February 16, 2006



E & ROSE

*ssional Corporation*
*treet, N.W., Suite 601*
*ton, D.C. 20036*

Mr William Howard
Office of Diversity ᴸ Economic Opp.
FDIC
3501 N. Fair Fax Drive Rm. 801-1240
Arlington VA 22226-3500

# **EXHIBIT 10-10**

**(EEOC Notification Letter Dated February 21, 2006)**

# ROSE & ROSE

*A Professional Corporation*
*1320 19th Street, N.W.*
*Suite 601*
*Washington, D.C. 20036*
*Telephone: (202) 331-8555*
*Fax: (202) 331-0996*

*David L. Rose*
*daver@roselawyers.com*
*(202) 331-8555*

*Terri N. Marcus*
*tmarcus@roselawyers.com*
*(202) 331 0363*

*Joshua N. Rose*
*josh@roselawyers.com*
*(202) 331-8556*

February 21, 2006

By Courier
United States Equal Employment Opportunity Commission
Office of Federal Operations
1801 L St., N.W.
Washington, DC 20036

　　　Attention: Mr. Robert Barnhart

　　Re:　　Notice of Intent by an Additional Employees to File Suit under the ADEA
　　　　　　against Chairman Gruenberg, Federal Deposit Insurance Corp.

Dear Mr. Barnhart:

　　　　We have previously sent you Notices of Intent to Sue letters advising the Commission that Barbara Aliotta and other former employees intend to file suit against the Federal Deposit Insurance Corporation ("FDIC") pursuant to Section 15 of the Age Discrimination in Employment Act (ADEA), 29 U.S.C. 633a, for its age discriminatory employment practice of discharging them from employment or reducing their grade, or compelling them to choose between retirement and discharge from employment, pursuant to a so called Reduction in Force effective in May and September, 2005; and that they intended to file suit.

　　　　Nineteen former employees filed suit on December 5, 2005 in the United States District Court for the District of Columbia, Aliotta et al. v. FDIC, No. 1:05cv0235 (RMU). As of last week we believe that we have provided such notice for thirty other former employees.

　　　　Please take notice that an additional former employee, David L. Noffsinger, a former employee of FDIC over the age of 50 who was harmed by the FDIC's 2005 Reduction in Force, intends to file suit or join the existing suit no earlier than 30 days from this date.

　　　　This notice is filed pursuant to Section 15(c) and (d) of the ADEA, 29 U.S.C. 633a(c) and (d), and pursuant to the Regulations of the Commission, 29 C. F. R. 1614.201(a).

A courtesy copy of this Notice is being sent to the General Counsel of the FDIC and to Mr. William E. Howard , Office of Diversity and Economic Opportunity, FDIC, 3501 N. Fairfax Drive, Room 801-1240-Arlington, VA 22226-3500.

Please be advised that Denis C. Harootunian raised the issue of his claims of age discrimination with the FDIC without the assistance of counsel in August or early September, 2005. See complaint No. FDICEO-050073. The undersigned notified the FDIC of our representation of Mr. Harootunian by letter and fax of October 7, 2005. If however notice to the Commission of his intent to sue is relevant, please consider this letter to be notice to the Commission, which will become mature no later than March 23, 2006.

If you have any questions about this notice, please feel free to call me at 202 331-8555.

Sincerely,

David L. Rose
Attorney for the Charging Parties.

February 21, 2006