# **EXHIBIT 11**

**(Excerpt from FDIC News July 2005)**

| OPA | OPA Sitemap  OPA Home  Search FDICnet  Home |
|---|---|
| Table of Contents | FDIC NEWS Archive  OPA Home  FDIC Consumer News |

# DSC Retirees Launch New Lives

*These recent FDIC "grads" are starting businesses, trying new jobs, exploring options and pursuing interests.*
By Sally Kearney, Office of Public Affairs

At the end of 2004, 105 employees with the Division of Supervision and Consumer Protection (DSC) took the buyout and retired. What does life look like six months later? The *FDIC News* recently contacted several retirees to find out.

**Banking Moves**
Quite a few retirees have begun second careers in banking. Steve Race retired as an Assistant Regional Director in the Kansas City Region after 27 years with the FDIC and 31 years of federal service. Race thoroughly enjoyed his FDIC service, including his ARD responsibilities, almost four years as DSC's Deputy Regional Director in the Memphis Region, and seven years as a Senior Examination Specialist in the Kansas City Region during the banking and savings and loan crises. After leaving the FDIC, he shifted gears and formed a small bank consulting firm. "I currently have three clients who are keeping me busy," Race said. "In addition, my wife and I purchased a lake home last year, and we are taking the opportunity to spend more time there. It does seem that consulting work and lake time are often at odds with one another, but we are still able to spend more time at the lake than before."

Race likes this new chapter of his life. "Retirement, if you can call what I am doing retirement, is great," he said. "I have the freedom to work when I want as much as I want. I enjoy that freedom the most. There is far less stress and bureaucracy to contend with."

Race was surprised at how highly others value his FDIC experience. "I can definitely say that the experience gained with the FDIC is extremely valuable," he said. "I did not have a full appreciation for that until I retired. The industry clearly recognizes that value should a person choose to take advantage of it."

*Photo: Steve Race*

Michael Piracci retired as an ARD in the New York Region after 35 years with the FDIC. "Two weeks after retirement, two Philadelphia-area bankers solicited me to consult with their respective institutions," he said. "After getting over the surprise, I accepted both offers, and am now working two to three days per week. Being on the other side certainly has a perspective all its own. These bankers, in general, respect the FDIC, and the New York Regional Office in particular."

After hanging up his hat as a risk-management examiner in the Fargo, North Dakota, Field Office, Bruce Johnson began working as a loan review officer for Minnwest Corporation, a six-bank holding company in Minnetonka, Minnesota. Johnson spent 21 of his 34 years of federal service with the FDIC. "I now oversee Minnwest's loan review function," Johnson said. "Not much has changed from when I was with the FDIC, as this job requires that I periodically travel to the six banks to lead loan reviews and then prepare a written report to each bank's Board of Directors."

Before starting his job, Johnson took two months off and traveled to San Diego for a few weeks and then purchased a new house only a seven-minute drive from his new office. Johnson is finding that he can apply not only the technical skills he learned at the FDIC, but other skills as well. "While at the FDIC I mentored several young people who were seeking to become bank

examiners or use the bank examiner career path to enter the banking industry," he said. "Today, I am using these same experiences to expand the horizons of the younger loan staffs of my current employer."

Joseph Calvert, who retired from the FDIC after 24½ years, held several titles with the Corporation, including examiner, review examiner, senior examination specialist and field office supervisor at locations in Kansas, North Dakota and Texas. He now works for Bank of the West, a $40 billion state nonmember bank headquartered in San Francisco, as a Vice President in the Credit Review section at the bank's Fargo, North Dakota, Office. "I had originally planned to take several months off before considering what to do with my future, but a combination of boredom (I have decided that January is not a good time to retire in North Dakota), and the ready availability of good job opportunities changed my plans," Calvert said. "I was pleasantly surprised to find that the banking industry greatly values the knowledge and skills possessed by a former FDIC examiner. Thus far, I am enjoying doing something different—learning about the banking industry from a slightly different perspective."

*Photo: [Joseph Calvert](#)*

After 12 years with the FDIC, Todd Bowman left his job as an examiner in the Grand Island, Nebraska, Field Office, to become Vice President and Compliance Officer of Five Points Bank of Grand Island and of Hastings. "I am the supervisor of compliance functions and the Bank Secrecy Act," he said. "Plus, I'm a partner in a newly formed compliance consulting company, Hometown Consulting, L.L.C., which does compliance auditing for community banks."

Bowman keeps busy at home with his wife, Michelle, and daughters, Halle and Carly. "The kids' activities keep me going . . . If there is any spare time left, you'll find me at the country club in the summer and the hunting blind in the winter," he said.

**Exploring Options**
Others are taking some time to chart a new course. Jerry Todd Phillips retired after 19 years as a risk-management examiner in the Columbus, Ohio, Field Office. Instead of jumping immediately into a new job, Phillips is taking some time to read and study and think about his next move. "I'm preparing for a second career, but I haven't decided which way I'm going yet," Phillips said. "I told myself I'd take six months to study and evaluate. Right now, I'm considering something in public service or volunteer work, but I'm not entirely sure. I'm also thinking about teaching."

Phillips said it took a while to get used to having so much time. "I realized I had to make my own plans and fix my own schedule," he said. "Once I got on a schedule with my study program, I really got involved. Now I'm getting up early and studying until late in the evening."

