# EXHIBIT 12

**(Notification of Personnel Action for Gregory Haag Effective 5/1/05)**

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33. Subch. 4

**NOTIFICATION OF PERSONNEL ACTION**

Approved Exception to the SF 50-B
July 1999

| 1. Name *(Last, First, Middle)* | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| HAAG, GREGORY R | | 11/23/49 | 05/01/05 |

| FIRST ACTION | | | SECOND ACTION | | |
|---|---|---|---|---|---|
| 5-A. Code | 5-B. Nature of Action | | 6-A. Code | 6-B. Nature of Action | |
| 713 | CHG TO LOWER GRADE | | | | |
| 5-C. Code | 5-D. Legal Authority | | 6-C. Code | 6-D. Legal Authority | |
| N2M | REG 335.102 | | | | |
| 5-E. Code | 5-F. Legal Authority | | 6-E. Code | 6-F. Legal Authority | |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| RESOLUTIONS & RECEIVERSHIPS SPECIALIST | ASSOCIATE FINANCIAL INSTITUTION SPECIA |
| 00008809   65S137 | 00017634   70S205 |

| 8. Pay Plan | 9. Occ Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1101 | | 13 | 00 | | | CG | 0570 | 12 | 00 | 115,970.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| | .00 | | .00 | 106,200.00 | 9,770.00 | 115,970.00 | .00 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION | FEDERAL DEPOSIT INSURANCE CORPORATION |
| DIV OF RES & REC | DIV OF SUPV & CONS PROTECT |
| DAL FLD OPER BR | CHI REG OFF |
| RECEIVERSHIP OVERSIGHT | RSK MGT |
| | FD 687020020010170000    PP 09 2005 |

**EMPLOYEE DATA**

| 23. Veterans Preference | | | 24. Tenure | | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|---|---|---|
| 1 | 1 - None   3 - 10 Point/Disability   5 - 10 Point/Other | 1 | 0 - None   2 - Conditional | | | YES  X NO |
| | 2 - 5 Point   4 - 10 Point/Compensable   6 - 10 Point/Compensable/30% | | 1 - Permanent   3 - Indefinite | | | |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| B0   WAIVED | 9   NOT APPLICABLE | 4 |

| 30. Retirement Plan | 31. Service Comp Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K   FERS AND FICA | 04/21/86 | F   FULL TIME | |

**POSITION DATA**

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1   1 - Competitive Service   3 - SES General | N   E - Exempt | | 0060 |
| 2 - Excepted Service   4 - SES Career Reserved | N - Nonexempt | | |

| 38. Duty Station Code | 39. Duty Station *(City - County - State or Overseas Location)* |
|---|---|
| 48-1730-113 | DALLAS   DALLAS   TX |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | | | | |

45. Remarks

AGREEMENT RELATING THE REASSIGNMENT OR CHANGE TO LOWER GRADE AS AN
ASSOCIATE FINANCIAL INSTITUTION SPECIALIST WITH THE DIVISION OF
SUPERVISION AND CONSUMER PROTECTION WAS SIGNED BY THE EMPLOYEE 03-28-05.
SELECTED FROM DSC NATIONWIDE SOLICITATION OF INTEREST, DATED 02-01-05.
POSITION IS AT THE FULL PERFORMANCE LEVEL.
ACTION AT EMPLOYEE'S REQUEST.
SAVED PAY ENTITLES EMPLOYEE TO RETAIN CURRENT BASE PAY IF ABOVE MAXIMUM
OF NEW GRADE.   ANY PAY ADJUSTMENT WILL BE RECEIVED AS A 100% LUMP SUM UNTIL
NEW GRADE RANGE OVERTAKES CURRENT BASE PAY.

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION | *Candy S Capper* |
| 47. Agency Code  48. Personnel Office ID  49. Approval Date | CANDY S CAPPER |
| FD 68    1641    05/02/05 | HUMAN RESOURCES OFFICER |

3-Part  50-316

2 - OPF Copy - Long-Term Record - DO NOT DESTROY

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6238

FD 687020020010170000    PP 09 1*2005*BATCH 16416716 000-00 203-05 AG/EO 68-1641

# EXHIBIT 12-1

**(Notification of Personnel Action for Gregory Haag Effective 1/9/05)**

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33. Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

Approved Exception to the SF 50-B
July 1999

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| HAAG, GREGORY R | | 11/23/49 | 01/09/05 |

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| 5-A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
| 891 | MERIT INCREASE | | |
| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
| Z45 | BY BOARD APPROVAL | | |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| | RESOLUTIONS & RECEIVERSHIPS SPECIALIST |
| | 00008809    65S137 |

| 8. Pay Plan | 9. Occ Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 00 | | 109,763.00 | PA | CG | 1101 | 13 | 00 | 115,970.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| 100,617.00 | 9,146.00 | 109,763.00 | .00 | 106,200.00 | 9,770.00 | 115,970.00 | .00 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| | FEDERAL DEPOSIT INSURANCE CORPORATION |
| | DIV OF RES & REC |
| | DAL FLD OPER BR |
| | RECEIVERSHIP OVERSIGHT |
| | FD 686540040000200000    PP 01 2005 |

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1<br>1 - None   3 - 10 Point/Disability   5 - 10 Point/Other<br>2 - 5 Point   4 - 10 Point/Compensable   6 - 10 Point/Compensable/30% | 1<br>0 - None   2 - Conditional<br>1 - Permanent   3 - Indefinite | | YES ☐ NO ☒ |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| B0   WAIVED | 9   NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K   FERS AND FICA | 04/21/86 | F   FULL TIME | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1<br>1 - Competitive Service   3 - SES General<br>2 - Excepted Service   4 - SES Career Reserved | N<br>E - Exempt<br>N - Nonexempt | | 0060 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 48-1730-113 | DALLAS   DALLAS   TX |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | | | | |

45. Remarks

SALARY INCLUDES A LOCALITY-BASED PAYMENT OF 9.2%

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION | *Candy Capper* |
| 47. Agency Code   48. Personnel Office ID   49. Approval Date | |
| FD 68   1641   01/09/05 | CANDY CAPPER<br>HUMAN RESOURCES OFFICER |

1-Part  50-316

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6238

2 - OPF Copy - Long-Term Record - DO NOT DESTROY

# **EXHIBIT 12-2**

**(Solicitation of Interest Dated 2/1/05)**

| From: | Global Messenger |
|---|---|
| Sent: | Tuesday, February 01, 2005 3:55 PM |
| To: | FDIC EMPLOYEES CORPORATE |
| Subject: | Announcement by John F. Bovenzi of Nationwide Solicitation of Interest--Grade 12 & Above |

**DATE:**              February 1, 2005

**MEMORANDUM TO:**     FDIC Permanent Employees Grade 12 & Above
                       Nationwide

**FROM:**              John F. Bovenzi
                       Deputy to the Chairman and Chief Operating Officer

**SUBJECT:**           Nationwide Solicitation of Interest for
                       Associate Financial Institution Specialist
                       In-Service Placement Opportunity
                       (formerly known as Crossover Program)

The Corporation, as part of the Corporate Employee Program, is soliciting the interest of status employees for lateral or downgrade reassignment into a cross-training opportunity to qualify as CG-12 Financial Institution Examiners in both the Risk Management and Compliance disciplines. Included in this announcement is information pertaining to the application process. A "Field Office Preference Form" listing available positions by field office location is also attached. Individuals who are interested in this opportunity must have their applications post-marked by February 28, 2005.

The Corporation's solicitation of interest for lateral or downgrade reassignment into this In-Service Placement Opportunity will be limited to individuals who have been appointed to a permanent, competitive service position at the CG-12 level or higher. Applicants may be eligible for re-promotion to the CG-12 level provided they previously held a CG-12 or higher grade on a permanent, competitive basis. Prior experience as an Examiner is NOT required to be considered for selection.

Selected employees will be assigned at the CG-12 level. In the event the CG-12 is a change to lower grade, pay will be set no higher than the maximum of the CG-12 grade level consistent with the FDIC Pay Administration Program Policy under the Voluntary Change to Lower Grade section. Employees selected for this opportunity who occupy positions on the CTOP Matrix designated to become surplus within 12 months will be entitled to saved pay in accordance with Corporate policy.

Applicants should review and understand Section 3201.102 of the Supplemental Standards of Ethical Conduct for FDIC Employees (5 CFR Part 3201), which, in part, prohibits employees of the Division of Supervision and Consumer Protection and their immediate families from accepting certain credit products from State nonmember banks.

**MINIMUM QUALIFICATIONS**

Individuals must demonstrate within their application materials that they meet one of the following minimum criteria:

Education

- At least 24 semester hours in business administration, accounting, finance, marketing or economics with at least 6 semester hours in accounting.

OR

Specialized Experience

- Work that provided a thorough knowledge and application of commercial accounting or auditing principles (but less than full professional accounting knowledge) with a financial institution.
- Experience examining or auditing financial institutions or credit unions.
- Professional accounting or auditing work that provided a broad knowledge of the application of accounting or auditing principles and practices.
- Work that provided a thorough knowledge of Federal/State laws applicable to depository institutions or of the operations and practices of such institutions.
- Work that provided a thorough knowledge of banking operations and practices of such institutions.

Applicants must submit a qualifications form explicitly stating that they meet at least one of the above criteria. Applicants should use the "Qualifications Statement Form" provided as an attachment to this global E-mail.

**COMMISSION REQUIREMENT**

Individuals selected through this solicitation will enter into a training program with the ultimate goal of becoming a Financial Institution Examiner in either the Risk Management or Compliance commissioning track. The individual's training will include exposure to the DSC discipline that differs from their commissioning track. The individual will also be required to complete appropriate Resolutions and Receiverships readiness training.

Selectees who previously served as commissioned examiners with the FDIC will not be required to repeat the full commissioning process but will participate in training designed to focus on updating proficiencies.

As is the case of any other reassignment for which an employee volunteers, such as through merit promotion postings, the employee must perform successfully in the position. Employees will be afforded opportunities, in accordance with the FDIC's Performance Management Program, to meet the commissioning process requirements.

Inherent within this opportunity is the requirement that an employee will successfully achieve a commission within a defined period of time following their initial reassignment. A specified performance improvement period of time for any unsuccessful candidate will be allowed under a Performance Improvement Plan to provide all employees a reasonable opportunity to be successful. Employees who are not successful in achieving a commission after this defined period of time plus the specified performance improvement period of time will be subject to adverse action in the form of separation from employment.

Additionally, consistent with the expectations of the Corporate Employee Program, we expect these individuals to earn a second certification in another discipline, in a specified period of time following receipt of a commission.

