# EXHIBIT B

**(October 31, 2005 Letter Referenced in EEOC Letter to Rose & Rose)**

**Rose & Rose, P.C.**

1320 19th Street
Suite 601
Washington, D.C. 20036
202-331-8555
Fax: 202-331-0996

# FAX COVER SHEET

| | |
|---|---|
| **To:** | **William Jones** |
| | Office of General Counsel |
| | FDIC |
| FAX: | (703) 562-2468; Tel. (703) 562-2362 |
| Date: | May 30, 2006 |
| Time: | 11:03 am |
| From | Dave Rose |

Here is another letter I am forwarding FYI in this case.

If you have further questions, feel free to contact me.

| DOCUMENT | PAGES |
|---|---|
| letters of 5/23/066 | 4 |

*If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the above address via U.S. Postal Service.*

\* NOT COUNTING COVER SHEET. IF YOU DO NOT RECEIVE ALL PAGES, PLEASE TELEPHONE US IMMEDIATELY AT 202-331-8557.

# ROSE & ROSE

*A Professional Corporation*
*1320 19th Street, N.W.*
*Suite 601*
*Washington, D.C. 20036*
*Telephone: (202) 331-8555*
*Fax: (202) 331-0996*

*David L. Rose*
*daver@roselawyers.com*
*(202) 331-8555*

*Joshua N. Rose*
*josh@roselawyers.com*
*(202) 331-8556*

*David M. Wachtel*
*daveu@roselawyers.com*
*(202) 331-8557*

*Terri N. Marcus*
*tmarcus@roselawyers.com*
*(202) 331-0363*

October 31, 2005

By Courier
William Kroener
General Counsel
Federal Deposit Insurance Corporation
550 17th St., N. W.
Washington, DC 20429-9990

Re:    Notice of Intent to File Suit in Not Less than Thirty Days
       Aliotta et al v. Donald Powell, Chairman, Federal Deposit Ins. Corp.

Dear Sir:

We have enclosed for your information and possible action a copy of the Notice of Intent to Sue the Federal Deposit Insurance Corporation in not less than thirty days, which we are filing with the United States Equal Employment Opportunity Commission today on behalf of Barbara Alliotta and nineteen other former and present employees of the FDIC. Our clients, the claimants, believe that they have been the victims of the FDIC's age discriminatory practices under the so called Reduction in Force in May and September this year, in which they were discharged from their employment or compelled to retire. We believe that at least two of the claimants may act as class agents on the forced retirement claim on behalf of themselves and approximately 100 other employees over the age of 50.

Please feel free to contact us if you have any questions, or if the FDIC has an interest in resolving this matter without contested litigation in the period before suit is to be filed.

Sincerely,

David L. Rose
Attorney for Claimants