UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA ALIOTTA, et al and<br>Others similarly situated,<br><br>               Plaintiffs,<br><br>v.<br><br>MARTIN J. GRUENBERG, ACTING<br>CHAIRMAN, FEDERAL DEPOSIT<br>INSURANCE CORPORATION,<br><br>               Defendant. | )<br>)<br>)  Case Number 1: 05CV02325<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

REPLY BRIEF IN SUPPORT OF MOTION
FOR CLASS CERTIFICATION

David L. Rose, D.C. Bar No. 376379
Terri N. Marcus, D.C. Bar No. 483175
Rose & Rose, P.C.
1320 19th Street, N.W., Suite 601
Washington, D.C. 20036
Tel: (202) 331-8555
Fax: (202) 331-0996
daver@roselawyers.com
tmarcus@roselawyers.com
Attorney for Plaintiffs