# EXHIBIT B-13

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

BARBARA ALIOTTA, et al and )        Case Number 1: 05CV02325
  Others Similarly Situated )

             Plaintiffs )        DECLARATION OF _Vincent H. Leal_

                         )        Plaintiff

v. )

MARTIN J. GRUENBERG, ACTING )
CHAIRMAN, FEDERAL DEPOSIT )
INSURANCE CORPORATION, )

             Defendant. )

I, _Vincent H. Leal_, hereby declare as follows:

1. I am a plaintiff in the above-referenced matter. I have personal knowledge of the facts set forth herein, and, if called upon to do so, I could and would testify competently thereto.

2. I was born on _October 4, 1954_. I was employed by the FDIC from _April 16, 1984_ to _May 13, 2005_. In 2004 my position with FDIC was _Resolution Specialist_ and my gross annual income from FDIC was $_98,000_ per year. My employment with the FDIC ended on _May 13, 2005_.

3. When I learned that the FDIC was offering a buyout, I accepted it to avoid being terminated and losing the additional money offered by the buyout. At the time I accepted the buyout, I knew that the number of positions in the Division of Resolutions and Receiverships was going to be reduced to less than half of its numbers and that almost all of the positions being eliminated were R&R Specialists and R&R Technicians. As a R&R _Specialist_, _Resolution 6612_, I believed that my chances of retaining my employment with FDIC were small. Based on interoffice

1

memos I read, I believed that a Reduction in Force within DRR sometime during 2005 was imminent.

4. I had intended to work for FDIC until I attained at least _29_ years of service. My retirement income would be significantly more if I could have worked for FDIC for at least _8 more_ years. Now my retirement income from FDIC is just _$16,000_ a year.

I declare under penalty of perjury, 28 U.S.C. § 1746, that the foregoing is true and correct based upon my information and belief.

Executed this _11_th day of June, 2006.

_(signature)_
(Signature)

2

# EXHIBIT B-14

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BARBARA ALIOTTA, et al and<br>Others Similarly Situated | ) | Case Number 1: 05CV02325 |
| | ) | |
| | ) | DECLARATION OF _____ _____ |
| Plaintiffs | ) | Plaintiff |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| MARTIN J. GRUENBERG, ACTING | ) | |
| CHAIRMAN, FEDERAL DEPOSIT | ) | |
| INSURANCE CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

I, Donald E. Lett, hereby declare as follows:

1. I am a plaintiff in the above-referenced matter. I have personal knowledge of the facts set forth herein, and, if called upon to do so, I could and would testify competently thereto.

2. I was born on December 27, 1952. I was employed by the FDIC from June 2, 1980 to May 14, 2005. In 2004 my position with FDIC was Resolutions & Receiverships Specialist, and my gross annual income from FDIC was $107,000 per year. My employment with the FDIC ended on May 14, 2005.

3. When I learned that the FDIC was offering a buyout, I accepted it to avoid being terminated and losing the additional money offered by the buyout. At the time I accepted the buyout, I knew that the number of positions in the Division of Resolutions and Receiverships was going to be reduced to less than half of its numbers and that almost all of the positions being eliminated were R&R Specialists and R&R Technicians. As a R&R Specialist, I believed that my chances of retaining my employment with FDIC were small. Based on interoffice memos I

1

read, I believed that a Reduction in Force within DRR sometime during 2005 was imminent.

    4. I had intended to work for FDIC until I attained at least thirty (30) years of service. My retirement income would be significantly more if I could have worked for FDIC for at least thirty years. Now my retirement income from FDIC is just $39,000 a year.

    I declare under penalty of perjury, 28 U.S.C. § 1746, that the foregoing is true and correct based upon my information and belief.

Executed this <u>6</u> th day of June, 2006.

*Donald Lett*
(Signature)

2

# EXHIBIT B-15

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| BARBARA ALIOTTA, et al and | ) | Case Number 1: 05CV02325 |
| Others Similarly Situated | ) | |
| | ) | DECLARATION OF CAROLE L. MANN |
| Plaintiffs | ) | Plaintiff |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| MARTIN J. GRUENBERG, ACTING | ) | |
| CHAIRMAN, FEDERAL DEPOSIT | ) | |
| INSURANCE CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

I, __Carole L. Mann__ , hereby declare as follows:

1. I am a plaintiff in the above-referenced matter. I have personal knowledge of the facts set forth herein, and, if called upon to do so, I could and would testify competently thereto.

