# EXHIBIT A

# ROSE & ROSE

*A Professional Corporation*
*1320 19th Street, N.W.*
*Suite 601*
*Washington, D.C. 20036*
*Telephone: (202) 331-8555*
*Fax: (202) 331-0996*

*David L. Rose*
daver@roselawyers.com
(202) 331-8555

*Joshua N. Rose*
josh@roselawyers.com
(202) 331-8556

*David M. Wachtel*
daveu@roselawyers.com
(202) 331-8557

*Terri N. Marcus*
tmarcus@roselawyers.com
(202) 331-0363

October 31, 2005

<u>By Courier</u>
William Kroener
General Counsel
Federal Deposit Insurance Corporation
550 17th St., N. W.
Washington, DC 20429-9990

Re: Notice of Intent to File Suit in Not Less than Thirty Days
<u>Aliotta et al v. Donald Powell</u>, Chairman, Federal Deposit Ins. Corp.

Dear Sir:

    We have enclosed for your information and possible action a copy of the Notice of Intent to Sue the Federal Deposit Insurance Corporation in not less than thirty days, which we are filing with the United States Equal Employment Opportunity Commission today on behalf of Barbara Alliotta and nineteen other former and present employees of the FDIC. Our clients, the claimants, believe that they have been the victims of the FDIC's age discriminatory practices under the so called Reduction in Force in May and September this year, in which they were discharged from their employment or compelled to retire. We believe that at least two of the claimants may act as class agents on the forced retirement claim on behalf of themselves and approximately 100 other employees over the age of 50.

    Please feel free to contact us if you have any questions, or if the FDIC has an interest in resolving this matter without contested litigation in the period before suit is to be filed.

Sincerely,

David L. Rose
Attorney for Claimants

# ROSE & ROSE

*A Professional Corporation*
*1320 19th Street, N.W.*
*Suite 601*
*Washington, D.C. 20036*
*Telephone: (202) 331-8555*
*Fax: (202) 331-0996*

David L. Rose
daver@roselawyers.com
(202) 331-8555

Joshua N. Rose
josh@roselawyers.com
(202) 331-8556

David M. Wachtel
davew@roselawyers.com
(202) 331-8557

Terri N. Marcus
tmarcus@roselawyers.com
(202) 331-0363

October 31, 2005

By Courier
United States Equal Employment Opportunity Commission
Office of Federal Operations
1801 L St., N.W.
Washington, DC 20036

Attention: Mr. Robert Barnhart

Re:   Notice of Intent to File Suit under the ADEA
      against Chairman Powell, Federal Deposit Insurance Corp.

Dear Mr. Barnhart:

This letter is written to notify the Commission that Barbara Aliotta and at least nineteen other former and current employees intend to file suit against the Federal Deposit Insurance Corporation ("FDIC") pursuant to Section 15 of the Age Discrimination in Employment Act (ADEA), 29 U.S.C. 633a, for its age discriminatory employment practice of discharging them from employment or reducing their grade, or compelling them to choose between retirement and discharge from employment, pursuant to a so called Reduction in Force effective in May and September, 2005; but they intend to file suit not earlier than thirty days from the date of this letter.

A list showing the names and addresses of the twenty claimants and their dates of birth is enclosed herewith.

This notice is filed pursuant to Section 15(c) and (d) of the ADEA, 29 U.S.C. 633a(c) and (d), and pursuant to the Regulations of the Commission, 29 C. F. R. 1614.201(a).

A courtesy copy of this Notice and of the list of claimants is being sent to the General Counsel of the FDIC and to Mr. William E. Howard, Office of Diversity and Economic Opportunity, FDIC, 3501 N. Fairfax Drive, Room 801-1240-Arlington, VA 22226-3500.

If you have any questions about this notice, please feel free to call me at 202 331-8555.

Sincerely,

*David L. Rose*
David L. Rose
Attorney for the Charging Parties.

