# EXHIBIT B-1

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BARBARA ALIOTTA, et al and<br>Others Similarly Situated | ) | Case Number 1: 05CV02325 |
| | ) | |
| | ) | DECLARATION OF _____ |
| Plaintiffs | ) | Plaintiff |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| MARTIN J. GRUENBERG, ACTING<br>CHAIRMAN, FEDERAL DEPOSIT<br>INSURANCE CORPORATION, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

I, *La Margo BROWN*, hereby declare as follows:

1. I am a plaintiff in the above-referenced matter. I have personal knowledge of the facts set forth herein, and, if called upon to do so, I could and would testify competently thereto.

2. I was born on *October 15, 1951*. I was employed by the FDIC from *4-15-1985* to *5-13-2005*. In 2004 my position with FDIC was *Secretary, Grade 6* and my gross annual income from FDIC was $ *42,325* per year. My employment with the FDIC ended on *May 13, 2005*.

3. When I learned that the FDIC was offering a buyout, I accepted it to avoid being terminated and losing the additional money offered by the buyout. At the time I accepted the buyout, I knew that the number of positions in the Division of Resolutions and Receiverships was going to be reduced to less than half of its numbers and that almost all of the positions being eliminated were R&R Specialists and R&R Technicians. As a R&R *Secretary, Grade 6*, I believed that my chances of retaining my employment with FDIC were small. Based on interoffice

1

memos I read, I believed that a Reduction in Force within DRR sometime during 2005 was imminent.

4.  I had intended to work for FDIC until I attained at least ___30___ years of service.  My retirement income would be significantly more if I could have worked for FDIC for at least ___10___ years.  Now my retirement income from FDIC is just ~~$7,404~~ a year.

I declare under penalty of perjury, 28 U.S.C. § 1746, that the foregoing is true and correct based upon my information and belief.

Executed this __th day of June, 2006.

*Lamargo Brown*
(Signature)

2

# EXHIBIT B-2

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BARBARA ALIOTTA, et al and<br>Others Similarly Situated | ) | Case Number 1: 05CV02325 |
| | ) | |
| | ) | DECLARATION OF James R. Cantrell |
| Plaintiffs | ) | Plaintiff |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| MARTIN J. GRUENBERG, ACTING | ) | |
| CHAIRMAN, FEDERAL DEPOSIT | ) | |
| INSURANCE CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

I, James R. Cantrell, hereby declare as follows:

1. I am a plaintiff in the above-referenced matter. I have personal knowledge of the facts set forth herein, and, if called upon to do so, I could and would testify competently thereto.

2. I was born on May 9, 1941. I was employed by the FDIC from April 22, 1991 to May 14, 2005. In 2004 my position with FDIC was Resolutions and Receivership Technician, and my gross annual income from FDIC was $55,339.24 per year. My employment with the FDIC ended on May 14, 2005 .

3. When I learned that the FDIC was offering a buyout, I accepted it to avoid being terminated and losing the additional money offered by the buyout. At the time I accepted the buyout, I knew that the number of positions in the Division of Resolutions and Receiverships was going to be reduced to less than half of its numbers and that almost all of the positions being eliminated were R&R Specialists and R&R Technicians. As a R&R Technician, I believed that my chances of retaining my employment with FDIC were small. Based on interoffice memos I

read, I believed that a Reduction in Force within DRR sometime during 2005 was imminent.

4.  I had intended to work for FDIC until I attained at least Twenty-two (22) years of service.  My retirement income would be significantly more if I could have worked for FDIC for at least Twenty-two (22) years.  Now my retirement income from FDIC is just $5,088.00 a year.

I declare under penalty of perjury, 28 U.S.C. § 1746, that the foregoing is true and correct based upon my information and belief.

Executed this __6 th day of June, 2006.

