# EXHIBIT B-13

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

BARBARA ALIOTTA, et al and )          Case Number 1: 05CV02325
  Others Similarly Situated )

            Plaintiffs )          DECLARATION OF _Vincent H. Leal_
              )          Plaintiff

v. )

MARTIN J. GRUENBERG, ACTING )
CHAIRMAN, FEDERAL DEPOSIT )
INSURANCE CORPORATION, )

            Defendant. )

I, _Vincent H. Leal_, hereby declare as follows:

1.  I am a plaintiff in the above-referenced matter. I have personal knowledge of the facts set forth herein, and, if called upon to do so, I could and would testify competently thereto.

2.  I was born on _October 4, 1954_. I was employed by the FDIC from _April 16, 1984_ to _May 13, 2005_. In 2004 my position with FDIC was _Resolution Specialist_ and my gross annual income from FDIC was $ _98,000_ per year. My employment with the FDIC ended on _May 13, 2005_.

3.  When I learned that the FDIC was offering a buyout, I accepted it to avoid being terminated and losing the additional money offered by the buyout. At the time I accepted the buyout, I knew that the number of positions in the Division of Resolutions and Receiverships was going to be reduced to less than half of its numbers and that almost all of the positions being eliminated were R&R Specialists and R&R Technicians. As a R&R _Specialist_ _Resolution 6612_, I believed that my chances of retaining my employment with FDIC were small. Based on interoffice

1

memos I read, I believed that a Reduction in Force within DRR sometime during 2005 was imminent.

4. I had intended to work for FDIC until I attained at least _29_ years of service. My retirement income would be significantly more if I could have worked for FDIC for at least _8 more_ years. Now my retirement income from FDIC is just _$16,000_ a year.

I declare under penalty of perjury, 28 U.S.C. § 1746, that the foregoing is true and correct based upon my information and belief.

Executed this _11_th day of June, 2006.

_(Signature)_

# EXHIBIT B-14

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BARBARA ALIOTTA, et al and<br>Others Similarly Situated | ) | Case Number 1: 05CV02325 |
| | ) | |
| | ) | DECLARATION OF _____ _____ |
| Plaintiffs | ) | Plaintiff |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| MARTIN J. GRUENBERG, ACTING | ) | |
| CHAIRMAN, FEDERAL DEPOSIT | ) | |
| INSURANCE CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

I, Donald E. Lett, hereby declare as follows:

1.  I am a plaintiff in the above-referenced matter. I have personal knowledge of the facts set forth herein, and, if called upon to do so, I could and would testify competently thereto.

2.  I was born on December 27, 1952. I was employed by the FDIC from June 2, 1980 to May 14, 2005. In 2004 my position with FDIC was Resolutions & Receiverships Specialist, and my gross annual income from FDIC was $107,000 per year. My employment with the FDIC ended on May 14, 2005.

3.  When I learned that the FDIC was offering a buyout, I accepted it to avoid being terminated and losing the additional money offered by the buyout. At the time I accepted the buyout, I knew that the number of positions in the Division of Resolutions and Receiverships was going to be reduced to less than half of its numbers and that almost all of the positions being eliminated were R&R Specialists and R&R Technicians. As a R&R Specialist, I believed that my chances of retaining my employment with FDIC were small. Based on interoffice memos I

1

read, I believed that a Reduction in Force within DRR sometime during 2005 was imminent.

4.  I had intended to work for FDIC until I attained at least thirty (30) years of service. My retirement income would be significantly more if I could have worked for FDIC for at least thirty years.  Now my retirement income from FDIC is just $39,000 a year.

I declare under penalty of perjury, 28 U.S.C. § 1746, that the foregoing is true and correct based upon my information and belief.

Executed this <u>6</u> th day of June, 2006.

*Donald Lett*
(Signature)

2

# EXHIBIT B-15

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

BARBARA ALIOTTA, et al and      )     Case Number 1: 05CV02325
Others Similarly Situated         )

                                 )     DECLARATION OF CAROLE L. MANN

           Plaintiffs      )     Plaintiff

                                 )

v.                              )

                               )

MARTIN J. GRUENBERG, ACTING   )
CHAIRMAN, FEDERAL DEPOSIT    )
INSURANCE CORPORATION,       )

                               )

           Defendant.     )

_____)

I, __Carole L. Mann__ , hereby declare as follows:

1. I am a plaintiff in the above-referenced matter. I have personal knowledge of the facts set forth herein, and, if called upon to do so, I could and would testify competently thereto.

