UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| BARBARA ALLIOTA *et al.*, | : | | |
| Plaintiffs, | : | Civil No.: | 05-2325 (RMU) |
| v. | : | Document No.: | 9 |
| MARTIN GRUENBERG,<br>Acting Chairman,<br>Federal Deposit Insurance Corporation, | : | | |
| Defendant. | : | | |

# ORDER

### GRANTING THE PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

For the reasons stated in the Memorandum Opinion contemporaneously filed herewith, it is this 25th day of July, 2006,

**ORDERED** that the plaintiffs' motion for class certification is **GRANTED**, and it is

**FURTHER ORDERED** that the class definition shall be as follows:

> Former or present employees of FDIC's Division of Resolution and Receiverships who were born on a date on or before September 30, 1955 and who, as a result of the 2005 RIF, either accepted a buyout or reduction in grade, or were terminated from their positions in the DRR.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge