UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA ALIOTTA, et al and<br>  Others similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>MARTIN J. GRUENBERG, ACTING<br>CHAIRMAN, FEDERAL DEPOSIT<br>INSURANCE CORPORATION,<br><br>                Defendant. | Case Number 1: 05CV02325 (RMU) |

**CONSENT**
**MOTION TO JOIN LAWSUIT**

David L. Noffsinger by the undersigned attorney hereby moves for an order joining him as a party plaintiff to this lawsuit. Mr. Noffsinger was born on December 12, 1943. He had been employed by the Defendant for more than 19 years in 2005. He accepted a buyout and retirement effective on May 14, 2005, because of his fear that his employment would have been terminated by the Defendant without such a buyout. On that date he had 19 years and two months of service with FDIC. Mr. Noffsinger was harmed by the Defendant's 2005 reduction in force, and therefore is a member of the class that this Court certified on July 25, 2006.

The attorney for the Defendant has advised the undersigned that without waiving any defenses to Mr. Noffsinger's claims stated herein (including, without limitation, that notice of his claims was not provided to the EEOC until February 21, 2006), the Defendant has no objection to the joinder of Mr. Noffsinger as a named party plaintiff in this lawsuit.

A proposed Order adding Mr. Noffsinger as a party plaintiff is submitted herewith for the convenience of the Court.

          Respectfully submitted,

          _____
          David L. Rose, attorney for Plaintiffs and for
          David L. Noffsinger

August 8, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA ALIOTTA, et al and ) <br> Others similarly situated, ) <br> ) <br>              Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MARTIN J. GRUENBERG, ACTING ) <br> CHAIRMAN, FEDERAL DEPOSIT ) <br> INSURANCE CORPORATION, ) <br> ) <br>              Defendant. ) <br>                                ) | Case Number 1: 05CV02325 (RMU) |

**ORDER GRANTING CONSENT MOTION TO JOIN THIS SUIT**

David L. Noffsinger, having moved for permission to join this suit as a party plaintiff, and it appearing that he was affected by the Defendant's 2005 Reduction in Force in the same manner as some other members of the class, and that the Defendant has no objection to this motion,

IT IS ORDERED THAT David. L. Noffsinger be added as a party to this law suit.

_____
UNITED STATES DISTRICT JUDGE

Done this \_\_\_\_ day of August, 2006