**FDIC**

**Federal Deposit Insurance Corporation**
3501 Fairfax Drive, Arlington, VA 22226-3500                                                                                    Legal Division

August 23, 2006

FILED VIA ECF
Honorable Ricardo M. Urbina
United States District Judge
United States District Court for the
 District of Columbia
333 Constitution Avenue
Washington, D.C. 20001

      Re:  Aliotta v. Gruenberg, Civil No. 05-2325 (RMU)

Dear Judge Urbina:

      Pursuant to the order of the Court contained in its Memorandum Opinion dated July 25, 2006, counsel for the parties have agreed upon the following plan for notification of the members of the certified class:

1. The parties have agreed on the text of the attached notice to be provided to all class members as defined by the Court in its July 25, 2006 order certifying the class;

2. The FDIC will mail the notices by certified, first class mail to all class members upon the Court's approval of the form for the notice to class members (and the parties request that the Court approve the form of the attached notice);

3. The notice will provide that class members will have until a date 60 days after the mailing date to opt out of this class action, by notifying the Clerk of the Court of their decision to opt out; and

4. From its personnel records, the FDIC has identified 171 class members (116 in the "buyout" subclass, 27 in the "involuntarily separated" subclass, and 28 in the "change to lower grade" subclass).  Upon the execution of an agreed privacy protective order, the FDIC will provide class counsel with the address lists to be used to notify the class members.

A proposed Order is attached.

                                Respectfully submitted,

/s/ William S. Jones
_____
William S. Jones
Georgia Bar No. 404288
Counsel, Legal Division
Federal Deposit Insurance Corporation
3501 N. Fairfax Drive (VS-E6006)
Arlington, VA 22226
(703) 562-2362
(703) 562-2482 (Fax)

Attorney for Defendant


/s/ David L. Rose
_____
David L. Rose
D.C. Bar No. 376379
Rose & Rose, P.C.
1320 19th Street, N.W., Suite 601
Washington, D.C. 20036
(202) 331-8555
(202) 331-0996 (Fax)

Attorney for Plaintiffs


Attachments

cc:  David L. Rose, Esq.  (via e-mail attachment)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA ALIOTTA, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MARTIN J. GRUENBERG, )<br>Acting Chairman, )<br>Federal Deposit Insurance Corporation, )<br>)<br>Defendant. )<br>) | Case No. 1:05-cv-02325-RMU |

## ORDER

**APPROVING THE FORM AND PLAN FOR NOTICE TO CLASS MEMBERS**

In accordance with the agreement of counsel for the parties, it is this ___ day of

_____, 2006,

**ORDERED** that the form of the Notice to Class Members submitted by counsel for the parties is approved, and it is

**FURTHER ORDERED** that the plan for notification of the class members submitted by counsel for the parties is approved.

**SO ORDERED.**

RICARDO M. URBINA
United States District Judge