UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BARBARA ALLIOTA *et al.*, | : | |
| Plaintiffs, | : | Civil No.: 05-2325 (RMU) |
| v. | : | |
| MARTIN GRUENBERG, Acting Chairman, Federal Deposit Insurance Corporation, | : | |
| Defendant. | : | |

# ORDER

**APPROVING THE FORM AND PLAN FOR NOTICE TO CLASS MEMBERS**

In accordance with the agreement of counsel for the parties, it is this 23rd day of August, 2006, hereby

**ORDERED** that the form of the Notice to Class Members submitted by counsel for the parties is approved, and it is

**FURTHER ORDERED** that the plan for notification of the class members submitted by counsel for the parties is approved.

**SO ORDERED.**

RICARDO M. URBINA
United States District Judge