Clerk of Court
United States District Court for the District of Columbia
333 Constitution Avenue
Washington, D.D. 20001


Date:     September 4, 2006
Name:     Donald W. Allen
Address:  1412 Willow Wood Dr.
          Carrollton TX. 75010-1314

Please exclude my name from the class as a plaintiff in the FDIC ADEA Litigation case number 1:05-cv-02325-RMU.

Sincerely,

Donald W. Allen

LET THIS BE FILED
DATE: 9/14/06
JUDGE RICARDO M. URBINA