Clerk of Court
United States District Court for the District of Columbia
333 Constitution Ave.
Washington, DC 20001

I wish to be excluded from the class action suit brought against the FDIC. The reference number is: FDIC ADEA Litigation-Case No. 1:05-cv-02325-RMU.

*Cornelius Ahern* (signature)

Cornelius J. Ahern