# RECEIVED

OCT 1 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

11161 S Whitetail Ln
Olathe, KS 66062
October 10, 2006

Clerk of the Court
United States District Court for the District of Columbia
333 Constitution Avenue
Washington, DC  20001

Re: FDIC ADEA Litigation – Case No. 1:05-cv-02325-RMU

Dear Clerk of the Court:

I respectfully request to be EXCLUDED from the above referenced class action lawsuit.

Sincerely,

James A. Meyer
Federal Deposit Insurance Corporation