RECEIVED

OCT 2 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

October 22, 2006

Clerk of Court
United States District Court for the District of Columbia
333 Constitution Avenue
Washington, D.C. 20001
(FDIC ADEA Litigation – Case No. 1:05-cv-02325-RMU)

Re: NOTICE OF PENDENCY OF CLASS ACTION

    Glenda M. Wing
    4017 Sonora Drive
    Plano, TX 75074

I, Glenda M. Wing, wish to be **excluded** from the class action – FDIC ADEA Litigation Case No. 1:05-cv-02325-RMU.

Respectfully,

*Glenda M. Wing*
Glenda M. Wing