October 30, 2006

Clerk of Court
US District Court for the District of Columbia
333 Constitution Avenue
Washington, D.C. 20001
(FDIC ADEA Litigation – Case No. 1:05-cv-02325-RMU)

**RECEIVED**

NOV 0 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dear Sir:

This is a formal request that I be **excluded** from the above mentioned lawsuit (FDIC ADEA Litigation – Case No. 1:05-cv-02325-RMU) and the class it represents. I am presently an FDIC employee and my name and address is the following:

Tom William Moran
10202 Broadmoor Lane
Rowlett, Texas 75089

Thank you for your immediate attention and cooperation.

Sincerely,

Tom W. Moran

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BARBARA ALIOTTA, et al<br><br>Plaintiffs,<br><br>v.<br><br>MARTIN J. GRUENBERG,<br>Acting Chairman,<br>Federal Deposit Insurance Corporation,<br><br>Defendant. | Case No. 1:05-cv-02325-RMU<br><br>NOTICE OF PENDENCY<br>OF CLASS ACTION |

## IMPORTANT NOTICE

TO: ALL FORMER OR PRESENT EMPLOYEES OF FDIC'S DIVISION OF RESOLUTIONS AND RECEIVERSHIPS WHO WERE BORN ON OR BEFORE SEPTEMBER 30, 1955 AND WHO, AS A RESULT OF THE 2005 RIF, EITHER ACCEPTED A BUYOUT OR REDUCTION IN GRADE, OR WERE TERMINATED FROM THEIR POSITIONS IN THE DRR.

Pursuant to Rule 23 of the Federal Rules of Civil Procedure, you are hereby notified:

1. The above-captioned class action is pending in this Court. It was brought representatively on behalf of a class consisting of all former or present employees of FDIC's Division of Resolutions and Receiverships who were born on or before September 30, 1955 and who, as a result of the 2005 RIF, either accepted a buyout or reduction in grade, or were terminated from their positions in the DRR.

2. On the 25th day of July, 2006, the Court entered an order certifying this action as a class action and defining the class as set forth above.

3. The plaintiffs contend that the 2005 RIF violated the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. § 621 et seq. Plaintiffs contend that the FDIC violated the ADEA by designing and/or implementing the 2005 RIF in a manner that discriminated against its older employees, and particularly those over age 50 by using employment practices that treated them less favorably than younger employees. The defendant FDIC contends, however, that it designed and implemented the 2005 RIF based wholly upon reasonable factors other than age.

4. This notice is given to you in the belief that you may be a member of the above class whose rights may be affected by this lawsuit. It should not be understood as an expression of any opinion by the Court concerning the merits of this action. The notice is merely to advise you of the pendency of the action and of your rights with respect thereto.

(Page 1 of 2)

5. The Court has designated plaintiffs as class representatives, and David R. Rose with the firm of Rose & Rose, P.C., 1320 19th Street, N.W., Suite 601, Washington, D.C. 20036, as class counsel.

6. If you meet the requirements of the class definition set forth above, you will be included in the class, unless you request to be excluded from such class in the manner set forth below. If you remain a member of the class you will be bound by the judgment whether favorable or unfavorable, but if there is a recovery, you will be entitled to share in the proceeds and/or other relief as the Court may allow.

7. If you do not request exclusion, you may enter an appearance in the action personally or through your own counsel at your own expense. Otherwise, you will be represented by class counsel.

8. If you wish to be excluded from the class, you must send a first class mail letter setting forth your name and present address, and a statement that you wish to be excluded from the class, postmarked on or before November 1, 2006, addressed as specified below.

9. If you do not request exclusion or if your letter of exclusion is not postmarked on or before November 1, 2006, you will be included in the class.

10. Letters requesting exclusion should be mailed first class mail and postmarked on or before November 1, 2006, addressed as follows:

> Clerk of Court
> United States District Court for the District of Columbia
> 333 Constitution Avenue
> Washington, D.C. 20001
> (FDIC ADEA Litigation – Case No. 1:05-cv-02325-RMU)

11. The pleadings and other papers filed in this action are available for inspection at the office of the Clerk of the Court.

12. Any inquiry you or your counsel may wish to make concerning this notice should be directed to:

> David L. Rose and/or Henry P. Gassner
> Rose & Rose, P.C.
> 1320 19th Street, N.W.
> Suite 601
> Washington, D.C. 20036
> (202-331-8555 or daver@roselawyers.com)

Dated:  September 1, 2006         Clerk of the Court
        Washington, D.C.          United States District Court for the
                                  District of Columbia