Oct 31, 2006
605 Norton St.
Weatherford, TX 76086

Clerk of the Court
U.S. District Court for D.C.
333 Constitution Ave.
Washington, D.C. 20001

LET THIS BE FILED
DATE: 11/9/06
Ricardo M. Urbina
JUDGE RICARDO M. URBINA

Subj: FDIC ADEA Litigation
      Case No. 1:05-cv-02325-RMU

Dear Clerk,

Please exclude me from the subject class action against the FDIC.

Michael J. Lauer
MICHAEL J. LAUER
605 NORTON ST.
WEATHERFORD, TX 76086
(formerly 6629 Shadow Crest Dr.
           Plano, TX 75093)