January 11, 2007

FILED VIA ECF
Honorable Ricardo M. Urbina
United States District Judge
United States District Court for the
    District of Columbia
333 Constitution Avenue, N. W.
Washington, D.C. 2001

    Re: <u>Aliotta et al. v. Bair</u>, Civ. No. 05-2325 (RMU)[1]
        Certified as a Class Action by Order of July 25, 2006

Dear Judge Urbina:

    This class action alleges age discrimination in employment by the Federal Deposit Insurance Corporation in its 2005 Reduction in Force. Notice has been provided to the class members pursuant to the Court's order approving the form and plan for notice entered on August 23, 2006, and the opt-out period expired on November 1, 2006.

    The parties respectfully request that this Court schedule an initial status conference pursuant to paragraph 7 of Your Honor's Standing Order for Civil Cases. The parties request that such a conference be scheduled at the Court's earliest convenience consistent with the calendar of the Court and the time deadlines set forth in paragraph 8 of the Standing Order for the parties to confer and file their report required by Local Civil Rule 16.3(c).

---

    [1]The Complaint, filed on December 5, 2005, and the Amended Complaint, filed on February 9, 2006, named as Defendant Martin J. Gruenberg, in his official capacity as Acting Chairman of the FDIC. Sheila C. Bair was sworn in as Chairman of the FDIC on June 26, 2006, and in her official capacity should be substituted for Mr. Gruenberg as Defendant in this case pursuant to Fed. R. Civ. P. 25(d).

Thank you for your consideration of this request.

Respectfully submitted,

/s/Williams S. Jones                                /s/ David L. Rose

William S. Jones                                    David L. Rose
Georgia Bar No. 404288                              D. C. Bar. No. 376379
Counsel, Legal Division                             Rose & Rose, P. C.
Federal Deposit Insurance Corporation               1320 19th Street, N.W., Suite 601
3501 N. Fairfax Drive (VS-E6006)                    Washington, D.C. 20036
Arlington, VA 22226                                 (202) 331-8555
(703) 562-2362                                      (202) 331-0996 (Fax)
(703) 562-2482 (Fax)                                Attorney for the Plaintiffs
Attorney for the Defendant