# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA ALIOTTA, et al )<br>)<br>　　　　Plaintiffs, )<br>)<br>v. )<br>)<br>SHEILA C. BAIR )<br>CHAIRMAN, )<br>FEDERAL DEPOSIT INSURANCE )<br>CORPORATION (FDIC), )<br>)<br>　　　　Defendant. )<br>) | Case No. 1:05cv-02325-RMU<br><br>CONSENT MOTION TO EXTEND<br>TIME FOR DISCOVERY, EXPERT<br>WITNESS REPORTS, AND<br>DISPOSITIVE MOTIONS |

## CONSENT MOTION TO EXTEND TIME FOR DISCOVERY

Plaintiffs move to extend time within which to comply with Order entered on February 16, 2007 with regard to the close of discovery, the production of expert witness reports and the date by which to submit any dispositive motions pursuant to U.S.Dist.Ct.Rule LCvR 7. Undersigned counsel for Plaintiffs conferred with Defendant's Counsel on Monday, June 25, 2007, Defendant, through its attorney consented to this motion.

No previous extensions of time have been requested or granted with respect to the discovery deadlines, experts' reports or dispositive motions.

The parties have agreed to the following adjustments to the schedule:

 a. Plaintiff's expert report(s) due July 16, 2007

 b. Defendant's expert report(s) due August 20, 2007

 c. Discovery to close September 28, 2007

 d. Dispositive motions are due by October 26, 2007.

Further, counsel for plaintiff adds that due to a heavy briefing and motion schedule in

*Holowecki et. al. v. Federal Express Corp.*, Case No. 1:02-cv-03355 (JSR) and *Clausnitzer, et al. v. Federal Express Corp.*, Case No. SACV 05-1269 DOC (ANx), a heavy discovery schedule requiring frequent travel to California, Tennessee and Texas; a motion for nationwide class certification and hearing in California; and unanticipated filing of an opposition to a Petition in the Supreme Court in the *Holowecki* case. See scheduling orders attached. Recognizing the challenges imposed, Rose & Rose P.C. has recently assigned an associate, Dotie Joseph, Esquire, to represent the Plaintiffs in this case.

      For the foregoing reasons, the Plaintiffs request that this consent motion be granted. A proposed order is attached hereto.

DATED: June 26, 2007                By:    /s/ David L. Rose

                                                    David L. Rose (D.C. Bar # 376379)
                                                    1320 19th Street, N.W., Suite 601
                                                    Washington, D.C. 20036
                                                    Tel: (202) 331-8555
                                                    Fax: (202) 331-0996
                                                    daver@roselawyers.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA ALIOTTA, et al and <br> Others similarly situated, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MARTIN J. GRUENBERG, ACTING ) <br> CHAIRMAN, FEDERAL DEPOSIT ) <br> INSURANCE CORPORATION, ) <br> ) <br> Defendant. ) <br> ) | Case Number 1: 05CV02325 <br><br> ORDER Granting <br> Consent Motion to Extend Discovery <br><br><br> [ADEA Class Action] |

## ORDER

UPON CONSIDERATION of Plaintiffs' Consent Motion to Extend Discovery, it is this

____ day of _____ 2007

ORDERED that Plaintiffs' Motion is hereby GRANTED, and it is further

ORDERED that this court's Minute Order setting the discovery schedule, entered on February 16, 2007, is hereby AMENDED as follows:

- Plaintiff's expert report(s) due July 16, 2007

- Defendant's expert report(s) due August 20, 2007

- Discovery will close September 28, 2007

- Dispositive motions are due by October 26, 2007.

SO ORDERED.

_____
Honorable Ricardo M. Urbina
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copies of:

   1) Consent Motion to Extend Discovery, and

   2) A proposed Order Granting Consent Motion to Extend Discovery by e-mail and by

first-class mail upon the following person(s):

   William S. Jones
   Office of General Counsel
   Federal Deposit Insurance Corporation
   3501 N. Fairfax Drive, Room VS-E-6006
   Arlington, Virginia 22226

DATED: June 26, 2007          By:   /s/ Dotie Joseph

                                              _____
                                              Dotie Joseph
                                              1320 19th Street, N.W., Suite 601
                                              Washington, D.C. 20036
                                              Tel: (202) 331-8555
                                              Fax: (202) 331-0996
                                              djoseph@roselawyers.com