UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA ALIOTTA, et al and ) <br> Others similarly situated, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> SHEILA BAIR, CHAIRMAN, ) <br> FEDERAL DEPOSIT ) <br> INSURANCE CORPORATION, ) <br> ) <br> Defendant. ) <br> ) | Case Number 1:05CV02325 <br><br> Judge Ricardo M. Urbina <br><br><br> CONSENT MOTION TO <br> ADD BRUCE BROWN <br> AS PARTY |

**CONSENT**
**MOTION TO JOIN LAWSUIT**

Bruce Brown, by and through undersigned counsel, hereby moves for an order joining him as a party plaintiff to this lawsuit. Mr. Brown was born on January 26, 1951. Mr. Brown began his uninterrupted employment with the Defendant on January 28, 1976, and had been employed by the Defendant for more than 21 years in 2005. Because of his belief that his employment would have been otherwise terminated by the Defendant, Mr. Brown accepted buyouts, beginning with the 2005 Reduction in Force (RIF). He accepted a first buyout and retirement to be effective on March 3, 2005. For to workload reasons, the Defendant extended Mr. Brown's employment, and consequently deferred his buy-out date on several occasions. He accepted his final buyout on February 8, 2006 for a retirement date of April 1, 2006. On that date

Mr. Brown had 30 years and two months of service with the FDIC. Mr. Brown was harmed by the Defendant's 2005 reduction in force, and therefore is a member of the class that this Court certified on July 25, 2006.

The attorney for the Defendant has advised the undersigned that without waiving any defenses to Mr. Brown's claims stated herein, and the Defendant has no objection to the joinder of Mr. Brown in this lawsuit.

A proposed Order adding Mr. Brown as a party plaintiff is submitted herewith for the convenience of the Court.

                Respectfully submitted,

                /s/ David L. Rose
                /s/ Dotie Joseph

                _____
                David L. Rose (DR8716)
                Dotie Joseph
                Rose & Rose, P.C.
                1320 19th St., N.W., Suite 601
                Washington, D.C. 20036(202) 331-8555
                (202) 331-8555
                FAX (202) 331-0996
                Attorneys for Plaintiffs

July 11, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA ALIOTTA, et al and )<br>  Others similarly situated, )<br> )<br>             Plaintiffs, )<br> )<br>v. )<br> )<br>SHEILA BAIR, CHAIRMAN, )<br>FEDERAL DEPOSIT )<br>INSURANCE CORPORATION, )<br> )<br>             Defendant. )<br> ) | Case Number 1:05CV02325<br><br>Judge Ricardo M. Urbina |

**ORDER GRANTING CONSENT MOTION TO JOIN THIS SUIT**

Bruce Brown, having moved for permission to join this suit as a party plaintiff, and it appearing that he was affected by the Defendant's 2005 Reduction in Force in the same manner as some other members of the class, and that the Defendant has no objection to this motion, IT IS ORDERED THAT Bruce Brown be added as a party to this law suit.

_____
UNITED STATES DISTRICT JUDGE

Done this ____ day of _____, 2007

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copies of:
1) Consent Motion to add Bruce Brown as a Plaintiff, and
2) [Proposed] Order Granting Consent Motion

have been served this 11th day of July 2007 by first-class mail upon the following person(s):

    William S. Jones
    Office of General Counsel
    Federal Deposit Insurance Corporation
    3501 N. Fairfax Drive, Room VS-E-6006
    Arlington, Virginia 22226


Date: July 11, 2007                      /s/ David L. Rose
                                                David L. Rose