UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BARBARA ALIOTTA, et al., )
)
Plaintiffs, )
)
v. ) Civil Case No. 05-02325 (RMU)
)
SHEILA C. BAIR, )
Chairman, )
Federal Deposit Insurance Corporation, )
)
Defendant. )
)

FILED

AUG 1 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

UPON CONSIDERATION of Defendant's Consent Motion Concerning Damages Experts, it is this 13th day of August, 2007,

ORDERED that Defendant's motion is granted, and it is further

ORDERED that these proceedings shall be bifurcated into liability and damages phases, and that the following shall be deferred until after the issue of liability has been determined, with a more precise schedule to be entered if the Court finds for Plaintiffs on the issue of liability: (1) completion of Plaintiffs' expert report on damages; (2) disclosure of Defendant's rebuttal expert testimony on damages pursuant to Fed. R. Civ. P. 26(a)(2); and (3) depositions of the parties' experts on damages; it is

SO ORDERED.

_____
Ricardo M. Urbina
UNITED STATES DISTRICT JUDGE