UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **BARBARA ALIOTTA, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No. 1:05-cv-02325-RMU |
| ) | |
| **SHEILA C. BAIR,** ) | |
| **Chairman,** ) | |
| **Federal Deposit Insurance Corporation,** ) | |
| ) | |
| **Defendant.** ) | |

**JOINT MOTION TO EXTEND TIME
FOR DISCOVERY AND DISPOSITIVE MOTIONS**

The parties jointly file this motion to extend the time within which to comply with the Order entered on June 26, 2007, with regard to the close of discovery and the date by which to submit any dispositive motions pursuant to U.S. Dist. Ct. LCvR 7, and in support of this Joint Motion state the following:

One previous extension of time has been requested and granted with respect to discovery and dispositive motion deadlines, pursuant to which discovery is currently scheduled to close on September 28, 2007, and dispositive motions are due by October 26, 2007.

Plaintiffs have been working on, but have not yet responded to, Defendant's Interrogatories and Requests for Admission (attached).  Plaintiff's responses to Defendant's discovery requests are needed in order for Defendant to determine whether any additional depositions should be taken in this case, and to properly prepare the agency's dispositive motion. Plaintiff's counsel has indicated that he expects to respond to Defendant's outstanding discovery requests no later than October 5, 2007.

Undersigned counsel for Plaintiffs, David L. Rose, is counsel of record for the respondents in the United States Supreme Court in <u>Federal Express Corp. v. Holowecki et al</u>, No. 06 1322. Of necessity, he has given priority to and has been devoting his time to the brief of respondents which is due and will be filed on September 24, 2007. That case is calendared for oral argument on November 6, 2007.

Accordingly, the parties have agreed to request that the Court approve the following adjustments to the schedule:

(a) Discovery to close on October 26, 2007;

(b) Dispositive motions are due by November 23, 2007.

A proposed order is attached.

Respectfully submitted,


/s/ David L. Rose                                             /s/ William S. Jones
_____     _____
David L. Rose                                               William S. Jones
D.C. Bar No. 376379                                  Georgia Bar No. 404288
Rose & Rose, P.C.                                      Counsel, Legal Division
1320 19th Street, N.W.                              Federal Deposit Insurance Corporation
Suite 601                                                     3501 N. Fairfax Drive (VS-E6006)
Washington, D.C. 20036                          Arlington, VA 22226
(202) 331-8555                                          (703) 562-2362
(202) 331-0996 (Fax)                                (703) 562-2482 (Fax)

Attorney for Plaintiff                                 Attorney for Defendant


Dated: September 24, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |   |
|---|---|---|
| **BARBARA ALIOTTA, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | Case No. 1:05-cv-02325-RMU |
| | ) | |
| **SHEILA C. BAIR,** | ) | |
| **Chairman,** | ) | |
| **Federal Deposit Insurance Corporation,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

UPON CONSIDERATION of the parties' Joint Motion to Extend Time for Discovery and Dispositive Motions, it is this ____ day of September, 2007,

ORDERED that the joint motion is granted, and it is further

ORDERED that the scheduling order in this case is amended as follows: (a) Discovery will close on October 26, 2007; and (b) Dispositive motions will be due by November 23, 2007.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE