UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
SEP 26 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

BARBARA ALIOTTA, et al., )
)
Plaintiffs, )
)
v. ) Case No. 1:05-cv-02325-RMU
)
SHEILA C. BAIR, )
Chairman, )
Federal Deposit Insurance Corporation, )
)
Defendant. )

## ORDER

UPON CONSIDERATION of the parties' Joint Motion to Extend Time for Discovery and Dispositive Motions, it is this 26 day of September, 2007,

ORDERED that the joint motion is granted, and it is further

ORDERED that the scheduling order in this case is amended as follows: (a) Discovery will close on October 26, 2007; and (b) Dispositive motions will be due by November 23, 2007.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

3