UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA ALIOTTA, et al., )<br>)<br>Plaintiffs, )<br>)<br>    v. )<br>)<br>SHEILA C. BAIR, )<br>Chairman, )<br>Federal Deposit Insurance Corporation, )<br>)<br>    Defendant. )<br>) | Case No. 1:05-cv-02325-RMU |

### ORDER

UPON CONSIDERATION of Defendant's Motion to Compel Discovery and to Strike Plaintiffs' Expert Report, it is this ____ day of _____, 2007,

ORDERED that Defendant's motion is granted; and it is further

ORDERED that Plaintiffs shall serve complete answers to Defendant's Interrogatory Nos. 1-4 within ___ days of the date of this Order, and serve complete answers to Defendant's Interrogatory No. 6 if the Court finds for the Plaintiffs on the issue of liability; and it is further

ORDERED that the expert report of Dr. Lance Seberhagen is stricken; and it is further

ORDERED that Defendant shall have an additional 30 days to conduct discovery from the date that Plaintiffs serve complete answers to Defendant's Interrogatory Nos. 1-4 as directed herein.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE