UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **BARBARA ALIOTTA, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No. 1:05-cv-02325-RMU |
| ) | |
| **SHEILA C. BAIR,** ) | |
| **Chairman,** ) | |
| **Federal Deposit Insurance Corporation,** ) | |
| ) | |
| **Defendant.** ) | |

## SECOND JOINT MOTION TO EXTEND TIME
## FOR DISCOVERY AND DISPOSITIVE MOTIONS

The parties jointly file this motion to extend the time within which to comply with the Order entered on October 31, 2007, with regard to the close of discovery, and the date by which to submit any dispositive motions pursuant to U.S. Dist. Ct. LCvR 7, and in support of this Joint Motion state the following:

Three previous extensions of time have been requested and granted with respect to discovery and dispositive motion deadlines, pursuant to which discovery is currently scheduled to close on November 26, 2007, and dispositive motions are due 30 days thereafter. In its October 31 Order, the Court granted the parties a 30-day extension of the discovery period in order to afford them additional time to resolve certain pending discovery disputes. As a result of the parties' efforts to resolve these disputes without further court intervention, Defendant received over 5,000 additional documents from Plaintiffs on November 15, and Plaintiffs served revised and supplemental responses to the Agency's interrogatories on November 16.

During the discovery extension, the parties have also been conferring in an attempt to

reach a stipulated agreement as to the data concerning the Agency's workforce demographics. This stipulated data would then be utilized by the parties' experts in their respective analyses. After the parties reach agreement as to the Agency's workforce demographics, it is anticipated that Plaintiffs' expert, Dr. Seberhagen, will amend his expert report originally served in October 2007, to incorporate the stipulated data. Thereafter, Defendant's expert, Dr. Jeanneret, will either serve a separate rebuttal report or alternatively, revise and supplement his expert report originally served in August 2007, in order to respond to Dr. Seberhagen's amended report. Defendant intends to depose Dr. Seberhagen once his amended expert report has been completed, and Plaintiffs may also wish to conduct one or more additional depositions.

In order to complete the discovery activities outlined above, the parties have agreed to request that the Court approve the following adjustments to the schedule:

(a) Discovery to close on January 25, 2008;

(b) Dispositive motions to be filed by February 25, 2008.

A proposed order is attached.

Respectfully submitted,

/s/ *David L. Rose*  /s/ *William S. Jones*
_____  _____
David L. Rose  William S. Jones
D.C. Bar No. 376379  Georgia Bar No. 404288
Rose & Rose, P.C.  Counsel, Legal Division
1320 19th Street, N.W.  Federal Deposit Insurance Corporation
Suite 601  3501 N. Fairfax Drive (VS-E6006)
Washington, D.C. 20036  Arlington, VA 22226
(202) 331-8555  (703) 562-2362
(202) 331-0996 (Fax)  (703) 562-2482 (Fax)

Attorney for Plaintiffs  Attorney for Defendant

Dated: November 21, 2007