UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BARBARA ALIOTTA, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No. 1:05-cv-02325-RMU |
| ) | |
| **SHEILA C. BAIR,** ) | |
| **Chairman,** ) | |
| **Federal Deposit Insurance Corporation,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

UPON CONSIDERATION of the parties' Second Joint Motion to Extend Time for Discovery and Dispositive Motions, it is this \_\_\_\_ day of _____, 2007,

ORDERED that the joint motion is granted, and it is further

ORDERED that the scheduling order in this case is amended as follows: (a) Discovery will close on January 25, 2008; and (b) Dispositive motions will be due by February 25, 2008.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE