UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA ALIOTTA, et al and<br>　Others similarly situated,<br><br>Plaintiffs,<br><br><br>SHEILA BAIR, CHAIRMAN,<br>FEDERAL DEPOSIT<br>INSURANCE CORPORATION,<br><br>Defendant. | Case Number 1:05CV02325<br><br>NOTICE OF APPEARANCE<br>FOR DOTIE JOSEPH<br><br><br>CLASS ACTION |

NOTICE OF APPEARANCE

PLEASE ENTER THE APPEARANCE, effective January 10, 2008, of the following attorney as additional counsel for the Plaintiffs:

　Dotie Joseph, D.C. Bar # 489346
　Rose & Rose, P.C.
　1320 19th Street, N.W.
　Suite 601
　Washington, D.C. 20036
　(202) 331-8555
　(202) 331-0996 (fax)
　djoseph@roselawyers.com

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　David Rose, D.C. Bar # 376379
　　　　　　　　　　　　　　　　　　Rose & Rose, P.C.
　　　　　　　　　　　　　　　　　　1320 19th Street, N.W., Suite 601
　　　　　　　　　　　　　　　　　　Washington, D.C. 20036
　　　　　　　　　　　　　　　　　　(202) 331-8555
　　　　　　　　　　　　　　　　　　daver@roselawyers.com
　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs