UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BARBARA ALIOTTA, et al** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:05-cv-02325-RMU |
| ) | |
| **SHEILA C. BAIR,** ) | |
| **Chairman,** ) | |
| **Federal Deposit Insurance Corporation,** ) | |
| ) | |
| Defendant. ) | |

**ORDER**

UPON CONSIDERATION of Defendant's Motion for Summary Judgment, the opposition thereto, the reply, and the entire record herein, it is this ____ day of _____, 2008

ORDERED that Defendant's Motion is hereby GRANTED, and it is further

ORDERED that this matter is DISMISSED WITH PREJUDICE. This is a final and appealable order.

SO ORDERED.

_____
United States District Judge

Copies to:

David L. Rose, Esq.
Rose & Rose, P.C.
1320 19th Street, N.W.
Suite 601
Washington, DC 20036

Attorney for Plaintiffs


William S. Jones
Counsel, Legal Division
Federal Deposit Insurance Corporation
3501 N. Fairfax Drive (VS-E6006)
Arlington, Virginia 22226

Attorney for Defendant