# **EXHIBIT 1**

**("8/6/04 Bovenzi Memo")**

| | |
|---|---|
| **Seegers, James W.** | |
| From: | Bovenzi, John F. |
| Sent: | Friday, August 06, 2004 3:26 PM |
| To: | FDIC EMPLOYEES CORPORATE |
| Subject: | Workforce Planning for the Future |

**Memorandum to:**    FDIC Employees

**From:**    John F. Bovenzi
Deputy to the Chairman and Chief Operating Officer

**Subject:**    **"Workforce Planning for the Future"**

Since 1933, the FDIC has earned and maintained the public's trust as it has safeguarded the nation's banking system. Our mission and its importance have remained a constant, and deposit insurance will continue to be a cornerstone for our nation's future economic prosperity. However, the rapid pace of industry change requires that the FDIC periodically modify its business practices in order to continue to effectively carry out its mission.

In connection with the 2005 planning and budget formulation process, senior management recently held strategic discussions on how the Corporation will conduct its supervision, insurance, and receivership management functions over the next 3 to 5 years. While we are still in the process of developing a collective vision for the Corporation's future business model and workforce profile, we have reached some preliminary conclusions that I want to share with you.

- Industry consolidation will continue to decrease the aggregate number of insured depository institutions for which we are the primary federal supervisor;
- Concentration of risk to the insurance funds in the largest banking organizations (largely supervised by other regulators) will grow more pronounced over time;
- A two-tiered banking system (mega/large v. small/community) appears likely to emerge, which may have operational implications for all of our business lines;
- Growing complexities within the industry will require a more integrated, corporate approach to risk assessment and risk mitigation;
- The use of technology will continue to improve operational efficiency within both the banking industry and the FDIC;
- Most existing skill sets within the FDIC will remain relevant to our future work, but will have to be augmented by new skill sets not now available in our workforce, and
- The FDIC of the future will be a smaller, more flexible agency.

I am sure that these conclusions will come as no surprise to many of you, since they reflect the continuation of trends that have been ongoing within our business for several years. Change has become our one constant, and the speed with which significant changes are occurring within the industry makes it essential that we have increased flexibility to respond rapidly to changes in order to accomplish our core mission. To that end, we will soon submit to Congress a legislative proposal that would provide us with increased flexibility in the human resources area. Enactment of that proposal will help ensure that we can continue to attract, retain, and reward our high performing employees.

AL-DRR-00419

In order to assess the implications of the preliminary conclusions outlined above, I have asked each of our three business line divisions to complete the following steps:

1) Review business-line workload assumptions and expected future business processes;
2) Identify the skill sets necessary to meet our mission going forward, based on these assumptions and expected future business processes;
3) Conduct an analysis of existing skill sets and compare them to future skill requirements;
4) Design staffing strategies to close any gaps between existing and required skill sets; and
5) Develop succession management plans for an orderly transition of knowledge to future corporate leaders.

As the business line divisions complete this analysis, support divisions and offices will be conducting similar self-assessments to ensure that their organizational focus and composition is properly aligned with the evolving Corporate vision. Reorganization and/or organizational transformation activities that are already underway will continue. These collective efforts will then be integrated into a coordinated human resources staffing strategy that encourages cross-divisional mobility, promotes collaborative approaches to critical mission functions, and ensures that we are able to address significant or unexpected events.

As previously stated, all indicators point to a smaller FDIC with a somewhat different mix of skills in the future. During the 2005 planning and budget formulation process now underway, each division/office is working to determine its current staffing needs. Some divisions and offices will not be doing any new hiring for the foreseeable future, some may be reducing overall staffing levels, and some may have workload requirements or skill sets imbalances that warrant filling selected vacancies.

To ease the transition to a smaller overall workforce, we plan, for the rest of this year and throughout 2005, to carefully review each vacancy that occurs within the Corporation to determine *whether* and *how* it should be filled. We have established a corporate goal to abolish at least half of all current and future vacancies over the next 18 months. The implementation of this vacancy management initiative is a step toward achieving a reduction in authorized staffing levels in most divisions/offices. Over the next several weeks, your division or office director will be sending you a more specific message regarding the strategic vision for your division/office and any workforce planning issues that must be addressed by your organization.

I intend for this message to be the first in a series of communications through which I will share with you our evolving strategic vision for the Corporation. With your continued dedication and support, the FDIC will continue to perform its mission effectively and protect the interests of the depositors it serves for many years to come.

AL-DRR-00420

# **EXHIBIT 2**

**("8/19/04 Glassman Memo")**

| **Plant, Leslie** | |
|---|---|
| From: | DRR Messenger |
| Sent: | Thursday, August 19, 2004 11:30 AM |
| To: | DRR DC; DRR DAL |
| Cc: | Powell, Donald E.; Reich, John; Bovenzi, John F.; App, Steven O.; Aiello, Chris E.; Edwards, Bret D.; Arrington, Jodey C.; Topping, Catherine; Russell, Robert W.; Curry, Thomas J.; Vogel, John F.; Bovenzi, Erica F.; Bjorklund, Glen; Ivie, Stan; Sweeney, Maureen E.; Thompson, Sandra L.; Torrado, Miguel A.; Wilt, Beth A.; Peddicord, Thomas E. |
| Subject: | Message from the Director |

## *The following message is from Director Glassman.*

### Workforce Planning for the Future

COO Bovenzi recently released a memo to all employees entitled "Workforce Planning for the Future," which indicated that the Corporation's evolving strategic vision will be significantly influenced by the pace and scope of industry change and that adoption of an integrated, collaborative approach to performing mission critical functions is needed. Mr. Bovenzi's memo reaffirms our own findings regarding changes in the industry and the impact on our own structure, organization, and workload.

Our Division has a long-standing history of outstanding performance in delivering on its legislative mandate to act as the receiver and claims agent for failed FDIC insured financial institutions. The Division continues to carry out this mission with great success. However, both the industry and our method of conducting business continue to evolve and change. Record profitability and capital in the banking industry in recent years have led to a substantial decrease in the number of financial institution failures and near failures than were experienced in prior years. Industry consolidation continues to decrease the number of financial institutions as we move closer to a two-tiered banking system (mega/large v. small/community) which may have additional operational implications for our business lines. Emerging technology and improved business processes continue to enhance our own productivity and efficiency.

DRR operates as a business, taking the steps necessary to improve our processes on a continuous basis. We've been recognized for our service costing, receivership management, customer service and emerging technology successes. As DRR has done throughout its history, we continue to engage in long term planning to ensure that we are able to adapt to a constantly changing financial marketplace. We began discussing the future needs of the Division in light of changes in the industry at our 2003 Training Conference. Since then, we have established a working group to analyze our business functions, assess future workload assumptions, and make recommendations regarding the structure and needs of our Division over the next three to five years.

Economic analyses and projections for the health of the banking industry, coupled with technological advances and process improvements, require us to reevaluate our staffing needs. Although our analysis is not yet complete, it is apparent that fewer problem

AL-DRR-01309

institutions and our adoption of more efficient business processes have led to a declining workload and excess staff. While we have expanded opportunities for our staff in other FDIC divisions and offices, we are in the process of making a critical assessment of DRR's future staffing needs. As a result, some difficult decisions must be made soon regarding the size and structure of our division and its relationship with the broader corporate community. These decisions will, no doubt, impact all of us.

At this point, we are working closely with senior corporate executives to define a new, more collaborative staffing approach that will ensure both divisional and corporate readiness to fulfill our critical mission responsibilities. I will continue to update you periodically as we proceed.

AL-DRR-01310

# EXHIBIT 3

**(General Counsel E-mails)**

**Jones, William S.**

| | |
|---|---|
| **From:** | Legal Messenger |
| **Sent:** | Thursday, September 02, 2004 12:07 PM |
| **To:** | LEGAL CORPORATE |
| **Subject:** | Workforce Planning for the Future |

MEMORANDUM TO:      Legal Division

FROM:                          William F. Kroener, III
                                      General Counsel

SUBJECT:                     Workforce Planning for the Future

In early August, John Bovenzi, Deputy to the Chairman and Chief Operating Officer, issued a memorandum to all employees regarding the FDIC's workforce planning for the future. In this memorandum, he indicated that as part of the 2005 planning and budget formulation process, senior management recently held strategic discussions on how the Corporation will conduct its supervision, insurance, and receivership management functions over the next 3 to 5 years. These discussions led to preliminary conclusions which included a projected continued consolidation of the industry and a smaller, more flexible FDIC to meet the needs of the changing industry.

My communication to you in December 2003 concerning the rebuilding of the Legal Division was based on our approved workforce plan that was part of the 2004 budget submission. Those staffing projections were based on the anticipated legal service needs of our clients which were in turn driven by workload assumptions. However, some of these have not proven accurate.

Accordingly, new assumptions are being formulated as we look forward to how the FDIC will supervise, insure, and manage receiverships over the next 3 to 5 years. The Directors of DRR, DIR and DSC are reviewing staffing levels and workforce strategies in light of changing internal and external factors.

In a late August communication to his staff, DRR Director Mitchell Glassman stated that "Economic analyses and projections for the health of the banking industry, coupled with technological advances and process improvements, require us to reevaluate our staffing needs. Although our analysis is not yet complete, it is apparent that fewer problem institutions and our adoption of more efficient business processes have led to a declining workload and excess staff."

Once the business-line Divisions have completed their analysis of staffing levels and legal service needs, the Deputy General Counsel and I will review and analyze them to determine their impact on the Legal Division. In the interim, as part of the Corporate effort to better manage vacancies, we will continue to carefully review each vacancy to determine *whether* and *how* it should be filled. We recently reviewed our vacancies and abolished 11 vacant positions. I also have decided to postpone the hiring of three of the four specialized attorney positions previously identified in my December communication and will only post the First Chair Litigator position at this time. We anticipate that attrition will allow us to continue to offer appointments to hire distinguished law school graduates into our Honors Attorney Program.

I will continue to work with senior management to assess corporate and division workforce requirements

AL-LEGAL-00669

and will keep you advised of the impact on the Legal Division. I thank you for your continued professionalism and dedication.

AL-LEGAL-00670

2/8/2008

**Elgas, G. Penny**

| | |
|---|---|
| **From:** | Legal Messenger |
| **Sent:** | Tuesday, October 26, 2004 4:25 PM |
| **To:** | LEGAL CORPORATE |
| **Cc:** | Reich, John; Curry, Thomas J.; Arrington, Jodey C.; Bovenzi, John F.; App, Steven O.; Brennan, John |
| **Subject:** | Memorandum from General Counsel William F. Kroener, III |

October 26, 2004

MEMORANDUM TO:      Legal Division

FROM:                           William F. Kroener, III
                                       General Counsel

SUBJECT:                      Workforce Planning for the Future

This follow-up to my global e-mail of September 2, 2004, contains updated information on future Legal Division staffing plans. Recently our client divisions developed new workforce plans that provide for extensive downsizing. The Deputy General Counsel and I have reviewed and analyzed these client workforce plans and their impact on the Legal Division and concluded that the Legal Division is facing additional downsizing.

The Division's original 2005 budget submission requested authorized staffing of 505 positions. Based on the updated workforce plans of clients the Legal Division's new authorized staffing for year-end 2005 is recommended to be 449 positions – a reduction of 56 positions. These reductions are in both the attorney and the support staff ranks and in both Dallas and Washington. It is anticipated that the Legal Division could be overstaffed at the end of 2005 by at least 18 attorneys and 15 support staff in Dallas and 11 attorneys and 12 support staff in Washington. These numbers and locations are current but subject to revision as client needs and workload change.

These past few years of downsizing have been difficult for all and I had hoped to avoid another round of downsizing. The Chief Operating Officer recently notified us of the upcoming Corporate Buyout Program -- a positive measure to help in the downsizing effort. In the Legal Division the Buyout Program will not be limited to any specific sections, locations or number of employees so all eligible Legal Division employees may participate. Even with significant participation in the Buyout Program, however, it is probable that the Legal Division will have to conduct a reduction-in-force (RIF) in Dallas and possible that the Division might need to conduct a RIF in Headquarters. RIF dates have not been determined for the Legal Division but if RIFs prove necessary they would occur in 2006. The results of the Buyout Program will ultimately determine the need for RIFs.

A video teleconference (VTC) for the Legal Division to discuss workforce planning has been arranged for Monday, November 1st, from 2:00-3:30 pm EST. Please mark your

AL-LEGAL-00271

calendar for this time slot and make every possible effort to attend.  The session will be videotaped and that videotape will be available for those who are unable to attend and others.  An email reminder will be sent prior to the meeting (and recommend designations to specific VTC rooms in Washington in order to accommodate the large number of DC attendees).

Additional information will be provided as it becomes available.  In the meantime, I want to thank you for your continued professionalism and dedication as we again go through a very difficult period for the Legal Division and the Corporation.

AL-LEGAL-00272

**Elgas, G. Penny**

**From:** Legal Messenger
**Sent:** Monday, February 28, 2005 5:11 PM
**To:** LEGAL CORPORATE
**Subject:** Message from the General Counsel

TO:     Legal Division Employees

FROM:     William F. Kroener, III
        General Counsel

At the Division-wide video teleconference (VTC) last November I provided information about client workload changes and discussed a proposed Litigation Branch reorganization that required fewer staff in Washington and Dallas. I also advised that the results of the Buyout Program would ultimately determine the need for RIFs in the Division in Washington and Dallas. Unfortunately, the Buyout Program has not yet been as successful as I had hoped, especially in Dallas.

Given the current buyout application rate and historical attrition rate, it is extremely likely that the Legal Division will need to conduct a RIF in Dallas in 2006. There may also be the need to conduct a RIF in Headquarters even though the buyout program has been more successful in DC. This is because new trend lines for incoming work show a further decline due to lack of new failures and the unexpected settlement of several cases that were expected to produce litigation. I strongly encourage all who are so inclined to consider the Buyout Program.

The Buyout Program will be available for approximately two more months (until May 2, 2005). Information and forms for the Buyout Program are available on the DOA website at http://fdic01/division/DOA/humanresources/buyouts/homebuyout.html. Also, the Q&As from the November 2004 video-teleconference are on our website at: http://fdic01/division/legal/VTC_QUESTIONS.pdf.

I again call to your attention the many career-related resources available to you (and hope that you availed yourselves of the recent DOA-hosted job fairs in either DC or Dallas). In addition, to assist you in pursuing other career opportunities, we will continue to update the Legal Division Job Board each week. The job board is located on our website at http://fdic01/division/legal/about/JobBoard.html. Also, upon request I am offering to provide reference letters for prospective employers.

