# **EXHIBIT 11**

**(VERA E-mail)**

**Seegers, James W.**

| | |
|---|---|
| **From:** | Global Messenger |
| **Sent:** | Monday, January 24, 2005 2:47 PM |
| **To:** | FDIC EMPLOYEES CORPORATE |
| **Subject:** | Voluntary Early Retirement for Buy-Out Eligible Employees |

For information on this announcement contact Joy Crosser, DOA/HRB, at 202-942-3497. Information requests regarding retirement should be directed to the FDIC Benefits Hotline at 1-877-FDIC-111.

**Although the Corporation has a broad delegation of authority to offer early retirement to eligible employees through 2007, voluntary early retirement authority (VERA) is currently available only to employees who 1) meet the specific VERA eligibility criteria, and 2) occupy a FDIC buyout-eligible position. There are no plans at this time to extend the availability of early out beyond the present buyout program. Decisions about the future availability of early outs will be made as circumstances dictate.**

*DIRM and DRR employees will not be permitted to separate under VERA after August 30, 2005.*

The specific **VERA** eligibility criteria are:

- Employees must be serving on permanent appointments.
- Voluntary early retirements cannot be approved for employees who are being involuntarily separated for misconduct or unsatisfactory performance.
- Applicants must meet one of these combinations: 20 years of service and 50 years of age; 25 years of service at any age. Applicants under age 55 may be subject to prorated permanent reductions in annuity.
- Employees in DOF, DIR, DIRM, DRR, and the Legal Division must have been continuously employed by FDIC since before June 15, 2003.
- Employees in DOA and ODEO must have been continuously employed by FDIC since before November 14, 2003.
- Employees in Ombudsman and OERM must have been continuously employed by FDIC since before November 20, 2004.

Organizations currently participating in the buyout **and** authorized to offer early retirement are listed below. Please check the division/office fact sheets on the Buyout 2004 website to determine if you are in a buyout-eligible position, or click on the appropriate link below:

> Division of Administration
> Division of Finance
> Division of Information Resources Management
> Division of Insurance and Research
> Division of Receiverships and Resolutions
> Legal Division
> Office of Diversity and Economic Opportunity
> Office of Enterprise Risk Management
> Office of Ombudsman

There is no change to the availability of the **buyout** offer to employees.

Employees interested in applying for early retirements should start planning soon if they need to make a deposit

1

AL-DRR-00855

to obtain service credit for eligible temporary time or military service, or if they resigned and took a refund of CSRS monies and have not repaid it. In these instances, it is important to request a retirement estimate and to start the process for any service-credit payment. Military service deposits must be repaid before separation for such service to be credited for retirement. Early application is important to ensure that the U.S. OPM has adequate time to process the service-credit payment.

To request a retirement estimate, initiate a service-credit payment application, or schedule an appointment for retirement counseling with a Benefits Center representative, please call the FDIC Benefits Hotline toll free at: 1-877-FDIC-111 (1-877-334-2111); TDD: 1-877-334-3092 or send an email to the Hotline at FDIC@BASUSA.com.

AL-DRR-00856

# EXHIBIT 12

**("Crossover SOI")**

**Seegers, James W.**

| | |
|---|---|
| **From:** | Global Messenger |
| **Sent:** | Tuesday, February 01, 2005 3:55 PM |
| **To:** | FDIC EMPLOYEES CORPORATE |
| **Subject:** | Announcement by John F. Bovenzi of Nationwide Solicitation of Interest--Grade 12 & Above |


**DATE:**              February 1, 2005

**MEMORANDUM TO:**    FDIC Permanent Employees Grade 12 & Above
                       Nationwide

**FROM:**              John F. Bovenzi
                       Deputy to the Chairman and Chief Operating Officer

**SUBJECT:**           Nationwide Solicitation of Interest for
                       Associate Financial Institution Specialist
                       In-Service Placement Opportunity
                       <u>(formerly known as Crossover Program)</u>


The Corporation, as part of the Corporate Employee Program, is soliciting the interest of status employees for lateral or downgrade reassignment into a cross-training opportunity to qualify as CG-12 Financial Institution Examiners in both the Risk Management and Compliance disciplines. Included in this announcement is information pertaining to the application process. A "Field Office Preference Form" listing available positions by field office location is also attached. Individuals who are interested in this opportunity must have their applications post-marked by February 28, 2005.

The Corporation's solicitation of interest for lateral or downgrade reassignment into this In-Service Placement Opportunity will be limited to individuals who have been appointed to a permanent, competitive service position at the CG-12 level or higher. Applicants may be eligible for re-promotion to the CG-12 level provided they previously held a CG-12 or higher grade on a permanent, competitive basis. Prior experience as an Examiner is NOT required to be considered for selection.

Selected employees will be assigned at the CG-12 level. In the event the CG-12 is a change to lower grade, pay will be set no higher than the maximum of the CG-12 grade level consistent with the FDIC Pay Administration Program Policy under the Voluntary Change to Lower Grade section. Employees selected for this opportunity who occupy positions on the CTOP Matrix designated to become surplus within 12 months will be entitled to saved pay in accordance with Corporate policy.

Applicants should review and understand Section 3201.102 of the Supplemental Standards of Ethical Conduct for FDIC Employees (5 CFR Part 3201), which, in part, prohibits employees of the Division of Supervision and Consumer Protection and their immediate families from accepting certain credit products from State nonmember banks.

## MINIMUM QUALIFICATIONS

Individuals must demonstrate within their application materials that they meet one of the following minimum criteria:

**AL-DRR-00811**

Education

- At least 24 semester hours in business administration, accounting, finance, marketing or economics with at least 6 semester hours in accounting.

OR

Specialized Experience

- Work that provided a thorough knowledge and application of commercial accounting or auditing principles (but less than full professional accounting knowledge) with a      financial institution.
- Experience examining or auditing financial institutions or credit unions.
- Professional accounting or auditing work that provided a broad knowledge of the application of accounting or auditing principles and practices.
- Work that provided a thorough knowledge of Federal/State laws applicable to depository institutions or of the operations and practices of such institutions.
- Work that provided a thorough knowledge of banking operations and practices of such institutions.

Applicants must submit a qualifications form explicitly stating that they meet at least one of the above criteria. Applicants should use the "Qualifications Statement Form" provided as an attachment to this global E-mail.

## COMMISSION REQUIREMENT

Individuals selected through this solicitation will enter into a training program with the ultimate goal of becoming a Financial Institution Examiner in either the Risk Management or Compliance commissioning track. The individual's training will include exposure to the DSC discipline that differs from their commissioning track. The individual will also be required to complete appropriate Resolutions and Receiverships readiness training.

Selectees who previously served as commissioned examiners with the FDIC will not be required to repeat the full commissioning process but will participate in training designed to focus on updating proficiencies.

As is the case of any other reassignment for which an employee volunteers, such as through merit promotion postings, the employee must perform successfully in the position. Employees will be afforded opportunities, in accordance with the FDIC's Performance Management Program, to meet the commissioning process requirements.

Inherent within this opportunity is the requirement that an employee will successfully achieve a commission within a defined period of time following their initial reassignment. A specified performance improvement period of time for any unsuccessful candidate will be allowed under a Performance Improvement Plan to provide all employees a reasonable opportunity to be successful. Employees who are not successful in achieving a commission after this defined period of time plus the specified performance improvement period of time will be subject to adverse action in the form of separation from employment.

Additionally, consistent with the expectations of the Corporate Employee Program, we expect these individuals to earn a second certification in another discipline, in a specified period of time following receipt of a commission.

The FDIC will seek to insure that participants understand this requirement.

Some provisions of the In-Service Placement Opportunity are subject to negotiations. The FDIC will fulfill its bargaining obligations with the NTEU.

AL-DRR-00812

## SELECTION FACTORS

To qualify for this In-Service Placement Opportunity, applicants will need to demonstrate that they possess specific knowledge, skills, and abilities to succeed as a Financial Institution Examiner in either the Compliance or Risk Management commissioning tracks. The factors as presented below are explained in detail to provide applicants with a better understanding of DSC's needs.

Applicants are NOT required to meet all of the selection factors referenced to be considered for this opportunity, but a candidate who best demonstrates proficiency in these factors will have the stronger chance for acceptance into the program. If two or more candidates are ranked equally and have the same preference for assignment to a particular duty station, the tie will be broken based on seniority, combining FDIC/RTC/FHLB service.

FAILURE TO COMPLETE A WRITTEN RESPONSE TO THE APPROPRIATE SELECTION FACTORS WILL AUTOMATICALLY DISQUALIFY CANDIDATES FOR CONSIDERATION FOR THIS IN-SERVICE PLACEMENT OPPORTUNITY. YOUR RESPONSE TO THE SELECTION FACTORS MUST BE IN A SEPARATE DOCUMENT.

### All applicants MUST address the following:

1) Knowledge of Banking Theory and Practices
   a. Knowledge of depository institution financial practices, including bank operations, thrift operations, loan administration, asset/liability management, deposit pricing, and investment practices.
   b. Knowledge of and ability to evaluate internal controls of financial institutions.
   c. Knowledge of Call Reports and Thrift Financial Reports.
   d. Knowledge of Uniform Bank Performance Report and Uniform Thrift Performance Report.

2) Knowledge of Software, Automation Tools, and Financial Calculators
   a. Skill in using Word, Excel and comparable applications, and FDIC's telecommunications systems.
   b. Ability to perform mathematical functions using an HP-12C or comparable hand-held calculator.

3) Ability to Communicate Both Orally and in Writing
   a. Ability to communicate financial information orally in a clear and concise way to support findings and recommendations.
   b. Skill in organizing and summarizing written financial information to support financial analysis findings and recommendations.
   c. Skill in preparing reports, manuals, or other written materials which require adhering to tight deadlines.

4) Ability to Plan, Implement, and Manage Resources
   a.                                          Skill in coordination, direction, and review of special projects.
   b. Skill in the development and implementation of activities which require effective management of people, time, and resources.

5) Ability to Assess the Financial Condition of Depository Institutions
   a. Knowledge of the content and structure of a depository institution's financial statements.

AL-DRR-00813

    b.  Ability to analyze depository institution financial statements to judge overall financial condition.

    c.  Knowledge of generally accepted accounting principles used to interpret accounting transactions.

    d.  Skill in calculating financial ratios and performing trend analysis.

    e.  Ability to interpret financial ratios.

6) Ability to Perform Credit Analysis and Assess a Depository Institution's Lending Practices

    a.  Knowledge of the following types of loans or lending:  Consumer, Commercial, Agricultural, Real Estate.

    b.    Knowledge of the content and structure of corporate and personal financial statements.

    c.    Ability to analyze personal/corporate financial statements to assess ability to repay debt.

    d.    Ability to determine loan documentation weaknesses that could jeopardize collateral position.

    f.  Ability to interpret legal opinions to perform financial analysis.

Applicants are referred to the Position Descriptions for the Associate Financial Institution Specialist (Compliance) and Associate Financial Institution Specialist (Risk Management) positions for information regarding these positions.

## LOCATION OF ASSIGNMENT

Each applicant will also need to complete the "Field Office Preference Form" listing all DSC field office locations with vacancies, denoting their field office location preferences on this form and include this in their application materials.  Compliance and Risk Management commission track opportunities are noted separately. At least one field office location (not Regional Office) preference must be selected.  Locations should be ranked by preference, with "1" reflecting the applicant's first choice, and so on.  Only one office should denote "1", only one should denote "2", etc.

When listing field office preferences, interested individuals are advised that only a limited number of positions are available at each location.  Applicant preferences will be given consideration in making referrals to, and in selections made by, the selection committee.  To the extent that the numbers and rankings of interested candidates permit, candidates may receive multiple considerations.  Employees who are relocated will receive all appropriate provisions of the FDIC Travel and Relocation regulations.

## SUBMISSION OF APPLICATION

The following information should be included in your application packet:

1)  Response to the selection factors;

2)    Current performance appraisal;

3)    Current OF-612 or resume which provides the following information: name, address, social security number, and telephone numbers along with descriptions of work experience and education;

4)    Completed "Field Office Preference Form" listing the DSC field offices to which you are willing to relocate; and

5)    Completed "Qualifications Statement Form."

DSC will consult with DOA's Human Resources Branch to confirm the eligibility of each applicant. Additionally, DSC will review applications for completeness and convene a panel to rank candidates for consideration.  Following receipt of rosters, interviews will be scheduled with each candidate.

AL-DRR-00814

The package, postmarked no later than February 28, 2005 should be mailed to:

June DeRousse, Chief
Administrative Management Section.
FDIC-Division of Supervision and Consumer Protection
550 17th Street, NW, Room 5128
Washington, DC  20429

The package, no later than February 28, 2005, can also be sent by e-mail to:

DSC Crossover@fdic.gov

If you have any questions, you may contact June DeRousse of DSC at (202)898-7450.

