# **EXHIBIT 24**

**(Declaration of Joy Crosser)**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA ALIOTTA, et al<br><br>Plaintiffs,<br><br>v.<br><br>SHEILA C. BAIR,<br>Chairman,<br>Federal Deposit Insurance Corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)   Case No. 1:05-cv-02325-RMU<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF JOY R. CROSSER

1. My name is Joy R. Crosser and I have personal knowledge of each matter stated herein for the reasons set forth below.

2. I am employed by the Division of Administration of the Federal Deposit Insurance Corporation ("FDIC" or "Corporation") in the Human Resources Branch. My job title is Senior Human Resources Specialist, and I am a grade 14 employee.

3. I have more than 29 years of federal service and have been a human resources specialist since 1982.

4. My expertise is in staffing policy, which covers recruitment, qualifications issues, and hiring and assignment practices. I have worked in FDIC's human resources policy group since May 1993.

5. Prior to joining the FDIC, I was employed in the Office of Personnel Management's Washington Area Office. I was responsible for the operations of the Displaced Employee Unit, which was the federal program that assisted employees who lost their jobs through reductions-in-force.

6. As part of my job responsibilities, I coordinated the employee notification process for the 2004/2005 FDIC Buyout Program to ensure that all eligible employees were informed of the terms and conditions of the Buyout Program.

7.  In November 2004, notification via e-mail was sent to all eligible employees in the various divisions and offices to inform them of their eligibility to elect the buyout as well as the specific terms of the Buyout Program for their division or office.

8.  A true and correct copy of the notification e-mail that was sent to DRR employees in Dallas and Washington, D.C. on November 2, 2004, is attached hereto as Exhibit 24-1.

9.  At about the same time, Buyout Fact Sheets incorporating similar information about the specific terms of the Buyout Program for each division and office were posted on the FDIC's internal website. Copies of the Buyout Fact Sheets for the various divisions and offices (DIR, DIRM, DOA, DOF, DRR, DSC, Legal, ODEO, OERM, OIG, OO and OPA) are attached hereto as Exhibit 24-2.

10. Subsequently, the 2004/2005 FDIC Buyout Handbook was posted on the FDIC's internal website, in order to provide more detailed information to employees about the terms and conditions of the buyout. A copy of the 2004/2005 FDIC Buyout Handbook is attached hereto as Exhibit 24-3.

11. An additional part of my job responsibilities was to coordinate the receipt and tracking of employee applications for the 2004/2005 FDIC Buyout Program from its inception in November 2004 until the final buyout application/revocation date, which was May 2, 2005 (except for DSC employees, for whom the final buyout application/revocation date was December 15, 2004).

12. A total of 578 FDIC employees elected to take the buyout. The number of employees in each division and office electing the buyout was as follows:

| | |
|---|---|
| Board of Directors | 1 |
| DIR | 16 |
| DIRM | 114 |
| DOA | 84 |
| DOF | 27 |
| DRR | 132 |
| DSC | 105 |
| Legal Division | 66 |
| ODEO | 3 |
| OERM | 2 |
| OIG | 20 |
| OO | 6 |
| OPA | 2 |
| | |
| Total | 578 |

13. The 132 DRR employees who voluntarily elected to take the buyout resigned, retired or retired early (under voluntary early retirement authority (VERA) granted to FDIC by USOPM).

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct to the best of my knowledge and belief.

_Joy R Crosser_ (signature)                                        2-21-08

_____                    _____
Joy R. Crosser                                                        Date

3

# **EXHIBIT 24-1**

**(DRR Buyout Notification)**

| | |
|---|---|
| **From:** | Crosser, Joy R. |
| **Sent:** | Tuesday, November 02, 2004 4:59 PM |
| **To:** | DRR DC; DRR DAL |
| **Subject:** | 2004 Buyout Program (DRR Dal) |

*You are receiving this message because the Division of Resolutions and Receiverships is participating in FDIC's 2004 Buyout Program that John F. Bovenzi, Deputy to the Chairman and Chief Operating Officer, announced to all employees on October 26, 2004.*

*Below are the details on who in DRR may apply, program dates, who to contact, and how get approval, plus a link that will take you to the DOA web site that has all the Buyout program forms and information.*

## Division of Resolutions and Receiverships Buyout

### Who may apply:

All permanent DRR employees assigned to Washington and Dallas, except for employees occupying EM positions. There is no minimum FDIC service requirement.

**Important:** Read the Buyout 2004 Handbook for general limitations on who may NOT participate in the buyout.

### Effective Dates:

Applications will be accepted no earlier than **November 2, 2004.**

The earliest departure date for approved buyout applicants is **November 27, 2004.**

Note: The first buyout payments will be available **no earlier** than **January 15, 2005.**

Applications must be received by **May 2, 2005.**

The last day to rescind a buyout application is **May 2, 2005.**

**Last date for departure will be May 14, 2005** (which is a Saturday; last regular workday is May 13th). No one, even those who may have been advised by a management official of a continuing need for their services, may request a buyout departure date later than May 14, 2005.

DRR management may delay employees' departures if there is a critical need for their continued support of mission objectives. These delayed departures will be approved by the Chairman or his designee. The last date that a delayed departure can be made effective by DRR management due to workload reasons, or by employees staying on annual leave or leave without pay past May 14, 2005 in order to reach retirement eligibility is **August 30, 2005.**

### How to Apply:

Print and complete two copies of the appropriate statement of intent to retire or resign, which you will find on the 2004 Buyout Website.

Submit one copy of your signed and dated statement of intent to Jim Seegers, Manager, Administrative Section in DRR (202) 898-6640 and the second to your DOA/HRB Buyout Coordinator listed on the 2004 Buyout website.

DRR management will contact you and the Buyout Coordinator to either confirm your requested date OR propose an alternative date within five business days following your submission. You have the right to rescind your application if you do not agree with the alternative separation date proposed by management.

Once you and DRR management are in agreement on your separation date, print off and complete the Buyout Program Payment Election Request, form 2800-35, also available on the 2004 Buyout website, and submit to your DOA/HRB Buyout Coordinator.

**Employees retiring with a buyout should give the Benefits Center at least one month's advance notice.**

**You may initiate contact with the Benefits Center to get retirement estimates and counseling without having first submitted or received approval for your buyout application.**

**The following link will take you to the 2004 Buyout Website.**

# EXHIBIT 24-2

**(Buyout Fact Sheets)**

### Division of Insurance and Research Buyout

**Who may apply:**

All permanent employees nationwide, except:
- Executive Managers
- Employees assigned to the Quantitative Risk Analysis Section of the Research Branch
- Employees hired by the FDIC on or after January 1, 2001.

**Important:** Read the Buyout 2004 Handbook for general limitations on who may NOT participate in the buyout.

**Effective Dates:**

Applications will be accepted no earlier than **November 8, 2004.**

The earliest departure date for approved buyout applicants is **November 27, 2004.**

Note:  The first buyout payments will be available **no earlier** than **January 15, 2005.**

Applications must be received by **May 2, 2005.**

The last day to rescind a buyout application is **May 2, 2005.**

**Last date for departure will be May 14, 2005 (**which is a Saturday; last regular workday is May 13th). No one, even those who may have been advised by a management official of a continuing need for their services, may request a buyout departure date later than May 14, 2005.

**Employees who are not retirement eligible as of May 14, 2005, but will become eligible for an immediate annuity by November 14, 2005 will be allowed to continue past their approved separation date on <u>annual leave and/or leave without pay</u> to cover the period between their approved separation date and the date of their first entitlement to an annuity.**

DIR may delay employees' departures up to December 31, 2006 if there is a critical need for their continued support of mission objectives.  These delayed departures will be approved by the Chairman or his designee.

**How to Apply:**

Print and complete two copies of the appropriate statement of intent to retire or resign, which you will find on the 2004 Buyout website.

Submit one copy of your signed and dated statement of intent to Krista Hughes, Program Specialist in DIR, (202) 898-3928 and the second to your DOA/HRB Buyout Coordinator listed on the 2004 Buyout website

DIR management will contact you and the Buyout Coordinator to either confirm your requested date OR propose an alternative date within five business days following your submission. You have the right to rescind your application if you do not agree with the alternative separation date proposed by management.

Once you and DIR management are in agreement on your separation date, print off and complete the Buyout Program Payment Election Request form 2800-35, which is also available on the 2004 Buyout website, and submit to your DOA/HRB Buyout Coordinator.

**Employees retiring with a buyout should give the Benefits Center at least one month's advance notice.**

**You may initiate contact with the Benefits Center to get retirement estimates and counseling without having first submitted or received approval for your buyout application.**

**The following link will take you to the <u>2004 Buyout Website</u>.**

## Division of Information Resources Management Buyout

**Who may apply:**

All permanent DIRM employees assigned to Washington, except for Officers of the Corporation. There is no minimum FDIC service requirement.

**Important:** Read the Buyout 2004 Handbook for general limitations on who may NOT participate in the buyout.

**Effective Dates:**

Applications will be accepted no earlier than **November 2, 2004.**

The earliest departure date for approved buyout applicants is **November 27, 2004.**

Note: The first buyout payments will be available **no earlier** than **January 15, 2005.**

Applications must be received by **May 2, 2005.**

The last day to rescind a buyout application is **May 2, 2005.**

**The last date for departure will be May 14, 2005** (which is a Saturday; last regular workday is May 13th). No one, even those who may have been advised by a management official of a continuing need for their services, may request a buyout departure date later than May 14, 2005.

DIRM management may delay employees' departures if there is a critical need for their continued support of mission objectives. These delayed departures will be approved by the Chairman or his designee. The last date that a delayed departure can be made effective by DIRM management due to workload reasons, or by employees staying on annual leave or leave without pay past May 14, 2005 in order to reach retirement eligibility is **August 30, 2005.**

**How to Apply:**

Print and complete two copies of the appropriate statement of intent to retire or resign which you will find on the 2004 Buyout Website.

Submit one of your signed and dated statement of intent to Charlotte Craig, Supervisory Administrative Management Analyst in DIRM, (703) 516-1178 and the second to your DOA/HRB Buyout Coordinator, which is listed on the 2004 Buyout Website.

DIRM management will contact you and the Buyout Coordinator to either confirm your requested date OR propose an alternative date within five business days following your

submission. You have the right to rescind your application if you do not agree with the alternative separation date proposed by management.

Once you and DIRM management are in agreement on your separation date, print off and complete the Buyout Program Payment Election Request, form 2800-35, and submit to your DOA/HRB Buyout Coordinator.

**Employees retiring with a buyout should give the Benefits Center at least one month's advance notice.**

**You may initiate contact with the Benefits Center to get retirement estimates and counseling without having first submitted or received approval for your buyout application.**

**The following link will take you to the <u>2004 Buyout Website</u>.**

## Division of Administration Buyout

**Who may apply:**

All permanent DOA employees nationwide, except for employees occupying EM positions. There is no FDIC service limitation.

**Important:** Read the Buyout 2004 Handbook for general limitations on who may NOT participate in the buyout

**Effective Dates:**

Applications will be accepted no earlier than **November 1, 2004.**

The earliest departure date for approved buyout applicants is **November 27, 2004.**

Note: The first buyout payments will be available no earlier than **January 15, 2005.**

Applications must be received by **May 2, 2005.**

The last day to rescind a buyout application is **May 2, 2005.**

**Last date for departure will be May 14, 2005** (which is a Saturday; last regular workday is May 13th). No one, even those who may have been advised by a management official of a continuing need for their services, may request a buyout departure date later than May 14, 2005.

DOA management may delay employees' departures up to December 31, 2006 if there is a critical need for their continued support of mission objectives. These delayed departures will be approved by the Chairman or his designee.

**Employees who are not retirement eligible as of May 14, 2005, but will become eligible for an immediate annuity by November 14, 2005 will be allowed to continue past their approved separation date on <u>annual leave and/or leave without pay</u> to cover the period between their approved separation date and the date of their first entitlement to an annuity.**

**How to Apply:**

Print and complete two copies of the appropriate statement of intent to retire or resign, which you will find on the 2004 Buyout website.

Submit one copy of your signed and dated statement of intent to Frances Childers, Administrative Officer in DOA, (202) 942-3554, and the second to your DOA/HRB Buyout Coordinator, listed on the 2004 Buyout website.

DOA management will contact you and the Buyout Coordinator to either confirm your requested date OR propose an alternative date within five business days following your submission. You have the right to rescind your application if you do not agree with the alternative separation date proposed by management.

Once you and DOA management are in agreement on your separation date, print off and complete the Buyout Program Payment Election Request form 2800-35, which is also available on the 2004 Buyout website, and submit to your DOA/HRB Buyout Coordinator.

**Employees retiring with a buyout should give the Benefits Center at least one month's advance notice.**

**You may initiate contact with the Benefits Center to get retirement estimates and counseling without having first submitted or received approval for your buyout application.**

**The following link will take you to the <u>2004 Buyout Website</u>**

## Division of Finance Buyout

### Who may apply:

All permanent DOF employees nationwide, except those in EM positions. There is no minimum FDIC service limitation.

**Important:** Read the Buyout 2004 Handbook for general limitations on who may NOT participate in the buyout.

### Effective Dates:

Applications will be accepted no earlier than **November 10, 2004.**

The earliest departure date for approved buyout applicants is **November 27, 2004.**

Note: The first buyout payments will be available **no earlier** than **January 15, 2005.**

Applications must be not later received by **May 2, 2005.**

The last day to rescind a buyout application is **May 2, 2005.**

**Last date for departure will be May 14, 2005** (which is a Saturday; last regular workday is May 13th). No one, even those who may have been advised by a management official of a continuing need for their services, may request a buyout departure date later than May 14, 2005.

**Employees who are not retirement eligible as of May 14, 2005, but will become eligible for an immediate annuity by November 14, 2005 will be allowed to continue past their approved separation date on <u>annual leave and/or leave without pay</u> to cover the period between their approved separation date and the date of their first entitlement to an annuity.**

DOF management may delay employees' departures if there is a critical need for their continued support of mission objectives. These delayed departures will be approved by the Chairman or his designee.

### How to Apply:

Print and complete two copies of the appropriate statement of intent to retire or resign, which you will find on the 2004 Buyout website.

Submit one copy of your signed and dated statement of intent to Monica Lopez, Administrative Specialist in DOF, (202) 416-7463 and the second to your DOF/HRB Buyout Coordinator listed on the 2004 Buyout website.

DOF management will contact you and the Buyout Coordinator to either confirm your requested date OR propose an alternative date within five business days following your submission. You have the right to rescind your application if you do not agree with the alternative separation date proposed by management.

Once you and DOF management are in agreement on your separation date, print off and complete the Buyout Program Payment Election Request form 2800-35, which is also available on the 2004 Buyout website, and submit to your DOF/HRB Buyout Coordinator.

**Employees retiring with a buyout should give the Benefits Center at least one month's advance notice.**

**You may initiate contact with the Benefits Center to get retirement estimates and counseling without having first submitted or received approval for your buyout application.**

**The following link will take you to the <u>2004 Buyout Website</u>.**

## Division of Resolutions and Receiverships Buyout

**Who may apply:**

All permanent DRR employees assigned to Washington and Dallas, except for employees occupying EM positions. There is no minimum FDIC service requirement.

**Important:** Read the Buyout 2004 Handbook for general limitations on who may NOT participate in the buyout.

**Effective Dates:**

Applications will be accepted no earlier than **November 2, 2004.**

The earliest departure date for approved buyout applicants is **November 27, 2004.**

Note: The first buyout payments will be available **no earlier** than **January 15, 2005.**

Applications must be received by **May 2, 2005.**

The last day to rescind a buyout application is **May 2, 2005.**

**Last date for departure will be May 14, 2005** (which is a Saturday; last regular workday is May 13th). No one, even those who may have been advised by a management official of a continuing need for their services, may request a buyout departure date later than May 14, 2005.

DRR management may delay employees' departures if there is a critical need for their continued support of mission objectives. These delayed departures will be approved by the Chairman or his designee. The last date that a delayed departure can be made effective by DRR management due to workload reasons, or by employees staying on annual leave or leave without pay past May 14, 2005 in order to reach retirement eligibility is **August 30, 2005**.

**How to Apply:**

Print and complete two copies of the appropriate statement of intent to retire or resign, which you will find on the 2004 Buyout Website.

Submit one copy of your signed and dated statement of intent to Jim Seegers, Manager, Administrative Section in DRR (202) 898-6640 and the second to your DOA/HRB Buyout Coordinator listed on the 2004 Buyout website.

DRR management will contact you and the Buyout Coordinator to either confirm your requested date OR propose an alternative date within five business days following your

submission. You have the right to rescind your application if you do not agree with the alternative separation date proposed by management.

Once you and DRR management are in agreement on your separation date, print off and complete the Buyout Program Payment Election Request, form 2800-35, also available on the 2004 Buyout website, and submit to your DOA/HRB Buyout Coordinator.

