## <u>EXHIBIT 35</u>

**(Deposition Errata Sheets)**

## ERRATA

In Re:  Barbara Alliota, et al.,                    v          Sheila C. Bair

Case No.   05-2325 (RMU)              Date Taken   August 9, 2007

Disposition Of:  Joy Crosser

I hereby certify I have read my deposition and that it is accurate with corrections listed below:

| PAGE | LINE | AS TRANSCRIBED | CHANGE TO |
|------|------|----------------|-----------|
| 6 | 3 | **(A)** America's Radio Marty Program in May of 1986. | **(A)** America's Radio Marti Program in May of 1986. |
| 6 | 8 | **(A)** And I continued with Radio Marty until | **(A)** And I continued with Radio Marti until |
| 6 | 9 | **(A)** October of 1991.  That's when I started work with the | **(A)** October of 1990.  That's when I started work with the |
| 6 | 10 | **(A)** FDIC.  I believe I became a 12 while at Radio Marty | **(A)** FDIC.  I believe I became a 12 while at Radio Marti |
| 6 | 11 | **(A)** in - - I think that was '87 I became a 12 and | **(A)** in - - I think that was '87 I became a 12 and, as a grade 12 I |
| 6 | 12 | **(A)** transferred over to FDIC.  Focused exclusively on | **(A)** transferred over to FDIC.  I focused exclusively on |
| 6 | 13 | **(A)** outside recruitment in October of '90 I believe it | **(A)** outside recruitment in October of '90. |
| 6 | 14 | **(A)** was.  And worked on recruitment for the RTC, | **(A)** I worked on recruitment for the RTC, |
| 6 | 17 | **(A)** Became - - Focused on staffing policy. | **(A)** I focused on staffing policy. |
| 6 | 21 | **(A)** check my records to see when I got the 13.  But I got | **(A)** check my records to see when I got the 13.  But I was promoted to |
| 7 | 3 | **(A)** I became a generalist here in Radio Marty.  I became | **(A)** I became a generalist here in Radio Marti.  I became |
| 7 | 16 | **(A)** markets issues.  We did a lot of people who could | **(A)** markets issues.  We hired a lot of people who could |
| 9 | 1 | **(A)** responsibility.  A lot of different duties were | **(A)** responsibilities.  A lot of different duties were |
| 9 | 7 | **(A)** It was - - At the height in 1992, it was | **(A)** At the height in 1992, it was |
| 9 | 18 | **(A)** There was a RIF in 2005.  The most recent | **(A)** There was a RIF in 2005; that was the most recent |

Deponent
Signature: _Joy R Cm_                    Date: _9/13/07_

**ERRATA**

In Re:   Barbara Alliota, et al.,            V        Sheila C. Bair

Case No.   05-2325 (RMU)            Date Taken   August 9, 2007

Disposition Of:   Joy Crosser

I hereby certify I have read my deposition and that it is accurate with corrections listed below:

| PAGE | LINE | AS TRANSCRIBED | CHANGE TO |
|------|------|----------------|-----------|
| 10 | 2 | **(A)** because they - - I mean they just affected one | **(A)** because they just affected one |
| 10 | 3 | **(A)** commuting area. They didn't spread beyond that | **(A)** commuting area, the impact didn't spread beyond that |
| 10 | 20 | **(A)** In 2003, I working for Randy | **(A)** In 2003, I was working for Randi |
| 10 | 21 | **(A)** Mendelson, I believe. We have re-configured a fair | **(A)** Mendelsohn, I believe. We have re-configured Human Resources a fair |
| 11 | 1 | **(A)** have heard from the operations chief who at that time | **(A)** have heard about the RIF from the operations chief who at that time |
| 11 | 16 | **(A)** Uh huh. She lives in Maryland, but I | **(A)** Yes. She lives in Maryland, but I |
| 12 | 5 | **(A)** order to determine the RIF rights. So, there was no | **(A)** order to determine the RIF placement rights. So, there was no |
| 12 | 6 | **(A)** separation incentive by our buyout program during | **(A)** separation incentive or "buyout" program during |
| 12 | 8 | **(A)** We offered a buyout in - - to the general | **(A)** We offered a buyout to the general |
| 12 | 12 | **(A)** to elect the buyout, but they were retained by | **(A)** to elect the buyout in 2002, but they were retained into 2003 by |
| 15 | 12 | **(A)** they were DSC step hires which are student career | **(A)** they were DSC SCEP hires which are student career |
| 15 | 13 | **(A)** experience program appointees who had conversion | **(A)** experience program appointees who were eligible for conversion under a provision of the appointing |
| 15 | 19 | **(A)** Management has - - they have had coops and student | **(A)** Management has - - they have had Co-ops and student interns |
| 15 | 21 | **(A)** about 15 years ago now, they revised and consolidated | **(A)** about 13 years ago now, they revised and consolidated |
| 16 | 4 | **(A)** experience program. If an employee is under the step | **(A)** experience program. If an employee is under the SCEP |
| 16 | 8 | **(A)** they need to meet certain conditions like 640 hours | **(A)** they need to meet certain conditions like completing 640 hours |

