UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA ALIOTTA, et al and<br>Others similarly situated,<br><br>           Plaintiffs,<br><br>           v.<br><br>SHEILA BAIR, CHAIRMAN,<br>FEDERAL DEPOSIT INSURANCE<br>CORPORATION,<br><br>           Defendant. | )<br>)<br>)<br>)  Case Number 1: 05CV02325<br>)  Class Action<br>)<br>)<br>)  [Proposed] Order<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT
ON THE QUESTION OF LIABILITY**

By and through counsel, the Plaintiff-class moves for partial summary judgment as to liability, pursuant to Rule 56 of the Federal Rules of Civil Procedure, and Civil Rule 56.1 of the Rules of this Court. Support for this motion is set forth in the Plaintiffs' Memorandum of Points and Authorities in Support of its Motion for Partial Summary Judgment on Liability, and the Statement of Undisputed Material Facts Pursuant to Local Civil Rule 7(h), filed February 25, 2008; and, any Opposition thereto.

A proposed Order granting this motion, and directing the entry of judgment in favor of the plaintiff-class, is provided.

        Respectfully Submitted,


        <u>/s/ David L. Rose</u>
        David L. Rose
        Joshua N. Rose
        Dotie Joseph
        ROSE & ROSE, P.C.
        1320 19th Street, NW, Suite 601
        Washington, D.C. 20036
        (202) 331-8555
        (202) 331-0996 fax
        daver@roselawyers.com
        josh@roselawyers.com
        djoseph@roselawyers.com

Dated: February 25, 2008        Attorneys for the Plaintiff-Class