UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA ALIOTTA, et al and Others similarly situated, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>SHEILA BAIR, CHAIRMAN, )<br>FEDERAL DEPOSIT INSURANCE )<br>CORPORATION, )<br>)<br>Defendant. )<br>) | Case Number 1: 05CV02325<br>Class Action<br><br>[Proposed]<br>Order granting Plaintiffs' Motion for Partial Summary Judgment |

**ORDER**

**UPON CONSIDERATION** of Plaintiffs' Partial Motion for Summary Judgment as to Liability, filed, dated February 25, 2008, any opposition thereto, and the entire record herein, it is this ___ day of _____, 2008, hereby,

**ORDERED,** that plaintiffs' motion is **GRANTED** as to liability.

_____
Ricardo Urbina
United States District Judge