UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BARBARA ALIOTTA, et al** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:05-cv-02325-RMU |
| ) | |
| **SHEILA C. BAIR,** ) | |
| Chairman, ) | |
| **Federal Deposit Insurance Corporation,** ) | |
| ) | |
| Defendant. ) | |

**SUPPLEMENTAL FILING OF EXHIBIT 27-1 TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
AND MEMORANDUM IN SUPPORT THEREOF**

Undersigned counsel for defendant Agency has discovered that Exhibit 27-1 (the Reply Report of defendant's expert, Dr. Jeanneret) was inadvertently omitted from the electronic filing of Defendant's Motion for Summary Judgment and related documents on February 25, 2008. Counsel mistakenly believed that Exhibit 27-1 was part of the electronic file submitted as attachment 9 (docket entry 43-10), when it was actually a separate electronic file. Defendant is now filing Exhibit 27-1, and regrets any inconvenience to the Court or opposing counsel.

Respectfully submitted,

*/s/ William S. Jones*

William S. Jones
Georgia Bar No. 404288
Counsel, Legal Division

        Federal Deposit Insurance Corporation
        3501 N. Fairfax Drive (VS-E6006)
        Arlington, VA 22226
        (703) 562-2362
        (703) 562-2482 (Fax)

        Stephen J. Kessler
        D.C. Bar No. 382427
        Counsel, Legal Division
        Federal Deposit Insurance Corporation
        3501 N. Fairfax Drive (VS-E6014)
        Arlington, VA 22226
        (703) 562-2311
        (703) 562-2482 (Fax)

        Attorneys for Defendant

Dated: February 26, 2008