UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BARBARA ALIOTTA, et al** )<br>)<br>    Plaintiffs, )<br>)<br>    v. )<br>)<br>**SHEILA C. BAIR,** )<br>**Chairman,** )<br>**Federal Deposit Insurance Corporation,** )<br>)<br>    Defendant. )<br>_____) | Case No. 1:05-cv-02325-RMU |

## **ORDER**

UPON CONSIDERATION of Plaintiffs' Motion for Partial Summary Judgment on the Question of Liability, the opposition thereto, the reply, and the entire record herein, it is this \_\_\_\_ day of _____, 2008

ORDERED that Plaintiffs' Motion is hereby DENIED.

SO ORDERED.

_____

United States District Judge

2

Copies to:

David L. Rose, Esq.
Rose & Rose, P.C.
1320 19th Street, N.W.
Suite 601
Washington, DC 20036

Attorney for Plaintiffs


William S. Jones
Counsel, Legal Division
Federal Deposit Insurance Corporation
3501 N. Fairfax Drive (VS-E6006)
Arlington, Virginia 22226

Attorney for Defendant