EXHIBIT 36
ALIOTTA v. BAIR
NO. 05-2325-RMU

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BARBARA ALIOTTA, et al.,           )
                                   )
Plaintiffs,                        )
                                   )
v.                                 )   Case No. 1:05-cv-02325-RMU
                                   )
SHEILA C. BAIR,                    )
Chairman,                          )
Federal Deposit Insurance Corporation, )
                                   )
Defendant.                         )
_____)

## SECOND DECLARATON OF LESTER BODIAN

I, Lester Bodian, declare as follows:

1. My name is Lester Bodian. I have personal knowledge of the facts contained herein, and I am competent to testify to the same.

2. I received my Ph.D. in Industrial/Organizational Psychology in 1986 from the University of Maryland.

3. I am employed at the Federal Deposit Insurance Corporation (FDIC) in Washington, D.C. as a Personnel Systems Specialist, Division of Administration. In that capacity, I have responsibility for certain electronic systems that the FDIC maintains to record personnel actions. I have been employed with the FDIC since January 27, 2001 and have approximately 24 years of experience with federal personnel electronic systems.

4. The FDIC uses an electronic system called PERHIS which tracks, among other things, the dates of birth and personnel histories of employees. I conducted several electronic searches for this case, as described below.

5. The PERHIS data base uses Appointment Type Codes to identify permanent and non-permanent employees. Because all permanent employees in DRR (both in the competitive service and in the excepted service) were subject to the Reduction In Force (RIF) in 2005, four Appointment Type Codes (01, 02, 06, and 07) must be used to identify all permanent employees in DRR who where subject to the RIF in the PERHIS data base. The PERHIS data base also identifies non-permanent employees, which are those employees having term-limited appointments.

6. I captured data from PERHIS showing, as of January 1, 2005, a total number of 4747 permanent employees at the FDIC with Appointment Codes 01 and 02, of which 1745 employees were under the age of 50 and 3002 employees were age 50 or over as of January 1, 2005. In addition, as of January 1, 2005, there were an additional 356 permanent employees at the FDIC with Appointment Codes 06 and 07, of whom 187 were under the age of 50 and 169 were age 50 or over.

7. I captured the same data from PERHIS set forth in Paragraph 6 above, as of December 31, 2005. The results show a total number of 4167 permanent FDIC employees with Appointment Codes 01 and 02, of which 1548 (or about 37%) were under the age of 50 and 2619 (or about 63%) were age 50 or over as of December 31, 2005. In addition, as of December 31, 2005, there were an additional 279 permanent employees at the FDIC with Appointment Codes 06 and 07, of whom 179 (or about 64%) were under the age of 50 and 100 (or about 36%) were age 50 or over.

8. I captured data from PERHIS showing, as of January 1, 2005, a total number of 487 permanent employees in DRR with Appointment Codes 01 and 02, of which

291 employees were under the age of 50 and 196 employees were age 50 or over as of January 1, 2005. In addition, as of January 1, 2005, there were an additional 16 permanent employees in DRR with Appointment Codes 06 and 07, of which eight (8) were under the age of 50 and ten (10) were age 50 or over.

9. I captured data from PERHIS data showing that, in calendar year 2005, a total of 214 employees (permanent and non-permanent) were hired by the FDIC. Of these new hires, 63 were permanent employees (of which 59 were under the age of 50 and four (4) were age 50 and over), and 151 were non-permanent employees (of which 142 were under the age of 50 and nine (9) were age 50 and over).

10. I captured data from PERHIS showing that, in calendar year 2005, no new permanent employees were hired by the Division of Resolutions and Receiverships (DRR), but that four (4) new non-permanent employees were hired by DRR.

11. I captured data from PERHIS showing that, in calendar year 2005, no new permanent employees were hired as Financial Institution Specialists (FIS) in the Corporate Employee Program (CEP), but that 56 non-permanent employees were hired in FIS positions in the CEP.

12. I captured data from PERHIS showing that, in calendar year 2005, 25 DRR employees transferred to the Division of Supervision and Consumer Compliance (DSC) at a lower grade level, of which eight (8) employees were under the age of 50 and 17 were age 50 and over. In addition, in calendar year 2005, 32 DRR employees transferred to DSC at the same grade level, of which 13 were under the age of 50 and 19 were age 50 and over.

