# Jones, William S.

| | | |
|---|---|---|
| From: | Jones, William S. | **EXHIBIT 37** |
| Sent: | Tuesday, May 01, 2007 4:09 PM | **ALIOTTA v. BAIR** |
| To: | 'DaveR@roselawyers.com' | **NO. 05-2325-RMU** |
| Cc: | Eisenstein, David G.; Kessler, Stephen J. | |
| Subject: | PERHIS | |

**Attachments:** EMPAIDs - Named Plaintiffs.xls; OPM Guide to Personnel Data Standards - 2007.pdf

In the PERHIS files delivered to you today, you will see that each FDIC employee has been assigned a unique identifier ("EMPAID") for privacy reasons. Since these privacy concerns do not apply with equal force to the named plaintiffs who have retained you as their attorney, I am attaching a spreadsheet that cross-references their names to the unique identifiers assigned to each of them in the PERHIS data.



EMPAIDs - Named Plaintiffs.xls...

I am also attaching FYI a copy of the latest OPM Guide to Personnel Data Standards which has expanded explanations for Nature of Action codes (starting at page 246), and which can also be found at http://www.opm.gov/feddata/gp56.pdf



OPM Guide to Personnel Data St...

**Tracking:**

| Recipient | Read |
|---|---|
| 'DaveR@roselawyers.com' | |
| Eisenstein, David G. | Read: 5/1/2007 4:13 PM |
| Kessler, Stephen J. | Read: 5/1/2007 4:09 PM |
| Costantino, Cathy | Read: 5/1/2007 8:51 PM |
| Norcross, Kathryn | Read: 5/1/2007 4:26 PM |

1

| NAMED PLAINTIFF | EMPAID |
|---|---|
| ALIOTTA, Barbara | 6487 |
| ANDERSON, Robert | 6939 |
| AVERY, Jeannie | 9079 |
| BARROW, Douglas | 9755 |
| BONNER, Ann A. | 1642 |
| BROWN, LaMargo | 11956 |
| CAIN, Yvonne | 12909 |
| CANTRELL, James R. | 8646 |
| CATAPAT, Priscilla | 11758 |
| CLAUDE, Evelyn | 5214 |
| CLINE, Sylvia | 9637 |
| CONNELL, James B. | 9067 |
| DILLOW, Lawrence G. | 8456 |
| DUPREE-ELLIS, Mary L. | 5040 |
| ELROD, Wyman | 9717 |
| EVERETT, Patricia | 6404 |
| FAIRFIELD, Joan D. | 3424 |
| FLOWERS, C. Jenola | 11425 |
| FRANTUM, Kathy | 9652 |
| GEORGE, Jamesina | 12923 |
| GLAZENER, Larry | 8777 |
| GRAY, Darrell | 9700 |
| HAAG, Gregory | 5974 |
| HAAG, Kathy | 4916 |
| HAROOTUNIAN, Denis | 1014 |
| HENDERSON, Peggy | 9115 |
| HOOVER, Pinkie | 9073 |
| KEBBEH, Mary | 9770 |
| KELLER, Dennis | 6129 |
| KELLY, Gary | 10750 |
| LEAL, Vincent | 1170 |
| LETT, Donald | 5760 |
| LINDSEY, Pearl | 8318 |
| MANN, Carole | 10950 |
| MANN, Richard | 11142 |
| McANALLY, James | 9389 |
| MONTOYA, Edwin | 13350 |
| MORITZ, Faye | 8507 |
| PARKER, Bernice | 10398 |
| PATTERSON, Paula | 5678 |
| POWERS, Nancy | 9131 |
| SCHIRF, Herbert | 3274 |
| SCOTT, James M. | 9693 |
| SHUTE, Patrick J. | 3161 |
| THIELS, Sherry | 8440 |
| VALENTINE, Marc | 8681 |
| WARDELL, Frances | 8969 |
| WARE, Jackson | 10318 |
| WILLIAMS, Kerry | 9686 |

EXHIBIT 37
ALIOTTA v. BAIR
NO. 05-2325-RMU

**EXHIBIT 37**
**ALIOTTA v. BAIR**
**NO. 05-2325-RMU**



Operating Manual

# The Guide to Personnel Data Standards

(Through Update 56, April 2, 2007)

(3)
THE GUIDE TO PERSONNEL DATA STANDARDS
(Update 56, 4/2/07)

**EXHIBIT 37**
**ALIOTTA v. BAIR**
**NO. 05-2325-RMU**

## NATURE OF ACTION (1)

| Code | Name/Explanation |
|---|---|
| | RETURNS TO DUTY FROM NONPAY STATUS |
| 280 | Placement in Pay Status. (Placement in Pay Status) |
| 292 | Return to Duty. (RTD) |
| 293 | Return to Pay Status. (Return to Pay Status) |
| | SEPARATIONS FROM EMPLOYMENT |
| 300 | Retirement-Mandatory. (Retirement-Mandatory) |
| 301 | Retirement-Disability. (Retirement-Disability) |
| 302 | Retirement-Voluntary. (Retirement-Voluntary) |
| 303 | Retirement-Special Option. (Retirement-Special Option) |
| 304 | Retirement-In Lieu of Involuntary Action. (Retirement-ILIA) |
| 312 | Resignation-In Lieu of Involuntary Action. (Resignation-ILIA) |
| 317 | Resignation. (Resignation) |
| 330 | Removal. (Removal) |
| 350 | Death. (Death) |
| 351 | Termination-Sponsor Relocating. (Termination-Sponsor Relocating) |
| 352 | Termination-Appointment in (agency). (Termination-Appt in (agency)) |
| 353 | Separation-US. (Separation-US) |
| 355 | Termination-Expiration of Appointment. (Termination-Exp of Appt) |
| 356 | Separation-RIF. (Separation-RIF) |
| 357 | Termination. (Termination) |
| 385 | Termination during prob/trial period. (Termination during prob/trial period) |
| 390 | Separation-Appt In (name of entity). (Separation-Appt In (name of entity)) |