**EXHIBIT 38**
**ALIOTTA v. BAIR**
**NO. 05-2325-RMU**

Standard Form 50
Rev 7/91
U.S. Office of Personnel Management
Guide to Processing Personnel Actions, Chapter 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| Brown, Bruce E | [redacted] | 01-26-1951 | 04-17-2005 |

### FIRST ACTION

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 721 | Reassignment |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| VGP | 5 U.S.C. 5107. Classification-OPM standards. |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
| | |

### SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
| | |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
| | |

**7. FROM: Position Title and Number**
EXECUTIVE ASSISTANT
PD: 65E039    Position: 00001933

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| E | 0301 | 02 | 00 | $178,546.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| $157,587.00 | $20,959.00 | $178,546.00 | $0 |

**14. Name and Location of Position's Organization**
Federal Deposit Insurance Corp    Org Code:
DRR, OFFICE OF THE DIRECTOR
                                   6501000110000000
WASHINGTON    DC    USA

**15. TO: Position Title and Number**
EXECUTIVE ASSISTANT
PD: 65WM37    Position: 00001933

| 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| CM | 0301 | 02 | 00 | $178,546.00 | PA |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| $157,587.00 | $20,959.00 | $178,546.00 | |

**22. Name and Location of Position's Organization**
Federal Deposit Insurance Corp    Org Code:
DRR, OFFICE OF THE DIRECTOR
                                   6501000110000000
WASHINGTON    DC    USA

### EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1 — 1-None  3-10 Point/Disability  5-10 Point/Other  2-5 Point  4-10 Point/Compensable  6-10 Point/Compensable/30% | 1 — 0-None 2-Conditional 1-Permanent 3-Indefinite | | YES  X NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| X0  Basic + Option B (5x) + Option A | 9  9-Not Applicable | 4 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| 1  CSRS | 01-28-1976 | F  F - Full-time | |

### POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1 — 1-Competitive Service 3-SES General  2-Excepted Service 4-SES Career Reserved | E  E-Exempt N-Nonexempt | PB-0495-5000-93000 | 8888 |

| 38. Duty Station Code | 39. Duty Station (City-County-State or Overseas Location) |
|---|---|
| 110010001 | WASHINGTON    Dist Columbia    DC    USA |

| 40. Agency Data | 41. | 42. | 43. | 44. PAR Number: 88263 |
|---|---|---|---|---|

**45. Remarks**
- ACTION TAKEN TO IMPLEMENT CONVERSION TO CORPORATE MANAGEMENT (CM) CLASSIFICATION AND PAY PROGRAM.
- Pay retention entitlement terminated.

**46. Employing Department or Agency**
Federal Deposit Insurance Corp
Federal Deposit Insurance Corp

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date |
|---|---|---|
| FD68 | 1636 | |

**50. Signature/Authentication and Title of Approving Official**

4 - Utility Copy

Editions Prior to 7/91 Are Not Usable After 6/30/93