**EXHIBIT 39**
**ALIOTTA v. BAIR**
**NO. 05-2325-RMU**

1                 UNITED STATES DISTRICT COURT

                  DISTRICT OF COLUMBIA

2    _____

3    BARBARA ALLIOTA, et al.,     x

                                  :

4                 Plaintiffs,  :

          vs.                 :  Civil No.

5                             :  05-2325 (RMU)

     SHEILA C. BAIR, Chairman,    :

6    FEDERAL DEPOSIT INSURANCE     :

     CORPORATION,                 :

7                                 :

                  Defendant.   x

8    _____

9                             Tuesday, August 7, 2007

10                            Washington, D.C.

11

12   VIDEOTAPE DEPOSITION OF:

13                  DONALD E. POWELL,

14   the witness, was called for examination by counsel

15   for the plaintiffs, pursuant to Notice and agreement

16   of the parties as to time and date, beginning at

17   approximately 9:52 o'clock, a.m., taken at the

18   Department of Homeland Security, 799 9th Street,

19   N.W., 10th Floor Conference Room, Washington, D.C.,

20   before Ronnie C. Palmer, a court reporter and Notary

21   Public in and for the District of Columbia, when

22   were present on behalf of the respective parties:

EXHIBIT 39     2
ALIOTTA v. BAIR
NO. 05-2325-RMU

1    APPEARANCE OF COUNSEL:

2         For the Plaintiffs:

3              ROSE & ROSE, ESQUIRES

4              BY:  DAVID ROSE, ESQUIRE

5                   DOTIE JOSEPH, ESQUIRE

6              1320 19th Street, N.W., Suite 601

7              Washington, D.C.  20036

8              202-331-8555

9         For the Defendant:

10             FEDERAL DEPOSIT INSURANCE CORPORATION

11             BY:  WILLIAM S. JONES, ESQUIRE

12                  KATHERINE NORCROSS, ESQUIRE

13             3501 Fairfax Drive, Room E-6006

14             Arlington, Virginia  22226

15             703-562-2362

16    ALSO PRESENT:

17             David Voigtsburger, Video Specialist

18                        -  0  -

19

20

21

22

**EXHIBIT 39**
**ALIOTTA v. BAIR**
**NO. 05-2325-RMU**

3

```
1                          I-N-D-E-X

2    Witness:                                 Page:

3    Donald Powell

4           Examination by Mr. Rose            4

5                        -  0  -

6    Exhibits:       (Included in transcript)   Page:

7    Plaintiff's Exhibit No. 1                 18

     to the Powell deposition

8

     Plaintiffs' Exhibit No. 2                 28

9    to the Powell deposition

10   Plaintiffs' Exhibit No. 3                 30

     to the Powell deposition

11

12                       -  0  -

13

14

15

16

17

18

19

20

21

22
```

EXHIBIT 39    4
ALIOTTA v. BAIR
NO. 05-2325-RMU

1    WHEREUPON,

2                        DONALD E. POWELL,

3    a witness, was called for examination by counsel

4    for the plaintiffs, and after having been duly sworn

5    by the Notary Public, was examined and testified as

6    follows:

7                    EXAMINATION BY COUNSEL FOR PLAINTIFFS

8                    BY MR. ROSE:

9        Q        Mr. Powell, would you state your full

10   name for the record?

11       A        Donald Edward Powell.

12       Q        And where do you reside now, Mr. Powell?

13       A        I reside here in the D.C. area, in

14   Arlington, and in Texas.

15       Q        Okay.

16       A        And New Orleans and Mississippi.  Depends

17   on what day you catch me.

18       Q        Okay.  My understanding is you have had

19   your deposition taken before.  So, I will dispense

20   with the usual -- much of the usual introduction.

21                    The only thing that I would say is that I

22   sometimes pause when I ask a question before I have

EXHIBIT 39
ALIOTTA v. BAIR
NO. 05-2325-RMU

1    completed the question.  So, if you can try to wait

2    to see if what I have asked you is the question and

3    then answer it, and I will try hard not to interrupt

4    your answer until you are done.

5              Sir, would you -- this is an age

6    discrimination case.  So, kindly tell us your date of

7    birth.

8        A      5-2-1941.  I know I look younger, but

9    that's the truth.

10             (Laughter)

11       Q      And I know that your name is associated

12   with Texas.  Were you born in Texas?

