# ERRATA

**EXHIBIT 40**
**ALIOTTA v. BAIR**
**NO. 05-2325-RMU**

In Re: Barbara Alliota         v         Sheila C. Bair

Case No. 05-2325 (RMU)         Date Taken August 7, 2007

Disposition Of: Donald E. Powell

I hereby certify I have read my deposition and that it is accurate with corrections listed below:

| PAGE | LINE | AS TRANSCRIBED | CHANGE TO |
|------|------|----------------|-----------|
| 7 | 13 | threes | three |
| 9 | 2 | charted | chartered |
| 9 | 3 | grants | branch |
| 9 | 4 | Tampa | Texas |
| 14 | 9 | wisdom, and experience | wisdom in experience |
| 16 | 3 | Arlington | Arrington |
| 33 | 4 | B.J. | Vijay |
| 33 | 17 | Debby | David |
| 33 | 18 | B.J. | Vijay |

Deponent Signature: [signature]         Date: 10/14/07