UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA ALIOTTA, et al and<br>  Others similarly situated,<br><br>               Plaintiffs,<br><br>          v.<br><br>SHEILA BAIR, CHAIRMAN,<br>FEDERAL DEPOSIT INSURANCE<br>CORPORATION,<br><br>               Defendant. | )<br>)<br>)<br>)  Case Number 1: 05CV02325<br>)  Class Action<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## Exhibit List

1 -   Report of Dr. Lance Seberhagen

2 -   Transcript of FDIC Board Meeting - August 8, 1995 (excerpts)

3 -   American Banker article - November 10, 1995

4 -   Transcript of FDIC Board Meeting - September 26, 1995 (excerpts)

5 -   Memorandum to the FDIC Board of Directors, from Dennis Geer (Deputy to the COO) and William Longbrake (Deputy to the CFO) - September 25, 1995  (excerpts)

6 -   Transcript of FDIC Board Meeting - September 5, 1995 (excerpts)

7 -   Declaration of Joan Crosser

8 -   Declaration of Carole Mann

9 -   Letter from Donald Powell to the Stakeholders

10 -  Deposition of Donald Powell (excerpts)

11 -  Deposition of Pamela Mergen (excerpts)

12 -  Table from Department of Education

13 -  Corporate University - 2005 New Hires