# Exhibit 2

TRANSCRIPT

OF

A MEETING OF THE BOARD OF DIRECTORS

OF THE

FEDERAL DEPOSIT INSURANCE CORPORATION

HELD IN THE BOARD ROOM

FEDERAL DEPOSIT INSURANCE CORPORATION BUILDING

WASHINGTON, D. C.

CLOSED TO PUBLIC OBSERVATION

AUGUST 8, 1995 - 11:45 A.M.

    At 11:45 a.m. on Tuesday, August 8, 1995 the Board of Directors of the Federal Deposit Insurance Corporation met in closed session in the Board Room of the FDIC Building located at 550 - 17th Street, N.W., Washington, D. C., to consider certain matters which it voted, pursuant to subsections 552b(c)(2), (c)(4), (c)(6), (c)(8), (c)(9)(A)(ii), (c)(9)(B), and (c)(10) of Title 5, United States Code, to consider in a meeting closed to public observation.

    Ricki Helfer, Chairman of the Board of Directors; Andrew C. Hove, Jr., Vice Chairman of the Board of Directors; Eugene A. Ludwig, Director (Comptroller of the Currency); Jonathan L. Fiechter, Director (Acting Director, Office of Thrift Supervision); Dennis F. Geer, Deputy to the Chairman and Chief Operating Officer; Leslie A. Woolley, Deputy to the Chairman for Policy; William A. Longbrake, Deputy to the Chairman for Finance and Chief Financial Officer; Roger A. Hood, Deputy to the Vice Chairman; Thomas E. Zemke, Deputy to the Director (Comptroller of the Currency); Walter B. Mason, Jr., Deputy to the Director (Office of Thrift Supervision); Stephen L. Ledbetter, Special Assistant to the Deputy to the Chairman and Chief Operating Officer; James D. LaPierre, Special Assistant to the Deputy to the Chairman and Chief Operating Officer; Lynn A. Nejezchleb, Special Assistant to the Vice Chairman; James Phillip Battey, Assistant to the Chairman for Public Affairs; William F. Kroener, III, General Counsel; Paul L. Sachtleben, Director, Division of Compliance and Consumer Affairs; Jane L. Sartori, Director, Division of Administration; William R. Watson, Director, Division of Research and Statistics; Robert H. Hartheimer, Director, Division of Resolutions; Steven A. Seelig, Director, Division of Finance; Carmen J. Sullivan, Ombudsman; Jerry L. Langley, Executive Secretary; Mitchell L. Glassman, Deputy Director,

| | |
|---|---|
| Mr. Geer: | And it locks everything in. It's -- it's a terrible experience. |
| Chairman Helfer: | And then a RIF also would -- because of the statutory requirements, it would lead to essentially giving preference for seniority -- |
| Mr. Geer: | Correct. |
| Mr. Longbrake: | Right. |
| Chairman Helfer: | -- which are the people who are the highest cost -- |
| Mr. Geer: | Right. |
| Chairman Helfer: | -- who really are where we have the excess. |
| Mr. Longbrake: | It can lead to a very extensive bumping process. |
| Chairman Helfer: | It's perverse effect. |
| Director Fiechter: | We -- |
| Mr. Geer: | We know that. |
| Director Fiechter: | -- we've lost some -- |
| Mr. Geer: | (Unclear) That's very telling. |
| Director Fiechter: | -- really outstanding employees bounced by people who have had a history of poor performance ratings, but they've got years with them. |
| Chairman Helfer: | Yeah. |
| Mr. Longbrake: | Another thing I'll just point out here, if we were successful in getting 666 to leave, the out-of-pocket cost is this $49 million that the Chairman pointed out, but we would again save 18 months worth of expenses in the neighborhood of $121 million. |
| Director Fiechter: | What's the 250 then, Bill? I mean, the 248? |

| | |
|---|---|
| Mr. Geer: | Well, that's the ones that you -- |
| Chairman Helfer: | That's the, unfortunately, the high three problem -- |
| Director Fiechter: | The incentive ones. |
| Mr. Geer: | That's their incentiveness. |
| Mr. Longbrake: | And to get them to move this year would require more dollars than next year obviously. |
| Chairman Helfer: | Um, that's right. And to really get all of them to leave this year will probably require more than -- significantly more than 3B, but the question is how do you balance that out. |
| Mr. Geer: | When you start justifying the basis of cost. |
| Chairman Helfer: | Yeah. |
| Vice Chairman Hove: | How many of those are now eligible, and how many are in the -- the other category where they are optional? |
| Mr. Geer: | Optional retirees -- there are 264 individuals for both -- from both Corporations that are eligible to retire now. In -- significant of that too, there are 32 executives and 232 others. |
| Mr. Longbrake: | And -- and -- |
| Mr. Geer: | Twelve through fifteen. |
| Mr. Longbrake: | -- of that number of 262 is it? |
| Mr. Geer: | Sixty four. |
| Mr. Longbrake: | Two sixty four, the estimate on 3B is that 60 percent would accept the offer. |
| Mr. Geer: | And then of those that are eligible for early retirement, there's 751. |

August 8, 1995

- 29 -

OES 3145

Mr. Squerrini: The thing is that's -- that's using basically, I mean, when we say eligible for optional retirement, that -- that's generally people that are 55 and 30. But the average retirement age in the Corporation is about 59 which is about -- and that's just under what it is governmentwide. So it's about -- in governmentwide it's about 60. So actually even though these people are eligible, many of them may stay beyond, you know, what -- what this -- the age 55.

