# Exhibit 4



Federal Deposit Insurance Corporation
Washington, DC 20429

Office of the Executive Secretary

## CERTIFICATION

I, Leneta G. Gregorie, Counsel and Special Assistant to the Executive Secretary, Office of the Executive Secretary, Federal Deposit Insurance Corporation, do certify that the attached is an excerpt taken from the Transcript of a Board of Directors' Meeting held on September 26, 1995 (Closed to Public Observation).

(SEAL)

*Leneta G. Gregorie*
Leneta G. Gregorie
Counsel and Special Assistant
to the Executive Secretary
Federal Deposit Insurance Corporation

OES 3680

Excerpt taken from the
Transcript of a Board of
Directors' Meeting held on
September 26, 1995 (Closed)

TRANSCRIPT

OF

A MEETING OF THE BOARD OF DIRECTORS

OF THE

FEDERAL DEPOSIT INSURANCE CORPORATION

HELD IN THE BOARD ROOM

FEDERAL DEPOSIT INSURANCE CORPORATION BUILDING

WASHINGTON, D. C.

CLOSED TO PUBLIC OBSERVATION

SEPTEMBER 26, 1995 - 10:17 A.M.

At 10:17 a.m. on Tuesday, September 26, 1995, the Board of Directors of the Federal Deposit Insurance Corporation met in closed session in the Board Room of the FDIC Building located at 550 - 17th Street, N.W., Washington, D. C., to consider certain matters which it voted, pursuant to subsections 552b(c)(2), (c)(4), (c)(6), (c)(9)(B), and (c)(10) of Title 5, United States Code, to consider in a meeting closed to public observation.

Ricki Helfer, Chairman of the Board of Directors; Andrew C. Hove, Jr., Vice Chairman of the Board of Directors; Eugene A. Ludwig, Director (Comptroller of the Currency); Jonathan L. Fiechter, Director (Acting Director, Office of Thrift Supervision); Dennis F. Geer, Deputy to the Chairman and Chief Operating Officer; William A. Longbrake, Deputy to the Chairman for Finance and Chief Financial Officer; James Phillip Battey, Assistant to the Chairman for Public Affairs; Roger A. Hood, Deputy to the Vice Chairman; Thomas E. Zemke, Deputy to the Director (Comptroller of the Currency); Walter B. Mason, Jr., Deputy to the Director (Office of Thrift Supervision); Stephen L. Ledbetter, Special Assistant to the Deputy to the Chairman and Chief Operating Officer; James D. LaPierre, Special Assistant to the Deputy to the Chairman and Chief Operating Officer; Lynn A. Nejezchleb, Special Assistant to the Vice Chairman; Lisa M. Stanley, Senior Counsel, Regulation and Legislation Section, Supervision and Legislation Branch, Legal Division (detailed to the Office of the Chairman); Stanley J. Poling, Assistant to the Deputy to the Chairman for Finance; William R. Watson, Director,

OES 3681

|                   |                                                                                                                                                                                                                                                                                 |
|-------------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|                   | you're younger and having to put kids through college, you didn't like it because it meant the amount of withholding towards the pension plan increased.                                                                                                                        |
| Mr. Squerrini:    | Well, except that it also impacted favorably on your 401(k) --                                                                                                                                                                                                                  |
| Mr. Geer:         | 401(k) plan.                                                                                                                                                                                                                                                                    |
| Mr. Squerrini:    | -- your retirement, your life insurance coverage.                                                                                                                                                                                                                               |
| Mr. Geer:         | But clearly the aim of where we're focusing this with the -- that there's a high proportion of manager -- management personnel or nonbargaining unit employees that are being targeted for this. So that's -- clearly they -- it could happen. You could change it, but it would adversely impact them because they are the older group. |
| Chairman Helfer:  | Well, I mean, that's an issue that I guess Legal will have to do a judgment on. And -- and as a lawyer, I guess I would give you my off the top of the head feeling that depends on the court as to whether that would be an argument that would ultimately prevail. And I don't know obviously what the precedents are, but that might be something Legal could look at and should look at right away I would say. |
| Director Fiechter:| Yeah, to the extent that the basis of much of what we've been talking about is in a sense directed at encouraging the more senior executives, who pretty much by definition are the -- have the longer careers here, are older, when we're trying to incent those folks to leave, and I hope that's not illegal. |
| Chairman Helfer:  | Well, we're trying to provide incentives for them to leave. Taking away a benefit that differentially impacts them may not be viewed -- that -- that is not a incentive; that is a disincentive. We cannot legally go to people and say you've been here a long time, you should leave. That we cannot legally do. To the extent taking away a benefit that benefits more senior |

September 26, 1995

- 8 -

OES 3688

| | |
|---|---|
| | people more than more junior people has that effect, the question is how would that be viewed by a court. Mr. Langley, do you have any view on that issue? |
| Mr. Langley: | I was in Legal when that was raised, and that certainly is a concern. I think the issue is whether or not it has an adverse -- disproportionate adverse effect on those in the older group. And to the extent that it does, I think you've got a problem. I think Legal can look at that again, but that was clearly a concern in Legal at that time. You can certainly take an action that has a positive effect with respect to individuals in a particular age category and those protected by the law, but to the extent that it has an adverse -- a disproportionate adverse impact, then you've got a legal problem, and that needs to be addressed. |
| Director Fiechter: | So you can take a positive action but if you try to remove that positive action that might be illegal once you've taken it? |
| Chairman Helfer: | Apparently that's what the lawyers are concerned about. |
| Director Fiechter: | Okay. |
| Chairman Helfer: | I agree that it's somewhat counter-intuitive if that's what you're saying. But I think it's the -- the -- as I understand how the discrimination laws work, it is whether there is an adverse -- a disproportionate adverse impact that could not have been addressed in some other way to avoid the disproportionate adverse impact. Is that a proper statement of the -- |
| Mr. Langley: | That's correct. I think Al summarized it accurately earlier. |
| Director Fiechter: | Remember those discussions from all our fair lending? |
| Chairman Helfer: | Yes. |
| Director Ludwig: | Yeah. No it's exactly -- fair lending. |

September 26, 1995

- 9 -

**OES 3689**

| | |
|---|---|
| Director Fiechter: | Great. Okay. Thank you. |
| Mr. Geer: | And it's -- |
| Chairman Helfer: | And that division director has promised me that those numbers are going to be available today. |
| Mr. Geer: | Today, close of business. |
| Chairman Helfer: | So it is -- |
| Director Fiechter: | Great. |
| Chairman Helfer: | -- very far along. |
| Director Fiechter: | Okay. |
| Chairman Helfer: | And the -- as I understand it the intention is to make the specific RIF prospects for each division clear to the employees, where the employee stands with respect to that, precisely what the core staffing numbers are division by division. |
| Mr. Geer: | Correct. |
| Director Fiechter: | That ought to help focus attention. |
| Mr. Geer: | Yes. |
| Chairman Helfer: | I'd say -- I believe that's right. May I have a motion then to accept the staff's recommendation to adopt Option 2, which is 50 percent of total compensation as the financial approach that will be taken in offering excess -- identified excess employees at the FDIC a -- a buyout in lieu of remaining at the Corporation. |
| Vice Chairman Hove: | I so move. |
| Chairman Helfer: | A second? |
| Director Fiechter: | Second. |
| Chairman Helfer: | All in favor? |
| Vice Chairman Hove: | Aye. |
| Director Fiechter: | Aye. |

September 26, 1995

- 30 -

OES 3710