# Exhibit 5

*Approved by Board 9/26/95*

September 25, 1995

MEMORANDUM TO: The Board of Directors

FROM: Dennis F. Geer
Deputy to the Chairman
and Chief Operating Officer

and

William A. Longbrake
Deputy to the Chairman for Finance
and Chief Financial Officer

SUBJECT: Program to Reduce Permanent Staffing Levels

I. Background

The dramatic improvement in the health of financial institutions has resulted in a precipitous decrease in the number of failures from more than 200 in 1989 to just 13 in 1994 and has caused a rapid decline in workloads at both the FDIC and the RTC that is expected to continue for the next several years. At the FDIC, assets under liquidation have declined from $28.0 billion at the end of 1993 to $13.4 billion at June 30, 1995. RTC assets under liquidation have fallen from $65.3 billion at the end of 1993 to an expected level of $8 to $10 billion at the end of 1995. As a result of this decline, FDIC employment has already decreased nearly 33% from the peak level of 15,611 in June 1993 to 10,509 in June 1995, with most of this decrease attributable to the expiration of term appointments. Together, the FDIC and the RTC had 15,629 employees -- 8,632 permanent and 6,997 temporary -- as of June 1995.

Over the next two to three years, as assets continue to be disposed of quickly, further substantial declines in both FDIC and RTC workloads will require additional reductions in staff. Although most of these reductions will be accomplished through the termination of temporary employees, we expect there will also be a substantial excess number of permanent employees.

Staff has performed an extensive analysis of the number of permanent staff that will be required to align Corporate staffing with projected future workloads. This "Core Staffing Analysis Project" is a central part of the FDIC's Corporate Operating Plan, which in turn implemented the FDIC Strategic Plan approved by the Board in April.

Assuming total asset levels of $2.5 billion and 12 depository

1

DOA BF 06236

institution failures per year, the Core Staffing Analysis Project forecasts a need for 7,114 employees, which is 1,518 (18%) fewer than current combined FDIC and RTC permanent staffing levels. (See Attachment 1) While most of the excess (approximately 1,400) is in grades GG-12 and above, there are approximately 270 excess RTC permanent employees at grades GG-11 and below.

We expect it will take two to three years to reduce the number of employees to core levels due to the continuing need to dispose of remaining assets of failed financial institutions. Accordingly, the Core Staffing Analysis Project has estimated both the number and also the timing of expected permanent staffing excesses by type of job, grade level and duty station. It should be noted, however, that even at current staffing levels, the ratio of permanent Executive level positions to all employees at the FDIC (1:44) is much higher than that of the federal government as a whole (1:277); it is also higher than comparable ratios at the OCC (1:102) and the OTS (1:46), and will be even higher at core staffing levels (1:25).

Given the magnitude of the needed reductions, normal attrition alone will not be sufficient to deal with staffing excesses on a timely basis. Moreover, the FDIC may not pursue a reduction-in-force (RIF) until 1997 because of the one-year protection against involuntary separations provided by statute to RTC employees. (In the interest of equity, on August 8, 1994, Acting Chairman Hove extended a similar protection to FDIC employees until 1997.) Waiting to reduce staff until 1997 through a RIF would result in the retention of excess permanent staff at substantial cost, contributing to inefficiency and low morale. In addition, for each employee terminated through a RIF, a large number of employees would be disrupted through the "bumping" process. Finally, because a RIF provides statutory preferences, including for veterans and seniority, it would erode the Corporation's recent progress in the hiring and promotion of minorities and women.

II. **Recommendation**

After evaluating a number of alternative buyout programs to reduce the number of permanent employees, staff recommends offering a buyout in which eligible employees would receive 50% of compensation. This approach is recommended for the following five reasons: (1) staff estimates that this proposal could produce cost savings of as much as $64 million for the Corporation with reasonable out-of-pocket costs; (2) staff estimates that the proposal would achieve the acceptances of 485 employees, thereby reducing the need for a RIF in 1997; (3) the proposal would effectively reduce staff that are more senior and closer to retirement, which would achieve higher cost savings; (4) the proposal would deal with the immediate issue of overstaffing that will result when RTC staff with permanent

2

DOA BF 06237