# Exhibit 6

OF

A MEETING OF THE BOARD OF DIRECTORS

OF THE

FEDERAL DEPOSIT INSURANCE CORPORATION

HELD IN THE BOARD ROOM

FEDERAL DEPOSIT INSURANCE CORPORATION BUILDING

WASHINGTON, D. C.

CLOSED TO PUBLIC OBSERVATION

SEPTEMBER 5, 1995 - 10:02 A. M.

At 10:02 a.m. on Tuesday, September 5, 1995, the Board of Directors of the Federal Deposit Insurance Corporation met in closed session in the Board Room of the FDIC Building located at 550 - 17th Street, N.W., Washington, D. C., to consider certain matters which it voted, pursuant to subsections 552b(c)(2), (c)(4), (c)(6), (c)(8), (c)(9)(A)(ii), of Title 5, United States Code, to consider in a meeting closed to public observation.

Ricki Helfer, Chairman of the Board of Directors; Andrew C. Hove, Jr., Vice Chairman of the Board of Directors; Eugene A. Ludwig, Director (Comptroller of the Currency); Jonathan L. Fiechter, Director (Acting Director, Office of Thrift Supervision); Dennis F. Geer, Deputy to the Chairman and Chief Operating Officer; Leslie A. Woolley, Deputy to the Chairman for Policy; William A. Longbrake, Deputy to the Chairman for Finance and Chief Financial Officer; James Phillip Battey, Assistant to the Chairman for Public Affairs; Roger A. Hood, Deputy to the Vice Chairman; Thomas E. Zemke, Deputy to the Director (Comptroller of the Currency); Walter B. Mason, Jr., Deputy to the Director (Office of Thrift Supervision); Stephen L. Ledbetter, Special Assistant to the Deputy to the Chairman and Chief Operating Officer; James D. LaPierre, Special Assistant to the Deputy to the Chairman and Chief Operating Officer; Lisa M. Stanley, Senior Counsel, Regulation and Legislation Section, Supervision and Legislation Branch, Legal Division (detailed to the Office of the Chairman); Lisa K. Roy, Review Examiner, Boston

OES 3352

**Alternative 1: Base Buyout Eligibility on Temporary Grade[1]**

|  | Optional Retirement Eligible[2] | Early Retirement Eligible[3] | Non-Retirement Eligible[4] | TOTALS |
|---|---|---|---|---|
| Executives | 32 | 87 | 239 | 358 |
| GG 12s-15s | 232 | 664 | 4,706 | 5,602 |
| TOTALS | 264 | 751 | 4,945 | 5,960 |

**Alternative 2: Base Buyout Eligibility on Permanent Grade[1]**

|  | Optional Retirement Eligible[2] | Early Retirement Eligible[3] | Non-Retirement Eligible[4] | TOTALS |
|---|---|---|---|---|
| Executives | 29 | 80 | 158 | 267 |
| GG 12s-15s | 234 | 666 | 4,703 | 5,603 |
| TOTALS | 263 | 746 | 4,861 | 5,870 |

[1] Staffing figures were compiled at the end of March, 1995 (Pay Period 6).

[2] Optional retirees are those employees with 5 years of service and 62 years of age, or 20 years of service and 60 years of age, or 30 years of service and 55 years of age.

[3] Early retirees include those who have at least 25 years of service, or are at least 50 with a minimum of 20 years of service.

[4] Non-retirees are not eligible for optional or early retirement.

*Estimated Acceptances* for the base case were provided by consultants from ESI/Hay in conjunction with FDIC's OPM (an explanation of their forecasting methodology is provided in a separate attachment to this memorandum). Separate acceptance rates were provided for each category of employee -- optional

| | |
|---|---|
| Mr. Geer: | The point being, and particularly if you -- the larger that the RIF is and the larger numbers of people that you impact. Clearly, it's a personnel director's nightmare because you must identify the excesses; you must then ha -- then have all your personnel paperwork together, organized so we have the retention dates, when people came on board, what job classifications are they qualified for; and then it's a matter of the bumping and retreating. So, in essence, I've known people who were 14's and 15's that were now 9's and 10's and 11's. Essentially you bump the all over the organization. We have to acquire -- we have to obtain, with the union, our delineation of what is the competitive areas and geographic areas that impacts this. Clearly, a union would like to have it be nationwide, which this one is not unusual, wants it to be nationwide. We would like to restrict them to geographic areas so that they don't bounce around from all over divisions. We would like to have them division specific and we would like to have it geographically specific so we are not having people going all over the country and bouncing from division to division. Cleric -- clearly, support staff would because they can qualify in those areas. But essentially it is a bump and retreat of employees and in essence what you have is the junior graded invin -- individuals, those with the least amount of experience and, in most cases, are those that you'd like to retain, are the ones who get riffed. |
| Director Ludwig: | Le -- let me say that I -- I'm very sympathetic. We've been right-sizing ever since I arrived and so I understand some of these issues. Where we're going to run into, I think, some issues at the FDIC is, if you look at the banks, I myself go out and visit the larger institutions and I -- a couple of cases this last year walked in to an institution, they'd just finished this Shandrica Tanden(phonetic) -- that's the woman who does this analysis of how big you -- you are and how much fat you got -- and they have cut 25 [percent] and 30 percent of -- 25 [percent] and 30 percent of their entire work force, I walked into one bank, in |

September 5, 1995

- 15 -

OES 3366