# Exhibit 7

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA ALIOTTA, et al <br><br> Plaintiffs, <br><br> v. <br><br> SHEILA C. BAIR, <br> Chairman, <br> Federal Deposit Insurance Corporation, <br><br> Defendant. | Case No. 1:05-cv-02325-RMU |

## DECLARATION OF JOY R. CROSSER

1. My name is Joy R. Crosser and I have personal knowledge of each matter stated herein for the reasons set forth below.

2. I am employed by the Division of Administration of the Federal Deposit Insurance Corporation ("FDIC" or "Corporation") in the Human Resources Branch. My job title is Senior Human Resources Specialist, and I am a grade 14 employee.

3. I have more than 29 years of federal service and have been a human resources specialist since 1982.

4. My expertise is in staffing policy, which covers recruitment, qualifications issues, and hiring and assignment practices. I have worked in FDIC's human resources policy group since May 1993.

5. Prior to joining the FDIC, I was employed in the Office of Personnel Management's Washington Area Office. I was responsible for the operations of the Displaced Employee Unit, which was the federal program that assisted employees who lost their jobs through reductions-in-force.

6. As part of my job responsibilities, I coordinated the employee notification process for the 2004/2005 FDIC Buyout Program to ensure that all eligible employees were informed of the terms and conditions of the Buyout Program.

7. In November 2004, notification via e-mail was sent to all eligible employees in the various divisions and offices to inform them of their eligibility to elect the buyout as well as the specific terms of the Buyout Program for their division or office.

8. A true and correct copy of the notification e-mail that was sent to DRR employees in Dallas and Washington, D.C. on November 2, 2004, is attached hereto as <u>Exhibit 24-1</u>.

9. At about the same time, Buyout Fact Sheets incorporating similar information about the specific terms of the Buyout Program for each division and office were posted on the FDIC's internal website. Copies of the Buyout Fact Sheets for the various divisions and offices (DIR, DIRM, DOA, DOF, DRR, DSC, Legal, ODEO, OERM, OIG, OO and OPA) are attached hereto as <u>Exhibit 24-2</u>.

10. Subsequently, the 2004/2005 FDIC Buyout Handbook was posted on the FDIC's internal website, in order to provide more detailed information to employees about the terms and conditions of the buyout. A copy of the 2004/2005 FDIC Buyout Handbook is attached hereto as <u>Exhibit 24-3</u>.

11. An additional part of my job responsibilities was to coordinate the receipt and tracking of employee applications for the 2004/2005 FDIC Buyout Program from its inception in November 2004 until the final buyout application/revocation date, which was May 2, 2005 (except for DSC employees, for whom the final buyout application/revocation date was December 15, 2004).

12. A total of 578 FDIC employees elected to take the buyout. The number of employees in each division and office electing the buyout was as follows:

| Division | Number |
|---|---|
| Board of Directors | 1 |
| DIR | 16 |
| DIRM | 114 |
| DOA | 84 |
| DOF | 27 |
| DRR | 132 |
| DSC | 105 |
| Legal Division | 66 |
| ODEO | 3 |
| OERM | 2 |
| OIG | 20 |
| OO | 6 |
| OPA | 2 |
| Total | 578 |

13. The 132 DRR employees who voluntarily elected to take the buyout resigned, retired or retired early (under voluntary early retirement authority (VERA) granted to FDIC by USOPM).

2

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct to the best of my knowledge and belief.

*[signature: Joy R Crosser]*                           2-21-08

_____                    _____
Joy R. Crosser                                                              Date