# Exhibit 8

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BARBARA ALIOTTA, et al, and others )
similarly situated, )
)
Plaintiffs, )
)   Case Number 1: 05CV02325
v. )
)   Declaration of Plaintiff Carole Mann
SHEILA BAIR, CHAIRMAN, )
FEDERAL DEPOSIT INSURANCE )
CORPORATION (AFDIC@), )
)
Defendant. )

I, Carole Mann, hereby declare as follows:

1. I am a plaintiff in the above-referenced matter. I have personal knowledge of the facts set forth herein, and, if called upon to do so, I could and would testify competently thereto.

2. I was born on February 16, 1945. I was employed by the FDIC from August, 1984 to February 25, 2005. In 2004 my position with FDIC was Administrative Specialist, Grade 12, and my gross annual income from FDIC was $92,346 per year. My employment with the FDIC ended on February 25, 2005.

3. When I learned that the FDIC was offering a buyout, I accepted it to avoid being terminated and losing the additional money offered by the buyout. At the time I accepted the buyout, I knew that the number of positions in the Division of Resolutions and Receiverships was going to be reduced to less than half of its numbers and that almost all of the positions being eliminated were R&R Specialists and R&R Technicians. As a Admin. Specialist, I believed that

1

my chances of retaining my employment with FDIC were small. Based on interoffice memos I read, I believed that a Reduction in Force within DRR sometime during 2005 was imminent.

4. I had intended to work for FDIC until I attained at least 25 years of service. My retirement income would be significantly more if I could have worked for FDIC for at least 25 years. Now my retirement income from FDIC is just $20,116 a year.

I declare under penalty of perjury, pursuant to 28 U.S.C. 1746, that the foregoing is true and correct based upon my information and belief.

Executed this 7th th day of March 2008.

*Carole Mann*
Carole Mann

2