# Exhibit 10

ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

BARBARA ALLIOTA, et al., x
: Plaintiffs, :
vs. : Civil No.
: 05-2325 (RMU)
SHEILA C. BAIR, Chairman, :
FEDERAL DEPOSIT INSURANCE :
CORPORATION, :
:
Defendant. x

Tuesday, August 7, 2007

Washington, D.C.

VIDEOTAPE DEPOSITION OF:

DONALD E. POWELL,

the witness, was called for examination by counsel for the plaintiffs, pursuant to Notice and agreement of the parties as to time and date, beginning at approximately 9:52 o'clock, a.m., taken at the Department of Homeland Security, 799 9th Street, N.W., 10th Floor Conference Room, Washington, D.C., before Ronnie C. Palmer, a court reporter and Notary Public in and for the District of Columbia, when were present on behalf of the respective parties:

A Both.

Q Let me just say my understanding of the bigger units within FDIC is what's now called DOS. Is that one of the divisions of FDIC?

MR. JONES: I will object to that, too. I think you mean DSC. DOS is Division of Supervision.

MR. ROSE: Okay.

BY MR. ROSE:

Q There's a division that has at least a few years ago had about twenty-seven hundred employees.

A I spoke to all of them.

Q Okay.

A One time or another.

Q Do you remember any remark made in 2001 or 2002 to a group of employees stating "I want young people around me that, pause, they have all the innovative ideas" or any words to that effect?

A I'm sure on occasions I have talked about the value of young people in an organization.

Q Did you sometime in the summer of 2002

ask to see the hands of employees who had been with FDIC for more than 20 years?

A I would do that often. I would ask people how many people been here less than six months, how many people been here more than ten years, and I would say what's changed, what benefits do we have of the more experienced people, and of the young people what do you see going on.

There's wisdom, and experience, and there's lots of energy in youth.

Q Right. And let me ask you one more possible quotation or it's s quotation that's alleged to be the case.

Did you say words to the effect that it is time for people that identified themselves as long-term employees it is time for -- I'm sorry. It is time for you long-term employees to go and give the younger employees a chance to advance?

A I am gray headed, Mr. Rose. I think, as I said a while ago, there is lots of value in wisdom. I don't recall saying that.

Q Okay. Do you recall that there was --

recruiting of so-called students under the Corporate University? Is that correct?

A Again, I don't recall specifically that, but I would not be surprised if we were not recruiting not only students but experienced personnel.

Q Okay. So, why is there a need for hiring if the agency is already overstaffed?

A Skill sets.

Q But the -- at least the -- insofar as the corporation is trying to encourage and reward cross-divisional mobility in pursuit of experience and multiple disciplines, that takes some years; does it not?

A It does.

Q So, the participants in that program become the base for a smaller workforce in the years down the road. Is that right?

A No. What you're attempting to do is enhance skill sets to fill needed skill sets within the organization. Cross-train.

MR. JONES: David, let me just note for

you can what the personnel of FDIC who were assigned to Corporate University do.

A Corporate University was -- is an entity that helps train, educate employees of the FDIC.

Q I'm going to show you a document that's very slightly apparently about the time that you left. This is an organizational directory, and it's apparently marked 11-23-05. And I direct your attention to pages 18 and 19.

MR. ROSE: I'm going to show it to Mr. Jones first because I have not marked this as a separate exhibit.

MR. JONES: It looks like it comes from the FDIC website, and it looks like it was printed 11-23-2005. Turn it to 18?

MR. ROSE: Please.

BY MR. ROSE:

Q Mr. Powell, if you would, just look at those names under Corporate University, and let me ask you if you recognize any of those people who were employed at that time by FDIC.

A Names under here?