# Exhibit 11

ORIGINAL

1

```
 1          UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF COLUMBIA
 2        ─────────────────────────────────

 3    BARBARA ALLIOTA, et al.,      x
                                    :
 4               Plaintiffs,        :
            vs.                     : Civil Action
 5                                  :
      MARTIN GRUENBERG,             : No. 05-2325
 6    ACTING CHAIRMAN, FDIC,        :
                                    :
 7               Defendant.         x

 8        ─────────────────────────────────

 9                    Arlington, Virginia

10                    Wednesday, May 23, 2007

11

12    VIDEOTAPED DEPOSITION OF:

13                 PAMELA K. MERGEN,

14    a witness, called for examination by counsel for

15    the plaintiffs in the above-entitled matter,

16    pursuant to Notice and agreement of the parties

17    as to time and date, taken at the FDIC, 3501

18    Fairfax Drive, Arlington, Virginia, convened at

19    approximately 10:16 o'clock, a.m., before Cathy

20    Jardim, a court reporter and notary public in

21    and for the Commonwealth of Virginia, when were

22    present on behalf of the respective parties:
```



**CAROL J. THOMAS STENOTYPE
REPORTING SERVICES, INC.**
3162 MUSKET COURT
FAIRFAX, VIRGINIA 22030
(703) 273-9221

24

```
 1              (Mergen Exhibit No. 3
 2              was marked for identification.)
 3         BY MR. ROSE:
 4         Q.   Do you know what, if anything -- why Mr.
 5    Glassman is now recommending a cut of more than half
 6    of the size of DRR, whereas in the prior memorandum
 7    he was recommending keeping it at approximately the
 8    same size it had been before?
 9         A.   I was not involved in any of the
10    discussions.
11         Q.   You had no role at all in deciding the size
12    of the cut?
13         A.   No.
14         Q.   Had you, prior to 2000 -- to the 2005
15    reduction, had you ever participated in a reduction
16    in force where more than half of the employees were
17    to be eliminated -- or more than half of the jobs
18    were to be eliminated?
19         A.   Yes, I have.
20         Q.   Where was that and what was --
21         A.   Military sea-lift command, belonged to the
22    Department of the Navy.  They were going through a
```

1   Q.   Did that actually occur?

2   A.   I am trying to recall, because they had gone
3   through several evolutions of downsizing, and I know
4   that we had conducted a RIF, but I -- I am having a
5   hard time remembering -- I don't think we have had to
6   conduct one for the slots in San Diego. I think we
7   had to deal with some of the people that did not want
8   to do a transfer of function.

9   Q.   If they didn't want to do a transfer of
10  function, did they have bidding rights or anything --
11  what happened to them, they lost their jobs?

12  A.   They basically lost their jobs, yes.

13  Q.   So basically, they could keep the job if
14  they were prepared to move to San Diego?

15  A.   They might be able to, and we worked very
16  hard to place everyone we could in jobs in San Diego.
17  In some cases, we restructured jobs in order to
18  accommodate employees.

19  Q.   Okay. So maybe I should proceed the other
20  way. What part of the RIF did you -- I am sorry.
21  What part of the downsizing did you play a role in
22  formulating?

```
 1   to have people use their length of service to bid for
 2   jobs, other jobs in the organization or the agency?
 3        A.   It depends upon what vehicle you are talking
 4   about, when you say bidding for jobs.  There are a
 5   number of ways that people can go into different
 6   positions in a Civil Service type organization.
 7        Q.   Well, the familiar government -- the RIFs
 8   that I am familiar with, at least, were -- involved
 9   Civil Service employees at grade level similar to the
10   grade levels at FDIC, and they typically could bid
11   for remaining jobs and they could bump employees
12   based on their length of service if they needed to in
13   order to preserve their position.
14        A.   You are talking about filling positions
15   through the RIF process.  There are very strict rules
16   and regulations that we must follow in doing that.
17             You are correct inasmuch as their length of
18   service has some factor, but it is only one of four
19   factors that are considered in determining their
20   seniority or their retention standing in a reduction
21   in force, and it is not an absolute factor.  It
22   doesn't trump, like, veterans' preference.
```