# Exhibit 12

**Table 178. Total fall enrollment in degree-granting institutions, by level, sex, age, and attendance status of student: 2005**

| Age of student and attendance status | All levels | | | Undergraduate | | | First-professional | | | Graduate | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Males | Females | Total | Males | Females | Total | Males | Females | Total | Males | Females |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| All students | 17,487,475 | 7,455,925 | 10,031,550 | 14,963,964 | 6,408,871 | 8,555,093 | 337,024 | 169,831 | 167,193 | 2,186,487 | 877,223 | 1,309,264 |
| Under 18 | 566,823 | 233,937 | 332,886 | 566,466 | 233,779 | 332,687 | 26 | 12 | 14 | 331 | 146 | 185 |
| 18 and 19 | 3,727,670 | 1,674,704 | 2,052,966 | 3,725,669 | 1,673,882 | 2,051,787 | 1,510 | 613 | 897 | 491 | 209 | 282 |
| 20 and 21 | 3,508,086 | 1,573,851 | 1,934,235 | 3,480,130 | 1,563,462 | 1,916,668 | 11,724 | 4,170 | 7,554 | 16,232 | 6,219 | 10,013 |
| 22 to 24 | 2,912,566 | 1,332,595 | 1,579,971 | 2,422,270 | 1,141,814 | 1,280,456 | 124,496 | 56,621 | 67,875 | 365,800 | 134,160 | 231,640 |
| 25 to 29 | 2,410,710 | 1,030,293 | 1,380,417 | 1,619,628 | 684,946 | 934,682 | 130,907 | 69,591 | 61,316 | 660,175 | 275,756 | 384,419 |
| 30 to 34 | 1,352,487 | 549,598 | 802,889 | 936,723 | 354,959 | 581,764 | 32,509 | 19,402 | 13,107 | 383,255 | 175,237 | 208,018 |
| 35 to 39 | 945,787 | 355,551 | 590,236 | 690,697 | 242,654 | 448,043 | 14,060 | 8,329 | 5,731 | 241,030 | 104,568 | 136,462 |
| 40 to 49 | 1,292,761 | 431,334 | 861,427 | 961,765 | 311,344 | 650,421 | 13,364 | 7,016 | 6,348 | 317,632 | 112,974 | 204,658 |
| 50 to 64 | 592,741 | 198,914 | 393,827 | 419,326 | 142,206 | 277,120 | 6,115 | 2,913 | 3,202 | 167,300 | 53,795 | 113,505 |
| 65 and over | 71,918 | 29,213 | 42,705 | 65,885 | 26,362 | 39,523 | 260 | 119 | 141 | 5,773 | 2,732 | 3,041 |
| Age unknown | 105,926 | 45,935 | 59,991 | 75,405 | 33,463 | 41,942 | 2,053 | 1,045 | 1,008 | 28,468 | 11,427 | 17,041 |
| Full-time | 10,797,011 | 4,803,388 | 5,993,623 | 9,446,430 | 4,200,863 | 5,245,567 | 303,468 | 151,859 | 151,609 | 1,047,113 | 450,666 | 596,447 |
| Under 18 | 156,279 | 62,847 | 93,432 | 156,159 | 62,792 | 93,367 | 23 | 11 | 12 | 97 | 44 | 53 |
| 18 and 19 | 3,187,406 | 1,424,151 | 1,763,255 | 3,185,565 | 1,423,390 | 1,762,175 | 1,508 | 611 | 897 | 333 | 150 | 183 |
| 20 and 21 | 2,856,016 | 1,287,060 | 1,568,956 | 2,831,119 | 1,277,679 | 1,553,440 | 11,540 | 4,083 | 7,457 | 13,357 | 5,298 | 8,059 |
| 22 to 24 | 1,922,734 | 915,714 | 1,007,020 | 1,546,599 | 763,437 | 783,162 | 119,764 | 54,316 | 65,448 | 256,371 | 97,961 | 158,410 |
| 25 to 29 | 1,220,032 | 554,526 | 665,506 | 741,124 | 328,285 | 412,839 | 120,564 | 64,049 | 56,515 | 358,344 | 162,192 | 196,152 |
| 30 to 34 | 557,219 | 235,210 | 322,009 | 359,286 | 134,840 | 224,446 | 26,717 | 15,987 | 10,730 | 171,216 | 84,383 | 86,833 |
