CORPORATE UNIVERSITY
2005 NEW HIRES - FINANCIAL INSTITUTION SPECIALISTS ONLY
(Ranked by Birth Date)

| EMPL-ID | BirthDate | AgeSept30 | Hire Date | Apptmt Career | Apptmt Perm/Temp | Apptmt Type | Apptmt Code | Series | Grade | Position Title | Division | Adjusted salary | Base Salary |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 66525 | 19440211 | C 50-up | 20051031 | Non-Career | Temp/Term | Excepted/Limited | 08 | 0570 | 07 | FINANCIAL INSTITUTION SPECIALIST (ASSI | Corporate University | 51639 | 49567 |
| 66442 | 19461022 | C 50-up | 20051212 | Non-Career | Temp/Term | Excepted/Limited | 08 | 0570 | 07 | FINANCIAL INSTITUTION SPECIALIST (ASSI | Corporate University | 43490 | 41745 |
| 66471 | 19461209 | C 50-up | 20050627 | Non-Career | Temp/Term | Excepted/Limited | 08 | 0570 | 09 | FINANCIAL INSTITUTION SPECIALIST (ASSI | Corporate University | 50875 | 48834 |
| 66524 | 19490719 | C 50-up | 20050919 | Non-Career | Temp/Term | Excepted/Limited | 08 | 0570 | 09 | FINANCIAL INSTITUTION SPECIALIST (ASSI | Corporate University | 66564 | 63893 |
| 66460 | 19510616 | C 50-up | 20050919 | Non-Career | Temp/Term | Excepted/Limited | 08 | 0570 | 07 | FINANCIAL INSTITUTION SPECIALIST (ASSI | Corporate University | 37870 | 36351 |
| 66533 | 19520603 | C 50-up | 20051031 | Non-Career | Temp/Term | Excepted/Limited | 08 | 0570 | 07 | FINANCIAL INSTITUTION SPECIALIST (ASSI | Corporate University | 53171 | 49567 |
| 66464 | 19540518 | C 50-up | 20051031 | Non-Career | Temp/Term | Excepted/Limited | 08 | 0570 | 07 | FINANCIAL INSTITUTION SPECIALIST (ASSI | Corporate University | 37870 | 36351 |
| 66399 | 19550902 | C 50-up | 20050919 | Non-Career | Temp/Term | Excepted/Limited | 08 | 0570 | 07 | FINANCIAL INSTITUTION SPECIALIST (ASSI | Corporate University | 51639 | 49567 |
| 66432 | 19571105 | B 40-49 | 20051031 | Non-Career | Temp/Term | Excepted/Limited | 08 | 0570 | 07 | FINANCIAL INSTITUTION SPECIALIST (ASSI | Corporate University | 50000 | 47994 |
| 41638 | 19590912 | B 40-49 | 20051031 | Non-Career | Temp/Term | Excepted/Limited | 08 | 0570 | 07 | FINANCIAL INSTITUTION SPECIALIST (ASSI | Corporate University | 37870 | 36351 |
| 12148 | 19591130 | B 40-49 | 20051212 | Non-Career | Temp/Term | Excepted/Limited | 08 | 0570 | 07 | FINANCIAL INSTITUTION SPECIALIST (ASSI | Corporate University | 41415 | 36351 |
| 35750 | 19591212 | B 40-49 | 20051211 | Non-Career | Temp/Term | Excepted/Limited | 08 | 0570 | 07 | FINANCIAL INSTITUTION SPECIALIST (ASSI | Corporate University | 39052 | 36351 |
| 66454 | 19610314 | B 40-49 | 20050626 | Non-Career | Temp/Term | Excepted/Limited | 08 | 0570 | 09 | FINANCIAL INSTITUTION SPECIALIST (ASSI | Corporate University | 43907 | 42145 |
| 66434 | 19620128 | B 40-49 | 20051031 | Non-Career | Temp/Term | Excepted/Limited | 08 | 0570 | 07 | FINANCIAL INSTITUTION SPECIALIST (ASSI | Corporate University | 51639 | 49567 |
| 66429 | 19620309 | B 40-49 | 20050627 | Non-Career | Temp/Term | Excepted/Limited | 08 | 0570 | 09 | FINANCIAL INSTITUTION SPECIALIST (ASSI | Corporate University | 66564 | 63893 |
| 66418 | 19620823 | B 40-49 | 20051031 | Non-Career | Temp/Term | Excepted/Limited | 08 | 0570 | 07 | FINANCIAL INSTITUTION SPECIALIST (ASSI | Corporate University | 43500 | 41755 |
| 66397 | 19620905 | B 40-49 | 20050919 | Non-Career | Temp/Term | Excepted/Limited | 08 | 0570 | 07 | FINANCIAL INSTITUTION SPECIALIST (ASSI | Corporate University | 56630 | 49567 |
| 66529 | 19630615 | B 40-49 | 20051031 | Non-Career | Temp/Term | Excepted/Limited | 08 | 0570 | 07 | FINANCIAL INSTITUTION SPECIALIST (ASSI | Corporate University | 43359 | 36351 |
