# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____

|  |  |  |
|---|---|---|
| **BARBARA ALIOTTA, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:05-cv-02325-RMU** |
| | ) | |
| **SHEILA C. BAIR,** | ) | |
| **Chairman,** | ) | |
| **Federal Deposit Insurance Corporation,** | ) | |
| | ) | |
| **Defendant.** | ) | |

_____)

## JOINT MOTION TO EXTEND TIME
## FOR FILING REPLY BRIEFS

The parties jointly file this motion to extend the date by which to submit reply briefs pursuant to U.S. Dist. Ct. LCvR 7(d), and in support of this Joint Motion state the following:

Pursuant to this Court's Order dated November 21, 2007, the parties filed cross-motions for summary judgment as to liability on February 25, 2008 (docketed as ECF Docs. 43 and 44). Defendant Agency filed its opposition to Plaintiffs' motion for summary judgment on March 7, 2008 (ECF Doc. 46), and Plaintiffs' filed their opposition to Defendant's motion on March 10, 2008 (ECF Doc. 47). In accordance with the provisions of the Federal Rules of Civil Procedure and this Court's Local Rules, Plaintiffs' reply brief is currently due on March 17, 2008, and Defendant's reply brief is due on March 20, 2008.

In consideration of counsel's schedules, as well as the complexity of the matter, which is a class action involving a federal reduction-in-force, the parties jointly request a one-week extension of the due dates for filing their respective reply briefs, so that Plaintiffs' reply brief will be due on March 24, 2008, and Defendant's reply brief will be due on March 27, 2008.

A proposed order is attached.


Respectfully submitted,


/s/ David L. Rose                              /s/ William S. Jones
_____    _____
David L. Rose                                  William S. Jones
D.C. Bar No. 376379                            Georgia Bar No. 404288
Rose & Rose, P.C.                              Counsel, Legal Division
1320 19th Street, N.W.                         Federal Deposit Insurance Corporation
Suite 601                                      3501 N. Fairfax Drive (VS-E6006)
Washington, D.C. 20036                         Arlington, VA 22226
(202) 331-8555                                 (703) 562-2362
(202) 331-0996 (Fax)                           (703) 562-2482 (Fax)

Attorney for Plaintiff                         Attorney for Defendant


Dated: March 13, 2008