## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                        )
**BARBARA ALIOTTA, et al.,**            )
                                        )
    **Plaintiffs,**  )
                                        )
    **v.**            )     **Case No. 1:05-cv-02325-RMU**
                                        )
**SHEILA C. BAIR,**                     )
**Chairman,**                           )
**Federal Deposit Insurance Corporation,** )
                                        )
    **Defendant.**     )
_____)

## <u>ORDER</u>

UPON CONSIDERATION of the parties' Joint Motion to Extend Time for Filing Reply Briefs, it is this _____ day of March, 2008,

ORDERED that the joint motion is granted, and it is further

ORDERED that Plaintiffs' reply brief will be due on March 24, 2008, and Defendant's reply brief will be due on March 27, 2008.

SO ORDERED.

                                  _____

                                  United States District Judge

Copies to:

David L. Rose, Esq.
Rose & Rose, P.C.
1320 19th Street, N.W.
Suite 601
Washington, DC 20036

Attorney for Plaintiffs


William S. Jones
Counsel, Legal Division
Federal Deposit Insurance Corporation
3501 N. Fairfax Drive (VS-E6006)
Arlington, Virginia 22226

Attorney for Defendant