Richard Harris retired as a Chicago Region Review Case Manager after nearly 37 years with the FDIC. While he did not have a long-term plan, he had an immediate one: to go to Florida. "After retiring on December 17, I boarded a plane for Orlando that same evening," Harris said. "I was tired when I left, but was fully rejuvenated when I returned to the Chicago area. Still, I was afraid that I would be bored with the sudden loss of my workload."

Just in time, a project came Harris' way, and boredom was no longer a worry. "I was immediately named by my wife to be the editor of her doctoral dissertation about learning-disabled students' reading skills," he said. "I was totally engrossed in that project, which was completed April 22, when she successfully defended her paper's findings and became Dr. Harris. I was thankful for the opportunity to become involved in the editing project. In fact, retirement has given me a chance to look at and recognize other challenges outside the banking arena."

Harris is adhering to a schedule in retirement. "I still get up at the same time and leave the house in the direction of the Chicago commuter train station, but instead of turning into the train station parking lot, I now head towards the fitness club," he said. "I arrive home about 9 a.m. to fix breakfast and read the paper. Now that the editing project is over, I am turning my attention to learning the investment market and strategies, the travel industry and to step back into my old 'comfort' area, real estate."

*Photo: Richard Harris and his wife, Diana*

Former risk-management examiner Jim Steele of the St. Louis Field Office (28 years with the FDIC) just finished building a new house and is remodeling his basement. He also plays golf once or twice a week with another former FDIC examiner, along with belonging to a country music dance club, where he is the bartender. While he may head into banking in the future, he is currently enjoying taking it easy. "Three days after I retired, a recruiter called and wanted to know if I wanted to work for a bank. I said it was too early. Right now I am enjoying playing with my grandchildren. I enjoy Sunday evenings a lot more knowing I don't have to go to work on Monday."

**Pursuing Interests or Just Relaxing**

After 32 years with the FDIC, most recently as an examiner in the Atlanta Field Office, Ellen Reidy is taking a deep breath and relaxing. "Unlike a number of retirees, I do not plan to start a second career as a bank consultant," Reidy said. "I hope to never work again, unless it is as a volunteer. I love being able to get up when I want to and not having a set schedule. Mostly, I am spending time organizing the house, throwing out a lot of useless stuff, reading, working on various crafts and just generally puttering around."

Reidy is also happy to have left behind some aspects of her job. "The increasing administrative paperwork together with the fact that I had to get up at 4:30 a.m. to beat the rush-hour traffic to the Atlanta Field Office made the decision to accept the buyout easy," she said. Reidy plans to relocate to Virginia to be near family members and may take some college courses.

Carol Sudmeier retired after 29 years with the FDIC, most recently as an examiner in the Cedar Rapids, Iowa, Field Office. Sudmeier enthuses about retirement and her busy schedule. "The best thing about retirement is the ability to schedule my own time and devote it to my many interests," she said. In the first five months of retirement Sudmeier has taken three trips, to San Francisco, the Pacific Northwest, and Branson, Missouri. The latter trip was with her two older siblings and parents during which they celebrated her parents' 82nd and 80th birthdays. She has also joined a fitness center, taken digital photography classes and is pursuing a Master of Arts degree in Servant Leadership. "I decided to take these courses as a transition from my career at the FDIC to the rest of my life," Sudmeier said. "The term servant leadership was coined by a former AT&T executive, Robert Greenleaf. His thesis was that a servant-leader is one who is servant first, and then one makes a conscious choice to lead. Greenleaf's litmus test for a servant-leader is whether those served (and led) grow as persons, become healthier, wiser, freer and more autonomous. Servant leaders ask, 'What is the effect on the least privileged in society? Will they benefit?'" One of Sudmeier's next goals is to teach English as a second language and financial skills to immigrants in her local community.

*Photo: Carol Sudmeier*

Sudmeier's early retirement has also been beneficial for personal reasons, giving her the time to help her mother and her siblings take care of her father, who had cancer and passed away in June. "The greatest blessing of early retirement was the freedom from work responsibility that allowed me to assist my father in his final life journey," Sudmeier said. "His integrity and fidelity defined for me what real success is."

Phillip Reykdal retired after 29 years with the FDIC, most recently as an examiner in the Milwaukee, Wisconsin, Field Office. After helping a few clients with their income taxes during tax season, Reykdal has been taking it easy. "I'm planning a trip to Norway this July," he said. "I dance with a Norwegian dance group and my great grandmother came from Norway. I've never been outside the country, so it's time to go, while I'm still young and can get around."

Larry Lowe, a former risk-management examiner who spent his more than 32 years with the FDIC in Orlando, Tampa, and most recently, Birmingham, Alabama, is enjoying his newfound freedom without a job. "Life is wonderful," Lowe said. "My wife and I live on Lay Lake, about 20 miles southeast of Birmingham. Lay Lake is widely regarded as the second-best bass-fishing lake in the State, and my favorite recreational sport is bass-fishing."

Lowe is also devoting time to another hobby. "As I told my wife, I can't fish more than seven days a week, so I built a workshop and am now pursuing my second main hobby, woodworking, building entertainment centers and furniture."

Lowe might consider moving into banking in the future, but not now. "Maybe one day, if the need arises, I'll form a consulting company and contract to perform loan review, auditing, and other services for community banks," he said. For now, he is having a great time with his "non-job" activities.

Note: if you are an FDIC retiree and would like to be featured in a future story, please contact Sally Kearney at skearney@fdic.gov or (202) 898-8675 or Clyde Reid at wreid@fdic.gov or (202) 898-3533.

 ###

Last Updated: 7/20/2005      Search FDICnet | Home            communications@fdic.gov