The FDIC will seek to insure that participants understand this requirement.

Some provisions of the In-Service Placement Opportunity are subject to negotiations. The FDIC will fulfill its bargaining obligations with the NTEU.

**SELECTION FACTORS**

To qualify for this In-Service Placement Opportunity, applicants will need to demonstrate that they possess specific knowledge, skills, and abilities to succeed as a Financial Institution Examiner in either the Compliance or Risk Management commissioning tracks. The factors as presented below are explained in detail to provide applicants with a better understanding of DSC's needs.

Applicants are NOT required to meet all of the selection factors referenced to be considered for this opportunity, but a candidate who best demonstrates proficiency in these factors will have the stronger chance for acceptance into the program. If two or more candidates are ranked equally and have the same preference for assignment to a particular duty station, the tie will be broken based on seniority, combining FDIC/RTC/FHLB service.

FAILURE TO COMPLETE A WRITTEN RESPONSE TO THE APPROPRIATE SELECTION FACTORS WILL AUTOMATICALLY DISQUALIFY CANDIDATES FOR CONSIDERATION FOR THIS IN-SERVICE PLACEMENT OPPORTUNITY. YOUR RESPONSE TO THE SELECTION FACTORS MUST BE IN A SEPARATE DOCUMENT.

**All applicants MUST address the following:**

1) Knowledge of Banking Theory and Practices
    a. Knowledge of depository institution financial practices, including bank operations, thrift
        operations, loan administration, asset/liability management, deposit pricing, and
        investment practices.

    b. Knowledge of and ability to evaluate internal controls of financial institutions.

    c. Knowledge of Call Reports and Thrift Financial Reports.

    d. Knowledge of Uniform Bank Performance Report and Uniform Thrift Performance Report.

2) Knowledge of Software, Automation Tools, and Financial Calculators

    a. Skill in using Word, Excel and comparable applications, and FDIC's telecommunications systems.

    b. Ability to perform mathematical functions using an HP-12C or comparable hand-held
calculator.

3) Ability to Communicate Both Orally and in Writing

    a. Ability to communicate financial information orally in a clear and concise way to support findings and recommendations.

    b. Skill in organizing and summarizing written financial information to support financial
analysis findings and recommendations.

    c. Skill in preparing reports, manuals, or other written materials which require adhering to
tight deadlines.

4) Ability to Plan, Implement, and Manage Resources

    a.                 Skill in coordination, direction, and review of special projects.

    b.                 Skill in the development and implementation of activities which require effective
management of people, time, and resources.

5) Ability to Assess the Financial Condition of Depository Institutions

    a. Knowledge of the content and structure of a depository institution's financial statements.

    b. Ability to analyze depository institution financial statements to judge overall financial
condition.

    c. Knowledge of generally accepted accounting principles used to interpret accounting
transactions.

    d. Skill in calculating financial ratios and performing trend analysis.

    e. Ability to interpret financial ratios.

6) Ability to Perform Credit Analysis and Assess a Depository Institution's Lending Practices

    a. Knowledge of the following types of loans or lending:  Consumer, Commercial,

Agricultural, Real Estate.

b.          Knowledge of the content and structure of corporate and personal financial
            statements.

c.          Ability to analyze personal/corporate financial statements to assess ability
            to repay

debt.

d.          Ability to determine loan documentation weaknesses that could jeopardize
            collateral

position.

f. Ability to interpret legal opinions to perform financial analysis.

Applicants are referred to the Position Descriptions for the Associate Financial Institution
Specialist (Compliance) and Associate Financial Institution Specialist (Risk
Management) positions for information regarding these positions.

## LOCATION OF ASSIGNMENT

Each applicant will also need to complete the "Field Office Preference Form" listing all
DSC field office locations with vacancies, denoting their field office location preferences
on this form and include this in their application materials.  Compliance and Risk
Management commission track opportunities are noted separately.  At least one field
office location (not Regional Office) preference must be selected.  Locations should be
ranked by preference, with "1" reflecting the applicant's first choice, and so on.  Only one
office should denote "1", only one should denote "2", etc.

When listing field office preferences, interested individuals are advised that only a
limited number of positions are available at each location.  Applicant preferences will be
given consideration in making referrals to, and in selections made by, the selection
committee.  To the extent that the numbers and rankings of interested candidates permit,
candidates may receive multiple considerations.  Employees who are relocated will
receive all appropriate provisions of the FDIC Travel and Relocation regulations.

## SUBMISSION OF APPLICATION

The following information should be included in your application packet:

1) Response to the selection factors;
2) Current performance appraisal;
3) Current OF-612 or resume which provides the following information: name, address,
   social security number, and telephone numbers along with descriptions of work
   experience and education;
4) Completed "Field Office Preference Form" listing the DSC field offices to which you
   are willing to relocate; and
5) Completed "Qualifications Statement Form."

DSC will consult with DOA's Human Resources Branch to confirm the eligibility of each applicant. Additionally, DSC will review applications for completeness and convene a panel to rank candidates for consideration. Following receipt of rosters, interviews will be scheduled with each candidate.

The package, postmarked no later than February 28, 2005 should be mailed to:

June DeRousse, Chief
Administrative Management Section.
FDIC-Division of Supervision and Consumer Protection
550 17th Street, NW, Room 5128
Washington, DC 20429

The package, no later than February 28, 2005, can also be sent by e-mail to:

DSC Crossover@fdic.gov

If you have any questions, you may contact June DeRousse of DSC at (202)898-7450.

**ATTACHMENT A**

**QUALIFICATIONS STATEMENT FORM**

I, _____, hereby certify that I meet the following requirement for the Associate Financial Institution Specialist (Compliance) and Associate Financial Institution Specialist (Risk Management) position:

_____    Education

_____    Specialized Experience (please provide a brief summary of such experience).


_____
Signature

# ATTACHMENT B

## FIELD OFFICE PREFERENCE FORM

| COMPLIANCE | RISK MANAGMENT |
|---|---|
| ___ Dallas, TX | ___ Dallas, TX |
| ___ Shreveport, LA | ___ Shreveport, LA |
| ___ Denver, CO | ___ Albuquerque, NM |
| ___ Albuquerque, NM | ___ Houston, TX |
| ___ Houston, TX | ___ Oklahoma City, OK |
| ___ Oklahoma City, OK | ___ Lubbock, TX |
| ___ Baton Rouge, LA | ___ Baton Rouge, LA |
| ___ Little Rock, AR | ___ Jackson, MI |
| ___ Nashville, TN | ___ Memphis, TN |
| | ___ Knoxville, TN |
| | |
| ___ Montgomery, AL | ___ Shelby, AL |
| ___ Tampa, FL | ___ Montgomery, AL |
| ___ Albany, GA | ___ Tampa, FL |
| ___ Atlanta, GA | ___ Sunrise, FL |
| ___ Raleigh, NC | ___ Albany, GA |
| ___ Scott Depot, WV | ___ Atlanta, GA |
| | ___ Charlotte, NC |
| | ___ Raleigh, NC |
| | ___ Richmond, VA |
| | ___ Scott Depot, WV |
| | |
| ___ Phoenix, AZ | ___ Phoenix, AZ |
| ___ Sacramento, CA | ___ Salt Lake City, UT |
| ___ Salt Lake City, UT | |
| | |
| ___ Baltimore, MD | ___ Baltimore, MD |
| ___ Harrisburg, PA | ___ Lexington, MA |
| ___ New York City, NY | ___ New York City, NY |
| ___ Metro Park, NJ | ___ San Juan, PR |
| | |
| ___ Grand Island, NE | ___ Cedar Rapids, IA |
| | ___ Des Moines, IA |
| | ___ Grand Forks, ND |
| | ___ Minneapolis, MN |
| | |
| ___ Detroit, MI | ___ Grand Rapids, MI |
| ___ Elizabethtown, KY | ___ Lexington, KY |
| | ___ Columbus, OH |
| | ___ Appleton, WI |
| | ___ Eau Claire, WI |
| | ___ Milwaukee, WI |
| | ___ Princeton, IL |

# **EXHIBIT 12-3**

**(Application Materials Submitted by Gregory Haag)**

**From:** Haag, Greg
**Sent:** Friday, February 18, 2005 2:12 PM
**To:** Caliz, Wanda
**Subject:** RE: Application for Associate Financial Institution Specialist

Thank you very much. I appreciate it.

-----Original Message-----
**From:** Caliz, Wanda
**Sent:** Friday, February 18, 2005 1:03 PM
**To:** Haag, Greg
**Cc:** DeRousse, June K.
**Subject:** RE: Application for Associate Financial Institution Specialist

Mr. Haag:

Receipt of all documents in acceptable condition is confirmed.  Thank you.

*Wanda Caliz*
Administrative Officer
DSC Dallas Region, FDIC
972-761-2001
972-761-2083 (fax)

-----Original Message-----
**From:**          Haag, Greg
**Sent:**          Friday, February 18, 2005 9:40 AM
**To:** DSC Crossovers
**Cc:** DeRousse, June K.
**Subject:**          Application for Associate Financial Institution Specialist

<< File: Response to Selective Factors.doc >>  << File: OF612GHaag022205.doc >>  << File: ghaageducationexpform.doc >>  << File: ghaaglocationpreferences.doc >>  << File: GHaagAppraisal.tif >>

Please find my application for Associate Financial Institution Specialist (Crossover), which consists of the five attached documents:

- Response to Selection Factors (14 pages)
- OF612 (13 pages) – signed electronically
- Attachment A – Qualifications Statement Form – signed electronically
- Attachment B – Field Office Preference Form (34 locations ranked)
- Scanned copy of my most recent performance appraisal

Could you please confirm that you have received the completed documents, and advise if any documents appear incomplete, such as if an electronic signature is not acceptable. I appreciate it.

Thank you in advance.

Qualification of Gregory R. Haag
For Associate Financial Institution Specialist
Response to the Selection Factors

**1. Knowledge of Banking Theory and Practices**

a.    **Knowledge of depository institution financial practices, including bank operations, thrift operations, loan administration, asset/liability management, deposit pricing, and investment practices.**

As a Resolutions and Receiverships employee for 19 years, I have acquired extensive knowledge of bank financial practices, including extensive knowledge of bank accounting, bank operations, loan administration, securities and investments, and trust department operations. As an independent CPA contracting with the FDIC, I prepared complex tax returns for approximately 40 failed banks and prepared bank financial statements when needed. I performed forensic accounting services, assisted in the collection of tax refunds, assisted with IRS audits, performed settlements with the assuming bank, and provided tax advice. As a member of the Information Package Team, I prepared financial statements and other schedules using bank records. In this capacity, for example, I reconciled deposit and loan sub-ledgers to the general ledger and Call Reports. I also vouched assets and liabilities to supporting documentation. As a member of the Pro-Forma Closing Team, I reconciled and adjusted the banks' general ledger accounts to ensure conformance with GAAP, and vouched asset and liability balances to supporting documentation.