2. I was born on __02/16/1945__ . I was employed by the FDIC from __08/24/1984__ to __02/25/2005__ . In 2004 my position with FDIC was __Administrative Assistant detailed to an R&R Specialist Position__, and my gross annual income from FDIC was $ __87,000__ per year. My employment with the FDIC ended on __02/25/2005__ .

3. When I learned that the FDIC was offering a buyout, I accepted it to avoid being terminated and losing the additional money offered by the buyout. At the time I accepted the buyout, I knew that the number of positions in the Division of Resolutions and Receiverships was going to be reduced to less than half of its numbers and that almost all of the positions being eliminated were R&R Specialists and R&R Technicians. As a R&R Specialist Detailee, I

believed that my chances of retaining my employment with FDIC were small.  Based on

interoffice memos I read, I believed that a Reduction in Force within DRR sometime during

2005 was imminent.

    4.  I had intended to work for FDIC until I attained at least 25 years of service.  My

retirement income would be significantly more if I could have worked for FDIC for at least

   5    years.  Now my retirement income from FDIC and Social Security Supplement is just

 $22,200      net a year.


    I declare under penalty of perjury, 28 U.S.C. § 1746, that the foregoing is true and correct

based upon my information and belief.


Executed this  6 th day of June, 2006.


                                            _Carole L. Mann_
                                          **(Signature)**

# EXHIBIT B-16

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA ALIOTTA, et al and<br>Others Similarly Situated    ) | Case Number 1: 05CV02325 |
|                ) | |
|        Plaintiffs    ) | DECLARATION OF Richard L. Mann<br>Plaintiff |
|                ) | |
| v.                 ) | |
|                ) | |
| MARTIN J. GRUENBERG, ACTING    ) | |
| CHAIRMAN, FEDERAL DEPOSIT    ) | |
| INSURANCE CORPORATION,    ) | |
|                ) | |
|        Defendant.    ) | |

I, Richard L. Mann , hereby declare as follows:

1. I am a plaintiff in the above-referenced matter. I have personal knowledge of the facts set forth herein, and, if called upon to do so, I could and would testify competently thereto.

2. I was born on April 6, 1946 . I was employed by the FDIC from November 1977 to April 30, 2005. In 2004 my position with FDIC was Resolutions and Receiverships Specialist , and my gross annual income from FDIC was $115,115.40 per year. My employment with the FDIC ended on April 30, 2005.

3. When I learned that the FDIC was offering a buyout, I accepted it to avoid being terminated and losing the additional money offered by the buyout. At the time I accepted the buyout, I knew that the number of positions in the Division of Resolutions and Receiverships was going to be reduced to less than half of its numbers and that almost all of the positions being eliminated were R&R Specialists and R&R Technicians. As a R&R Specialist, I believed that my chances of retaining my employment with FDIC were small. Based on interoffice memos I

1

read, I believed that a Reduction in Force within DRR sometime during 2005 was imminent.

4.  I had intended to work for FDIC until I attained at least <u>thirty years</u> of service.  My retirement income would be significantly more if I could have worked for FDIC for at least <u>two and half</u> years.  Now my retirement income from FDIC is just <u>$42,200 (net)</u> a year.

I declare under penalty of perjury, 28 U.S.C. § 1746, that the foregoing is true and correct based upon my information and belief.

Executed this __6_th day of June, 2006.

_____
(Signature)

2

# EXHIBIT B-17

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BARBARA ALIOTTA, et al and<br>Others Similarly Situated | ) | Case Number 1: 05CV02325 |
| | ) | |
| | ) | DECLARATION OF James W. McAnally |
| Plaintiffs | ) | Plaintiff |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| MARTIN J. GRUENBERG, ACTING | ) | |
| CHAIRMAN, FEDERAL DEPOSIT | ) | |
| INSURANCE CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

I, James W. McAnally, hereby declare as follows:

1. I am a plaintiff in the above-referenced matter. I have personal knowledge of the facts set forth herein, and, if called upon to do so, I could and would testify competently thereto.

2. I was born on March 28, 1940. I was employed by the FDIC from 1/4/1987 to May of 2005. In 2004 my position with FDIC was R & R Specialist Grade 14, and my gross annual income from FDIC was $124,000.00 per year. My employment with the FDIC ended on May 2005.