List of Aggrieved Former FDIC Employees

1. Barbara Aliotta
2175 Crestlake Drive
Rockwall, TX 75087
DOB: 6/19/1954

2. Robert Anderson
424 Sonoma Drive
Rockwall, TX 75087
DOB: 12/25/1952

3. Jeannie Avery
P.O. Box 542662
Grand Prairie, TX 75054
DOB: 2/24/1954

4. Brian D. Bolt
18418 Bay Pines Lane
Dallas, TX 75287
DOB: 5/14/1947

5. Yvonne Cain
9700 Starboard Court
Cheltenham, MD 20623
DOB: 5/26/1950

6. Priscilla Catapat
1410 Blakes Way
Garland, TX 75042
DOB: 8/19/1944

7. Evelyn Claude
2600 Winding Creek Drive
Carrollton, TX 75007
DOB: 9/11/1955

8. Sylvia Cline
7147 Tours Street
Houston, TX 77036
DOB: 1/10/1933

9. Mary L. DuPree-Ellis
12807 Hilltop Drive
Balch Springs, TX 75180
DOB: May 30, 1953

10. Wyman Elrod
7107 Briar Meadow Drive
Dallas, TX 75230
DOB: 8/25/52

12. Patricia Everett
655 Freeland Avenue
Calumet City, IL 60409
DOB: 6/12/1949

13. Larry Glazener
4909 Hovenkamp Drive
Dallas, TX 75227-2820
DOB: 7/17/1948

14. Mary Kebbeh
1238 Sleepy Hollow Drive
Dallas, TX 75235
DOB: 9/27/1950

15. Dennis Keller
4521 Hale Street
The Colony, TX 75056
DOB: 9/11/1950

16. Pearl Lindsey
809 Aspen Drive
Desoto, TX 75115
DOB: 6/9/1955

17. Faye Moritz
2441 Chestnut Drive
Little Elm, TX 75068
DOB: 9/26/1955

18. Bernice Parker
5038 Overcrest Drive
Garland, TX 75043
DOB: 3/30/1949

19. Paula Patterson
141 Baker's Acres Drive
Hawthorne, Fla. 32640
DOB: 7/25/1950

20. Patrick Shute
10105 Concorde Drive
Frisco, TX 75035
DOB: 3/4/1949

# ROSE & ROSE

*A Professional Corporation*
1320 19th Street, N.W.
Suite 601
Washington, D.C. 20036
Telephone: (202) 331-8555
Fax: (202) 331-0996

David L. Rose
daver@roselawyers.com
(202) 331-8555

Joshua N. Rose
josh@roselawyers.com
(202) 331-8556

Terri N. Marcus
tmarcus@roselawyers.com
(202) 331-0363

November 10, 2005

By Courier
United States Equal Employment Opportunity Commission
Office of Federal Operations
1801 L St., N.W.
Washington, DC 20036

Attention: Mr. Robert Barnhart

Re:   Notice of Intent by Additional Employees to File Suit under the ADEA against Chairman Powell, Federal Deposit Insurance Corp.

Dear Mr. Barnhart:

On October 31, 2005, we sent you a Notice of Intent letter advising the Commission that Barbara Aliotta and at least nineteen other former and current employees intend to file suit against the Federal Deposit Insurance Corporation ("FDIC") pursuant to Section 15 of the Age Discrimination in Employment Act (ADEA), 29 U.S.C. 633a, for its age discriminatory employment practice of discharging them from employment or reducing their grade, or compelling them to choose between retirement and discharge from employment, pursuant to a so called Reduction in Force effective in May and September, 2005; but they intend to file suit not earlier than thirty days from the date of this letter. A list showing the names and addresses of the twenty claimants and their dates of birth was enclosed.

Please add to that list two other employees harmed by the FDIC's 2005 Reduction in Force namely La Margo Brown, Age 32, Grade 6 and Frances Wardell, Age 53, Grade 7. Both of them were employed in the Dallas Office of the FDIC.

This notice is filed pursuant to Section 15(c) and (d) of the ADEA, 29 U.S.C. 633a(c) and (d), and pursuant to the Regulations of the Commission, 29 C.F.R. 1614.201(a).

A courtesy copy of this Notice is being sent to the General Counsel of the FDIC and to Mr. William E. Howard, Office of Diversity and Economic Opportunity, FDIC, 3501 N. Fairfax Drive, Room 801-1240-Arlington, VA 22226-3500.

If you have any questions about this notice, please feel free to call me at 202 331-8555.

Sincerely,

David L. Rose
Attorney for the Charging Parties.