_James R. Canter_
(Signature)

2

# EXHIBIT B-3

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA ALIOTTA, et al and Others Similarly Situated     ) ) ) | Case Number 1: 05CV02325 |
|             Plaintiffs ) ) | DECLARATION OF _____ JAMES B. CONNELL, Plaintiff |
| v.          ) ) ) | |
| MARTIN J. GRUENBERG, ACTING CHAIRMAN, FEDERAL DEPOSIT INSURANCE CORPORATION, ) ) ) ) | |
|             Defendant. ) ) | |

I, JAMES B. CONNELL, hereby declare as follows:

1. I am a plaintiff in the above-referenced matter. I have personal knowledge of the facts set forth herein, and, if called upon to do so, I could and would testify competently thereto.

2. I was born on June 27, 1946. I was employed by the FDIC from August 28, 1989 to May 14, 2005. In 2004 my position with FDIC was Resolution & Receivership Specialist, and my gross annual income from FDIC was $97,633.34 per year. My employment with the FDIC ended on May 14, 2005.

3. When I learned that the FDIC was offering a buyout, I accepted it to avoid being terminated and losing the additional money offered by the buyout. At the time I accepted the buyout, I knew that the number of positions in the Division of Resolutions and Receiverships was going to be reduced to less than half of its numbers and that almost all of the positions being eliminated were R&R Specialists and R&R Technicians. As an R&R Specialist, I believed that my chances of retaining my employment with FDIC were small. Based on interoffice memos I

read, I believed that a Reduction in Force within DRR sometime during 2005 was imminent.

4. I had intended to work for FDIC until I attained at least 22 years of service. My retirement income would be significantly more if I could have worked for FDIC for at least seven more years. I am receiving no retirement income from FDIC at this time.

I declare under penalty of perjury, 28 U.S.C. § 1746, that the foregoing is true and correct based upon my information and belief.

Executed this 6th day of June, 2006.

_James B. Connell_
(Signature)

2

# EXHIBIT B-4

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BARBARA ALIOTTA, et al and Others Similarly Situated | ) ) | Case Number 1: 05CV02325 |
| Plaintiffs | ) ) ) | DECLARATION OF _Lawrence G. Dillow_ Plaintiff |
| v. | ) ) ) | |
| MARTIN J. GRUENBERG, ACTING CHAIRMAN, FEDERAL DEPOSIT INSURANCE CORPORATION, | ) ) ) ) | |
| Defendant. | ) ) | |

I, _LAWRENCE G. DILLOW_, hereby declare as follows:

1. I am a plaintiff in the above-referenced matter. I have personal knowledge of the facts set forth herein, and, if called upon to do so, I could and would testify competently thereto.

2. I was born on _7 Sept 1937_. I was employed by the FDIC from _5 Jan 1987_ to _14 May 2005_ In 2004 my position with FDIC was _Resolutions + receivership specialist_ and my gross annual income from FDIC was $ _91,313_ per year. My employment with the FDIC ended on _14 May 2005_.

3. When I learned that the FDIC was offering a buyout, I accepted it to avoid being terminated and losing the additional money offered by the buyout. At the time I accepted the buyout, I knew that the number of positions in the Division of Resolutions and Receiverships was going to be reduced to less than half of its numbers and that almost all of the positions being eliminated were R&R Specialists and R&R Technicians. As a R&R _Specialist_, I believed that my chances of retaining my employment with FDIC were small. Based on interoffice

1

memos I read, I believed that a Reduction in Force within DRR sometime during 2005 was imminent.

4. I had intended to work for FDIC until I attained at least __22__ years of service. My retirement income would be significantly more if I could have worked for FDIC for at least __3__ years. Now my retirement income from FDIC is just $14,184.00 a year.

I declare under penalty of perjury, 28 U.S.C. § 1746, that the foregoing is true and correct based upon my information and belief.

Executed this 6th day of June, 2006.