2. I was born on __02/16/1945__ . I was employed by the FDIC from __08/24/1984__ to __02/25/2005__ . In 2004 my position with FDIC was __Administrative Assistant detailed to an R&R Specialist Position,__ and my gross annual income from FDIC was $ __87,000__ per year. My employment with the FDIC ended on __02/25/2005__ .

3. When I learned that the FDIC was offering a buyout, I accepted it to avoid being terminated and losing the additional money offered by the buyout. At the time I accepted the buyout, I knew that the number of positions in the Division of Resolutions and Receiverships was going to be reduced to less than half of its numbers and that almost all of the positions being eliminated were R&R Specialists and R&R Technicians. As a R&R Specialist Detailee, I

1

believed that my chances of retaining my employment with FDIC were small.  Based on

interoffice memos I read, I believed that a Reduction in Force within DRR sometime during

2005 was imminent.

4.  I had intended to work for FDIC until I attained at least 25 years of service.  My

retirement income would be significantly more if I could have worked for FDIC for at least

___5___ years.  Now my retirement income from FDIC and Social Security Supplement is just

__$22,200_____ net a year.


I declare under penalty of perjury, 28 U.S.C. § 1746, that the foregoing is true and correct

based upon my information and belief.


Executed this __6 th day of June, 2006.


_Carole L. Mann_
**(Signature)**

2

# EXHIBIT B-16

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BARBARA ALIOTTA, et al and<br>Others Similarly Situated | ) | Case Number 1: 05CV02325 |
| | ) | |
| Plaintiffs | ) | DECLARATION OF Richard L. Mann<br>Plaintiff |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| MARTIN J. GRUENBERG, ACTING | ) | |
| CHAIRMAN, FEDERAL DEPOSIT | ) | |
| INSURANCE CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

I, Richard L. Mann , hereby declare as follows:

1. I am a plaintiff in the above-referenced matter. I have personal knowledge of the facts set forth herein, and, if called upon to do so, I could and would testify competently thereto.

2. I was born on April 6, 1946 . I was employed by the FDIC from November 1977 to April 30, 2005. In 2004 my position with FDIC was Resolutions and Receiverships Specialist , and my gross annual income from FDIC was $115,115.40 per year. My employment with the FDIC ended on April 30, 2005.

3. When I learned that the FDIC was offering a buyout, I accepted it to avoid being terminated and losing the additional money offered by the buyout. At the time I accepted the buyout, I knew that the number of positions in the Division of Resolutions and Receiverships was going to be reduced to less than half of its numbers and that almost all of the positions being eliminated were R&R Specialists and R&R Technicians. As a R&R Specialist, I believed that my chances of retaining my employment with FDIC were small. Based on interoffice memos I

1

read, I believed that a Reduction in Force within DRR sometime during 2005 was imminent.

4.  I had intended to work for FDIC until I attained at least <u>thirty years</u> of service.  My

retirement income would be significantly more if I could have worked for FDIC for at least <u>two

and half</u> years.  Now my retirement income from FDIC is just <u>$42,200 (net)</u> a year.


I declare under penalty of perjury, 28 U.S.C. § 1746, that the foregoing is true and correct

based upon my information and belief.


Executed this _6_th day of June, 2006.


**(Signature)**

2

# EXHIBIT B-17

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BARBARA ALIOTTA, et al and<br>Others Similarly Situated | ) | Case Number 1: 05CV02325 |
| | ) | |
| | ) | DECLARATION OF James W. McAnally |
| Plaintiffs | ) | Plaintiff |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| MARTIN J. GRUENBERG, ACTING | ) | |
| CHAIRMAN, FEDERAL DEPOSIT | ) | |
| INSURANCE CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

I, James W. McAnally, hereby declare as follows:

1. I am a plaintiff in the above-referenced matter. I have personal knowledge of the facts set forth herein, and, if called upon to do so, I could and would testify competently thereto.

2. I was born on March 28, 1940. I was employed by the FDIC from 1/4/1987 to May of 2005. In 2004 my position with FDIC was R & R Specialist Grade 14, and my gross annual income from FDIC was $124,000.00 per year. My employment with the FDIC ended on May 2005.