This is a very difficult time and I appreciate your continued professionalism as we once again face such unsettling times.

*Please note that this e-mail does not constitute an informational Reduction-in-Force (RIF) notice or trigger new Career Transition Assistance Plan (CTAP) priority selection rights. Any informational RIF notice in the future will be clearly identified.*

**AL-LEGAL-00172**

## Elgas, G. Penny

| | |
|---|---|
| **From:** | Moffett, Barbara J. |
| **Sent:** | Thursday, March 31, 2005 11:31 AM |
| **To:** | Keller, Steve |
| **Cc:** | Elgas, G. Penny |
| **Subject:** | FW: Message from the General Counsel |
| **Importance:** | High |
| **Sensitivity:** | Confidential |

Steve - this is an advance copy of a global message that will be sent to all Legal Division Employees later today. Please call me if you have any questions on this.


TO:          Legal Division Employees

FROM:     William F. Kroener, III
             General Counsel

   This is a follow up to previous messages regarding the Legal Division's staffing requirements for 2006 and beyond. At the Division-wide video teleconference (VTC) last November I provided information about client workload changes and discussed a proposed Litigation Branch reorganization in Washington and Dallas. Last month I advised that trend lines for incoming work showed further declines due to lack of new failures and the unexpected settlement of several cases that were anticipated to continue in litigation. I also announced the likelihood of a RIF in Dallas in 2006 due to limited enrollment in the Buyout Program.

   Initially I was encouraged by the Buyout Program activity in Washington, DC. However, as the Deputies and I have continued to review the Division's staffing needs in light of the continuing downward trend in workload I have become increasingly pessimistic. In view of current workload trends I now believe that it is likely that a RIF in the Legal Division will occur in DC as well as Dallas. This assessment is based partly on the conclusion of the Goodwill (Receivership) cases sooner than originally anticipated, as well as on additional identified surplus positions in the Litigation Branch as a result of the significantly reduced workload. This downward workload trend is not limited to the Litigation Branch. Both the Supervision & Legislation Branch (in the Goodwill area) as well as the Corporate Operations Branch are also experiencing downward work trends that have resulted in the need for further Headquarters staffing reductions in those Branches.

   Accordingly, the revised current surplus numbers (by Branch) for Washington, DC and the total number of buyout applications received for Washington, DC are below. In addition, a revised proposed Post-RIF organizational chart for Litigation Headquarters will be issued in the next few days.

**ESTIMATED SURPLUS POSITIONS IN DC FOR 2006***

| Branch | Attorneys | Support | Total DC |
|---|---|---|---|
| COB | 1 | 4 | 5 |
| SLB | 2 | 3 | 5 |
| LIT | 18 | 15 | 33 |

AL-LEGAL-00162

5/16/2007

| TOTAL | 21 | 22 | 43 |

**DC BUYOUT APPLICATIONS RECEIVED TO DATE**

| Attorneys | Support | Total DC |
|-----------|---------|----------|
| 12 | 14 | 26 |

The Litigation Branch's Dallas office previous staffing projections remain the same and no additional surplus positions have been identified at this time. It is still my opinion that a RIF is likely in that location.

I am providing this information as part of my continuing commitment to pass along information as soon as practicable so that you may have as much time as possible to consider career options. I once again strongly encourage all who are so inclined to consider the Buyout Program in the short time that the option still remains. Please be aware that the Buyout Program will be available until May 2, 2005. Information and forms for the Buyout Program are available on the DOA website at http://fdic01/division/DOA/humanresources/buyouts/homebuyout.html.

In addition, I once again call your attention to the many career-related resources available to you. To assist you in pursuing other career opportunities, we will continue to update the Legal Division Job Board each week. The job board is located on our website at http://fdic01/division/legal/about/JobBoard.html. Also, upon request I am offering to provide reference letters for prospective employers.

Finally, I once again thank each of you for your continued professionalism and outstanding legal services and support during this difficult time.

*Please note that this e-mail does not constitute an informational Reduction-in-Force (RIF) notice or trigger new Career Transition Assistance Plan (CTAP) priority selection rights. Any informational RIF notice in the future will be clearly identified.*

AL-LEGAL-00163

5/16/2007

**Elgas, G. Penny**

| | |
|---|---|
| **From:** | Legal Messenger |
| **Sent:** | Monday, October 03, 2005 4:13 PM |
| **To:** | LEGAL CORPORATE |
| **Subject:** | Announcement from General Counsel Kroener |

MEMORANDUM TO:     Legal Division

FROM:                          William F. Kroener, III
                                      General Counsel

SUBJECT:                     Workforce Planning Update

     This is a follow up to my previous messages regarding the Legal Division's staffing requirements for 2006 and beyond. I have once again reviewed the Legal Division's post-buyout staffing. As a result of this analysis I have determined that there will be no Reduction in Force in Washington, D.C. during 2006. The significant response to the buyout and increased workload in the Open Bank and Corporate Operations areas justifies maintaining staffing at the current levels in Headquarters. Unfortunately, the news is not as good for Dallas. As a result of the small response to the recent buyout in Dallas and the continuing decline in workload, I remain pessimistic about the likelihood of avoiding a RIF in that office. For those of you in Dallas I once again call your attention to the many career-related resources available to you to assist you in pursuing other career opportunities.

     Finally, I again thank everyone for your continued professionalism and outstanding legal services during these difficult times.

*Please note that this email does not constitute an informational Reduction-in-Force (RIF) notice or trigger new Career Transition Assistance Plan (CTAP) priority selection rights. Any informational RIF notice in the future will be clearly identified.*

AL-LEGAL-00131

**Elgas, G. Penny**

| | |
|---|---|
| **From:** | Boles, Colleen J. |
| **Sent:** | Thursday, March 16, 2006 5:10 PM |
| **To:** | Elgas, G. Penny |
| **Subject:** | FW: A Message From the Acting General Counsel |

Penny, I have been getting questions from employees (lawyers and support staff) as to whether they are surplus and how they figure that out. Can you give any guidance?

Effective 2/21/06 my new contact information is:

Colleen Boles
3501 N. Fairfax Drive, VS D7016
Arlington, VA 22201-2503
(703) 562-2374

---

**From:** Legal Messenger
**Sent:** Tuesday, March 14, 2006 3:15 PM
**To:** LEGAL CORPORATE
**Cc:** Bjorklund, Glen
**Subject:** A Message From the Acting General Counsel

March 14, 2006

MEMORANDUM TO:    Legal Division Employees

FROM:    Douglas H. Jones, Acting General Counsel

SUBJECT:    Options for Addressing Remaining Surplus Positions

There are a relatively small number of surplus positions remaining in the Corporation. We want to be sure we have done everything practicable to use the talents of the employees occupying surplus positions to meet the FDIC's workload needs. Therefore, I will be working collaboratively with all Division and Office Directors and the Human Resources Committee over the next 30-45 days to explore options, short of a reduction-in-force, to address the current surplus position situations that exist in our organizations. Such options may include voluntary or involuntary lateral reassignments to existing vacancies or other assignments for which the current incumbents of the surplus positions are qualified.

DOA will continue to do the preparatory work necessary to conduct a RIF later in 2006, if our available options will not address the surplus staffing situation. I encourage all Legal employees occupying surplus positions to continue to avail themselves of the

Corporation's outplacement services and to apply for posted vacancies for which they are qualified.

Any questions regarding this email may be directed to Penny Elgas, Manager for Administration at (202) 898-6950.

AL-LEGAL-00069

# **EXHIBIT 4**

**("10/19/04 Bovenzi Memo")**

**Seegers, James W.**

| | |
|---|---|
| **From:** | Bovenzi, John F. |
| **Sent:** | Tuesday, October 19, 2004 10:34 AM |
| **To:** | FDIC EMPLOYEES CORPORATE |
| **Subject:** | Workforce Planning |

MEMORANDUM TO:      All FDIC Employees

FROM:                         John F. Bovenzi
                                      Deputy to the Chairman and Chief Operating Officer

SUBJECT:                    Corporate Employee Program

This is the second in a series of communications about workforce planning for the future. On August 6 of this year, I discussed the steps each division and office is taking to identify needed skill sets and design staffing strategies to meet the FDIC's mission going forward. A critical aspect in aligning FDIC for the future is developing a workforce with a corporate perspective that works collaboratively to accomplish mission critical functions and is capable of responding rapidly to changes in workload. To achieve this, we must create a culture that both encourages and rewards cross-divisional opportunities and experience in multiple disciplines. The Corporate Employee Program will help move us in this direction.

Objectives
In my August 6 memo, I mentioned a number of changes taking place in the banking industry and how they are likely to affect the FDIC. Two factors, in particular, drive the need for a cross-training program to meet future business needs.

First, the growing consolidation of risk in the largest banks and increasing complexity in the banking industry call for an integrated, corporate approach to managing risk. We have taken a number of important steps over the last couple of years to create a more integrated approach to risk analysis with the creation of Regional Risk Committees, the National Risk Committee, and the Risk Analysis Center. The Corporate Employee Program will build upon that momentum and reinforce a culture that works seamlessly across division lines.

Second, the increased speed at which significant changes can occur in individual insured institutions and in the entire financial industry, and hence the speed at which our workload can temporarily change, call on us to be sure that we can effectively respond just as quickly. Cross-training programs and cross-divisional mobility will provide employees with broader career experiences and enhanced job satisfaction while allowing us to have more than enough people within the organization who have the essential training and experience that may be needed at times to respond to significant, out of the ordinary events.

The new Corporate Employee Program will:

AL-DRR-00574

- Provide employees with skills needed to address significant spikes in business line workloads that may temporarily require shifting resources across business lines,
- Promote a corporate perspective and a corporate approach to problem solving,
- Facilitate communication and the transfer of knowledge across all business lines, and
- Foster greater career opportunity and job satisfaction.

Priorities
The Corporate Employee Program will initially focus on cross-training employees in the supervision and receivership business lines. We must be able to respond quickly and effectively to a significant number of bank failures or the failure of a very large bank - even if the probability of those events is low. Likewise, we must be able to supervise a large spike in problem banks should such a circumstance arise. Over time, we will evolve toward a corporate workforce in which both entry-level and mid-career employees will have training and experience in multiple disciplines or business lines.

Implementation
While the program is currently in development and features may change as we move further along, the basic parameters include:
- A formal commissioning process for at least three fundamental skill sets required within the FDIC: risk management examiners, compliance examiners, and resolutions and receiverships specialists; and
- Opportunities and incentives for employees to have on-the-job training and work experience, including opportunities to become commissioned, in more than one of these three specialty areas.

As outlined below, we intend to pursue three initial strategies over the next year for implementing the concept: a crossover program, voluntary rotational assignments, and new hiring.

*Crossover Program:* The first segment of the program will be to implement a voluntary DRR-to-DSC crossover program to begin to integrate key corporate skill sets across business lines. The crossover program will allow DRR staff to apply for an "in-service" training program in DSC under which they will be required to obtain commissioned examiner status within a specific time frame.

*Voluntary Rotational Assignments:* This segment of the program will provide current DSC examiners an opportunity to fulfill a more well-defined role in providing support to DRR. To properly fulfill this role, a number of examiners will need to receive training and practical experience in resolutions and receivership functions. Therefore, incentive programs will be devised to encourage DSC examiners to volunteer for a rotational assignment to earn a commission in resolutions and receivership work. In the event of a significant increase in resolutions workload, DRR will have a first priority right to call on these specialists when needed.

AL-DRR-00575

***New Hiring:*** To position ourselves for the future, we will develop new criteria for hiring and training employees in the business line divisions. We anticipate that business lines will hire "Corporate Employees" (CEs) at the grade 5/7 level under term appointments to pursue commissioned examiner status in either Risk Management or Compliance. While the new CEs are pursuing an examiner commission, they will simultaneously receive some training in resolution and receivership functions and an enhanced orientation on the full scope of FDIC operations. Those who successfully complete the program will be eligible to compete for available permanent positions in the Corporation's three major career tracks - risk management examiner, compliance examiner, and resolutions and receiverships specialist – as well as available positions elsewhere within the Corporation. They will be eligible to begin pursuing a second commission after completing the risk management or compliance examiner commissioning program.

Next steps

While the concept and basic parameters of the Corporate Employee Program have been established, much remains to be done. For example, DRR and Corporate University will develop a commissioning process for resolutions and receiverships specialists. The business lines will work closely with Corporate University to identify and administer training requirements for Corporate Employees. One or more inter-divisional task forces will be convened to more fully develop program details.

I believe the Corporate Employee concept holds great potential. Cross training and cross-divisional mobility will strengthen us as a corporation. I also believe this program offers better options for individual career development as well as higher job satisfaction.

Additional information about the program will be forthcoming.

AL-DRR-00576

# **EXHIBIT 5**

**(Proposed DRR Reorganization)**



**FDIC**

Federal Deposit Insurance Corporation
Washington, DC 20429

Office of the Director
Division of Resolutions and Receiverships

October 25, 2004

**MEMORANDUM TO:**     John F. Bovenzi
Chief Operating Officer and
Deputy to the Chairman

**FROM:**     Mitchell L. Glassman *Mitchell L. Glassman*
Director

**SUBJECT:**     DRR Reorganization

The Division of Resolutions and Receiverships (DRR) requests approval to reorganize its Washington and Dallas offices. This reorganization will result in a significant decrease in staff as highlighted below.

|            | Current | Projected | Difference |
|------------|---------|-----------|------------|
| Washington | 101     | 63        | -38        |
| Dallas     | 413     | 173*      | -240       |
|            |         |           |            |
| Total      | 514     | 236*      | -278       |

*Does not include 25 rotational training positions.*

These projections represent a 54% reduction in total staff and will save an estimated $34 million in annual salary costs.

## OBJECTIVE

The Division of Resolutions and Receiverships has always been proactive in looking toward the future, analyzing risk and examining ways to improve its processes, increase productivity, and represent the FDIC in a professional and responsible manner. Record profitability in the banking industry in recent years has led to a substantial decrease in the number of financial institution failures than were experienced in the 1980s and early 1990s. Industry consolidation continues to decrease the number of insured financial institutions. Emerging technology and improved business processes continue to enhance productivity and efficiency. These factors, along with the Corporate vision of a more collaborative and integrative workforce capable of responding to mission critical functions, impact the Division and its need for personnel to handle subsequent resolution and receivership activities. However, the Division must remain ready to handle its legal

AL-DOA-06785

responsibility as the receiver of failed institutions and be properly staffed to meet the future challenges brought about by a more complex financial environment resulting from industry consolidation, emerging technology, and globalization.