AL-DRR-00815

## ATTACHMENT A

## QUALIFICATIONS STATEMENT FORM

I, _____ , hereby certify that I meet the following requirement for the Associate Financial Institution Specialist (Compliance) and Associate Financial Institution Specialist (Risk Management) position:

_____    Education

_____    Specialized Experience (please provide a brief summary of such experience).




_____
Signature

AL-DRR-00816

## ATTACHMENT B

## FIELD OFFICE PREFERENCE FORM

| COMPLIANCE | RISK MANAGMENT |
|---|---|
| ___ Dallas, TX | ___ Dallas, TX |
| ___ Shreveport, LA | ___ Shreveport, LA |
| ___ Denver, CO | ___ Albuquerque, NM |
| ___ Albuquerque, NM | ___ Houston, TX |
| ___ Houston, TX | ___ Oklahoma City, OK |
| ___ Oklahoma City, OK | ___ Lubbock, TX |
| ___ Baton Rouge, LA | ___ Baton Rouge, LA |
| ___ Little Rock, AR | ___ Jackson, MI |
| ___ Nashville, TN | ___ Memphis, TN |
| | ___ Knoxville, TN |
| | |
| ___ Montgomery, AL | ___ Shelby, AL |
| ___ Tampa, FL | ___ Montgomery, AL |
| ___ Albany, GA | ___ Tampa, FL |
| ___ Atlanta, GA | ___ Sunrise, FL |
| ___ Raleigh, NC | ___ Albany, GA |
| ___ Scott Depot, WV | ___ Atlanta, GA |
| | ___ Charlotte, NC |
| | ___ Raleigh, NC |
| | ___ Richmond, VA |
| | ___ Scott Depot, WV |
| | |
| ___ Phoenix, AZ | ___ Phoenix, AZ |
| ___ Sacramento, CA | ___ Salt Lake City, UT |
| ___ Salt Lake City, UT | |
| | |
| ___ Baltimore, MD | ___ Baltimore, MD |
| ___ Harrisburg, PA | ___ Lexington, MA |
| ___ New York City, NY | ___ New York City, NY |
| ___ Metro Park, NJ | ___ San Juan, PR |
| | |
| ___ Grand Island, NE | ___ Cedar Rapids, IA |
| | ___ Des Moines, IA |
| | ___ Grand Forks, ND |
| | ___ Minneapolis, MN |
| | |
| ___ Detroit, MI | ___ Grand Rapids, MI |
| ___ Elizabethtown, KY | ___ Lexington, KY |
| | ___ Columbus, OH |
| | ___ Appleton, WI |
| | ___ Eau Claire, WI |
| | ___ Milwaukee, WI |
| | ___ Princeton, IL |

AL-DRR-00817

# EXHIBIT 13

**(Haag Crossover Application)**

**From:** Haag, Greg
**Sent:** Friday, February 18, 2005 2:12 PM
**To:** Caliz, Wanda
**Subject:** RE: Application for Associate Financial Institution Specialist

Thank you very much. I appreciate it.

-----Original Message-----
**From:** Caliz, Wanda
**Sent:** Friday, February 18, 2005 1:03 PM
**To:** Haag, Greg
**Cc:** DeRousse, June K.
**Subject:** RE: Application for Associate Financial Institution Specialist

Mr. Haag:

Receipt of all documents in acceptable condition is confirmed.  Thank you.

*Wanda Caliz*
Administrative Officer
DSC Dallas Region, FDIC
972-761-2001
972-761-2083 (fax)

-----Original Message-----
**From:**              Haag, Greg
**Sent:**              Friday, February 18, 2005 9:40 AM
**To:**  DSC Crossovers
**Cc:**  DeRousse, June K.
**Subject:**          Application for Associate Financial Institution Specialist

<< File: Response to Selective Factors.doc >> << File: OF612GHaag022205.doc >> << File: ghaageducationexpform.doc >> << File: ghaaglocationpreferences.doc >> << File: GHaagAppraisal.tif >>

Please find my application for Associate Financial Institution Specialist (Crossover), which consists of the five attached documents:

- Response to Selection Factors (14 pages)
- OF612 (13 pages) – signed electronically
- Attachment A – Qualifications Statement Form – signed electronically
- Attachment B – Field Office Preference Form (34 locations ranked)
- Scanned copy of my most recent performance appraisal

Could you please confirm that you have received the completed documents, and advise if any documents appear incomplete, such as if an electronic signature is not acceptable. I appreciate it.

Thank you in advance.

Form Approved
OMB No. 3206-0219

# OPTIONAL APPLICATION FOR FEDERAL EMPLOYMENT - OF 612

You may apply for most jobs with a resume, this form, or other written format. If your resume or application does not provide all the information requested on this form and in the job vacancy announcement, you may lose consideration for a job.

| 1 Job title in announcement | | 2 Grade(s) applying for | 3 Announcement number |
|---|---|---|---|
| Associate Financial Institution Specialist | | CG-12 | February 1, 2005 |

| 4 Last name | First and middle names | 5 Social Security Number |
|---|---|---|
| Haag | Gregory    Randolph | |

| 6 Mailing address | | 7 Phone nos. (include area code) |
|---|---|---|
| | | Daytime   972-761-8552 |
| City | State    ZIP Code | |
| | | Evening |

## WORK EXPERIENCE

8  Describe your paid and nonpaid work experience related to the job for which you are applying. Do not attach job descriptions.

1) Job title (if Federal, include series and grade)
Resolutions & Receiverships Specialist -1101-CG13

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| 8/99 | Present | $109,673 | Year | 40 |

| Employer's Name and Address | Supervisor's name and phone number |
|---|---|
| Federal Deposit Insurance Corporation | Robert Schoppe |
| 1910 Pacific Avenue, Dallas, TX 75201 | 972-761-8556 |

Describe your duties and accomplishments

Employed as a Resolutions and Receiverships Specialist in the Receivership Oversight Department of the Division of Resolutions and Receiverships.

- Prepares business plans for failed financial institutions, which includes projecting revenue and expenses for the life of the receivership.

- Monitors the performance of the receivership in conformance with the business plan and presents quarterly reports to the Senior Management Oversight Committee (SMOC).

- Analyzes the noteworthy risks associated with the financial institution failure and prepares a presentation as part of the regulatory feedback loop initiative to the regulators and other interested parties such as the Risk Analysis Center (RAC).

- Serves as the Service Costing Analyst for the Receivership Oversight service line.

- Expedites the resolution of the receivership by recommending actions to be taken by the SMOC.

- Performs other analysis and review projects as required.

*Accomplishments*

- Currently oversees five receiverships which had initial assets of $3.7 billion, including such complex institutions as Superior Bank FSB and the First National Bank of Keystone.

- Coauthored "Root Causes of Bank Failures", a research paper which was presented at the DRR Symposium on the SMU campus. Performed significant research over a ten month period in 2003 to determine the root causes of bank failures.

- Developed the cash flow financial models currently used for projecting and reporting revenues and expenses for the business plans.

- Developed the primary performance reports used for monitoring and reporting variances to the business plans.

- Worked on the COPS I and COPS II project teams, which reviewed the practices of private industry with respect to preparing business plans and monitoring the activities of receiverships.

- Programmed the first collection reports for receiverships using SAS software, which extracted and summarized data from the mainframe.

- With other team members, developed standards for reporting collections, cash receipts, liquidation expenses, and other types of cash transactions.

- With other team members, developed or modified the current financial statement and receivership management reports available on the financial data warehouse.

- Performed special reviews of the asset valuation modeling software to determine the reasons for discrepancies between the asset marketing sales price and the appraised value.

- Received outstanding performance appraisals each year, prior to implementation of the pass/fail performance evaluation system. Current recipient of the Corporate Success Award.

- Developed the training program used for Receivership Oversight.

- Frequently assisted other staff members in performing financial analysis on receivership operating data.

- Prepared the first summary quarterly balance sheet for failed financial institutions, which was published on the FDIC webpage as of March 31, 2004.

- Attended five bank closings in various capacities, such as Branch Manager or Claims Agent.

- Served as the primary contact for FDIC service costing issues.

- Prepared numerous complex reports and presentations using Word, PowerPoint, and Excel.

- Prepared special receivership status reports for the FDIC Board of Directors.

2) Job title (if Federal, include series and grade)
Budget Specialist – 301 – CG13

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| 9/98 | 8/99 | $79,237 | Year | 40 |

| Employer's Name and Address | Supervisor's name and phone number |
|---|---|
| Federal Deposit Insurance Corporation, DRR Field Operations Branch | James Murphy |
| 1910 Pacific Avenue, Dallas TX 75201 | 202-898-6716 |

Describe your duties and accomplishments

Although my job title changed in September 1998 due to downsizing, my duties were unchanged since January 1998. I was assigned to the Receivership Oversight Team, which was a COPS project which developed prototype methodologies, reports and procedures for what later became the Receivership Oversight Department.

- Developed polices, procedures, systems, and reports for Receivership Oversight.

- Prepared business plans for receiverships, monitored receivership activities, and prepared quarterly performance reports.

- Developed post closing strategies and targets for asset disposition, operations and litigation.

- Prepared projections of collections, income, expenses, and other performance milestones for the life of the receivership.

- Analyzed financial reports on receivership activities and formulated and developed reports on receivership performance.

- Discussed questionable expenses with appropriate personnel and resolved discrepancies.

- Monitored asset disposition and asset marketing efforts related to receivership operations.

- Discussed asset disposition efforts with appropriate personnel to assure reasonable receivership oversight business goals.

- Discussed plan revisions with other team members.

- Conducted special studies and complex reviews of receiverships in response to management or external inquiries.

*Accomplishments*

- Served on the National Liquidation Reporting Standards Team which set reporting standards for collections, expenses, balance sheet reporting, etc.

- With other team members, developed and prepared the first business plan for a receivership.

- Developed and prepared the first receivership collection report and first variance report.

- With other team members, developed and prepared the first quarterly report for monitoring receivership activities.

- Developed and prepared the first model used for projecting cash flows for the life of the receivership.

- Developed and prepared the first financial projections used in a business plan.

- Was a member of the cost allocation and recovery working group, which developed the current service costing methodology for allocating FDIC service costs to the receiverships.

- Was a proficient SAS programmer and prepared various financial analyses on request.

- Received an outstanding performance appraisal.

**3)** Job title (if Federal, include series and grade)

Program Manager – Budget and Reporting

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| 5/94 | 9/98 | $74,092 | Year | 40 |

| Employer's Name and Address | Supervisor's name and phone number |
|---|---|
| Federal Deposit Insurance Corporation, Division of Depositor and Asset Services<br>5080 Spectrum Drive, Dallas TX 75248 | Curtis Sprague et al<br>972-761-8250 |

Describe your duties and accomplishments

Supervised the Budget & Reporting Department for the Southwest Service Center. The department was responsible for preparing the annual budget, monitoring the budget, and preparing various reports for management.

- Supervised department staff, which was initially two technicians, a SAS programmer, and a budget analyst.

- Responsible for preparing the annual budget for the Southwest Service Center and various management reports.

- Responsible for the SAS and ORACLE reporting functions.

- Responsible for gathering, compiling, evaluating, and finalizing all required budget data and information.

- Responsible for analyzing financial data to determine the reason for budget variances.

- Responsible for forecasting asset balances, staffing, collections, and bank closings.

- Used financial modeling and statistical analysis techniques to budget expenses.

- Responsible for gathering and analyzing monthly data concerning expenses, assets, staffing, and collections.

- Prepared periodic budget variance reports for senior management, which analyzed expenditures and provided explanations for budget variances.

- Responsible for supervising the issuance of procurement requisitions, powers of attorney, and delegations of authority.


*Accomplishments*

- Performed research and developed various financial models to forecast collections, bank closings, expenses, and asset balances.

- Developed the financial models, projections, and the pro-forma balance sheets and income statements, which were used in the settlement with the First City holding company.

- Performed numerous financial analysis and statistical research projects at the request of management.

- Prepared numerous reports using SAS, Access, Word and Excel.

- In January 1998, I was assigned to the COPS project team for Receivership Oversight, which developed the first business plan and performance reports for individual receiverships.

**4)** Job title (if Federal, include series and grade)

Bank Liquidation Specialist – Internal Review – 1160 – CG13

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| 2/92 | 5/94 | $62,736 | Year | 40 |

| Employer's Name and Address | Supervisor's name and phone number |
|---|---|
| Federal Deposit Insurance Corporation | Greg Coyle et al |
| 1910 Pacific Avenue/5080 Spectrum Drive, Dallas, Texas | 972-761-8420 |

Describe your duties and accomplishments

From February 1992 until September 1993 I worked in the Dallas Regional Office and was responsible for overseeing the Internal Review activities at the San Antonio and Addison consolidated offices. As a result of the elimination of the consolidated offices and the formation of the Southwest Service Center, I was assigned to perform internal reviews of various functional areas from September 1993 until May 1994.

- Responsible for reviewing and all OIG reports and proposed responses.

- Coordinated and edited responses to OIG reports so that they were consistent with policies and procedures in effect.

- Assisted in planning site visitations of the consolidated offices.

- Performed reviews of functional areas and internal controls as required.

*Accomplishments*

- Was detailed to the Washington Internal Review staff for 120 days in early 1994 and assisted with the preparation of the Annual Statement of Internal Controls. This required a review of all DRR internal control weaknesses which had been identified during the preceding year.

- Performed a review of the status of the Division's compliance with the Chief Financial Officers Act, which required a review of all of the Service Center's submissions of Management Control Reviews.

- Wrote the Dallas Region's Standards for Internal Review which contained policies and procedures for planning and conducting internal reviews and preparing reports by the Internal Review Departments.

- Performed site visitations of the Internal Review functions at the six consolidated offices prior to the advent of the Southwest Service Center.

- Performed various internal reviews of many different functional areas. These reviews required a thorough analysis of internal controls and related risks, development of audit tests and procedures, and preparation of reports to senior management.

- Edited numerous responses to OIG reports.

5) Job title (if Federal, include series and grade)
Senior Operations Analyst-1160-GG12

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| 6/90 | 2/92 | $53,334 | Year | 40 |

| Employer's Name and Address | Supervisor's name and phone number |
|---|---|
| Federal Deposit Insurance Corporation, Division of Liquidation | Karl Walewski et al |
| 1910 Pacific, Dallas TX 75012 | Retired |

Describe your duties and accomplishments

I was reassigned to the Dallas Regional Office in June 1990 primarily to perform budget and reporting duties.

- Responsible for the budget function in the Dallas Region, which included overseeing the budget submissions for the six consolidated offices in the region.

- Performed site visitations at the six consolidated offices in the Asset Servicing and Budget areas.

- Prepared quarterly performance reports for senior management which compared the actual performance of the region by office to the goals for staffing, collections, expenses, asset reductions, etc.

- Performed special projects and studies related to Asset Servicing and Budget

*Accomplishments*

- Prepared the 1991 and 1992 Business Plans (budgets) for the Dallas Region, which budgeted expenses of approximately $750 million over a two year period. At the time, the Dallas Region had six consolidated offices, one hundred thousand assets, and 2,600 employees.

- Prepared the feasibility study which lead to the implementation of the Regional Processing Center, the forerunner for the National Processing Center. This required the use of present value analysis and financial modeling using various scenarios and assumptions.

- Programmed and developed most of the reports for collections, expenses, assets, etc. which were used by the Dallas Region using SAS software.

- Developed the financial models used to project collections and expenses for the various offices and to test the budget projections submitted by those offices.

- Designed and implemented the quarterly performance report, which compared the regions performance by office to the established goals.