**Employees retiring with a buyout should give the Benefits Center at least one month's advance notice.**

**You may initiate contact with the Benefits Center to get retirement estimates and counseling without having first submitted or received approval for your buyout application.**

**The following link will take you to the 2004 Buyout Website.**

## Division of Supervision and Consumer Protection Buyout

**Buyout Cap:**
In DSC, no more than 100 buyout applications will be accepted.

**Who may apply:**
All permanent DSC employees who have been employed with the FDIC since before January 1, 1998 and occupy the following positions:

The primary group of employees who will be offered buyouts includes the following:

- Assistant Regional Directors
- Case Managers [does not include Case Manager (Special Activities)] CG-13 and 14
- Non-supervisory Examiners CG-570-13 and 14 [does not include the specialist examination positions (IT and Trust)]
- Non-supervisory Senior Compliance Examiners CG-570-13 and 14
- Examiners (Associate) CG-570-12

We will also approve buyout applications from a second group of DSC employees on a *contingent basis only*:

> CG-12 Examiners
> CG-12 Compliance Examiners

Buyout applications will be approved from this second group only if there is an insufficient number of buyout applications from the primary group identified above. Employees in this group interested in participating must apply under the same dates provided below.

**Important:** Read the Buyout 2004 Handbook for general limitations on who may NOT participate in the buyout

**Effective Dates:**

DSC will approve the first 100 applications

Applications will be accepted no earlier than **November 1, 2004.**

The earliest departure date for approved buyout applicants is **November 27, 2004.**

Note:  The first buyout payments will be available **no earlier** than **January 15, 2005.**

Applications must be received by **December 13, 2004.**

The last day to rescind a buyout application is **December 13, 2004.**

**Last date for departure will be December 31, 2004.**

**Employees who are not retirement eligible as of December 31, 2004, but will become eligible for an immediate annuity by June 30, 2005 will be allowed to continue past their approved separation date on <u>annual leave and/or leave without pay</u> to cover the period between their approved separation date and the date of their first entitlement to an annuity.**

DSC may delay employees' departures up to December 31, 2006 if there is a critical need for their continued support of mission objectives. These delayed departures will be approved by the Chairman or his designee.

**How to Apply:**

Print and complete two copies of the appropriate statement of intent to retire or resign, which you will find on the 2004 Buyout Website.

Submit one copy of your signed and dated statement of intent to June DeRousse, Chief, Administrative Management Section in DSC, (202) 898-7450 and the second to your DOA/HRB Buyout Coordinator listed on the 2004 Buyout website.

DSC management will contact you and the Buyout Coordinator to either confirm your requested date OR propose an alternative date within two (2) business days following your submission. You have the right to rescind your application if you do not agree with the alternative separation date proposed by management.

Once you and DSC management are in agreement on your separation date, print off and complete the Buyout Program Payment Election Request Form 2800-35, which is also on the 2004 Buyout website, and submit to your DOA/HRB Buyout Coordinator.

**Employees retiring with a buyout should give the Benefits Center at least one month's advance notice.**

**You may initiate contact with the Benefits Center to get retirement estimates and counseling without having first submitted or received approval for your buyout application.**

**The following link will take you to the <u>2004 Buyout Website</u>.**

**Corrected to update the pool of eligible positions, 11/2/2004**

## Legal Division Buyout

**Who may apply:**

All permanent Legal Division employees who have been employed with the FDIC since before January 1, 2001.

> **Exception:** All Legal Division employees who were serving on permanent appointments as of October 26, 2004, and are currently in Dallas, TX and Washington, DC are **not** limited by a FDIC service requirement.

**Important:** Read the Buyout 2004 Handbook for general limitations on who may NOT participate in the buyout

**Effective Dates:**

Applications will be accepted no earlier than **November 8, 2004.**

The earliest departure date for approved buyout applicants is **November 27, 2004.**

Note: The first buyout payments will be available **no earlier** than **January 15, 2005**.

Applications must be received by **May 2, 2005.**

The last day to rescind a buyout application is **May 2, 2005.**

**Last date for departure will be May 14, 2005** (which is a Saturday; last regular workday is May 13th). No one, even those who may have been advised by a management official of a continuing need for their services, may request a buyout departure date later than May 14, 2005.

**Employees who are not retirement eligible as of May 14, 2005, but will become eligible for an immediate annuity by November 14, 2005 will be allowed to continue past their approved separation date on <u>annual leave and/or leave without pay</u> to cover the period between their approved separation date and the date of their first entitlement to an annuity.**

Legal Division management may delay employees' departures if there is a critical need for their continued support of mission objectives. These delayed departures will be approved by the Chairman or his designee.

**How to Apply:**

Print and complete two copies of the appropriate statement of intent to retire or resign, which you will find on the 2004 Buyout website.

Submit one copy of your signed and dated statement of intent to Penny Elgas, Manager, Administration Unit in the Legal Division, (202) 898-6950 and the second to your DOA/HRB Buyout Coordinator listed on the 2004 Buyout website.

Legal Division management will contact you and the Buyout Coordinator to either confirm your requested date OR propose an alternative date within five business days following your submission. You have the right to rescind your application if you do not agree with the alternative separation date proposed by management.

Once you and Legal Division management are in agreement on your separation date, print off and complete the Buyout Program Payment Election Request form 2800-35, which is also available on the 2004 Buyout website, and submit to your DOA/HRB Buyout Coordinator.

**Employees retiring with a buyout should give the Benefits Center at least one month's advance notice.**

**You may initiate contact with the Benefits Center to get retirement estimates and counseling without having first submitted or received approval for your buyout application.**

**The following link will take you to the <u>2004 Buyout Website</u>**

## Office of Diversity and Economic Opportunity Buyout

**Who may apply:**

All permanent ODEO employees who have been employed with the FDIC since before January 1, 2001, except those occupying EM or CM positions.

**Important:** Read the Buyout 2004 Handbook for general limitations on who may NOT participate in the buyout.

**Effective Dates:**

Applications will be accepted no earlier than **November 9, 2004.**

The earliest departure date for approved buyout applicants is **November 27, 2004.**

Note: The first buyout payments will be available **no earlier** than **January 15, 2005.**

Applications must be received by **May 2, 2005.**

The last day to rescind a buyout application is **May 2, 2005.**

**Last date for departure will be May 14, 2005** (which is a Saturday; last regular workday is May 13th). No one, even those who may have been advised by a management official of a continuing need for their services, may request a buyout departure date later than May 14, 2005.

**Employees who are not retirement eligible as of May 14, 2005, but will become eligible for an immediate annuity by November 14, 2005 will be allowed to continue past their approved separation date on <u>annual leave and/or leave without pay</u> to cover the period between their approved separation date and the date of their first entitlement to an annuity.**

ODEO may delay employees' departures if there is a critical need for their continued support of mission objectives. These delayed departures will be approved by the Chairman or his designee.

**How to Apply:**

Print and complete two copies of the appropriate statement of intent to retire or resign, which you will find on the 2004 Buyout website.

Submit one copy of your signed and dated statement of intent to Peggy Fields, Resource Management Officer in ODEO, (202) 416-2446 and the second to your DOA/HRB Buyout Coordinator listed on the 2004 Buyout website.

ODEO management will contact you and the Buyout Coordinator to either confirm your requested date OR propose an alternative date within five business days following your submission. You have the right to rescind your application if you do not agree with the alternative separation date proposed by management.

Once you and ODEO management are in agreement on your separation date, print off and complete the Buyout Program Payment Election Request form 2800-35, which is also available on the 2004 Buyout website, and submit to your DOA/HRB Buyout Coordinator.

**Employees retiring with a buyout should give the Benefits Center at least one month's advance notice.**

**You may initiate contact with the Benefits Center to get retirement estimates and counseling without having first submitted or received approval for your buyout application.**

**The following link will take you to the <u>2004 Buyout Website</u>.**

## Office of Enterprise Risk Management Buyout

### Who may apply:

All permanent OERM employees who have been employed with the FDIC since January 1, 2001, except those occupying EM positions.

**Important:** Read the Buyout 2004 Handbook for general limitations on who may NOT participate in the buyout

### Effective Dates:

Applications will be accepted no earlier than **November 9, 2004.**

The earliest departure date for approved buyout applicants is **November 27, 2004.**

Note:  The first buyout payments will be available **no earlier** than **January 15, 2005**.

Applications must be received by **May 2, 2005.**

The last day to rescind a buyout application is **May 2, 2005.**

**Last date for departure will be May 14, 2005** (which is a Saturday; last regular workday is May 13th). No one, even those who may have been advised by a management official of a continuing need for their services, may request a buyout departure date later than May 14, 2005.

**Employees who are not retirement eligible as of May 14, 2005, but will become eligible for an immediate annuity by November 14, 2005 will be allowed to continue past their approved separation date on <u>annual leave and/or leave without pay</u> to cover the period between their approved separation date and the date of their first entitlement to an annuity.**

OERM may delay employees' departures if there is a critical need for their continued support of mission objectives.  These delayed departures will be approved by the Chairman or his designee.

### How to Apply:

Print and complete two copies of the appropriate statement of intent to retire or resign, which you will find on the 2004 Buyout website.

Submit one copy of your signed and dated statement of intent to Lasharn Hamilton, Administrative Officer in OERM, (202) 898-3626 and the second to your DOA/HRB Buyout Coordinator listed on the 2004 Buyout website

OERM management will contact you and the Buyout Coordinator to either confirm your requested date OR propose an alternative date within five business days following your submission.  You have the right to rescind your application if you do not agree with the alternative separation date proposed by management.

Once you and OERM management are in agreement on your separation date, print off and complete the Buyout Program Payment Election Request form 2800-35, which is also available on the 2004 Buyout website, and submit to your DOA/HRB Buyout Coordinator.

**Employees retiring with a buyout should give the Benefits Center at least one month's advance notice.**

**You may initiate contact with the Benefits Center to get retirement estimates and counseling without having first submitted or received approval for your buyout application.**

## Office of Inspector General Buyout

**Who may apply:**

Office of Inspector General employees assigned to one of the following positions will be eligible for the buyout and, if applicable, early retirement.

(1) Any OIG employee in a position that has been designated surplus (the OIG Human Resources Branch will notify each employee in such a position).

(2) Any OIG employee in a position designated incumbent only (the OIG Human Resources Branch will notify each employee in such a position).

(3) Other Office of Audit employees, not to exceed a cap of 10 and excluding employees hired by OA from bank examination backgrounds since January 1, 2001, at the following series and grade levels:
- Series 511 and 343 at CG-12 and 13.
- Series 2210 at CG-13 and 14.

If more than 10 applications are received from those in category (3), OIG management reserves the right to require employees who have applied to enter into an Employee Separation Agreement setting a separation date that employees will be held to absent extreme hardship or extraordinary circumstances.

**Important:** Read the Buyout 2004 Handbook for general limitations on who may NOT participate in the buyout. All references to the DOA/HRB should be assumed to be OIG Human Resources Branch for OIG employees seeking the buyout. **The following link will take you to FDIC's <u>2004 Buyout Website</u>.**

**Effective Dates:**

Applications will be accepted no earlier than **January 10, 2005 (8:00 a.m., Eastern Time).**

The earliest departure date for approved buyout applicants is **January 22, 2005.**

Applications must be received by **March 21, 2005 (4:00 p.m., Eastern Time).**

The last day to rescind a buyout application is **March 21, 2005.**

**Last date for departure will be April 2, 2005** (which is a Saturday; last regular workday is April 1st). No one, even those who may have been advised by a management official of a continuing need for their services, may request a buyout departure date later than April 2, 2005.

Office of Inspector General management may delay employees' departures if there is a critical need for their continued support of mission objectives. These delayed departures will be approved by the Inspector General or his designee.

**How to Apply:**

Print and complete a copy of the appropriate statement of intent to retire or resign in return for the buyout, which you will find on the FDIC 2004 Buyout website.

Submit one copy of your signed and dated statement of intent to the OIG Human Resources Branch in room 906 of the 801 Building in Washington. Field staff can fax the signed and dated statement of intent to the Human Resources Branch at (202) 416-2968 and mail the original for later delivery. The time of the fax will be used to establish the order of receipt.

OIG management will contact you to either confirm your requested date OR propose an alternative date within five business days following your submission. You have the right to rescind your application if you do not agree with the alternative separation date proposed by management.

Once you and OIG management are in agreement on your separation date, print off and complete the Buyout Program Payment Election Request form 2800-35, which is also available on the 2004 Buyout website, and submit to the OIG Human Resources Branch.

**Employees retiring with a buyout are encouraged to give the OIG Human Resources Branch at least one month's advance notice if possible.**

**You may initiate contact with the OIG Human Resources Branch to get retirement estimates and counseling without having first submitted or received approval for your buyout application.**

## Office of Public Affairs Buyout

**Who may apply:**

All permanent OPA employees at or below the CG-14 level, except Senior Writer/Editor CG-1082-14.

**Important:** Read the Buyout 2004/2005 Handbook for general limitations on who may NOT participate in the buyout.

**Effective Dates:**

Applications will be accepted no earlier than **March 11, 2004.**

The earliest departure date for approved buyout applicants is **April 2, 2004.**

Applications must be received by **May 2, 2005.**

The last day to rescind a buyout application is **May 2, 2005.**

**Last date for departure will be May 14, 2005** (which is a Saturday; last regular workday is May 13th). No one, even those who may have been advised by a management official of a continuing need for their services, may request a buyout departure date later than May 14, 2005.

**Employees who are not retirement eligible as of May 14, 2005, but will become eligible for an immediate annuity by November 14, 2005 will be allowed to continue past their approved separation date on <u>annual leave and/or leave without pay</u> to cover the period between their approved separation date and the date of their first entitlement to an annuity. Note: FDIC does not have authority from U.S. Office of Personnel Management to permit OPA employees to separate under the Voluntary Early Retirement Authority.**

OPA may delay employees' departures if there is a critical need for their continued support of mission objectives. These delayed departures will be approved by the Chairman or his designee.

**How to Apply:**

Print and complete two copies of the appropriate statement of intent to retire or resign, which you will find on the 2004/05 Buyout website.

Submit one copy of your signed and dated statement of intent to Acting Director Stan Ivie and the second to your DOA/HRB Buyout Coordinator listed on the 2004/05 Buyout website.

OPA management will contact you and the Buyout Coordinator to either confirm your requested date OR propose an alternative date within five business days following your submission. You have the right to rescind your application if you do not agree with the alternative separation date proposed by management.

Once you and OPA management are in agreement on your separation date, print off and complete the Buyout Program Payment Election Request form 2800-35, which is also available on the 2004/05 Buyout website, and submit to your DOA/HRB Buyout Coordinator.

**Employees retiring with a buyout should give the Benefits Center at least one month's advance notice.**

**You may initiate contact with the Benefits Center to get retirement estimates and counseling without having first submitted or received approval for your buyout application.**

**The following link will take you to the <u>2004/05 Buyout Website</u>.**

## Office of Ombudsman Buyout

### Who may apply:

All permanent OO employees who have been employed with the FDIC since before January 1, 2001.

**Important:** Read the Buyout 2004 Handbook for general limitations on who may NOT participate in the buyout.

### Effective Dates:

Applications will be accepted no earlier than **November 2, 2004.**

The earliest departure date for approved buyout applicants is **November 27, 2004.**

Note:  The first buyout payments will be available **no earlier** than **January 15, 2005.**

Applications must be received by **May 2, 2005.**

The last day to rescind a buyout application is **May 2, 2005.**

**Last date for departure will be May 14, 2005** (which is a Saturday; last regular workday is May 13th). No one, even those who may have been advised by a management official of a continuing need for their services, may request a buyout departure date later than May 14, 2005.

**Employees who are not retirement eligible as of May 14, 2005, but will become eligible for an immediate annuity by November 14, 2005 will be allowed to continue past their approved separation date on annual leave and/or leave without pay to cover the period between their approved separation date and the date of their first entitlement to an annuity.**

OO may delay employees' departures up to December 31, 2006 if there is a critical need for their continued support of mission objectives.  These delayed departures will be approved by the Chairman or his designee.

### How to Apply:

Print and complete two copies of the appropriate statement of intent to retire or resign, which you will find on the 2004 Buyout website.

Submit one copy of your signed and dated statement of intent to Cindy Kiernan, Administrative Officer in OO, (202) 942-3793 and the second to your DOA/HRB Buyout Coordinator listed on the 2004 Buyout website.

OO management will contact you and the Buyout Coordinator to either confirm your requested date OR propose an alternative date within five business days following your submission.  You have the right to rescind your application if you do not agree with the alternative separation date proposed by management.

Once you and OO management are in agreement on your separation date, print off and complete the Buyout Program Payment Election Request form 2800-35, which is also available on the 2004 Buyout website, and submit to your DOA/HRB Buyout Coordinator.