Deponent
Signature: _____        Date: _9/19/07_

## ERRATA

In Re:   Barbara Alliota, et al.,            v        Sheila C. Bair

Case No.   05-2325 (RMU)            Date Taken   August 9, 2007

Disposition Of:   Joy Crosser

I hereby certify I have read my deposition and that it is accurate with corrections listed below:

| PAGE | LINE | AS TRANSCRIBED | CHANGE TO |
|---|---|---|---|
| 16 | 10 | **(A)** perform satisfactorily, they meet that number of | **(A)** perform the work satisfactorily, and they complete the number of required work |
| 16 | 16 | **(A)** organization. It basically used to be the Office of | **(A)** organization. It basically used to be the FDIC's Office of |
| 16 | 17 | **(A)** Training and Consulting Services. But it just was | **(A)** Training and Consulting Services. But it was |
| 16 | 21 | **(A)** these different areas of training employees. | **(A)** different areas of training and developing employees. |
| 17 | 7 | **(A)** in identifying student hires or anything like that | **(A)** in identifying student hires |
| 17 | 18 | **(A)** corporate employee program which is - - it's the new | **(A)** corporate employee program which is the new |
| 17 | 20 | **(A)** basically into the FDIC. | **(A)** into the FDIC. |
| 17 | 21 | **(A)** And they are selected by the Division of | **(A)** They are selected by the Division of |
| 17 | 22 | **(A)** Supervision and Compliance. And they come in right | **(A)** Supervision and Compliance; they come in right |
| 18 | 1 | **(A)** now primarily at the 7 level. They are assigned for | **(A)** now primarily at the grade 7 level. They are assigned for |
| 18 | 15 | **(A)** So, they decided that since DSC was not | **(A)** Management decided that since DSC was not |
| 18 | 16 | **(A)** structured to manage this first-year program or where | **(A)** structured to manage this first-year rotational program |
| 18 | 17 | **(A)** the people were rotating through the various areas | (blank) |
| 18 | 18 | **(A)** they would have a program manager for their first | **(A)** they would have a program manager for the CEP appointees first |
| 18 | 19 | **(A)** year only, NCU. | **(A)** year only in CU. |

Deponent
Signature: _____        Date: _9/19/07_____

ERRATA

In Re:   Barbara Alliota, et al.,                    v          Sheila C. Bair

Case No.   05-2325 (RMU)              Date Taken   August 9, 2007

Disposition Of:   Joy Crosser

I hereby certify I have read my deposition and that it is accurate with corrections listed below:

| PAGE | LINE | AS TRANSCRIBED | CHANGE TO |
|------|------|----------------|-----------|
| 19 | 3 | **(A)** I think in '04 was before the program | **(A)** I think '04 was before the program |
| 19 | 4 | **(A)** started. They were still hiring just straight | **(A)** started. They were still hiring |
| 19 | 5 | **(A)** examiners. A lot of them they hired as students. | **(A)** examiners straight into DSC. A lot of them were hired as students. |
| 21 | 21 | **(A)** federal examiners hiring at the 11 level. These | **(A)** federal examiners, hiring at the 11 level. These |
| 22 | 10 | **(A)** extensive recruitment among professional | **(A)** extensive recruitment efforts among professional |
| 22 | 12 | **(A)** looking for - - I mean there have been a lot of career | **(A)** looking for qualified applicants - - there have been a lot of career |
| 22 | 13 | **(A)** changers, as well. | **(A)** changers, as well as students. |
| 23 | 12 | **(A)** that were subject to RIF. If there was a need. | **(A)** that were subject to RIF, if there was a need for their continued employment. |
| 23 | 16 | **(A)** HR initiatives. Yes. | **(A)** HR initiatives, yes. |
| 23 | 20 | **(A)** It was to most. Most of them. There | **(A)** It was to most employees in most organizations. There |
| 24 | 2 | **(A)** believe Corporate University participated, but it was | **(A)** believe Corporate University participated, but it was offered to |
| 24 | 19 | **(A)** Uh - huh | **(A)** Yes. |
| 25 | 12 | **(A)** Uh - huh. Yes, it was. | **(A)** Yes, it was. |
| 27 | 2 | **(A)** buyout program, the voluntary separation incentive | **(A)** buyout program, offered a voluntary separation incentive payment |
| 27 | 3 | **(A)** program was equal to 50 percent of total pay | **(A)** equal to 50 percent of total pay |
| 27 | 9 | **(A)** conditions for early retirement. Early retirement | **(A)** conditions for early retirement. Early retirement, |
| 27 | 10 | **(A)** which is separate from the buyout program was offered | **(A)** which is a separate program from the buyout program, was offered |