13. Finally, I reviewed Table C of my original Declaration submitted in this case in support of Defendant's Motion for Summary Judgment, filed February 25, 2008, and I added a column to indicate which of the 63 employees involuntarily separated as result of downsizing in DRR in 2005 are also plaintiffs in this case. The results are contained in Table A, attached hereto.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: 3/6/2008

Lester Bodian

EXHIBIT 36
ALIOTTA v. BAIR
NO. 05-2325-RMU

# TABLE A
# PERMANENT DRR EMPLOYEES
# (as of September 17, 2005)
# INVOLUNTARILY SEPARATED AS RESULT OF RIF
# PLAINTIFF STATUS

|    | Nature of Action Code | Description of Action | EMPLAID | BIRTHDATE | PLAINTIFF? |
|----|----|----|----|----|----|
| 1  | 304 | Retirement After Notice of Involuntary Separation | 144 | 7/30/1943 |  |
| 2  | 304 | Retirement After Notice of Involuntary Separation | 1014 | 12/30/1950 | YES |
| 3  | 304 | Retirement After Notice of Involuntary Separation | 1642 | 3/25/1946 | YES |
| 4  | 304 | Retirement After Notice of Involuntary Separation | 3502 | 11/26/1945 | YES |
| 5  | 304 | Retirement After Notice of Involuntary Separation | 5155 | 8/30/1955 |  |
| 6  | 304 | Retirement After Notice of Involuntary Separation | 9637 | 1/10/1933 | YES |
| 7  | 304 | Retirement After Notice of Involuntary Separation | 11758 | 8/19/1944 |  |
| 8  | 312 | Resignation After Notice of Involuntary Action | 2344 | 7/28/1959 | YES |
| 9  | 312 | Resignation After Notice of Involuntary Action | 9773 | 8/27/1981 |  |
| 10 | 312 | Resignation After Notice of Involuntary Action | 11175 | 5/30/1960 |  |
| 11 | 356 | Involuntary Separation Due to RIF | 1167 | 5/28/1951 |  |
| 12 | 356 | Involuntary Separation Due to RIF | 3106 | 7/29/1960 |  |
| 13 | 356 | Involuntary Separation Due to RIF | 3714 | 10/15/1957 |  |
| 14 | 356 | Involuntary Separation Due to RIF | 4549 | 6/27/1960 |  |
| 15 | 356 | Involuntary Separation Due to RIF | 5214 | 9/11/1955 |  |

**EXHIBIT 36**
**ALIOTTA v. BAIR**
**NO. 05-2325-RMU**

|    | Nature of Action Code | Description of Action | EMPLAID | BIRTHDATE | PLAINTIFF? |
|----|-----|-----|------|------|-----|
| 16 | 356 | Involuntary Separation Due to RIF | 5472 | 7/18/1957 | YES |
| 17 | 356 | Involuntary Separation Due to RIF | 5678 | 7/25/1950 | |
| 18 | 356 | Involuntary Separation Due to RIF | 6017 | 6/9/1958 | |
| 19 | 356 | Involuntary Separation Due to RIF | 6129 | 9/11/1950 | |
| 20 | 356 | Involuntary Separation Due to RIF | 6487 | 6/19/1954 | |
| 21 | 356 | Involuntary Separation Due to RIF | 6593 | 10/11/1963 | |
| 22 | 356 | Involuntary Separation Due to RIF | 6939 | 12/25/1952 | |
| 23 | 356 | Involuntary Separation Due to RIF | 7219 | 3/29/1956 | YES |
| 24 | 356 | Involuntary Separation Due to RIF | 8004 | 3/20/1980 | |
| 25 | 356 | Involuntary Separation Due to RIF | 8042 | 11/22/1956 | |
| 26 | 356 | Involuntary Separation Due to RIF | 8221 | 10/23/1961 | |
| 27 | 356 | Involuntary Separation Due to RIF | 8318 | 6/9/1955 | YES |
| 28 | 356 | Involuntary Separation Due to RIF | 8507 | 9/26/1955 | |
| 29 | 356 | Involuntary Separation Due to RIF | 8540 | 9/4/1953 | |
| 30 | 356 | Involuntary Separation Due to RIF | 8547 | 8/14/1959 | YES |
| 31 | 356 | Involuntary Separation Due to RIF | 8703 | 7/15/1962 | |
| 32 | 356 | Involuntary Separation Due to RIF | 8810 | 4/19/1962 | |
| 33 | 356 | Involuntary Separation Due to RIF | 8850 | 4/5/1958 | |
| 34 | 356 | Involuntary Separation Due to RIF | 8969 | 9/22/1952 | |
| 35 | 356 | Involuntary Separation Due to RIF | 8975 | 8/20/1960 | |
| 36 | 356 | Involuntary Separation Due to RIF | 9003 | 7/25/1946 | |
| 37 | 356 | Involuntary Separation Due to RIF | 9026 | 6/12/1951 | YES |
| 38 | 356 | Involuntary Separation Due to RIF | 9048 | 12/30/1960 | YES |