13       A      I was born in Perryton, Texas.

14       Q      And did you go to high school?

15       A      In Amarillo, Texas.

16       Q      Did you go right on to college after that

17   or did you take a break after high school?

18       A      Went to college.

19       Q      Where did you go?

20       A      West Texas State University.

21       Q      And did you graduate?

22       A      I did.

EXHIBIT 39    6
ALIOTTA v. BAIR
NO. 05-2325-RMU

1    Q       And what year was that?

2    A       1963.

3    Q       And did you have full-time employment

4    after you graduated from college?

5    A       I did.

6    Q       What was your employment for the first

7    few years?  Then tell us in sequence, if you can,

8    what happened after that in your career?

9    A       I worked for ICX Motor Freight, Illinois

10   California Express.  And while I was in college and

11   worked with them, I think after I graduated shortly

12   thereafter I went to work for First Federal Savings

13   and Loan Association, and I was there several years.

14   Q       Was that in Amarillo?

15   A       That was in Amarillo.

16   Q       Okay.

17   A       Following that, I went to work for the

18   First National Bank of Amarillo.

19   Q       Okay.

20   A       And was there for many years.

21   Q       Let me interrupt you.  I'm not sure what

22   I was going to say, but just tell me the nature of

EXHIBIT 39
ALIOTTA v. BAIR
NO. 05-2325-RMU

1    your duties with the First National Bank.

2        A        A loan officer.  And subsequently became

3    president, chairman, and CEO.

4        Q        Okay.  And roughly what was the next step

5    in your career after that?

6        A        After First National Bank of Amarillo?

7        Q        Right.

8        A        It sold to Bowman's Bank Shares, and I

9    can't recall the year.  But I stated with Bowman's

10   Bank Shares who sold to NationsBank for a period of

11   time, left and formed a new charter known as First

12   National Bank of Amarillo, and was there for two

13   years, threes years, and moved to Washington to

14   become chairman of FDIC.

15       Q        Okay.  So, what year was the new bank

16   chartered in roughly?

17       A        I don't recall.  It would have been -- I

18   mean I can get that information for you.

19       Q        Was it in the '90s?

20       A        It would have been.  It would have been

21   -- When did I come to the FDIC?

22       Q        Well, I was going to ask you that next.

1     A     It was a couple of years before I came to

2   the FDIC.  Maybe three years before I came to FDIC.

3     Q     Did you come to the FDIC in 2001?

4     A     I came to the FDIC in -- What is this?

5   2001, I believe, but I can get you the exact date on

6   that.

7     Q     Right.  Okay.  That's fine.

8     A     It may have been 2002.  I can get you

9   that date.

10     Q     All right.

11     THE WITNESS:  You guys know?

12     MR. JONES:  Yes, but we're not telling.

13     (Laughter)

14     THE WITNESS:  That's special information.

15     BY MR. ROSE:

16     Q     That's fine.  You were the head -- the

17   CEO of First National Bank of Amarillo you just

18   mentioned?

19     A     The second one?

20     Q     Yes.

21     A     Yes, sir.

22     Q     And was that an institution just in

**EXHIBIT 39**
**ALIOTTA v. BAIR**
**NO. 05-2325-RMU**

9

```
1    Amarillo?  What city was it in to begin with?

2         A     It was charted in Amarillo, Texas, and we

3    had grants locations obviously in Amarillo, and in

4    Dalhart, Tampa.  Wait.  The second First National

5    Bank of Amarillo had one location in Amarillo, Texas

6    and branches in Amarillo, Texas.

7         Q     Okay.  And was that --

8         A     Excuse me just a minute.  I've got two

9    first national banks on my mind.  The second First

10   National Bank of Amarillo was chartered in Amarillo,

11   Texas, had branches in Amarillo, Texas, and we

12   acquired a bank in Dalhart so we, therefore, had a

13   branch in Dalhart.

14        Q     That's fine.  And that was in the period

15   immediately before you came to FDIC?  Is that

16   correct?

17        A     Correct.

18        Q     And had you sold that bank or sold your

19   shares in it before you joined the FDIC?

20        A     Sold the shares in it before I joined the

21   FDIC.

22        Q     Is it still an independent bank or has it
```

EXHIBIT 39    10
ALIOTTA v. BAIR
NO. 05-2325-RMU

1    been acquired by somebody --

2         A         It's been acquired by Wells Fargo.

3         Q         One of the big ones.

4         A         Uh-huh.

5         Q         Had you been active in politics at all

6    prior to your appointment?