Chairman Helfer: That's the -- one of the issues.

Mr. Longbrake: Let me -- let me just finish up here. The -- so obviously the monetary package is a very critical component in terms of acceptance rates, but there are ways to enhance that. And so we would plan to announce that any subsequent buyout or early out offer won't be any more generous and could be less generous. We would announce that if the offer is not successful in achieving target reductions, a reduction-in-force program will be implemented in 1997. We would announce that involuntary relocations will occur in substantial numbers, and we also would plan to announce a pay and benefit programs inclusive of the current employee relocation package. It would be scrutinized carefully with the goal of bringing the FDIC closer in line with the rest of the government.

Mr. Geer: We have -- in putting that in place, we recently had a Senior Executive Council meeting with the union, and we informed them, well I informed them that we would be looking at this in a collaborative -- there has always been a -- a kind of a travel committee, which is constituted both by labor and management, who looks on travel issues and relocation issues. We've expanded that because we have put them on notice that we are looking at the whole package and we will be looking at it seriously.

August 8, 1995

- 30 -

OES 3146

| | |
|---|---|
| Mr. Squerrini: | For the more senior people. |
| Chairman Helfer: | -- trying -- who need to leave. |
| Director Fiechter: | Senior? But it's -- it's more seniority I take it? |
| Mr. Longbrake: | Well, it'll -- it'll be most -- it'll be mostly those who otherwise would be eligible for retirement, who would only get 50 percent under normal circumstances. Almost all those would get 100 under the severance arrangement. |
| Director Fiechter: | Okay. But it -- but it isn't -- it isn't the senior staff then. It would be even a secretary with 30 years. |
| Mr. Seelig: | It's age -- it's age, -- it's age. |
| Mr. Squerrini: | It's senior in terms of years of service. |
| Director Fiechter: | Okay. |
| Mr. Geer: | Yeah, yeah (unclear), yeah. |
| Mr. Squerrini: | I mean, severance pay is based on years of service. |
| Chairman Helfer: | Oh yeah, I meant in terms of years of service. Oh, yeah. |
| Director Fiechter: | Okay. That's important enough to have it weighted towards the senior executives, okay. |
| Mr. Geer: | Yeah, absolutely. |
| Chairman Helfer: | So years of service -- |
| Mr. Geer: | Years of service. |
| Mr. Seelig: | It's a combination and then if you're over 45 and at the age, there's a big bump in there, is it 40? |
| Mr. Squerrini: | Forty. |
| Mr. Seelig: | Forty. |

August 8, 1995

- 41 -

OES 3157

|  |  |
|---|---|
|  | frequently is your -- your more senior people and -- and that's what 3B really does more than the other options. |
| Chairman Helfer: | So I think the thought is if -- if you all could think about this a bit, give any feedback. If you have people, for example, at the OTS who are particularly skilled at the issues that you faced, Jonathan, when you all did this who could -- our folks could talk to that would be very helpful. |
| Director Fiechter: | Vivian Pipin actually took the program. Once they designed it, they grabbed it. |
| Vice Chairman Hove: | And stayed on the beach this summer. |
| Director Fiechter: | You can find Dick (Unclear) somewhere right? I haven't seen him since the day he left. |
| Chairman Helfer: | The -- but the time frame working backwards from the end of the year is such that the hope is that this Board will be in a position to make a judgment during this month, preferably in the next couple of weeks, so there's time to talk to the union. The union did agree with the earlier buyout plan within a relatively short period of time, as I understand it, which was obviously less attractive than this one. So the hope is that it would be possible to make the case to them that this is going to be a lot better than the alternatives. |
| Mr. Longbrake: | We -- we think they would be receptive particularly to 3B because of the -- its basis on seniority. |
| Director Fiechter: | I can recall, Ricki, several years ago the Fed downsized because I remember Lyle Gramley got into all kinds of trouble. Do you recall all the Board did? |
| Chairman Helfer: | Yeah, the Fed -- well I -- actually we should -- you all should call and talk to those folks but my recollection is when I got to the Fed in 1985, they were |

August 8, 1995

- 43 -

|  |  |
|---|---|
|  | concluding a RIF, and it was very disruptive, but it was in certain parts of the Board. |
| Director Fiechter: | Yeah, I remember research -- was -- |
| Chairman Helfer: | Yeah. |
| Director Fiechter: | -- was hit. |
| Mr. Squerrini: | Well, they -- they did do some of the putbacks and -- but they did it through the retirement system by adding credit. |
| Chairman Helfer: | No, well, that's separate. There was a Fed Board RIF in the mid '80's. The Fed banks -- New York, for example, has recently done a buyout, and that was by adding, as Al says, adding on years. |
| Director Fiechter: | Could we get there because the other concern I have is I think 3B is -- is certainly more generous than OTS had, and I guess you're saying more than the OCC. If it's more generous than the Board [of Governors of the Federal Reserve System], if -- if you can find some other banking agency that comes close, we can probably justify this on the basis of the RTC coming back provides some cover -- |
| Chairman Helfer: | Because it's an extraordinary event you're saying. |
| Director Fiechter: | Yeah. |
| Chairman Helfer: | Yeah. |
| Director Fiechter: | Is there any, does the FIRREA, FDICIA statute, where they talk about comparability, deal at all with this or is that only for compensations and this would be noncompensation? |
| Mr. Geer: | We looked at that. |
| Mr. Squerrini: | We've looked -- yeah, we both looked at that, and there's -- decided there's no issue with us doing more. |

August 8, 1995

- 44 -