| 35 to 39 | 331,983 | 126,205 | 205,778 | 230,997 | 78,279 | 152,718 | 10,144 | 6,028 | 4,116 | 90,842 | 41,898 | 48,944 |
| 40 to 49 | 383,582 | 130,189 | 253,393 | 273,414 | 87,097 | 186,317 | 8,064 | 4,255 | 3,809 | 102,104 | 38,837 | 63,267 |
| 50 to 64 | 136,105 | 46,619 | 89,486 | 86,835 | 29,087 | 57,748 | 3,259 | 1,548 | 1,711 | 46,011 | 15,984 | 30,027 |
| 65 and over | 5,533 | 2,611 | 2,922 | 4,100 | 1,920 | 2,180 | 132 | 70 | 62 | 1,301 | 621 | 680 |
| Age unknown | 40,122 | 18,256 | 21,866 | 31,232 | 14,057 | 17,175 | 1,753 | 901 | 852 | 7,137 | 3,298 | 3,839 |
| Part-time | 6,690,464 | 2,652,537 | 4,037,927 | 5,517,534 | 2,208,008 | 3,309,526 | 33,556 | 17,972 | 15,584 | 1,139,374 | 426,557 | 712,817 |
| Under 18 | 410,544 | 171,090 | 239,454 | 410,307 | 170,987 | 239,320 | 3 | 1 | 2 | 234 | 102 | 132 |
| 18 and 19 | 540,264 | 250,553 | 289,711 | 540,104 | 250,492 | 289,612 | 2 | 2 | 0 | 158 | 59 | 99 |
| 20 and 21 | 652,070 | 286,791 | 365,279 | 649,011 | 285,783 | 363,228 | 184 | 87 | 97 | 2,875 | 921 | 1,954 |
| 22 to 24 | 989,832 | 416,881 | 572,951 | 875,671 | 378,377 | 497,294 | 4,732 | 2,305 | 2,427 | 109,429 | 36,199 | 73,230 |
| 25 to 29 | 1,190,678 | 475,767 | 714,911 | 878,504 | 356,661 | 521,843 | 10,343 | 5,542 | 4,801 | 301,831 | 113,564 | 188,267 |
| 30 to 34 | 795,268 | 314,388 | 480,880 | 577,437 | 220,119 | 357,318 | 5,792 | 3,415 | 2,377 | 212,039 | 90,854 | 121,185 |
| 35 to 39 | 613,804 | 229,346 | 384,458 | 459,700 | 164,375 | 295,325 | 3,916 | 2,301 | 1,615 | 150,188 | 62,670 | 87,518 |
| 40 to 49 | 909,179 | 301,145 | 608,034 | 688,351 | 224,247 | 464,104 | 5,300 | 2,761 | 2,539 | 215,528 | 74,137 | 141,391 |
| 50 to 64 | 456,636 | 152,295 | 304,341 | 332,491 | 113,119 | 219,372 | 2,856 | 1,365 | 1,491 | 121,289 | 37,811 | 83,478 |
| 65 and over | 66,385 | 26,602 | 39,783 | 61,785 | 24,442 | 37,343 | 128 | 49 | 79 | 4,472 | 2,111 | 2,361 |
| Age unknown | 65,804 | 27,679 | 38,125 | 44,173 | 19,406 | 24,767 | 300 | 144 | 156 | 21,331 | 8,129 | 13,202 |
| | Percentage distribution | | | | | | | | | | | |
| All students | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |
| Under 18 | 3.2 | 3.1 | 3.3 | 3.8 | 3.6 | 3.9 | # | # | # | # | # | # |
| 18 and 19 | 21.3 | 22.5 | 20.5 | 24.9 | 26.1 | 24.0 | 0.4 | 0.4 | 0.5 | # | # | # |

| Age | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20 and 21 ....... | 20.1 | 21.1 | 19.3 | 23.3 | 24.4 | 22.4 | 3.5 | 2.5 | 4.5 | 0.7 | 0.7 | 0.8 |
| 22 to 24 ........ | 16.7 | 17.9 | 15.8 | 16.2 | 17.8 | 15.0 | 36.9 | 33.3 | 40.6 | 16.7 | 15.3 | 17.7 |
| 25 to 29 ........ | 13.8 | 13.8 | 13.8 | 10.8 | 10.7 | 10.9 | 38.8 | 41.0 | 36.7 | 30.2 | 31.4 | 29.4 |
| 30 to 34 ........ | 7.7 | 7.4 | 8.0 | 6.3 | 5.5 | 6.8 | 9.6 | 11.4 | 7.8 | 17.5 | 20.0 | 15.9 |
| 35 to 39 ........ | 5.4 | 4.8 | 5.9 | 4.6 | 3.8 | 5.2 | 4.2 | 4.9 | 3.4 | 11.0 | 11.9 | 10.4 |