| 42621 | 19640326 | B 40-49 | 20050627 | Non-Career | Temp/Term | Excepted/Limited | 08 | 0570 | 09 | FINANCIAL INSTITUTION SPECIALIST (ASSI | Corporate University | 51699 | 42145 |
| 66433 | 19650306 | B 40-49 | 20051031 | Non-Career | Temp/Term | Excepted/Limited | 08 | 0570 | 07 | FINANCIAL INSTITUTION SPECIALIST (ASSI | Corporate University | 38994 | 36351 |
| 66415 | 19650325 | B 40-49 | 20051212 | Non-Career | Temp/Term | Excepted/Limited | 08 | 0570 | 07 | FINANCIAL INSTITUTION SPECIALIST (ASSI | Corporate University | 38994 | 36351 |
| 66469 | 19670812 | A Under 40 | 20051031 | Non-Career | Temp/Term | Excepted/Limited | 08 | 0570 | 07 | FINANCIAL INSTITUTION SPECIALIST (ASSI | Corporate University | 51639 | 49567 |
| 66421 | 19680911 | A Under 40 | 20050627 | Non-Career | Temp/Term | Excepted/Limited | 08 | 0570 | 07 | FINANCIAL INSTITUTION SPECIALIST (ASSI | Corporate University | 51639 | 49567 |
| 66427 | 19681119 | A Under 40 | 20050919 | Non-Career | Temp/Term | Excepted/Limited | 08 | 0570 | 07 | FINANCIAL INSTITUTION SPECIALIST (ASSI | Corporate University | 51639 | 49567 |
| 42367 | 19690207 | A Under 40 | 20050626 | Non-Career | Temp/Term | Excepted/Limited | 08 | 0570 | 09 | FINANCIAL INSTITUTION SPECIALIST (ASSI | Corporate University | 51699 | 42145 |
| 66461 | 19710114 | A Under 40 | 20051031 | Non-Career | Temp/Term | Excepted/Limited | 08 | 0570 | 07 | FINANCIAL INSTITUTION SPECIALIST (ASSI | Corporate University | 43359 | 36351 |
| 66398 | 19710218 | A Under 40 | 20051212 | Non-Career | Temp/Term | Excepted/Limited | 08 | 0570 | 07 | FINANCIAL INSTITUTION SPECIALIST (ASSI | Corporate University | 41567 | 36351 |
| 237 | 19720711 | A Under 40 | 20051212 | Non-Career | Temp/Term | Excepted/Limited | 08 | 0570 | 07 | FINANCIAL INSTITUTION SPECIALIST (ASSI | Corporate University | 43359 | 36351 |
| 66455 | 19740610 | A Under 40 | 20051031 | Non-Career | Temp/Term | Excepted/Limited | 08 | 0570 | 07 | FINANCIAL INSTITUTION SPECIALIST (ASSI | Corporate University | 48204 | 46270 |
| 66392 | 19741121 | A Under 40 | 20051031 | Non-Career | Temp/Term | Excepted/Limited | 08 | 0570 | 07 | FINANCIAL INSTITUTION SPECIALIST (ASSI | Corporate University | 40470 | 36351 |
| 66473 | 19741214 | A Under 40 | 20050918 | Non-Career | Temp/Term | Excepted/Limited | 08 | 0570 | 07 | FINANCIAL INSTITUTION SPECIALIST (ASSI | Corporate University | 40717 | 36351 |
| 66484 | 19750721 | A Under 40 | 20051031 | Non-Career | Temp/Term | Excepted/Limited | 08 | 0570 | 07 | FINANCIAL INSTITUTION SPECIALIST (ASSI | Corporate University | 40717 | 36351 |
| 66431 | 19760224 | A Under 40 | 20050919 | Non-Career | Temp/Term | Excepted/Limited | 08 | 0570 | 07 | FINANCIAL INSTITUTION SPECIALIST (ASSI | Corporate University | 44054 | 36351 |
| 66472 | 19760331 | A Under 40 | 20051212 | Non-Career | Temp/Term | Excepted/Limited | 08 | 0570 | 07 | FINANCIAL INSTITUTION SPECIALIST (ASSI | Corporate University | 44054 | 36351 |
| 66496 | 19770501 | A Under 40 | 20051031 | Non-Career | Temp/Term | Excepted/Limited | 08 | 0570 | 07 | FINANCIAL INSTITUTION SPECIALIST (ASSI | Corporate University | 37870 | 36351 |
| 66488 | 19780526 | A Under 40 | 20051031 | Non-Career | Temp/Term | Excepted/Limited | 08 | 0570 | 07 | FINANCIAL INSTITUTION SPECIALIST (ASSI | Corporate University | 37870 | 36351 |
| 66508 | 19790322 | A Under 40 | 20050627 | Non-Career | Temp/Term | Excepted/Limited | 08 | 0570 | 07 | FINANCIAL INSTITUTION SPECIALIST (ASSI | Corporate University | 37870 | 36351 |