I have attended 45 bank closings in various capacities e.g. Branch Manager, Claims Agent, Pro-Forma Team Member, Asset Team Member, Employee Benefits Manager, Trust Manager, etc. In most cases, bank operations continued during the closing process, so I gained first hand knowledge of various bank activities during these assignments. I have participated on five Information Package teams, where I visited open banks to collect information for the sale of the franchise. The following are a few examples of tasks that I have performed during these assignments: supervised branch personnel, teller operations, safety deposit box operations, and vault operations; met with bank customers concerning their deposit accounts; reviewed board, lending committee, and investment committee minutes; prepared write-ups concerning lending and depository account operations; prepared descriptions of deposit pricing strategies; inventoried bank fixed assets; counted and reconciled teller and vault cash.

In my current capacity, as a Specialist in the Receivership Oversight Department, I collect and review information describing the practices of the failed banks and prepare business plans for the receiverships. I currently oversee five receiverships, which had initial assets of $3.7 billion. A portion of each business plan summarizes the more significant financial practices of the failed bank e.g. types of deposits offered, lending operations, investment practices, asset servicing and loan administration operations,

check clearing, correspondent relationships, etc. I summarize this information from my review of written descriptions of bank practices, obtained from many sources.

As Senior Operations Analyst in the Oklahoma City Consolidated Office, I assisted in the conversion of loans and other assets to the FDIC's books for 60 failed banks. I was an expert in loan servicing and loan administration, and resolved loan servicing and loan administration problems. For example, if the FDIC system was not paying participants correctly, I had to figure out why and determine how the loans should be recorded in order to correct the situation. I worked closely with assuming bank operations personnel and loan servicing providers. In some cases, I assisted in keeping the bank operations running until those operations could be sold, transferred, or converted to the FDIC's books. One of my duties was to make sure all of the loan documentation was received from the failed bank. I reviewed thousands of loan documents, including notes, guaranty agreements, participation agreements, escrow agreements, collateral agreements, etc.

As Senior Operations Analyst in the Oklahoma City Consolidated Office, I sold bank-owned securities and other types of investments and consequently am very familiar with all types of financial institution investment practices, particularly with regard to treasury securities, agency securities, and municipal securities. In this capacity, I marketed and sold over $100 million of securities of all types. I had extensive dealings with bank investment personnel, Federal Reserve Bank personnel, transfer agents, brokers, and bank safekeeping department personnel.

As Senior Operations Analyst in the Oklahoma City Consolidated Office, I managed trusts acquired from failed institutions. I ensured that the trusts were operated in the best interests of the beneficiaries, in accordance with the trust agreements, and in accordance with applicable laws and regulations. I managed corporate trusts, pension trusts, estates, and individual trusts. I worked with accountants, actuaries, attorneys, beneficiaries, the IRS, the Department of Labor, bank trust departments, etc. I managed trusts which contained stocks, bonds, real estate, mortgage loans, and many other types of assets. I was responsible for maintaining trust records, managing and liquidated trust assets, and making distributions in accordance with trust agreements. I contracted with bank trust departments, in some cases, to provide services and was very familiar with trust department procedures and services offered. I also managed the litigation related to certain trusts.

I have made deposit insurance determinations as a Claims Agent and am familiar with deposit insurance regulations. I attended two training courses and performed on-site training in order to become a Claims Agent. I have met with depositors to discuss their deposit insurance and reviewed signature cards, trust agreements, and other deposit documentation to support deposit insurance determinations.

**b. Knowledge and ability to evaluate internal controls of financial institutions.**

In 2003, I coauthored a paper entitled "Root Causes of Bank Failures", which was presented at a symposium sponsored by the FDIC and Southern Methodist University. Part of this paper dealt with internal control practices in banks that subsequently failed. I performed a significant amount of research on the internal control practices in banks that failed from 1997 through 2002. I researched the internal control deficiencies which contributed to the failure of the institution, such as failure to reconcile accounts, lack of separation of duties, inadequate fidelity bond coverage, or lack of an independent audit. In order to complete the project, I reviewed the examination guides used by the Division of Supervision and Compliance for evaluating internal controls. Additionally, I reviewed the Summary of Examination reports, OIG reports, and certain other reports, which described the internal control weaknesses of the subject institutions. I also researched the banking regulations concerning requirements for external audits, audit committees, and bond policy insurance.

As a Certified Public Accountant and a Certified Internal Auditor, I have demonstrated professional competence in reviewing internal controls. As Director of Auditing for Anta Corporation, a Fortune 1000 conglomerate, I was considered an expert in internal controls and developed internal audit programs to evaluate and test controls on a cyclical basis. I participated in or supervised several hundred internal audits in my career. As an internal auditor for Clark Equipment Company, which was then the 126th largest industrial company in the United States, I was assigned to perform internal audits for Clark Equipment Credit Corporation, a $600 million captive financial institution, which specialized in financing the purchase of construction machinery, material handling equipment, and other machinery. In this capacity, I performed reviews of the internal controls and prepared reports containing recommendations for improvements.

**c. Knowledge of Call Reports and Thrift Financial Reports**

While in the Oklahoma City Consolidated Office, I assisted in preparing the pre-failure Information Packages for five open banks. I performed the accounting portion of the Information Packages, which required that I review and be familiar with the Call Reports for the bank. I reconciled the loan and deposit information reported on the Call Reports to banks subsidiary ledgers, prior to distributing the subsidiary ledger reports to the other team members. In my current capacity as a Specialist in the Receivership Oversight Department, I participated in a Corporate Operating Project to study possible performance reports which could be used to evaluate receivership performance. The bank Call Report was one of the reports that I reviewed to determine if any of the information would be relevant to performance reports for Receivership Oversight. I have obtained and reviewed bank Call Reports as a bank closing team member on several occasions.

3

**d. Knowledge of Uniform Bank Performance Report and Uniform Thrift Performance Report**

I am familiar with the Uniform Bank Performance Report and had occasion to work with it on a special project I was involved in. I participated in a Corporate Operating Project to study the receivership oversight process and determine what procedures were needed to implement the receivership oversight function at the FDIC. I also participated in an additional project to refine and develop the reporting and monitoring process. During these projects I obtained and studied the best practices in government and the private sector for monitoring and reporting on the performance of financial institutions and receiverships. The Uniform Bank Performance Report was one of the reports that I reviewed and commented on during the research.

**2.    Knowledge of Software, Automation Tools, and Financial Calculators**

**a.    Skill in using Word, Excel and comparable applications, and the FDIC's telecommunication system.**

I currently use Word and Excel extensively in my current capacity as a Specialist in the Receivership Oversight Department. I am also proficient in the use of PowerPoint and Access and am a proficient SAS programmer. I use Word and Excel to prepare a business plans for assigned receiverships and to prepare quarterly status reports. I type about sixty words a minute. I currently oversee five receiverships and prepare five status reports per quarter. I prepare certain schedules and do other analysis on Excel worksheets and paste the schedules into the Word document. Additionally, I have prepared numerous charts and graphs using Excel and have inserted those into the Word documents. I frequently advise other employees in our Department in the use of Excel. I also use Excel to prepare financial projections and financial highlights, which appear in the business plans and quarterly status reports. I use Excel to perform other types of analysis, such as present value analysis or cash flow studies. I am very familiar with the use of the FDIC telecommunications system and send faxes, transfer calls, set up conference calls, etc.

As Program Manager of Budget and Reporting, I used Access and PowerPoint on many reporting projects. For example, I used Access to store budget information and produce periodic budget reports on request. I used PowerPoint for presenting budget information to management. Additionally, I programmed SAS reports and supervised another individual who programmed SAS reports on request.

**b.    Ability to perform mathematical functions using an HP-12C or comparable hand held calculator.**

I am proficient in the use of an HP-12C and have used it on many occasions to calculate the payment amount on a loan, compute the interest rate, or determine the present value of a stream of payments, etc. I have used it to calculate the number of remaining payments and the amount of balloon payments. I have also used it to add, subtract,

4

multiply and divide. I have taught present value analysis, cash flow analysis, and other analysis techniques to my coworkers and to Receivership Oversight trainees. I have used the HP-12C, or a similar pocket calculator, as a teaching aid during the classes.

**3.    Ability to Communicate Both Orally and in Writing**

**a.    Ability to communicate financial information orally in a clear and concise way to support findings and recommendations.**

In my current capacity, I communicate financial information to a variety of audiences, which includes senior management, examiners, attorneys, employees of other agencies, and the public. I prepare and present business plans or quarterly status reports each month to the Senior Management Oversight Committee. I also moderate the regulatory feedback loop conference call that is conducted after the business plan is prepared. All of the federal and state regulatory agencies that have an interest in the receivership are invited to participate in the conference call. I discuss complex risk assessment issues, deposit insurance issues, and other issues of interest to the regulators.

I taught basic and intermediate accounting at Central State University, Edmund, Oklahoma for three semesters in the evenings. I taught present value analysis, cash flow analysis, and other analysis techniques to my coworkers and to Receivership Oversight trainees. On various bank closings, I met with the public in such capacities as Claims Agent or as Branch Manager.

During my eleven year career in internal auditing, I met with management prior to the commencement each audit and also to discuss the results of each audit. In discussing the audit findings, I frequently discussed internal control risk issues and deviations from accepted practices. As a Director of Auditing, I summarized and verbally addressed the Audit Committee of the Board of Directors to discuss audit findings as well as internal control and accounting issues.

**b.    Skill in organizing and summarizing written financial information to support financial analysis findings and recommendations.**

As a Certified Public Accountant and a Certified Internal Auditor, I have demonstrated professional competence in organizing and summarizing written financial information to support financial analysis findings and recommendations. I have eleven years experience in various internal audit capacities, where I routinely organized and summarized written financial information to support analysis and recommendations. I performed, or supervised the performance, of hundreds of internal audits. Each internal audit required audit working papers to document the audit procedures performed and to support the findings and recommendations. Typically, the working papers contained an analysis of internal controls, audit tests designed to test controls, and audit verification procedures designed to substantiate asset balances. The working papers included summaries of the results of the tests and other procedures, as well as supporting documentation. As

Director of Auditing, I developed the policies and procedures used by the internal audit staff to organize the working papers and summarize audit findings and recommendations.