3. When I learned that the FDIC was offering a buyout, I accepted it to avoid being terminated and losing the additional money offered by the buyout. At the time I accepted the buyout, I knew that the number of positions in the Division of Resolutions and Receiverships was going to be reduced to less than half of its numbers and that almost all of the positions being eliminated were R&R Specialists and R&R Technicians. As a R&R Grade 14 in Owned Real Estate, I believed that my chances of retaining my employment with FDIC were small. Based on

1

interoffice memos I read, I believed that a Reduction in Force within DRR sometime during 2005 was imminent.

4. I had intended to work for FDIC until I attained at least 25 years of service. My retirement income would be significantly more if I could have worked for FDIC for at least 25 years. Now my retirement income from FDIC is just $22,000 a year.

I declare under penalty of perjury, 28 U.S.C. § 1746, that the foregoing is true and correct based upon my information and belief.

Executed this 5th day of June, 2006.

(Signature)

2

# EXHIBIT B-18

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BARBARA ALIOTTA, et al and<br>Others Similarly Situated | ) | Case Number 1: 05CV02325 |
| | ) | |
| | ) | DECLARATION OF _____ |
| Plaintiffs | ) | Plaintiff |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| MARTIN J. GRUENBERG, ACTING | ) | |
| CHAIRMAN, FEDERAL DEPOSIT | ) | |
| INSURANCE CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

I, <u>Edwin J. Montoya</u>, hereby declare as follows:

1. I am a plaintiff in the above-referenced matter. I have personal knowledge of the facts set forth herein, and, if called upon to do so, I could and would testify competently thereto.

2. I was born on <u>August 23, 1954</u>. I was employed by the FDIC from <u>June16, 1975</u> to <u>May 13, 2005</u>. In 2004 my position with FDIC was <u>Resolution Specialist,</u> and my gross annual income from FDIC was approximately <u>$93,008</u> per year. My employment with the FDIC ended on <u>May 13, 2005</u>.

3. When I learned that the FDIC was offering a buyout, I accepted it to avoid being terminated and losing the additional money offered by the buyout. At the time I accepted the buyout, I knew that the number of positions in the Division of Resolutions and Receiverships was going to be reduced to less than half of its numbers and that almost all of the positions being eliminated were R&R Specialists and R&R Technicians. As a <u>R&R Specialist</u>, I believed that my chances of retaining my employment with FDIC were small. Based on interoffice memos I

1

read, I believed that a Reduction in Force within DRR sometime during 2005 was imminent.

    4. I had intended to work for FDIC until I attained at least <u>45</u> years of service. My retirement income would be significantly more if I could have worked for FDIC for at least <u>45</u> years (age 65). Now my retirement income from FDIC is just <u>$29,736.00</u> a year.

    I declare under penalty of perjury, 28 U.S.C. § 1746, that the foregoing is true and correct based upon my information and belief.

Executed this <u>9th</u> day of June, 2006.

                                      (Signature)

# EXHIBIT B-19

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BARBARA ALIOTTA, et al  and          )          Case Number 1: 05CV02325
  Others similarly situated,                            Others Similarly Situated

                                      )

                        )          DECLARATION OF Bernice Parker

                                              Plaintiffs            )
                                              Plaintiff

       Plaintiffs,                            )

     )                                   v.
v.
     )
MARTIN
     )
MARTIN J. GRUENB                  MARTIN J. GRUENBERG,
                               ACTING          )
CHAIRMAN, FEDERAL DEPOSIT              CHAIRMAN, FEDERAL
                               DEPOSIT          )
INSURANCE CORPORATION,         INSURANCE CORPORATION,
                                      )

                                      )

       Defendant.              )
_____)

       I, __Bernice Parker_____, hereby declare as follows:

       1. I am a plaintiff in the above-referenced matter. I have personal knowledge of

the facts set forth herein, and, if called upon to do so, I could and would testify

competently thereto.

       2. I was born on March 30, 1949. I was employed by the FDIC from _June 9,_

1985 to May 14, 2005. In 2004 my position with FDIC was Customer Service Rep. (Call

Center), and my gross annual income from FDIC was $43.767 per year. My employment

with the FDIC ended on _May 14, 2005_.