_____
(Signature)

2

# EXHIBIT B-5

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

BARBARA ALIOTTA, et al and          )          Case Number 1: 05CV02325
  Others Similarly Situated          )
                   )          DECLARATION OF _____
         Plaintiffs          )          Plaintiff
                   )
v.          )
                   )
                   )
MARTIN J. GRUENBERG, ACTING          )
CHAIRMAN, FEDERAL DEPOSIT          )
INSURANCE CORPORATION,          )
                   )
        Defendant.          )
_____)

I, _Mary L. DuPree-Ellis_, hereby declare as follows:

1. I am a plaintiff in the above-referenced matter. I have personal knowledge of the facts set forth herein, and, if called upon to do so, I could and would testify competently thereto.

2. I was born on _May 30, 1953_. I was employed by the FDIC from _Nov. 1990_ to _May 14, 2005_ In 2004 my position with FDIC was _R+R Tech_, and my gross annual income from FDIC was $_43,586_ per year. My employment with the FDIC ended on _May 14, 2005_.

3. When I learned that the FDIC was offering a buyout, I accepted it to avoid being terminated and losing the additional money offered by the buyout. At the time I accepted the buyout, I knew that the number of positions in the Division of Resolutions and Receiverships was going to be reduced to less than half of its numbers and that almost all of the positions being eliminated were R&R Specialists and R&R Technicians. As a R&R _Tech_, I believed that my chances of retaining my employment with FDIC were small. Based on interoffice

1

memos I read, I believed that a Reduction in Force within DRR sometime during 2005 was imminent.

    4. I had intended to work for FDIC until I attained at least ___30___ years of service. My retirement income would be significantly more if I could have worked for FDIC for at least ___30___ years. Now my retirement income from FDIC is just _$2,280.00_ a year.


    I declare under penalty of perjury, 28 U.S.C. § 1746, that the foregoing is true and correct based upon my information and belief.


Executed this 8 th day of June, 2006.


                                                            _Mary L. DuPree-Ellis_
                                                    (Signature)

# EXHIBIT B-6

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

BARBARA ALIOTTA, et al and )
   Others Similarly Situated )      Case Number 1: 05CV02325
 )
 )      DECLARATION OF PATRICIA
 )      EVERETT
       Plaintiffs )      Plaintiff
 )
v. )
 )
 )
MARTIN J. GRUENBERG, ACTING )
CHAIRMAN, FEDERAL DEPOSIT )
INSURANCE CORPORATION, )
 )
       Defendant. )
 )

I, Patricia Everett, hereby declare as follows:

1. I am a plaintiff in the above-referenced matter. I have personal knowledge of the facts set forth herein, and, if called upon to do so, I could and would testify competently thereto.

2. I was born on ___June 12, 1949___. I was employed by the FDIC from ___4-86___ to ___5-2005___. In 2004 my position with FDIC was ___Resolutions Receivership Technician___ and my gross annual income from FDIC was $___49,967___ per year. My employment with the FDIC ended on ___5-14-2005___.

3. When I learned that the FDIC was offering a buyout, I accepted it to avoid being terminated and losing the additional money offered by the buyout. At the time I accepted the buyout, I knew that the number of positions in the Division of Resolutions and Receiverships was going to be reduced to less than half of its numbers and that almost all of the positions being eliminated were R&R Specialists and R&R Technicians. As a R&R ___Technician___, I believed

1

that my chances of retaining my employment with FDIC were small. Based on interoffice memos I read, I believed that a Reduction in Force within DRR sometime during 2005 was imminent.

4. I had intended to work for FDIC until I attained at least ___30___ years of service. My retirement income would be significantly more if I could have worked for FDIC for at least ___9___ years. Now my retirement income from FDIC is just _13,000_ a year.

I declare under penalty of perjury, 28 U.S.C. § 1746, that the foregoing is true and correct based upon my information and belief.

Executed this 7th day of June, 2006.