3. When I learned that the FDIC was offering a buyout, I accepted it to avoid being terminated and losing the additional money offered by the buyout. At the time I accepted the buyout, I knew that the number of positions in the Division of Resolutions and Receiverships was going to be reduced to less than half of its numbers and that almost all of the positions being eliminated were R&R Specialists and R&R Technicians. As a R&R Grade 14 in Owned Real Estate, I believed that my chances of retaining my employment with FDIC were small. Based on

1

interoffice memos I read, I believed that a Reduction in Force within DRR sometime during 2005 was imminent.

4. I had intended to work for FDIC until I attained at least 25 years of service. My retirement income would be significantly more if I could have worked for FDIC for at least 25 years. Now my retirement income from FDIC is just $22,000 a year.

I declare under penalty of perjury, 28 U.S.C. § 1746, that the foregoing is true and correct based upon my information and belief.

Executed this 5th day of June, 2006.

(Signature)

2

# EXHIBIT B-18

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BARBARA ALIOTTA, et al and<br>Others Similarly Situated | ) )<br>) | Case Number 1: 05CV02325 |
| | ) | DECLARATION OF _____ |
| Plaintiffs | ) ) | Plaintiff |
| v. | ) ) ) | |
| MARTIN J. GRUENBERG, ACTING<br>CHAIRMAN, FEDERAL DEPOSIT<br>INSURANCE CORPORATION, | ) ) ) ) | |
| Defendant. | ) ) | |

I, <u>Edwin J. Montoya</u>, hereby declare as follows:

1. I am a plaintiff in the above-referenced matter. I have personal knowledge of the facts set forth herein, and, if called upon to do so, I could and would testify competently thereto.

2. I was born on <u>August 23, 1954</u>. I was employed by the FDIC from <u>June16, 1975</u> to <u>May 13, 2005</u>. In 2004 my position with FDIC was <u>Resolution Specialist,</u> and my gross annual income from FDIC was approximately <u>$93,008</u> per year. My employment with the FDIC ended on <u>May 13, 2005</u>.

3. When I learned that the FDIC was offering a buyout, I accepted it to avoid being terminated and losing the additional money offered by the buyout. At the time I accepted the buyout, I knew that the number of positions in the Division of Resolutions and Receiverships was going to be reduced to less than half of its numbers and that almost all of the positions being eliminated were R&R Specialists and R&R Technicians. As a <u>R&R Specialist</u>, I believed that my chances of retaining my employment with FDIC were small. Based on interoffice memos I

1

read, I believed that a Reduction in Force within DRR sometime during 2005 was imminent.

    4.  I had intended to work for FDIC until I attained at least <u>45</u> years of service.  My

retirement income would be significantly more if I could have worked for FDIC for at least <u>45</u>

years (age 65).  Now my retirement income from FDIC is just <u>$29,736.00</u> a year.


    I declare under penalty of perjury, 28 U.S.C. § 1746, that the foregoing is true and correct

based upon my information and belief.


Executed this <u>9th</u> day of June, 2006.


                                                         (Signature)

# EXHIBIT B-19

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

BARBARA ALIOTTA, et al and
  Others similarly situated,      )     Case Number 1: 05CV02325
                          )     Others Similarly Situated

             )    DECLARATION OF Bernice Parker

                            Plaintiffs     )
                            Plaintiff

    Plaintiffs,

                           )
                  v.

     )
v.     )
MARTIN
     )
MARTIN J. GRUENB             MARTIN J. GRUENBERG,
                 ACTING     )
CHAIRMAN, FEDERAL DEPOSIT        CHAIRMAN, FEDERAL
                 DEPOSIT     )
INSURANCE CORPORATION,        INSURANCE CORPORATION,
                  )

                  )
    Defendant.      )
_____)

    I, __Bernice Parker_____, hereby declare as follows:

    1. I am a plaintiff in the above-referenced matter. I have personal knowledge of the facts set forth herein, and, if called upon to do so, I could and would testify competently thereto.

    2. I was born on __March 30, 1949__. I was employed by the FDIC from __June 9, 1985__ to __May 14, 2005__. In 2004 my position with FDIC was __Customer Service Rep. (Call Center)__, and my gross annual income from FDIC was $43.767 per year. My employment with the FDIC ended on __May 14, 2005__.