As a result, the Division initiated a comprehensive strategic analysis of the way it projects itself doing business over the next 3-5 years and the impact this would have on current program activities, organizational structure, and overall cost. This review results in this recommendation to reorganize the Division and adopt a staffing strategy and revised business model that realizes operating efficiencies and ensures that critical mission responsibilities are met.

# METHODOLOGY

The methodology used to review and analyze the Division's business practices and staffing strategy involved multiple phases. First, DRR's projected workload assumptions were developed based on banking industry trends and statistical analyses developed by the FDIC's Division of Insurance and Research. Business assumptions were developed next to provide a foundation of operating parameters for the organization and to clarify its role in the marketplace. Finally, readiness assumptions were developed to define the Division's ability to meet its mission requirements through the proper allocation of personnel and the use of external resources to meet unanticipated workload demands that exceed operational capacities.

Based on the assumptions and a function-by-function analysis of the Division's business processes, staffing estimates were developed to project resource needs. These staffing projections were thoroughly discussed and tested in the context of maintaining a high level of specialization within the Division to ensure essential functions in the franchise marketing, deposit claims, and customer service areas were adequately covered. Based on the final staffing estimates, organizational charts were developed to structure and realign the Division into its new business model.

Key to this process was the adoption of certain workload and business assumptions. Some of these assumptions are unique to the Division while others require Corporate agreement and cooperation to be an operating success. These assumptions are reflected in the staffing and cost impact projections presented above. Brief descriptions of these key assumptions or operating conditions are as follows:

- o Division workload will continue to be irregular and will always be represented over time with peaks and valleys that could be dramatic at times.
- o The Division will rely on Division of Supervision and Consumer Protection (DSC) personnel to supplement staff to accomplish mission requirements associated with financial institution failures.
- o As needed, the Division will supplement many of its functional areas with contracting support in peak periods to manage and accomplish its

AL-DOA-06786

workload in a cost efficient manner in lieu of carrying and maintaining staff resources associated with this function.

o The structure of the Division will be comprised of subject matter and technical experts capable of leading and resolving functional specific efforts and problems related to the resolution and closing of failed financial institutions.

o The Division will oversee the work and assist in the training of other FDIC employees in functional specific duties and responsibilities to expand on the Corporation's knowledge and skill base in these areas.

o The Division assumes its Training function can be absorbed by Corporate University.


## REORGANIZATION PLAN

Due to the unique legal, historic, and public policy considerations in maintaining depositor confidence in the U.S. banking industry, the FDIC must be extremely cautious and use good business judgment in migrating DRR to a new organizational structure. Any realization of short-term budget savings by a rapid reduction in critical staff will create a high degree of risk to the FDIC's reputation and the financial well being of our industry's insurance funds. A clear strategy of retaining a skilled workforce with strong leaders, and the ability to continually refresh the division with new concepts and ideas, will be critical to the success of the FDIC in the future.

The past history of the Division clearly demonstrates good stewardship. As workload decreased, DRR accepted responsibility for and reduced staffing and overall operating costs appropriately. The Division will continue to remain focused on process improvement and customer service.

In view of this, the Division proposes the following reorganization plan that will achieve its goal of reducing staff and ensuring its mission responsibilities are met through the retention of skilled leaders and knowledgeable personnel. This plan also recognizes the need to reduce the impact on the organization of involuntary separations and the affect these may have on the lives of employees. The following strategy is proposed to implement the reorganization.

1. The Division proposes the establishment of an organization that focuses primarily on its mission critical functions. Key specialized positions will be established to capture essential knowledge and skills and equip the Division with the talent it needs to complete its work successfully and effectively under its new business model. Attached are the proposed organization charts for the Division along with some additional charts depicting the staff reductions.

2. While the Division does expect to experience some normal attrition through the remainder of 2004 and throughout 2005, it is not anticipated that these

AL-DOA-06787

separations will produce the reductions necessary to meet the proposed staffing levels. Many employees may separate from service voluntarily with the proper financial incentives, preventing a more destructive involuntary separation scenario that could produce damaging skill gaps and potential front line leadership issues in the sensitive, high risk areas of claims and resolutions, and possible losses to the insurance funds.

As a result, the Division would like to participate in the Corporation sponsored buyout program and offer all its employees the opportunity to separate from service voluntarily with an incentive. This strategy will not only help to reduce the impact of a Reduction-in-Force (RIF), but will help ease the effect of lost earnings for many employees.

3. Given the size of its proposed staff reductions proposed, the Division wants to offer its employees a wide variety of outplacement programs and opportunities such as personal and career counseling, job fairs, financial planning and management advisory services, and resume writing instruction. The Division will work closely with the Division of Administration to deliver these programs.

4. A RIF should be administered in 2005 to separate any remaining surplus employees. DRR will fill all its positions through the RIF procedures.

5. As with any reorganization proposal, the Division plans an aggressive communication strategy to keep its employee informed and to answer their questions and concerns with the best available information.

Approval of this reorganization proposal is requested.

**AL-DOA-06788**

DIVISION OF RESOLUTIONS RECEIVERSHIPS
# PROPOSED STAFFING RESULTS

| DRR Washington | Current | Proposed | Difference |
|---|---|---|---|
| Office of the Director | 4 | 4 | 0 |
| Internal Review | 6 | 4 | -2 |
| Analysis & Reporting | 8 | 3 | -5 |
| Administration | 8 | 5 | -3 |
| FAMB | 31 | 20 | -11 |
| RO | 44 | 27 | -17 |
| Totals | 101 | 63 | -38 |

| DRR Dallas | Current | Proposed | Difference |
|---|---|---|---|
| Deputy Director | 5 | 4 | -1 |
| Receivership Oversight | 9 | 5 | -4 |
| Internal Review | 6 | 5 | -1 |
| * Administration | 26 | 5 | -21 |
| ** Public/Government Relations | 4 | 1 | -3 |
| RO | 111 | 59 | -52 |
| *** AM | 91 | 9 | -82 |
| FAMB | 79 | 32 | -47 |
| Accounting Ops | 82 | 53 | -29 |
| Totals | 413 | 173 | -240 |

| Division Totals | 514 | 236 | -278 |
|---|---|---|---|

\* 17 New Hires not included in Proposed Numbers

\*\* Function moved to Administration

\*\*\* Function moved to Receivership Operations

AL-DOA-06789

10/25/2004

Exhibit 4

Division of Resolutions and Receiverships
Platform Staffing Analysis
Washington

10/25/2004

| | EM | CM-2 | CM-1 | Supv 15 | Supv 14 | Supv 13 | 15 | 14 | 13 | 12 | 11 | 9 | 8 | 7 | 6 | 5 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Director** | | | | | | | | | | | | | | | | | |
| Current (perm grade) | 1 | 4 | 2 | 0 | 0 | 0 | 2 | 8 | 2 | 1 | 2 | 2 | 0 | 2 | 0 | 0 | 26 |
| Proposed | 1 | 1 | 3 | 0 | 0 | 0 | 1 | 6 | 1 | 1 | 0 | 2 | 0 | 0 | 0 | 0 | 16 |
| Difference | 0 | 3 | -1 | 0 | 0 | 0 | 1 | 2 | 1 | 0 | 2 | 0 | 0 | 2 | 0 | 0 | 10 |
| **Receivership Management** | | | | | | | | | | | | | | | | | |
| Current (perm grade) | 1 | 2 | 4 | 0 | 0 | 0 | 0 | 11 | 14 | 3 | 3 | 1 | 2 | 1 | 1 | 0 | 44 |
| Proposed | 1 | 2 | 6 | 0 | 0 | 0 | 0 | 6 | 9 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 27 |
| Difference | 0 | 0 | -2 | 0 | 0 | 0 | 0 | 5 | 5 | 2 | 3 | 1 | 1 | 1 | 1 | 0 | 17 |
| **Franchise & Asset Marketing** | | | | | | | | | | | | | | | | | |
| Current (perm grade) | 1 | 2 | 2 | 0 | 0 | 0 | 2 | 12 | 7 | 1 | 0 | 1 | 1 | 0 | 2 | 0 | 31 |
| Proposed | 1 | 2 | 2 | 0 | 0 | 0 | 0 | 9 | 4 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 20 |
| Difference | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 3 | 3 | 1 | 0 | 0 | 0 | 0 | 2 | 0 | 11 |
| **Division Total** | | | | | | | | | | | | | | | | | |
| Current (perm grade) | 3 | 8 | 8 | 0 | 1 | 0 | 4 | 31 | 23 | 5 | 5 | 4 | 3 | 3 | 3 | 0 | 101 |
| Proposed | 3 | 5 | 11 | 0 | 1 | 0 | 1 | 21 | 14 | 2 | 0 | 3 | 2 | 0 | 0 | 0 | 63 |
| New Hires | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Difference | 0 | 3 | -3 | 0 | 0 | 0 | 3 | 10 | 9 | 3 | 5 | 1 | 1 | 3 | 3 | 0 | 38 |

AL-DOA-06790

CURRENT PLATFORM DIFFERENCE.XLS

Exhibit 4

Division of Resolutions and Receiverships
Platform Staffing Analysis
Washington

10/25/2004

| Staffing | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Director | EM | CM-2 | CM-1 | Supv. 15 | Supv. 14 | Supv. 13 | 15 | 14 | 13 | 12 | 11 | 9 | 8 | 7 | 6 | 5 | |
| Current (perm grade) | 1 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 4 |
| Proposed | 1 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 4 |
| Difference | 0 | 1 | -1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Internal Review | EM | CM-2 | CM-1 | Supv. 15 | Supv. 14 | Supv. 13 | 15 | 14 | 13 | 12 | 11 | 9 | 8 | 7 | 6 | 5 | |
| Current (perm grade) | 0 | 2 | 0 | 0 | 0 | 0 | 1 | 2 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 6 |
| Proposed | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 4 |
| Difference | 0 | 2 | -1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| Analysis and Reporting | EM | CM-2 | CM-1 | Supv. 15 | Supv. 14 | Supv. 13 | 15 | 14 | 13 | 12 | 11 | 9 | 8 | 7 | 6 | 5 | |
| Current (perm grade) | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 4 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 8 |
| Proposed | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
| Difference | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 5 |
| Administration | EM | CM-2 | CM-1 | Supv. 15 | Supv. 14 | Supv. 13 | 15 | 14 | 13 | 12 | 11 | 9 | 8 | 7 | 6 | 5 | |
| Current (perm grade) | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 2 | 2 | 1 | 0 | 0 | 0 | 2 | 0 | 0 | 8 |
| Proposed | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 2 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 5 |
| Difference | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 3 |
| Branch Total | EM | CM-2 | CM-1 | Supv. 15 | Supv. 14 | Supv. 13 | 15 | 14 | 13 | 12 | 11 | 9 | 8 | 7 | 6 | 5 | |
| Current (perm grade) | 1 | 4 | 2 | 0 | 0 | 0 | 2 | 8 | 2 | 1 | 2 | 2 | 0 | 2 | 0 | 0 | 26 |
| Proposed | 1 | 1 | 3 | 0 | 0 | 0 | 1 | 6 | 1 | 1 | 0 | 2 | 0 | 0 | 0 | 0 | 16 |
| Difference | 0 | 3 | -1 | 0 | 0 | 0 | 1 | 2 | 1 | 0 | 2 | 0 | 0 | 2 | 0 | 0 | 10 |

AL-DOA-06791

CURRENT PLATFORM DIFFERENCE.XLS

Exhibit 4

Division of Resolutions and Receiveships
Platform Staffing Analysis
Washington

10/25/2004

| Deputy Director RM | EM | CM-2 | CM-1 | Supv 15 | Supv 14 | Supv 13 | 15 | 14 | 13 | 12 | 11 | 9 | 8 | 7 | 6 | 5 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Current (perm grade) | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 3 |
| Proposed | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 5 |
| Difference | 0 | 0 | -1 | 0 | 0 | 0 | 0 | 0 | -1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -2 |
| Receivership & Asset Management | EM | CM-2 | CM-1 | Supv 15 | Supv 14 | Supv 13 | 15 | 14 | 13 | 12 | 11 | 9 | 8 | 7 | 6 | 5 | |
| Current (perm grade) | 0 | 1 | 3 | 0 | 0 | 0 | 0 | 8 | 9 | 2 | 2 | 1 | 1 | 1 | 1 | 0 | 29 |
| Proposed | 0 | 1 | 3 | 0 | 0 | 0 | 0 | 4 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 12 |
| Difference | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 5 | 2 | 2 | 1 | 1 | 1 | 1 | 0 | 17 |
| Business Information Systems | EM | CM-2 | CM-1 | Supv 15 | Supv 14 | Supv 13 | 15 | 14 | 13 | 12 | 11 | 9 | 8 | 7 | 6 | 5 | |
| Current (perm grade) | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 3 | 5 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 12 |
| Proposed | 0 | 0 | 2 | 0 | 1 | 0 | 0 | 2 | 4 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 10 |
| Difference | 0 | 0 | -1 | 0 | 1 | 0 | 0 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 2 |
| Branch Total | EM | CM-2 | CM-1 | Supv 15 | Supv 14 | Supv 13 | 15 | 14 | 13 | 12 | 11 | 9 | 8 | 7 | 6 | 5 | |
| Current (perm grade) | 1 | 2 | 4 | 0 | 1 | 0 | 0 | 11 | 14 | 3 | 3 | 1 | 2 | 1 | 1 | 0 | 44 |
| Proposed | 1 | 2 | 6 | 0 | 1 | 0 | 0 | 6 | 9 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 27 |
| Difference | 0 | 0 | -2 | 0 | 0 | 0 | 0 | 5 | 5 | 2 | 3 | 1 | 1 | 1 | 1 | 0 | 17 |