- On a four month detail to Washington DC, I redesigned and prepared the monthly activity report for the Division of Liquidation. At the time the division had 200,000 assets totaling $46 billion and 6,800 employees.

**6)** Job title (if Federal, include series and grade)

Senior Operations Analyst – Asset Servicing – 1160 – GG12

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| 4/86 | 6/90 | $51,233 | Year | 40 |

| Employer's Name and Address | Supervisor's name and phone number |
|---|---|
| Federal Deposit Insurance Corporation | Sue Fanning/Roy Helm |
| 999 W. Grand Blvd., Oklahoma City OK 73126 | Retired/Deceased |

Describe your duties and accomplishments

I started employment with the FDIC as a Senior Operations Analyst in the Oklahoma City Consolidated Office. At its peak, this office had 600 liquidation employees and approximately 16,000 assets. This office ultimately managed over 120 receiverships.

- Responsible for preparing the annual budget, liquidating securities, managing trusts, and terminating pension plans.

- Monitored the performance of the site and prepared quarterly performance reports concerning the variances with respect to collections, expenses, staffing, and asset reduction.

- Served as second in command of the Asset Servicing Section which contained approximately 50 employees.

- Assisted in the conversion of loan servicing and loan administration activities for approximately 60 institutions.

*Accomplishments*

- Prepared the budgets and forecasted future performance from 1996 through 1990. Developed financial models to predict bank closings, collections, expenses, changes in assets, etc.

- Marketed and sold over $100,000,000 in securities of all types. This required familiarity with all types of securities owned by failed banks, including many non-traditional types of securites such as mortgage pools, interest only strips, industrial revenue bonds, issues from foreign governments, etc.

- Terminated over 100 pension plans. This required the solicitation of contractors, acting as administrator and trustee, recordkeeping, and management of plan funds.

- Managed the trusts acquired from failed bank trust departments until they could be transferred to a new trustee.

- Assumed the duties of the Section Chief - Asset Servicing for a two month period.

- Initially managed the preparation of tax returns until that function was transferred to the Accounting Department.

- Attended over 40 bank closings, primarily in the areas of securities, employee benefits, trusts, and taxes.

- Prepared five Information Packages at five open banks to facilitate the sale of the franchise. Performed the accounting portion of the package, which inluded the preparation of financial statements, reconciliations, and other schedules.

**7)** Job title (if Federal, include series and grade)

Self-Employed as Certified Public Accountant

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| 11/84 | 4/86 | $6,000 | Month | 60 |

| Employer's Name and Address | Supervisor's name and phone number |
|---|---|
| Gregory R. Haag CPA<br>5601 NW 72nd Street, Oklahoma City OK 73132 | Self-Employed |

Describe your duties and accomplishments

My practice consisted of tax, auditing, and consulting. I solicited business and performed work in accordance with accounting and auditing standards.

- Performed tax research and prepared income tax returns.

- Performed audits and analyzed internal control risks.

- Performed special studies.

*Accomplishments*

- During this period I prepared tax returns and claims for refund for over 40 failed financial institutions as the FDIC was my largest client.

- In order to prepare the failed bank tax returns, I collected the necessary financial information and updated the books and records through the date of the return. Usually I prepared the bank's financial statements on an accrual basis and then adjusted them to a tax basis for submission of the income tax returns.

- Handled the tax audits for the FDIC and monitored the claims for refund until the monies were received.

- As an expert in obtaining tax refunds related to failed banks, I assisted the FDIC in reviewing prior years tax returns and recovering additional refunds, due to the errors of prior tax preparers.

- Performed significant tax research and forensic accounting projects for the FDIC.

**7)** Job title (if Federal, include series and grade)

Director of Auditing

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| 11/79 | 11/84 | $42,500 | Year | 45 |

| Employer's Name and Address | Supervisor's name and phone number |
|---|---|
| Anta Corporation | Tom Archibald |
| 101 N. Robinson, Oklahoma City OK 73102 | Retired |

Describe your duties and accomplishments

I was in charge of the internal audit function of this Fortune 1000 conglomerate headquartered in Oklahoma City. I reported jointly to both the Chief Financial Officer and the Chairman of the Audit Committee.

- Hired, trained, and supervised the Internal Audit Department staff, which consisted of six auditors.
- Analyzed the risks associated with such diverse businesses as helath care, oil and gas production, and manufacturing.
- Designed internal audit programs and test procedures to ensure compliance with policies and procedures, to ensure accuracy of financial data, to detect and elimate waste and inefficency, and to prevent loss of assets.
- Edited reports which were sent to senior management and the Audit Committee.
- Met with the Audit Committee on a quarterly basis.

*Accomplishments*

- Supervised the performance of over 100 internal audits.
- Developed a comprehensive multi-year risk management program where audits were conducted on a cyclical basis.
- Was very knowledgeable and experienced at analyzing and evaluating procedures designed to mitigate internal control risks and other business risks.
- Significantly reduced departmental expenses by using better scheduling techniques.
- Developed a comprehensive long term audit program by evaluating the risks associated with each function area and planning audits on a cyclical basis depending on the relative risk associated with the function.
- Supervised significant forensic accounting and tax research projects.
- Coordinated audit projects with the external auditor and coordinated IRS audits.

**8)** Job title (if Federal, include series and grade)

Senior Auditor

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| 7/77 | 11/79 | $23,100 | Year | 45 |

| Employer's Name and Address | Supervisor's name and phone number |
|---|---|
| Ashland Oil Inc. | John Wallace |
| Ashland, Kentucky | Retired |

Describe your duties and accomplishments

I was a Senior Auditor on Ashland's corporate audit staff. At the time, Ashland was the 45th largest industrial company in the United States with over $9 billion in revenues.

- Planned, organized, and conducted internal audits of Ashland's refinery construction projects and other business enterprises.

- Reviewed and analyzed internal control procedures and associated business risks..

- Prepared internal audit reports, which contained recommendations for internal control improvements as well as recommendations for cost reductions.

*Accomplishments*

- Performed over 30 audit projects and prepared audit reports for each project.

- Recovered over $400,000 in excess charges and made recommendations for improvements which saved over $1 million annually.

- Supervised the work of from one to three auditors, depending on the size of the project.

**9)** Job title (if Federal, include series and grade)

Internal Auditor/ Senior Auditor

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| 8/73 | 7/77 | $15,500 | Year | 60 |

| Employer's Name and Address | Supervisor's name and phone number |
|---|---|
| Clark Equipment Company | Ed Reddig |
| Buchanan, Michigan | Retired |

Describe your duties and accomplishments.

At the time, Clark Equipment was the 126th largest industrial company in the United States with manufacturing operations all over the world. I was hired as an internal auditor for their worldwide audit staff at their headquarters in Buchanan, Michigan.

- Initially performed internal audits under the direction of a Senior Internal Auditor.

- Was promoted to Senior Auditor in early 1976 and thereafter planned and supervised internal audits of manufacturing facilities, Clark Equipment Credit Corporation, and corporate headquarters.

*Accomplishments*

- Performed floor plan audits at factory owned and independent dealerships for Clark Equipment Credit.

- Performed numerous audits of Clark Equipment Credit Corporation, which was a $600 million captive lending institution which made all types of loans on heavy equipment.

- Performed audits at various manufacturing plants throughout the United States.

- Analyzed internal controls, performed audit tests, and prepared written reports for senior management.

- Supervised from one to 12 auditors, depending on the nature of the project.

**9**  May we contact your current supervisor?

        **YES** [ X ]    **NO** [    ]▸ If we need to contact your current supervisor before making an offer, we will contact you first.

## EDUCATION

**10**  Mark highest level completed.

        **Some HS** [  ]   **HS/GED** [  ]   **Associate** [  ]   **Bachelor** [ X ]   **Master** [  ]   **Doctoral** [  ]

**11**  Last high school (HS) or GED school. Give the school's name, city, State, ZIP Code (if known), and year diploma or GED received.

    John Adams High School, South Bend, Indiana, 1968

**12**  Colleges and universities attended. Do not attach a copy of your transcript unless requested.

| Name | | Credits Earned | | Major(s) | Degree - Year |
|---|---|---|---|---|---|
| 1) University of Illinois | | Sem. | Quarter | | (if any)   Rec'd |
| City Urbana | State ZIP Code IL | 154 | | Accountancy | BS   1973 |
| 2) | | | | | |
| | | | | | |
| 3) | | | | | |
| | | | | | |

## OTHER QUALIFICATIONS

**13**  Job-related training courses (give title and year). Job-related skills (other languages, computer software/hardware, tools, machinery, typing speed, etc.). Job-related certificates and licenses (current only). Job-related honors, awards, and special accomplishments (publications, memberships in professional/honor societies, leadership activities, public speaking, and performance awards). Give dates, but do not send documents unless requested.

### Teaching Experience

I taught Principals of Accounting and Intermediate Accounting at Central State University (now Central Oklahoma) during the evenings for three semesters in 1985 and 1986 as a Professor (Lecturer).

### Training Courses

I have attended numerous training classes and seminars during my career. The following classes are examples only. I will provide a complete list on request:

E-Banking - 2004

Receivership Accounting – 2004

Pro-Forma  Accounting – 2004

Loan Management – 2003

Franchise Marketing – 2003

Other Assets - 2003

Advanced Claims – 2002

Receivership Benefits - 2002

RLS – 2002

Terminations – 2002

Business Objects - 2000

Training for New Managers – 1992

FoxPro for Windows – 1995

Microsoft Access 2.0 Level I and Level II – 1995

Advanced Excel I, II, & 3– 2000

Operational Auditing II – 1993

Financial Information Management System – 1996

LAMIS Training – 1988

ARIS Developer Training – 1995

Management Excellence Program – 1996

Report Delivery System – 1997

Performance Management – 1996

Change Management – 1994

SAS Report Training – 1994

SAS Programming - 1990

### Computer Skills

I am a proficient SAS programmer and also have ORACLE programming experience. I am proficient in using Excel, Access, PowerPoint, and Word. I can type about 60 words per minute.

### Certifications & Professional Affiliations

Certified Public Accountant, Illinois, 1975 – Certificate Number 17,964

Certified Internal Auditor, 1981 – Certificate Number 10,749

### Honors & Awards

Corporate Success Award – 2004

Star Awards (Two) – 2004

Mission Achievement Award  - 2003

Special Act Awards – 1997, 1998, 1999, & 2000

Special Achievement Award 1991

Special Commendation Award 1989

LASTNAME, Firstname I.                    Page 14 of 14                        SSN: ·

## GENERAL

**14** Are you a U.S. citizen?

        YES [ X ]    NO [   ]▸ Give the country of your citizenship     _____

**15** Do you claim veterans' preference?

        NO [ X ]    YES [   ]▸ Mark your claim of 5 or 10 points below.

                      5 points [   ]▸ Attach your DD 214 or other proof.

                  10 points [   ]▸ Attach an *Application for 10-point Veterans' Preference* (SF 15) and proof required.

**16** Were you ever a Federal civilian employee?

| | | | Series | Grade | From (MM/YY) | To (MM/YY) |
|---|---|---|---|---|---|---|
| NO [  ] | YES [ X ]▸ For highest civilian grade give: | | 1160/1101 | 13 | 2/92 | Present |

**17** Are you eligible for reinstatement based on career or career-conditional Federal status?

        NO [ X ]    YES [   ]▸ If requested, attach SF 50 proof.

## APPLICATION CERTIFICATION

**18** **I certify** that, to the best of my knowledge and belief, all of the information on and attached to this application is true, correct, complete, and made in good faith. **I understand** that false or fraudulent information on or attached to this application may be grounds for not hiring me or for firing me after I begin work, and may be punishable by fine or imprisonment. **I understand** that any information I give may be investigated.

**SIGNATURE**                                  **DATE SIGNED**

Gregory R. Haag – Submitted Electronically            |February 18, 2005

# ATTACHMENT A

## QUALIFICATIONS STATEMENT FORM

I, _____Gregory R. Haag_____, hereby certify that I meet the following requirement for the Associate Financial Institution Specialist (Compliance) and Associate Financial Institution Specialist (Risk Management) position:

___X___  Education – BS Accountancy, University of Illinois, 33 Semester Hours of Accounting plus other finance, economics, and business courses.

___X_  Specialized Experience (please provide a brief summary of such experience).

- I am a Certified Public Accountant and a Certified Internal Auditor.
- Worked in various internal audit capacities for 11 years.
- Practiced as an independent CPA.
- Attended 45 bank closings in various capacities.
- Assisted in the preparation of five Information Packages.
- Senior Operations Analyst in the Oklahoma City Consolidated Office
- Resolutions and Receivership Specialist in the Receivership Oversight Department.