**Employees retiring with a buyout should give the Benefits Center at least one month's advance notice.**

**You may initiate contact with the Benefits Center to get retirement estimates and counseling without having first submitted or received approval for your buyout application.**

**The following link will take you to the <u>2004 Buyout Website</u>.**

# EXHIBIT 24-3

**(2004/2005 Buyout Handbook)**

# 2004/2005 FDIC Buyout Handbook – Updated 3-11-05
## Table of Contents –

*Page numbers will link you to the content*

YOUR DOA/HRB COORDINATORS FOR THE 2004 BUYOUT ................................................. 2

SUMMARY OF BUYOUT PROGRAM ................................................. 4

PROGRAM BASICS ................................................. 5
- WHO CAN GET THE BUYOUT? ................................................. 5
- WHO CANNOT GET THE BUYOUT? ................................................. 5
- AMOUNT OF THE BUYOUT PAYMENT ................................................. 6
- REPAYMENT UPON REEMPLOYMENT RESTRICTIONS ................................................. 6
- DETERMINING YOUR BUYOUT ESTIMATE ................................................. 6

FILING YOUR BUYOUT APPLICATION ................................................. 8
- TIME FRAMES ................................................. 8
- FORMS ................................................. 8
- APPROVALS ................................................. 8
- RESCINDING YOUR BUYOUT APPLICATION ................................................. 9
- DEPARTURE EXTENSIONS ................................................. 9

PAYMENT OPTIONS ................................................. 11
- TAXES ON YOUR BUYOUT PAYMENT ................................................. 12

SUPPLEMENTAL BENEFITS INCLUDED WHEN SEPARATING WITH THE BUYOUT ................................................. 14

IMPORTANT LEAVE AND BENEFITS INFORMATION FOR ALL SEPARATING EMPLOYEES ................................................. 18

INVOLUNTARY SEPARATION ENTITLEMENTS ................................................. 20

IMPORTANT BENEFITS INFORMATION FOR RESIGNING EMPLOYEES ................................................. 22

INFORMATION ON THE FEDERAL THRIFT SAVINGS PLAN (TSP) AND THE FDIC SAVINGS PLAN ................................................. 24
- AVOIDING THE PENALTY ON EARLY WITHDRAWALS ................................................. 24
- OUTSTANDING LOANS AT TIME OF SEPARATION ................................................. 24
- FEDERAL TSP ................................................. 25
- FDIC SAVINGS PLAN ................................................. 25
  - Vesting ................................................. 26

IMPORTANT BENEFITS INFORMATION FOR RETIREES ................................................. 27

PREPARING TO RETIRE ................................................. 31
- FORMS REQUIRED TO PROCESS YOUR RETIREMENT ................................................. 32
- HOW YOUR RETIREMENT IS PROCESSED ................................................. 33
- MAKING ADDRESS OR OTHER CHANGES AFTER RETIREMENT ................................................. 35

APPENDIX A  RETIREMENT UNDER THE CIVIL SERVICE RETIREMENT SYSTEM ................................................. 37

APPENDIX B  RETIREMENT UNDER THE FEDERAL EMPLOYEES' RETIREMENT SYSTEM ................................................. 41

APPENDIX C  CREDITING SERVICE NON-DEDUCTION, REFUNDED & MILITARY SERVICE ................................................. 46

APPENDIX D  REEMPLOYMENT IN THE FEDERAL SERVICE AFTER RETIREMENT ................................................. 48

APPENDIX E  U.S. OPM RETIREMENT FACT SERIES ................................................. 54

1

# Your DOA/HRB & OIG/HR Coordinators for the 2004 Buyout

| For Employees Assigned to: | Coordinator Phone & FAX | Mailing Address |
|---|---|---|
| Atlanta | **Helen Vigue** **(678) 916-2322;** back-up: Libby Phelan (678) 916-2317 FAX: (678) 916-2444 | FDIC - Atlanta Regional Office DOA Human Resources Branch 10 Tenth Street, N.E., Suite 800 Atlanta, GA 30309 |
| Boston and New York | **Janice Jackson** **(781) 794-5752** back-up: Shirley Scott 781-794-5779 FAX: (781) 794-5607 | FDIC - Boston Regional Office DOA Human Resources Branch 15 Braintree Hill Park, 3rd Floor Braintree, MA 02184 |
| Chicago | **Judy Longeway** **(312) 382-6808;** back-up: Sandra Lavine (312) 382 6033 FAX: (312) 382-6860 | FDIC - Chicago Regional Office DOA Human Resources Branch 500 West Monroe Avenue; Suite 3300 Chicago, IL 60661 |
| Dallas and Memphis | **Candy Capper** **(972) 761-2135;** back-up: Mary Retiz (972) 761-2192 FAX: (972) 761-2175 | FDIC - Dallas Regional Office DOA Human Resources Branch 1910 Pacific Avenue, Suite PAC 10048 Dallas, TX 75201 |
| Kansas City | **Margaret McCaleb** **(816) 234-8009;** back-up: Randall Lohman (816) 234-8115 FAX: (816) 234-8011; 8004 | FDIC – Kansas City Regional Office DOA Human Resources Branch 2345 Grand Avenue, Suite 1200 Kansas City, MO 64108 |
| San Francisco | **Kathy Kling** **(415) 808-8141;** back-up: Gina Pires (415) 808-8145 FAX: 415) 808-7958 | FDIC - San Francisco Regional Office DOA Human Resources Branch 25 Jesse St @ Ecker Sq., Suite 1200 San Francisco, CA 94105 |
| Washington, DC | **Sharon Pearson** **(202) 942-3357** back-up: Yolanda Lawson (202) 942-3359 FAX: (202) 942-3468 | FDIC - DOA Human Resources Branch Washington Service Center 3501 Fairfax Drive, HRB (PA-1730-5068) Arlington, VA 22226 |
| All CM-2, EM and Executive Level Employees Nationwide | **Nancy MacDonald** **(202) 942-3504** back-up: Avelino Rodriguez (202) 942-3241 FAX: (202) 942-3310 | FDIC - DOA Human Resources Branch Executive Services 3501 Fairfax Drive, HRB (PA-1730-6066) Arlington, VA 22226 |
| All OIG Employees, Nationwide | Gloria Betts (202) 416-4257 Stacey Sharpe (202) 416-4059 fax 202 416-2968 | FDIC - Office of Inspector General Human Resources Branch 801 17th Street, N.W., Room 906 Washington, DC 20434 |

To allow sufficient time for administrative processing, **you should notify your Buyout Coordinator at least *two weeks* prior to the effective date** of your separation with a buyout.

**Allow at least four weeks if you are planning on retiring with the buyout.**

# Summary of Buyout Program

| BUYOUT FEATURE | ADDITIONAL INFORMATION |
|---|---|
| Open Date – November 1, 2004 | The earliest departure date that may be requested is November 27, 2004. See the buyout web site specific to your organization for details on cut offs, final departure dates and the approval process. |
| Cash Incentive – 50 percent of total adjusted basic pay | Options:<br>• Lump-Sum payment<br>• 5- or 10-Year installments with interest<br>• Combination of the above two<br>• Deferral of payment for up to one year |
| Early retirement option | Employees who meet the service and age requirements will have the option to retire with an immediate annuity. Requests are pending with the Office of Personnel Management (OPM) for the Office of the Ombudsman and the Office of Risk Enterprise Management. These two offices have buyout eligible positions but do not have early retirement authority at this time. |
| Immediate vesting in the FDIC Savings Plan | Includes vesting in the Employer Matching Contributions. |
| Exemption from one-year service requirement to avoid repayment of relocation costs | Does not include exemption from repayment of unearned Mortgage Interest Differential Allowance (MIDA). |
| Reimbursement of the cost of moving a former employee's household goods to a new location within one year after separation | For resigning employees and retirees not otherwise eligible under existing Corporate policy. This benefit is subject to certain conditions and limitations. |
| For resigning employees, reimbursement of Federal Employees Health Benefits (FEHB) cost of coverage for up to **six** months | With proof of payment, employees who resign and carry their FEHB health insurance through Temporary Continuation of Coverage provisions can file for reimbursement of premiums for up to six months of their coverage. Benefit must be claimed not later than eighteen months following separation from the FDIC. |
| Employees who separate with the buyout will be entitled to a six month extension of their WorkLife and Career Management Support Services. | For six months following their departure date from the FDIC these employees will be permitted to seek assistance from both the Career Management and WorkLife Counselors |
| You have no requirement to repay the buyout if you receive an appointment with any other Federal employer | If you are reemployed with the FDIC (by appointment or direct contract) in less than five years following separation with a buyout, you will be required to repay the **gross** amount of the buyout payment. |

# Program Basics

This handbook provides information for eligible permanent employees about the Voluntary Separation Incentive Payment Program (also referred to as a "buyout") opening in November 2004. As management has been sharing with employees in the covered organizations, extensive cut-backs in permanent staff levels are necessary, along with the need to address skills imbalances. Through voluntary separations, FDIC management hopes to ameliorate the possibility of involuntary separation, and therefore has received authorization for this buyout as part of the plan to address the restructuring goals.

FDIC management reserves the right to refocus the target population eligible for the buyout offer and to modify, cancel or terminate the buyout ahead of times given in this handbook and on the Buyout Websites based on responses to the buyout and workload needs.

### Who Can Get the Buyout?

A separate link for each Division and Office affected by this buyout program is on the 2004 Buyout Website. It will list:
- Positions, titles and grade levels that are covered;
- Where those positions are located, both organizationally and geographically;
- When you must have entered on duty with the FDIC;
- Any caps on the number of buyouts that can be accepted;
- Deadlines for acceptances and departures; and
- The final day that any buyout application can be rescinded by the applicant.

Buyouts may only be paid to **permanent employees** who elect to voluntarily separate from the FDIC either through resignation or optional or voluntary Early Retirement.

Permanent employees of Divisions and Offices participating in the buyout who are on detail or rotational assignment to organizations or at duty locations **not** offered the buyout will still be eligible for this buyout offer. However, employees permanently assigned to organizations or duty locations which are not offered the buyout, who are serving on detail or rotational assignment with a buyout-eligible organization, will not themselves be eligible for the buyout offer.

**If you have any questions concerning your eligibility, please contact your servicing DOA/HRB Buyout Coordinator, listed on page 3 of this handbook.**

### Who CANNOT Get the Buyout?

- Reemployed annuitants;
- Disability retirees (including those employees who become eligible for disability retirement within a year of separation);
- Discontinued service retirees;
- Schedule C employees ("political appointees");
- Presidential appointees;
- Employees who are in receipt of an involuntary separation proposal for misconduct or unacceptable performance (employees who have an approved buyout separation date and subsequently receive a proposed removal notice will have their buyout offers rescinded by the FDIC); and

5

- Time-limited employees, even if they converted to the time-limited service with no break in service from a permanent appointment.

## Amount of the Buyout Payment

The voluntary separation incentive payment – buyout – is equal to 50 percent of your rate of annual salary in effect at the time of your separation. The buyout is calculated on the sum of base salary and locality pay adjustment. The locality pay adjustment applicable to your current permanent duty location is used in this calculation.

For those employees on a temporary promotion or "saved grade" or "saved pay," the incentive payment is calculated on that temporary rate of pay.

**The incentive payment is prorated for those employees who are on less than a full-time work schedule. Employees cannot be converted back to full-time employment to increase the value of the buyout. Employees must have had a written agreement permitting the return to full-time prior to receipt of the buyout offer.**

## Repayment Upon Reemployment Restrictions

In the event you are reemployed by or contract with the FDIC as an individual, sole proprietor, or sole shareholder of a corporation within five (5) years of separation with a buyout you will be required to repay all your buyout.   If you are reemployed in less than 5 years, you will be required to repay the **gross** amount of the incentive payment in full to the FDIC prior to your first day of reemployment.

Only the Chairman may waive the requirement for repayment **upon reemployment** where it can be demonstrated that the individual possesses unique abilities and is the only qualified candidate for the position. Under no circumstances will a waiver be granted in the case of a **former employee who enters into a direct contract** with the FDIC within five years of accepting a buyout.

The FDIC's authority to pay you a buyout is not restricted by general Federal buyout regulations, so there is no repayment obligation if any other Federal employer hires you after you separate with a buyout from the FDIC. This is because the FDIC's independent compensation authority (12 USC 1819(a), Fifth) permits the FDIC to provide voluntary separation incentives that differ from what is provided under general federal buyout law found in Title 5.

## Determining Your Buyout Estimate

You can use the Buyout Estimate Worksheet - FDIC 2004 available on the 2004 Buyout web site to calculate an estimate of the gross and net amounts (less estimated taxes) of your buyout payment.

The estimate calculator is simple to use.  You will enter your current annual salary (adjusted basic pay), your state of residence for tax withholding, and your retirement coverage -- either CSRS or FERS; part-time employees will also enter the number of hours which they work in a pay period.  The calculator will give you a gross and net estimate of your buyout.

Employees under FERS or CSRS Offset retirement will have the full 6.2 percent social security deduction in this estimate. If you reach the annual Social Security maximum taxable wage base before the buyout payment is made, your buyout payment may be higher.

This estimate produced does **not** include any deductions that may need to be taken for debts owed to the Corporation including--for those employees who are resigning with a buyout--any "unearned" portion of the last annual Mortgage Interest Differential Allowance (MIDA). If necessary, the net amount of the incentive payment (i.e., the amount after tax withholding) will be reduced by any current indebtedness at the time of separation that cannot be recovered through other final payments due the employee, such as final paycheck and lump-sum leave payments.

# Filing Your Buyout Application

## Time Frames

Check the web site for your information page specific to your organization. It will have deadlines for filing and separation.

To allow sufficient time for administrative processing, **you should notify your organization Point of Contact and the DOA/HRB Buyout Coordinator at least _two weeks_ prior to the effective date** of your resignation with a buyout, or four weeks if you retire with a buyout.

If you plan to retire, please contact the Benefits Hotline at 1-877-334-2111 (TDD: 1-877-334-3092) or via an email to FDIC@BASUSA.com  as soon as possible to start your retirement application process.

You will be notified by a benefits specialist from the Benefits Center in Washington, D.C. whether you meet the minimum age and creditable service requirements for an immediate annuity.

## Forms

You have four "Statement of Intent" forms to pick from on the Buyout website:

1. Resigning with a buyout.
2. Retiring under optional retirement, which covers employees eligible under either regular or reduced annuity.
3. Retiring under the special voluntary early authority.
4. Delayed retirement: Retiring no later than the date of first retirement eligibility (this is for applicants who will reach entitlement to an annuity within 6 months after the mandatory separation date)

**See appendix A and B to learn about retirement eligibility under optional, reduced and early authority programs.**

Complete two copies of the form that applies to you, indicating the date you have chosen to separate with a buyout that is on or before the program end date for your organization.

Complete one copy of the Buyout Program Payment Election Form, 2800/35.

Keep a copy of both forms for your files.

## Approvals

1)  The signed Statement of Intent should be returned to your DOA/HRB Buyout Coordinator at the

address indicated on page three on this handbook. You may fax or e-mail your Buyout Coordinator of your intention to accept the buyout in advance of the Coordinator's receipt of your signed Statement, but **be aware that you will not be considered as having applied for the buyout until your signed Statement of Intent has been received by the DOA/HRB Buyout Coordinator.** Do not give your buyout application to staff in the Benefits Center.

2) You should simultaneously give a copy of the Statement of Intent to your organization's point of contact for clearance listed on your organizational Buyout web site to begin the process of approving the date that you have selected.

If your organization needs you to continue in your job until a later date, management has the option of withholding approval of your buyout offer until that date. If you do not concur with the buyout date approved by your management, you may rescind your application, up until the final date employees are permitted to apply for the buyout in your organization.

3) As soon as possible after receiving confirmation of your separation date, send the completed Buyout Program Payment Election Form, 2800/35, indicating your payment date and method of payment preference, and submit it to your DOA/HRB Buyout Coordinator. Copies of this form do not need to be shared with management.

No applications will be accepted via **FDIC-paid** Federal Express or franked envelopes.

## Rescinding Your Buyout Application

**No one can withdraw his or her buyout to remain employed with the FDIC after the final day on which applications will be accepted within the applicant's organization. The final acceptance date is posted on the web page specific to your organization.**

The only exception to this requirement is when an employee applies to separate through early retirement and, as of the employee's approved separation date, the FDIC does not have the authority to permit early retirement for that employee. Eligibility for the FERS reduced annuity shall not compel the separation of an employee who applied for early retirement, for whom the FDIC cannot offer early retirement.

**Employees who continue employment with the FDIC after this final date for rescinding applications – even those delayed by management -- are not eligible to apply under Merit Promotion or any other internal placement program for jobs with the FDIC.**

## Departure Extensions

- **Employees who want to retire and are just short of eligibility for an immediate annuity by the final departure date required for their organization will be allowed to continue past their approved separation date on <u>annual leave and/or leave without pay</u> to cover the period between their approved separation date and the first entitlement to an annuity.**

**Example:** Employee A is early retirement eligible on June 15th, but works in an organization with a separation date requirement of May 14th. Employee A can apply for the buyout by May 2nd, with a

May 14th date.  This employee works through May 13th, and starts a combination of annual leave and leave without pay on May 16th until the effective date for retirement on June 15th, at which time the employee is separated from the FDIC with entitlement to a buyout.

- **In exceptional circumstances, management may delay an employee's departure to meet continuing workload needs, but not later than the day before a reduction in force may be scheduled for the competitive area in which a delayed employee is assigned.  These delays must be concurred in by the Chairman, or his designee.**

10

# Payment Options

The Buyout can be taken in one of three ways:
- In a lump-sum payment;
- In installments, with interest, over either a period of **5 or 10 years**; or
- As a combination of the two, where part of the payment is taken in a lump sum **and** part is taken in installments over 5 or 10 years.

Also, you can defer the payout of either lump-sum or installments up to one year following your separation from the FDIC.

You elect your preferred payment option by completing the form FDIC 2800/35, Buyout Program Payment Election Form and submitting it to the Buyout Coordinator after you have an approved separation date.

The first date that a buyout payment can be made is January 15, 2005.