Deponent
Signature:  _jc_____        Date:  _9/15/07_____

4 of 6

ERRATA

In Re:   Barbara Alliota, et al.,_____   V   ___Sheila C. Bair_____

Case No.   05-2325 (RMU)_____   Date Taken   _August 9, 2007_____

Disposition Of:   _Joy Crosser_____

I hereby certify I have read my deposition and that it is accurate with corrections listed below:

| PAGE | LINE | AS TRANSCRIBED | CHANGE TO |
|------|------|----------------|-----------|
| 27 | 14 | (A)  And the early retirement program requires | (A)  The early retirement program requires |
| 27 | 17 | (A)  started very early as a student could have retired. | (A)  started very early as a student could have retired under age 50. |
| 28 | 1 | (A)  know there were people who had right tired under age | (A)  know there have been employees who retired under age |
| 28 | 12 | (A) Under VERA, the one condition is 25 years | (A) Under VERA, one provision to retire is 25 years |
| 28 | 13 | (A) of service at any age.  The other condition is if you | (A) of service at any age.  The other provision permits retirement if you |
| 28 | 15 | (A) But then a lot of other retirement provisions that | (A) A lot of voluntary retirement provisions that |
| 28 | 16 | (A) are not related to VERA at all kick in. | (A) are not dependent on VERA at all kick in, with many variable qualification thresholds. |
| 28 | 17 | (A) They are standard voluntary that don't | (A) There is standard voluntary, optional retirement that doesn't |
| 28 | 18 | (A) require the special early retirement such as in | (A) require the special early retirement 30 years service and |
| 28 | 19 | (A) the - - if you are in age 60.  Again, you need to | (A) 55 years of service, or 20 years of service if you are age 60.  Again, you need to |
| 28 | 21 | (A) But I believe if you are 60, I believe | (A) If you are 60, I believe |
| 29 | 2 | (A) Yes.  And if you're 62, you only need | (A) Twenty years for age 60.  And if you're 62, you only need |
| 29 | 3 | (A) five years.  Under FURS if you are the minimum | (A) five years.  Under FERS if you are the minimum |
| 29 | 4 | (A)  retirement age which varies based on the year you | (A)  retirement age, which varies based on the year you |
| 29 | 5 | (A) were born, I think up to 56 or something like that | (A) were born, (I think up to age 56 currently or something close to that) |
| 29 | 7 | (A) minimum this reduced annuity. | (A) minimum reduced annuity. |

Deponent
Signature: _____     Date:   _9/1 1/07_____

**ERRATA**

In Re:  Barbara Alliota, et al.,          v          Sheila C. Bair

Case No.  05-2325 (RMU)          Date Taken  August 9, 2007

Disposition Of:  Joy Crosser

I hereby certify I have read my deposition and that it is accurate with corrections listed below:

| PAGE | LINE | AS TRANSCRIBED | CHANGE TO |
|---|---|---|---|
| 29 | 10 | **(A)** And that is the special optional retirement that we | **(A)** That is the special optional retirement that we |
| 29 | 15 | **(A)** the ten, or the 62 with five, those are standard at | **(A)** the twenty, or the 62 with five, those are standard options for retirement available at |
| 30 | 7 | **(A)** Uh – huh. | **(A)** Yes. |
| 30 | 14 | **(A)** agency has gotten special authority to waive that. | **(A)** agency has gotten special authority to waive that offset from OPM. |
| 31 | 6 | **(A)** that's the only change that happened recently. | **(A)** that's the only change that has happened recently to the authority. |
| 32 | 6 | **(A)** headed by Randy Mendelson. | **(A)** headed by Randi Mendelsohn. |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Deponent
Signature: _____          Date: 9/19/07