**EXHIBIT 36**
**ALIOTTA v. BAIR**
**NO. 05-2325-RMU**

|    | Nature of Action Code | Description of Action | EMPLAID | BIRTHDATE | PLAINTIFF? |
|----|----|----|----|----|----|
| 39 | 356 | Involuntary Separation Due to RIF | 9079 | 2/24/1954 | |
| 40 | 356 | Involuntary Separation Due to RIF | 9098 | 9/20/1958 | |
| 41 | 356 | Involuntary Separation Due to RIF | 9204 | 12/28/1954 | |
| 42 | 356 | Involuntary Separation Due to RIF | 9209 | 5/19/1957 | YES |
| 43 | 356 | Involuntary Separation Due to RIF | 9214 | 3/18/1958 | |
| 44 | 356 | Involuntary Separation Due to RIF | 9256 | 10/19/1962 | |
| 45 | 356 | Involuntary Separation Due to RIF | 9362 | 12/2/1975 | |
| 46 | 356 | Involuntary Separation Due to RIF | 9375 | 10/5/1964 | |
| 47 | 356 | Involuntary Separation Due to RIF | 9479 | 1/25/1958 | |
| 48 | 356 | Involuntary Separation Due to RIF | 9508 | 6/20/1959 | |
| 49 | 356 | Involuntary Separation Due to RIF | 9534 | 4/22/1955 | |
| 50 | 356 | Involuntary Separation Due to RIF | 9540 | 3/15/1964 | YES |
| 51 | 356 | Involuntary Separation Due to RIF | 9586 | 1/20/1963 | |
| 52 | 356 | Involuntary Separation Due to RIF | 9666 | 11/4/1959 | |
| 53 | 356 | Involuntary Separation Due to RIF | 9700 | 8/17/1951 | |
| 54 | 356 | Involuntary Separation Due to RIF | 9717 | 8/25/1952 | |
| 55 | 356 | Involuntary Separation Due to RIF | 9770 | 9/27/1950 | |
| 56 | 356 | Involuntary Separation Due to RIF | 9779 | 10/17/1951 | |
| 57 | 356 | Involuntary Separation Due to RIF | 10401 | 12/12/1953 | |
| 58 | 356 | Involuntary Separation Due to RIF | 11367 | 1/13/1961 | |
| 59 | 356 | Involuntary Separation Due to RIF | 11525 | 3/31/1970 | |
| 60 | 356 | Involuntary Separation Due to RIF | 11760 | 10/11/1958 | YES |
| 61 | 356 | Involuntary Separation Due to RIF | 12077 | 6/3/1963 | |

**EXHIBIT 36**
**ALIOTTA v. BAIR**
**NO. 05-2325-RMU**

|    | Nature of Action Code | Description of Action | EMPLAID | BIRTHDATE | PLAINTIFF? |
|----|----|----|----|----|----|
| 62 | 356 | Involuntary Separation Due to RIF | 12239 | 11/19/1966 | |
| 63 | 356 | Involuntary Separation Due to RIF | 13359 | 11/15/1958 | |