7         A         I would say I had not been active.

8    Others would say I had been active.  You can look at

9    my political contributions and see that I was active

10   somewhat, not active in others.

11        Q         So, you made contributions?

12        A         Uh-huh.

13        Q         Had you -- In getting the charter, I

14   assume you had to apply to was it FDIC or some other

15   organization in order to get the charter?  I'm

16   talking about the second.

17        A         No.  It was a national charter to the

18   controller of the currency.

19        Q         Okay.  And the controller of the currency

20   is one of the officials who's on the board of the

21   FDIC?  Is that correct?

22        A         Correct.

EXHIBIT 39    11
ALIOTTA v. BAIR
NO. 05-2325-RMU

1      Q      And who -- are there other federal

2   officials who were on the board besides the chairman?

3      A      Yes.

4      Q      And who are they by title and then by

5   name, if you would?

6      A      There are three directors that are

7   affiliated with the FDIC.  The other directors are

8   controller of the currency and the director of the

9   thrift supervision.

10     Q      And are there other directors besides

11  those two people?

12     A      Other than the three I mentioned?

13     Q      Yes.

14     A      No.

15     Q      Okay.  When you came to the FDIC, had

16  there been any downsizing, any RIFs or other kinds of

17  downsizing operations by the corporation -- by the

18  FDIC?

19            MR. JONES:  You mean prior to his

20  appointment?

21            MR. ROSE:  Yes.

22            THE WITNESS:  I don't know.  I think so,

**EXHIBIT 39** 12
**ALIOTTA v. BAIR**
**NO. 05-2325-RMU**

1    but I don't know.

2              BY MR. ROSE:

3        Q    Okay.

4        A    I would be very surprised if there had

5    not been.

6        Q    There is an allegation in the complaint

7    in a different matter that the FDIC asked the

8    chief -- the board of the FDIC before you arrived

9    asked the chief operating officer to provide a list

10   of employees over the age of 50 to the board.  Are

11   you familiar with that list at all?

12       A    No, sir.

13             MR. JONES:  I'll state an objection.

14   Assumes a fact not in evidence.

15             MR. ROSE:  That's fine.

16             BY MR. ROSE:

17       Q    Did you address meetings of the -- of

18   employees of FDIC after you became chairman?

19       A    Yes, sir.

20       Q    And were they sometimes limited to a

21   division, or office, or were they frequently open to

22   more employees?

EXHIBIT 39     13
ALIOTTA v. BAIR
NO. 05-2325-RMU

1      A      Both.

2      Q      Let me just say my understanding of the

3   bigger units within FDIC is what's now called DOS.

4   Is that one of the divisions of FDIC?

5             MR. JONES:  I will object to that, too.

6   I think you mean DSC.  DOS is Division of

7   Supervision.

8             MR. ROSE:  Okay.

9             BY MR. ROSE:

10     Q      There's a division that has at least a

11  few years ago had about twenty-seven hundred

12  employees.

13     A      I spoke to all of them.

14     Q      Okay.

15     A      One time or another.

16     Q      Do you remember any remark made in 2001

17  or 2002 to a group of employees stating "I want young

18  people around me that, pause, they have all the

19  innovative ideas" or any words to that effect?

20     A      I'm sure on occasions I have talked about

21  the value of young people in an organization.

22     Q      Did you sometime in the summer of 2002

1    ask to see the hands of employees who had been with

2    FDIC for more than 20 years?

3        A        I would do that often.  I would ask

4    people how many people been here less than six

5    months, how many people been here more than ten

6    years, and I would say what's changed, what benefits

7    do we have of the more experienced people, and of the

8    young people what do you see going on.

9                 There's wisdom, and experience, and

10   there's lots of energy in youth.

11       Q        Right.  And let me ask you one more

12   possible quotation or it's s quotation that's alleged

13   to be the case.

14                Did you say words to the effect that it

15   is time for people that identified themselves as

16   long-term employees it is time for -- I'm sorry.  It

17   is time for you long-term employees to go and give

18   the younger employees a chance to advance?