| 40 to 49 ........ | 7.4 | 5.8 | 8.6 | 6.4 | 4.9 | 7.6 | 4.0 | 4.1 | 3.8 | 14.5 | 12.9 | 15.6 |
| 50 to 64 ........ | 3.4 | 2.7 | 3.9 | 2.8 | 2.2 | 3.2 | 1.8 | 1.7 | 1.9 | 7.7 | 6.1 | 8.7 |
| 65 and over ..... | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.5 | 0.1 | 0.1 | 0.1 | 0.3 | 0.3 | 0.2 |
| Age unknown ..... | 0.6 | 0.6 | 0.6 | 0.5 | 0.5 | 0.5 | 0.6 | 0.6 | 0.6 | 1.3 | 1.3 | 1.3 |
| Full-time ....... | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |
| Under 18 ...... | 1.4 | 1.3 | 1.6 | 1.7 | 1.5 | 1.8 | # | # | # | # | # | # |
| 18 and 19 ..... | 29.5 | 29.6 | 29.4 | 33.7 | 33.9 | 33.6 | 0.5 | 0.4 | 0.6 | # | # | # |
| 20 and 21 ..... | 26.5 | 26.8 | 26.2 | 30.0 | 30.4 | 29.6 | 3.8 | 2.7 | 4.9 | 1.3 | 1.2 | 1.4 |
| 22 to 24 ...... | 17.8 | 19.1 | 16.8 | 16.4 | 18.2 | 14.9 | 39.5 | 35.8 | 43.2 | 24.5 | 21.7 | 26.6 |
| 25 to 29 ...... | 11.3 | 11.5 | 11.1 | 7.8 | 7.8 | 7.9 | 39.7 | 42.2 | 37.3 | 34.2 | 36.0 | 32.9 |
| 30 to 34 ...... | 5.2 | 4.9 | 5.4 | 3.8 | 3.2 | 4.3 | 8.8 | 10.5 | 7.1 | 16.4 | 18.7 | 14.6 |
| 35 to 39 ...... | 3.1 | 2.6 | 3.4 | 2.4 | 1.9 | 2.9 | 3.3 | 4.0 | 2.7 | 8.7 | 9.3 | 8.2 |
| 40 to 49 ...... | 3.6 | 2.7 | 4.2 | 2.9 | 2.1 | 3.6 | 2.7 | 2.8 | 2.5 | 9.8 | 8.6 | 10.6 |
| 50 to 64 ...... | 1.3 | 1.0 | 1.5 | 0.9 | 0.7 | 1.1 | 1.1 | 1.0 | 1.1 | 4.4 | 3.5 | 5.0 |
| 65 and over ... | 0.1 | 0.1 | # | # | # | # | # | # | # | 0.1 | 0.1 | 0.1 |
| Age unknown ... | 0.4 | 0.4 | 0.4 | 0.3 | 0.3 | 0.3 | 0.6 | 0.6 | 0.6 | 0.7 | 0.7 | 0.6 |
| Part-time ....... | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |
| Under 18 ...... | 6.1 | 6.5 | 5.9 | 7.4 | 7.7 | 7.2 | # | # | # | # | # | # |
| 18 and 19 ..... | 8.1 | 9.4 | 7.2 | 9.8 | 11.3 | 8.8 | # | # | 0.0 | # | # | # |
| 20 and 21 ..... | 9.7 | 10.8 | 9.0 | 11.8 | 12.9 | 11.0 | 0.5 | 0.5 | 0.6 | 0.3 | 0.2 | 0.3 |
| 22 to 24 ...... | 14.8 | 15.7 | 14.2 | 15.9 | 17.1 | 15.0 | 14.1 | 12.8 | 15.6 | 9.6 | 8.5 | 10.3 |
| 25 to 29 ...... | 17.8 | 17.9 | 17.7 | 15.9 | 16.2 | 15.8 | 30.8 | 30.8 | 30.8 | 26.5 | 26.6 | 26.4 |
| 30 to 34 ...... | 11.9 | 11.9 | 11.9 | 10.5 | 10.0 | 10.8 | 17.3 | 19.0 | 15.3 | 18.6 | 21.3 | 17.0 |
| 35 to 39 ...... | 9.2 | 8.6 | 9.5 | 8.3 | 7.4 | 8.9 | 11.7 | 12.8 | 10.4 | 13.2 | 14.7 | 12.3 |
| 40 to 49 ...... | 13.6 | 11.4 | 15.1 | 12.5 | 10.2 | 14.0 | 15.8 | 15.4 | 16.3 | 18.9 | 17.4 | 19.8 |
| 50 to 64 ...... | 6.8 | 5.7 | 7.5 | 6.0 | 5.1 | 6.6 | 8.5 | 7.6 | 9.6 | 10.6 | 8.9 | 11.7 |
| 65 and over ... | 1.0 | 1.0 | 1.0 | 1.1 | 1.1 | 1.1 | 0.4 | 0.3 | 0.5 | 0.4 | 0.5 | 0.3 |
| Age unknown ... | 1.0 | 1.0 | 0.9 | 0.8 | 0.9 | 0.7 | 0.9 | 0.8 | 1.0 | 1.9 | 1.9 | 1.9 |

#Rounds to zero.
NOTE: Degree-granting institutions grant associate's or higher degrees and participate in Title IV federal financial aid programs.
SOURCE: U.S. Department of Education, National Center for Education Statistics, 2005 Integrated Postsecondary Education Data System (IPEDS), Spring 2006. (This table was prepared August 2006.)