| 66394 | 19790831 | A Under 40 | 20050627 | Non-Career | Temp/Term | Excepted/Limited | 08 | 0570 | 09 | FINANCIAL INSTITUTION SPECIALIST (ASSI | Corporate University | 43907 | 42145 |
| 66387 | 19790926 | A Under 40 | 20051212 | Non-Career | Temp/Term | Excepted/Limited | 08 | 0570 | 07 | FINANCIAL INSTITUTION SPECIALIST (ASSI | Corporate University | 37870 | 36351 |
| 66482 | 19791106 | A Under 40 | 20051031 | Non-Career | Temp/Term | Excepted/Limited | 08 | 0570 | 07 | FINANCIAL INSTITUTION SPECIALIST (ASSI | Corporate University | 37870 | 36351 |
| 66518 | 19800121 | A Under 40 | 20051031 | Non-Career | Temp/Term | Excepted/Limited | 08 | 0570 | 07 | FINANCIAL INSTITUTION SPECIALIST (ASSI | Corporate University | 43359 | 36351 |
| 13499 | 19800709 | A Under 40 | 20051031 | Non-Career | Temp/Term | Excepted/Limited | 08 | 0570 | 07 | FINANCIAL INSTITUTION SPECIALIST (ASSI | Corporate University | 48132 | 36351 |
| 66417 | 19801104 | A Under 40 | 20050627 | Non-Career | Temp/Term | Excepted/Limited | 08 | 0570 | 05 | FINANCIAL INSTITUTION SPECIALIST (TRAI | Corporate University | 35480 | 34056 |
| 66477 | 19810310 | A Under 40 | 20051031 | Non-Career | Temp/Term | Excepted/Limited | 08 | 0570 | 07 | FINANCIAL INSTITUTION SPECIALIST (ASSI | Corporate University | 43359 | 36351 |
| 66412 | 19810905 | A Under 40 | 20051212 | Non-Career | Temp/Term | Excepted/Limited | 08 | 0570 | 07 | FINANCIAL INSTITUTION SPECIALIST (ASSI | Corporate University | 42240 | 36351 |
| 66505 | 19810920 | A Under 40 | 20051212 | Non-Career | Temp/Term | Excepted/Limited | 08 | 0570 | 07 | FINANCIAL INSTITUTION SPECIALIST (ASSI | Corporate University | 37870 | 36351 |
| 66439 | 19811018 | A Under 40 | 20051212 | Non-Career | Temp/Term | Excepted/Limited | 08 | 0570 | 07 | FINANCIAL INSTITUTION SPECIALIST (ASSI | Corporate University | 48132 | 36351 |
| 39424 | 19811030 | A Under 40 | 20051031 | Non-Career | Temp/Term | Excepted/Limited | 08 | 0570 | 07 | FINANCIAL INSTITUTION SPECIALIST (ASSI | Corporate University | 37987 | 36351 |
| 66449 | 19811127 | A Under 40 | 20051031 | Non-Career | Temp/Term | Excepted/Limited | 08 | 0570 | 07 | FINANCIAL INSTITUTION SPECIALIST (ASSI | Corporate University | 40964 | 36351 |
| 66511 | 19820419 | A Under 40 | 20051212 | Non-Career | Temp/Term | Excepted/Limited | 08 | 0570 | 07 | FINANCIAL INSTITUTION SPECIALIST (ASSI | Corporate University | 42240 | 36351 |
| 66467 | 19820627 | A Under 40 | 20051212 | Non-Career | Temp/Term | Excepted/Limited | 08 | 0570 | 07 | FINANCIAL INSTITUTION SPECIALIST (ASSI | Corporate University | 43359 | 36351 |
| 66478 | 19820929 | A Under 40 | 20051031 | Non-Career | Temp/Term | Excepted/Limited | 08 | 0570 | 07 | FINANCIAL INSTITUTION SPECIALIST (ASSI | Corporate University | 37870 | 36351 |
| 66411 | 19821203 | A Under 40 | 20051031 | Non-Career | Temp/Term | Excepted/Limited | 08 | 0570 | 07 | FINANCIAL INSTITUTION SPECIALIST (ASSI | Corporate University | 37870 | 36351 |
| 66516 | 19830111 | A Under 40 | 20051031 | Non-Career | Temp/Term | Excepted/Limited | 08 | 0570 | 07 | FINANCIAL INSTITUTION SPECIALIST (ASSI | Corporate University | 37870 | 36351 |
| 66445 | 19830410 | A Under 40 | 20050919 | Non-Career | Temp/Term | Excepted/Limited | 08 | 0570 | 07 | FINANCIAL INSTITUTION SPECIALIST (ASSI | Corporate University | 40626 | 36351 |
| 66407 | 19830716 | A Under 40 | 20051212 | Non-Career | Temp/Term | Excepted/Limited | 08 | 0570 | 07 | FINANCIAL INSTITUTION SPECIALIST (ASSI | Corporate University | 41415 | 36351 |