**c.    Skill in preparing reports, manuals, or other written materials which require adhering to tight deadlines.**

I have received outstanding performance appraisals for my writing skills and am considered to be an excellent writer. I have 31 years experience in preparing technical reports. I have written or edited hundreds of such reports. Most of these reports had a time budget or a short deadline. I coauthored Root Causes of Bank Failures, a research paper presented at an FDIC sponsored symposium on the Southern Methodist University campus in 2003.

I currently prepare business plans and quarterly status reports for division management, which are also published on the FDIC intranet. These reports are presented to the Senior Management Oversight Committee on a monthly basis and have a relatively short time frame for completion. The business plans provide a detailed strategy for resolving each type of asset, as well as a strategy for resolving other operational issues such as creditor claims, investigations claims, litigation, and employee benefit plans. Additionally, the business plans contain detailed financial projections and milestones for each functional area. The quarterly status reports contain a detailed discussion for each program area and provide senior management with an update about how the receivership is performing. I have prepared nine business plans and currently prepare five status reports per quarter.

For eleven years in various internal auditing capacities, I wrote or edited hundreds of audit reports for submission to senior management. These reports were drafted the week after the audit fieldwork, typically within two days, depending on the length of the assignment. Each audit had an allocation of time for preparing the report. The reports usually contained a scope and objectives, an executive summary, and detailed findings and recommendations.

In my capacity as Internal Review Specialist at the Dallas Regional Office, I edited the responses to OIG reports submitted by the various offices in the Dallas Region. I performed this task within two days after receiving the draft from the site.

I was responsible for preparing the budget for the Dallas Region for several years. The budget usually had to be completed within a two weeks from receipt of the instructions. At its peak, the Dallas Region consisted of 2,600 liquidation employees, six consolidated offices, and an annual budget of over $300 million.

**4.    Ability to Plan, Implement, and Manage Resources**

**a.    Skill in coordination, direction, and review of special projects.**

As Director of Auditing for Anta Corporation, I directed and managed a staff of six auditors. I developed a long term audit program, which evaluated relative risk associated

6

with each department or function within the company, and prepared a plan to perform audits on a periodic basis. I assigned the audit projects, reviewed the scope and objectives of the audits, reviewed the audit programs, and reviewed and edited the final reports, which were presented to senior management. I also met with senior management and the Audit Committee on a periodic basis to discuss audit projects and major findings.

As a Senior Auditor for Ashland Oil, a nine billion dollar integrated petroleum producer, and for Clark Equipment Company, I was assigned responsibility for numerous audit projects. I performed the pre-planning, coordinated the audits with staff members and operating management, directed staff, and reviewed the finished work product. After performing a preliminary review, I prepared the scope memoranda, prepared the audit program, and prepared a time and expense budget for the project. The time budget included a detailed budget for each program area. I also allocated a specific amount of time for preparation, fieldwork, and report writing. I coordinated the work with operating management and with the assigned staff. I reviewed the working papers prepared for each program area to ensure that each step was properly completed and documented. At the end of the fieldwork, I met with operating management to review the audit findings with them. I subsequently prepared a report with recommendations for improvements for senior management and management of the affected area.

As Program Manager of Budget and Reporting, I coordinated and directed all types of special reporting projects. For example, I was assigned to project the future income and expenses for the First City receiverships in order to provide a basis for settlement of a lawsuit with the bank holding company. I participated in a feasibility study to implement the national processing center. I coordinated, directed, and reviewed the preparation of the annual budget for the Dallas Region for several years.

**b.    Skill in the development and implementation of activities which require effective management of people, time, and resources.**

As Director of Auditing for Anta Corporation, I directed and managed a staff of six auditors. I established written guidelines for conducting internal audits, which included audit planning, working paper preparation, report writing, travel guidelines, and time reporting guidelines. I developed a long term audit program which evaluated relative risk associated with each department or function within the company, and prepared a plan to perform audits on a periodic basis. I assigned the audit projects, reviewed the scope and objectives of the audits developed by the staff, reviewed the audit programs used, and reviewed and edited the final reports, which were presented to senior management. I also met with senior management and the Audit Committee on a periodic basis to discuss audit projects and major findings. I set up a system for budgeting, monitoring, and reporting time spent on each project. I hired, trained and evaluated the performance of audit personnel.

During most of my eleven year career in internal auditing, I planned internal audits for large corporations, coordinated the audits with staff members and operating management, directed staff, and reviewed the finished work product. As a Senior Auditor with both

7

Clark Equipment Company and Ashland Oil, I would be assigned an internal audit project. After doing a preliminary review of the area under audit, I would prepare the scope memoranda, prepare an audit program, and prepare a time and expense budget for the project. This would be a detailed budget which included a time budget for each program area. I allocated a specific amount of time for preparation, fieldwork and report writing. I coordinated the work with operating management and with the assigned staff. I reviewed the work papers to ensure that each step was complete and documented. At the end of the fieldwork, I met with operating management to review the audit findings with them. I subsequently prepared a report with recommendations for improvements for senior management and management of the affected area.

I worked on the Corporate Operating Project team that implemented the Receivership Oversight function for the Division of Resolutions and Receiverships. I helped design the prototypes for the business plans and quarterly status reports. Additionally, I developed many of the procedures used for preparing the financial projections presented in the business plans. I assisted in automating the Receivership Management Reports used by the Specialists in our department to analyze the quarterly operating results of the receiverships they oversee.

As Program Manager of Budget and Reporting, I supervised a section of five people. I coordinated the budget preparation and reporting activities, preparation of certain performance reports, preparation of delegations of authority, preparation of powers of attorney, and preparation of special financial reports of all types.

As Branch Manager, I coordinated the bank closing activities for my assigned branch. This included meeting with the bank examiners prior to closure of the branch, meeting with branch employees subsequent to the closure of the branch, supervising the count of cash, supervising the safety deposit box inventory, maintaining security, etc. In addition to ensuring that the work was completed in a timely manner, I maintained a professional image while dealing with employees and depositors who were under significant stress.

5.    **Ability to Assess the Financial Condition of Depository Institutions**

   a. **Knowledge of the content and structure of a depository institution's financial statements.**

In my current capacity as a Specialist in the Receivership Oversight Department, I obtain the pre-failure bank financial statements and review them to make a determination as to the expected loss to the insurance fund, to determine what assets and liabilities will be converted to the receivership, and to assist in developing the business plan for the receivership. As a Certified Public Accountant and a Certified Internal Auditor I have demonstrated professional competence in the knowledge and content of financial statements. As an independent CPA, I prepared bank financial statements for particular failed depository institutions, in order to prepare the tax returns for those institutions.

8

As a Senior Operations Analyst or member of a bank closing team, I reviewed the balance sheets for many depository institutions. In most cases, this review determined which assets that I would convert to the FDIC's books, assisted in the preparation pro-forma financial statements, or ensured that I had custody of all the assets that I needed to sell. For example, when I sold securities at the Oklahoma City Consolidated Office, I reviewed the bank's balance sheet and compared it to the supporting schedules to make sure that I had custody of all the securities available for sale.

As Senior Operations Analyst in the Asset Servicing Department of the Oklahoma City Consolidated Office, I was responsible for ensuring the failed bank assets were properly reflected on the FDIC's books. For example, I reconciled the banks financial statements to the loan trial balances to ensure that all assets were reflected correctly. As a member of the bank closing Pro-Forma Team, I analyzed, reconciled, verified, and adjusted the failed banks balance sheet accounts to ensure that they conformed with GAAP, prior to conversion to the FDIC's books.

**b. Ability to analyze depository institution financial statements to judge overall financial condition.**

In my current capacity as a Specialist in the Receivership Oversight Department, I analyze the bank's pre-failure financial condition in order to ensure that all of the assets and liabilities are recorded on the receivership books and that the correct value is received for all assets sold to the assuming bank. Additionally, I project the loss to the bank insurance fund and analyze any variance between my determination and the least cost test. I also use the analysis to help project future cash receipts and disbursements, which are presented in the business plan.

As a Certified Public Accountant and a Certified Internal Auditor, I have demonstrated professional competence in the analysis of financial statements in order to judge financial condition. I taught basic and intermediate accounting at Central State University, Edmond, Oklahoma, which included the analysis of financial statements, for three semesters. I have eleven years experience in internal auditing, which required extensive analysis of financial statements. I graduated from the University of Illinois with a Bachelor of Science in Accountancy and completed 33 semester hours of accounting courses.

I am currently a member of the Pro-Forma Closing Team, which converts the bank's balance sheet to an FDIC receivership balance sheet. In this capacity, I analyze the bank's balance sheet accounts and make needed adjustments prior to converting them to the FDIC accounting system.

**c.    Knowledge of generally accepted accounting principals used to interpret accounting transactions.**

I taught basic and intermediate accounting, which included this subject matter, at Central State University, Edmond, Oklahoma, during the evenings for three semesters. I have a

Bachelor of Science in Accountancy from the University of Illinois with 33 semester hours in accounting. I am a Certified Public Accountant and a Certified Internal Auditor and have demonstrated knowledge of generally accepted accounting principals used to interpret accounting transactions. As an independent CPA and as an internal auditor, I have either prepared or reviewed financial statements for conformance with generally accepted accounting principles. As an FDIC employee, I have performed the accounting portion of five Information Package pre-failure reviews of open banks. In this capacity, I took the bank's financial statements or records and prepared financial statements in the FDIC standard format. In my current capacity, I have reviewed and read many reports discussing financial presentation in accordance with generally accepted accounting principles and am particularly familiar with cases related to bank failures. As a member of the bank closing Pro-Forma Team, I use my knowledge of generally accepted accounting principles to ensure that the bank's general ledger accounts correctly reflect the balances under GAAP accounting.

**d.      Skill in calculating financial ratios and performing trend analysis.**

I taught these subjects for three semesters at Central State University, Edmond, Oklahoma, as they were included in the basic and intermediate accounting course material. I am a Certified Public Accountant and Certified Internal Auditor and have demonstrated professional competence in these subjects. In my current capacity as Oversight Specialist, I calculate and use financial ratios to assess the overall performance of my assigned receiverships. For example, I typically want to know the expense to collection ratio for each type of asset and for the overall receivership. When the expense to collection ratio appears to be high, I perform additional financial analysis to determine the reason and the need for possible corrective action.

I assisted in the design of the trend report that our department now uses for analyzing the performance of receiverships and was part of the team that automated this report in the Financial Data Warehouse. This report shows cash receipts by category, disbursements by category, cash, and assets in liquidation by category by month. I analyze the trend report in order to determine how the receivership is performing. For example, if expenses are rising in a certain area, but collections are declining; I perform further analysis to determine the reason and if there is a need for corrective action.