06/09/2006  10:50    9722705951        OFFICE DEPOT GARLAND                    PAGE    03

3.  When I learned that the FDIC was offering a buyout, I accepted it to avoid being terminated and losing the additional money offered by the buyout.  At the time I accepted the buyout, I knew that the number of positions in the Division of Resolutions and Receiverships was going to be reduced to less than half of its numbers and that almost all of the positions being eliminated were R&R Specialists and R&R Technicians. As a R&R Technician (Customer Service Rep. (Call Center, I believed that my chances of retaining my employment with FDIC were small.  Based on interoffice memos I read, I believed that a Reduction in Force within DRR sometime during 2005 was imminent.

4.  I had intended to work for FDIC until I attained at least __39__ years of service.  My retirement income would be significantly more if I could have worked for FDIC for at least __9__ years.  Now my retirement income from FDIC is just __28,560__ a year.

I declare under penalty of perjury, 28 U.S.C. § 1746, that the foregoing is true and correct based upon my information and belief.

Executed this _10th_ day of June, 2006.

_Denise Parker_
(Signature)

# EXHIBIT B-20

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

BARBARA ALIOTTA, et al and )    Case Number 1: 05CV02325
Others Similarly Situated )
)    DECLARATION OF Sherry Thiels
Plaintiffs )    Plaintiff
)
v. )
)
)
MARTIN J. GRUENBERG, ACTING )
CHAIRMAN, FEDERAL DEPOSIT )
INSURANCE CORPORATION, )
)
Defendant. )
_____ )

I, Sherry Thiels , hereby declare as follows:

1. I am a plaintiff in the above-referenced matter. I have personal knowledge of the facts

set forth herein, and, if called upon to do so, I could and would testify competently thereto.

2. I was born on 10/20/1948 . I was employed by the FDIC from

12/16/1976 to 5/14/2005 . In 2004 my position with FDIC was _____,

and my gross annual income from FDIC was $ 106,452 per year. My employment with the

FDIC ended on 5/14/2005 .

3. When I learned that the FDIC was offering a buyout, I accepted it to avoid being

terminated and losing the additional money offered by the buyout. At the time I accepted the

buyout, I knew that the number of positions in the Division of Resolutions and Receiverships

was going to be reduced to less than half of its numbers and that almost all of the positions being

eliminated were R&R Specialists and R&R Technicians. As a R&R Specialist, I believed

that my chances of retaining my employment with FDIC were small. Based on interoffice

1

memos I read, I believed that a Reduction in Force within DRR sometime during 2005 was imminent.

    4. I had intended to work for FDIC until I attained at least   35   years of service. My retirement income would be significantly more if I could have worked for FDIC for at least   35   years. Now my retirement income from FDIC is just $5,384 a year.

    I declare under penalty of perjury, 28 U.S.C. § 1746, that the foregoing is true and correct based upon my information and belief.

Executed this 7th day of June, 2006.

                              (Signature)

# EXHIBIT B-21

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

BARBARA ALIOTTA, et al  and      )
Others Similarly Situated      )
     )
     Plaintiffs      )
     )
v.      )
     )
     )
MARTIN J. GRUENBERG, ACTING      )
CHAIRMAN, FEDERAL DEPOSIT      )
INSURANCE CORPORATION,      )
     )
     Defendant.      )
_____ )

Case Number 1: 05CV02325

DECLARATION OF *Marcus Leon Valentine*
Plaintiff

I, *Marcus Leon Valentine*, hereby declare as follows:

1. I am a plaintiff in the above-referenced matter. I have personal knowledge of the facts set forth herein, and, if called upon to do so, I could and would testify competently thereto.

2. I was born on *Nov. 07, 1941*. I was employed by the FDIC from *3/24/88* to *5/14/05*. In 2004 my position with FDIC was *R&R Specialist.* and my gross annual income from FDIC was $ *90,646.00* per year. My employment with the FDIC ended on *05/14/05*.

3. When I learned that the FDIC was offering a buyout, I accepted it to avoid being terminated and losing the additional money offered by the buyout. At the time I accepted the buyout, I knew that the number of positions in the Division of Resolutions and Receiverships was going to be reduced to less than half of its numbers and that almost all of the positions being eliminated were R&R Specialists and R&R Technicians. As a R&R *Specialist,* I believed that my chances of retaining my employment with FDIC were small. Based on interoffice

1

memos I read, I believed that a Reduction in Force within DRR sometime during 2005 was imminent.