_____
(Signature)

2

# EXHIBIT B-7

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BARBARA ALIOTTA, et al and<br>Others Similarly Situated | ) | Case Number 1: 05CV02325 |
| | ) | |
| Plaintiffs | ) | DECLARATION OF Joan D. Fairfield<br>Plaintiff |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| MARTIN J. GRUENBERG, ACTING | ) | |
| CHAIRMAN, FEDERAL DEPOSIT | ) | |
| INSURANCE CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

I, Joan D. Fairfield, hereby declare as follows:

1. I am a plaintiff in the above-referenced matter. I have personal knowledge of the facts set forth herein, and, if called upon to do so, I could and would testify competently thereto.

2. I was born on July 15, 1953. I was employed by the FDIC from August 1989 to May 15, 2005. In 2004 my position with FDIC was Resolutions & Receiverships Specialist, and my gross annual income from FDIC was $ 126,180 per year(as of May 2005). My employment with the FDIC ended on May 15, 2005.

3. When I learned that the FDIC was offering a buyout, I accepted it to avoid being terminated and losing the additional money offered by the buyout. At the time I accepted the buyout, I knew that the number of positions in the Division of Resolutions and Receiverships was going to be reduced to less than half of its numbers and that almost all of the positions being eliminated were R&R Specialists and R&R Technicians. As a R&R Specialist, I believed that my chances of retaining my employment with FDIC were small. Based on interoffice memos I

read, I believed that a Reduction in Force within DRR sometime during 2005 was imminent.

    4. I had intended to work for FDIC until I attained at least 31 years of service. My retirement income would be significantly more if I could have worked for FDIC for at least 31 years. Now my retirement income from FDIC is just $ 57,336 a year.

    I declare under penalty of perjury, 28 U.S.C. § 1746, that the foregoing is true and correct based upon my information and belief.

Executed this  _6_ th day of June, 2006.

                            (Signature) Joan D. Fairfield

2

# EXHIBIT B-8

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

BARBARA ALIOTTA, et al  and )      Case Number 1: 05CV02325
Others Similarly Situated )
     )      DECLARATION OF _C. Jenola Flowers

         Plaintiffs )      Plaintiff
     )
v.      )
     )
     )
MARTIN J. GRUENBERG, ACTING )
CHAIRMAN, FEDERAL DEPOSIT )
INSURANCE CORPORATION, )
     )
         Defendant. )
———————————————————— )

I, _C. Jenola Flowers_____, hereby declare as follows:

1. I am a plaintiff in the above-referenced matter. I have personal knowledge of the facts set forth herein, and, if called upon to do so, I could and would testify competently thereto.

2. I was born on _May 7, 1941. I was employed by the FDIC from October 8, 1983 to May 14, 2005. In 2004 my position with FDIC was Resolution and Receivership Specialist, and my gross annual income from FDIC was $108,905.00 per year. My employment with the FDIC ended on  May 14, 2005 .

3. When I learned that the FDIC was offering a buyout, I accepted it to avoid being terminated and losing the additional money offered by the buyout. At the time I accepted the buyout, I knew that the number of positions in the Division of Resolutions and Receiverships was going to be reduced to less than half of its numbers and that almost all of the positions being eliminated were R&R Specialists and R&R Technicians.  As an R&R Specialist, I believed that

1

my chances of retaining my position with FDIC were small.  Based on interoffice memos I read, I believed that a Reduction in Force within DRR sometime during 2005 was imminent.

4. I had intended to work for FDIC until I attained at least 22 + years of service.  My retirement income would be more if I could have worked for FDIC for at least 22 + years.  Now my retirement income from FDIC is just $40,392.00 a year.

I declare under penalty of perjury, 28 U.S.C. § 1746, that the foregoing is true and correct based upon my information and belief.

Executed this 6th day of June, 2006.