3. When I learned that the FDIC was offering a buyout, I accepted it to avoid being terminated and losing the additional money offered by the buyout. At the time I accepted the buyout, I knew that the number of positions in the Division of Resolutions and Receiverships was going to be reduced to less than half of its numbers and that almost all of the positions being eliminated were R&R Specialists and R&R Technicians. As a R&R Technician (Customer Service Rep. (Call Center, I believed that my chances of retaining my employment with FDIC were small. Based on interoffice memos I read, I believed that a Reduction in Force within DRR sometime during 2005 was imminent.

4. I had intended to work for FDIC until I attained at least __39__ years of service. My retirement income would be significantly more if I could have worked for FDIC for at least __9__ years. Now my retirement income from FDIC is just __28,560__ a year.

I declare under penalty of perjury, 28 U.S.C. § 1746, that the foregoing is true and correct based upon my information and belief.

Executed this __10th__ day of June, 2006.

_Denise Parke_
(Signature)

# EXHIBIT B-20

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| BARBARA ALIOTTA, ct al and<br>Others Similarly Situated | ) | Casc Number 1: 05CV02325 |
| | ) | |
| Plaintiffs | ) | DECLARATION OF _Sherry Thiels_<br>Plaintiff |
| | ) | |
| v. | ) | |
| | ) | |
| MARTIN J. GRUENBERG, ACTING | ) | |
| CHAIRMAN, FEDERAL DEPOSIT | ) | |
| INSURANCE CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

I, _Sherry Thiels_, hereby declare as follows:

1. I am a plaintiff in the above-referenced matter. I have personal knowledge of the facts set forth herein, and, if called upon to do so, I could and would testify competently thereto.

2. I was born on _10/26/1948_. I was employed by the FDIC from _12/16/1976_ to _5/14/2005_. In 2004 my position with FDIC was _____, and my gross annual income from FDIC was $_106,452_ per year. My employment with the FDIC ended on _5/14/2005_.

3. When I learned that the FDIC was offering a buyout, I accepted it to avoid being terminated and losing the additional money offered by the buyout. At the time I accepted the buyout, I knew that the number of positions in the Division of Resolutions and Receiverships was going to be reduced to less than half of its numbers and that almost all of the positions being eliminated were R&R Specialists and R&R Technicians. As a R&R _Specialist_, I believed that my chances of retaining my employment with FDIC were small. Based on interoffice

1

memos I read, I believed that a Reduction in Force within DRR sometime during 2005 was imminent.

4. I had intended to work for FDIC until I attained at least ___35___ years of service. My retirement income would be significantly more if I could have worked for FDIC for at least ___35___ years. Now my retirement income from FDIC is just $5 5 ,384 a year.

I declare under penalty of perjury, 28 U.S.C. § 1746, that the foregoing is true and correct based upon my information and belief.

Executed this 7th day of June, 2006.

_____
(Signature)

2

# EXHIBIT B-21

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

BARBARA ALIOTTA, et al  and          )     Case Number 1: 05CV02325
Others Similarly Situated            )
                                     )     DECLARATION OF *Marcus Leon Valentine*
                    Plaintiffs       )     Plaintiff
                                     )
v.                                   )
                                     )
                                     )
MARTIN J. GRUENBERG, ACTING          )
CHAIRMAN, FEDERAL DEPOSIT            )
INSURANCE CORPORATION,               )
                                     )
                    Defendant.       )
_____)

I, *Marcus Leon Valentine* , hereby declare as follows:

1. I am a plaintiff in the above-referenced matter. I have personal knowledge of the facts

set forth herein, and, if called upon to do so, I could and would testify competently thereto.

2. I was born on *Nov. 07, 1941* . I was employed by the FDIC from

*3/24/88* to *5/14/05* . In 2004 my position with FDIC was *R&R Specialist*

and my gross annual income from FDIC was $ *90,646.00* per year. My employment with the

FDIC ended on *05/14/05* .

3. When I learned that the FDIC was offering a buyout, I accepted it to avoid being

terminated and losing the additional money offered by the buyout. At the time I accepted the

buyout, I knew that the number of positions in the Division of Resolutions and Receiverships

was going to be reduced to less than half of its numbers and that almost all of the positions being

eliminated were R&R Specialists and R&R Technicians. As a R&R *Specialist*, I believed

that my chances of retaining my employment with FDIC were small. Based on interoffice

1

memos I read, I believed that a Reduction in Force within DRR sometime during 2005 was imminent.