AL-DOA-06792

CURRENT PLATFORM DIFFERENCE.XLS

Division of Resolutions and Receiverships
Platform Staffing Analysis
Washington

| Deputy Director FAMB | EM | CM-2 | CM-1 | Supv 15 | Supv 14 | Supv 13 | 15 | 14 | 13 | 12 | 11 | 9 | 8 | 7 | 6 | 5 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Current (perm grade) | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 2 |
| Proposed | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 3 |
| Difference | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -1 |
| **Marketing** | EM | CM-2 | CM-1 | Supv 15 | Supv 14 | Supv 13 | 15 | 14 | 13 | 12 | 11 | 9 | 8 | 7 | 6 | 5 | |
| Current (perm grade) | 0 | 1 | 1 | 0 | 0 | 0 | 2 | 5 | 2 | 1 | 0 | 1 | 0 | 0 | 1 | 0 | 14 |
| Proposed | 0 | 1 | 2 | 0 | 0 | 0 | 0 | 5 | 4 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 13 |
| Difference | 0 | 0 | -1 | 0 | 0 | 0 | 2 | 0 | -2 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 1 |
| **Analysis and Evaluation** | EM | CM-2 | CM-1 | Supv 15 | Supv 14 | Supv 13 | 15 | 14 | 13 | 12 | 11 | 9 | 8 | 7 | 6 | 5 | |
| Current (perm grade) | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 7 | 5 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 15 |
| Proposed | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 |
| Difference | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 4 | 5 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 11 |
| **Branch Total** | EM | CM-2 | CM-1 | Supv 15 | Supv 14 | Supv 13 | 15 | 14 | 13 | 12 | 11 | 9 | 8 | 7 | 6 | 5 | |
| Current (perm grade) | 1 | 2 | 2 | 0 | 0 | 0 | 2 | 12 | 7 | 1 | 0 | 1 | 1 | 0 | 2 | 0 | 31 |
| Proposed | 1 | 2 | 2 | 0 | 0 | 0 | 0 | 9 | 4 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 20 |
| Difference | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 3 | 3 | 1 | 0 | 0 | 0 | 0 | 2 | 0 | 11 |

AL-DOA-06793

CURRENT PLATFORM DIFFERENCE.XLS

Exhibit 3

Division of Resolutions and Receiverships
Platform Staffing Analysis
Dallas

10/25/2004

| Deputy Director FOB | EM | CM-2 | CM-1 | Supv 15 | Supv 14 | Supv 13 | 15 | 14 | 13 | 12 | 11 | 9 | 8 | 7 | 6 | 5 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Current (perm grade) | 1 | 0 | 4 | 0 | 1 | 0 | 0 | 3 | 7 | 11 | 0 | 0 | 1 | 4 | 1 | 0 | 33 |
| Proposed | 1 | 0 | 3 | 0 | 0 | 0 | 0 | 3 | 7 | 4 | 0 | 0 | 1 | 1 | 0 | 0 | 20 |
| Difference | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 7 | 0 | 0 | 0 | 3 | 1 | 0 | 13 |
| Receivership Management | EM | CM-2 | CM-1 | Supv 15 | Supv 14 | Supv 13 | 15 | 14 | 13 | 12 | 11 | 9 | 8 | 7 | 6 | 5 | |
| Current (perm grade) | 1 | 2 | 16 | 0 | 0 | 4 | 1 | 15 | 37 | 61 | 1 | 1 | 2 | 56 | 2 | 3 | 202 |
| Proposed | 1 | 0 | 11 | 0 | 0 | 2 | 0 | 12 | 16 | 8 | 0 | 0 | 0 | 18 | 0 | 0 | 68 |
| Difference | 0 | 2 | 5 | 0 | 0 | 2 | 1 | 3 | 21 | 53 | 1 | 1 | 2 | 38 | 2 | 3 | 134 |
| Franchise & Asset Marketing | EM | CM-2 | CM-1 | Supv 15 | Supv 14 | Supv 13 | 15 | 14 | 13 | 12 | 11 | 9 | 8 | 7 | 6 | 5 | |
| Current (perm grade) | 1 | 2 | 10 | 0 | 0 | 1 | 0 | 3 | 22 | 32 | 0 | 0 | 0 | 6 | 1 | 1 | 79 |
| Proposed | 1 | 2 | 8 | 0 | 0 | 0 | 0 | 9 | 7 | 2 | 0 | 0 | 0 | 3 | 0 | 0 | 32 |
| Difference | 0 | 0 | 2 | 0 | 0 | 0 | 0 | -6 | 15 | 30 | 0 | 0 | 0 | 3 | 1 | 1 | 47 |
| Accounting Operations | EM | CM-2 | CM-1 | Supv 15 | Supv 14 | Supv 13 | 15 | 14 | 13 | 12 | 11 | 9 | 8 | 7 | 6 | 5 | |
| Current (perm grade) | 0 | 1 | 6 | 0 | 2 | 0 | 0 | 8 | 22 | 33 | 0 | 2 | 2 | 5 | 1 | 0 | 82 |
| Proposed | 0 | 1 | 4 | 0 | 3 | 0 | 0 | 6 | 18 | 16 | 0 | 2 | 1 | 2 | 0 | 0 | 53 |
| Difference | 0 | 0 | 2 | 0 | -1 | 0 | 0 | 2 | 4 | 17 | 0 | 0 | 1 | 3 | 1 | 0 | 29 |
| Division Total | EM | CM-2 | CM-1 | Supv 15 | Supv 14 | Supv 13 | 15 | 14 | 13 | 12 | 11 | 9 | 8 | 7 | 6 | 5 | |
| Current (perm grade) | 3 | 5 | 36 | 0 | 3 | 0 | 1 | 29 | 88 | 137 | 1 | 3 | 5 | 71 | 5 | 4 | 396 |
| Proposed | 3 | 3 | 26 | 0 | 3 | 2 | 0 | 30 | 48 | 30 | 0 | 2 | 2 | 24 | 0 | 0 | 173 |
| New Hires | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 13 | 0 | 0 | 17 |
| Difference | 0 | 2 | 10 | 0 | 0 | 3 | 1 | -1 | 40 | 107 | 1 | 1 | 3 | 47 | 5 | 4 | 240 |

**AL-DOA-06794**

Exhibit 3

Division of Resolutions and Receiverships
Platform Staffing Analysis
Dallas

10/25/2004

| Staffing | EM | CM-2 | CM-1 | Supv 15 | Supv 14 | Supv 13 | 15 | 14 | 13 | 12 | 11 | 9 | 8 | 7 | 6 | 5 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Deputy Director FOB** | EM | CM-2 | CM-1 | Supv 15 | Supv 14 | Supv 13 | 15 | 14 | 13 | 12 | 11 | 9 | 8 | 7 | 6 | 5 | |
| Current (perm grade) | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 5 |
| Proposed | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 4 |
| Difference | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| **Receivership Oversight** | EM | CM-2 | CM-1 | Supv 15 | Supv 14 | Supv 13 | 15 | 14 | 13 | 12 | 11 | 9 | 8 | 7 | 6 | 5 | |
| Current (perm grade) | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 5 | 2 | 0 | 0 | 0 | 1 | 0 | 0 | 9 |
| Proposed | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 4 |
| Difference | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 2 | 0 | 0 | 0 | 1 | 0 | 0 | 4 |
| **Internal Review** | EM | CM-2 | CM-1 | Supv 15 | Supv 14 | Supv 13 | 15 | 14 | 13 | 12 | 11 | 9 | 8 | 7 | 6 | 5 | |
| Current (perm grade) | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 2 | 0 | 2 | 0 | 0 | 0 | 1 | 0 | 0 | 6 |
| Proposed | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 2 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 5 |
| Difference | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 1 |
| **GPR** | EM | CM-2 | CM-1 | Supv 15 | Supv 14 | Supv 13 | 15 | 14 | 13 | 12 | 11 | 9 | 8 | 7 | 6 | 5 | |
| Current (perm grade) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 1 | 0 | 4 |
| Proposed | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Difference | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 1 | 0 | 4 |
| **Administration** | EM | CM-2 | CM-1 | Supv 15 | Supv 14 | Supv 13 | 15 | 14 | 13 | 12 | 11 | 9 | 8 | 7 | 6 | 5 | |
| Current (perm grade) | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 2 | 4 | 0 | 0 | 0 | 2 | 0 | 0 | 9 |
| (in Grand Total only) New Hires | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 13 | 0 | 0 | 17 |
| Proposed | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 2 | 2 | 0 | 0 | 0 | 1 | 0 | 0 | 6 |
| Difference | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 1 | 0 | 0 | 3 |
| **Branch Total** | EM | CM-2 | CM-1 | Supv 15 | Supv 14 | Supv 13 | 15 | 14 | 13 | 12 | 11 | 9 | 8 | 7 | 6 | 5 | |
| Current (perm grade) | 1 | 0 | 4 | 0 | 1 | 0 | 0 | 3 | 7 | 11 | 0 | 0 | 1 | 4 | 1 | 0 | 33 |
| Proposed | 1 | 0 | 3 | 0 | 0 | 0 | 0 | 3 | 7 | 4 | 0 | 0 | 1 | 1 | 0 | 0 | 20 |
| Difference | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 7 | 0 | 0 | 0 | 3 | 1 | 0 | 13 |

**AL-DOA-06795**

CURRENT PLATFORM DIFFERENCE.XLS

Division of Resolutions and Receiverships
Platform Staffing Analysis
Dallas

| | EM | CM-2 | CM-1 | Supv 15 | Supv 14 | Supv 13 | 15 | 14 | 13 | 12 | 11 | 9 | 8 | 7 | 6 | 5 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Assistant Director RM** | | | | | | | | | | | | | | | | | |
| *Current (perm grade)* | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| *Proposed* | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 2 |
| *Difference* | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -1 | 0 | 0 | -1 |
| **Receivership Management** | | | | | | | | | | | | | | | | | |
| *Current (perm grade)* | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 1 | 8 | 25 | 0 | 0 | 0 | 6 | 0 | 1 | 45 |
| *Proposed* | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 6 | 12 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 28 |
| *Difference* | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -5 | -4 | 19 | 0 | 0 | 0 | 6 | 0 | 1 | 17 |
| **Investigations** | | | | | | | | | | | | | | | | | |
| *Current (perm grade)* | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 2 | 7 | 5 | 0 | 0 | 0 | 8 | 1 | 0 | 26 |
| *Proposed* | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 2 | 4 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 11 |
| *Difference* | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 5 | 0 | 0 | 0 | 6 | 1 | 0 | 15 |
| **Customer Service** | | | | | | | | | | | | | | | | | |
| *Current (perm grade)* | 0 | 0 | 1 | 0 | 0 | 4 | 0 | 0 | 1 | 8 | 1 | 1 | 0 | 21 | 0 | 2 | 39 |
| *Proposed* | 0 | 0 | 1 | 0 | 0 | 2 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 13 | 0 | 0 | 18 |
| *Difference* | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 1 | 6 | 1 | 1 | 0 | 8 | 0 | 2 | 21 |
| **Asset Management** | | | | | | | | | | | | | | | | | |
| *Current (perm grade)* | 0 | 2 | 8 | 0 | 0 | 0 | 1 | 12 | 21 | 23 | 0 | 0 | 2 | 21 | 1 | 0 | 91 |
| *Proposed* | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 9 |
| *Difference* | 0 | 2 | 5 | 0 | 0 | 0 | 1 | 8 | 21 | 23 | 0 | 0 | 2 | 19 | 1 | 0 | 82 |
| **Branch Total** | | | | | | | | | | | | | | | | | |
| *Current (perm grade)* | 1 | 2 | 16 | 0 | 0 | 4 | 1 | 15 | 37 | 61 | 1 | 1 | 2 | 56 | 2 | 3 | 202 |
| *Proposed* | 1 | 0 | 11 | 0 | 0 | 2 | 0 | 12 | 16 | 8 | 0 | 0 | 0 | 18 | 0 | 0 | 68 |
| *Difference* | 0 | 2 | 5 | 0 | 0 | 2 | 1 | 3 | 21 | 53 | 1 | 1 | 2 | 38 | 2 | 3 | 134 |

AL-DOA-06796

Exhibit 3

Division of Resolutions and Receiverships
Platform Staffing Analysis
Dallas

10/25/2004

| Assistant Director FAM | EM | CM-2 | CM-1 | Supv 15 | Supv 14 | Supv 13 | 15 | 14 | 13 | 12 | 11 | 9 | 8 | 7 | 6 | 5 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Current (perm grade) | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 2 |
| Proposed | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 4 |
| Difference | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -1 | -1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -2 |
| **Institution Sales** | EM | CM-2 | CM-1 | Supv 15 | Supv 14 | Supv 13 | 15 | 14 | 13 | 12 | 11 | 9 | 8 | 7 | 6 | 5 | |
| Current (perm grade) | 0 | 1 | 8 | 0 | 0 | 1 | 0 | 1 | 17 | 26 | 0 | 0 | 0 | 0 | 1 | 1 | 56 |
| Proposed | 0 | 2 | 8 | 0 | 0 | 0 | 0 | 8 | 6 | 2 | 0 | 0 | 0 | 2 | 0 | 0 | 28 |
| Difference | 0 | -1 | 0 | 0 | 0 | 0 | 0 | -7 | 11 | 24 | 0 | 0 | 0 | -2 | 1 | 1 | 28 |
| **Analysis and Evaluation** | EM | CM-2 | CM-1 | Supv 15 | Supv 14 | Supv 13 | 15 | 14 | 13 | 12 | 11 | 9 | 8 | 7 | 6 | 5 | |
| Current (perm grade) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
| Proposed | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Difference | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
| **Asset Marketing** | EM | CM-2 | CM-1 | Supv 15 | Supv 14 | Supv 13 | 15 | 14 | 13 | 12 | 11 | 9 | 8 | 7 | 6 | 5 | |
| Current (perm grade) | 0 | 1 | 2 | 0 | 0 | 0 | 0 | 1 | 3 | 6 | 0 | 0 | 0 | 5 | 0 | 0 | 18 |
| Proposed | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Difference | 0 | 1 | 2 | 0 | 0 | 0 | 0 | 1 | 3 | 6 | 0 | 0 | 0 | 5 | 0 | 0 | 18 |
| **Branch Total** | EM | CM-2 | CM-1 | Supv 15 | Supv 14 | Supv 13 | 15 | 14 | 13 | 12 | 11 | 9 | 8 | 7 | 6 | 5 | |
| Current (perm grade) | 1 | 2 | 10 | 0 | 0 | 1 | 0 | 3 | 22 | 32 | 0 | 0 | 0 | 6 | 1 | 1 | 79 |
| Proposed | 1 | 2 | 8 | 0 | 0 | 0 | 0 | 9 | 7 | 2 | 0 | 0 | 0 | 3 | 0 | 0 | 32 |
| Difference | 0 | 0 | 2 | 0 | 0 | 1 | 0 | -6 | 15 | 30 | 0 | 0 | 0 | 3 | 1 | 1 | 47 |