  Gregory R. Haag [Signed Electronically]
Signature

# ATTACHMENT B

## FIELD OFFICE PREFERENCE FORM

| COMPLIANCE | RISK MANAGMENT |
|---|---|
| 34_ Dallas, TX | 20_ Dallas, TX |
| ___ Shreveport, LA | ___ Shreveport, LA |
| 32_ Denver, CO | 13_ Albuquerque, NM |
| 30_ Albuquerque, NM | ___ Houston, TX |
| ___ Houston, TX | 14_ Oklahoma City, OK |
| 31_ Oklahoma City, OK | ___ Lubbock, TX |
| ___ Baton Rouge, LA | ___ Baton Rouge, LA |
| 23_ Little Rock, AR | _7_ Jackson, MS |
| 27_ Nashville, TN | _6_ Memphis, TN |
|  | _1_ Knoxville, TN |
|  |  |
| 29_ Montgomery, AL | _9_ Shelby, AL |
| 26_ Tampa, FL | 10_ Montgomery, AL |
| 28_ Albany, GA | _5_ Tampa, FL |
| 33_ Atlanta, GA | ___ Sunrise, FL |
| 24_ Raleigh, NC | _8_ Albany, GA |
| ___ Scott Depot, WV | 16_ Atlanta, GA |
|  | _4_ Charlotte, NC |
|  | _2_ Raleigh, NC |
|  | ___ Richmond, VA |
|  | ___ Scott Depot, WV |
|  |  |
| ___ Phoenix, AZ | ___ Phoenix, AZ |
| ___ Sacramento, CA | ___ Salt Lake City, UT |
| ___ Salt Lake City, UT |  |
|  |  |
| ___ Baltimore, MD | __ Baltimore, MD |
| ___ Harrisburg, PA | ___ Lexington, MA |
| ___ New York City, NY | ___ New York City, NY |
| ___ Metro Park, NJ | ___ San Juan, PR |
|  |  |
| ___ Grand Island, NE | 12_ Cedar Rapids, IA |
|  | 11_ Des Moines, IA |
|  | ___ Grand Forks, ND |
|  | ___ Minneapolis, MN |
|  |  |
| ___ Detroit, MI | 22_ Grand Rapids, MI |
| 25_ Elizabethtown, KY | _3_ Lexington, KY |
|  | 15_ Columbus, OH |
|  | 19_ Appleton, WI |
|  | 18_ Eau Claire, WI |
|  | 21_ Milwaukee, WI |
|  | 17_ Princeton, IL |

Federal Deposit Insurance Corporation
Performance Management Program
## PERFORMANCE PLAN AND EVALUATION
### DRR Specialist

### SECTION A: EMPLOYEE INFORMATION

| EMPLOYEE NAME  *(Last, First, MI)*  Haag,Gregory R | SOCIAL SECURITY NUMBER |
|---|---|
| POSITION TITLE  RESOLUTIONS & RECEIVERSHIPS SP | PAY PLAN / SERIES / GRADE  CG / 1101 / 13 |
| DIVISION/OFFICE  DIVISION OF RESOLUTIONS AND RE | LOCATION  DALLAS, TX |

| PURPOSE OF EVALUATION  *(Check one)* | | RATING PERIOD | | | |
|---|---|---|---|---|---|
| | | FROM | | TO | |
| [X] Annual | | MONTH | YEAR | MONTH | YEAR |
| [ ] Other  *(Specify)* _____ | | 09 | 2003 | 08 | 2004 |

### SECTION B: PERFORMANCE CRITERIA

| | Meets | Does Not Meet |
|---|---|---|
| **01.  Productivity:**  Quality and timeliness of work products and the ability to meet established production goals.  Work assignments or cases are completed within established time frames and are presented in a logical, clear, and concise manner.  The timeliness and volume of completed cases or assignments are consistent with predetermined goals and objectives. | [X] | [ ] |
| **02.  Technical/Analytical Skills:**  Development and maintenance of technical knowledge to perform the duties of the position and the application of such knowledge.  Demonstrates up-to-date knowledge of relevant laws, regulations, and policies and/or reference sources.  Applies knowledge effectively and independently in a complete and accurate manner. Stays abreast of industry trends, changes in relevant laws, regulations and policies, and other external factors that have an impact upon technical expertise.  Demonstrates advanced or innovative analytical skills.  Use of these skills results in an accurate work product even when the issues are unusual or complex.  Demonstrates consistent, independent decision-making abilities that reflect sound judgement and are exercised at times under greater than normal pressure or adverse circumstances. | [X] | [ ] |
| **03.  Organizational Skills:**  Ability to plan, organize, implement, and monitor assignments, or projects.  Ability to manage time, achieve deadlines, take initiative in requesting additional assignments and development activities. Ability to recognize and respond to changing priorities and circumstances, and adhere to policy.  Effectively establishes the scope of a project or assignment.  Recognizes and solves problems, prioritizes objectives, considers agency priorities and cost when planning work assignments. Demonstrates efficient use of time and resources to produce a quality product with minimal guidance. Manages assignments effectively by recognizing and promptly reacting to changing priorities and circumstances.  Uses and safeguards Corporation equipment, data, and resources prudently. Prepares and submits various financial and administrative reports, memorandums, etc., in a timely and accurate manner.  Shows willingness to accept additional or special assignments, as work permits, and successfully completes them without compromising regular work.  Participates fully and effectively as a team member.  Effectively communicates and supports Corporation goals. | [X] | [ ] |

## SECTION B - PERFORMANCE CRITERIA

| | Meets | Does Not Meet |
|---|---|---|
| objectives, and policies to other staff members and organizations. | | |

**04.    Oral Comm/Interpersonal Skills:**                                          [X]    [ ]

Quality of oral communication. Addresses the ability to listen to differing opinions, negotiate and obtain commitment, and convey technical and complex information in a clear, concise manner. Contacts include employees throughout the Corporation, debtors, appraisers, lawyers and law firms, law enforcement agencies, real estate brokers, magistrates, bank officials, regulatory agency personnel, representatives from private business, etc.

Speaks to others in a clear, concise, informative, and well-organized manner facilitating communications and accomplishing objectives. Acts in a confident, professional, polite, and diplomatic manner in dealing with others to effectively address and negotiate issues. Makes presentations that are appropriate to the audiences, in proper perspective, and effectively cover the issues and appropriate subject matter. Listens well and respects differing opinions. Cooperates with others to accomplish assignment objectives and keeps them informed as needed to carry out responsibilities. Responds positively to constructive criticism to modify or correct weaknesses.

**05.    Written Communication Skills:**                                             [X]    [ ]

Quality and effectiveness of written products.

Prepares written products that are succinct, thoroughly researched, and logical. Major points are clear and easily distinguishable from minor issues, and are conveyed to appropriate parties. The various elements of written products are consistently correct, in proper perspective, and are in concert with overall conclusions. Produces written products that are neat, legible, well-organized, properly formatted, and conform to organizational guidelines. Narrative comments reflect good grammar and spelling. Prepares written products that require only minimal editing to change the tone or organization of documents. Once editing is done, is able to understand the changes made and incorporate those changes into future assignments. Prepares work papers that leave a clear audit trail to final conclusions. Extent of documentation used to support conclusions is appropriate.

## SECTION C - SUMMARY RATING    [X] Meets Expectations    [ ] Does Not Meet Expectations*

* A rating of "Does Not Meet" on any performance criterion results in an overall rating of "Does Not Meet Expectations"

| Signature of Employee | Date 10/18/04 |
|---|---|
| Signature of Rating Official | Date 10-18-04 |
| Signature of Reviewing Official | Date |

## SECTION D - RATING OFFICIAL/EMPLOYEE/REVIEWING OFFICIAL COMMENTS

Name:    Schoppe, Robert C

Comments:

Mr. Haag is one of the most experienced and knowledgeable members of the Receivership Oversight Department. This past year he performed work on six receiverships. He presently has responsibility for five receiverships which had an initial asset value of $3.7 billion. His work assignments are completed timely, written well, and well organized. In addition to completing his normal work, he also attended the closing of Guaranty National Bank of Tallahassee. At that closing he was a branch manager and, later, he also served on the Pro Forma team.

In the early part of the performance appraisal period, he worked on the DRR Symposium in conjunction with the SMU School of Banking, where he wrote a significant portion of the paper entitled "The Root Causes of Bank Failures" which was presented at the Symposium on the SMU Campus. In addition to co-authoring the paper, he performed research, collected data, and prepared certain schedules contained in the paper such as:

· Table 4, which depicts the more significant factors in bank failures from 1997 – 2002. This schedule was found to be so

beneficial that it is still being produced as an ongoing report.

- He assisted in prepared Table 5 which summarized D & O policy and Bond Policy information for each failure.

- With two other team members, he prepared Table 6 which depicted examples of insider and nominee loans at recent failures.

- Prepared Table 7 which depicts information from audits of failed institutions.

- In addition to the above, he also assisted in the editing of the two other papers that were presented at the symposium and received a mission achievement award for his efforts.

With two other department members, he revised and rewrote the department desk procedures manual, receiving a Star Award for his efforts.

With other department members, he developed an eight week training program for new trainees and implemented the program with the group of four trainees that came into the department. The training program consisted of classroom training for three days, two days of training on the Receivership Oversight computer systems, a case study where the trainees prepared a business plan and presented the plan to a mock SMOC, and three weeks of assisting the trainees with preparation of their reports. In addition to developing and coordinating the training, he was the instructor for the three days of classroom training.

Throughout the performance period, he assisted the other specialists in the department with the preparation of their reports and other duties. For example, he assisted them with their financial analysis and understanding the service costing and the accounting systems. He also assisted them with preparation of financial projections and highlights page projections.

During the year, he performed various duties associated with service costing for our service line – oversight operations. Specifically, he is the service line analyst for the line. He also assisted with preparation of the rate case for the line. Finally, he has submitted several requests for reduction of service charges for certain receiverships and assisted other specialists with the submission of their requests for reduction of charges. Some of these requests resulted in substantial reduction of charges billed to the receiverships.

He assisted with the development of the quarterly balance sheet and claims information which was placed on the FDIC external website. Additionally, he has gathered the data for publication on the website for the quarterly updates. This new information provided to the public was commented on in various industry publications such as the American Banker and the Dow Jones Newswires. In one of the publications, Division Director Glassman was quoted as saying that "This move allows claimants against failed banks to monitor the financial status of the receiverships and estimate their potential recoveries." This new website feature was viewed as a significant improvement in public service at all levels of the FDIC and was touted by our department, office, division, and the FDIC as a whole.

In the absence of the department supervisor, he has been the acting supervisor in the department for short periods.

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

**NOTIFICATION OF PERSONNEL ACTION**

Approved Exception to the SF 50-B
July 1999

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| HAAG, GREGORY R | | 11/23/49 | 01/09/05 |

**FIRST ACTION**

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 891 | MERIT INCREASE |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| Z45 | BY BOARD APPROVAL |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
| | |

**SECOND ACTION**

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
| | |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
| | |

7. FROM: Position Title and Number

15. TO: Position Title and Number
RESOLUTIONS & RECEIVERSHIPS SPECIALIST
00008809    65S137

| 8. Pay Plan | 9. Occ Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 00 | | 109,763.00 | PA | CG | 1101 | 13 | 00 | 115,970.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| 100,617.00 | 9,146.00 | 109,763.00 | .00 | 106,200.00 | 9,770.00 | 115,970.00 | .00 |

14. Name and Location of Position's Organization

22. Name and Location of Position's Organization
FEDERAL DEPOSIT INSURANCE CORPORATION
DIV OF RES & REC
DAL FLD OPER BR
RECEIVERSHIP OVERSIGHT

FD 686540040000200000   PP 01 2005

**EMPLOYEE DATA**

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1 — 1 - None  3 - 10 Point/Disability  5 - 10 Point/Other<br>2 - 5 Point  4 - 10 Point/Compensable  6 - 10 Point/Compensable/30% | 1 — 0 - None  2 - Conditional<br>1 - Permanent  3 - Indefinite | | YES — X NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| B0   WAIVED | 9   NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K   FERS AND FICA | 04/21/86 | F   FULL TIME | |

**POSITION DATA**

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1 — 1 - Competitive Service  3 - SES General<br>2 - Excepted Service  4 - SES Career Reserved | N — E - Exempt<br>N - Nonexempt | | 0060 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 48-1730-113 | DALLAS    DALLAS   TX |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | | | | |

45. Remarks

SALARY INCLUDES A LOCALITY-BASED PAYMENT OF 9.2%

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION | *Candy Capper* |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | CANDY CAPPER<br>HUMAN RESOURCES OFFICER |
|---|---|---|---|
| FD 68 | 1641 | 01/09/05 | |

1 - Part  50-316

2 - OPF Copy - Long-Term Record - DO NOT DESTROY

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6238

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33. Subch. 4

**NOTIFICATION OF PERSONNEL ACTION**

Approved Exception to the SF 50-B
July 1999

| 1. Name *(Last, First, Middle)* | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| HAAG, GREGORY R | | 11/23/49 | 05/01/05 |

**FIRST ACTION**

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 713 | CHG TO LOWER GRADE |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| N2M | REG 335.102 |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
| | |

**SECOND ACTION**

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
| | |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
| | |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| RESOLUTIONS & RECEIVERSHIPS SPECIALIST<br>00008809    65S137 | ASSOCIATE FINANCIAL INSTITUTION SPECIA<br>00017634    70S205 |

| 8. Pay Plan | 9. Occ Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1101 | | 13 | 00 | | | CG | 0570 | 12 | 00 | 115,970.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| | .00 | | .00 | 106,200.00 | 9,770.00 | 115,970.00 | .00 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION<br>DIV OF RES & REC<br>DAL FLD OPER BR<br>RECEIVERSHIP OVERSIGHT | FEDERAL DEPOSIT INSURANCE CORPORATION<br>DIV OF SUPV & CONS PROTECT<br>CHI REG OFF<br>RSK MGT<br><br>FD 687020020010170000    PP 09 2005 |

**EMPLOYEE DATA**

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1 — 1 - None  3 - 10 Point/Disability  5 - 10 Point/Other<br>2 - 5 Point  4 - 10 Point/Compensable  6 - 10 Point/Compensable/30% | 1 — 0 - None  2 - Conditional<br>1 - Permanent  3 - Indefinite | | YES  X NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| BO    WAIVED | 9    NOT APPLICABLE | 4 |

| 30. Retirement Plan | 31. Service Comp Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K    FERS AND FICA | 04/21/86 | F    FULL TIME | |

**POSITION DATA**

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1 — 1 - Competitive Service  3 - SES General<br>2 - Excepted Service  4 - SES Career Reserved | N — E - Exempt<br>N - Nonexempt | | 0060 |

| 38. Duty Station Code | 39. Duty Station *(City - County - State or Overseas Location)* |
|---|---|
| 48-1730-113 | DALLAS    DALLAS    TX |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | | | | |

45. Remarks

AGREEMENT RELATING THE REASSIGNMENT OR CHANGE TO LOWER GRADE AS AN
ASSOCIATE FINANCIAL INSTITUTION SPECIALIST WITH THE DIVISION OF
SUPERVISION AND CONSUMER PROTECTION WAS SIGNED BY THE EMPLOYEE 03-28-05.
SELECTED FROM DSC NATIONWIDE SOLICITATION OF INTEREST, DATED 02-01-05.
POSITION IS AT THE FULL PERFORMANCE LEVEL.
ACTION AT EMPLOYEE'S REQUEST.
SAVED PAY ENTITLES EMPLOYEE TO RETAIN CURRENT BASE PAY IF ABOVE MAXIMUM
OF NEW GRADE.  ANY PAY ADJUSTMENT WILL BE RECEIVED AS A 100% LUMP SUM UNTIL
NEW GRADE RANGE OVERTAKES CURRENT BASE PAY.