**The earliest date on which you can schedule receipt of a buyout payment is on the 15th of the month <u>following</u> separation. If you separate on the 1st or later, the payment cannot be received any earlier than the following month.**

If you elect installment payments or a delayed payment date for your lump-sum buyout payment, it is your responsibility to notify the FDIC if you have a change of address or bank account information for direct deposit purposes.   Buyout recipients who do not have direct deposit will receive payments via the mail.

| | |
|---|---|
| **Lump Sum** | The FDIC will make the initial buyout payment the same way as your payroll payments are made through electronic funds transfer to the account you have designated for direct deposit.  You should allow two days for receipt of direct deposit following the scheduled buyout payment date.   You get no interest on a lump payment which you delay receiving.<br><br>**Payments will be made on the 15th of the month you elect – keep in mind that the application should be received two weeks in advance of separation.** |
| **Installments** | You can elect to receive installments on a monthly, quarterly, or annual basis for the selected duration of the payout (5 or 10 years)<br><br>**Installment payments will be made on the 15th of the month.**<br><br>If you elect to receive the buyout fully or partially in installments, be aware that your decision is **irrevocable** once you have separated.  You will not be able to change either the start date of the installments or the periodicity selected (i.e., monthly, quarterly or annually) after you separate. The Internal Revenue Service requires that a decision about the amount and timing of payments be irrevocable to avoid having to pay income tax up-front on the <u>full</u> amount of the buyout.<br><br>Interest payments during the calendar quarter will be based on the coupon |

11

|  | equivalent yield of the average discount rate set on the three-month Treasury bill at the last auction by the United States Treasury Department during the preceding calendar quarter.

Interest accrues from the first installment payment date, is calculated on the remaining unpaid balance after the first installment payment, and is paid with the second and succeeding payments.

Interest will be paid from the last monthly, quarterly, or annual payment using 30-day months, 90-day quarters, and 360-day years. Monthly payments would be calculated on the unpaid balance multiplied by the applicable interest rate divided by 12; quarterly payments, on the unpaid balance multiplied by the applicable interest rate divided by 4; and annual payments, on the unpaid balance multiplied by the applicable interest rate.

In the event of death, installment payments will discontinue, and any remaining monies will be turned over to the estate of the deceased former employee. |
|---|---|
| **Lump and Installments** | If you elect a partial lump sum, with the balance paid in installments, the lump sum must always be scheduled to be paid first.

You can defer the lump sum up to a year – no interest will accrue; and the installments will start the following month. You can take the lump in the month immediately after departure (but not sooner than January 2005); and defer the start of the installments for a year following departure. You can split the difference – have the lump be paid in 6 months following departure, and the installments start six months after that.

The total delay for starting payments cannot exceed one year, and **no interest starts accruing until the first installment payment date, as detailed above**. Interest never accrues on a lump payment. |
| **Deferral of Payment** | Receipt of payment of any lump sum or installments can be deferred up to one year from the date of separation. **No interest accrues on the deferral period** prior to receipt of the lump-sum payment.

You must notify FDIC of any change of address or bank account made before your payment is received. |

## Taxes on Your Buyout payment

| **General** | The incentive payment may **not** be "rolled over" into an Individual Retirement Account to defer taxation and is subject to applicable taxes for the year in which received. You will receive a W-2 from the FDIC for the tax year in which you receive your incentive payment. |
|---|---|
|  |  |

| Federal | Buyout payments are considered "supplemental wages" for Federal income tax purposes. As such, Federal income tax will be withheld at the supplemental wage withholding rate in effect at the time the wages are paid (currently 25 percent for payments made in 2004), regardless of withholding allowances claimed by the employee on Form(s) W-4 for purposes of withholding on regular payroll wages.<br><br>HITS taxes (Medicare; 1.45 percent of all wages) will be withheld on all incentive payments. OASDI taxes (social security; 6.2 percent) will be withheld up to the annual wage base ($89,000 for 2005) on the incentive payments of FERS and CSRS Offset employees only. When computing the annual wage base, your regular wages plus all supplemental wages will be considered. |
| --- | --- |
| **State & Local** | State income taxes will be withheld based on the state of the employee's last duty station state on file with the National Finance Center at the time of separation. Taxes will be based on your last duty station state **even if you move to another state before receiving your buyout payment.** This is the case even if you defer the lump-sum payment for up to a year.<br><br>**However,** if you elect 10-year buyout installments, state taxes will be based on your state of residence. State taxes are withheld based on the rates contained in DOF's supplemental wage payment system that approximate the actual withholding rates in effect for each state. Keep DOF informed of any change of address. |

# Supplemental Benefits Included When Separating With the Buyout

| | |
|---|---|
| **Early Retirement** | Employees in buyout-eligible positions who meet the service and age requirements are eligible to retire under the special early retirement authority.  Applicants must meet one of these combinations:  20 years of service and 50 years of age; 25 years of service at any age.  Applicants under age 55 in the CSRS will be subject to prorated permanent reductions in annuity. |
| | • Employees in DOF, DIR, DIRM [DIT], DRR, and the Legal Division must have been continuously employed by FDIC since before June 15, 2003.<br>• Employees in OIG, DOA, DSC, and ODEO must have been continuously employed by FDIC since before November 14, 2003.<br>• Employees in Ombudsman and OERM must have been continuously employed by FDIC since before November 20, 2004. |
| | If you think you may be eligible for a retirement annuity, as a preliminary step, you may review a retirement estimate by going on-line to the Retirement Calculator located on the Benefits for Employees website maintained by DOA. |
| | If you are retirement eligible, request a retirement estimate by calling the Benefits Hotline at 1-877-334-2111 (TDD: 1-877-334-3092) or via an email to FDIC@BASUSA.com. |
| | Refer to the section on **Preparing to Retire** to learn more about regular and early retirement requirements and procedures. |
| **Vesting** | During the period of downsizing, employees separating from the Corporation are immediately vested in the Corporation's matching contributions to their FDIC Savings Plan account.  FERS employees must still meet the three-year service requirement for vesting in the automatic agency one-percent contribution to the Federal TSP.  Refer to the section on **Information on the Federal Thrift Savings Plan and the FDIC Savings Plan** to learn more about options for separating employees to consider regarding these accounts. |
| **Relocation Costs** | **Repayment Requirement Waived.**  There is an exemption from having to repay relocation costs for those employees who have not served at their current duty station for at least one year since their last relocation, except for the "unearned" portion of the last annual MIDA for resigning employees.<br><br>**Benefits Vary By Employee's Status.**  Employees accepting the buyout fall into the following three categories for relocation benefits purposes:<br><br>1. **Resigning Employees.**  These are employees that are leaving the FDIC with a buyout and who are NOT eligible for retirement.  The FDIC will reimburse the costs associated with transporting an employee's household |

14

| | |
|---|---|
| **Relocation Costs Continued** | goods, up to 25,000 pounds, to any location in the United States or Puerto Rico which is at least 100 miles from the residence of the last official duty station, up to one year after separation. Packing, line hauling, and unpacking of household goods is included in this benefit, but NOT storage of household goods. The definitions of "approved" and "unapproved" household goods, as provided in Chapter 4 of the Relocation Travel Regulations will apply. See: http://fdic01/division/dof/travel/relocation/Chapter4.html |

2. **Retirees Not Eligible For Relocation Retirement Benefits**. These are employees that are leaving the FDIC with a buyout who ARE eligible for retirement benefits, but do not meet the additional requirements necessary to obtain full relocation benefits (as described in the next category). The benefits available to this category of employee are exactly the same as the benefits available to Resigning Employees, as described above.

3. **Retirees Eligible For Relocation Retirement Benefits**. These are employees that are leaving the FDIC with a buyout who are eligible for retirement benefits AND meet the additional requirements necessary to obtain relocation retirement benefits. In order to qualify for relocation retirement benefits, the retiring employee must have at least 20 years of federal service with at least 5 consecutive years with the FDIC immediately prior to retirement if there has been a break in service. The retiree must also have relocated at least once for the convenience of the FDIC. Please review the Relocation Travel Regulations at: http://fdic01/division/dof/travel/relocation/chapter10.html for a full explanation of all the benefits available under this program.

The following matrix summarizes the benefits available for each of the three categories of employees departing from the FDIC with a buyout:

| Type of Benefit | Resigning Employees | Retirees Not Eligible For Relocation Retirement Benefits | Retiree Eligible For Relocation Retirement Benefits |
|---|---|---|---|
| Household Goods Move | Yes | Yes | Yes |
| Mileage for POV | No | No | Yes |
| Tolls | No | No | Yes |
| 90 days of storage | No | No | Yes |
| Airfare or Train fare | No | No | Yes |
| Per Diem | No | No | Yes |
| Lodging | No | No | Yes |
| Real Estate Sale Expenses | No | No | Yes |
| Home Sale Program | No | No | No |
| Real Estate Purchase Expenses | No | No | No |
| Income Tax Allowance | No | No | No |
| Timeframe to complete move following separation | 1 year | 1 year | 2 years |

15

| | |
|---|---|
| **Relocation Costs, Continued** | The Division of Finance, Travel Policy Unit [contact: Wanda Thompson, (202) 416-6950 or Lisa Singletary, (202) 416-2441] must be notified no later than 30 days prior to the date of the move, and will arrange for the move using an FDIC-approved contract carrier.<br><br>Employees will no longer be required to pay the carrier upfront and then seek reimbursement. The FDIC, through its contractor, will now pay the carrier for the employee. But note that FDIC's payment to the carrier represents taxable income (wages) since it is a reimbursement of a personal, not a business expense.<br><br>The employee will be billed for the required withholdings of federal, state and local income taxes as well as Medicare and any applicable social security taxes. The employee will be expected to repay the FDIC for these taxes within 30 days of receipt of the invoice. The employee must agree in writing to repay these tax withholdings before the household goods move is initiated.<br><br>Note that State income taxes will be based on the State of the last duty station, NOT the State the employee is moving to. Also note that you will NOT receive an income tax allowance/tax "gross up" on this income.<br><br>Employees may choose to personally move their household goods and personal effects to their new residence using a truck or trailer and then seek reimbursement. Receipts will be necessary to support all reimbursement claims. The truck or trailer may be rented from a commercial firm such as U-Haul, Ryder, Jartran, etc. Reimbursement will be limited to the amount that would have been allowed had the employee used a FDIC contract carrier. This reimbursement also represents taxable wages and applicable taxes will be withheld. |
| **Other Federal Employment Is Not Limited** | While retiring or resigning employees are subject to a five-year repayment obligation following separation with a buyout, this obligation is applicable only to reemployment (by appointment or direct contract) with the FDIC, and does not apply to appointment with other federal employers. This is because the FDIC's independent compensation authority (12 USC 1819(a), Fifth) permits the FDIC to provide voluntary separation incentives that differ from what is provided under general federal authority under 5 USC 3521, et seq.<br><br>Your separation papers will be documented to show that you are not limited from any other federal employment. Refer hiring officials with questions to your Buyout Coordinator. |

| | |
|---|---|
| **Corporate Career Transition and Outplacement Program** | Outplacement services for eligible employees affected by the Corporation's downsizing are available through the Career Transition and Outplacement Program (CTOP) once a buyout-eligible employee formally submits application to separate with the buyout.   This benefit does not require that management approve the separation date before taking effect.  CTOP benefits include:<br><br>• Ten (10) hours of one-on-one job search assistance,<br><br>• Priority placement in core training classes designed to help assess career options and improve potential for successful job transition,<br><br>• Official time to attend FDIC-sponsored outplacement programs, subject to supervisory approval to assure the work of the Corporation is maintained, and<br><br>• Forty-eight (48) hours of supervisory-approved administrative leave for job search activities that are not sponsored by the FDIC, not to exceed eight hours (or nine hours, if on a compressed work schedule) per pay period.  This limit is subject to any previous use of this CTOP benefit.<br><br>For further information on CTOP eligibility and outplacement resources and training classes in your location, contact the names and phone numbers available on the FDICNet/My Career/Career Transition and Outplacement Program/CTO Contacts. |
| **Extension of WorkLife and Career Management Support Services** | Employees who separate with the buyout (through resignation or retirement) will be entitled to a six-month extension of their WorkLife and Career Management Support Services.  For six months following their departure date from the FDIC these employees will be permitted to seek assistance from both the Career Management and WorkLife Counselors.  Additionally, they will have continued access to regional Career Management Program resources and to WorkLIfe Program resources including: information/referral, eldercare, clinical, and other services provided through the WorkLife Connections nation-wide toll free number (877-881-1360, TTY/TDD: 800-999-1931).<br><br>More information on the services provided by these programs can be found at the following web sites:<br><br>*http://fdic01/division/DOA/humanresources/worklife/index.html*<br>*http://fdic01/division/doa/humanresources/cmp/hp/index.html* |

17

# Important Leave and Benefits Information for All Separating Employees

| | |
|---|---|
| **Unemployment Compensation** | In most states, resigning or retiring to accept a buyout disqualifies an individual for unemployment compensation because of the voluntary nature of the separation. However, because state unemployment rules differ considerably, you are advised to check laws of the state in which you last worked to determine whether you are eligible to receive unemployment compensation. |
| | Employees who may be weighing the buyout option against the possibility of being involuntary separated to receive severance pay or to retire under "discontinued service" provisions should refer to the section on **Involuntary Separation Entitlements** for more specific information on unemployment compensation in these situations. |
| **FDIC Premium Conversion Program** | FDIC's Premium Conversion Program allows employees to pay premium contributions toward FEHB insurance with pre-tax dollars. Your participation in FDIC's Premium Conversion Program **terminates** with your resignation or retirement. |
| **Annual Leave** | An employee must be on the rolls for a full pay period, exclusive of holidays and non-workdays, to accrue annual leave for the pay period. While you can choose any day to separate that is two weeks after the submission of your buyout application, if you separate prior to the end of a pay period, you will not be credited with annual or sick leave for that pay period. |
| | Employees who separate from the federal service receive a lump-sum payment for any unused annual leave to their credit (i.e., accrued and accumulated annual leave and any currently available restored leave), based on the adjusted base salary. |
| | Should you be reemployed by a federal agency before the end of the period covered by a lump-sum payment, the employing agency shall require you to refund the amount equal to the pay covering the period between the date of reemployment and the expiration of the lump-sum leave payment. The employing agency shall credit you with the amount of leave equal to the refunded amount. |
| **Credit Hours** | If an employee leaves the Corporation, the employee will be compensated for any unused credit hours at the adjusted hourly rate of pay (including applicable locality adjustments). |
| **Sick Leave** | Individuals who are reemployed by the federal government after December 2, 1994, receive credit for any unused sick leave (unless used in the annuity computation), regardless of the length of the break in service. |

| | |
|---|---|
| | As noted above, if you separate prior to the end of a pay period, you will not be credited with annual or sick leave for that pay period. |
| **FDIC Flexible Spending Accounts** | You will not be able to make any further deposits to either the dependent care or the health care flexible spending accounts once employment is terminated. You have until March 31 of the next calendar year (e.g., 2006 for separations in 2005) to request reimbursement for expenses incurred prior to termination of employment. |
| **FDIC Long-Term Disability Insurance** | Any disability insurance provided by the Corporation terminates when an employee retires or resigns. Payment of claims for employees in an approved long-term disability status will continue until the disability is resolved or the maximum period of payment is reached. The maximum period of payment is determined by the employee's age at disability. |
| **FDIC Life Cycle Account Program** | You may submit a claim for eligible **expenses of up to $650.00 per year that were incurred prior to separation**. A claim must be filed no later than January 31st of the year following the year in which eligible expenses were incurred. You are encouraged to file your life cycle account claim through the Employee Supplemental Payment System (ESPS) prior to separation from the Corporation. For information on how to submit a claim after separation, for expenses incurred before separation, contact the FDIC Benefits Hotline (1-877-334-2111; TDD: 1-877-334-3092) or FDIC@BASUSA.com. |

19

# Involuntary Separation Entitlements

Certain benefits and entitlements are conferred on employees who are involuntarily separated through reduction-in-force (RIF) procedures or for declining a directed reassignment or transfer of function outside the commuting area under certain qualifying circumstances. This information is provided for the benefit of employees in downsizing organizations who want to compare options available to them.