# ERRATA

In Re:   Barbara Alliota                          v        Shelia C. Bair

Case No.    05-2325 (RUM)                Date Taken    July 26, 2007

Disposition Of:   Mitchell L. Glassman

I hereby certify I have read my deposition and that it is accurate with corrections listed below:

| PAGE | LINE | AS TRANSCRIBED | CHANGE TO |
|------|------|----------------|-----------|
| 3 | 16 | **(A)** I'm director of our Division of | **(A)** I'm Director of our Division of |
| 4 | 5 | **(A)** School in Kansas City. | **(A)** School, Kansas City, Missouri. |
| 4 | 13 | **(A)** This was the University of Missouri in | **(A)** This was the University of Missouri at |
| 4 | 20 | **(A)** Bachelor of business administration. | **(A)** Bachelor of Business Administration. |
| 5 | 2 | **(A)** I obtained a graduate degree from the | **(A)** I obtained a Graduate Degree from the |
| 5 | 3 | **(A)** University of Delaware. It's Graduate School of | **(A)** University of Delaware. |
| 5 | 4 | **(A)** Banking | **(A)** (blank) |
| 5 | 8 | **(A)** 1971, '72. No. Excuse me. 1991 maybe. | **(A)** June, 1986 |
| 5 | 10 | **(A)** After I started work. I would have to | **(A)** (blank) |
| 5 | 11 | **(A)** look at my diploma. | **(A)** (blank) |
| 6 | 5 | **(A)** Started as a rookie. Grade 5. | **(A)** Started as rookie. Grade 5.5. |
| 7 | 15 | **(A)** Well, I was still a grade 5. | **(A)** Well, I was still a grade 5.5. |
| 7 | 22 | **(A)** a failed bank in Chicago and then got transferred | **(A)** a failed bank receivership in Chicago and then got transferred |
| 8 | 12 | **(A)** it 1979 or '80 was in San Diego for another three | **(A)** it 1979 or '80. I was in San Diego for another three |
| 8 | 19 | **(A)** I was the assistant - - I have to think of | **(A)** I was the Assistant Liquidator-in-Charge. |

Deponent
Signature: *Mitchell L. Glassman* Date: 08/30/07

# ERRATA

In Re:  Barbara Alliota                    v      Shelia C. Bair

Case No.   05-2325 (RUM)          Date Taken   July 26, 2007

Disposition Of:  Mitchell L. Glassman

I hereby certify I have read my deposition and that it is accurate with corrections listed below:

| PAGE | LINE | AS TRANSCRIBED | CHANGE TO |
|---|---|---|---|
| 8 | 20 | **(A)** the titles. I was an assistants - - I have to think | **(A)** (blank) |
| 8 | 21 | **(A)** what we called it. I was the second in command in | **(A)** I was the second in command in |
| 9 | 1 | **(A)** person in charge. They called it assistant | **(A)** person in charge. They called it Assistant |
| 9 | 2 | **(A)** liquidators in charge. | **(A)** Liquidators in Charge. |
| 9 | 11 | **(A)** A similar position. I was assistant to | **(A)** A similar position. I was Assistant to |
| 9 | 12 | **(A)** the liquidator in charge. | **(A)** the Liquidator in Charge. |
| 9 | 22 | **(A)** They didn't call it regional office. It | **(A)** They didn't call it Regional Office. It |
| 10 | 11 | **(A)** supervisory liquidation specialist. | **(A)** Supervisory Liquidation Specialist. |
| 11 | 6 | **(A)** From there, I got moved back to Kansas | **(A)** From there, I moved back to Kansas |
| 12 | 1 | **(A)** to be the associate director of what they call the | **(A)** to be the Associate Director of what they call the |
| 12 | 2 | **(A)** assistance transaction branch. It was still part of | **(A)** Assistance Transaction Branch. It was still part of |
| 12 | 6 | **(A)** I might have received another promotion at that | **(A)** I might have received another promotion. |
| 12 | 7 | **(A)** point. | **(A)** (blank) |
| 12 | 17 | **(A)** And did you set up the assistance | **(A)** And did you set up the Assistance |
| 12 | 18 | **(A)** transaction branch? | **(A)** Transaction Branch? |