19       A        I am gray headed, Mr. Rose.  I think, as

20   I said a while ago, there is lots of value in wisdom.

21   I don't recall saying that.

22       Q        Okay.  Do you recall that there was --

EXHIBIT 39    15
ALIOTTA v. BAIR
NO. 05-2325-RMU

1    When did you first meet Mr. Bovenzi, if I've

2    pronounced his name correctly?  John Bovenzi.

3         A    I'm sure it was during the first days of

4    my joining the FDIC, but I can't recall the specific.

5         Q    Sure.  And do you recall what his

6    position was at that time?  Was he chief operating

7    officer way back then?

8         A    He was, I believe, as I recall, he was

9    the chief operating officer.  I'm not sure what the

10   title was, but he was the chief internal operating

11   officer, career.

12        Q    And he essentially reported to the board?

13   Is that correctly or did he report through somebody?

14        A    No.  I think he would report to -- he

15   would report to the chair.

16        Q    Okay.

17        A    And there may have been an intermediate

18   between he and the chair like the chief of staff or

19   someone of that nature.

20        Q    Have you had chiefs of staff?

21        A    I have.

22        Q    And who is currently your chief of staff?

**EXHIBIT 39** 16
**ALIOTTA v. BAIR**
**NO. 05-2325-RMU**

1    A    When I was at the FDIC?

2    Q    Yes.  I'm sorry.  Excuse me.

3    A    At the FDIC.  Yes.  Jody Arlington.

4    Q    And she was your chief of staff the whole

5    period of time?

6    A    It's a male.

7    Q    Okay.

8    A    He was -- No because he joined the FDIC

9    after I was there for a period of time.

10    Q    Did you know him from Texas?

11    A    I knew him -- I knew who he was.  Never

12    had worked with him.

13    Q    Had he been an employee of FDIC before?

14    A    No.

15    Q    Okay.  Was he in private -- in -- Had he

16    been employed by a bank or some private entity?

17    A    I don't know if he's ever been -- I can't

18    recall if he's ever been employed by a bank.

19    Q    Okay.  And was he your chief of staff for

20    the whole period of time?

21    A    No.

22    Q    Okay.  Who succeeded him?

**EXHIBIT 39**    17
**ALIOTTA v. BAIR**
**NO. 05-2325-RMU**

```
1       A       He was there when I left.

2       Q       Okay.  Then somebody preceded him then?

3       A       Yes.  I don't recall if they had an

4  acting chief of staff there or not.  Probably did.

5       Q       Okay.

6       A       Someone that performed those duties.

7       Q       Now, tell me about your current position

8  just briefly so I know what it is and how it compares

9  to the position you had.  Could you tell me the title

10 of your current position?

11      A       I am the federal coordinator of Gulf

12 Coast recovery.

13      Q       And were you appointed by the president

14 to that position?

15      A       Correct.

16      Q       And do you report to anybody in FDIC --

17 I'm sorry.  I mean Homeland Security?

18      A       The Executive Order I was appointed by

19 the President, administratively report to the

20 Secretary of Homeland Security.

21      Q       Okay.

22      A       Responsible to the President.
```

EXHIBIT 39     18
ALIOTTA v. BAIR
NO. 05-2325-RMU

1      Q      And when did you get -- when did you

2   receive that appointment, if you can recall?  Was it

3   after the hurricane Katrina?

4      A      Yes.

5      Q      And was the hurricane Katrina in the late

6   summer of --

7      A      I do know that date.  August 29th, 2005.

8      Q      Okay.  Thank you.  How long after you the

9   event were you appointed?

10     A      Shortly thereafter.

11     Q      A few weeks?

12     A      I think it was in -- around Thanksgiving.

13     Q      In November?

14     A      October would be -- A couple of months.

15  Yes.

16     Q      Okay.

17            MR. ROSE:  I think this has not

18  previously been marked, Mr. Jones.  Let me get you a

19  copy of these things.  Mark this as Powell Depo

20  Number 1.

21                      (Powell Exhibit No. 1 was

22                       marked for identification.)

EXHIBIT 39    19
ALIOTTA v. BAIR
NO. 05-2325-RMU

1                 BY MR. ROSE:

2        Q       I assume that is a your photo in the

3    upper left-hand quadrant?  Is that correct?

4        A       Indeed.

5        Q       And that's your initials or I guess it

6    says Don Powell.  That is a full signature.