**e.      Ability to interpret financial ratios.**

I taught these subjects for three semesters at Central State University, Edmond, Oklahoma, as they were included in the basic and intermediate accounting course material. I am a Certified Public Accountant and Certified Internal Auditor and have demonstrated proficiency in the interpretation of financial ratios. As a Senior Auditor for Ashland Oil and as Director of Auditing for Anta Corporation, I used financial ratios to evaluate relative risk and to determine which audit projects should be performed. I also compared the financial ratios of the organization to benchmarks for that type of organization, in order to determine the scope of the audit.

During the years that I both prepared and supervised the budget preparation for the Oklahoma City Consolidated Office and the Dallas Region, financial ratios were used extensively to determine whether budget submissions were in line with historical performance. In this regard, I had to analyze the draft budget to determine if the submission was out of line with historical performance.

In my current capacity as a Specialist in the Receivership Oversight Department, I use ratios to help project cash receipts and disbursements and monitor the performance of the receivership. For example, if I know the average ratio for outside legal fees to total assets for a similar receivership, I can use this information to help project the legal fees for the business plan I am preparing, in lieu of other more precise information.

6.      **Ability to Perform Credit Analysis and Assess a Depository Institution's Lending Practices**

   a.   **Knowledge of the following types of loans or lending: Consumer, Commercial, Agricultural, Real Estate.**

I currently oversee five receiverships which had initial assets of $3.7 billion, including Superior Bank FSB, First National Bank of Keystone, Best Bank, Reliance Bank, and Connecticut Bank of Commerce. Some of these institutions had complex lending operations e.g. sub-prime mortgage lending, sub-prime credit card lending, and loan securitization operations, in addition to the more traditional types of lending.

I prepare business plans which contain descriptions of the loans and lending operations of the failed banks that I oversee. Additionally, I analyze the major loans and other assets retained by the receivership in order to determine if the disposition strategy recommended by the account officer is appropriate. If I determine that an alternative strategy would yield a greater return for the creditors of the receivership, I recommend the alternative strategy as an Action Item during my presentation of the business plan to the Senior Management Oversight Committee.

As a Senior Operations Analyst in the Oklahoma City Consolidated Office, I assisted in the conversion of loans and other assets from over 60 failed banks. Most of the loans were consumer, commercial, agricultural, or real estate loans. I assisted other employees in providing interim loan servicing and administration until the loans could be passes to the assuming institution, sold, or converted to the FDIC's books. Additionally, I handled particularly difficult loan servicing or administration problems e.g. complaints from debtors concerning interest computations, non-standard interest calculation methods, recording of judgments, etc. I was responsible for conducting reviews of loan documentation to ensure that the FDIC had received all of the notes, guarantee agreements, participation agreements, etc. During this period, I reviewed hundreds of notes or loan documents in order to make sure that the terms reflected on the FDIC system agreed with the loan documentation.

As a member of the bank closing team at 45 bank closings, I have had occasion to flowchart or write descriptions of several types of lending operations, including consumer, credit card, commercial, and mortgage lending operations. I also reviewed and inventoried loan documents and collateral and noted missing documentation.

### b. Knowledge of the content and structure of corporate and personal financial statements.

I taught these subjects for three semesters at Central State University, Edmond, Oklahoma, as they were included in the basic and intermediate accounting course material. I am a Certified Public Accountant and Certified Internal Auditor and have demonstrated professional competence in these subjects. I have a Bachelor of Science in Accountancy from the University of Illinois and have completed 33 semester hours of accounting. Much of this education dealt with preparation of financial statements for corporations and individuals.

As a Senior Operations Analyst in the Oklahoma City Consolidated Office, one of my duties was to manage various types of trusts, including pension plan trusts. A number of these trusts contained loans that were past due or defaulted. In this capacity, I obtained and reviewed corporate and personal financial statements, as well as other information such as tax returns and real estate appraisals. I met with the debtors to make arrangements for alternate payment plans and workout arrangements.

I performed a financial review of the Corporation's financial statements and a review of the subsidiary or divisions financial statements, as the case might be, during an eleven year career in internal auditing. I performed or supervised over 100 audits where a financial review of the balance sheet, income statement, or other operating statements was performed.

On many occasions, I reviewed corporate and individual financial statements which supported credit granting decision related to equipment sales or leasing arrangements. In addition to reviewing financial statements submitted by the parties requesting credit, I also reviewed supplementary documentation submitted e.g. tax returns, appraisals, etc.

### c. Ability to analyze personal/corporate financial statements to assess ability to repay debt.

I taught these subjects for three semesters at Central State University, as they were included in the basic and intermediate accounting course material. I am a Certified Public Accountant and Certified Internal Auditor and have demonstrated proficiency in these subjects. I have a Bachelor of Science in Accountancy from the University of Illinois and have completed 33 semester hours of accounting.

I have extensive knowledge and experience analyzing both operating and non-operating entities and individual financial statements to determine the ability of a debtor to repay the debt. The companies that I worked for prior to joining the FDIC had very significant

accounts and notes receivable from various parties, which were secured by mortgages, equipment liens, etc. I participated in many audits of those credit granting functions. For example, when Clark Equipment sold a piece of equipment at one of its dealerships, it was frequently financed by Clark Equipment Credit. I frequently reviewed the financial statements and other documentation submitted by the purchaser and determined if the credit granting decision was in accordance with corporate policy and procedures.

I have extensive education and experience in budgeting and projecting cash flows and performing present value analysis. I have reviewed many operating budgets for many entities acquired by the FDIC in my capacity as Program Manager of Budget and Reporting. These included hotels, restaurants, nursing centers, oil and gas drilling operations, marinas, wineries, etc. Additionally, I have reviewed many cases for settlement and compromise which contained this information.

   **d.  Ability to determine loan documentation weaknesses that could jeopardize collateral.**

As both Senior Operations Analyst and as Internal Review Specialist, I audited loan files and cited documentation deficiencies. This required a review of the notes, loan and guaranty agreements, credit files, loan files, and collateral files. I determined if the loan documentation and collateral was adequate and maintained in accordance with FDIC procedures. For example, I determined if the liens were perfected and filed in a timely manner.

In my current capacity as a Specialist in the Receivership Oversight Department, I have reviewed loan documentation deficiencies to determine their impact on loan sales proceeds related to specific receiverships. I have also, performed two studies to determine why the Asset Valuation Review process projected an inflated sales value. I reviewed many cases to sell or compromise major assets for the receiverships which I oversee. These cases described loan documentation weaknesses which impacted the compromise or sales amount.

As Senior Operations Analyst in the Oklahoma City Consolidated Office, I was responsible making sure that the loan and collateral documentation was complete. I am familiar with all types of loan agreements and collateral documents. As part of the bank closing team, it was my responsibility to inventory notes and collateral on several occasions and to determine what documentation was missing.

   **e.  Ability to interpret legal opinions to perform financial analysis.**

Throughout my career, I have interpreted legal opinions in order to perform financial analysis, particularly as an auditor or as a preparer of tax returns. I currently review and interpret legal opinions in the course of my duties in the Receivership Oversight Department, in order to analyze and project future cash receipts and disbursements for the receivership. I review and interpret legal opinions which opine on various receivership matters such as the value of assets in litigation, the enforceability of contracts, or the

potential cost of certain litigation, etc. I have recently reviewed and interpreted legal opinions relating to deposit insurance applicable to fed funds purchased, deposit insurance applicable to investment sweep accounts, and whether certain professional liability claims are impediments to terminating a receivership. These opinions have a direct impact on future cash outlays for the receivership, which I project on a quarterly basis.

In my career, I have interpreted legal opinions in order to make deposit insurance determinations, market and sell securities, collect tax refunds, settle with third parties suing the receivership, manage trusts, and terminate pension plans. For example, I have reviewed legal opinions in order to determine if certain assets and liabilities were recorded in accordance with government regulations and GAAP or if the tax returns were prepared in accordance with laws and regulations.

Form Approved
OMB No. 3206-0219

# OPTIONAL APPLICATION FOR FEDERAL EMPLOYMENT - OF 612

You may apply for most jobs with a resume, this form, or other written format. If your resume or application does not provide all the information requested on this form and in the job vacancy announcement, you may lose consideration for a job.

| 1 Job title in announcement | | 2 Grade(s) applying for | 3 Announcement number |
|---|---|---|---|
| Associate Financial Institution Specialist | | CG-12 | February 1, 2005 |

| 4 Last name | First and middle names | 5 Social Security Number |
|---|---|---|
| **Haag** | **Gregory    Randolph** | |

| 6 Mailing address | 7 Phone nos. (include area code) |
|---|---|
| | Daytime    972-761-8552 |
| City                State    ZIP Code | Evening |

## WORK EXPERIENCE

8 Describe your paid and nonpaid work experience related to the job for which you are applying. Do **not** attach job descriptions.

1) Job title (if Federal, include series and grade)

Resolutions & Receiverships Specialist -1101-CG13

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| 8/99 | Present | $109,673 | Year | 40 |

| Employer's Name and Address | Supervisor's name and phone number |
|---|---|
| Federal Deposit Insurance Corporation | Robert Schoppe |
| 1910 Pacific Avenue, Dallas, TX 75201 | 972-761-8556 |

Describe your duties and accomplishments

Employed as a Resolutions and Receiverships Specialist in the Receivership Oversight Department of the Division of Resolutions and Receiverships.

- Prepares business plans for failed financial institutions, which includes projecting revenue and expenses for the life of the receivership.

- Monitors the performance of the receivership in conformance with the business plan and presents quarterly reports to the Senior Management Oversight Committee (SMOC).

- Analyzes the noteworthy risks associated with the financial institution failure and prepares a presentation as part of the regulatory feedback loop initiative to the regulators and other interested parties such as the Risk Analysis Center (RAC).

- Serves as the Service Costing Analyst for the Receivership Oversight service line.

- Expedites the resolution of the receivership by recommending actions to be taken by the SMOC.

- Performs other analysis and review projects as required.

*Accomplishments*

- Currently oversees five receiverships which had initial assets of $3.7 billion, including such complex institutions as Superior Bank FSB and the First National Bank of Keystone.

- Coauthored "Root Causes of Bank Failures", a research paper which was presented at the DRR Symposium on the SMU campus. Performed significant research over a ten month period in 2003 to determine the root causes of bank failures.

- Developed the cash flow financial models currently used for projecting and reporting revenues and expenses for the business plans.

- Developed the primary performance reports used for monitoring and reporting variances to the business plans.

- Worked on the COPS I and COPS II project teams, which reviewed the practices of private industry with respect to preparing business plans and monitoring the activities of receiverships.