4. I had intended to work for FDIC until I attained at least __20__ years of service. My retirement income would be significantly more if I could have worked for FDIC for at least _three additional_ years. Now my retirement income from FDIC is just _13,356 $\frac{00}{}$_ a year.

I declare under penalty of perjury, 28 U.S.C. § 1746, that the foregoing is true and correct based upon my information and belief.

Executed this __th day of June, 2006.

_(Signature)_

2

# EXHIBIT B-22

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

BARBARA ALIOTTA, et al and )        Case Number 1: 05CV02325
Others Similarly Situated )

                        )        DECLARATION OF JACKSON WARE
            Plaintiffs )        Plaintiff

                        )
v.                      )

                        )
MARTIN J. GRUENBERG, ACTING )
CHAIRMAN, FEDERAL DEPOSIT )
INSURANCE CORPORATION, )

                        )
            Defendant. )
_____ )

I, Jackson Ware, hereby declare as follows:

1. I am a plaintiff in the above-referenced matter. I have personal knowledge of the facts

set forth herein, and, if called upon to do so, I could and would testify competently thereto.

2. I was born on July 5, 1945. I was employed by the FDIC from March 2, 1986 to May

14, 2005. In 2004 my position with FDIC was R&R Specialist and my gross annual income

from FDIC was $127,383.00 per year. My employment with the FDIC ended on May 14, 2005.

3. When I learned that the FDIC was offering a buyout, I accepted it to avoid being

terminated and losing the additional money offered by the buyout. At the time I accepted the

buyout, I knew that the number of positions in the Division of Resolutions and Receiverships

was going to be reduced to less than half of its numbers and that almost all of the positions being

eliminated were R&R Specialists and R&R Technicians. As a R&R Specialist, I believed that

my chances of retaining my employment with FDIC were small. Based on interoffice memos I

1

read, I believed that a Reduction in Force within DRR sometime during 2005 was imminent.

4. I had intended to work for FDIC until I attained at least 40 years of service. My retirement income would be significantly more if I could have worked for FDIC for at least 7 years. Now my retirement income from FDIC is just $70,476.00 a year.


I declare under penalty of perjury, 28 U.S.C. § 1746, that the foregoing is true and correct based upon my information and belief.


Executed this 5th day of June, 2006.


(Signature) Jackson Ware

2

# EXHIBIT B-23

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BARBARA ALIOTTA, et al and Others Similarly Situated | ) ) ) | Case Number 1: 05CV02325 |
| Plaintiffs | ) ) ) | DECLARATION OF _____ Plaintiff |
| v. | ) ) ) | |
| MARTIN J. GRUENBERG, ACTING CHAIRMAN, FEDERAL DEPOSIT INSURANCE CORPORATION, | ) ) ) ) | |
| Defendant. | ) ) | |

I, _Kerry L. Williams___ , hereby declare as follows:

1. I am a plaintiff in the above-referenced matter. I have personal knowledge of the facts set forth herein, and, if called upon to do so, I could and would testify competently thereto.

2. I was born on ___August 1, 1941_. I was employed by the FDIC from June 19, 1989 to May 14, 2005_. In 2004 my position with FDIC was R&R Specialist Gr. 12 and my gross annual income from FDIC was $98,316.00 per year. My employment with the FDIC ended on May 14, 2005_____ .

3. When I learned that the FDIC was offering a buyout, I accepted it to avoid being terminated and losing the additional money offered by the buyout. At the time I accepted the buyout, I knew that the number of positions in the Division of Resolutions and Receiverships was going to be reduced to less than half of its numbers and that almost all of the positions being eliminated were R&R Specialists and R&R Technicians. As a R&R Specialist, I believed that my chances of retaining my employment with FDIC were small. Based on interoffice memos I

1

read, I believed that a Reduction in Force within DRR sometime during 2005 was imminent.

    4.  I had intended to work for FDIC until I attained at least __25____ years of service.
My retirement income would be significantly more if I could have worked for FDIC for at least
_25_____ years.  Now my retirement income from FDIC is just __$11,678.69____ a year.


    I declare under penalty of perjury, 28 U.S.C. § 1746, that the foregoing is true and correct
based upon my information and belief.


Executed this _7th day of June, 2006.


*Kerry L. Williams*

Kerry L. Williams        (Signature)