_____
(Signature)

# EXHIBIT B-9

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

BARBARA ALIOTTA, et al and )       Case Number 1: 05CV02325
Others Similarly Situated )

)       DECLARATION OF KATHY FRANTUM
         Plaintiffs )       Plaintiff

)

v. )

)

)

MARTIN J. GRUENBERG, ACTING )
CHAIRMAN, FEDERAL DEPOSIT )
INSURANCE CORPORATION, )

)

         Defendant. )

I, Kathy Frantum, hereby declares as follows:

1. I am a plaintiff in the above-referenced matter. I have personal knowledge of the facts set forth herein, and, if called upon to do so, I could and would testify competently thereto.

2. I was born on October 20, 1946. I was employed by the FDIC from May 21, 1990 to May 14, 2005. In 2004 my position with FDIC was Financial Management Analyst and my gross annual income from FDIC was $_____ per year. My employment with the FDIC ended on May 14, 2005 .

3. When I learned that the FDIC was offering a buyout, I accepted it to avoid being terminated and losing the additional money offered by the buyout. At the time I accepted the buyout, I knew that the number of positions in the Division of Resolutions and Receiverships was going to be reduced to less than half of its numbers and that almost all of the positions being eliminated were R&R Specialists and R&R Technicians. As a R&R Financial Mgt. Analyst, I believed that my chances of retaining my employment with FDIC were small. Based on interoffice

1

memos I read, I believed that a Reduction in Force within DRR sometime during 2005 was

imminent.

4. I had intended to work for FDIC until I attained at least __22__ years of service. My

retirement income would be significantly more if I could have worked for FDIC for at least

7 more years. Now my retirement income from FDIC is just _*_____ a year.

*I have deferred drawing retirement to reduce
the significant penalty associated with early
retirement.

I declare under penalty of perjury, 28 U.S.C. § 1746, that the foregoing is true and correct

based upon my information and belief.


Executed this 8 th day of June, 2006.


                                        _____
                                        (Signature)


2

# EXHIBIT B-10

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

BARBARA ALIOTTA, et al and     )
Others Similarly Situated     )

          )

          Plaintiffs     )

          )

v.     )

          )

MARTIN J. GRUENBERG, ACTING     )
CHAIRMAN, FEDERAL DEPOSIT     )
INSURANCE CORPORATION,     )

          )

          Defendant.     )

Case Number 1: 05CV02325

DECLARATION OF _____
Plaintiff

I, <u>Jamesena George</u>, hereby declare as follows:

1.  I am a plaintiff in the above-referenced matter.  I have personal knowledge of the facts set forth herein, and, if called upon to do so, I could and would testify competently thereto.

2.  I was born on <u>March 20, 1952</u>.  I was employed by the FDIC from <u>June 7, 1987</u> to <u>May 14, 2005</u>.  In 2004 my position with FDIC was <u>Resolutions & Receiverships Specialist</u>, and my gross annual income from FDIC was <u>$63,892</u> per year.  My employment with the FDIC ended on <u>May 14, 2005</u>.

3.  When I learned that the FDIC was offering a buyout, I accepted it to avoid being terminated and losing the additional money offered by the buyout.  At the time I accepted the buyout, I knew that the number of positions in the Division of Resolutions and Receiverships was going to be reduced to less than half of its numbers and that almost all of the positions being eliminated were R&R Specialists and R&R Technicians.  As a R&R Specialist, I believed that my chances of retaining my employment with FDIC were small.  Based on interoffice memos I

1

read, I believed that a Reduction in Force within DRR sometime during 2005 was imminent.

4. I had intended to work for FDIC until I attained at least 32 years of service. My retirement income would be significantly more if I could have worked for FDIC for at least 7 years. Now my retirement income from FDIC is just $24,000 a year.

I declare under penalty of perjury, 28 U.S.C. § 1746, that the foregoing is true and correct based upon my information and belief.

Executed this 6th day of June, 2006.