4.  I had intended to work for FDIC until I attained at least __20__ years of service.  My retirement income would be significantly more if I could have worked for FDIC for at least _three additional_ years.  Now my retirement income from FDIC is just _13,356 ⁰⁰_ a year.

I declare under penalty of perjury, 28 U.S.C. § 1746, that the foregoing is true and correct based upon my information and belief.

Executed this __th day of June, 2006.

_(Signature)_

2

# EXHIBIT B-22

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| BARBARA ALIOTTA, et al and | ) | Case Number 1: 05CV02325 |
| Others Similarly Situated | ) | |
| | ) | DECLARATION OF JACKSON WARE |
| Plaintiffs | ) | Plaintiff |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| MARTIN J. GRUENBERG, ACTING | ) | |
| CHAIRMAN, FEDERAL DEPOSIT | ) | |
| INSURANCE CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

I, Jackson Ware, hereby declare as follows:

1. I am a plaintiff in the above-referenced matter. I have personal knowledge of the facts set forth herein, and, if called upon to do so, I could and would testify competently thereto.

2. I was born on July 5, 1945. I was employed by the FDIC from March 2, 1986 to May 14, 2005. In 2004 my position with FDIC was R&R Specialist and my gross annual income from FDIC was $127,383.00 per year. My employment with the FDIC ended on May 14, 2005.

3. When I learned that the FDIC was offering a buyout, I accepted it to avoid being terminated and losing the additional money offered by the buyout. At the time I accepted the buyout, I knew that the number of positions in the Division of Resolutions and Receiverships was going to be reduced to less than half of its numbers and that almost all of the positions being eliminated were R&R Specialists and R&R Technicians. As a R&R Specialist, I believed that my chances of retaining my employment with FDIC were small. Based on interoffice memos I

1

read, I believed that a Reduction in Force within DRR sometime during 2005 was imminent.

4. I had intended to work for FDIC until I attained at least 40 years of service. My retirement income would be significantly more if I could have worked for FDIC for at least 7 years. Now my retirement income from FDIC is just $70,476.00 a year.


I declare under penalty of perjury, 28 U.S.C. § 1746, that the foregoing is true and correct based upon my information and belief.


Executed this <u>5</u>th day of June, 2006.


_____
(Signature) Jackson Ware

# EXHIBIT B-23

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

BARBARA ALIOTTA, et al and    )    Case Number 1: 05CV02325
  Others Similarly Situated      )
                              )    DECLARATION OF _____
             Plaintiffs    )    Plaintiff
                              )
v.                            )
                              )
                              )
MARTIN J. GRUENBERG, ACTING    )
CHAIRMAN, FEDERAL DEPOSIT    )
INSURANCE CORPORATION,      )
                              )
            Defendant.    )
_____)

I, __Kerry L. Williams__ , hereby declare as follows:

1. I am a plaintiff in the above-referenced matter. I have personal knowledge of the facts set forth herein, and, if called upon to do so, I could and would testify competently thereto.

2. I was born on ___August 1, 1941_. I was employed by the FDIC from June 19, 1989 to May 14, 2005 . In 2004 my position with FDIC was R&R Specialist Gr. 12 and my gross annual income from FDIC was $98,316.00 per year. My employment with the FDIC ended on May 14, 2005 .

3. When I learned that the FDIC was offering a buyout, I accepted it to avoid being terminated and losing the additional money offered by the buyout. At the time I accepted the buyout, I knew that the number of positions in the Division of Resolutions and Receiverships was going to be reduced to less than half of its numbers and that almost all of the positions being eliminated were R&R Specialists and R&R Technicians. As a R&R Specialist, I believed that my chances of retaining my employment with FDIC were small. Based on interoffice memos I

1

read, I believed that a Reduction in Force within DRR sometime during 2005 was imminent.

    4.  I had intended to work for FDIC until I attained at least __25____ years of service.
My retirement income would be significantly more if I could have worked for FDIC for at least
__25____ years.  Now my retirement income from FDIC is just ___$11,678.69____ a year.


    I declare under penalty of perjury, 28 U.S.C. § 1746, that the foregoing is true and correct
based upon my information and belief.


Executed this _7th day of June, 2006.


*Kerry L. Williams*
Kerry L. Williams                (Signature)

2