AL-DOA-06797

CURRENT PLATFORM DIFFERENCE.XLS

Exhibit 3

Division of Resolutions and Receiveships
Platform Staffing Analysis
Dallas

10/25/2004

| Assistant Director BOS | EM | CM-2 | CM-1 | Supv 15 | Supv 14 | Supv 13 | 15 | 14 | 13 | 12 | 11 | 9 | 8 | 7 | 6 | 5 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Current (perm grade) | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 4 |
| Proposed | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 2 |
| Difference | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| Operational Accounting | EM | CM-2 | CM-1 | Supv 15 | Supv 14 | Supv 13 | 15 | 14 | 13 | 12 | 11 | 9 | 8 | 7 | 6 | 5 | |
| Current (perm grade) | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 2 | 2 | 5 | 0 | 2 | 1 | 3 | 0 | 0 | 16 |
| Proposed | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 2 | 2 | 2 | 0 | 1 | 0 | 2 | 0 | 0 | 10 |
| Difference | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 1 | 1 | 1 | 0 | 0 | 6 |
| General Accounting | EM | CM-2 | CM-1 | Supv 15 | Supv 14 | Supv 13 | 15 | 14 | 13 | 12 | 11 | 9 | 8 | 7 | 6 | 5 | |
| Current (perm grade) | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 2 | 6 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 14 |
| Proposed | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 4 | 4 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 12 |
| Difference | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -2 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| Reporting | EM | CM-2 | CM-1 | Supv 15 | Supv 14 | Supv 13 | 15 | 14 | 13 | 12 | 11 | 9 | 8 | 7 | 6 | 5 | |
| Current (perm grade) | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 4 | 0 | 0 | 0 | 1 | 0 | 0 | 7 |
| Proposed | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 4 | 0 | 1 | 0 | 0 | 0 | 0 | 7 |
| Difference | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -1 | 0 | 1 | 0 | 0 | 0 |
| Compliance Audit | EM | CM-2 | CM-1 | Supv 15 | Supv 14 | Supv 13 | 15 | 14 | 13 | 12 | 11 | 9 | 8 | 7 | 6 | 5 | |
| Current (perm grade) | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 2 | 5 | 8 | 0 | 0 | 0 | 1 | 0 | 0 | 18 |
| Proposed | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 3 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 9 |
| Difference | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 2 | 2 | 3 | 0 | 0 | 0 | 1 | 0 | 0 | 9 |
| Business Information Systems | EM | CM-2 | CM-1 | Supv 15 | Supv 14 | Supv 13 | 15 | 14 | 13 | 12 | 11 | 9 | 8 | 7 | 6 | 5 | |
| Current (perm grade) | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 1 | 8 | 11 | 0 | 0 | 0 | 0 | 1 | 0 | 23 |
| Proposed | 0 | 0 | 1 | 0 | 2 | 0 | 0 | 0 | 8 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 13 |
| Difference | 0 | 0 | 0 | 0 | -1 | 0 | 0 | 1 | 0 | 9 | 0 | 0 | 0 | 0 | 1 | 0 | 10 |
| Branch Total | EM | CM-2 | CM-1 | Supv 15 | Supv 14 | Supv 13 | 15 | 14 | 13 | 12 | 11 | 9 | 8 | 7 | 6 | 5 | |
| Current (perm grade) | 0 | 1 | 6 | 0 | 2 | 0 | 0 | 8 | 22 | 33 | 0 | 2 | 2 | 5 | 1 | 0 | 82 |
| Proposed | 0 | 1 | 4 | 0 | 3 | 0 | 0 | 6 | 18 | 16 | 0 | 2 | 1 | 2 | 0 | 0 | 53 |
| Difference | 0 | 0 | 2 | 0 | -1 | 0 | 0 | 2 | 4 | 17 | 0 | 0 | 1 | 3 | 1 | 0 | 29 |

AL-DOA-06798



# DRR - HEADQUARTERS
## PROPOSED STAFFING
### INTERNAL REVIEW

| | |
|---|---|
| EM | 0 |
| CM | 1 |
| SUPV | 0 |
| PROF | 2 |
| SUPPORT | 1 |
| | |
| TOTAL | 4 |



ASSISTANT DIRECTOR
INTERNAL REVIEW
CM-1

INTERNAL REVIEW SPECIALIST
CG-14

INTERNAL REVIEW SPECIALIST
CG-14

INTERNAL REVIEW SPECIALIST
CG-9

**AL-DOA-06800**

11/02/2004

# DRR - HEADQUARTERS
## PROPOSED STAFFING
### ANALYSIS & REPORTING

| | |
|---|---|
| EM | 0 |
| CM | 1 |
| SUPV | 0 |
| PROF | 2 |
| SUPPORT | 0 |
| | |
| TOTAL | 3 |

```
            ┌─────────────────────────┐
            │   ASSISTANT DIRECTOR     │
            │   ANALYSIS & REPORTING   │
            │              CM-2        │
            └─────────────────────────┘
```

| | |
|---|---|
| SENIOR FINANCIAL REPORTING SPECIALIST<br><br>CG-14 | SENIOR INFORMATION SPECIALIST<br><br>CG-14 |

**AL-DOA-06801**

3

11/02/2004

PROPOSED STAFFING
ADMINISTRATION

| | |
|---|---|
| EM | 0 |
| CM | 1 |
| SUPV | 0 |
| PROF | 4 |
| SUPPORT | 0 |
| TOTAL | 5 |



MANAGER
ADMINISTRATION

CM-1

SENIOR FINANCIAL
RESOURCE PLANNING SPECIALIST

CG-14

SENIOR FINANCIAL
RESOURCE PLANNING SPECIALIST

CG-14

SENIOR
ADMINISTRATIVE SPECIALIST

CG-13

FINANCIAL PLANNING SPECIALIST

CG-12

AL-DOA-06802

4

11/02/2004

DRR - HEADQUARTER
PROPOSED STAFFING
FRANCHISE AND ASSET MARKETING BRANCH

| | |
|---|---|
| EM | 1 |
| CM | 4 |
| SUPV | 0 |
| PROF | 13 |
| SUPPORT | 2 |
| TOTAL | 20 |



FRANCHISE & ASSET MARKETING
DEPUTY DIRECTOR
EM

SECRETARY
CG-8

SPECIAL ASSISTANT
CG-14

ASSISTANT DIRECTOR
MARKETING SECTION
CM-2

ASSISTANT DIRECTOR
RISK ANALYSIS
CM-2

POLICY SPECIALIST
CG-14

SPECIAL ASSISTANT
CG-13

RISK ANALYST
CG-14

MANAGER
CAPITAL MARKETS & RESOLUTIONS
CM-1

MANAGER
CAPITAL MARKETS & RESOLUTIONS
CM-1

RISK ANALYST
CG-14

SENIOR
CAPITAL MARKETS SPECIALIST
CG-14

SENIOR
CAPITAL MARKETS SPECIALIST
CG-14

RISK ANALYST
CG-14

SENIOR
CAPITAL MARKETS SPECIALIST
CG-14

SENIOR FRANCHISE & ASSET
MARKETING SPECIALIST
CG-14

FRANCHISE & ASSET
MARKETING SPECIALIST
CG-13

CAPITAL MARKETS SPECIALIST
CG-13

RESOLUTIONS & RECEIVERSHIPS SPECIALIST
CG-9

CAPITAL MARKETS SPECIALIST
CG-13

**AL-DOA-06803**

5

11/01/2004

DRR - HEADQUARTER
PROPOSED STAFFING
RECEIVERSHIP OPERATIONS BRANCH

| | |
|---|---|
| EM | 1 |
| CM | 7 |
| SUPV | 1 |
| PROF | 16 |
| SUPPORT | 1 |
| | |
| TOTAL | 26 |



**RECEIVERSHIP OPERATIONS DEPUTY DIRECTOR** — EM

**SPECIAL ASSISTANT** — CG-13

**PROJECT MANAGER** — CM-2

**SECRETARY** — CG-8

**ASSISTANT DIRECTOR RECEIVERSHIP & ASSET MANAGEMENT** — CM-2

**MANAGER CLOSINGS & DEPOSIT CLAIMS** — CM-1

**MANAGER BUSINESS PROJECT MANAGEMENT** — CM-1

**SUPERVISORY RESOLUTONS & RECEIVERSHIPS SPECIALIST** — CM-1

**SUPERVISORY RESOLUTONS & RECEIVERSHIPS SPECIALIST** — CM-1

**SUPERVISORY INFORMATION TECHNOLOGY SPECIALIST (Data Management)** — CM-1

**SUPERVISORY INFORMATION TECHNOLOGY SPECIALIST (Security)** — CG-14

**ENVIRONMENTAL SPECIALIST** — CG-14

**SENIOR CLAIMS SYSTEM ANALYST** — CG-14

**SENIOR INFORMATION TECHNOLOGY SPECIALIST (Data Management)** — CG-14

**INFORMATION TECHNOLOGY SPECIALIST (Security)** — CG-13

**RESOLUTIONS & RECEIVERSHIPS SPECIALIST (ASSET MANAGEMENT)** — CG-14

**CLAIMS SYSTEM ANALYST** — CG-13

**SENIOR INFORMATION TECHNOLOGY SPECIALIST (Data Management)** — CG-14

**INFORMATION TECHNOLOGY SPECIALIST (Security)** — CG-13

**INVESTIGATIONS CASE MANAGER** — CG-14

**RESOLUTIONS & RECEIVERSHIPS SPECIALIST** — CG-13

**SENIOR INFORMATION TECHNOLOGY SPECIALIST (Data Management)** — CG-13

**INFORMATION TECHNOLOGY SPECIALIST (Security)** — CG-12

**CONTRACTOR OVERSIGHT SPECIALIST** — CG-13

**RESOLUTIONS & RECEIVERSHIPS SPECIALIST** — CG-13

**SENIOR INFORMATION TECHNOLOGY SPECIALIST (Data Management)** — CG-13

**AL-DOA-06804**

PROPOSED STAFFING
**DALLAS FIELD OPERATIONS**



OFFICE TOTAL

| | |
|---|---|
| EM | 3 |
| CM | 32 |
| SUPV | 4 |
| PROF | 115 |
| SUPPORT | 24 |
| TOTAL | 178 |

| | |
|---|---|
| EM | 1 |
| CM | 0 |
| SUPV | 0 |
| PROF | 2 |
| SUPPORT | 1 |
| TOTAL | 4 |

**DEPUTY DIRECTOR FIELD OPERATIONS**
EM

DC Deputy FM

DC Deputy RO

**MANAGER RECEIVERSHIP OVERSIGHT**
CM-1

**SECRETARY**
CG-8

**MANAGER INTERNAL REVIEW**
CM-1

**SENIOR EXECUTIVE ASSISTANT**
CG-14

**MANAGER ADMINISTRATION**
CM-1

**EXECUTIVE ASSISTANT**
CG-13

**ASSISTANT DIRECTOR FRANCHISE & ASSET MARKETING**
EM

**ASSISTANT DIRECTOR BUSINESS OPERATIONS SUPPORT**
CM-2

**ASSISTANT DIRECTOR RECEIVERSHIP OPERATIONS**
EM

AL-DOA-06805

*Highlighted boxes indicate new positions*

1

11/05/2004

DRR - FIELD OPERATIONS
PROPOSED STAFFING
RECEIVERSHIP OVERSIGHT

| | |
|---|---|
| EM | 0 |
| CM | 1 |
| SUPV | 0 |
| PROF | 4 |
| SUPPORT | 0 |
| | |
| TOTAL | 5 |



**MANAGER**
**RECEIVERSHIP OVERSIGHT**

CM-1

RESOLUTIONS & RECEIVERSHIPS SPECIALIST

CG-13

RESOLUTIONS & RECEIVERSHIPS SPECIALIST

CG-13

RESOLUTIONS & RECEIVERSHIPS SPECIALIST

CG-13

RESOLUTIONS & RECEIVERSHIPS SPECIALIST

CG-13

AL-DOA-06806

11/01/2004

DRR - FIELD OPERATIONS
PROPOSED STAFFING
INTERNAL REVIEW



| | |
|---|---|
| EM | 0 |
| CM | 1 |
| SUPV | 0 |
| PROF | 4 |
| SUPPORT | 0 |
| TOTAL | 5 |



MANAGER
INTERNAL REVIEW

CM-1

INTERNAL REVIEW SPECIALIST

CG-14

INTERNAL REVIEW SPECIALIST

CG-14

INTERNAL REVIEW SPECIALIST

CG-12

INTERNAL REVIEW SPECIALIST

CG-12

**AL-DOA-06807**

3

11/01/2004

PROPOSED STAFFING
ADMINISTRATION



| | |
|---|---|
| EM | 0 |
| CM | 1 |
| SUPV | 0 |
| PROF | 4 |
| SUPPORT | 1 |
| **TOTAL** | 6 |

MANAGER
ADMINISTRATION

CM-1

SENIOR
ADMINISTRATIVE SPECIALIST

CG-13

BUDGET SPECIALIST

CG-13

ADMINISTRATIVE SPECIALIST

CG-12

GOVERNMENT/PUBLIC RELATIONS
SPECIALIST

CG-12

ADMINISTRATIVE ASSISTANT

CG-7

AL-DOA-06808

11/01/2004

FIELD OPERATIONS
PROPOSED STAFFING
FRANCHISE AND ASSET MARKETING

| AREA TOTAL | | | EM | 1 |
|---|---|---|---|---|
| EM | 1 | | CM | 0 |
| CM | 11 | | SUPV | 0 |
| SUPV | 0 | | PROF | 2 |
| PROF | 17 | | SUPPORT | 1 |
| SUPPORT | 3 | | TOTAL | 4 |
| TOTAL | 32 | | | |

```
                    +-----------------------------------+
                    |     ASSISTANT DIRECTOR            |
                    |  FRANCHISE AND ASSET MARKETING    |
                    |                             EM    |
                    +-----------------------------------+
```

| ANALYSIS & EVALUATION SPECIALIST                     CG-14 | | SECRETARY                     CG-7 |
|---|---|---|

| ANALYSIS & EVALUATION SPECIALIST                     CG-13 | | |

AL-DOA-06809

| MANAGER INSTITUTION & ASSET SALES     CM-2 | MANAGER INSTITUTION & ASSET SALES     CM-2 | MANAGER INSTITUTION & ASSET SALES     CM-2 |
|---|---|---|