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION | *Candy S Capper* |
| 47. Agency Code: FD 68   48. Personnel Office ID: 1641   49. Approval Date: 05/02/05 | CANDY S CAPPER<br>HUMAN RESOURCES OFFICER |

3-Part  50-316

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6238

**2 - OPF Copy - Long-Term Record - DO NOT DESTROY**

FD 687020020010170000    PP 09 1*2005*BATCH 16416716 .000-00 203-05 AG/EO 68-1641

# **EXHIBIT 14**

**(Lett Buyout Application)**

*URR*
*5/14/05*

*2/25/05*

# STATEMENT OF INTENT TO RESIGN WITH A BUYOUT FROM THE FEDERAL DEPOSIT INSURANCE CORPORATION

I hereby state my intent to resign with a voluntary separation incentive payment (also called a "buyout") on ___5/11/2005___ month/day/year.

My decision to resign is entirely voluntary and has not been coerced. I understand that I cannot rescind this application after I separate or May 2, 2005, whichever date comes FIRST.

I understand that an employee must be on the rolls for a full pay period, exclusive of holidays and non-workdays, in order to accrue annual and sick leave. I understand that if I separate prior to the end of a pay period, I will not be credited with any leave for that pay period.

I understand that if I separate from my current employment and receive a buyout, I will be responsible for repaying the gross amount to the FDIC if I am reemployed by the FDIC within five (5) years of separation with a buyout, either by any type of appointment or under contract with the FDIC as an individual, sole proprietor, or sole shareholder of a corporation. If I am reemployed by the FDIC within five (5) years of separation with a buyout, I understand that only the Chairman may waive the requirement for repayment where, in the Chairman's sole discretion, I am determined to possess unique abilities and am the only qualified candidate for the position. I further understand that no waiver will be granted if I enter into a contract with the FDIC.

I understand a copy of this Statement of Intent will be filed in my Official Personnel Folder.

| | |
|---|---|
| _Q.L.E. Lett_ | _2/29/2005_ |
| Employee Signature | Date of submission |
| _DONALd E. LETT_ | |
| Print Full Name | Social Security Number |

Note:
While retiring or resigning employees are subject to a five-year repayment penalty following separation with a buyout, this limitation is applicable only to reemployment (by appointment or contract) with the FDIC, and does not limit them from appointment with other federal employers. This is because the FDIC's independent compensation authority (12 USC 1819(a), Fifth) permits the FDIC to provide voluntary separation incentives that differ from what is provided under general federal buyout authority at 5 USC 3522.

▶ **Please notify your buyout coordinator
if you are transferring directly to another Federal agency.** ◀

Federal Deposit Insurance Corporation

# BUYOUT PROGRAM
# PAYMENT ELECTION REQUEST

**NOTE:** Please read the Privacy Act Notice above before completing this form.

## I. EMPLOYEE INFORMATION

| Name (*Last, First, MI*) | | | Social Security Number |
|---|---|---|---|
| LETT  DONALD E. | | | |

| Street Address | City | State | ZIP Code |
|---|---|---|---|
| 4229 Peggy LN | PLANO | TX | 75704 |

| Retirement/Separation Date | Home Telephone Number |
|---|---|
| 5/14/2005 | |

## II. PAYMENT METHOD

☒ **A. Lump Sum**

Payment Date Requested: Month _June_ Year _2005_ (*No later than one year from date of termination.*)

☐ **B. Installment Payments** (*A predetermined number of payments to be received in 5 or 10 years.*)

Number of Years: _____ (*Enter either 5 years or 10 years*)

Frequency of Payments: ☐ Monthly ☐ Quarterly ☐ Annually

Payments Start: Month _____ Year _____ (*No later than one year from date of termination.*)

☐ **C. Combination** (*Lump Sum and Installment Payments*)

I elect to receive a lump sum payment of $ _____ in Month _____ Year _____
(initial payments of lump sum or installment shall be paid no later than one year following the date of termination) and the balance of my account to be paid in installment payments as described below.

A predetermined number of payments to be received in 5 or 10 years.

Number of Years: _____ (*Enter either 5 years or 10 years*)

Frequency of Payments: ☐ Monthly ☐ Quarterly ☐ Annually

Payment Start Date : Month _____ Year _____ (*No later than one year from date of termination.*)

**I understand that my payment election above is irrevocable.**

## III. BENEFICIARY

In the event of death of the buyout recipient, installation payments will discontinue and any remaining monies will be turned over to the estate.

## IV. EMPLOYEE'S CERTIFICATION

| Signature | Date |
|---|---|
| Donald E. Lett | 2/21/2005 |

### DOA/HRB USE ONLY

| HRB Representative Signature | Date | Retirement/Resignation Date |
|---|---|---|
| | | |

| Record of Coordinator Transactions | Date of Processing | | |
|---|---|---|---|
| | Month | Day | Year |
| **Notice to Benefits** | | | |
| **Package to Buyout Administrator in Washington** | | | |

FDIC 2800/35 (10-04)

# Buyout Payment Request

Log # 2217

(DOA Use Only)

Employee Name   DONALD LETT                                    SSN:

Separation Date:  05/14/2005    Separation Type   RETIRE EARLY
(Required-DOF will not process payment without dat

Retirement Plan:  1

Total Compensation          $107,255
Separated Incentive Amount  $53,628.00
Total Indebtness:

Division  DRR                      Location:  400              Organization:  LY69

Estimated OASDI Wage  $0.00                    State Tax Code  53

Payment Type:       LUMP

Lump Sum Amount: $38,370.83                    Proposed Payment Date:  06/15/2005

Balance to be paid by Installments:
Frequency:
Number of Installments:        0
First Installment Payment Amount :  $0.00
Future Installment Payment Amount  $0.00
Proposed Payment Date:

DOA Delegated Authority Signature

Date

---

(DOF USE ONLY)

RDA/MIDA        YES ____ NO ____

Prorated Refund Amount: $ _____

Relocation Benefits YTD    _____        Section Chief Employee
Taxable Travel YTD         _____        Services
DOF OASDI Wages            _____

                                                            Date

Log provided to Travel Examination:     YES ____ NO ____

TRU

     Entered by: _____   Reviewed by: _____

     Date: _____         Date: _____

## PART A - Requesting Office (Also complete Part B, Items 1,7-22,32,33,36 and 39)

| 1. Actions Requested | 2. Request Number |
|---|---|
| Retirement          Retirement | 88634 |

| 3. For Additional Information Call (Name and Telephone Number) | 4. Proposed Effective Date |
|---|---|
| Whisman, Deanna K<br>ADMINISTRATIVE SPECIALIST | 05-03-2005<br>05-14-2005 |

| 5. Action Requested By (Typed Name, Title, Signature, and Request Date) | 6. Action Authorized By (Typed Name, Title, Signature, and Concurrence Date) |
|---|---|
| Green, Penny Lee<br>Senior Administrative Spec          05-03-2005 | Plant, Leslie A<br>MANAGER, ADMINISTRATION          05-03-2005 |

## PART B - For Preparation of SF 50 (Use only codes in The Guide to Personnel Data Standards. Show all dates in month-day-year order.)

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| Lett, Donald Eugene | | 12-27-1952 | 05-14-2005 |

### FIRST ACTION

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 303 | Retirement-Special Option |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| V3P | "Early out" retirement. |

| 5-E. Code | 5-F. Legal Authority and Date |
|---|---|
| AZM | OPM Auth No. 2004-012 |

### SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| 825 | SEPARATION INCENTIVE |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
| ZLM | 12 U.S.C. SEC 1819 (A) Fifth |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
| | |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| RESOLUTIONS & RECEIVERSHIPS SPECIALIST<br>PD: 65S137          Position: 00008655 | |

| 8.Pay Plan | 9.Occ. Code | 10.Grade or Lvl | 11.Step or Rate | 12.Total Salary | 13.Pay Basis | 16.Pay Plan | 17.Occ. Code | 18.Grade or Lvl | 19.Step or Rate | 20.Total Salary/Award | 21.Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CG | 1101 | 13 | 00 | $107,255.00 | PA | | | | | | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| $98,219.00 | $9,036.00 | $107,255.00 | $0 | | | | |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| Federal Deposit Insurance Corp          Org Code:<br>DRR, OFFICE OF THE DIRECTOR<br>DALLAS FIELD OPERATIONS BRANCH          6540040000200000<br>RECEIVERSHIP OVERSIGHT<br><br>DALLAS          TX   USA | Org Code: |

### EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1 | 1-None  2-5 Point | 3-10 Point/Disability  4-10 Point/Compensable | 5-10 Point/Other  6-10 Point/Compensable/30% | 1 | 0-None  1-Permanent | 2-Conditional  3-Indefinite | | YES  X  NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| L0   Basic + Option B (2x) + Option A | 9   9-Not Applicable | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| 1   CSRS | 11-09-1979 | F   F - Full-time | |

### POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1 | 1-Competitive Service  2-Excepted Service | 3-SES General  4-SES Career Reserved | N | E-Exempt  N-Nonexempt | | 0060 |

| 38. Duty Station Code | 39. Duty Station (City-County-State or Overseas Location) |
|---|---|
| 481730113 | DALLAS          Dallas          TX   USA |

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | | | | |

| 45. Educational Level | 46. Yr. Degree Attained | 47. Academic Discipline | 48. Functional Class | 49. Citizenship | 50. Veterans Status | 51. Supervisory Status |
|---|---|---|---|---|---|---|
| | | | 0 | 1   1-USA 8-Other | X   Non Vet | 8   8-AllOther |

### PART C - Reviews and Approvals (Not to be used by requesting office.)

| 1. Office/Function | Initials/Signature | Date | 1. Office/Function | Initials/Signature | Date |
|---|---|---|---|---|---|
| A. | | | D. | | |
| B. | | | E. | | |
| C. Ben Ops | Bibi, Kathleen J<br>Human Resources Specialist | 05-08-2005 | F.<br>Signature   Cindy Cappa | | Approval Date<br>5/12/05 |

2. Approval: I certify that the information entered on this form is accurate and the proprosed action is in compliance with statutory and regulatory requirements.

Name:    Lett, Donald Eugene                                    PAR Number:    88634

## PART D - Remarks by Requesting Office

(Note to Supervisors: Do you know of additional or conflicting reasons for the employee's resignation/retirement? If ""YES"", please state these facts on a separate sheet and attach to SF52).    ☐ YES    ☐ NO

## PART E - Employee Resignation/Retirement

### Privacy Act Statement

You are requested to furnish a specific reason for your resignation or retirement and a forwarding address. Your reason may be considered in any future decision regarding your re-employment in the Federal service and may also be used to determine your eligibility for unemployment compensation benefits. Your forwarding address will be used primarily to mail you copies of any documents you should have or any pay or compensation to which you are entitled.

This information is requested under authority of sections 301, 3301, and 8506 of title 5, U.S. Code. Sections 301 abd 3301 authorize OPM and agencies to issue

regulations with regard to employment of individuals in the Federal service and their records, while section 8506 requires agencies to furnish the specific reason for termination of Federal service to the Secretary of Labor or a State agency in connection with administation of unemployment compensation programs.

The furnishing of this information is voluntary; however, failure to provide it may result in your not receiving: (1) your copies of those documents you should have; (2) pay or other compensation due you; (3) any unemployment compensation benefits to which you may be entitled.

1. Reasons for Resignation/Retirement (NOTE: Your reasons are used in determining possible unemployment benefits. Please be specific and avoid generalizations. Your resignation/retirement is effective at the end of the day - midnight - unless you specify otherwise.)

Retirement

FORWARDING ADDRESS:
4229 PEGGY LANE
PLANO, TX 75074

| 2. Effective Date | 3. Your Signature | 4. Date Signed | 5. Forwarding Address    (Number, Street, City, State, ZIP Code) |
|---|---|---|---|
| 05-14-2005 | Lett, Donald Eugene | 05-03-2005 | 4229 PEGGY LN PLANO, TX 75074 |

## PART F - Remarks for SF 50

- TRANSFER FEHB ENROLLMENT TO OPM.
- STANDARD OPTIONAL INSURANCE: DECLINED.
- ADDITIONAL OPTIONAL INSURANCE: DECLINED.
- BASIC LIFE INSURANCE WAIVED.
- Forwarding address: 4229 Peggy Ln., Plano, TX 75074-3565.
- Lump-sum payment to be made for any unused annual leave.
- Reason for retirement:  to obtain retirement benefits.

SEPARATION INCENTIVE EQUALS $ 53,628.00
RECIPIENT MUST REPAY GROSS AMOUNT OF SEPARATION INCENTIVE IF RE-EMPLOYED WITH FDIC WITHIN 5 YEARS; NO REPAYMENT REQUIRED IF EMPLOYED WITH ANY OTHER FEDERAL AGENCY.

# EXHIBIT 15

**(Update Regarding DRR Vacancies)**

Capper, Candy

| | |
|---|---|
| **From:** | Plant, Leslie |
| **Sent:** | Wednesday, March 02, 2005 3:42 PM |
| **To:** | Capper, Candy |
| **Subject:** | FW: Workforce Planning and Transition |

-----Original Message-----
**From:** DRR Messenger
**Sent:** Wednesday, March 02, 2005 2:40 PM
**To:** DRR DAL; DRR DC
**Subject:** FW: Workforce Planning and Transition


### For further information, please contact Jim Seegers at 202-898-6640.

The DRR Workforce Planning and Transition website has been updated. The position descriptions represented by the shaded boxes on the organizational charts have been posted for reference. These position descriptions have been approved by the Human Resources Branch of the Division of Administration (DOA). Two new position descriptions have been established and will be posted to the website as soon as they are approved. They are Franchise and Asset Marketing Specialist, CG-12 and Financial Crimes Specialist, CG-13.

Additionally, some changes to the organization charts have been made. These changes are summarized below and are the result of the Division's continuing effort to streamline reporting structures and support its new business model that focuses on essential skill sets necessary to accomplish work within the organization.

Workforce Planning and Transition webiste link:   http://fdic01\division\drr\ProjPlan\Transition\index.html

If you have any questions, please contact Jim Seegers at 202-898-6640 or Leslie Plant at 972-761-8603.