### These programs cannot be combined with a buyout.

| | |
|---|---|
| **Severance Pay** | Employees covered by FERS, who are the minimum retirement age (in 2005, 55 and 6 months), and have 10 years of covered Federal service will not be eligible for severance pay if involuntarily separated through a reduction in force, because they will be eligible for an immediate annuity upon separation. **An employee who is qualified for an immediate annuity and chooses to defer the start of the annuity will not qualify for severance pay**<br><br>Under the FDIC's Voluntary Separation Incentive Payment Program, a resignation or retirement with a buyout is considered voluntary. Therefore, an employee does not qualify for severance pay when he/she accepts a buyout.<br><br>Employees may be entitled to resign with severance pay after receiving either a directed reassignment to a location outside of the commuting area or a specific notice of involuntary separation, which must be issued no later than 60 calendar days before the proposed separation date. Eligibility requirements, which include the type of appointment, mobility agreements, length of appointment, etc, apply to severance entitlement.<br><br>If you have any questions about severance pay, please check into the information and worksheets available on the **FDICnet** at the following link on **Severance Pay** |
| **Discontinued Service Retirement** | A discontinued service retirement (DSR) provides an immediate annuity for employees who are separated against their will, not for cause. The minimum age and length of service requirements for a DSR annuity are the same for both the Civil Service Retirement System (CSRS) and the Federal Employees Retirement System (FERS). Employees must be 50 years of age with at least 20 years of service or any age with at least 25 years of service.<br><br>For employees under CSRS, a DSR annuity is reduced by 1/6 of 1 percent for each full month (=2 percent for each year) under age 55 at the time of separation. The reduction is permanent and is not restored when the annuitant reaches age 55. There is no reduction in a DSR annuity for employees covered by FERS, unless the FERS annuity has a CSRS component because the employee transferred from CSRS to FERS, then the CSRS component is reduced. Unlike an annuity for voluntary regular or early retirement, which generally starts at the beginning of the month after separation, a DSR annuity is effective immediately on the day after separation.<br><br>**An employee who qualifies for DSR upon involuntary separation is not** |

| | |
|---|---|
| | eligible for severance pay. **An employee cannot choose to defer the start of an annuity to qualify for severance pay. Employees cannot combine Discontinued Service Retirement and a buyout.** |
| **Use of Annual Leave To Qualify for an Immediate Annuity or To Carry Health Insurance Into Retirement** | Employees who are involuntarily separated under RIF procedures or as an adverse action because of the employee's decision to decline relocation may remain on the rolls and use accrued and accumulated annual leave past their separation date to meet the minimum age and/or service requirements for an immediate annuity or to meet the minimum enrollment requirement to carry health insurance into retirement.<br><br>**U.S. OPM regulations do not allow employees to use leave without pay to remain on the rolls to meet the age or service requirements for Discontinued Service Retirement.** |

21

# Important Benefits Information for Resigning Employees

| | |
|---|---|
| **Federal Employees Health Benefit (FEHB) Insurance** | If you are covered by a FEHB insurance plan and resign with a buyout, you will receive 31 calendar days of continued coverage at no cost and then may elect Temporary Continuation of Coverage (TCC) for 18 months.<br><br>You are responsible for paying the full cost of coverage of TCC as a separated employee, which is equal to the share you paid prior to separation and the FDIC's contribution to the cost, plus a 2 percent administrative fee.  You can find the dollar value of the FDIC contribution which you will be responsible for paying under TCC by viewing the <u>FEHB Guide for FDIC Employees</u> under the benefits section of the DOA/Human Resources Branch web site.  FDIC currently pays on average 85 percent of the total cost of FEHB coverage.<br><br>Resigning with the buyout, you will be eligible to receive reimbursement for up to six months of Federal Employees Health Benefits (FEHB) cost of coverage under Temporary Continuation of Coverage (TCC).  Employees who elect TCC through FDIC for a FEHB plan will receive instructions on how to make payments to NFC and receive reimbursement from FDIC's DOF through their Buyout Coordinator.<br><br>With proof of payment, employees who resign and carry their FEHB health insurance through TCC can file for reimbursement of premiums for six months of coverage. Because such reimbursement is considered taxable income, deductions will be withheld for Federal, state, and local income taxes, Medicare taxes and, if applicable, social security taxes.<br><br>The benefit must be claimed not later than eighteen months following your separation from the Corporation.  No claims presented after that date, even if for payments you made during the covered TCC period, will be honored.<br><br>Should an Open Season occur during the TCC period, the current plan provider will provide the Open Season materials. |
| **Deferred Annuity for Certain Employees Who Resign** | **CSRS or CSRS-Offset:**  To qualify for a deferred annuity starting at age 62, a resigning employee must have been under the CSRS or CSRS-Offset System for at least one year within the two-year period immediately preceding separation upon which the deferred annuity is based, completed at least five years of creditable federal civilian service, and not received a refund of retirement deductions covering the last period of service.  If an employee who is entitled to a deferred annuity dies before reaching age 62, his/her survivor(s) are not entitled to a survivor annuity and, instead, receive a lump-sum payment of the employee's own contributions into the retirement system.<br><br>**FERS:**  Resigning employees qualify for a deferred annuity starting at age 62 with at least five years of creditable civilian service or at "Minimum Retirement Age" (See Appendix C) with 10 years of creditable service. |

| | |
|---|---|
| | The survivor(s) of a former employee who dies before age 62 and who had less than 10 years of creditable service are not entitled to a survivor annuity and, instead, receive a lump-sum payment of the employee's own contributions into the retirement system.  A surviving spouse or former spouse is entitled to an annuity if the former employee dies before applying for a survivor annuity and had at least 10 years of service, and surviving spouse or former spouse meets certain other conditions to qualify for a survivor annuity. |
| **Withdrawal of Retirement Contributions at Time of Resignation** | An employee who is resigning may apply to withdraw his/her own Federal retirement contributions (i.e., CSRS, CSRS-Offset or FERS contributions). However, by doing so, the employee voids entitlement to a deferred annuity at age 62 or minimum retirement age, if otherwise eligible, unless the employee is reemployed later in a position subject to the Federal retirement system.<br><br>A separated employee desiring a refund of lump-sum contributions should file SF 2802 (CSRS and CSRS-Offset) or SF 3106 (FERS), Application for Refund of Retirement Deductions.  If separated less than 30 calendar days, the applicable form is to be sent to the DOA Human Resources Branch's Benefits Center.  If the separation has been for more than 30 calendar days, the form is sent to the address at U.S. OPM on the reverse of the form.  If the employee has had one to five years of service, the interest rate payable on the refund is three percent.  Funds withdrawn after five years of employment receive no interest.<br><br>Because the individual would not be eligible for a deferred annuity, there is no advantage to leaving the contributions in the retirement system for an employee who has fewer than five years of creditable federal service and does not contemplate a return to federal service.  For employees with five or more years of creditable federal service who meet the requirements for a deferred annuity at age 62, the value of the deferred annuity in most cases will exceed the amount of the lump-sum contributions.  Leaving the lump-sum contributions in the retirement system does not preclude withdrawal at a later date, providing application is filed with U.S. OPM at least 31 calendar days before the start of an annuity.<br><br>Refunded CSRS contributions can be redeposited, with interest, if an individual is reemployed later by the Federal government in a position subject to the retirement system.<br><br>Refunded FERS contributions **cannot** be redeposited, and service for which the refund was obtained is forfeited permanently. |
| **FDIC Dental and Vision Insurance Programs** | There is no conversion privilege for resigning employees.  The benefits for both programs cease upon separation. |
| **Life Insurance** | **Federal Employees' Group Life Insurance (FEGLI) and FDIC Life Insurance:**<br>If you resign, the Basic Insurance Amount and any options may be converted to an individual, direct-pay policy without medical evidence of |

| | insurability within 31 days after the termination date. |

# Information on the Federal Thrift Savings Plan (TSP) and the FDIC Savings Plan

Employees are 100 percent vested in their FDIC Savings Plan account if they terminate employment, other than for cause, during the period of office closures or downsizing beginning on September 5, 1993, and ending on the date such closures or downsizing have been completed as announced by the Corporation.

FERS employees must still meet the three-year service requirement for vesting in the 1 percent agency automatic contribution to the Federal TSP account and the associated earnings. TSP participants covered by FERS are automatically vested in the agency matching contributions and associated earnings.

An employee who terminates Federal service cannot continue to contribute to the Federal TSP or the FDIC Savings Plan.

## Avoiding the Penalty on Early Withdrawals

Employees contemplating this buyout should be aware that the funds they have in their TSP and the FDIC Savings Plan might be available as an additional source of income. Generally, withdrawals from qualified retirement plans, such as the TSP and FDIC Savings Plan, are subject to a 10 percent early withdrawal penalty if they are taken out before age 59 ½. However, there is no penalty tax if the distribution is rolled over into an IRA or other qualified plan. In addition, there is no 10 percent penalty tax if distributions are made for the following reasons:

(1) On or after the date on which you attain age 59 ½;
(2) To your beneficiary or to your estate;
(3) Attributable to disability, regardless of age; or
(4) Following termination of employment during or after the year you turn age 55.

## Outstanding Loans at Time of Separation

Under the FDIC Savings Plan and the TSP, loan balances that remain unpaid at retirement or termination of employment shall be considered in default and treated as a distribution to the participant. In addition, the amount may be subject to a 10 percent penalty for early withdrawal.

The FDIC Savings Plan requires that the loan be repaid in full within 60 calendar days of termination of employment. The TSP requires that the loan be repaid on or before the payment due date reflected on the TSP notice sent to separated employees' with outstanding loan balances.

**Federal TSP**

Employees whose account balance is $200 or more when they separate from service, may leave their monies in their TSP accounts and continue to manage the investments or select one of the withdrawal options below. Employees whose account balance is less than $200 (but at least $5) after they separate will receive an automatic cash-out. No additional contributions may be made to the account, but investment earnings continue to accrue on a tax-deferred basis.

A separated employee has a variety of withdrawal options under the Federal TSP:

- a single payment;

- a series of monthly payments; or

- A life annuity.

Employees can transfer all or part of any single payment or, in some cases, a series of monthly payments, to a traditional IRA or eligible employer plan. Separated employees may elect to receive any of these payments immediately or at a later date. Employees will receive a package entitled "Withdrawing Your TSP Account Balance" upon separation. This package includes the applicable forms and instructions on the various options available. Separated employees are to send completed forms to:

> TSP Service Office
> National Finance Center
> P.O. Box 61500
> New Orleans, LA 70161-1500

The TSP Service Office telephone number is 1-877-968-3778, TDD-1-877-847-4385.

**FDIC Savings Plan**

If your vested account balance at time of termination or retirement is more than $5,000 you may:

- Leave the money in the FDIC Savings Plan;
- Receive a lump-sum distribution;
- Request a direct rollover to an IRA or other qualified plan; or
- Request a direct rollover of part of the account balance and a distribution to you of the remaining balance.

If you retire under a federal retirement plan and are eligible for an immediate annuity from such plan, you have the additional option of electing to receive approximately equal monthly or annual installments for a fixed period of between 10 and 15 years.

If you leave the money in the account, you may continue to manage the investment. No additional contributions may be added to the account, but investment earnings continue to accrue on a tax-deferred basis.

If your vested account balance at the time of termination or retirement is $5,000 or less, you will be

cashed out automatically, unless you elect a direct rollover or elect to leave your vested account balance in the plan.

Separated employees will receive a termination packet from T. Rowe Price containing the applicable forms and instructions for the various options available. Separated employees are to send the completed forms directly to T. Rowe Price in the envelope provided in the packet. Separated employees may also call the T. Rowe Price Plan Account (PAL) on 1-800-922-9945 to initiate a withdrawal.

## Vesting

The FDIC Savings Plan stipulates that during the period of office closures and downsizing that began September 5, 1993, except if terminated for cause, all participants are 100 percent vested in their Employer Matching Account funds. Participants are always 100 percent vested in their Salary Deferral Account funds.

26

# Important Benefits Information for Retirees

Employees covered by FERS who are the minimum retirement age (in 2005, 55 and 6 months) and have 10 years of covered Federal service will **not be eligible for severance pay** if involuntarily separated through a reduction in force, because they will be eligible for an immediate annuity upon separation.

| | |
|---|---|
| **Federal Employees' Health Benefit (FEHB) Insurance** | To continue FEHB insurance into retirement, you must have been continuously enrolled under any FEHB plan since your first opportunity to enroll or five years immediately preceding your retirement, whichever is less.<br><br>You may still be eligible to continue FEHB coverage in retirement if you meet certain conditions set by U.S. OPM for waiver of these conditions. Questions concerning waiver requirements should be directed to the Benefits Hotline at 1-877-334-2111. When you retire, administration of your FEHB coverage is transferred to U.S. OPM. As a retiree, you will receive annual Open Season materials from U.S. OPM.<br><br>FERS employees eligible for an immediate annuity under MRA+10 years service rule may delay receipt of that annuity until age 62 to avoid the reduction of 5 percent for each year under age 62 to the annuity. They will not be eligible to continue FEHB at separation, but they will be eligible to re-enroll and elect FEHB coverage when their annuity commences at age 62.<br><br>Your share of health insurance premiums will be the same as those of all **Federal** government retirees for the plan you selected, and premiums will be deducted monthly from your annuity check. Be aware that because the cost-sharing ratio used under the FEHB Program is based on the one in effect for all Federal employees, **your FEHB premiums as a retiree will be higher than they were as an employee**. Note also that "Premium Conversion" – the pre-tax payment of health insurance costs – is not available to retirees under current IRS rules.<br><br>**Health Insurance Plan Changes:** You will be subject to any changes made to your applicable health insurance program, such as benefit changes and/or premium changes that may occur from one plan year to the next.<br><br>**Cancellation:** You may cancel your health insurance coverage at any time. The decision to cancel is **irrevocable**. You may not re-enroll under the FEHB Program during future Open Seasons nor at any other time, unless you cancel it to enroll in a Medicare managed care plan or you had furnished proof of eligibility for Medicaid.<br><br>**Survivor Benefits:** The enrollment of a retiree who dies while enrolled for Self & Family coverage continues for his or her covered family members who are eligible as "survivor annuitants" under either CSRS or FERS. Eligible survivors will be entitled to the same benefits and government contributions as all federal employees and retirees enrolled in the same plan.<br><br>**A retiree must elect a survivor annuity benefit at the time of retirement** |

|  | to ensure future entitlement to continuation of health insurance for the retiree's survivor. |
|---|---|
| **FDIC Dental and Vision Insurance Plans** | **FDIC Dental Insurance** continues for retired employees and their eligible dependents for as long as the FDIC maintains such a benefit. **However, the FDIC reserves the right to modify, amend or terminate the Plan, or any of the provisions, terms, or conditions of the Plan, at any time.** |
|  | As of January 2004, all retirees or their eligible survivors must pay a share of the premium for dental coverage. Retirees, regardless of the dental insurance option elected while employed by the FDIC will be converted to the Retiree Standard Option Dental Plan, which has the same benefits as the FDIC Choice Standard Option Dental Plan. |
|  | To be eligible for continuing Dental Insurance into retirement, employees who retire on or after January 1, 2002, must retire with an immediate annuity and must have been continuously enrolled in Dental coverage for five consecutive years immediately preceding retirement, or if fewer than five years, since their first opportunity to enroll, whichever is less. All employees covered by the FDIC's Dental Insurance Program on December 31, 2001, are deemed to have met this requirement on January 1, 2002, providing they have not waived Dental Insurance. |
|  | FERS employees eligible for an immediate annuity under MRA+10 years service rule may delay receipt of that annuity until age 62 to avoid the reduction of 5 percent for each year under age 62 to the annuity. They will not be eligible to continue FDIC Dental Insurance at separation, but they will be eligible to re-enroll and elect FDIC Dental Insurance when their annuity commences at age 62, providing the FDIC continues to offer the program. |
|  | FDIC will bill retirees (or their survivors) directly for the dental insurance, so be sure to keep the FDIC Benefits Center updated on your current mailing address. |
|  | **Cancellation:** You may cancel your dental insurance coverage at any time. The decision to cancel is **irrevocable**. |
|  | **Vision insurance** ceases upon separation; there is no conversion privilege. |
| **Life Insurance** | **Federal Employees' Group Life Insurance (FEGLI):** You may continue your coverage under the FEGLI program during your retirement under the following circumstances:<br>• You must retire under CSRS or FERS,<br>• You must retire on an immediate annuity, and<br>• You must been enrolled in FEGLI for:<br>- The five consecutive years of service immediately preceding retirement, or<br>- If fewer than five years, all service since your first opportunity to enroll.<br><br>This rule is separately applied to each type of coverage (Basic and/or each of the Optional insurances) and the number of multiples of Option B and/or Option C that you have at the time of retirement. |

The cost of your FEGLI Basic Insurance in retirement depends upon the level of protection you want to retain after you reach age 65. **Accidental Death and Dismemberment coverage stops at retirement.**

- Option A - Standard is free once the phased-in reduction to 25 percent of face value begins in the second month after your 65th birthday or at the time of retirement, whichever is later.

- You may elect "Full Reduction" or "No Reduction" for Option B – Additional and/or Option C- Family. Coverage is free once the "Full Reduction" election begins to phase in the second month after your 65th birthday or at the time of your retirement, whichever is later. You will continue to pay the full premium if you elect "No Reduction" for Option B and/or C.

**FDIC Life Insurance:** You may continue your basic life insurance * coverage under the FDIC Life Insurance Program during your retirement for so long as the FDIC maintains such a benefit under the following circumstances:
- You must retire under CSRS or FERS,
- You must retire on an immediate annuity, and
- You have been enrolled in the FDIC Life Insurance Program for:
  - The five years of service immediately before retirement, or
  - If fewer than five years, all service since your first opportunity to enroll.

* Exception: Coverage under the FDIC Executive Manager Life Insurance Program reduces to the employee's elected salary multiple, not to exceed $300,000, at the time of retirement. If an EM employee is age 65 or older at retirement, coverage reduces to 25 percent of that amount automatically.

Your FDIC Basic Life Insurance continues with no reduction until you reach age 65 or at retirement, whichever is later. At that time, your Basic Life Insurance automatically is reduced to 25 percent of the face amount and remains at this level thereafter. **Accidental Death and Dismemberment coverage stops at retirement.**

Retirees may convert any optional insurance to an individual direct-pay policy without medical evidence of insurability within 31 calendar days of termination.