Deponent Signature: *Mitchell L. Glassman*   Date: 08/30/07

# ERRATA

In Re:  <u>Barbara Alliota</u>                    v        <u>Shelia C. Bair</u>

Case No.  <u>05-2325 (RUM)</u>          Date Taken  <u>July 26, 2007</u>

Disposition Of:  <u>Mitchell L. Glassman</u>

I hereby certify I have read my deposition and that it is accurate with corrections listed below:

| PAGE | LINE | AS TRANSCRIBED | CHANGE TO |
|------|------|----------------|-----------|
| 13 | 10 | **(A)** I think probably until 1991. | **(A)** I think probably until 1993. |
| 13 | 12 | **(A)** I came to Washington D.C. | **(A)** I came to Washington, D.C. |
| 13 | 15 | **(A)** positions. I was under the regional director. So, I | **(A)** positions. I was under the Director. So, I |
| 13 | 16 | **(A)** believe it was a deputy director. | **(A)** believe it was a Deputy Director. |
| 13 | 18 | **(A)** of Division of Liquidation. | **(A)** of Division of Depositor and Asset Services. |
| 15 | 1 | **(A)** organization before the RDC. So, it was a small | **(A)** organization before the RTC. So, it was a small |
| 16 | 8 | **(A)** When you were deputy director Division of | **(A)** When you were Deputy Director Division of |
| 16 | 9 | **(A)** Liquidation, to whom did you report? Name and title | **(A)** Depositor and Asset Services, to whom did you report? Name and title |
| 16 | 12 | **(A)** director. | **(A)** Director. |
| 16 | 19 | **(A)** It was Steven Selig was director of the | **(A** It was Steven Seelig was Director of the |
| 17 | 3 | **(A)** He was a special assistant to one of the | **(A)** He was a Special Assistant to one of the |
| 17 | 7 | **(A)** worked for William Seidman, the chairman. | **(A)** worked for William Seidman, the Chairman. |
| 21 | 7 | **(A)** Dallas was a regional office at the time | **(A)** Dallas was a Regional Office at the time |
| 21 | 13 | **(A)** The concept is, yes, they would handle a | **(A)** The concept is, yes, they had |

Deponent
Signature: *Mitchell L. Glassman*  Date: *Aug. 30, 2007*

# ERRATA

In Re:   Barbara Alliota       v       Shelia C. Bair

Case No.   05-2325 (RUM)      Date Taken   July 26, 2007

Disposition Of:   Mitchell L. Glassman

I hereby certify I have read my deposition and that it is accurate with corrections listed below:

| PAGE | LINE | AS TRANSCRIBED | CHANGE TO |
|------|------|----------------|-----------|
| 23 | 18 | (A)  That is what our division of bank | (A)  That is what our Division of Bank |
| 23 | 19 | (A)  supervision does is make sure banks maintain a | (A)  Supervision and Consumer Protection does is make sure banks maintain a |
| 25 | 15 | (A)  submit to us for us to look at as far as the budget | (A)  submit to us to look at as far as the budget |
| 25 | 16 | (A)  for the company coming year. | (A)  for the coming year. |
| 25 | 21 | (A)  or if there's any coding issues involved. | (A)  or if there are any coding issues involved. |
| 26 | 14 | (A)  It is showing our current accuracy. | (A)  It is showing our current numbers. |
| 26 | 15 | (A)  Obviously they must have been one employee on detail. | (A)  Obviously there must have been one employee on detail. |
| 28 | 14 | (A)  At this point, it was strictly an | (A)  At this point, it was strictly |
| 29 | 2 | (A)  to what our needs were going to be based on workload | (A)  To what our needs were going to be based upon workload |
| 29 | 3 | (A)  and based on the current economic climate. | (A)  and the current economic climate. |
| 32 | 22 | (A)  Bovenzi was the chief operating officer and deputy to | (A)  Bovenzi was the Chief Operating Officer and Deputy to |
| 33 | 1 | (A)  the chairman.  He is my first-line supervisor in | (A)  the Chairman.  He is my first-line supervisor in |
| 36 | 11 | (A)  Finance.  And they basically do audit work for | (A)  Finance.  And they basically do audit work for deposit insurance |