7        A       Yes.

8        Q       I can see the little tiny bumps in the

9    bottom line but not very well.  Let me direct your

10   attention, if I may, to the last, the bottom bullet

11   on the second page which talks about the corporation

12   announced a new corporate employee program.  Do you

13   recall that?

14       A       Do I recall what?

15       Q       That you announced a new corporate

16   employee program during the period of time for the

17   fourth quarter of --

18       A       If it refers to that, I'm sure there was

19   one.

20       Q       Okay.  Now, what is the employee -- what

21   is the corporate employee program or what was it in

22   the summer of --

**EXHIBIT 39**  20
**ALIOTTA v. BAIR**
**NO. 05-2325-RMU**

1        A       I don't recall the details of that.

2        Q       Is that a program to recruit people from

3   colleges and universities and assign them as -- to a

4   line of progression so they work in one area of the

5   one division and then another one to get different

6   kinds of expertise?

7        A       I think if that were the case it would

8   have said just what you said.

9        Q       It says to encourage and reward cross

10  divisional mobility and the pursuit of experience and

11  multiple --

12       A       I don't think it says anything about

13  college recruitment.

14       Q       Do you know whether there was a college

15  recruiting program in --

16       A       I believe there always was an ongoing

17  college recruitment, but I don't know.

18       Q       You don't recall anything that happened

19  in '04 that was new in terms of the corporate

20  employee program?

21       A       Again if there was a new corporate

22  employee and I state it there, I'm sure there was.

EXHIBIT 39
ALIOTTA v. BAIR
NO. 05-2325-RMU

1     Q       You don't have any recollection of the

2     substance --

3     A       We had lots of things going on.

4     Q       I am sure you did.

5     A       Yes.

6     Q       Now, I see that in the resources under

7     budget and expenses on the second page now, page two

8     of three, it says --

9                MR. JONES:  You're looking at the chart?

10               MR. ROSE:  Yes.

11               THE WITNESS:  Where it says resources?

12               BY MR. ROSE:

13    Q       Yes.  And do you recall that there had

14    been a target to reduce the number of employees of

15    FDIC in 2004, 2003 and 2004?

16    A       A target to reduce the number of

17    employees?

18    Q       Yes.

19    A       I don't think there ever was a target to

20    reduce the number of employees.  There was a focus on

21    operating expenses obviously.

22    Q       Well, I note that the quarter ended with

EXHIBIT 39    22
ALIOTTA v. BAIR
NO. 05-2325-RMU

1    something like more than 200 employees below the

2    target.  Do you see that?

3                    MR. JONES:  Where are we looking?

4                    THE WITNESS:  Where are you looking?

5                    BY MR. ROSE:

6        Q      It says on board staff in that quadrant.

7    It says budget expenditures, and then it says on

8    board staff.  And it shows five thousand zero seven

9    six actual and the target year end was five thousand

10   three twenty-nine?

11       A      You are saying from year end 2004 there

12   was 5,076?

13       Q      Yes.

14       A      Less than that number to the right?

15       Q      Yes.

16       A      Got it.  What's your question?

17       Q      Okay.  I then direct your attention to

18   the stewardship paragraph.  That stewardship says

19   take budget is 1.1 billion is essentially unchanged

20   from 2004.  That's the first sentence.

21       A      Uh-huh.

22       Q      And the second sentence says the new

EXHIBIT 39    23
ALIOTTA v. BAIR
NO. 05-2325-RMU

1    budget reduces authorized staffing by 674 positions,

2    12 percent by year end 2005.

3         A    Uh-huh.

4         Q    The uh-huh is a yes?

5         A    Yes.  I am reading the same things as you

6    are.

7         Q    No, no.  I understand.  I'm sorry.  It's

8    just the court reporter has to take the words down.

9    The video is fine, and everybody understood if we had

10   the video.

11        A    I'm not denying what's written.

12        Q    Okay.  That's fine.  It says do you know

13   why the new budget reduced the authorized staffing by

14   12 -- approximately 12 by 674 positions?

15        A    Do I know why?

16        Q    Yes.

17        A    We were overstaffed.

18        Q    And what was the basis for your view that

19   we were overstaffed?