- Programmed the first collection reports for receiverships using SAS software, which extracted and summarized data from the mainframe.

- With other team members, developed standards for reporting collections, cash receipts, liquidation expenses, and other types of cash transactions.

- With other team members, developed or modified the current financial statement and receivership management reports available on the financial data warehouse.

- Performed special reviews of the asset valuation modeling software to determine the reasons for discrepancies between the asset marketing sales price and the appraised value.

- Received outstanding performance appraisals each year, prior to implementation of the pass/fail performance evaluation system. Current recipient of the Corporate Success Award.

- Developed the training program used for Receivership Oversight.

- Frequently assisted other staff members in performing financial analysis on receivership operating data.

- Prepared the first summary quarterly balance sheet for failed financial institutions, which was published on the FDIC webpage as of March 31, 2004.

- Attended five bank closings in various capacities, such as Branch Manager or Claims Agent.

- Served as the primary contact for FDIC service costing issues.

- Prepared numerous complex reports and presentations using Word, PowerPoint, and Excel.

- Prepared special receivership status reports for the FDIC Board of Directors.

**2)** Job title (if Federal, include series and grade)

Budget Specialist – 301 – CG13

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| 9/98 | 8/99 | $79,237 | Year | 40 |

| Employer's Name and Address | Supervisor's name and phone number |
|---|---|
| Federal Deposit Insurance Corporation, DRR Field Operations Branch | James Murphy |
| 1910 Pacific Avenue, Dallas TX 75201 | 202-898-6716 |

Describe your duties and accomplishments

Although my job title changed in September 1998 due to downsizing, my duties were unchanged since January 1998. I was assigned to the Receivership Oversight Team, which was a COPS project which developed prototype methodologies, reports and procedures for what later became the Receivership Oversight Department.

- Developed polices, procedures, systems, and reports for Receivership Oversight.
- Prepared business plans for receiverships, monitored receivership activities, and prepared quarterly performance reports.
- Developed post closing strategies and targets for asset disposition, operations and litigation.
- Prepared projections of collections, income, expenses, and other performance milestones for the life of the receivership.
- Analyzed financial reports on receivership activities and formulated and developed reports on receivership performance.
- Discussed questionable expenses with appropriate personnel and resolved discrepancies.
- Monitored asset disposition and asset marketing efforts related to receivership operations.
- Discussed asset disposition efforts with appropriate personnel to assure reasonable receivership oversight business goals.
- Discussed plan revisions with other team members.
- Conducted special studies and complex reviews of receiverships in response to management or external inquiries.

*Accomplishments*

- Served on the National Liquidation Reporting Standards Team which set reporting standards for collections, expenses, balance sheet reporting, etc.
- With other team members, developed and prepared the first business plan for a receivership.
- Developed and prepared the first receivership collection report and first variance report.
- With other team members, developed and prepared the first quarterly report for monitoring receivership activities.
- Developed and prepared the first model used for projecting cash flows for the life of the receivership.
- Developed and prepared the first financial projections used in a business plan.
- Was a member of the cost allocation and recovery working group, which developed the current service costing methodology for allocating FDIC service costs to the receiverships.
- Was a proficient SAS programmer and prepared various financial analyses on request.
- Received an outstanding performance appraisal.

**3)** Job title (if Federal, include series and grade)
Program Manager – Budget and Reporting

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| 5/94 | 9/98 | $74,092 | Year | 40 |

| Employer's Name and Address | Supervisor's name and phone number |
|---|---|
| Federal Deposit Insurance Corporation, Division of Depositor and Asset Services 5080 Spectrum Drive, Dallas TX 75248 | Curtis Sprague et al 972-761-8250 |

Describe your duties and accomplishments

Supervised the Budget & Reporting Department for the Southwest Service Center. The department was responsible for preparing the annual budget, monitoring the budget, and preparing various reports for management.

- Supervised department staff, which was initially two technicians, a SAS programmer, and a budget analyst.
- Responsible for preparing the annual budget for the Southwest Service Center and various management reports.
- Responsible for the SAS and ORACLE reporting functions.
- Responsible for gathering, compiling, evaluating, and finalizing all required budget data and information.
- Responsible for analyzing financial data to determine the reason for budget variances.
- Responsible for forecasting asset balances, staffing, collections, and bank closings.
- Used financial modeling and statistical analysis techniques to budget expenses.
- Responsible for gathering and analyzing monthly data concerning expenses, assets, staffing, and collections.
- Prepared periodic budget variance reports for senior management, which analyzed expenditures and provided explanations for budget variances.
- Responsible for supervising the issuance of procurement requisitions, powers of attorney, and delegations of authority.

*Accomplishments*

- Performed research and developed various financial models to forecast collections, bank closings, expenses, and asset balances.
- Developed the financial models, projections, and the pro-forma balance sheets and income statements, which were used in the settlement with the First City holding company.
- Performed numerous financial analysis and statistical research projects at the request of management.
- Prepared numerous reports using SAS, Access, Word and Excel.
- In January 1998, I was assigned to the COPS project team for Receivership Oversight, which developed the first business plan and performance reports for individual receiverships.

**4)** Job title (if Federal, include series and grade)

Bank Liquidation Specialist – Internal Review – 1160 – CG13

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| 2/92 | 5/94 | $62,736 | Year | 40 |

| Employer's Name and Address | Supervisor's name and phone number |
|---|---|
| Federal Deposit Insurance Corporation | Greg Coyle et al |
| 1910 Pacific Avenue/5080 Spectrum Drive, Dallas, Texas | 972-761-8420 |

Describe your duties and accomplishments

From February 1992 until September 1993 I worked in the Dallas Regional Office and was responsible for overseeing the Internal Review activities at the San Antonio and Addison consolidated offices. As a result of the elimination of the consolidated offices and the formation of the Southwest Service Center, I was assigned to perform internal reviews of various functional areas from September 1993 until May 1994.

- Responsible for reviewing and all OIG reports and proposed responses.

- Coordinated and edited responses to OIG reports so that they were consistent with policies and procedures in effect.

- Assisted in planning site visitations of the consolidated offices.

- Performed reviews of functional areas and internal controls as required.

*Accomplishments*

- Was detailed to the Washington Internal Review staff for 120 days in early 1994 and assisted with the preparation of the Annual Statement of Internal Controls. This required a review of all DRR internal control weaknesses which had been identified during the preceding year.

- Performed a review of the status of the Division's compliance with the Chief Financial Officers Act, which required a review of all of the Service Center's submissions of Management Control Reviews.

- Wrote the Dallas Region's Standards for Internal Review which contained policies and procedures for planning and conducting internal reviews and preparing reports by the Internal Review Departments.

- Performed site visitations of the Internal Review functions at the six consolidated offices prior to the advent of the Southwest Service Center.

- Performed various internal reviews of many different functional areas. These reviews required a thorough analysis of internal controls and related risks, development of audit tests and procedures, and preparation of reports to senior management.

- Edited numerous responses to OIG reports.

**5)** Job title (if Federal, include series and grade)

Senior Operations Analyst-1160-GG12

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| 6/90 | 2/92 | $53,334 | Year | 40 |

| Employer's Name and Address | Supervisor's name and phone number |
|---|---|
| Federal Deposit Insurance Corporation, Division of Liquidation | Karl Walewski et al |
| 1910 Pacific, Dallas TX 75012 | Retired |

Describe your duties and accomplishments

I was reassigned to the Dallas Regional Office in June 1990 primarily to perform budget and reporting duties.

- Responsible for the budget function in the Dallas Region, which included overseeing the budget submissions for the six consolidated offices in the region.

- Performed site visitations at the six consolidated offices in the Asset Servicing and Budget areas.

- Prepared quarterly performance reports for senior management which compared the actual performance of the region by office to the goals for staffing, collections, expenses, asset reductions, etc.

- Performed special projects and studies related to Asset Servicing and Budget

*Accomplishments*

- Prepared the 1991 and 1992 Business Plans (budgets) for the Dallas Region, which budgeted expenses of approximately $750 million over a two year period. At the time, the Dallas Region had six consolidated offices, one hundred thousand assets, and 2,600 employees.

- Prepared the feasibility study which lead to the implementation of the Regional Processing Center, the forerunner for the National Processing Center. This required the use of present value analysis and financial modeling using various scenarios and assumptions.

- Programmed and developed most of the reports for collections, expenses, assets, etc. which were used by the Dallas Region using SAS software.

- Developed the financial models used to project collections and expenses for the various offices and to test the budget projections submitted by those offices.

- Designed and implemented the quarterly performance report, which compared the regions performance by office to the established goals.

- On a four month detail to Washington DC, I redesigned and prepared the monthly activity report for the Division of Liquidation. At the time the division had 200,000 assets totaling $46 billion and 6,800 employees.

**6)** Job title (if Federal, include series and grade)

Senior Operations Analyst – Asset Servicing – 1160 – GG12

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| 4/86 | 6/90 | $51,233 | Year | 40 |

| Employer's Name and Address | Supervisor's name and phone number |
|---|---|
| Federal Deposit Insurance Corporation | Sue Fanning/Roy Helm |
| 999 W. Grand Blvd., Oklahoma City OK 73126 | Retired/Deceased |

Describe your duties and accomplishments

I started employment with the FDIC as a Senior Operations Analyst in the Oklahoma City Consolidated Office. At its peak, this office had 600 liquidation employees and approximately 16,000 assets. This office ultimately managed over 120 receiverships.

- Responsible for preparing the annual budget, liquidating securities, managing trusts, and terminating pension plans.

- Monitored the performance of the site and prepared quarterly performance reports concerning the variances with respect to collections, expenses, staffing, and asset reduction.

- Served as second in command of the Asset Servicing Section which contained approximately 50 employees.

- Assisted in the conversion of loan servicing and loan administration activities for approximately 60 institutions.

*Accomplishments*

- Prepared the budgets and forecasted future performance from 1996 through 1990. Developed financial models to predict bank closings, collections, expenses, changes in assets, etc.

- Marketed and sold over $100,000,000 in securities of all types. This required familiarity with all types of securities owned by failed banks, including many non-traditional types of securites such as mortgage pools, interest only strips, industrial revenue bonds, issues from foreign governments, etc.

- Terminated over 100 pension plans. This required the solicitation of contractors, acting as administrator and trustee, recordkeeping, and management of plan funds.

- Managed the trusts acquired from failed bank trust departments until they could be transferred to a new trustee.

- Assumed the duties of the Section Chief - Asset Servicing for a two month period.

- Initially managed the preparation of tax returns until that function was transferred to the Accounting Department.