Jamesena George
Jamesena George

2

# EXHIBIT B-11

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BARBARA ALIOTTA, et al and<br>Others Similarly Situated | ) | Case Number 1: 05CV02325 |
| | ) | |
| | ) | DECLARATION OF Pinkie Lee Hoover, |
| Plaintiffs | ) | Plaintiff |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| MARTIN J. GRUENBERG, ACTING | ) | |
| CHAIRMAN, FEDERAL DEPOSIT | ) | |
| INSURANCE CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

I, Pinkie Lee Hoover, hereby declare as follows:

1. I am a plaintiff in the above-referenced matter. I have personal knowledge of the facts set forth herein, and, if called upon to do so, I could and would testify competently thereto.

2. I was born on May 9, 1947. I was employed by the FDIC from September 29, 1987 to May 14, 2005. In 2004 my position with FDIC was DRR Investigations Technician AND the Administrative Assistant to William R. Ostermiller, Assistant Director Receiverships (at his suggestion to place me in a better position to continue working for the FDIC), and my gross annual income from FDIC was $54,127 per year. My employment with the FDIC ended on May 14, 2005.

3. When I learned that the FDIC was offering a buyout, I accepted it to avoid being terminated and losing the additional money offered by the buyout. At the time I accepted the buyout, I knew that the number of positions in the Division of Resolutions and Receiverships was going to be reduced to less than half of its numbers and that almost all of the positions being

1

eliminated were R&R Specialists and R&R Technicians.   As an R&R Technician, I believed that my chances of retaining my employment with FDIC were small.  Based on interoffice memos I read, I believed that a Reduction in Force within DRR sometime during 2005 was imminent.

4.  I had intended to work for FDIC until I attained at least twenty-five (25) years of service.  My retirement income would be significantly more if I could have worked for FDIC for at least eight additional years.  Now my retirement income from FDIC is just $4,248 a year.


I declare under penalty of perjury, 28 U.S.C. § 1746, that the foregoing is true and correct based upon my information and belief.


Executed this 6th day of June, 2006.


_(Signature)_

2.

# EXHIBIT B-12

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BARBARA ALIOTTA, et al and<br>Others Similarly Situated | ) | Case Number 1: 05CV02325 |
| | ) | |
| Plaintiffs | ) | DECLARATION OF _____ |
| | ) | Plaintiff |
| v. | ) | |
| | ) | |
| MARTIN J. GRUENBERG, ACTING | ) | |
| CHAIRMAN, FEDERAL DEPOSIT | ) | |
| INSURANCE CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

I, Gary Kelly, hereby declare as follows:

1. I am a plaintiff in the above-referenced matter. I have personal knowledge of the facts set forth herein, and, if called upon to do so, I could and would testify competently thereto.

2. I was born on February 3, 1945. I was employed by the FDIC from June, 1983 to April 30, 2005. In 2004 my position with FDIC was Resolution & Receivership Specialist, and my gross annual income from FDIC was $95,000 per year. My employment with the FDIC ended on April 30, 2005.

3. When I learned that the FDIC was offering a buyout, I accepted it to avoid being terminated and losing the additional money offered by the buyout. At the time I accepted the buyout, I knew that the number of positions in the Division of Resolutions and Receiverships was going to be reduced to less than half of its numbers and that almost all of the positions being eliminated were R&R Specialists and R&R Technicians. As an R&R Specialist, I believed that my chances of retaining my employment with FDIC were small. Based on interoffice memos I

1

read, I believed that a Reduction in Force within DRR sometime during 2005 was imminent.

    4.  I had intended to work for FDIC until I attained at least 30 years of service.  My retirement income would be significantly more if I could have worked for FDIC for at least six years.  Now my retirement income from FDIC is just $ 36,600 a year.

    I declare under penalty of perjury, 28 U.S.C. § 1746 that the foregoing is true and correct based upon my information and belief.

Executed this 7th day of June 2006.

(Signature)

2