11/01/2004

| | |
|---|---|
| EM | 0 |
| CM | 7 |
| SUPV | 0 |
| PROF | 0 |
| SUPPORT | 0 |
| TOTAL | 7 |



**MANAGER**
**INSTITUTION & ASSET SALES**
CM-2

**RESOLUTIONS & CLOSINGS MANAGER**
CM-1

**RESOLUTIONS & CLOSINGS MANAGER**
CM-1

**RESOLUTIONS & CLOSINGS MANAGER**
CM-1

**RESOLUTIONS & CLOSINGS MANAGER**
CM-1

**RESOLUTIONS & CLOSINGS MANAGER**
CM-1

**RESOLUTIONS & CLOSINGS MANAGER**
CM-1

AL-DOA-06810

11/01/2004

PROPOSED STAFFING
INSTITUTION & ASSET SALES - (A)



| | |
|---|---|
| EM | 0 |
| CM | 2 |
| SUPV | 0 |
| PROF | 8 |
| SUPPORT | 1 |
| TOTAL | 11 |

**MANAGER
INSTITUTION & ASSET SALES**                          CM-2

**RESOLUTIONS & CLOSINGS MANAGER
(Group A)**                          CM-1

**SENIOR
FRANCHISE & ASSET MARKETING
SPECIALIST**                          CG-14

**SENIOR
FRANCHISE & ASSET MARKETING
SPECIALIST**                          CG-14

**SENIOR
FRANCHISE & ASSET MARKETING
SPECIALIST**                          CG-14

**SENIOR
FRANCHISE & ASSET MARKETING
SPECIALIST**                          CG-14

**FRANCHISE & ASSET MARKETING
SPECIALIST**                          CG-13

**FRANCHISE & ASSET MARKETING
SPECIALIST**                          CG-13

**FRANCHISE & ASSET MARKETING
SPECIALIST**                          CG-13

**RESOLUTIONS & RECEIVERSHIPS
SPECIALIST**                          CG-12

**RESOLUTIONS & RECEIVERSHIPS
TECHNICIAN**                          CG-7

AL-DOA-06811

7

11/01/2004

PROPOSED STAFFING
INSTITUTION & ASSET SALES (b)



| | |
|---|---|
| EM | 0 |
| CM | 2 |
| SUPV | 0 |
| PROF | 7 |
| SUPPORT | 1 |
| | |
| TOTAL | 10 |

MANAGER
INSTITUTION & ASSET SALES
CM-2

RESOLUTIONS & CLOSINGS MANAGER
(Group -B)
CM-1

SENIOR
FRANCHISE & ASSET MARKETING
SPECIALIST
CG-14

SENIOR
FRANCHISE & ASSET MARKETING
SPECIALIST
CG-14

FRANCHISE & ASSET MARKETING
SPECIALIST
CG-13

FRANCHISE & ASSET MARKETING
SPECIALIST
CG-13

SENIOR
FRANCHISE & ASSET MARKETING
SPECIALIST
CG-14

FRANCHISE & ASSET MARKETING
SPECIALIST
CG-13

RESOLUTIONS & RECEIVERSHIPS SPECIALIST
CG-12

RESOLUTIONS & RECEIVERSHIPS TECHNICIAN
CG-7

AL-DOA-06812

8

11/01/2004

DRR FIELD OPERATIONS
PROPOSED STAFFING
RECEIVERSHIP OPERATIONS



AREA TOTAL

| | |
|---|---|
| EM | 1 |
| CM | 12 |
| SUPV | 2 |
| PROF | 36 |
| SUPPORT | 18 |
| TOTAL | 69 |

| | |
|---|---|
| EM | 1 |
| CM | 1 |
| SUPV | 0 |
| PROF | 0 |
| SUPPORT | 1 |
| TOTAL | 3 |

ASSISTANT DIRECTOR
RECEIVERSHIP OPERATIONS
EM

SECRETARY
CG-7

PROJECT MANAGER
CM-1

MANAGER
CLOSINGS & DEPOSIT CLAIMS
(Operations)
CM-1

MANAGER
ASSET MANAGEMENT
CM-1

MANAGER
INVESTIGATIONS
CM-1

MANAGER
CUSTOMER SERVICE
CM-1

9

**AL-DOA-06813**

11/05/2004

| | |
|---|---|
| EM | 0 |
| CM | 4 |
| SUPV | 0 |
| PROF | 24 |
| SUPPORT | 0 |
| TOTAL | 28 |

```
                    MANAGER
              CLOSINGS & DEPOSIT CLAIMS
                              CM-1
```

| RESOLUTIONS & CLOSINGS MANAGER CM-1 | RESOLUTIONS & CLOSINGS MANAGER CM-1 | RESOLUTIONS & CLOSINGS MANAGER CM-1 |
|---|---|---|
| SR. CLAIMS SYSTEMS ANALYST CG-14 | SR. CLAIMS SYSTEMS ANALYST CG-14 | SR. CLAIMS SYSTEMS ANALYST CG-14 |
| RESOLUTIONS & RECEIVERSHIPS SPECIALIST CG-14 | RESOLUTIONS & RECEIVERSHIPS SPECIALIST CG-14 | RESOLUTIONS & RECEIVERSHIPS SPECIALIST CG-14 |
| RESOLUTIONS & RECEIVERSHIPS SPECIALIST CG-13 | RESOLUTIONS & RECEIVERSHIPS SPECIALIST CG-13 | RESOLUTIONS & RECEIVERSHIPS SPECIALIST CG-13 |
| RESOLUTIONS & RECEIVERSHIPS SPECIALIST CG-13 | RESOLUTIONS & RECEIVERSHIPS SPECIALIST CG-13 | CLAIMS SYSTEMS ANALYST CG-13 |
| CLAIMS SYSTEMS ANALYST CG-13 | CLAIMS SYSTEMS ANALYST CG-13 | CLAIMS SYSTEMS ANALYST CG-13 |
| CLAIMS SYSTEMS ANALYST CG-13 | CLAIMS SYSTEMS ANALYST CG-13 | RESOLUTIONS & RECEIVERSHIPS SPECIALIST CG-13 |
| RESOLUTIONS & RECEIVERSHIPS SPECIALIST CG-12 | RESOLUTIONS & RECEIVERSHIPS SPECIALIST CG-12 | RESOLUTIONS & RECEIVERSHIPS SPECIALIST CG-12 |
| RESOLUTIONS & RECEIVERSHIPS SPECIALIST CG-12 | RESOLUTIONS & RECEIVERSHIPS SPECIALIST CG-12 | RESOLUTIONS & RECEIVERSHIPS SPECIALIST CG-12 |

AL-DOA-06814

11/01/2004

DIIR - FIELD OPERATIONS
PROPOSED STAFFING
INVESTIGATIONS



| | |
|---|---|
| EM | 0 |
| CM | 3 |
| SUPV | 0 |
| PROF | 6 |
| SUPPORT | 2 |
| TOTAL | 11 |

**MANAGER INVESTIGATIONS**
CM-1

**RESOLUTIONS & CLOSINGS MANAGER**
CM-1

**RESOLUTIONS & CLOSINGS MANAGER**
CM-1

RESOLUTIONS & RECEIVERSHIPS SPECIALIST
CG-14

RESOLUTIONS & RECEIVERSHIPS SPECIALIST
CG-13

RESOLUTIONS & RECEIVERSHIPS SPECIALIST
CG-13

RESOLUTIONS & RECEIVERSHIPS TECHNICIAN
CG-7

RESOLUTIONS & RECEIVERSHIPS SPECIALIST
CG-14

RESOLUTIONS & RECEIVERSHIPS SPECIALIST
CG-13

RESOLUTIONS & RECEIVERSHIPS SPECIALIST
CG-13

RESOLUTIONS & RECEIVERSHIPS TECHNICIAN
CG-7

**AL-DOA-06815**

11

11/01/2004

PROPOSED STAFFING
CUSTOMER SERVICE



| | |
|---|---|
| EM | 0 |
| CM | 1 |
| SUPV | 2 |
| PROF | 2 |
| SUPPORT | 13 |
| TOTAL | 18 |

**MANAGER CUSTOMER SERVICE** — CM-1

**SUPERVISORY RESOLUTIONS & RECEIVERSHIPS SPECIALIST CUSTOMER SERVICE & CALL CENTER** — CG-13

**SUPERVISORY RESOLUTIONS & RECEIVERSHIPS SPECIALIST RECORDS** — CG-13

RESOLUTIONS & RECEIVERSHIPS SPECIALIST — CG-12

RESOLUTIONS & RECEIVERSHIPS TECHNICIAN — CG-7

RESOLUTIONS & RECEIVERSHIPS SPECIALIST — CG-12

RESOLUTIONS & RECEIVERSHIPS TECHNICIAN — CG-7

RESOLUTIONS & RECEIVERSHIPS TECHNICIAN — CG-7

RESOLUTIONS & RECEIVERSHIPS TECHNICIAN — CG-7

RESOLUTIONS & RECEIVERSHIPS TECHNICIAN — CG-7

RESOLUTIONS & RECEIVERSHIPS TECHNICIAN — CG-7

RESOLUTIONS & RECEIVERSHIPS TECHNICIAN — CG-7

RESOLUTIONS & RECEIVERSHIPS TECHNICIAN — CG-7

RESOLUTIONS & RECEIVERSHIPS TECHNICIAN — CG-7

RESOLUTIONS & RECEIVERSHIPS TECHNICIAN — CG-7

RESOLUTIONS & RECEIVERSHIPS TECHNICIAN — CG-7

RESOLUTIONS & RECEIVERSHIPS TECHNICIAN — CG-7

RESOLUTIONS & RECEIVERSHIPS TECHNICIAN — CG-7

**AL-DOA-06816**

11/01/2004

DRR - FIELD OPERATIONS
PROPOSED STAFFING
ASSET MANAGEMENT



| EM | 0 |
| CM | 3 |
| SUPV | 0 |
| PROF | 4 |
| SUPPORT | 2 |
| TOTAL | 9 |



AL-DOA-06817

13

11/01/2004

DRR - FIELD OPERATIONS
PROPOSED STAFFING
BUSINESS OPERATIONS SUPPORT

AREA TOTAL

| | |
|---|---|
| EM | 0 |
| CM | 6 |
| SUPV | 2 |
| PROF | 48 |
| SUPPORT | 1 |
| TOTAL | 57 |

| | |
|---|---|
| EM | 0 |
| CM | 1 |
| SUPV | 0 |
| PROF | 0 |
| SUPPORT | 1 |
| TOTAL | 2 |

```
                    ASSISTANT DIRECTOR
                 BUSINESS OPERATIONS SUPPORT
                                          CM-2

                              SECRETARY
                                          CG-8

FINANCIAL MANAGER      ACCOUNTING ANALYSIS & REPORTING       MANAGER
OPERATIONAL ACCOUNTING          MANAGER              BUSINESS INFORMATION SYSTEMS
              CM-1                          CM-1                           CM-1

        FINANCIAL MANAGER            FINANCIAL MANAGER
        GENERAL ACCOUNTING      DEPOSIT COMPLIANCE AUDIT SECTION
                      CM-1                           CM-1
```

AL-DOA-06818

11/03/2004

DRC FIELD OPERATIONS
PROPOSED STAFFING
OPERATIONAL ACCOUNTING



| | |
|---|---|
| EM | 0 |
| CM | 1 |
| SUPV | 0 |
| PROF | 9 |
| SUPPORT | 0 |
| TOTAL | 10 |

FINANCIAL MANAGER

CM-1

SENIOR
SYSTEMS ACCOUNTANT

CG-14

SENIOR
FINANCIAL MANAGEMENT ANALYST

CG-14

FINANCIAL MANAGEMENT ANALYST

CG-13

FINANCIAL MANAGEMENT ANALYST

CG-13

ACCOUNTANT

CG-12

SYSTEMS ACCOUNTANT

CG-12

ACCOUNTANT

CG-12

FINANCIAL INFORMATION SPECIALIST

CG-12

FINANCIAL SERVICES SPECIALIST

CG-9

AL-DOA-06819

15

11/01/2004

DRR FIELD OPERATIONS
PROPOSED STAFFING
GENERAL ACCOUNTING



| EM | 0 |
| CM | 1 |
| SUPV | 0 |
| PROF | 11 |
| SUPPORT | 0 |
| | |
| TOTAL | 12 |

FINANCIAL MANAGER
CM-1

SENIOR
RECEIVERSHIP LIABILITY ACCOUNTANT
CG-14

SENIOR
RECEIVERSHIP LIABILITY ACCOUNTANT
CG-14

SENIOR
FINANCIAL MANAGEMENT ANALYST
CG-14

SENIOR
FINANCIAL MANAGEMENT ANALYST
CG-14

FINANCIAL MANAGEMENT ANALYST
CG-13

FINANCIAL MANAGEMENT ANALYST
CG-13

SENIOR
CAPITAL MARKETS ACCOUNTANT
CG-13

SENIOR
TAX ACCOUNTANT
CG-13

SYSTEMS ACCOUNTANT
CG-12

ACCOUNTANT
CG-12

SYSTEMS ACCOUNTANT
CG-12

AL-DOA-06820

16

11/01/2004

DRR - FIELD OPERATIONS
PROPOSED STAFFING
ACCOUNTING ANALYSIS & REPORTING

| | |
|---|---|
| EM | 0 |
| CM | 1 |
| SUPV | 0 |
| PROF | 6 |
| SUPPORT | 0 |
| TOTAL | 7 |



AL-DOA-06821

11/03/2004

DRUG FIELD OPERATIONS
PROPOSED STAFFING
BUSINESS INFORMATION SYSTEMS



| | |
|---|---|
| EM | 0 |
| CM | 1 |
| SUPV | 2 |
| PROF | 10 |
| SUPPORT | 0 |
| TOTAL | 13 |

**AL-DOA-06822**

11/01/2004

DRR FIELD OPERATIONS
PROPOSED STAFFING
DCAS (ADMINISTRATIVE REPORT)
*REPORTS OPERATIONALLY TO DOF*



| | |
|---|---|
| EM | 0 |
| CM | 1 |
| SUPV | 0 |
| PROF | 12 |
| SUPPORT | 0 |
| TOTAL | 13 |

FINANCIAL MANAGER
CM-1

SENIOR
FINANCIAL MANAGEMENT ANALYST
CG-14

SENIOR
FINANCIAL MANAGEMENT ANALYST
CG-14

SENIOR
FINANCIAL INSTITUTION ACCOUNTANT
CG-13

SENIOR
FINANCIAL INSTITUTION ACCOUNTANT
CG-13

SENIOR ASSESSMENT AUDITOR
CG-13

SENIOR ASSESSMENT AUDITOR
CG-13

ASSESSMENT AUDITOR
CG-12

ASSESSMENT AUDITOR
CG-12

ASSESSMENT AUDITOR
CG-12

ASSESSMENT AUDITOR
CG-12

FINANCIAL INSTITUTION ACCOUNTANT
CG-12

FINANCIAL INSTITUTION ACCOUNTANT
CG-12

**AL-DOA-06823**

19

11/01/2004

# DIVISION OF RESOLUTIONS AND RECEIVERSHIPS
## PROPOSED New Positions
### HEADQUARTERS

| POSITIONS | PP | GRADE | Position Count |
|---|---|---|---|
| Assistant Director, Risk Analysis | CM | 2 | 1 |
| Manager, Capital Markets & Resolutions | CM | 1 | 2 |
| Manager, Closings & Deposit Claims | CM | 1 | 1 |
| Project Manager | CM | 1 | 1 |
| Senior Policy Advisor | CM | 1 | 1 |
| Supervisory Information Technology Specialist (Data Management) | CM | 1 | 1 |
| Capital Markets Specialist | CG | 14 | 3 |
| Franchise & Asset Marketing Specialist | CG | 14 | 1 |
| Investigations Case Manager | CG | 14 | 1 |
| Policy Specialist (Marketing) | CG | 14 | 1 |
| Risk Analyst | CG | 14 | 3 |
| Senior Claims Systems Analyst | CG | 14 | 1 |
| Special Assistant | CG | 14 | 1 |
| Capital Markets Specialist | CG | 13 | 2 |
| Claims Systems Analyst | CG | 13 | 1 |
| Contract Oversight Specialist | CG | 13 | 1 |
| Franchise & Asset Marketing Specialist | CG | 13 | 1 |
| Special Assistant (Marketing) | CG | 13 | 1 |
| Special Assistant (Receivership Operations) | CG | 13 | 1 |
| Financial Planning Specialist | CG | 12 | 1 |
| Number of New Positions | | | 26 |
| Number of New Position Descriptions | | | 20 |