### Washington

Page 2
- Change Title from Assistant Director, Internal Review to Manager, Internal Review, CM-1

Page 5
- Change Title from Assistant Director, Risk Analysis, CM-2 to Manager, Risk Analysis, CM-1
- Delete the CG-13 Special Assistant
- Add Franchise & Asset Marketing Specialist, CG-12 position

Page 6
- Delete supervisory IT CM-1 position – add non-supervisory IT CG-14 position
- Delete Assistant Director position

### Dallas

Page 4
- Add Training Specialist, CG-12 position

Page 7
- Change Franchise & Asset Marketing Spec, CG-14 position to a CG-13

AL-DOA-00099

1

- Change Franchise & Asset Marketing Spec, CG-14 position to a CG-12

Page 8
- Change Franchise & Asset Marketing Spec, CG-14 position to a CG-13

Page 11
- Establish two specialized positions – Financial Crimes Specialist , CG-13

Page 17
- Change position title from Accounting Analysis & Reporting Manager to Accounting Manger, CG-14

Page 18
- Change 1 CG-13 IT (Data Management) position to the CG-12 level.

Page 19
- Delete 1 CG-12 Assessment Auditor position – move to Admin – Training Spec.

AL-DOA-00100

2

# EXHIBIT 16

**("3/14/05 Bovenzi Memo")**

**Seegers, James W.**

| | |
|---|---|
| **From:** | Bovenzi, John F. |
| **Sent:** | Monday, March 14, 2005 1:46 PM |
| **To:** | FDIC EMPLOYEES CORPORATE |
| **Subject:** | Implementation of the Corporate Employee Program |

**Memorandum to:**   **FDIC Employees**

**From:**   **John F. Bovenzi**
             **Deputy to the Chairman and Chief Operating Officer**

**Subject:**   **Implementation of the Corporate Employee Program**

Over the past several months, I have shared plans with you that outlined significant changes in our Corporation designed to keep us in step with the changing nature of the financial industry. The purpose of this message is to give you an update on an important part of those plans, the Corporate Employee Program (CEP). The first phase of the CEP is now underway. Phase I of the program has three parts:

- The first part gives current FDIC employees the opportunity to apply for acceptance into a program that will provide them with training to become commissioned Financial Institution Examiners. The response to this opportunity has been very positive. Over 100 employees have applied for acceptance into the program and those applications are now being reviewed. Selections should be made by March 31.

- The second part focuses on the hiring and training of new entry level employees. On February 22, the FDIC advertised career intern positions as Financial Institution Specialist Trainee positions on USA.Jobs. That posting closed on February 28. The response has been overwhelming. Over 9,000 applications were received, and 3,549 applicants were determined to meet minimum qualifications. Further review of the applications is underway and selections should be made by early May.

- The third part provides refresher training in resolutions and receivership activities to FDIC employees with prior, but dated, experience in those areas. Within the Division of Supervision and Consumer Protection, 176 employees with these skill sets will receive training that is scheduled to be completed by June 30, 2005.

A large part of the CEP's initial focus will be on ensuring the FDIC's state of readiness to deal with unanticipated industry events. After the implementation of planned future phases of the program, we expect that a greater proportion of our employees: (1) will receive a broader range of training; (2) will become commissioned in one or more of three areas: as risk management examiners, compliance examiners and/or resolutions and receiverships specialists; (3) will receive more cross-divisional job opportunities; and (4) will have their rewards and recognition, including promotion potential, more closely tied to the accomplishment of these objectives.

The CEP will incorporate activities and initiatives beyond the commissioning process. Plans are to eventually include employees from all divisions and offices in the CEP and to extend the CEP to mid-level and senior level positions. As CEP-related opportunities begin to present themselves, I encourage you to participate in ways that support both the Corporation and your own individual career goals. Below, you will see additional program features that are in various stages of planning and development.

1

**AL-DRR-00843**

**Commissions and Certificate Programs**

- A Resolutions and Receiverships commissioning process will be established that is equivalent to the FDIC's existing examination commissions in rigor, breadth of responsibility, and required knowledge.

- An FDIC Certificate Program is also being developed. It will initially focus on the examination and resolutions and receiverships functions. Employees will be required to demonstrate thorough job knowledge in specific job functions and responsibilities in order to earn a certificate. The major tasks and job duties of each business line will be incorporated into the Certificate Program. It is anticipated that there will be approximately five certificates in each discipline. Certification will indicate ability to perform the inherent tasks for a particular functional area independently and without supervision.

- A program of continuing education to maintain skills and enhance knowledge in areas of expertise will be developed for each commission and/or certificate. Continuing education will be required to maintain credentials.

- The framework for the FDIC Certificate Program will ultimately extend to additional divisions and offices. Possible certificates in support of Division of Insurance and Research functions are currently being identified.

**Corporate Employee Job Titles**

- Corporate Employees will have new titles of Financial Institution Specialist (Trainee), Financial Institution Specialist (Assistant), and Associate Financial Institution Specialist. Corporate Employees with a commission will have the title of Financial Institution Examiner (Risk Management), Financial Institution Examiner (Compliance) or Financial Institution Specialist (Resolutions).

**In-Service Placement Opportunity**

- The first group of Corporate Employees will be recruited through an In-Service Placement Opportunity being offered to non-DSC employees at the CG-12 level and higher. These individuals will possess a broad base of experience and knowledge. Selected employees will be expected to obtain a commission in either risk management or compliance and to remain proficient in their current area(s) of expertise. Additionally, these employees will be expected to become certified in another functional area following receipt of a commission. Refer to the Solicitation of Interest announcing this opportunity issued February 1, 2005.

**5/7/9 External Financial Institution Specialist Positions**

- Entry level staff will participate in a training program that will build skills and abilities that are common across functional lines. Examples of common knowledge, skills, and abilities across functional lines include skill in researching and analyzing complex financial and regulatory documents, general knowledge of bank operations and/or auditing procedures, and ability to respond to changed tasks and conditions, accommodate unexpected obstacles, and deliver work product under tight deadlines. Upon completion of the general skills program, these employees will be assigned to a Risk Management, Compliance, or Resolutions and Receiverships commissioning track based on corporate need and employee aptitude and preference. These employees will experience integrated training and work experiences starting with a first-year cross functional training program. Integration of experiences and responsibilities will continue throughout the pre-commissioning development period. Employees will complete the requirements for and acquire one Certificate outside of their commissioning track during the pre-commissioning development period. Employees will be required to earn a second certificate

2

AL-DRR-00844

outside of their commissioning track in order to qualify for promotion to the CG-12 level.

### 5/7/9 Internal Financial Institution Specialist Positions

- Internal vacancy announcements for 5/7/9 Financial Institution Specialist positions open to FDIC permanent employees were posted on February 1, 2005, as part of the CEP. These individuals will follow the same basic training program as the external, entry level employees. The Corporate Employee training program may be modified, as appropriate, to accommodate prior experience of selected individuals.

### Corporate Readiness

- DSC has identified employees who have participated in previous crossover programs and have prior resolutions and receiverships experience. These employees will receive readiness training to update their skills in the key resolutions and receiverships functions considered necessary to handle a major bank failure or crisis. Given their prior work experience and knowledge, coupled with current readiness training, these employees will be part of our first-line of defense. This training will be completed by June 30, 2005.

  The CEP Task Forces continue to work on longer-term plans that will provide cross-training opportunities and expanded job knowledge and skills for other employees, including Corporate Managers and Executives.

3

AL-DRR-00845

# **EXHIBIT 17**

**(DRR Informational RIF Notice)**

April 5, 2005

TO:     Division of Resolutions and Receiverships Employees in Grades
CM-2 and Below
Dallas, TX

FROM:    Mitchell L. Glassman
Director, Division of Resolutions and Receiverships

SUBJECT:   Informational Notice of Reduction In Force

This is an informational notice of a reduction-in-force (RIF) of grade CM-2 and below
positions in the Division of Resolutions and Receiverships (DRR), Dallas, TX. While the
outcome of the RIF is not known at this time, this notice is intended to alert you to the
possibility that you could be impacted through the RIF process. The reduction in force in
DRR is necessary due to reorganization and/or lack of work. This in no way is a
reflection of your current or past job performance or contributions to the Division and
Corporation.

We are providing you with this notice in accordance with FDIC Circular 2100.4,
Corporate Reduction in Force Policy. If you are a permanent employee grade CM-1/CG-
15 or below, this notice also establishes your eligibility for the Career Transition
Assistance Program (CTAP) as outlined in FDIC Circular 2800.5, FDIC Career
Transition Assistance Plan. CTAP provides selection priority for FDIC vacancies at or
below your current grade level.

The planned effective date of the reduction-in-force is September 3, 2005. At least 60
days prior to the effective date, we will issue specific RIF notices to impacted employees
identifying the action that will be taken and describing the benefits and entitlements
associated with that action.

In the near future, the Division of Administration's Human Resources Branch (HRB) will
provide you with your personal RIF essential information on file in your official
personnel records. This information will be used in determining your retention standing
and has an impact on your placement rights in a reduction-in-force. Please review and
verify this information as soon as you receive it. The briefings you received last week
and/or this past Monday provided you information concerning the RIF process, the
retention data, and CTAP. If you have any follow up questions concerning these
briefings, please contact Candy Capper, HR Officer, Room #10048 or call her on (972)
761-2135.

If you are concerned that you may have work experience, education or training
information that is not reflected in your Official Personnel Folder maintained by HRB,
we encourage you to submit a current resume or Optional Application for Federal
Employment (OF-612) reflecting your total background and experience. In addition,
Corporate Reduction in Force Policy, FDIC Circular 2100.4, requires that FDIC solicit in

**App. 87**

the informational notices of reduction in force employees' preference in assignment when assignment rights can be satisfied by more than one position. Please complete the attached form and list your occupational preference in priority order, with number one representing your first choice. Your updated federal resume or OF-612 (if you chose to submit one) and the Employee Occupational Preference form must be provided to HRB for use in the RIF process no later than May 6th, 2005. Dallas employees should submit this information by hand delivery or via interoffice mail to the attention of Greg Pettit, HR Assistant, Room #10009C.

The FDIC would also like to remind you of the Career Transition and Outplacement (CTOP) services and resources that are available. FDIC employees may receive confidential one-on-one job search assistance from a professional Career Counselor. Additionally, there are a variety of excellent books and videos available for checkout on various Career Transition subjects. For information on how to access these services and resources in your location, go to the FDIC Home Page, next go to "My Career," "Career Management Program," "Individual Career Counseling Services," or call Charlotte Kettlewell, HR Specialist at (972) 761-2480. Employees receiving an informational RIF notice are entitled to 48 hours of administrative leave; 8 hours (or 9 hours for employees on CWS) may be used per pay period. Receipt of this notice does not constitute an additional 48 hours to those employees who may already have taken advantage of this benefit. The 48 hours is reduced by any time you have already taken (whether recently or in the past) as a result of your position having been on a CTOP Matrix or your having submitted a buyout application.

If you have any questions on this notice, please contact Candy Capper, HR Officer, on (972) 761-2135 or Leslie Plant in DRR on (972) 761-8603.

Attachments

Employee Occupational Preference Form
Q & A's on the Informational RIF Notice

# EMPLOYEE OCCUPATIONAL PREFERENCE FORM

NAME: _____     SSN: _____

TITLE, SERIES, GRADE: _____

DIVISION/OFFICE: _____

**Occupational Preference:**
**(Please include the series and title)**

1. _____

2. _____

3. _____

**Please submit this form to your Human Resources Branch by May 6, 2005.**

# Qs & As on the Informational RIF Notice

### What is an informational RIF notice?

The FDIC directive governing RIF requires that all employees who may potentially be affected by a RIF receive an informational notice informing them that they may be affected. This notice is to be sent no earlier than 30 days after the union has been notified and at least 90 days before the effective date of the RIF. The union was notified on March 4, 2005. The informational notice is to be sent to employees on April 5, 2005.

### Who will receive an informational RIF notice?

The informational notice will be sent to approximately 850 employees in DRR DC and Dallas and in DIT in DC. This number is significantly greater than the number of surplus positions these Divisions need to abolish. By virtue of seniority and veterans preference, an employee in a surplus position may have bump or retreat rights to a job occupied by another employee, who in turn may have similar rights to a job occupied by a third employee and so on. In general, an employee in a competitive area (an organizational unit in a specific geographic area, the Division of Administration in Washington, for example) who is in a surplus position potentially affects every other employee in that competitive area at the same and lower grades. Thus, for every surplus position to be abolished, several employees are potentially affected. The FDIC RIF directive requires that all such employees receive a general or informational notice.

### How many people will be RIFed?

It is estimated that up to 350 current employees in DRR DC & Dallas and DIT DC may be separated through the RIF process. In addition to separations, many employees within these three organizational units may also be reassigned or changed to a lower grade through the bump and retreat process.

### Will every employee receiving an informational notice be RIFed?

No. Employees who are actually displaced by the RIF will receive a specific notice at least 60 days before the RIF becomes effective. This specific notice will identify the impact that the RIF will have on them (reassignment, change to lower grade, separation), the programs and entitlements associated with their RIF action, and their appeal rights. A significant number of employees who receive a general or informational notice will not receive a specific notice.

### When will the employees who are actually displaced through the RIF process be notified?

Specific notices that identify the resulting RIF personnel action (reassignment, change to lower grade or separation) will be given to employees who are directly impacted by the RIF on or around June 30, 2005.

**When will the RIF's actually occur?**

The target effective date for the RIFs is September 3, 2005.

**Will I be able to RIF into other Divisions or Offices in FDIC?**

No. RIF rules require that boundaries be set to limit the amount of disruption caused by a RIF. These boundaries are called competitive areas. Employees organizationally and geographically assigned to a given competitive area will compete in a RIF with other employees assigned to that same competitive area. The three competitive areas that are having individual RIFs are DRR DC, DRR Dallas and DIT DC. Employees in these three competitive areas have no rights of assignment through the RIF process to any other competitive areas or any other parts of FDIC.