FERS employees eligible for an immediate annuity under MRA+10 years service rule may delay receipt of that annuity until age 62 to avoid the reduction of 5 percent for each year under age 62 to the annuity. They will not be eligible to continue FDIC Basic Life Insurance at separation, but they will be eligible to re-enroll and elect FDIC Basic Life Insurance when their annuity commences at age 62, providing the FDIC continues to offer the program.

Currently, retirees do not pay for FDIC Basic Life Insurance in retirement. **The FDIC reserves the right to modify, amend or terminate the Plan, or any of the provisions, terms, or conditions of the Plan, at any time.**

| **Federal Long Term** | If your premiums for Federal Long Term Care Insurance were being deducted |

| Care Insurance | from your pay, be aware that these premiums will not be deducted from your annuity unless you arrange for this by calling LTC Partners Customer Service Center at 1-800-LTC-FEDS (1-800-582-3337, option #3) (TTY 1-800-843-3557)  Please note that long term care insurance premiums cannot be deducted from your annuity while you are receiving "interim pay" (sometimes called "special pay"). This means that until U.S. OPM finalizes your annuity, LTC Partners must bill you directly for the premiums due. Once your annuity is finalized, LTC Partners can begin to deduct premiums from your annuity. Annuity deductions are not adjusted to "catch up" uncollected premiums, so it's important for you to pay the direct bills promptly when you receive them to keep your long term care insurance coverage current. |
|---|---|
| Sick Leave | Sick leave to an employee's credit at the time of retirement is used to augment the number of years and months of creditable service for annuity computation purposes under CSRS.  Such sick leave is not used for computing the high-3 average pay or for the purpose of meeting the minimum length of service for retirement eligibility. Credit for service in your annuity computation is calculated using full months only.  Your unused sick leave is converted to years, months and days of service and added to your actual service prior to U.S. OPM's calculation of your annuity benefits.  Sick leave that is used to compute an annuity benefit is not available for re-credit to your leave account if you are subsequently reemployed in the federal government.  Unused sick leave is **not** credited for any retirement-related purpose under FERS.  However, if an employee transferred from CSRS to FERS, credit for the unused sick leave at the time of transfer or the time of retirement (whichever is less) is added to the CSRS component. |

# Preparing To Retire

There are many things to do when you begin to consider retirement. FDIC offers several opportunities for employees to educate themselves on retirement. DOA/HRB will arrange for counselors, tapes of the Pre-Retirement Seminar are available for loan, and there are a limited number of enrollment opportunities during this buyout open window to participate in the Pre-Retirement Seminar for those employees who will reach age 50 by December 31, 2005.

One very important thing to do is to start gathering together the important papers that pertain to your career and retirement. Your file should include your birth certificate, marriage license, military documents, and any official notices pertaining to personnel actions. Use the list below as a guide for things you need to accomplish prior to submitting your retirement material to the Human Resources Branch Benefits Center.

| | |
|---|---|
| **Before applying** | 1. Determine whether you meet the age and service requirements for regular retirement or early retirement. See Appendices B and C of this handbook which outline the age and service requirements under the Civil Service Retirement/CSRS Offset Systems and the Federal Employees' Retirement System, respectively. |
| | 2. Ensure that all of your various "Designation of Beneficiary" forms are up-to-date. There are separate beneficiary forms for FDIC Life Insurance, Federal Employees' Group Life Insurance, unpaid compensation, FERS and CSRS Retirement Benefits, Thrift Savings Plan and FDIC Savings Plan. Your beneficiary designation forms are maintained in your Official Personnel Folder except for those applicable to the TSP and FDIC Savings Plan which are maintained by the TSP Board and T. Rowe Price and the CSRS Retirement Benefits beneficiary designation form maintained by U.S. OPM. If you wish to update any of your beneficiary designations, you may obtain new forms from the FDICNet/Compensation & Benefits/Benefits for Employees/ <u>Benefits Forms Frequently Used.</u> |
| | 3. Obtain a Statement of Earnings from the Social Security Administration to determine potential Social Security Benefits. |
| | 4. Contact the Benefits Hotline at 1-877-334-2111 (TDD: 1-877-334-3092) or via an email to <u>FDIC@BASUSA.com</u> if you need to apply to make deposits for the following, if applicable:<br><br>    a. Post-1956 military service (to FDIC)<br>    b. Civilian deposit service (to U.S. OPM)<br>    c. Redeposit (refunded) service (to U.S. OPM) |
| | 5. Review your Savings Plan options to take full advantage of them. |
| | 6. Complete all customary FDIC exit procedures, including the FDIC Pre-Exit Clearance Record. |

31

## Forms Required To Process Your Retirement

If you do not do so in advance, as soon as you submit your statement of intent to retire with a buyout to your Buyout Coordinator, call the Benefits Hotline at 1-877-334-2111 (TDD: 1-877-334-3092) or via an email to FDIC@BASUSA.com to request the appropriate forms for your completion. The forms applicable to your specific type of retirement are listed below:

| | |
|---|---|
| **CSRS/CSRS-Offset Employees** | 1. SF-2801, Application for Immediate Retirement Under the Civil Service Retirement System (CSRS). <br><br> 2. SF-2801-1, CSRS Certified Summary of Federal Service.  The servicing Benefits Specialist will forward this form to you to complete Section E. <br><br> 3. SF-2801-2, Spouse's Consent to Survivor Election.  Required when married applicant wants to leave less than the maximum amount of 55 percent of the survivor annuity to the spouse. <br><br> 4. SF-2803, Application to Make Deposit or Redeposit.  Required when the employee wants to include certain periods of military or civilian service for full annuity benefits. **For military service, the SF-2803 and the required deposit must be made before the employee retires and can take up to two months to process.**  For civilian service, the SF-2803 is submitted at the same time as the retirement application.  No payment is made at the time of application for deposit/redeposit for civilian service.  Instead, U.S. OPM will bill the employee for the payment when the retirement application is processed. |
| **FERS Employees** | 1. SF-3107, Application for Immediate Retirement Under the Federal Employees Retirement System (FERS). <br><br> 2. SF-3107-1, FERS Certified Summary of Federal Service.  The servicing Benefits Specialist completes and sends to you to complete Section E. <br><br> 3. SF-3107-2, FERS Spouse's Consent to Survivor Election.  Required when a married applicant wants to leave less than the maximum amount of 50 percent of the survivor annuity to the spouse. <br><br> 4. SF-3108, Application to Make Service Credit Payment for Civilian Service. Required when an employee wants to make deposit for certain military service or for certain pre-1989 non-deduction service for that service to count toward basic eligibility or to enhance the annuity benefit.  Also, is used to make a redeposit for refunded CSRS service when the FERS annuity includes a CSRS component.  **For military service, the SF-3108 and the required deposit must be made before the employee retires and can take up to two months to process.**  For civilian service, the SF-3108 is submitted at the same time as the retirement application.  No payment is made at the time of application for deposit/redeposit for civilian |

32

|  | service. Instead, U.S. OPM will bill the employee for the payment when the retirement application is processed. |
|---|---|
| **Both CSRS and FERS Employees** | 1. <u>SF-2818, FEGLI Continuation of Life Insurance Coverage</u>. Required when employee is eligible to continue FEGLI coverage into retirement.<br><br>2. <u>SF-2823, FEGLI Designation of Beneficiary</u>. You may wish to submit an updated form prior to retirement.<br><br>3. If you currently pay for Federal Long Term Care Insurance through payroll deduction, you must contact LTC Partners Customer Service Center at 1-800-LTC-FEDS (1-800-582-3337, option #3) (TTY 1-800-843-3557) to arrange for LTC insurance premium deductions from your annuity. Please note that LTC insurance premiums cannot be deducted from your annuity while you are receiving "interim pay" (sometimes called "special pay"). This means that until U.S. OPM finalizes your annuity, LTC Partners must bill you directly for the premiums due. Once your annuity is finalized, LTC Partners can begin to deduct premiums from your annuity. Annuity deductions are not adjusted to "catch up" uncollected premiums, so pay the bills promptly to keep your LTC coverage current.<br><br>4. <u>Military Documentation</u>.<br><br>     a. <u>DD-214 or equivalent, Military Discharge</u>. Required if you served in the military.<br>     b. <u>Waiver of Military Retired Pay (copy)</u>. Required if applicant wants to waive Military Retired Pay to use military service time in calculating the Federal retirement annuity.<br><br>5. <u>RI 38-128, Direct Deposit Information Form</u>. U.S. OPM requires that annuity checks be directly deposited into an annuitant's account unless the employee completes Section B, Payment by Check, of this form.<br><br>6. <u>OWCP Award Letter; OWCP Verification</u>. Required if applicant is receiving Workers' Compensation. |

## How Your Retirement Is Processed

Your retirement application is processed by three different offices in the following order: the servicing DOA Human Resources Branch's Benefits Center, the U.S. Department of Agriculture's National Finance Center (NFC), and the U.S. OPM.

| **The DOA Human Resources Branch Benefits Center** | 1. CSRS/CSRS Offset and FERS retirement application to U.S. OPM; Letter to U.S. OPM transferring your FEHB coverage to the retirement system. |
|---|---|

33

| | |
|---|---|
| ***processes the following, if applicable:*** | 2. <u>SF-2817, Federal Employees' Group Life Insurance (FEGLI)</u>. All FEGLI forms are forwarded from the DOA Human Resources Branch Benefits Center to NFC.<br><br>3. <u>SF-2821, Agency Certification of Insurance Status</u>. Required when retiring employee is eligible to continue FEGLI into retirement.<br><br>4. <u>G685, FDIC Life Conversion of Group Life Benefits to a Personal Policy</u>. This form verifies Basic Life Insurance coverage and entitles retiring employees to convert Optional Life Insurance coverage.<br><br>5. <u>SF-52, Request for Personnel Action, from which an SF-50, Notification of Personnel Action will be generated</u>. You will receive a copy of the SF-50.<br><br>6. <u>The last pay check and a lump-sum payment for any unused annual leave</u>. Due to lag time in our payroll system, employees receive their last paycheck from FDIC two weeks after the effective date of their separation. The lump-sum annual leave payment is not completed until indebtedness to the Corporation has been identified and resolved. Allow four to six weeks for receipt of the lump-sum annual leave payment.<br><br>7. <u>Notice to T. Rowe Price of employee's separation</u>. Separated employees will receive a termination packet from T. Rowe Price containing the applicable forms and instructions for the various options available. Separated employees are to send the completed forms directly to T. Rowe Price in the envelope provided in the packet. Separated employees may also call the T. Rowe Price Plan Account Line (PAL) on 1-800-922-9945 to initiate a withdrawal. |
| ***NFC does the following:*** | NFC receives your retirement application and back-up information from the servicing DOA Human Resources Branch Benefits Center. NFC closes out your FDIC payroll records, completes the appropriate forms, and forwards them to U.S. OPM. NFC notifies you that your paperwork has been forwarded to U.S. OPM. |
| ***U.S. OPM does the following:*** | Upon receipt of your application, the following timeframes will normally occur: |
| <u>Weeks</u><br><br>1-2 | <u>Event</u><br><br>Processing Begins. |
| 2-3 | Interim Pay Authorized -- Interim, or "Special" Pay are payments meant to tide you over until your final annuity can be processed. Such payments are based on an estimate of your net annuity after deductions, and are normally 80 to 85 percent of the estimated gross annuity. The first "regular" annuity payment will include the catch up of any shortfall due on the annuity not paid in the interim payments. |

| 3-4 | Retiree receives Acknowledgment and CSA (Civil Service Annuity) Number, the personal identification number to use for all future phone calls or correspondence to U.S. OPM. |
|-----|---|
| 4-6 | Retiree receives the first interim annuity payment. |

Thereafter, all future annuity checks will arrive on the first business day of each month. The regular annuity checks will start as soon as all processing has been completed by U.S. OPM, which depends on the complexity of the service record of the annuitant and U.S. OPM's workload.

| **Reminder** | **A month or more might elapse between your last paycheck and your first interim paycheck from U.S. OPM. You should set aside enough money to cover incurred expenses over this period of time.** |
|---|---|

## Making Address or Other Changes After Retirement

| **Payments from the FDIC:** | If you have elected a delayed buyout payment and/or buyout installments, or will be receiving a W-2 form for a supplemental payment from the FDIC (such as a life cycle account payment), buyout installments, you must complete FDIC Form 2150/02, Change of Mailing Address Form/ Direct Deposit Form, should you move or change your financial institution. This form is to be sent to the Division of Finance's Disbursements Section in Washington, D.C., not your servicing DOA Human Resources Branch Buyout Coordinator. **This form is provided on the 2004 Buyout Website.** |
|---|---|
| **FDIC Benefits in Retirement:** | You will continue to be able to access your MyEnroll.com account of FDIC benefits using your employee User ID and password. You will be able to make certain changes, such as to your dependent data and life event status changes. To change your address in MyEnroll, you will need to contact the FDIC Benefits Hotline (1-877-334-2111 (TDD: 1-877-334-3092), or via an email to FDIC@BASUSA.com. **To continue receiving mailings concerning changes in FDIC benefits, premium rates, and related information, it is important that you keep your address up-to-date in MyEnroll.com.**<br><br>You should also check the FDIC Retirees' Website, **www.fdic.gov/retiree**, regularly to keep abreast of changes, new developments, and important dates for FDIC retiree benefits information |
| **Federal Annuity:** | You will need to keep U.S. OPM advised of any changes as they might affect your annuity or your coverage under the FEHB (health) or FEGLI (life) insurance programs. Once you receive a Civil Service Annuitant (CSA) number, you may contact U.S. OPM, for any and all matters concerning your annuity, or, if applicable, your FEHB or FEGLI coverage. This includes reporting a change of address; inquiring about Federal or State income tax; |

| | |
|---|---|
| | reporting a change in Federal tax withholding; reporting the death of an annuitant; reporting an incidence of suspected waste, fraud, or abuse of Federal retirement benefits; notifying U.S. OPM of a missing annuity check; reporting a change in marital status; and reporting a change in designated beneficiaries. U.S. OPM's numbers are 1 (888) 767-6738, or (202) 606-0500 (DC Metro area); [TDD: 1 (800) 878-5707 or (202) 606-5001 for the DC Metro area] |
| **Federal Long Term Care Insurance:** | If you have Federal Long Term Care Insurance, you will need to contact LTC Partners Customer Service Center at 1-800-LTC-FEDS (1-800-582-3337, option #3) (TTY 1-800-843-3557) to report a change of address, to arrange for your premiums to be deducted from your annuity, to submit a claim, etc. |
| **Federal Thrift Savings Plan:** | To change your address for TSP, you will need to submit TSP-9, Change of Address for Separated Participants. To get a copy of TSP-9, go to **www.tsp.gov** or call: 1-877-968-3778 (TDD: 1-877-847-4385). |
| **FDIC Savings Plan:** | Contact T. Rowe Price's Plan Account Line (1-800-922-9945) to change your address on your account. |

# Retirement under the Civil Service Retirement System

## Eligibility

To retire with an immediate annuity under the CSRS or CSRS-Offset System, the employee must:

1. Be under CSRS or CSRS-Offset at retirement;

2. Have at least five years of creditable federal civilian service;

3. Have at least one year under CSRS or CSRS-Offset within the last two; and

4. Meet one of the following combinations of age and service--

| | *Optional Annuity* | | | *Voluntary Early Retirement and Discontinued Service Retirement* | |
|---|---|---|---|---|---|
| *Age* | 62 | 60 | 55 | 50 | *Any age* |
| *Yrs. of Service* | 5 | 20 | 30 | 20 | 25 |

Additionally, to be eligible for voluntary early retirement you must:

- Be serving on a permanent appointment.
- Have been on FDIC's rolls continuously since June 14, 2003 (for DOF/DIR/Legal/DRR/DIRM [DIT]) or November 13, 2003 (for DOA/OIG/DSC/ODEO).

Voluntary early retirement **cannot** be approved for employees who are being involuntarily separated for misconduct or unsatisfactory performance.

## Creditable Service

**Civilian Service:** Civilian work under federal appointment and supervision is generally considered creditable service toward CSRS or CSRS-Offset retirement. Such service generally counts from the beginning to the end of each appointment. The type of appointment is immaterial (i.e., temporary, indefinite, permanent, competitive, or excepted). Non-deduction service and refunded service is creditable service whether or not a deposit or redeposit is made.

- Credit is granted for all leave with pay (e.g., annual leave, sick leave, court leave, military leave, and administrative leave) and for time on the rolls in a nonpay status that does not exceed six months in a calendar year.

- Congressional service, certain D.C. government service, and other types of federal service (e.g., Peace Corps, Federal Reserve Board, and Foreign Service, U.S. Postal Service) **may** be creditable for Federal retirement.

37

**Military Service:** Periods of honorable active duty service generally count as creditable service and may require a deposit for full benefits if the military service occurs after 1956.

- Active duty service by an employee receiving military retired pay generally does not count unless the employee elects to waive military retired pay to have the service credited in a civilian annuity.

### Annuity Computation

CSRS provides a basic annuity using the employee's highest average federal annual salary for a three-year period. "Annual salary" means adjusted basic salary; i.e., the employee's basic salary and locality pay adjustment.

> **Note:** If the highest annual salary included a regional pay differential (RPD), the RPD portion is excluded when calculating the average.