Deponent
Signature: *Mitchell L. Glassman*  Date: *Aug. 30, 2007*

# ERRATA

In Re:   Barbara Alliota                              v          Shelia C. Bair

Case No.   05-2325 (RUM)              Date Taken   July 26, 2007

Disposition Of:   Mitchell L. Glassman

I hereby certify I have read my deposition and that it is accurate with corrections listed below:

| PAGE | LINE | AS TRANSCRIBED | CHANGE TO |
|---|---|---|---|
| 36 | 12 | **(A)** assessment audits of banks. In other words, the | **(A)** assessments of banks. In other words, the |
| 36 | 22 | **(A)** separate and apart from the Division of Resolution | **(A)** separate and apart from the Division of Resolutions and Receiverships. |
| 37 | 22 | **(A)** responsible for that. | **(A)** responsibility for that. |
| 38 | 1 | **(A)** We had administrative responsibility for | **(A)** We had administrative responsibility for them, |
| 41 | 22 | **(A)** to John Bovenzi as the chief operating officer. | **(A)** to John Bovenzi as the Chief Operating Officer. |
| 42 | 8 | **(A)** chief operating officer would have been discussing | **(A)** Chief Operating Officer would have been discussing |
| 43 | 18 | **(A)** my recommendations, I would have got a briefing in a | **(A)** my recommendations, I would have held a briefing |
| 43 | 19 | **(A)** meeting with John Bovenzi as the chief operating | **(A)** meeting with John Bovenzi as Chief Operating |
| 43 | 20 | **(A)** officer as to what not only what I was proposing but | **(A)** Officer as to what not only what I was proposing but |
| 45 | 12 | **(A)** Ultimately DOS was where the crossover | **(A)** Ultimately DSC was where the crossover |
| 46 | 6 | **(A)** jobs and programming that for our Division of | **(A)** jobs and programming for our Division of |
| 48 | 2 | **(A)** Well, DOS would have had the positions, | **(A)** Well, DSC would have had the positions, |
| 48 | 10 | **(A)** DOS would have made the decision on the individual | **(A)** DSC would have made the decision on the individual |

Deponent
Signature: *Mitchell L. Glassman*   Date: *Aug. 30, 2007*

**ERRATA**

In Re:  Barbara Alliota _____ v _____ Shelia C. Bair _____

Case No. _ 05-2325 (RUM) _____ Date Taken _ July 26, 2007 _____

Disposition Of: _ Mitchell L. Glassman _____

I hereby certify I have read my deposition and that it is accurate with corrections listed below:

| PAGE | LINE | AS TRANSCRIBED | CHANGE TO |
|------|------|----------------|-----------|
| 49 | 1 | **(A)** failures that we were going to have were going to be | **(A)** failures that we were going to have would be |
| 50 | 1 | **(A)** Our star sheet says this corporation will | **(A)** Our statute says this corporation will |
| 50 | 4 | **(A)** between which of these supervision versus are close | **(A)** between supervision versus our closed |
| 50 | 5 | **(A)** bank activities and as deposit insurer. | **(A)** bank activities and deposit insurer. |
| 56 | 20 | **(A)** recognize David Wozinski and some others.  I do | **(A)** recognize David Wisnewski and some others.  I do |
| 59 | 7 | **(A)** Never.  They were required to seek other employment within the FDIC. | **(A)** No.  No employees were ever prevented from applying for any job within the FDIC. |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Deponent
Signature: _Mitchell L. Glassman_ Date: _Aug. 30, 2007_ _____

# ERRATA

In Re:  Barbara Alliota _____  v  ___ Martin Gruenberg, Acting Chairman _____

Case No.  05-2325 _____  Date Taken  May 23, 2007 _____

Disposition Of:  Pamela K. Mergen _____

I hereby certify I have read my deposition and that it is accurate with corrections listed below:

| PAGE | LINE | AS TRANSCRIBED | CHANGE TO |
|------|------|----------------|-----------|
| 7 | 10 | **(A)** Wisconsin at Plattville, Plattville, Wisconsin | **(A)** Wisconsin at Platteville, Platteville, Wisconsin. |
| 7 | 11 | **(Q)** I am sorry.  Plattville? | **(Q)** I am sorry.  Platteville? |
| 7 | 12 | **(A)** Plattville.  And my master's degree was from | **(A)** Platteville.  And my master's degree was from |
| 8 | 2 | **(A)** faculty of the University of Wisconsin at Plattville, | **(A)** faculty of the University of Wisconsin at Platteville. |
| 8 | 11 | **(A)** It was in Adac, Alaska, which is about 500 | **(A)** It was in Adak, Alaska, which is about 500 |
| 8 | 17 | **(A)** It was Adac Naval Station. | **(A)** It was Adak Naval Station. |
| 8 | 18 | **(Q)** A-D-A-C. | **(A)** A-D-A-K. |
| 9 | 6 | **(A)** Adac was the warmest place in Alaska in the | **(A)** Adak was the warmest place in Alaska in the |
| 9 | 10 | **(Q)** is that a location, Adac? | **(A)** is that a location, Adak? |
| 9 | 14 | **(A)** Two T's, P-L-A-T-T-V-I-L-L-E. | **(A)** Two T's, P-L-A-T-T-E-V-I-L-L-E. |
| 10 | 19 | **(A)** Construction Battalion Center in Port Wanemi, | **(A)** Naval Construction Battalion Center in Port Hueneme ~~Wanemi,~~ |
| 19 | 15 | **(A)** I believe Jim Seagers may have spoke | **(A)** I believe Jim Seegers may have spoke |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Deponent
Signature: _____    Date: 7/28/07 _____