20        A    Work had decreased.

21        Q    Okay.  Although work had decreased, you

22   still need -- the FDIC still engaged in the

**EXHIBIT 39**
**ALIOTTA v. BAIR**
**NO. 05-2325-RMU**

24

1  recruiting of so-called students under the Corporate

2  University?  Is that correct?

3      A      Again, I don't recall specifically that,

4  but I would not be surprised if we were not

5  recruiting not only students but experienced

6  personnel.

7      Q      Okay.  So, why is there a need for hiring

8  if the agency is already overstaffed?

9      A      Skill sets.

10      Q      But the -- at least the -- insofar as the

11  corporation is trying to encourage and reward

12  cross-divisional mobility in pursuit of experience

13  and multiple disciplines, that takes some years; does

14  it not?

15      A      It does.

16      Q      So, the participants in that program

17  become the base for a smaller workforce in the years

18  down the road.  Is that right?

19      A      No.  What you're attempting to do is

20  enhance skill sets to fill needed skill sets within

21  the organization.  Cross-train.

22              MR. JONES:  David, let me just note for

EXHIBIT 39    25
ALIOTTA v. BAIR
NO. 05-2325-RMU

1    the record on Exhibit Number 1 I'm not sure whether

2    there is anything further after this, but it -- at

3    least this is page one of three.  Page two of three.

4              MR. ROSE:  I noticed that.  I don't know

5    what, if anything, is missing.  My assumption is it's

6    not significant.  But I don't know that for a fact.

7    I think your point is well taken.

8              MR. JONES:  Sometimes these online

9    documents has got kind of a footer.

10             BY MR. ROSE:

11        Q    So, am I correct that the largest unit

12   within FDIC is called DSC?  I believe that what Mr.

13   Jones has suggested.

14        A    Currently?

15        Q    Yes.

16        A    I don't know currently.

17        Q    While you were there?

18        A    I believe DSC was the largest division.

19        Q    Okay.  And I did not make copies of this

20   document.  It's a prior exhibit.

21             MR. ROSE:  I will show it to you first.

22             MR. JONES:  Sure.  Mergen Number 1.  It's

EXHIBIT 39    26
ALIOTTA v. BAIR
NO. 05-2325-RMU

1    got our Bates stamp on it.

2              MR. ROSE:  It seems to be real then.

3              (Laughter)

4              BY MR. ROSE:

5        Q      Do you recall seeing anything like that

6    while you were chairman?

7        A      I saw many, many documents.  I'm not -- I

8    don't recall, but I'm not saying I didn't.  I saw

9    lots of documents.

10       Q      Sure.  If you turn over to the second

11   page, I think you will see that there appear to have

12   been about 35 hires in the period of time that's

13   covered by that report?  Is that so?  Does that look

14   right?

15       A      Under additions hired 35, that's what it

16   says.

17       Q      And do you know whether those hires

18   include or exclude the people in the Corporate

19   University program?

20       A      I don't know.  There's one says total

21   additions 48.  Okay.

22             MR. JONES:  Is there a pending question?

EXHIBIT 39    27
ALIOTTA v. BAIR
NO. 05-2325-RMU

1                MR. ROSE:  No.

2                THE WITNESS:  This report confirms that

3    DSC was the largest.

4                BY MR. ROSE:

5        Q        It does.  That was one of the reasons I

6    was using it.

7                While you were chairman, did the FDIC

8    encourage using contractors for certain kinds of

9    positions rather than full-time sort of career

10   employees?

11               MR. JONES:  I object to the form.  You

12   can answer.

13               THE WITNESS:  I'm sorry?

14               MR. JONES:  You can answer.

15               BY MR. ROSE:

16       Q        He says you can answer.

17       A        I know there were contractors.  I don't

18   recall any conversations saying we would prefer this

19   versus that.

20       Q        Okay.

21       A        We wanted to get the job done the best

22   way possible.

**EXHIBIT 39**
**ALIOTTA v. BAIR**
**NO. 05-2325-RMU**

1      Q     Now while you were chairman, did FDIC

2   operate on a calendar year basis or did it operate as

3   much of the Federal Government does on a fiscal year

4   basis?

5      A     I think we operated on a fiscal year.

6      Q     Okay.

7            THE WITNESS:  Is that correct?

8            BY MR. ROSE:

9      Q     I note this says fourth quarter '04, and

10  it's issued in January.  So.  I assume it was a

11  calendar year.