- Attended over 40 bank closings, primarily in the areas of securities, employee benefits, trusts, and taxes.

- Prepared five Information Packages at five open banks to facilitate the sale of the franchise. Performed the accounting portion of the package, which inluded the preparation of financial statements, reconciliations, and other schedules.

**7)** Job title (if Federal, include series and grade)

Self-Employed as Certified Public Accountant

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| 11/84 | 4/86 | $6,000 | Month | 60 |

| Employer's Name and Address | Supervisor's name and phone number |
|---|---|
| Gregory R. Haag CPA<br>5601 NW 72nd Street, Oklahoma City OK 73132 | Self-Employed |

Describe your duties and accomplishments

My practice consisted of tax, auditing, and consulting. I solicited business and performed work in accordance with accounting and auditing standards.

- Performed tax research and prepared income tax returns.

- Performed audits and analyzed internal control risks.

- Performed special studies.

*Accomplishments*

- During this period I prepared tax returns and claims for refund for over 40 failed financial institutions as the FDIC was my largest client.

- In order to prepare the failed bank tax returns, I collected the necessary financial information and updated the books and records through the date of the return. Usually I prepared the bank's financial statements on an accrual basis and then adjusted them to a tax basis for submission of the income tax returns.

- Handled the tax audits for the FDIC and monitored the claims for refund until the monies were received.

- As an expert in obtaining tax refunds related to failed banks, I assisted the FDIC in reviewing prior years tax returns and recovering additional refunds, due to the errors of prior tax preparers.

- Performed significant tax research and forensic accounting projects for the FDIC.

**7)** Job title (If Federal, include series and grade)

Director of Auditing

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| 11/79 | 11/84 | $42,500 | Year | 45 |

| Employer's Name and Address | Supervisor's name and phone number |
|---|---|
| Anta Corporation | Tom Archibald |
| 101 N. Robinson, Oklahoma City OK 73102 | Retired |

Describe your duties and accomplishments

I was in charge of the internal audit function of this Fortune 1000 conglomerate headquartered in Oklahoma City. I reported jointly to both the Chief Financial Officer and the Chairman of the Audit Committee.

- Hired, trained, and supervised the Internal Audit Department staff, which consisted of six auditors.

- Analyzed the risks associated with such diverse businesses as helath care, oil and gas production, and manufacturing.

- Designed internal audit programs and test procedures to ensure compliance with policies and procedures, to ensure accuracy of financial data, to detect and elimate waste and inefficency, and to prevent loss of assets.

- Edited reports which were sent to senior management and the Audit Committee.

- Met with the Audit Committee on a quarterly basis.

*Accomplishments*

- Supervised the performance of over 100 internal audits.

- Developed a comprehensive multi-year risk management program where audits were conducted on a cyclical basis.

- Was very knowledgeable and experienced at analyzing and evaluating procedures designed to mitigate internal control risks and other business risks.

- Significantly reduced departmental expenses by using better scheduling techniques.

- Developed a comprehensive long term audit program by evaluating the risks associated with each function area and planning audits on a cyclical basis depending on the relative risk associated with the function.

- Supervised significant forensic accounting and tax research projects.

- Coordinated audit projects with the external auditor and coordinated IRS audits.

8) Job title (if Federal, include series and grade)

Senior Auditor

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| 7/77 | 11/79 | $23,100 | Year | 45 |

| Employer's Name and Address | Supervisor's name and phone number |
|---|---|
| Ashland Oil Inc.<br>Ashland, Kentucky | John Wallace<br>Retired |

Describe your duties and accomplishments

I was a Senior Auditor on Ashland's corporate audit staff. At the time, Ashland was the 45th largest industrial company in the United States with over $9 billion in revenues.

- Planned, organized, and conducted internal audits of Ashland's refinery construction projects and other business enterprises.

- Reviewed and analyzed internal control procedures and associated business risks..

- Prepared internal audit reports, which contained recommendations for internal control improvements as well as recommendations for cost reductions.

*Accomplishments*

- Performed over 30 audit projects and prepared audit reports for each project.

- Recovered over $400,000 in excess charges and made recommendations for improvements which saved over $1 million annually.

- Supervised the work of from one to three auditors, depending on the size of the project.

**9)** Job title (If Federal, include series and grade)

Internal Auditor/ Senior Auditor

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| 8/73 | 7/77 | $15,500 | Year | 60 |

| Employer's Name and Address | Supervisor's name and phone number |
|---|---|
| Clark Equipment Company | Ed Reddig |
| Buchanan, Michigan | Retired |

Describe your duties and accomplishments.

At the time, Clark Equipment was the 126th largest industrial company in the United States with manufacturing operations all over the world. I was hired as an internal auditor for their worldwide audit staff at their headquarters in Buchanan, Michigan.

- Initially performed internal audits under the direction of a Senior Internal Auditor.

- Was promoted to Senior Auditor in early 1976 and thereafter planned and supervised internal audits of manufacturing facilities, Clark Equipment Credit Corporation, and corporate headquarters.

*Accomplishments*

- Performed floor plan audits at factory owned and independent dealerships for Clark Equipment Credit.

- Performed numerous audits of Clark Equipment Credit Corporation, which was a $600 million captive lending institution which made all types of loans on heavy equipment.

- Performed audits at various manufacturing plants throughout the United States.

- Analyzed internal controls, performed audit tests, and prepared written reports for senior management.

- Supervised from one to 12 auditors, depending on the nature of the project.

**9**  May we contact your current supervisor?

        **YES [ X ]**      **NO [**    **]**▸If we need to contact your current supervisor before making an offer, we will contact you first.

## EDUCATION

**10**  Mark highest level completed.

      **Some HS [**   **]**   **HS/GED [**   **]**   **Associate [**   **]**   **Bachelor [ X ]**    **Master [**   **]**   **Doctoral [**   **]**

**11**  Last high school (HS) or GED school. Give the school's name, city, State, ZIP Code (if known), and year diploma or GED received.

John Adams High School, South Bend, Indiana, 1968

**12**  Colleges and universities attended. Do not attach a copy of your transcript unless requested.

| Name | | Credits Earned | | Major(s) | Degree - Year |
|---|---|---|---|---|---|
| 1) University of Illinois | | Sem. | Quarter | | (if any)  Rec'd |
| City | State | ZIP Code | | | |
| Urbana | IL | | 154 | Accountancy | BS   1973 |
| 2) | | | | | |
| | | | | | |
| 3) | | | | | |
| | | | | | |

## OTHER QUALIFICATIONS

**13**  Job-related training courses (give title and year). **Job-related** skills (other languages, computer software/hardware, tools, machinery, typing speed, etc.). Job-related certificates and licenses (current only). **Job-related** honors, awards, and special accomplishments (publications, memberships in professional/honor societies, leadership activities, public speaking, and performance awards). Give dates, but do **not** send documents unless requested.

### Teaching Experience

I taught Principals of Accounting and Intermediate Accounting at Central State University (now Central Oklahoma) during the evenings for three semesters in 1985 and 1986 as a Professor (Lecturer).

### Training Courses

I have attended numerous training classes and seminars during my career. The following classes are examples only. I will provide a complete list on request:

E-Banking - 2004

Receivership Accounting – 2004

Pro-Forma  Accounting – 2004

Loan Management – 2003

Franchise Marketing – 2003

Other Assets - 2003

Advanced Claims – 2002

Receivership Benefits - 2002

RLS – 2002

Terminations – 2002

Business Objects - 2000

Training for New Managers – 1992

FoxPro for Windows – 1995

Microsoft Access 2.0 Level I and Level II – 1995

Advanced Excel I, II, & 3– 2000

Operational Auditing II – 1993

Financial Information Management System – 1996

LAMIS Training – 1988

ARIS Developer Training – 1995

Management Excellence Program – 1996

Report Delivery System – 1997

Performance Management – 1996

Change Management – 1994

SAS Report Training – 1994

SAS Programming - 1990

### Computer Skills

I am a proficient SAS programmer and also have ORACLE programming experience. I am proficient in using Excel, Access, PowerPoint, and Word. I can type about 60 words per minute.

### Certifications & Professional Affiliations

Certified Public Accountant, Illinois, 1975 – Certificate Number 17,964

Certified Internal Auditor, 1981 – Certificate Number 10,749

### Honors & Awards

Corporate Success Award – 2004

Star Awards (Two) – 2004

Mission Achievement Award  - 2003

Special Act Awards – 1997, 1998, 1999, & 2000

Special Achievement Award 1991

Special Commendation Award 1989

## GENERAL

**14** Are you a U.S. citizen?

YES [ X ]    NO [    ]▸ Give the country of your citizenship    _____

**15** Do you claim veterans' preference?

NO [ X ]    YES [    ]▸ Mark your claim of 5 or 10 points below.

5 points [    ]▸ Attach your DD 214 or other proof.

10 points [    ]▸ Attach an *Application for 10-point Veterans' Preference* (SF 15) and proof required.

**16** Were you ever a Federal civilian employee?

| | | Series | Grade | From (MM/YY) | To (MM/YY) |
|---|---|---|---|---|---|
| NO [    ] YES [ X ]▸ For highest civilian grade give: | | 1160/1101 | 13 | 2/92 | Present |

**17** Are you eligible for reinstatement based on career or career-conditional Federal status?

NO [ X ]    YES [    ]▸ If requested, attach SF 50 proof.

## APPLICATION CERTIFICATION

**18** **I certify** that, to the best of my knowledge and belief, all of the information on and attached to this application is true, correct, complete, and made in good faith. **I understand** that false or fraudulent information on or attached to this application may be grounds for not hiring me or for firing me after I begin work, and may be punishable by fine or imprisonment. **I understand** that any information I give may be investigated.

SIGNATURE                                      DATE SIGNED

Gregory R. Haag – Submitted Electronically     February 18, 2005

## ATTACHMENT A

## QUALIFICATIONS STATEMENT FORM

I, _____Gregory R. Haag_____, hereby certify that I meet the following requirement for the Associate Financial Institution Specialist (Compliance) and Associate Financial Institution Specialist (Risk Management) position:

___X___   Education – BS Accountancy, University of Illinois, 33 Semester Hours of Accounting plus other finance, economics, and business courses.

___X_   Specialized Experience (please provide a brief summary of such experience).

- I am a Certified Public Accountant and a Certified Internal Auditor.
- Worked in various internal audit capacities for 11 years.
- Practiced as an independent CPA.
- Attended 45 bank closings in various capacities.
- Assisted in the preparation of five Information Packages.
- Senior Operations Analyst in the Oklahoma City Consolidated Office
- Resolutions and Receivership Specialist in the Receivership Oversight Department.