AL-DOA-06824

DIVISION OF RESOLUTIONS AND RECEIVERSHIPS
## PROPOSED New Positions
### DALLAS FIELD OPERATIONS BRANCH

| POSITIONS | PP | GRADE | # of Positions |
|---|---|---|---|
| Manager, Institution & Asset Sales | CM | 2 | 2 |
| Resolutions and Closings Manager | CM | 1 | 15 |
| Manager, Receivership Oversight | CM | 1 | 1 |
| Manager, Asset Management | CM | 1 | 1 |
| Manager, Closings & Deposit Claims | CM | 1 | 1 |
| Manager, Customer Service | CM | 1 | 1 |
| Manager, Investigations | CM | 1 | 1 |
| Senior Receivership Liability Accountant | CG | 14 | 2 |
| Senior Systems Accountant | CG | 14 | 1 |
| Franchise & Asset Marketing Specialist | CG | 14 | 8 |
| Analysis and Evaluation Specialist | CG | 14 | 1 |
| Accounting Analysis & Reporting Manager | CG | 14 | 1 |
| Information Technology Specialist (Data Management) | CG | 13 | 2 |
| Senior Capital Markets Accountant | CG | 13 | 1 |
| Senior Financial Institution Accountant | CG | 13 | 1 |
| Information Technology Specialist (Network Services) | CG | 13 | 2 |
| Franchise & Asset Marketing Specialist | CG | 13 | 6 |
| Analysis and Evaluation Specialist | CG | 13 | 1 |
| Financial Institution Accountant | CG | 12 | 2 |
| Systems Accountant | CG | 12 | 4 |
| Financial Information Specialist | CG | 12 | 2 |
| Information Technology Specialist (Network Services) | CG | 12 | 2 |
| Number of New Positions | | | 58 |
| Number of New Position Descriptions | | | 22 |

AL-DOA-06825

10/24/2004

# **EXHIBIT 6**

**("10/26/04 Bovenzi Memo")**

**Elgas, G. Penny**

| | |
|---|---|
| **From:** | Bovenzi, John F. |
| **Sent:** | Tuesday, October 26, 2004 3:08 PM |
| **To:** | FDIC EMPLOYEES CORPORATE |
| **Subject:** | Workforce Planning |

MEMORANDUM TO:      All FDIC Employees

FROM:                          John F. Bovenzi
                                     Deputy to the Chairman and Chief Operating Officer

SUBJECT:                    Buyout Program and Reductions-in-Force

This is the third in a series of communications about workforce planning for the future. In my August 6th message, I set forth several factors that will influence the Corporation's future business model and workforce profile. These factors, which include continued industry consolidation and improved efficiencies within the FDIC primarily through the use of technology, support the conclusion that the FDIC will need to become a smaller agency.

To assess the implications of this conclusion, each division and office was asked to determine if their organizational focus and workforce composition is properly aligned with the current workload and the evolving corporate vision. These analyses have been largely completed, reviewed, discussed with, and accepted by senior management. They fall into two groups.

The first group includes divisions where staffing levels are not justified by current or projected workloads. These divisions are planning for substantial reductions in their workforces. DRR, DIRM, DOA, Legal, and DOF are included in this group. Buyouts are going to be offered to most employees in these divisions. Nevertheless, it appears likely that the necessary staffing reductions in these divisions cannot be accomplished entirely through voluntary departures. Accordingly, we have begun active planning for RIFs in DRR and DIRM in the third quarter of 2005, and in DOA, Legal, and DOF in 2006.

The second group includes the remaining divisions and all of the offices. Staffing levels in these organizations are for the most part justified by current workload. As a result, in DSC, DIR, and the offices, there will be a more limited buyout program. There will not be a RIF in these organizations.

Corporate-wide we estimate a reduction of between 500 to 600 positions from our current on-board workforce of nearly 5,300. These reductions will occur by year-end 2006, with most of the reductions occurring by year-end 2005.

The approved buyout program has the following general parameters:

- A buyout period that will be open from early November 2004 to mid-May 2005 (Eligible DSC employees must submit their buyout applications by December 13, 2004, and leave the Corporation by December 31, 2004);
- A cash payment equal to 50% of total salary;

AL-LEGAL-00273

- Supplemental incentives including, but not limited to, exemption from obligations to repay certain relocation costs and an option to take the buyout as a lump sum or in installments;
- The ability to combine the buyout with either regular or early retirement;
- Employees who accept buyouts would be required to repay the gross amount of the buyout payment if they are re-employed or contract directly with the FDIC within five years following separation (except in exigent circumstances); and
- Management discretion to delay the departures of selected employees for workload reasons.

Eligible employees will start receiving detailed information related to buyouts on or about November 1, 2004, after we have satisfied all bargaining obligations.

Your division or office director will be sending you a more specific message this week detailing the scope of your organization's plans.

I recognize the anxiety and discomfort many of you may be experiencing while reading this message. The notion of undergoing another round of downsizing is troubling to everyone. These actions are necessary to ensure the FDIC is best able to fulfill its mission of maintaining public trust and confidence in the banking system. This public trust comes not only from ensuring the safety and soundness of the industry, but also from maintaining and managing the deposit insurance funds in a responsible manner. As FDIC employees, it is our responsibility to operate as effectively and efficiently as possible, thereby maximizing preservation of the funds and their availability to absorb losses resulting from institution failures. While difficult to accept, pursuing the restructuring activities outlined in this message is both necessary and consistent with our role as fiduciary of the deposit insurance funds.

As it has in the past under similar circumstances, the FDIC will take a variety of steps, including providing outplacement services and career counseling, to help provide a smooth transition for affected employees.

AL-LEGAL-00274

# **EXHIBIT 7**

**("10/26/04 Glassman Memo")**

**Plant, Leslie**

| | |
|---|---|
| **From:** | DRR Messenger |
| **Sent:** | Tuesday, October 26, 2004 3:23 PM |
| **To:** | DRR DC; DRR DAL |
| **Cc:** | Reich, John; Bovenzi, John F.; App, Steven O.; Brennan, John; Arrington, Jodey C.; Curry, Thomas J. |
| **Subject:** | Message from Director Glassman |

## <u>*The following message is from Director Glassman*</u>

COO Bovenzi recently released his third workforce planning message to all employees. In that message, Mr. Bovenzi highlighted the Corporation's continued movement to a smaller, more flexible agency based on industry trends and improved efficiencies within the FDIC. Mr. Bovenzi also announced that Chairman Powell has approved a Corporation-sponsored buyout program.

DRR has always taken the initiative to adapt to changes in the banking industry and modify its strategic business approach to meet its resolution and receivership responsibilities. We have worked hard together for many years to create a well-respected organization. We have been recognized, in both the public and private sectors, for our many accomplishments and our ability to meet any challenge.

In August 2004, I communicated to all of you that DRR was once again taking steps to reevaluate its business requirements in view of the health of the banking industry, improved business processes, and technological advancements. More recently, all FDIC divisions and offices were asked to review their business operations from a corporate perspective.

Our review indicates what many of you already know. There is a significant staffing imbalance between existing resources and our current workload. In addition, this review validated that DRR's new business processes have created efficiencies in the way our work is accomplished. As Director of the Division, I have an obligation to manage costs and continuously seek efficiencies in our operations. I also desire to inform employees of essential information at the earliest possible date. Therefore, I would like to share with you now information about our 2005 budget submission, and the significant impact it will have on our DRR organization.

- We are recommending that staffing levels be reduced from 515 to 240 positions Division-wide, with 177 in Dallas, Texas and 63 in Washington, D.C. Approved organizational charts will be posted on our web site as soon as they are available.

- The recently announced Corporation-sponsored buyout program will be open to all DRR employees at all grade levels, with the exception of EM employees, through mid-May 2005.

AL-DRR-01301

- DRR employees will have the opportunity to apply for crossover opportunities at both the grade 12 and grade 5/7/9 levels with the Division of Supervision and Consumer Protection. Further details about these crossover opportunities will be provided as part of the Corporate Employee Program that is being developed.

- DRR will experience a Reduction-in-Force (RIF) in both Washington and Dallas to involuntarily separate any remaining surplus employees. The RIF will be conducted and completed by the end of the third quarter 2005.

This downsizing is a difficult, but necessary step. The changes in the banking industry and our own organization, coupled with our significantly reduced workload, lead us to this conclusion. While we all have hoped for a different solution, the time has come to recognize that DRR must move toward a new business model that reflects the changes occurring in the financial market place and embraces a corporate approach in fulfilling our mission.

I recognize that the above actions to implement a new business model and correct the imbalances in our staffing will have a major impact on the lives of you and your families. This event will affect each of us differently, and we need to help one another during this difficult time. I have asked that DOA assist us by providing aggressive outplacement and advisory counseling services to employees in both Dallas and Washington. These services are intended to help employees obtain important information and advice on a variety of financial, professional, and personal matters. A job fair, along with buyout and RIF briefings, will be conducted in early 2005.

None of our many accomplishments over the years would have been possible without the dedication and "can do" attitude shown by each of you. I have always been proud to be associated with such a great team of employees. I will continue to share information with you as it becomes available. In early November, I will hold all-employee meetings in both locations to discuss this proposed reorganization.

AL-DRR-01302

# **EXHIBIT 8**

**(Henderson Buyout Application)**

# BUYOUT PROGRAM
# PAYMENT ELECTION REQUEST

**NOTE:  Please read the Privacy Act Notice above before completing this form.**

## I. EMPLOYEE INFORMATION

| Name (Last, First, MI) | | Social Security Number | |
|---|---|---|---|
| Henderson, Peggy J. | | | |

| Street Address | City | State | ZIP Code |
|---|---|---|---|
| 3107 Lakeside Drive | Rockwall | TX | 75087 |

| Retirement/Separation Date | Home Telephone Number |
|---|---|
| November 30, 2004 | |

## II. PAYMENT METHOD

☐ **A.  Lump Sum**

       Payment Date Requested: Month _____ Year _____ *(No later than one year from date of termination.)*

☒ **B.  Installment Payments** *(A predetermined number of payments to be received in 5 or 10 years.)*

       Number of Years:  __5_____ *(Enter either 5 years or 10 years)*

       Frequency of Payments:  ☒ Monthly  ☐ Quarterly  ☐ Annually

       Payments Start: Month __January__ Year __2005__ *(No later than one year from date of termination.)*

☐ **C.  Combination** *(Lump Sum and Installment Payments)*

       I elect to receive a lump sum payment of $ _____ in Month _____ Year _____
       (initial payments of lump sum or installment shall be paid no later than one year following the date of termination) and the balance
       of my account to be paid in installment payments as described below.

       A predetermined number of payments to be received in 5 or 10 years.

       Number of Years:  _____ *(Enter either 5 years or 10 years)*

       Frequency of Payments:  ☐ Monthly  ☐ Quarterly  ☐ Annually

       Payment Start Date :  Month _____ Year _____ *(No later than one year from date of termination.)*

**I understand that my payment election above is irrevocable.**

## III. BENEFICIARY

In the event of death of the buyout recipient, installation payments will discontinue and any remaining monies will be turned over to the estate.