**Will I be given any priority for placement in other positions in FDIC?**

If you are a career or career conditional employee at grade CM-1/CG-15 or below who received a RIF informational notice, you are eligible for priority selection through CTAP (Career Transition Assistance Program). To receive this consideration, you must apply for specific vacancies, at or below your current grade level, that are posted at FDIC. If you are determined to be well-qualified for the position, management is obligated to select you or another CTAP eligible for the position. Your eligibility in this program continues until specifically cancelled (i.e., you do not receive a specific RIF notice of separation or you decline a job offer) or until the effective date of the RIF, which ever occurs first.

Surplus CM-2's, although not eligible for CTAP, will receive priority consideration for other jobs at FDIC through the CTOP program.

**Am I now eligible for priority placement in other agencies outside of FDIC?**

No, not yet. This *informational* RIF notice does not entitle recipients to ICTAP priority at other agencies. If you are a career or career conditional employee at grade CM-1/CG-15 or below who eventually receives a *specific* RIF notice of separation, you will be eligible for priority selection through ICTAP (Interagency Career Transition Assistance Program). To receive this consideration, you must apply for specific vacancies, at or below your current grade level, that are posted at other federal agencies. All postings that are open to candidates outside of the agency are posted on U.S. Office of Personnel Management's USAJOBS web site. If you are determined to be well-qualified for the position, management is obligated to select you or another ICTAP eligible before other outside candidates. Further information on ICTAP will be provided with specific RIF notices, and is in the CTAP directive 2800.5.

**What is being done to mitigate the impact of these reductions?**

As you know, the Corporation is offering a buyout through May 2nd, 2005. The buyout program has been very successful in the past in reducing the number of individuals affected by RIF. In addition, DOA/HRB hosted two well-attended job fairs in DC and Dallas in February 2005.

HRB continues to support employees through a series of lunch and learn sessions and workshops which cover a wide range of topics related to career management and worklife. Individual career counseling as well as assistance in resume preparation, job search techniques, interviewing skills, managing change and the finances of change, are a sampling of services provided through our career counseling centers and Worklife Program. In addition, individual retirement counseling has been provided extensively in both DC and Dallas.

**Why are RIFs being announced when the results of the buyout are not fully known?**

Due to contractual obligations, the union must be notified at least 120 calendar days in advance of implementing a reduction in force. Since the results of the buyout will not be known until the May timeframe, we must proceed on the assumption that a RIF will be necessary to meet the required reductions by the beginning of September, 2005. After the buyout window closes and the results of the buyout are fully assessed, the final decision regarding the RIF will be made. While we remain hopeful that the buyout will greatly reduce the impact of the RIF, we do not anticipate that it will be able to totally eliminate the need to conduct reductions in force.

**If my Division gets down to their staffing numbers through buyouts, will a RIF still be necessary?**

Unfortunately, numbers alone will not eliminate the need for a RIF. In addition to meeting the target staffing numbers, the Division would also need to have individuals with the right skill sets at the right grade level to totally avoid a RIF.

**What should I be doing to prepare for a RIF in my organization?**

To prepare for a reduction in force, employees should make certain that their personnel records are complete and up to date. A letter will be sent to you within the next couple of days which identifies data from your personnel records which will be used to determine your retention standing in the RIF. You should review these data elements and notify HRB if they are not correct and supply any missing information as appropriate. In addition, you will be asked to provide an updated federal resume or OF-612 for your Official Personnel Folder (OPF) which will be used to help determine your assignment rights in a reduction in force.

# **EXHIBIT 18**

**(DIT Informational RIF Notice)**

## Craig, Charlotte A.

| | |
|---|---|
| **From:** | Bartell, Michael E. |
| **ent:** | Tuesday, April 05, 2005 8:22 AM |
| **To:** | DIRM DC |
| **Subject:** | Informational RIF Notice |

**Attachments:**    EMPLOYEE OCCUPATIONAL PREFENCE FORM.doc; Info RIF Notice Q A's - 2005.doc

**This message is intended for all HQ DIT employees at the CM-1/GC-15 grade levels and below, excluding students.**

**TO:**    Division of Information Technology Employees in Grades CM-1/CG-15 and Below (excluding students)

Located in Washington, DC

**FROM:**    Michael E. Bartell
Chief Information Officer and Director, Division of Information Technology

**SUBJECT:**    Informational Notice of Reduction In Force

This is an informational notice of a reduction-in-force (RIF) of grades CM-1/CG-15 and below positions in the Division of Information Technology (DIT), Washington, DC. While the outcome of the RIF is not known at this time, this notice is intended to alert you to the possibility that you could be impacted through the RIF ⁻rocess. The reduction in force in DIT is necessary due to reorganization. This in no way is a reflection of ⸴our current or past job performance or contributions to the Division and the Corporation.

We are providing you with this notice in accordance with FDIC Circular 2100.4, Corporate Reduction in Force Policy. If you are a permanent employee at grade CM-1/CG-15 or below, this notice also establishes your eligibility for the Career Transition Assistance Program (CTAP) as outlined in FDIC Circular 2800.5, FDIC Career Transition Assistance Plan. CTAP provides selection priority for FDIC vacancies at or below your current grade level.

The planned effective date of the reduction-in-force is September 3, 2005. At least 60 days prior to the effective date, we will issue *specific* RIF notices to impacted employees identifying the action that will be taken and describing the benefits and entitlements associated with that action.

In the near future, the Division of Administration's Human Resources Branch (HRB) will provide you with your personal RIF essential information on file in your official personnel records. This information will be used in determining your retention standing and has an impact on your placement rights in a reduction-in-force. Please review and verify this information as soon as you receive it. **As a reminder, briefings are being conducted today and tomorrow (April 5 - 6, 2005) from 1 PM to 4 PM in the Auditorium at Virginia Square to explain the RIF process, the retention data, and CTAP.**

If you are concerned that you may have work experience, education or training information that is not reflected in your Official Personnel Folder maintained by HRB, we encourage you to submit a current resume or Optional Application for Federal Employment (OF-612) which accurately reflects your total background and xperience. In addition, Corporate Reduction in Force Policy, FDIC Circular 2100.4, requires that FDIC solicit ⁻n the informational notices of reduction in force employees' preference in assignment when assignment rights can be satisfied by more than one position. Please complete the attached form and list your occupational preference in priority order, with number one representing your first choice. Your updated federal resume or

1

AL-DIT-00524

OF-612 (if you chose to submit one) and the Employee Occupational Preference form must be provided to HRB for use in the RIF process no later than May 6, 2005. Washington employees should submit this information by hand delivery or via interoffice mail to the attention of Ghislain.Aka, DOA/HRB/Room PA-1730-5059B.

The FDIC would also like to remind you of the Career Transition and Outplacement (CTOP) services and resources that are available. FDIC employees may receive confidential one-on-one job search assistance from a professional Career Counselor. Additionally, there are a variety of excellent books and videos available for checkout on various Career Transition subjects. For information on how to access these services and resources in your location, go to the FDIC Home Page, next go to "My Career," "Career Management Program," "Individual Career Counseling Services," or call the Headquarters Career Management Program at (202) 898-3865.   Employees receiving an informational RIF notice are entitled to 48 hours of administrative leave; 8 hours (or 9 hours for employees on CWS) may be used per pay period. Receipt of this notice does not constitute an additional 48 hours to those employees who may already have taken advantage of this benefit. The 48 hours is reduced by any time you have already taken (whether recently or in the past) as a result of your position having been on a CTOP Matrix or your having submitted a buyout application.

If you have any questions on this notice, please contact Jo Rita Campbell in the HRB on (202) 942-3158 or Charlotte Craig in DIT on (703) 516-1178.

Attachments

Employee Occupational Preference Form
Q & A's on the Informational RIF Notice


EMPLOYEE
JPATIONAL PREFEN


Info RIF Notice Q
A's - 2005....

AL-DIT-00525

# EXHIBIT 19

**(DIT Post-Buyout Update)**

**Craig, Charlotte A.**

| | |
|---|---|
| **From:** | Bartell, Michael E. |
| **Sent:** | Wednesday, May 18, 2005 11:26 AM |
| **To:** | DIRM CORPORATE |
| **Cc:** | Crosser, Joy R.; Collins, James D.; Mergen, Pam; Bell Jr., Eugene; Lawrence, James R.; Mendelsohn, Randi L.; Torrado, Miguel A.; Campbell, Jo Rita |
| **Subject:** | Post-Buyout RIF Planning Update (HQ staff) |
| **Attachments:** | DIT Post-Buyout RIF update.doc |

**TO:**       All Division of Information Technology Employees

**FROM:**   Mike Bartell, Director

**SUBJECT:**   Post-Buyout RIF Planning Update

DIT management has very good news for employees. The buyout that concluded on May 2nd was a big help in meeting the restructuring needs of the Division. An initial post-buyout assessment of the remaining skills and grade levels lead us to believe that it may be possible to significantly reduce the scope of a reduction in force (RIF), if not eliminate it entirely.

DIT will not be releasing specific RIF notices on June 30th. Employees will not be required to be present at work on June 30th, as previously instructed, and therefore may schedule leave or take compressed work schedule days on June 30th with supervisory approval. The informational RIF notice issued on April 5th is, however, still in effect, and DIT employees still have CTAP priority placement rights for job postings.

The RIF action, to whatever extent it may occur, will need to be delayed as we continue to work on the alternatives under established surplus placement procedures for filling jobs and avoiding the disruption of RIF. To that end, I want to first let you know where DIT stands with overall excess incumbents at each grade. These are not the same numbers as the surpluses identified on the CTOP Matrix for DIT; this is just a count of the raw numbers:

| Pay Plan and Grade | Total number of excess DIT employees in these grades <u>across all job series</u>, post-buyout program participation that concluded on 5/2/05 |
|---|---|
| EM | 0 |
| CM-2 | 0 |
| CM-1/CG-15 | 0 |
| CG-14 | 4 |
| CG-13 | 0 |
| CG-12 | 2 |
| CG-11 | 1 |
| CG-9 | 3 |
| CG-8 | 0 |

AL-DIT-00534

| CG-7 | 2 |
| CG-6 | 2 |
| CG-4 | 0 |

The buyout also resulted in having more positions than staff currently holding CM-1/CG-15, CG-13, and CG-8 grade levels. However, in order to avoid a RIF, several things, which involve both management and employees, will need to happen over the coming weeks:

1. Starting at the CM-1/CG-15 grade level and working down each of the grade levels, we must be successful in identifying a position for which an employee is qualified and can be placed at his or her grade level. This is currently in process.

2. Once placement of all staff who meet qualification requirements at a given grade level has been determined, if vacancies remain at that grade, a limited number of these vacancies may be posted to provide an opportunity for movement of staff who are in grade levels where the number of employees exceeds vacant positions. In some cases that might mean an opportunity for promotion for those who are in positions at a lower grade; in other cases it might present the option for a voluntary change to lower grade with indefinite saved pay.

3. If employees are successful in competing for vacancies, and if we are successful in matching all remaining employees into positions for which they are qualified at their current grade, we then will be able to avoid a RIF completely.

Until this process has been worked and the results are known, the possibility of a RIF still exists. The effective date of the RIF, should one be necessary, may be delayed several weeks. If a RIF is necessary, employees impacted by a RIF will be given at least 60 days specific notice before a RIF action is effected.

It is our plan to work as quickly as possible to determine if staffing surplus can be eliminated in DIT and to keep you informed as to our progress. I know this has been a difficult time for all of you, but I am hopeful that with a little more time and effort we can be successful in minimizing the impact of or avoiding altogether a RIF.

I encourage you to also continue to actively follow the FDIC Career job listings, and apply for any of the upcoming DIT job postings that you feel qualified to perform. In addition, if you haven't already done so, I encourage you to meet with the staff and explore the resources in DOA's Career Management Program available to work on your resume.

AL-DIT-00535

4/3/2007

# **EXHIBIT 20**

**("6/13/05 Bovenzi Memo")**



**Corporate University**

Corporate University Sitemap   Search Corporate University   Corporate University Home   Search FDICnet   Home

## The FDIC Corporate Employee Program

**CE Home**

**Certificate Programs**

**Commissioning**

**What's in It for Me**

**Success Stories**

**CEP Benchmarks**

**Class Photos**

**Links**

**What's New**

### COO Bovenzi E-mail: Corporate Employee Program Update, Phase One Implementation

| | |
|---|---|
| **MEMORANDUM TO:** | **All FDIC Employees** |
| **FROM:** | **John F. Bovenzi** <br> **Deputy to the Chairman and Chief Operating Officer** |
| **Subject:** | **Corporate Employee Program Update Phase One Implementation** |

**June 13, 2005**

I am pleased to report that we are fast approaching full implementation of all three facets of Phase One of the Corporate Employee Program. First, current FDIC employees who applied for and were accepted into a program preparing them to become commissioned Financial Institution Examiners will begin their new assignments on June 27, 2005, either as Financial Institution Specialist ("FIS") Associates reporting directly to the Division of Supervision and Consumer Protection or as FIS Trainees and Assistants reporting directly to Corporate University. The FIS Associates will be following a traditional training program designed to achieve a commission in risk management or compliance within a specified timeframe, currently three years. The FIS Trainees and Assistants reporting directly to Corporate University will include several new external hires and they will follow a new and innovative training program, described in greater detail below. Finally, 189 commissioned DSC examiners with prior resolutions experience are currently taking readiness training in either Claims or Franchise Marketing and will complete this training by June 30.

Under the auspices of Corporate University, FIS Trainees and Assistants will achieve their commissioning through a new, corporately focused training program. FIS Trainees and Assistants will be required to attain commissioned status and earn a certificate in at least one functional area outside of their area of commissioning within a specified time frame, currently four years. FIS Trainees and Assistants, while reporting to Corporate University, will participate in an intensive year-long training program that includes a series of developmental assignments in DSC, DRR, and DIR, as well as CU curricula, in order to build critical skills and a corporate perspective of business line operations. Because significant on-the-job training is included in the FIS Trainees' and Assistants' developmental program, these individuals will be working with many of you and looking to you for guidance and training, and will be modeling your behaviors.