The annuity formula is:

- 1.50 percent per year for the first five years;

- 1.75 percent per year for the next five years; and

- 2.00 percent per year for each year after the first 10.

**Example:**  Age 55, 30 years: 7.50 percent (1.50 percent x first five years) + 8.75 percent (1.75 percent x next five years) + 40.00 percent (2 percent x last 20 years) = 56.25 percent of the employee's average "High-3" annual salary.

### Basic Benefits

A federal annuity is paid for full years and whole months of service. A basic CSRS annuity may not exceed 80 percent of an employee's average "High-3." To qualify for the maximum CSRS annuity, an employee must have 41 years and 11 months of creditable service. However, unused sick leave adds credit to the basic CSRS annuity and may result in an annuity that totals more than 80 percent.

### Unused Sick Leave

Unused sick leave is used in computing the annuity, but is not used to compute the employee's high-3 average salary nor to meet the minimum length of service required for retirement eligibility.

### Lump-Sum Annual Leave Payment

A lump-sum annual leave payment is not considered pay for retirement purposes, and no credit is allowed for the period covered by the payment.

### Reductions to Basic Annuity

**Early Retirement:** The annuity of an employee is reduced by 2 percent for each year the retiree is under age 55, prorated on a monthly basis. This reduction continues for the life cycle of the annuity.

**CSRS-Offset:** When a CSRS-Offset retiree is entitled to Social Security (usually at age 62), the CSRS annuity is reduced by the estimated value of the Social Security credit earned while under CSRS-Offset.

**Failure to Make Deposit or Redeposit for Civilian Service:** Failing to make a deposit for non-deduction service or a redeposit for refunded service may reduce the basic annuity. See Appendix C for further information.

**Failure to Make a Deposit for Military Service:** Failing to make a deposit for military service may reduce the basic annuity. See Appendix C for further information.

**CSRS Survivor Elections:** Retirees may reduce their CSRS annuity to provide a surviving spouse or other insurable interest with a continuing benefit.

- The basic annuity is reduced by about 10 percent when full survivor benefits are elected.

- The full survivor benefit is 55 percent of the employee's basic annuity.

- Partial survivor benefits may be elected, with lesser reductions to the actual annuity.

- The retiree and current spouse must both consent to an election of less than the full 55 percent survivor benefit.

- Court orders directing the survivor benefits to a former spouse may reduce the entitlement of a current spouse.

- Additional survivor benefits may be elected for an "insurable interest."

### Making a Deposit/Redeposit for Full CSRS Annuity Benefits

**Civilian Service:** Complete SF-2803, Application to Make Deposit or Redeposit. To obtain a copy of SF-2803, contact the FDIC Benefits Hotline (1-877-334-2111; TDD: 1-877-334-3092; FDIC@BASUSA.com).

- File SF-2803 through the DOA Human Resources Branch's Benefits Center in Washington, D.C. before retirement or with U.S. OPM after retirement.

- Interest will be added to the basic deposit/redeposit amount using market rates.

- U.S. OPM will process your request simultaneous with the processing of your retirement application. Prior to receiving your first full annuity payment, you will receive an election form from U.S. OPM with the amount of the deposit/redeposit due, what your annuity will be if you pay the deposit/redeposit, and election/payment instructions.

**Military Service:** You need your complete records of military basic pay to initiate a military service deposit. If you do not have them, complete Form RI 20-97, Estimated Earnings during Military Service, to request the data from your branch of military service. Contact the FDIC Benefits Hotline (1-877-334-2111; TDD: 1-877-334-3092; FDIC@BASUSA.com) to obtain a copy of form RI 20-97.

- File SF-2803, Application to Make Deposit or Redeposit, with a copy of the military service pay record. To obtain a copy of SF-2803, contact the FDIC Benefits Hotline (1-877-334-2111; TDD: 1-877-334-3092; FDIC@BASUSA.com).

39

- The SF-2803 must be filed through the DOA Human Resources Branch's Benefits Center in Washington, D.C. **before** retirement.

- The Benefits Center calculates the deposit due, including any applicable interest, and notifies you of the amount due. Payments are made to the order of the "National Finance Center" and are submitted directly to the Benefits Center.

- Payments may be in a lump sum or in increments of $50 or more. **The deposit must be made in full before retirement for the military service to be creditable.**

- You cannot receive military retired/retainer pay <u>and</u> CSRS retirement credit for the same period of service. However, you may waive military retired/retainer pay if this is to your advantage.

**Payment and Accrual of Annuity**

The annuity commences on the following day when an employee retires voluntarily during the first three days of the month. Otherwise, the annuity begins on the first day of the month following the month of retirement.

If an employee is involuntarily separated and is eligible for an immediate annuity, the annuity begins the day after the separation under "discontinued service" provisions.

# Retirement under the Federal Employees' Retirement System

Eligibility

To retire with an immediate annuity under FERS, the employee must:

- Be enrolled under FERS at time of retirement;
- Have at least five years of creditable Federal civilian service; and
- Meet one of the following combinations of age and service--

| | Optional Retirement | | | | Voluntary Early Retirement and Discontinued Service Retirement | |
|---|---|---|---|---|---|---|
| | Unreduced Annuity | | | Reduced Annuity | | |
| Age | 62 | 60 | MRA* | MRA | 50 | Any age |
| Yrs. Of Service | 5 | 20 | 30 | 10 | 20 | 25 |

MRA = Minimum Retirement Age, between 55 and 57 years, depending on date of birth.

Additionally, to be eligible for voluntary early retirement, you must:

- Be serving on a permanent appointment.
- Have been on FDIC's rolls continuously since June 14, 2003 (for DOF/DIR/Legal/DRR/DIRM [DIT]) or November 13, 2003 (for DOA/OIG/DSC/ODEO).

Voluntary early retirement **cannot** be approved for employees who are being involuntarily separated for misconduct or unsatisfactory performance.

| • If Your Were Born: | • Your MRA is: |
|---|---|
| Before 1948 | 55 years |
| 1948 | 55 years, 2 months |
| 1949 | 55 years, 4 months |
| 1950 | 55 years, 6 months |
| 1951 | 55 years, 8 months |
| 1952 | 55 years, 10 months |
| 1953 to 1964 | 56 years |
| 1965 | 56 years, 2 months |
| 1966 | 56 years, 4 months |
| 1967 | 56 years, 6 months |
| 1968 | 56 years, 8 months |
| 1969 | 56 years, 10 months |
| After 1969 | 57 years |

**Creditable Service**

41

**Civilian Service:** Civilian work under Federal appointment and supervision generally counts from the beginning to the ending date of each appointment.   The type of appointment is immaterial (i.e., temporary, indefinite, permanent, competitive, or excepted).

- "Non-deduction" service (e.g., temporary appointment) occurring before January 1, 1989, is creditable for retirement purposes if a deposit is made.  Non-deduction service performed on or after January 1, 1989, is not creditable for any purpose.

- A redeposit for refunded FERS deductions is not permitted, so refunded FERS service is not creditable.

- Credit is granted for all leave with pay (e.g., annual leave, sick leave, court leave, military leave, and administrative leave) and for time on the rolls in a nonpay status that does not exceed six months in a calendar year.

- Congressional service, certain D.C. government service, and other types of Federal service (e.g., Peace Corps, Federal Reserve Board, Foreign Service, U.S. Postal Service) **may** be creditable for Federal retirement.

**Military Service:**  Periods of honorable active duty military service generally count as creditable service and may require a deposit for full benefits.  See Appendix C for further information.

### Annuity Computation

FERS provides a basic annuity using the employee's highest average annual salary for a three-year period. "Annual salary" means adjusted basic salary; i.e., the employee's basic salary and locality pay adjustment.

> **Note:**  If the highest annual salary included a regional pay differential (RPD), the RPD portion is excluded when calculating the average.

The annuity formula is:

- 1.00 percent per year times years of Federal service.

However, if you retire at age 62 or older with at least 20 years of creditable service, the formula is:

- 1.10 percent per year times years of Federal service.

An employee who transferred to FERS from CSRS and had at least five years of CSRS credit at the time of transfer has both a FERS and CSRS component to the annuity.  The CSRS component is computed under CSRS rules.

### Basic Benefits

A FERS annuity is paid for full years and whole months of service.  Unused sick leave **does not** count in the computation of a FERS annuity unless the employee retires with both a CSRS and FERS component.  Unused sick leave creditable for annuity calculation purposes is added to the CSRS component.  The amount of "sick leave months" on record at the time of transfer to FERS, or at the time of retirement, whichever is less, is used in the calculation of the CSRS component of the annuity.

**Special Retirement Supplement**

FERS employees retiring at MRA with 30 years of service, or age 60 with 20 years of service, may collect an added benefit until they reach age 62. This benefit, which is designed to approximate the retiree's eventual Social Security benefit, is meant to enhance the basic FERS annuity until Social Security is available.

**Reductions to Basic Annuity**

**Reduction of CSRS Component under Early Retirement:** Employees retiring under age 55 who have a CSRS component to their FERS annuity have that component reduced by 2 percent for each year the retiree is under age 55, prorated on a monthly basis. The CSRS portion of the annuity is reduced by 2 percent for each year the retiree is under age 55, prorated on a monthly basis. **(Note: FERS annuity benefits are not reduced under early retirement.)**

**Reduced Benefits:** FERS "reduced benefit" optional retirements, available at MRA with at least 10 years of creditable service but less than 30 years of service (or less than 20 years under early retirement), are subject to a major reduction for age. The final annuity is reduced by 5 percent per year for each year under age 62.

FERS employees eligible for an immediate annuity under MRA+10 years service rule may delay receipt of that annuity until age 62 to avoid the reduction of 5 percent for each year under age 62 to the annuity. They will not be eligible to continue FEHB, FDIC Basic Life Insurance, or Dental Insurance at separation, but they will be eligible to re-enroll and elect FEHB coverage when their annuity commences at age 62. They will also be eligible to re-enroll FDIC Basic Life Insurance and Dental Insurance at that time, providing that these programs continue to be offered to retirees.

**Survivor Elections:** Retirees may reduce their FERS annuity to provide a surviving spouse or other insurable interest with a continuing benefit.

- The basic annuity is reduced by 10 percent when full survivor benefits are elected.

- The full survivor benefit is 50 percent of the initial annuity.

- Partial survivor benefits (e.g., 25 percent) can be elected, with 5 percent reduction to the actual annuity.

- The retiree and current spouse both must consent to an election of less than the full 50 percent survivor benefit.

- Court orders directing survivor benefits to a former spouse may reduce the entitlement of a current spouse.

- Dependent children may be entitled to an additional survivor benefit.

- Additional survivor benefits may be elected for an "insurable interest."

**Deposits/Redeposits for Full Annuity Benefits:** See Appendix C which summarizes the effect that making a deposit for certain non-deduction service or military service or redeposit for refunded CSRS service has on the FERS annuity.

43

- Employees may make a FERS deposit to cover past periods of non-deduction civilian service up to December 31, 1988, for post-1956 military service.

- Employees may also redeposit contributions for refunded CSRS service if their annuity includes a CSRS component.

**Civilian Service:** Complete SF-3108, Application to Make Service Credit Payment for Civilian Service. To obtain a copy of SF-3108, contact the FDIC Benefits Hotline (1-877-334-2111; TDD: 1-877-334-3092; FDIC@BASUSA.com).

- SF-3108 may be filed through the DOA Human Resources Branch Benefits Center in Washington, D.C. before retirement or with U.S. OPM after retirement.

- Interest will be added to the basic deposit/redeposit amount based on the market rates.

- U.S. OPM will process your request simultaneous with the processing of your retirement application. Prior to receiving your first full annuity payment you will receive an election form from U.S. OPM with the amount of the deposit/redeposit due, what your annuity will be if you pay the deposit/redeposit, and election and/or payment instructions.

**Military Service:** You need your complete records of basic pay during your military service to initiate a military service deposit. If you do not have them, complete form RI 20-97, Estimated Earnings During Military Service, to request the data from your branch of military service. To obtain a copy of the RI 20-97, contact the FDIC Benefits Hotline (1-877-334-2111; TDD: 1-877-334-3092; FDIC@BASUSA.com).

- Military service that is creditable under CSRS is creditable under FERS, except that all post-1956 military service must be covered by a deposit to receive credit under FERS rules for any purpose.

- Military service that will be part of a CSRS component is treated under CSRS rules. Therefore, if you were hired in a CSRS-covered position before October 1, 1982, post-1956 military service may be credited without a deposit being made.

- File SF-3108, Application to Make Service Credit Payment for Civilian Service, along with a copy of the military pay record, with the DOA Human Resources Branch Benefits Center in Washington, D.C.

- The Benefits Center calculates the deposit due, including any applicable interest and notifies you of the amount owed. Payments are made to the order of the "National Finance Center" and are submitted directly to the DOA Human Resources Branch Benefits Center.

- Payments may be in a lump sum or in increments of $50 or more. **The deposit must be made in full before retirement for the military service to be creditable.**

- You cannot receive military retired/retainer pay **and** CSRS or FERS retirement credit for the same period of service. However, you may waive military retired/retainer pay if this is to your advantage.

**Payment and Accrual of Annuity**

44

A FERS annuity based on voluntary optional or early retirement begins on the first day of the month following the month of retirement.

If an employee is involuntarily separated and is eligible for an immediate annuity, the annuity begins the day after the separation under "discontinued service" provisions.

45

Appendix C

# Crediting Service Non-Deduction, Refunded & Military Service

| CSRS Component | | | |
|---|---|---|---|
| **Type of Service** | **Deposit or Redeposit Paid?** | **Creditable for Retirement Eligibility?** | **Creditable for Annuity Computation?** |
| CSRS refunded before 10/1/1990 | No | Yes | Yes, but annuity is actuarially reduced |
| CSRS refunded before 10/1/1990 | Yes | Yes | Yes |
| CSRS refunded on or after 10/1/90 | No | Yes | No |
| CSRS refunded on or after 10/1/90 | Yes | Yes | Yes |
| CSRS non-deduction service before 10/1/82 | No | Yes | Yes, w/ 10 percent-plus- interest reduction |
| CSRS non-deduction service before 10/1/82 | Yes | Yes | Yes |
| CSRS non-deduction service on or after 10/1/82 | No | Yes | No |
| CSRS non-deduction service on or after 10/1/82 | Yes | Yes | Yes |
| Pre-1957 military service [1] | N/A | Yes | Yes |
| Post-1956 military service, hired before 10/1/82 [1] | No | Yes | Yes, depending on age & Social Security eligibility [2] |
| Post-1956 military service, hired before 10/1/82 [1] | Yes | Yes | Yes |
| Post-1956 military service, hired on or after 10/1/82 | No | No | No |
| Post-1956 military service, hired on or after 10/1/82 [1] | Yes | Yes | Yes |

1 An employee receiving military retired pay (MRP) generally must waive the MRP for the military service to be creditable.
2 If an employee is under age 62 at retirement & is eligible for an earned Social Security benefit at 62, the annuity will be recomputed at age 62 to eliminate the post-56 military service. If employee is 62 or older at retirement & is eligible for an earned Social Security benefit, the military service will not be credited in the annuity computation

| FERS Component | | | |
|---|---|---|---|
| **Type of Service** | **Deposit or Redeposit Paid?** | **Creditable for Retirement Eligibility?** | **Creditable for Annuity Computation?** |
| FERS non-deduction service (including periods of non-deduction or CSRS refunded service prior to placement in FERS) | No | No | No |
| FERS non-deduction service (including periods of non-deduction or CSRS refunded service prior to placement in FERS) | Yes [3] | Yes, as long as the non-deduction service was prior to 1/1/89 | Yes, as long as the non-deduction service was prior to 1/1/89 |
| FERS refunded service | N/A | No | No |
| Pre-1957 military service [4] | N/A | Yes | Yes |
| Post-1956 military service | No | No | No |
| Post-1956 military service [4] | Yes | Yes | Yes |

---

3 A deposit cannot be made for non-deduction service after 1988.
4 An employee receiving military retired pay (MRP) generally must waive the MRP for the military service to be creditable.

47

# Reemployment in the Federal Service after Retirement

The following information may be of interest to you if you are considering returning to federal employment after retirement. If you have questions that are not answered below, please call the Benefits Hotline on 1-877-334-2111 (TDD: 1-877-334-3092) or e-mail the Benefits Hotline at FDIC@BASUSA.com.

When you return to employment after your retirement, you return either as a reemployed annuitant or as an employee. If you return as a reemployed annuitant, you serve at the will of the agency. The appointment may be full-time, part-time, time-limited or intermittent. However, as a reemployed annuitant you can be discharged without cause or appeal rights, as it is not considered a permanent appointment. Only Civil Service Retirement System (CSRS) annuitants who separated under provisions of Discontinued Service Retirement (DSR) are considered employees upon reemployment.

**Annuity Upon Reemployment**: Depending upon the reason for your retirement and the type of appointment you receive when you are reemployed, your annuity during your period of reemployment may either continue or terminate.

Voluntary retirement under an early provision establishes a permanent and immediate federal annuity. In most cases, the annuity continues during reemployment, including associated cost-of-living adjustment increases.

The exception to this general practice is when a CSRS Discontinued Service Retirement "DSR" retiree is reemployed in the federal service in a position covered by the retirement system, the annuity terminates and the salary is not offset. In contrast, the annuity of a Federal Employees Retirement System (FERS) DSR retiree continues upon reemployment in a position covered by the retirement system. The attached chart maps out these various provisions.