**ERRATA**

In Re:   Barbara Alliota _____    v    _____ Martin Gruenberg, Acting Chairman

Case No.   05-2325 _____    Date Taken   May 23, 2007 _____

Disposition Of:   Pamela K. Mergen _____

I hereby certify I have read my deposition and that it is accurate with corrections listed below:

| PAGE | LINE | AS TRANSCRIBED | CHANGE TO |
|------|------|----------------|-----------|
| 29 | 8-17 | **(A)** The factors are, first whether or not you are a veteran. You have veteran's preferences. There are two kinds of veteran's preference, and then for the third category, are the non-veterans. Then in addition to that, we look at whether they are career tenure or if they are career conditional or if they are non-permanent, non-temporary employees. Beyond that we also look at their performances over the last three years basically. | **(A)** The factors in order of importance are: (1) tenure group (career, career conditional, non-temporary/non-permanent), (2) military preference, (3) length of service including an adjustment for (4) performance. |
| 39 | 18 | **(A)** Fifty and 20 years, or 55 and any number of | **(A)** Fifty and 20 years of service or 25 years of service |
| 39 | 19 | **(A)** years, yes. | **(A)** at any age. |
| 44 | 9 | **(A)** programs. There is no commissioning program for | **(A)** programs. There is a commissioning program for |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Deponent
Signature: _SK Mergen_____    Date: _7|18|07___

Page 2 of 2

**ERRATA**

In Re:   Barbara Alliota _____   v   ___ Martin Gruenberg, Acting Chairman

Case No.   05-2325 _____   Date Taken   May 25, 2007 _____

Disposition Of:   Thomas E. Peddicord III _____

I hereby certify I have read my deposition and that it is accurate with corrections listed below:

| PAGE | LINE | AS TRANSCRIBED | CHANGE TO |
|---|---|---|---|
| 8 | 18 | (A) From mid 1972 to mid 1973. I spent my | (A) From mid 1972 to mid 1973. |
| 8 | 19 | (A) -- I finished that position. I spent 90 days on | (A) When I finished that position, I spent 90 days on |
| 11 | 6 | (A) technically a FDIC employee. | (A) technically an FDIC employee. |
| 11 | 15 | (A) manager of the FDIC RTC Transition Task Force staff, | (A) manager of the FDIC - RTC Transition Task Force Staff, |
| 11 | 16 | (A) which was a component of the chief operating | (A) which was a component of the Chief Operating |
| 11 | 17 | (A) officer's staff at FDIC. | (A) Officer's staff at FDIC. |
| 12 | 7 | (A) employees in a FDIC that was already overstaffed and | (A) employees in an FDIC that was already overstaffed and |
| 13 | 22 | (A) 1994 was promoted to an executive position, our own | (A) 1994 was promoted to an executive position, in our own |
| 14 | 22 | (A) was succeeded by Dennis Gere. | (A) was succeeded by Dennis Geer. |
| 15 | 16 | (A) fine. Do you know what Mr. Gere did after he left? | (A) fine. Do you know what Mr. Geer did after he left? |
| 16 | 4 | (A) John Bovenzie. | (A) John Bovenzi. |
| 16 | 10 | (A) [Gestures.] | (A) [Gestures in the affirmative.] |
| 18 | 11 | (A) Tenoy was confirmed as the chairman. | (A) Tanoue was confirmed as the chairman. |
| 19 | 2 | (A) followed with some minor adjustments as we went | (A) followed the plan we initially laid out, with some minor adjustments as we went |
| 20 | 6 | (A) to the extent possible, voluntarily and to reduce | (A) to the extent possible voluntarily, and to reduce |

Deponent
Signature: _Thomas E Peddicord_ Date: _7/18/07_

# ERRATA

In Re:   Barbara Alliota _____   v   _____ Martin Gruenberg, Acting Chairman _____