12     A     Yes.  I can't recall.  I would assume we

13  had to do certain things to follow the government

14  since we're a part of the government.

15     Q     Do you have any recollection as to how

16  big a downsizing or RIF there was in 2003?

17     A     By numbers, no sir.

18     Q     Now, directing your attention to a

19  downsizing that occurred in late '04 and early '05,

20  and I want to ask the court reporter to mark this one

21  as Number 2.

22               (Powell Exhibit No. 2 was

**EXHIBIT 39**
**ALIOTTA v. BAIR**
**NO. 05-2325-RMU**

1                          marked for identification.)

2                  MR. JONES:  It's stakeholders third

3    quarter 2005?

4                  MR. ROSE:  Yes.

5                  MR. JONES:  It's got some fine print.

6    So, if he could take a moment to read it through.

7                  MR. ROSE:  Absolutely.

8                  THE WITNESS:  This is right after 9-11.

9                  BY MR. ROSE:

10   Q        Right.

11   A        The Gulf Coast.  Okay.

12   Q        And is that document dated, sir?

13   A        Unless it's over what Ronnie put --

14   Q        No.  I think he's careful.

15   A        Third quarter 2005.  That's the only date

16   I see.

17   Q        Okay.  Do you know whether that was

18   before the reduction in force in DRR?

19   A        I don't know.

20   Q        Looking at the bottom quadrant, it

21   appears that the year-end target for 2005 was four

22   seven five one and that actually the number on board

**EXHIBIT 39** 30
**ALIOTTA v. BAIR**
**NO. 05-2325-RMU**

```
 1    at the end of the third quarter was 4,545?

 2         A       Uh-huh.

 3         Q       Do you see that?

 4         A       Uh-huh.

 5         Q       Do you know why the actual staff was

 6    below the target?

 7         A       No, I don't.

 8         Q       Okay.

 9                 MR. ROSE:  Would you mark this Number 3.

10                      (Powell Exhibit No. 3 was

11                       marked for identification.)

12                 MR. JONES:  This is Exhibit 3?

13                 MR. ROSE:  Right.

14                 BY MR. ROSE:

15         Q       So, do you see on the last page of that

16    document, sir, or would you look on the last page.

17         A       Okay.

18         Q       And you see the target for year end for

19    2007?

20         A       Uh-huh.

21         Q       And that's quite a bit above the on-board

22    staff?  Is that correct?
```

EXHIBIT 39
ALIOTTA v. BAIR
NO. 05-2325-RMU

1        A        Uh-huh.

2        Q        I need you to say yes.

3        A        Yes.

4        Q        Uh-huh doesn't help for him.  I think he

5    knows.  You don't know why that's the --

6        A        No, I do not.

7        Q        All right.  Would you have been aware of

8    union grievance that was filed in the spring of '05?

9    I'm sorry.  It was in the summer actually.  July 22

10   '05 by the NTEU?

11       A        I don't recall, but I was informed of

12   lots of things.

13       Q        Okay.  Sure.  I just wondered if you had

14   seen this before.

15       A        I don't know.  I have seen thousands of

16   papers.

17                MR. ROSE:  Let us have a break in about

18   ten minutes and I may have you out of here before

19   schedule.

20                (Off the record.)

21                BY MR. ROSE:

22       Q        Mr. Powell, tell us to the extent that

EXHIBIT 39    32
ALIOTTA v. BAIR
NO. 05-2325-RMU

1    you can what the personnel of FDIC who were assigned

2    to Corporate University do.

3        A       Corporate University was -- is an entity

4    that helps train, educate employees of the FDIC.

5        Q       I'm going to show you a document that's

6    very slightly apparently about the time that you

7    left.  This is an organizational directory, and it's

8    apparently marked 11-23-05.  And I direct your

9    attention to pages 18 and 19.

10               MR. ROSE:  I'm going to show it to Mr.

11   Jones first because I have not marked this as a

12   separate exhibit.

13               MR. JONES:  It looks like it comes from

14   the FDIC website, and it looks like it was printed

15   11-23-2005.  Turn it to 18?

16               MR. ROSE:  Please.

17               BY MR. ROSE:

18       Q       Mr. Powell, if you would, just look at

19   those names under Corporate University, and let me

20   ask you if you recognize any of those people who were

21   employed at that time by FDIC.