  Gregory R. Haag [Signed Electronically]
Signature

## ATTACHMENT B

## FIELD OFFICE PREFERENCE FORM

| COMPLIANCE | RISK MANAGMENT |
|---|---|
| 34_ Dallas, TX | 20_ Dallas, TX |
| ___ Shreveport, LA | ___ Shreveport, LA |
| 32_ Denver, CO | 13_ Albuquerque, NM |
| 30_ Albuquerque, NM | ___ Houston, TX |
| ___ Houston, TX | 14_ Oklahoma City, OK |
| 31_ Oklahoma City, OK | ___ Lubbock, TX |
| ___ Baton Rouge, LA | ___ Baton Rouge, LA |
| 23_ Little Rock, AR | _7_ Jackson, MS |
| 27_ Nashville, TN | _6_ Memphis, TN |
| | _1_ Knoxville, TN |
| 29_ Montgomery, AL | _9_ Shelby, AL |
| 26_ Tampa, FL | 10_ Montgomery, AL |
| 28_ Albany, GA | _5_ Tampa, FL |
| 33_ Atlanta, GA | ___ Sunrise, FL |
| 24_ Raleigh, NC | _8_ Albany, GA |
| ___ Scott Depot, WV | 16_ Atlanta, GA |
| | _4_ Charlotte, NC |
| | _2_ Raleigh, NC |
| | ___ Richmond, VA |
| | ___ Scott Depot, WV |
| ___ Phoenix, AZ | ___ Phoenix, AZ |
| ___ Sacramento, CA | ___ Salt Lake City, UT |
| ___ Salt Lake City, UT | |
| ___ Baltimore, MD | __ Baltimore, MD |
| ___ Harrisburg, PA | ___ Lexington, MA |
| ___ New York City, NY | ___ New York City, NY |
| ___ Metro Park, NJ | __ San Juan, PR |
| ___ Grand Island, NE | 12_ Cedar Rapids, IA |
| | 11_ Des Moines, IA |
| | ___ Grand Forks, ND |
| | ___ Minneapolis, MN |
| ___ Detroit, MI | 22_ Grand Rapids, MI |
| 25_ Elizabethtown, KY | _3_ Lexington, KY |
| | 15_ Columbus, OH |
| | 19_ Appleton, WI |
| | 18_ Eau Claire, WI |
| | 21_ Milwaukee, WI |
| | 17_ Princeton, IL |

Federal Deposit Insurance Corporation

Performance Management Program

PERFORMANCE PLAN AND EVALUATION

DRR Specialist

## SECTION A - EMPLOYEE INFORMATION

| EMPLOYEE NAME    *(Last, First, MI)* | SOCIAL SECURITY NUMBER |
|---|---|
| Haag,Gregory R | |
| POSITION TITLE | PAY PLAN / SERIES / GRADE |
| RESOLUTIONS & RECEIVERSHIPS SP | CG / 1101 / 13 |
| DIVISION/OFFICE | LOCATION |
| DIVISION OF RESOLUTIONS AND RE | DALLAS, TX |

| PURPOSE OF EVALUATION    *(Check one)* | RATING PERIOD | | | |
|---|---|---|---|---|
| | FROM | | TO | |
| [X] Annual | MONTH | YEAR | MONTH | YEAR |
| [ ] Other *(Specify)* _____ | 09 | 2003 | 08 | 2004 |

## SECTION B - PERFORMANCE CRITERIA

| | Meets | Does Not Meet |
|---|---|---|
| **01.    Productivity:**<br><br>Quality and timeliness of work products and the ability to meet established production goals.<br><br>Work assignments or cases are completed within established time frames and are presented in a logical, clear, and concise manner. The timeliness and volume of completed cases or assignments are consistent with predetermined goals and objectives. | [X] | [ ] |
| **02.    Technical/Analytical Skills:**<br><br>Development and maintenance of technical knowledge to perform the duties of the position and the application of such knowledge.<br><br>Demonstrates up-to-date knowledge of relevant laws, regulations, and policies and/or reference sources. Applies knowledge effectively and independently in a complete and accurate manner. Stays abreast of industry trends, changes in relevant laws, regulations and policies, and other external factors that have an impact upon technical expertise. Demonstrates advanced or innovative analytical skills. Use of these skills results in an accurate work product even when the issues are unusual or complex. Demonstrates consistent, independent decision-making abilities that reflect sound judgement and are exercised at times under greater than normal pressure or adverse circumstances. | [X] | [ ] |
| **03.    Organizational Skills:**<br><br>Ability to plan, organize, implement, and monitor assignments, or projects. Ability to manage time, achieve deadlines, take initiative in requesting additional assignments and development activities. Ability to recognize and respond to changing priorities and circumstances, and adhere to policy.<br><br>Effectively establishes the scope of a project or assignment. Recognizes and solves problems, prioritizes objectives, considers agency priorities and cost when planning work assignments. Demonstrates efficient use of time and resources to produce a quality product with minimal guidance. Manages assignments effectively by recognizing and promptly reacting to changing priorities and circumstances. Uses and safeguards Corporation equipment, data, and resources prudently. Prepares and submits various financial and administrative reports, memorandums, etc., in a timely and accurate manner. Shows willingness to accept additional or special assignments, as work permits, and successfully completes them without compromising regular work. Participates fully and effectively as a team member. Effectively communicates and supports Corporation goals, | [X] | [ ] |

## SECTION B: PERFORMANCE CRITERIA

| | Meets | Does Not Meet |
|---|---|---|
| objectives, and policies to other staff members and organizations. | | |

**04.    Oral Comm/Interpersonal Skills:**    [ Meets: X ]

Quality of oral communication. Addresses the ability to listen to differing opinions, negotiate and obtain commitment, and convey technical and complex information in a clear, concise manner. Contacts include employees throughout the Corporation, debtors, appraisers, lawyers and law firms, law enforcement agencies, real estate brokers, magistrates, bank officials, regulatory agency personnel, representatives from private business, etc.

Speaks to others in a clear, concise, informative, and well-organized manner facilitating communications and accomplishing objectives. Acts in a confident, professional, polite, and diplomatic manner in dealing with others to effectively address and negotiate issues. Makes presentations that are appropriate to the audiences, in proper perspective, and effectively cover the issues and appropriate subject matter. Listens well and respects differing opinions. Cooperates with others to accomplish assignment objectives and keeps them informed as needed to carry out responsibilities. Responds positively to constructive criticism to modify or correct weaknesses.

**05.    Written Communication Skills:**    [ Meets: X ]

Quality and effectiveness of written products.

Prepares written products that are succinct, thoroughly researched, and logical. Major points are clear and easily distinguishable from minor issues, and are conveyed to appropriate parties. The various elements of written products are consistently correct, in proper perspective, and are in concert with overall conclusions. Produces written products that are neat, legible, well-organized, properly formatted, and conform to organizational guidelines. Narrative comments reflect good grammar and spelling. Prepares written products that require only minimal editing to change the tone or organization of documents. Once editing is done, is able to understand the changes made and incorporate those changes into future assignments. Prepares work papers that leave a clear audit trail to final conclusions. Extent of documentation used to support conclusions is appropriate.

## SECTION C: SUMMARY RATING    [X] Meets Expectations    [ ] Does Not Meet Expectations*

\* A rating of "Does Not Meet" on any performance criterion results in an overall rating of "Does Not Meet Expectations"

| Signature of Employee _(signature)_ | Date 10/18/04 |
|---|---|
| Signature of Rating Official _(signature)_ | Date 10·18·04 |
| Signature of Reviewing Official | Date |

## SECTION D: RATING OFFICIAL/EMPLOYEE/REVIEWING OFFICIAL COMMENTS

Name:    Schoppe, Robert C

**Comments:**

Mr. Haag is one of the most experienced and knowledgeable members of the Receivership Oversight Department. This past year he performed work on six receiverships. He presently has responsibility for five receiverships which had an initial asset value of $3.7 billion. His work assignments are completed timely, written well, and well organized. In addition to completing his normal work, he also attended the closing of Guaranty National Bank of Tallahassee. At that closing he was a branch manager and, later, he also served on the Pro Forma team.

In the early part of the performance appraisal period, he worked on the DRR Symposium in conjunction with the SMU School of Banking, where he wrote a significant portion of the paper entitled "The Root Causes of Bank Failures" which was presented at the Symposium on the SMU Campus. In addition to co-authoring the paper, he performed research, collected data, and prepared certain schedules contained in the paper such as:

·    Table 4, which depicts the more significant factors in bank failures from 1997 – 2002. This schedule was found to be so

beneficial that it is still being produced as an ongoing report.

- He assisted in prepared Table 5 which summarized D & O policy and Bond Policy information for each failure.

- With two other team members, he prepared Table 6 which depicted examples of insider and nominee loans at recent failures.

- Prepared Table 7 which depicts information from audits of failed institutions.

- In addition to the above, he also assisted in the editing of the two other papers that were presented at the symposium and received a mission achievement award for his efforts.


With two other department members, he revised and rewrote the department desk procedures manual, receiving a Star Award for his efforts.

With other department members, he developed an eight week training program for new trainees and implemented the program with the group of four trainees that came into the department. The training program consisted of classroom training for three days, two days of training on the Receivership Oversight computer systems, a case study where the trainees prepared a business plan and presented the plan to a mock SMOC, and three weeks of assisting the trainees with preparation of their reports. In addition to developing and coordinating the training, he was the instructor for the three days of classroom training.

Throughout the performance period, he assisted the other specialists in the department with the preparation of their reports and other duties. For example, he assisted them with their financial analysis and understanding the service costing and the accounting systems. He also assisted them with preparation of financial projections and highlights page projections.

During the year, he performed various duties associated with service costing for our service line – oversight operations. Specifically, he is the service line analyst for the line. He also assisted with preparation of the rate case for the line. Finally, he has submitted several requests for reduction of service charges for certain receiverships and assisted other specialists with the submission of their requests for reduction of charges. Some of these requests resulted in substantial reduction of charges billed to the receiverships.

He assisted with the development of the quarterly balance sheet and claims information which was placed on the FDIC external website. Additionally, he has gathered the data for publication on the website for the quarterly updates. This new information provided to the public was commented on in various industry publications such as the American Banker and the Dow Jones Newswires. In one of the publications, Division Director Glassman was quoted as saying that "This move allows claimants against failed banks to monitor the financial status of the receiverships and estimate their potential recoveries." This new website feature was viewed as a significant improvement in public service at all levels of the FDIC and was touted by our department, office, division, and the FDIC as a whole.

In the absence of the department supervisor, he has been the acting supervisor in the department for short periods.