## IV. EMPLOYEE'S CERTIFICATION

| Signature | Date |
|---|---|
| *Peggy J. Henderson* | 11-18-2004 |

**DOA/HRB USE ONLY**

| HRB Representative Signature | Date | Retirement/Resignation Date |
|---|---|---|
| *Candy Cupps* | 11/15/04 | 11/30/04 |

| Record of Coordinator Transactions | Date of Processing | | |
|---|---|---|---|
| | Month | Day | Year |
| **Notice to Benefits** | | | |
| **Package to Buyout Administrator in Washington** | | | |

FDIC 2800/35 (10-04)

# Buyout Payment Request

Log # 2118

(DOA Use Only)

Employee Name  PEGGY HENDERSON                                    SSN:

Separation Date:  11/30/2004    Separation Type  RETIREMENT
(Required-DOF will not process payment without dat

Retirement Plan:  K

Total Compensation          $45,021
Separated Incentive Amount   $22,510.00
Total Indebtness:

Division  DRR                      Location:                    Organization:  DS66

Estimated OASDI Wage   $0.00                      State Tax Code  53

Payment Type:       INSTALLMENTS
Lump Sum Amount: $0.00                      Proposed Payment Date:

Balance to be paid by Installments:
Frequency:
Number of Installments:            60
First Installment Payment Amount  :  $374.97
Future Installment Payment Amount  $375.17
Proposed Payment Date:             01/15/2005

DOA Delegated Authority Signature

11/15/04
Date

(DOF USE ONLY)

RDA/MIDA       YES ____ NO ____

Prorated Refund Amount: $ _____

Relocation Benefits YTD   _____        Section Chief Employee
Taxable Travel YTD        _____        Services
DOF OASDI Wages           _____
                                                        _____
                                                        Date

Log provided to Travel Examination:     YES ____ NO ____

TRU

     Entered by: _____   Reviewed by: _____

     Date: _____         Date: _____

Standard Form 52
Rev 7/91
U.S. Office of Personnel Management
Guide to Processing Personnel Actions, Chapter 4

# REQUEST FOR PERSONNEL ACTION

## PART A - Requesting Office  (Also complete Part B, Items 1,7-22,32,33,36 and 39)

| 1. Actions Requested | | 2. Request Number |
|---|---|---|
| Retirement          Retirement | | 75493 |

| 3. For Additional Information Call    (Name and Telephone Number) | | 4. Proposed Effective Date |
|---|---|---|
| Robinson,Vicki L<br>Administrative Specialist | 11-15-2004 | 11-30-2004 |

| 5. Action Requested By    (Typed Name, Title, Signature, and Request Date) | | 6. Action Authorized By    (Typed Name, Title, Signature, and Concurrence Date) | |
|---|---|---|---|
| Green,Penny Lee<br>Senior Administrative Spec | 11-15-2004 | Plant,Leslie A<br>MANAGER, ADMINISTRATION | 11-15-2004 |

## PART B - For Preparation of SF 50 (Use only codes in The Guide to Personnel Data Standards. Show all dates in month-day-year order.)

| 1. Name   (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| Henderson,Peggy J | | 02-09-1939 | 11-30-2004 |

### FIRST ACTION

| 5-A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
|---|---|---|---|
| 302 | Retirement-Voluntary | 825 | Separation Incentive |
| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
| USM | 5 U.S.C. CHAPTER 84 | ZLM | 12 USC SEC 1819(A) 5th |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |
| | | | |

### SECOND ACTION

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| RESOLUTIONS AND RECEIVERSHIP TECH.<br>PD:   65S143                Position:    00008815 | |

| 8.Pay Plan | 9.Occ. Code | 10.Grade or Lvl | 11.Step or Rate | 12.Total Salary | 13.Pay Basis | 16.Pay Plan | 17.Occ. Code | 18.Grade or Lvl | 19.Step or Rate | 20.Total Salary/Award | 21.Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CG | 0303 | 07 | 00 | $45,021.00 | PA | | | | | $22,510.00 | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| $41,270.00 | $3,751.00 | $45,021.00 | $0 | | | | |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| Federal Deposit Insurance Corp               Org Code:<br>DALLAS FIELD OPERATIONS BRANCH<br>RECEIVERSHIP OPERATIONS           6540040020201000<br>INVESTIGATIONS<br>INVESTIGATIONS UNIT A<br>DALLAS          TX   USA | Org Code: |

## EMPLOYEE DATA

| 23. Veterans Preference | | | 24. Tenure | | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|---|---|---|
| 1 | 1-None<br>2-5 Point | 3-10 Point/Disability<br>4-10 Point/Compensable | 5-10 Point/Other<br>6-10 Point/Compensable/30% | 1 | 0-None     2-Conditional<br>1-Permanent 3-Indefinite | | | YES   X   NO |

| 27. FEGLI | | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|---|
| C0 | Basic Only | 9     9-Not Applicable | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K | FERS and FICA | 02-10-1992 | F   F - Full-time | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1 | 1-Competitive Service   3-SES General<br>2-Excepted Service     4-SES Career Reserved | N   E-Exempt<br>N-Nonexempt | | 0060 |

| 38. Duty Station Code | 39. Duty Station   (City-County-State or Overseas Location) |
|---|---|
| 481730113 | DALLAS          Dallas          TX   USA |

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | | | | |

| 45. Educational Level | 46. Yr. Degree Attained | 47. Academic Discipline | 48. Functional Class | 49. Citizenship | 50. Veterans Status | 51. Supervisory Status |
|---|---|---|---|---|---|---|
| | | | 0 | 1   1-USA 8-Other | X   Non Vet | 8   8-AllOther |

## PART C - Reviews and Approvals   (Not to be used by requesting office.)

| 1. Office/Function | Initials/Signature | Date | 1. Office/Function | Initials/Signature | Date |
|---|---|---|---|---|---|
| A. | | | D. | | |
| B. | | | E. | | |
| C.   BENE CTR | Smith,Sherry L<br>HR SPEC (EMP BENEFITS) | 12-07-2004 | F. | | |

2. Approval: I certify that the information entered on this form is accurate and
the proposed action is in compliance with statutory and regulatory requirements.

Signature   *Cindy Cupper*

Approval Date  12/9/04

CONTINUED ON REVERSE SIDE          OVER          Editions Prior to 7/91 Are Not Usable After 6/30/93

Name:    Henderson,Peggy J                                                      PAR Number:    75493

## PART D - Remarks by Requesting Office

(Note to Supervisors: Do you know of additional or conflicting reasons for the employee's resignation/retirement?      ☐ YES      ☐ NO
If ""YES"", please state these facts on a separate sheet and attach to SF52).

## PART E - Employee Resignation/Retirement

### Privacy Act Statement

You are requested to furnish a specific reason for your resignation or retirement and a forwarding address. Your reason may be considered in any future decision regarding your re-employment in the Federal service and may also be used to determine your eligibility for unemployment compensation benefits. Your forwarding address will be used primarily to mail you copies of any documents you should have or any pay or compensation to which you are entitled.

This information is requested under authority of sections 301, 3301, and 8506 of title 5, U.S. Code. Sections 301 abd 3301 authorize OPM and agencies to issue

regulations with regard to employment of individuals in the Federal service and their records, while section 8506 requires agencies to furnish the specific reason for termination of Federal service to the Secretary of Labor or a State agency in connection with administation of unemployment compensation programs.

The furnishing of this information is voluntary; however, failure to provide it may result in your not receiving: (1) your copies of those documents you should have; (2) pay or other compensation due you; (3) any unemployment compensation benefits to which you may be entitled.

1. Reasons for Resignation/Retirement (NOTE: Your reasons are used in determining possible unemployment benefits. Please be specific and avoid generalizations. Your resignation/retirement is effective at the end of the day - midnight - unless you specify otherwise.)

Retirement

FORWARDING ADDRESS
3107 LAKESIDE DR.
ROCKWALL, TX  75087

| 2. Effective Date | 3. Your Signature | 4. Date Signed | 5. Forwarding Address    (Number, Street, City, State, ZIP Code) |
|---|---|---|---|
|  |  |  | 3107 LAKESIDE DRIVE ROCKWALL, TX 75087 |
| 11-30-2004 | Henderson,Peggy J | 11-15-2004 |  |

## PART F - Remarks for SF 50

- TRANSFER FEHB ENROLLMENT TO OPM.
- Forwarding address:  3107 Lakeside Drive, Rockwall, TX  75087.
- Lump-sum payment to be made for any unused annual leave.
- Reason for retirement: *********

SEPARATION INCENTIVE EQUALS $22,510.00
RECIPIENT MUST REPAY GROSS AMOUNT OF SEPARATION INCENTIVE IF REEMPLOYED WITH FDIC WITHIN
5 YEARS; NO REPAYMENT REQUIRED IF EMPLOYED BY ANY OTHER FEDERAL AGENCY.

# **EXHIBIT 9**

**(Reorganization Approval)**

<u>APPROVAL</u>

I approve the reorganization of the Division of Resolutions
and Receiverships (DRR) as proposed in the attached
memorandum from DRR dated October 25, 2004, under the
following conditions:

1. That DRR should consult with the Human Resources
   Branch in the Division of Administration to assess the
   extent to which proposed supervisory positions could
   be combined or eliminated in order to be consistent
   with supervisory span of control standard.
   (Attachment A identifies the supervisory positions
   that fail to meet the standard.)

2. That it should be understood that my approval of this
   reorganization does not, in itself, constitute
   approval of any position classification or other
   personnel actions that are proposed under the
   reorganization.  Rather, it remains the case that all
   required personnel actions, including Executive
   Manager actions, must be duly processed through
   established personnel channels to be effective, and
   that this reorganization cannot be fully implemented
   until all proposed supervisory and managerial
   positions are reviewed and evaluated for proper
   classification and all personnel actions are complete.


_____          11/16/04
John Bovenzi, Deputy to the Chairman and   Date
   Chief Operating Officer

**AL-DOA-06783**

**Issues Noted in the Proposed DRR Reorganization dated 10/19/04, as amended 11/02/04**

1. **Span of Control (First-line supervisors should have at least six direct reports.)**
   **Washington**
   * Assistant Director - Internal Review has only three employees reporting.
   * Assistant Director - Analysis & Reporting has only two employees reporting.
   * Manager - Administration has only four employees reporting.
   * Both Capital Markets & Resolutions Managers under the Assistant Director - Marketing Section only have four direct reports each.
   * Assistant Director - Risk Analysis has only three employees reporting.
   * Both CM-1 Supervisory Resolutions & Receivership Specialists under the Closings & Deposit Claims Manager only have four direct reports each.
   * The CM-1 Supervisory Information Technology Specialist (data management) has only four direct reports.
   **Dallas**
   * Manager - Receivership Oversight has only four employees reporting.
   * Manager - Internal Review has only four employees reporting.
   * Manager - Administration has only five employees reporting.
   * The CM-1 Resolutions & Closings Manager (Group A) under the second Institution & Asset Sales Manager has only five direct reports.
   * The CM-1 Resolutions & Closings Manager (Group B) under the third Institution & Asset Sales Manager has only five direct reports.
   * Both CM-1 Resolutions & Closings Managers under the Investigations Manager have only four direct reports.
   * Both CM-1 Resolutions & Closings Managers under the Asset Management Manager have only three direct reports.


2. **Use of CMs in non-supervisory capacity**
   **Washington**
   * Senior Policy Advisor to the Director should be a CG15, not the indicated CM-1
   * Project managers under the Deputy Director - Receivership Operations should be CG15s at most, not a CM-2 and a CM-1.
   **Dallas**
   * All six CM-1 Resolutions & Closings Managers under the first Institution & Asset Sales Manager have no staff.

AL-DOA-06784

# EXHIBIT 10

**(Posting of Organization Charts)**

DRR Sitemap  DRR Search  DRR Home  Search FDICnet  Home



DRR Division of Resolutions & Receiverships
Projects & Plans

DRR Resource Guide                                                        Archives · DRR Mission

Search DRR Resource Guide

GO

| Tuesday Nov 23, 2004 |
| Customer Service |
| FDIC Regional Links |
| DRR Systems |
| Franchise Marketing & Asset Sales |
| Policies, Directives & Manuals |
| Projects & Plans |
| Reports |
| Resources |

# DRR Workforce Planning and Transition
## Organization Charts with Proposed Staffing

Washington Charts            Dallas Charts

### Introduction to Organization Charts with Proposed Staffing

The organization charts posted below have been approved by Chief Operating Officer John Bovenzi, pending final classification approval by the Human Resources Branch within the Division of Administration of the proposed position titles and grade levels. While some changes may occur in regard to individual position titles and grades as a result of this classification review, it is anticipated that they will have little impact on the overall organization structure presented in these charts. If changes do occur, these charts will be updated and notice will be provided to all employees of any modifications that are made.

The shaded boxes within the charts depict new positions. Consistent with our new business model, these positions are being established in various specialized areas to focus on essential skill sets necessary to accomplish work within the organization. The new business model focuses on a smaller, more specialized workforce that leads, directs, and serves as an expert resource for resolution and closing activities for the FDIC. It involves the use of DSC resources and, as necessary, contractor support in the same capacity as they are used in today's environment. In view of this, DRR is establishing Resolutions and Closings Manager positions in the six DSC Regional Offices. These positions will coordinate DRR activities in these regions and will work closely with DSC personnel to monitor risk and provide essential training. These positions, except in Dallas, will be competitively posted early in 2005. At the discretion of the Division Director, employees assigned to these positions may be rotated.

The new business model and its supporting organization structure addresses the Division's irregular and currently low workload in a cost effective and efficient manner. The new organization is designed for now and the future and provides the Division with the flexibility it needs to expand operations and manage projects and resources to address unanticipated spikes in workload. In this streamlined organization, specialists will be relied upon to perform a broader range of duties within their areas of expertise to support business goals and objectives.

The most significant change within the charts is the staff reduction in the asset management area. This reduction is directly influenced by the current assets in inventory and the Division's success and continued intent to market and sell assets at the time of closing. The asset management function is being consolidated under Receivership Operations.

Some other changes of note are as follows:

- The Accounting Operations area in Dallas is renamed to Business Operations Support. The Business Information Systems Section has been

AL-DRR-01290

moved into this area.
- There is no Government and Public Relations (GPR) Section in Dallas. This function along with one position was merged into the Administration Section.
- The DRR training function is being moved to Corporate University.
- A Risk Analysis Section is being established in Washington in place of the Analysis and Evaluation Section.

Except for the positions that are being established in the DSC Regions, all positions within the Washington and Dallas organizations must be filled through Reduction-in-Force procedures. Complete details on how this process works will be presented by DOA in the RIF briefings tentatively scheduled to begin in January, 2005.

If you have any questions, please contact Jim Seegers at 202-898-6640 or Leslie Plant at 972-761-8603.

## Washington Charts
### *Washington Headquarters* (PDF file - 15 kb)
- Internal Review (PDF file - 8 kb)
- Analysis and Reporting (PDF file - 8 kb)
- Administration (PDF file - 11 kb)
- Franchise and Asset Marketing Branch (PDF file - 13 kb)
- Receivership Operations Branch (PDF file - 13 kb)

## Dallas Charts
### *Dallas Field Operations* (PDF file - 14 kb)
- Receivership Oversight (PDF file - 11 kb)
- Internal Review (PDF file - 8 kb)
- Administration (PDF file - 9 kb)
- Franchise and Asset Marketing (PDF file - 12 kb)
- Institution and Asset Sales – Regional Coordinators (PDF file - 12 kb)
- Institution and Asset Sales – A (PDF file - 13 kb)
- Institution and Asset Sales – B (PDF file - 13 kb)
- Receivership Operations (PDF file - 11 kb)
- Closings and Deposit Claims (PDF file - 15 kb)
- Investigations (PDF file - 13 kb)
- Asset Management (PDF file - 13 kb)
- Customer Service (PDF file - 14 kb)
- Business Operations Support (PDF file - 13 kb)
- General Accounting (PDF file - 14 kb)
- Operational Accounting (PDF file - 13 kb)
- Accounting Analysis & Reporting (PDF file - 13 kb)
- Business Information Systems (PDF file - 14 kb)
- DCAS (PDF file - 13 kb)

---

Back to DRR Workforce Planning and Transition Home Page

**AL-DRR-01291**