FIS Trainees and Assistants will be evaluated against detailed performance standards and objectives for each work assignment. Throughout their first year, FIS Trainees and Assistants will be closely evaluated and monitored

**AL-CU-00112**



by both CU and functional host supervisors regarding their progress. Following their first year, and depending upon corporate needs and individual aptitude, FIS Trainees and Assistants will either be placed in the Risk Management, Compliance, or Resolutions and Receiverships (once established) commissioning track. For years 2, 3, and beyond, FIS Trainees and Assistants will report directly to a supervisor within their business line commissioning track. Functional supervisors will be expected to provide on-going feedback concerning FIS progress and areas for program enhancement to CU.

Classes of FIS Trainees and Assistants may be comprised of any combination of new-hires, existing FDIC employees who hold status positions, or former participants in the Student Cooperative Education Program (SCEP). Depending on expected hiring needs, class size will range from 20 to 40 individuals and classes will start in staggered intervals throughout the calendar year. FIS Trainees and Assistants, with the exception of existing FDIC employees who hold status positions, undertake this challenge as part of a Career Internship program that does not confer permanent employee status.

The implementation of the CEP will help ensure the continued viability and success of the FDIC as an organization, one that is corporately-focused, encourages cross-functionality, and promotes flexibility and collaborative approaches to high-level and mission critical functions. Implementation of Phase One is an important first step to achieving this goal. Future phases of the CEP will include all business line and support organizations and will further strengthen the FDIC's ability to readily address shifting corporate priorities and changing workload needs.

---

Last Updated: xx/xx/2005      Search FDICnet | Home      DIRM Transformation Office

AL-CU-00113

# **EXHIBIT 21**

**(Specific RIF Notice)**



**FDIC**

Federal Deposit Insurance Corporation
550 17th St. NW Washington DC, 20429

Division of Administration

June 30, 2005

Memorandum

To:     Ann A. Bonner
        Division of Resolutions & Receiverships
        Field Operations Branch
        Dallas, Texas

From:   Miguel A. Torrado
        Associate Director, Human Resources Branch
        Division of Administration

Subject:  Specific Notice of Reduction in Force (RIF) - Separation

I regret to inform you that you will be affected by a reduction in force (RIF) action. This RIF is necessary due to a lack of work and/or a need to reorganize the way we perform our work.

In accordance with RIF procedures (as specified in Title 5, Code of Federal Regulations, Part 351 and FDIC Circular 2100.4, Corporate Reduction in Force Policy), you will be released from your competitive level and, based upon your retention standing, you do not have an assignment right to another position in the competitive area. Consequently, you will be separated from the Federal service effective September 3, 2005. You will continue in your present position during this specific notice period. You will be notified in the event that a position becomes available during the notice period.

To conduct the RIF, retention registers were prepared which listed employees in order by veteran's preference, civil service tenure, length of Federal service, and performance ratings. The following information was used to determine your retention standing as of the RIF effective date:

    Competitive Area:        Division of Resolutions and Receiverships
                             Dallas, Texas Commuting Area

    Type of Service:         Competitive Service
    Work Schedule:           Full-time
    Position:                Resolutions & Receiverships Spec., 65S138
    Competitive Level:       CG-1101-12-S002
    Tenure Group and Subgroup: IB

    Three Most Recent Performance Ratings:
        Performance Cycle
        Ending on:               Rating
        08/31/2004               Meets
        08/31/2003               Does Not Meet
        08/31/2002               Meets

Additional years of credit based upon performance ratings:  8
Adjusted RIF SCD:  07/31/1972

You will be eligible for an annuity following your separation. Since you are eligible for an annuity, you are not eligible for severance pay. General information about leave and benefits is contained in Attachments 1 (Separating Employee Guide) and 2 (Employee's Guide to Benefits). Specific information regarding unemployment insurance is contained in Attachment 3.

Because you are being separated through a RIF action, you are eligible for career transition and placement assistance. Attachment 2 outlines the process to follow to receive selection priority for the Career Transition Assistance Program (CTAP), the Reemployment Priority List (RPL) and the Interagency Career Transition Assistance Program (ICTAP). FDIC's CTAP provides special selection priority to other positions within FDIC. This program is in effect until your RIF separation. The RPL provides priority referral after your separation to FDIC positions in the local commuting area. The registration form for the RPL program is provided in Attachment 4. The ICTAP affords priority selection for positions in other Federal agencies in the local commuting area. The ICTAP selection priority is in effect now and continues up to one year after your separation. In addition, you are also eligible for FDIC's Career Transition and Outplacement (CTO) services and resources. Career counselors are available to help you develop a career transition plan and provide individual job search assistance. Sessions of the "Career Transition and Outplacement Workshop" will be available for enrollment. Please refer to Attachment 5 for specific information on how to access CTO services and resources.

You may authorize the Human Resources Branch (HRB) to release your qualifications information to Federal, state, and private sector agencies and organizations. A release authorization form is provided in Attachment 6 and should be returned to HRB, Room 10012.

If you elect to resign before the effective date of the RIF, your separation will still be considered involuntary for purposes of eligibility if you are retiring under the discontinued service retirement option. Please be advised that an early departure may affect your eligibility for placement assistance and your appeal rights. You are strongly encouraged to contact HRB to determine how an early departure may affect your benefits.

This action is being taken in accordance with the applicable civil service RIF regulations and procedures. The HRB has copies of the retention registers, RIF regulations, and records affecting your action. You may make an appointment to review this material by calling Les Nicholson on (972) 761-2176. For benefits information and annuity estimate or application for retirement, please contact Kathy Bibi on 703-516-1149 for an appointment. An Information Directory, which includes FDIC points of contact for questions and services available to assist you as a result of this action, is provided as Attachment 7. Attachment 8 provides answers to most frequently asked questions related to this reduction in force.

If you believe that your retention rights have been violated, you may appeal this action to the Merit Systems Protection Board (MSPB). Your appeal may be filed electronically or by paper. If you choose to appeal electronically, you must do so by accessing the MSPB website at

https://e-appeal.mspb.gov/ to create and file your appeal.    However, if you choose to file a paper appeal, it must be directed to the Regional Director, U.S. Merit Systems Protection Board, Dallas Regional Office, 1100 Commerce Street, Room 620, Dallas, Texas 75242-9979, telephone (214) 767-0555, Facsimile (214) 767-0102.  Your appeal must be filed any time after the effective date of the action being appealed until no later than 30 calendar days after the effective date.  Failure to file an appeal within the time limit will result in dismissal of the appeal as untimely filed, unless you can show good cause for the delay.  A copy of the appeal form and the MSPB appeal regulations are included as Attachment 6.

This RIF action does not reflect on your service, performance or conduct.  It is being taken solely for the reason stated. FDIC is appreciative of your service and sincerely regrets taking this action.

Attachments:

1. Separating Employee Guide
2. Employee's Guide to Benefits
3. Fact Sheet - Unemployment Compensation Insurance for Federal Workers
4. Reemployment Priority List (RPL) Application
5. FDIC's Career Transition and Outplacement (CTO) Services and Resources
6. Authorization to Release Qualifications Information
7. Information Directory
8. Reduction in Force Questions and Answers
9. MSPB Appeal Form and Regulations


RECEIPT ACKNOWLEDGED:
Reduction in Force - Separation


Signature: _____  Date: 7/13/2005
           Ann A. Bonner

# **EXHIBIT 22**

**(DIT 2005 Corporate IT Accomplishments)**

## Division of Information Technology

DIT Sitemap  DIT Search  DIT Home  Search FDICnet  Home

## 2005 Corporate IT Accomplishments

## Improving Information Technology Administration and Management

### Transformation

In 2005, the FDIC completed critical steps in the initiative to transform the information technology (IT) program of the Corporation. DIT began the year facing the possible Reduction in Force (RIF) of over 100 employees and offered informational briefings, job fairs, the corporate buyout program, and career counseling to staff in order to provide as many avenues as possible to career change. In all, 119 employees left DIT by means of retirement, resignation, or transfer to other divisions or agencies, and a RIF was avoided. The new DIT organization, which became effective September 4, was then staffed through transfer of existing staff and job postings to fill vacancies. Benefits resulting from the transformation include:

- A leaner organization with one-third fewer staff, half as many managers, and an increased span of control
- Realigned delivery management structure that is organized to parallel the new systems development life cycle (Rational Unified Process - RUP) rather than stove-piped by client organization
- New delivery management structure that, in conjunction with the new Project Management Organization (PMO), provides a consistent approach for all IT projects
- Establishment of dedicated client liaisons to enhance customer support and IT understanding of the business line
- Implementation of mandatory supervisor, manager and employee training including a management boot camp, the history of the FDIC, and fundamental courses in each of the primary FDIC business lines
- A targeted long-term plan for personal and technical development of all DIT employees resulting from a new skills assessment to be conducted in 2006

### Contract Consolidation

In 2005, FDIC continued developing a new sourcing strategy for obtaining IT service support. This strategy included partnering with the private sector, DIT customers, and other federal agencies; the use of performance-based, results-driven contracts; the consolidation of nearly 100 support contracts into several large multi-year contracts; and the appointment of full-time professional Oversight Managers to manage and administer these contracts. The structure of the new contracts places the emphasis on contractor performance and links contractor compensation to results achieved rather than costs incurred.

In April, FDIC awarded Information Technology Application Services (ITAS) Basic Ordering Agreements worth over $500 million during a ten-year period to IBM, Booz Allen Hamilton, Lockheed Martin, and Pragmatics. These contracts allow for the consolidation of up to 56 existing contracts, and DIT is on target to consolidate as many as 20 of the 56 contracts by year end 2005. Two task orders were awarded to IBM for maintenance support for closed bank applications and Booz Allen Hamilton for maintenance support for open bank applications.

Continuing the consolidation effort, FDIC awarded an IT Security Self Assessment contract to BearingPoint. This five-year contract consolidates security self assessment and monitoring activities to provide security reviews, solutions, certification and accreditation (C&A)/security testing and evaluation (ST&E) support, and ongoing innovation that reflect industry best practices

tailored to the Corporation's unique regulatory role.

### Capital Investment Review Committee (CIRC)

In 2005, DIT facilitated the review and update of the FDIC's Capital Investment Policy, which provides a framework to ensure appropriate management oversight of capital investment projects.

Of the nine original capital investment projects under the CIRC review, six have been completed:

- Virtual Supervisory Information on the Net (ViSION)
- Laptop Replacement
- FDICconnect
- Corporate Human Resources Information System - Time & Attendance (CHRIS T&A)
- IT Infrastructure Modernization
- Federal Financial Institutions Examination Council (FFIEC) Call Modernization

The Asset Servicing Technology Enhancement Project (ASTEP), the final modules of the New Financial Environment (NFE), and the Legal Integrated Management System (LIMS) are in process. In all cases, the process put in place to monitor their construction has been a major reason for the initial success.

### Leadership in Enterprise Architecture (EA)

A comprehensive EA program was developed and FDIC is in continual communication with other public and private sector organizations to ensure it incorporates industry best practices and modern technology. During 2005, FDIC exchanged EA information with the Securities and Exchange Commission (SEC), the Department of Homeland Security (DHS), and General Services Administration (GSA); participated in conferences where attendees requested information about FDIC's EA program to assist them in working toward the level of EA maturity that the Corporation has attained; and shared best practices for data management and EA stakeholder communications and engagement at a number of conferences.

### EA Advisory Forum

The EA Advisory Forum (EAF) was established in the third quarter of 2005 to advise DIT on corporate EA strategies, standards, and practices, and to provide a platform for issues such as enterprise application integration, interoperability across platforms, business and IT alignment, and seamless adoption of new technology.

### Enterprise Architecture (EA) Repository

Troux Enterprise Baseline was implemented in 2005 to efficiently manage EA-related data in a centralized repository. This tool is used to support the Corporation's business and IT decision making as well as to facilitate business and IT operational analyses and governance processes. The September release enabled FDIC to retire and replace one of its more costly software products (CA Advantage).

### Strategic Technology Planning

During 2005, a formal strategic planning process was developed to address the following goals:

- Target technical architecture – reducing the number of computing platforms to save costs and reduce complexity
- Application development – determining the methodology, tools, middleware, and

application styles that provide the most agile environment for the business
- Portals – deciding how FDIC should leverage different portal products
- Enterprise Data Warehouse - reducing duplication of data and increasing performance for reporting activities

## DIT Balanced Scorecard

DIT has made significant progress on the development of a balanced scorecard to identify performance measures that demonstrate to clients the value of IT and its alignment with strategic business objectives. The scorecard addresses skill and development, efficient operations, managing IT, and meeting customer expectations. The first DIT Scorecard was produced and published for the quarter ending June 30. DIT is also assisting the client areas in selecting a commercial off-the-shelf software package that will assist them in preparing their divisional balanced scorecards as well as producing a corporate scorecard that will reflect how well the FDIC is meeting its corporate objectives.

## Program Management Office (PMO)

A significant element of the DIT Transformation in the third quarter of 2005 was the establishment of a formal PMO to provide a centralized approach for initiating, planning and managing all IT projects, defining standardized management methodologies, and facilitating the collection and analysis of metrics to select and monitor the project portfolio.

## Systems Development Life Cycle (SDLC) Improvement Initiative

Early in 2004, an effort was initiated to update the methodology used for its systems development efforts, which resulted in the selection of the Rational Unified Process (RUP), an iterative, risk-based methodology which FDIC requires for all software application projects. In 2005, significant progress was made in implementation of the RUP, including several different levels of training and coordinating RUP usage with new IT vendors.

## Internal Controls

In 2005, DIT developed and implemented an interim internal control program for its transformation covering the division's reorganization and staffing, NFE internal implementation in DIT, contract consolidation and security (including privacy). Using this as a foundation, DIT developed new Risk Assessments and Management Control Plans for the division and completed over 40 internal controls reviews focusing on these key aspects of the DIT transformation.

## E-Discovery

Early in 2005, the E-Discovery Group was formed to define the legal requirements for managing, accessing, and controlling electronic information throughout its lifecycle. Since most interoffice memorandums and communications today are in electronic format, this has significantly altered discovery – the process by which parties in litigation request documents from each other and answer each other's interrogatories and requests for admission.

## Reporting Tool Analysis

In early 2005, an analysis related to reporting tool software in use at FDIC was completed. The result of the study indicated that out of the 17 reporting products in use, five can be eliminated. In addition, four products will be recommended for retirement over the next two to three years. The four products recommended for retirement support a total of 41 applications and will require migration to new technology.

Contents | Next