**Salary Upon Reemployment**: If your annuity continues after you are reemployed, your salary generally will be reduced by the amount of your annuity. If your service as a reemployed annuitant is part-time, the reduction in your salary is prorated based on your earnings. For example, if you come back to work 20 hours a week, your salary will be reduced by one-half of your annuity since your tour of duty is one-half of a full-time tour of duty.

**Annual Leave**: When you retire, you receive a lump-sum payment of your unused annual leave. The lump sum covers the period you would have been on annual leave if you had used it. If you return to federal service before this period expires, you must pay a refund for the unused leave. The refunded leave will be returned to your annual leave account, except for the excess that you cannot carry into a new leave year. This excess leave must also be paid for and then forfeited. Thus, if you retire close to or at the end of a leave year with an annual leave balance of more than 240 hours, you may want to delay returning to federal service until after the period covered by excess leave.

If you are reemployed immediately after you retire, you should not receive the lump-sum payment of your remaining annual leave. Instead, your annual leave balance at retirement will be carried into your reemployment service as if you had not been separated for retirement.

You will earn leave at the rate in effect for the amount of your federal service (6 hours per 80-hour pay period if your service is between 3 and 15 years, and 8 hours per 80-hour pay period for service over 15 years). Accrual of annual leave is prorated for part-time service.

**Sick Leave**: As a reemployed annuitant, you will earn sick leave at the same rate you did as an employee, i.e., four hours for an 80-hour pay period (prorated if you are working part-time).

If you retire under the Civil Service Retirement System, any sick leave you have when you retire is transferred to your retirement system, and used to increase your length of service for annuity computation purposes. It will not, therefore, be re-credited to you as a reemployed annuitant. You will start your period of reemployment service with a zero balance of unused sick leave.

If you retire under the Federal Employees Retirement System, sick leave that you earned as a FERS employee is not used to increase your length of service for annuity computation purposes, and is therefore available to be re-credited to you as a reemployed annuitant regardless of the date of your separation.

If you retire under the Federal Employees Retirement System, but part of your annuity is computed under the Civil Service Retirement System's rules, your new servicing personnel office will determine if any of your sick leave is available to be re-credited to you as a reemployed annuitant.

**Health Benefits Coverage**: If your annuity continues during your period of reemployment and you carry health benefits coverage as a retiree, your health benefits coverage will continue to be withheld from your retirement annuity unless you choose to have the coverage transferred to your new employing agency to take advantage of the premium conversion plan, which allows employees to have health insurance premiums withheld from their pay on a pre-tax basis. This option is not available to retirees.

**Federal Flexible Spending Accounts ("FedFlex" FSAs) for Health Care and Dependent Care:** Since the FDIC FSA Program is not part of the FedFlex Plan, you will be able to contribute to a FedFlex Health Care and/or Dependent Care FSA up to the allowable limits established for these Programs. The current Federal agency annual limit for a Health Care FSA is $4,000 and for a Dependent Care FSA it is the IRS annual limit of $5,000 if married filing jointly and $2,500 each if married filing separately. If you are reemployed by a Federal agency in the same tax year as the year in which you retire, and you elect to open a FedFlex Dependent Care FSA, be mindful that your combined contributions to the FDIC Dependent Care FSA and a FedFlex Dependent Care FSA in the same tax year cannot exceed the IRS limit. There is no IRS limit on an employee's annual contributions to a Health Care FSA.

**Federal Employees Group Life Insurance (FEGLI)**: If as a retired employee you are reemployed under conditions that do not terminate your annuity (see the following chart), you will keep your FEGLI insurance coverage as an annuitant. However, if your reemployment gives you new life insurance rights, you acquire new coverage as an employee and your coverage as an annuitant is suspended during the period of your reemployment, except for your additional optional coverage (see below).

Service that does not provide new FEGLI rights includes appointments of one year or less and intermittent appointments, UNLESS your reemployment follows a break in service of three days or less following retirement.

If you are eligible for continued additional optional insurance as a retiree, you may elect, within 31 days of reemployment, to suspend your additional optional insurance coverage as an annuitant and acquire the same as an employee. The amount of coverage and the deductions are based on the full pay for your position as a reemployed annuitant.

49

If you return more than 180 days after you retire, you may cancel any previous declinations or waivers of coverage(s). If you file a waiver of life insurance coverage when you are reemployed, the waiver will cancel your coverage both during reemployment and retirement. **In other words, if you wish to continue your life insurance coverage in retirement, you should not waive new insurance coverage acquired during reemployment.**

Upon separation after reemployment, you may continue your reemployment-acquired insurance into retirement only if you meet the following conditions:

1. You qualify for a supplemental annuity (see "Annuity When Your Reemployment Ends" below);
2. You otherwise meet the eligibility requirements for continuing life insurance coverage in retirement; and
3. You elect to do so.

Otherwise, your suspended coverage is reinstated and withholdings, if applicable (such as premiums for a lesser reduction or no reduction after age 65), resume.

If you die during your reemployment, your survivor will receive either the amount of Basic Life Insurance you had as an employee or the amount of suspended Basic Life you had as an annuitant, whichever is higher. If you have Option A – Standard, the amount you have as an employee is the amount payable if you die as a reemployed annuitant. If you have Option B – Additional as an employee rather than as an annuitant, the amount you have as an employee is the amount payable if you die as a reemployed annuitant. If you had Option B – Additional as an annuitant, that is the amount payable.

**Federal Long Term Care Insurance Program**: If you carried Federal Long Term Care Insurance into retirement, it will continue upon your rehiring. If your annuity stops upon your rehiring, you will need to arrange to have the premiums deducted from your pay. If you were not enrolled, you will be given a 60-day period to enroll as a new hire subject only to abbreviated underwriting.

**Federal Thrift Savings Plan (TSP)**: If you are reemployed in the federal service after a break in service of less than 31 full calendar days and you were previously contributing to the TSP, your TSP contributions will continue at the same rate as during your employment. You cannot change the amount of your contributions until the next open season. If you are reemployed in the federal service after a break in service of 31 or more full calendar days, you may elect to contribute to the TSP within 60 days of your reemployment. IF you are a rehired FERS employee and were previously eligible to receive agency contributions, your agency contributions will begin immediately. If you were not previously eligible to receive agency contributions, your agency contributions will begin in the last month of the second open season after your rehire.

If you are making the maximum amount of regular contributions to the Federal TSP and are 50 years of age or over, you may also elect to make pre-tax "catch-up" contributions. You may elect to make catch-up contributions at any time.

**Retirement Contributions During Reemployment**: If you retire under CSRS and are reemployed in a position not excluded from retirement coverage, you may elect to have contributions withheld from your salary. The contributions are based on the full pay for your position, before the annuity reduction (see "Salary Upon Reemployment" above). It is to your benefit to have contributions withheld if you will work the equivalent of at least one year of full-time service and thus qualify for a supplemental annuity (see below).

If you retire under the FERS and are reemployed in a position not excluded from retirement coverage, you must have contributions withheld from your salary.

When your reemployment service ends and you are not eligible for a supplemental or recomputed annuity (see "Annuity When Your Reemployment Ends" below), you may apply to U.S. OPM for a refund of the retirement contributions you made during your reemployment.

**Opportunity for CSRS Retirees to Transfer to FERS**: If you are a CSRS retiree, you may elect to transfer to FERS within 6 months of your reemployment provided your appointment is not excluded from FERS coverage by law or regulation. If you choose to transfer to FERS, you may elect to participate in the Thrift Savings Plan within 30 days of your transfer. You will be eligible for automatic agency contributions equal to one percent of your adjusted basic pay and for agency matching contributions, dollar for dollar, on the first three percent of adjusted basic pay contributed and 50 cents on the dollar on the next two percent of adjusted basic pay contributed. The adjusted basic pay used for employee and agency contributions is your pay before it is offset by your annuity.

**Annuity When Your Reemployment Ends**: If your annuity continues during reemployment and you work at least one year full-time, you will be eligible for additional benefits upon separation from your reemployment service. You must have paid a deposit for this service, either through retirement contributions deducted from your salary or in a lump-sum after separation. FERS reemployed annuitants automatically have retirement contributions deducted from their salary whereas CSRS reemployed annuitants may voluntarily elect to have retirement contributions deducted. U.S. OPM will bill a CSRS reemployed annuitant who decides to pay retirement contributions in a lump-sum.

- **Supplemental Annuity:** If you are reemployed full-time for at least one year or part-time for service equivalent to at least one full year, you may be eligible for a supplemental annuity. A supplemental annuity will be computed by using your additional service and the average salary for that service to compute an additional benefit due you. If you are a CSRS employee and your original retirement was based on at least ten years of service, your supplemental annuity will generally be 2 percent of your average salary for each full year of supplemental service. If you are a FERS employee, your supplemental annuity will generally be 1 percent (or 1.1 percent for those retiring at age 62, or older, with at least 20 years of service) of your average salary for each full year of creditable reemployment service.

- **Recalculated Annuity:** If you are reemployed for at least five years of full-time service or the part-time equivalent, you will be eligible for a recomputed annuity. In this case, U.S. OPM will recompute your entire annuity, using your new average "high-3" salary and combined length of service for your new benefit.

## Summary of Federal Reemployment Information for Federal Annuitant

| Basis for Retirement | Type of Appointment | Annuity During Reemployment | Salary Deductions During Reemployment | Annuity After Reemployment |
|---|---|---|---|---|
| Voluntary Early Retirement | Any type | Continues without interruption | Your salary is reduced by your annuity (prorated for part-time reemployment in proportion to tour). In addition, FERS retirees must have retirement deductions withheld and CSRS retirees may elect to have retirement deductions withheld from their salary. | Continues, with supplemental annuity payable if final period of reemployment consists of at least one year of continuous full-time service or continuous part-time service equivalent to at least one year of full-time service. If reemployment continues at least five years, individual is entitled to a recomputation of annuity.<br><br>**NOTE:** A deposit must be paid for all reemployment service for which retirement deductions were not withheld from salary. |
| Discontinued Service Retirement | Subject to FERS or not subject to Retirement Act | Continues without interruption | Your salary is reduced by your annuity (prorated for part-time reemployment in proportion to tour). In addition, FERS retirees must have retirement deductions withheld and CSRS retirees may elect to have retirement deductions withheld from their salary. | Continues, with supplemental annuity payable if final period of reemployment consists of at least one year of continuous full-time service or continuous part-time service equivalent to at least one year of full-time service. If reemployment continues at least five years, individual is entitled to a recomputation of annuity.<br><br>**NOTE:** A deposit must be paid for all reemployment service for which retirement deductions were not withheld from salary. |
| Discontinued Service Retirement | Subject to CSRS | Terminates on the day of reemployment | Applicable retirement deductions. | Redetermined (new annuity right based on law in effect at time of subsequent separation). |

53

# U.S. OPM Retirement Fact Series

Below is a selection of U.S. OPM pamphlets applicable to employees who are retiring. *You may read or download copies of the pamphlets below from U.S.OPM's Website (*http://www.opm.gov)*, linked directly below.*

## Civil Service Retirement System (CSRS) Publications

Publications concerning the Civil Service Retirement System (CSRS) are listed below. Select one to read more.

### Help on Reading these Publications and Completing Forms

Adobe Acrobat PDF Forms Help
Word Processing Help

**Retirement Facts 1** -- The Civil Service Retirement System, November 1997
Print or Save File [PDF Version]
(Form Number: RI 83-1)

**Retirement Facts 2** -- Military Service Credit Under the Civil Service Retirement System, December 1997
Print or Save File [PDF Version]
(Form Number: RI 83-2)

**Retirement Facts 3** -- Deposits and Redeposits Under the Civil Service Retirement System, October 1997
Print or Save File [PDF Version]
(Form Number: RI 83-3)

**Retirement Facts 4** -- Disability Retirement Under the Civil Service Retirement System, November 1997
Print or Save File [PDF Version]
(Form Number: RI 83-4)

**Retirement Facts 5** -- Survivor Benefits Under the Civil Service Retirement System, October 1997
Print or Save File [PDF Version]
(Form Number: RI 83-5)

**Retirement Facts 6** -- Early Retirement Under the Civil Service Retirement System, November 1997
Print or Save File [PDF Version]
(Form Number: RI 83-6)

**Retirement Facts 7** -- Computing Retirement Benefits Under the Civil Service Retirement System, October 1997
Print or Save File [PDF Version]
(Form Number: RI 83-7)

**Retirement Facts 8** -- Credit for Unused Sick Leave Under the Civil Service Retirement System, November 1997
Print or Save File [PDF Version]
(Form Number: RI 83-8)

**Retirement Facts 9** -- Refunds Under the Civil Service Retirement System, October 1997
Print or Save File [PDF Version]
(Form Number: RI 83-9)

**Retirement Facts 10** -- Voluntary Contributions Under the Civil Service Retirement System, April 1998
Print or Save File [PDF Version]
(Form Number: RI 83-10)

**Retirement Facts 11** -- Information for Separating CSRS Employees Who Are Not Eligible for an Immediate Annuity, November 1997
Print or Save File [PDF Version]
(Form Number: RI 83-13)

**Retirement Facts 12** -- Information About Reemployment in the Civil Service Retirement System, November 1997
Print or Save File [PDF Version]
(Form Number: RI 83-18)

**Retirement Facts 13** -- CSRS Offset Retirement, April 1998
Print or Save File [PDF Version]
(Form Number: RI 83-19)

**Retirement Facts 14** -- Law Enforcement and Firefighter CSRS Retirement, October 1997
Print or Save File [PDF Version]
(Form Number: RI 83-20)

**Information for Annuitants (CSRS)**, April 1999
Web Document   Print or Save File [PDF Version]
(Form Number RI 20-59)

**Information for Survivor Annuitants**, April 2001
Web Version
(Form Number: RI 25-26)

**Information for Disability Annuitants (CSRS)**, September 2000
Web Version   Print or Save File [PDF Version]
(Form Number: RI 30-13)

**Survivor Benefits for Children**, April 1999
Web Version   Print or Save File [PDF Version]
(Form Number: RI 25-27)

**Applying for Death Benefits under the Civil Service Retirement System (CSRS)**, May 2000
Print or Save File [PDF Version]
(Form Number: SF-2800-1)

## Publications for employees who are under the Federal Employees Retirement System (FERS) are:

**Help on Using These Forms:**

- Adobe Acrobat PDF Forms
- WordPerfect and Microsoft Word Forms

**FERS** -- Federal Employees Retirement System (An Overview of Your Benefits), April 1998
Web Version
(Form Number: RI 90-1)

**FERS -- Federal Employees Retirement System Transfer Handbook** -- A Guide to Making Your Decision
Web Version   PDF Document
(Form Number: RI 90-3)

**Information for FERS Annuitants** - Information for Individuals Who Have Retired Under FERS, January 2000
Web Version   Print or Save File [PDF Version]
(Form Number: RI 90-8)

**FERS Facts 1** -- Information for Separating FERS Employees Who are Not Eligible for an Immediate Annuity, September 1996
Web Version   Print or Save File [PDF Version]
(Form Number: RI 90-11)

**Information for Survivor Annuitants (FERS),** November 1999
Web Version
(Form Number: RI 90-12)

**Applying for Deferred or Postponed Retirement Under the Federal Employees Retirement System (FERS),**October 2000
Web Version
(Form Number: RI 92-19A)

**Information for Disability Annuitants (FERS),** September 1999
Web Version
(Form Number: RI 98-2)

**Applying for Immediate Retirement Under the Federal Employees Retirement System**, May 2001
Web Version   Print or Save File [PDF Version]
(Standard Form 3113)

**Applying for Death Benefits Under the Federal Employees Retirement System**, January 1997
Web Version   Print or Save File [PDF Version]
(Standard Form 3114)

**Additional pamphlets applicable to employees in both the Civil Service Retirement System (CSRS) and Federal Employees Retirement System (FERS) are:**
# Other Retirement Publications

Help on Using These Forms:

- Adobe Acrobat PDF Forms
- WordPerfect and Microsoft Word Forms

---

**Life Events and Your Retirement and Insurance Benefits (for Annuitants)** July 1998
Web Version
(Form Number: RI 38-126)

---

**Thinking About Retirement?** December 1997
Web Version   Print or Save File [PDF Version]
(Form Number: RI 83-11)

---

## Benefits For Former Spouses Under the Federal Employees Health Benefits Program

---

**Handbook for Attorneys** on Court-ordered Retirement, Health Benefits and Life Insurance Under the
\* Civil Service Retirement Benefits,
\* Federal Employees Retirement Benefits,
\* Federal Employees Health Benefits and
\* Federal Employees Group Life Insurance Program, July 1997
Print or Save File [PDF Version]   WordPerfect 5.1 Version
(Form Number: RI 83-116)

---

**Court Ordered Benefits for Former Spouses** -- Benefits That Can Be Affected by a Court Order,
November 1997
Web Version   Print or Save File [PDF Version]
(Form Number: RI 84-1)

---

**Work-Related Injuries and Fatalities** -- What You and Your Family Need to Know About Your Benefits, November 1997
Print or Save File [PDF Version]   WordPerfect 5.1 Version
(Form Number: RI 84-2)

---

## Participating State Tax Offices

---

## Changing Hours to Calendar Months and Days

57