Case No.   05-2325 _____   Date Taken   May 25, 2007 _____

Disposition Of:   Thomas E. Peddicord III _____

I hereby certify I have read my deposition and that it is accurate with corrections listed below:

| PAGE | LINE | AS TRANSCRIBED | CHANGE TO |
|------|------|----------------|-----------|
| 21 | 1 | (A) location in Dallas for the liquidation function, | (A) location in Dallas for the liquidation function -- |
| 26 | 5 | (A) institutions as much as the very healthy banking | (A) institutions as well as the very healthy banking |
| 31 | 15 | (A) And when it approved the 2004 budget. | (A) When it approved the 2004 budget. |
| 31 | 19 | (A) Yes, and that's not atypical at any | (A) Yes, and that's not atypical. At any |
| 31 | 20 | (A) point in time. We -- | (A) point in time, we -- |
| 34 | 14 | (A) The corporation in the 2005 year - end and | (A) The corporation |
| 34 | 15 | (A) to this date formulates its -- does its basic | (A) does its basic |
| 34 | 17 | (A) formulation in the third year of the -- the third | (A) formulation in the third |
| 35 | 6 | (A) in the development of plans and budgets in the | (A) in the development of plans and budgets for the |
| 35 | 13 | (A) group, division and officer directors chaired by the | (A) group, division and office directors chaired by the |
| 35 | 17 | (A) the chairman and the Board and for performance | (A) the chairman and the Board and on performance |
| 36 | 3 | (A) had somewhere between 28 and 29 hundred employees in | (A) had somewhere between 2800 and 2900 employees in |
| 36 | 18 | (A) bit less, but around 50; and we had agreed that we | (A) bit less, but around 500; and we had agreed that we |
| 37 | 16 | (A) discussions about there been some level, and we | (A) discussions about there being some level, and we |
| 37 | 18 | (A) continue to talk about that every year. | (A) continued to talk about that every year. |
| 38 | 3 | (A) had to commitment to figure out. We knew we needed | (A) had to commitment to figure it out. We knew we needed |

Deponent
Signature: _~Thom Speddicord~_   Date: _7/18/07_____

# ERRATA

In Re:  Barbara Alliota                        v        Martin Gruenberg, Acting Chairman

Case No.  05-2325                  Date Taken   May 25, 2007

Disposition Of:   Thomas E. Peddicord III

I hereby certify I have read my deposition and that it is accurate with corrections listed below:

| PAGE | LINE | AS TRANSCRIBED | CHANGE TO |
|---|---|---|---|
| 39 | 8 | **(A)** the insurance fund, whether we could prudently | **(A)** the insurance funds, whether we could prudently |
| 40 | 20 | **(A)** in our normal through contractors and through the | **(A)** in our normal manner through contractors and through the |
| 45 | 6 | **(A)** the budget calculating the baseline of as-is. They | **(A)** the budget calculating the baseline as-is. They |
| 51 | 3 | **(A)** Miguel Torado.  In the fall of '04, | **(A)** Miguel Torrado.  In the fall of '04, |
| 51 | 4 | **(A)** Miguel Torado. | **(A)** Miguel Torrado. |
| 51 | 11 | **(A)** something called a Human Resources Committee, which | **(A)** something called the Human Resources Committee, which |
| 51 | 14 | **(A)** lot of time with Mr. Torado, but I don't have any | **(A)** lot of time with Mr. Torrado, but I don't have any |
| 55 | 22 | **(A)** you have to the roster loss of the referred person | **(A)** quarter of the -- calendar year. Every division and |
| 57 | 5 | **(A)** that I wanted to advertise a vacancy.  I wanted to | **(A)** that I wanted to advertise as a vacancy.  I wanted to |
| 57 | 17 | **(A)** above could have considered. There are certain | **(A)** above could have been considered.  There are certain |
| 61 | 20 | **(A)** the examination staff greatly dwarfs all the risk of | **(A)** the examination staff greatly dwarfs all the rest of |
| 63 | 10 | **(Q)** MR. JONES:  is this form Segar's | **(Q)** MR. JONES:  is this form Seeger's |
| 63 | 15 | **(Q)** Segar's. | **(Q)** Seeger's. |
| 64 | 18 | **(A)** -- was discussed in the October meeting and in | **(A)** -- was discussed in -- the October meeting and in |
|  |  |  |  |
|  |  |  |  |

Deponent
Signature: _Thomas E. Peddicord_      Date: _____7/18/07_____