22       A       Names under here?

EXHIBIT 39
ALIOTTA v. BAIR
NO. 05-2325-RMU

33

1          Q         Yes.

2          A         I recognize David Cook.  I recognize

3    Chris -- How do you pronounce the last name?  Aiello?

4    I recognize B.J. Deshpande, and I recognize Mitchell

5    Glassman.

6          Q         Now, Mitchell Glassman, was he on the

7    board of FDIC at any time?  Do you recall?

8          A         Not to my knowledge.

9          Q         The other people do you recall whether

10   they were listed as managers?  Where they at the

11   executive level?

12         A         Other people identified?

13         Q         Yes.

14         A         Let me see them again.  Mitch would be

15   head of Resolutions.

16         Q         Right.

17         A         And Debby Cook came in as head of

18   Corporate University.  B.J. was either head or at

19   one time acting director of IT.

20         Q         So, these would all be at the manager

21   level?

22         A         And Chris was not.  I don't recall him.

EXHIBIT 39
ALIOTTA v. BAIR
NO. 05-2325-RMU

34

1       Q       So, the first three were you believe

2   managers?

3       A       At one time.

4       Q       Mr. Powell, if you know, could you tell

5   us if the students who are enrolled in Corporate

6   University are on the budget of the divisions or are

7   they listed as part of the costs of Corporate

8   University do you know?

9       A       I don't know.

10              MR. ROSE:  I think that's all I have.

11  Mr. Jones has a chance to ask you questions.

12              MR. JONES:  We have no questions, but we

13  will read and sign.

14              (Whereupon, at approximately 10:58

15              o'clock, a.m., the above deposition was

16              ended and signature was Not waived.)

17      *        *        *        *        *

18

19

20

21

22

EXHIBIT 39    35
ALIOTTA v. BAIR
NO. 05-2325-RMU

```
 1              E-R-R-A-T-A  S-H-E-E-T

 2   IN RE:   BARBARA ALLIOTA, et al. vs. SHEILA C.

 3            BAIR, Chairman, FEDERAL DEPOSIT INSURANCE

 4            CORPORATION

 5   DEPOSITION OF:  DONALD E. POWELL

 6   DATE OF DEPOSITION:  TUESDAY, AUGUST 7, 2007

 7   At the time the above-named deponent read and

 8   signed this deposition, the deponent desired to

 9   make the following changes:

10   PAGE: LINE: AS TRANSCRIBED:    CHANGE TO:    REASON:

11

12

13

14

15

16

17

18

19

20

21   DATED:              _____

22                          SIGNATURE OF DEPONENT
```

EXHIBIT 39   36
ALIOTTA v. BAIR
NO. 05-2325-RMU

```
 1              CERTIFICATE OF THE DEPONENT

 2        I have read the foregoing pages 4 through 34

 3   inclusive, and find the answers to the questions

 4   therein contained to be true and correct, with the

 5   exception of changes, if any, as per the errata

 6   sheet following herewith.

 7              _____

 8                   DONALD E. POWELL

 9                   DATED:_____

10

11   - - - - - - - - - - - - - - - - - - - - - - - - - - -

12            CERTIFICATE OF THE NOTARY PUBLIC

13        SUBSCRIBED AND SWORN TO BEFORE ME THIS _____

14   DAY OF _____, 2007

15
                    _____

16
                   (PRINT NAME OF NOTARY)

17
                  NOTARY PUBLIC IN AND FOR

18                    THE STATE OF

19                  _____

20

21   MY COMMISSION EXPIRES:

22   _____
```

EXHIBIT 39    37
ALIOTTA v. BAIR
NO. 05-2325-RMU

1                    CERTIFICATE OF NOTARY PUBLIC

2           I, Ronnie C. Palmer, the officer before whom

3    the foregoing proceedings were taken, do hereby

4    certify that the foregoing transcript is a true and

5    correct record of the proceedings; that said

6    proceedings were taken by me stenographically and

7    thereafter reduced to typewriting under my

8    supervision; and that I am neither counsel for,

9    related to, nor employed by any of the parties to

10   this case and have no interest, financial or

11   otherwise, in its outcome.

12

13   My commission expires:

14   April 29, 2009

15

16

17   _____

18   NOTARY PUBLIC IN AND FOR THE

19   DISTRICT OF COLUMBIA

20

21

22