



*Mission Achievement Award*

*Presented to:*

Barbara Aliotta

IN RECOGNITION OF YOUR CONTRIBUTIONS IN SUPPORT OF THE MISSION, GOALS, AND VALUES OF THE FEDERAL DEPOSIT INSURANCE CORPORATION

FDIC

*Citation for:*
Diligent efforts in processing 1,300 General Trade Creditor Claims resulting form the Superior Receivership.

*Mitchell L. Thoma*
*Signature*
*September 5, 2002*
*Date*

 FEDERAL DEPOSIT INSURANCE CORPORATION, Washington DC 20429

DONALD E. POWELL
CHAIRMAN

Ms. Barbara Aliotta
Federal Deposit Insurance Corporation
Division of Resolutions and Receiverships
1910 Pacific Avenue
Dallas, Texas 75201

Dear Ms. Aliotta:

    Congratulations on the Mission Achievement Award, which has been approved for you under the Rewards and Recognition Program.

    You are an important part of the FDIC team. Thank you for your significant contributions. Your efforts contribute to the excellent reputation that the Corporation enjoys.

Sincerely,

Donald E. Powell

0252



# Federal Deposit Insurance Corporation

## SPECIAL COMMENDATION AWARD

This Certificate is awarded in recognition of your exceptional efforts on behalf of the FDIC during a period of extraordinary demands on the Corporation.

**BARBARA ALIOTTA**

_____
August 1989
*Date*

_____
*Director*
*Division of Liquidation*

0254

**FDIC**
**Federal Deposit Insurance Corporation**
Washington DC 20429

Office of the Director
Division of Depositor and Asset Services

January 1996

Ms. Barbara Aliotta
FDIC Southeast Service Center
1201 W. Peachtree Street, N.E.
Atlanta, GA 30309-3415

Dear Ms. Aliotta:

You have been recommended for an incentive award to recognize special efforts and contributions you have made to the work of the Division of Depositor and Asset Services. I wish to express my personal appreciation for your work efforts and to inform you that a Special Act award in the amount of $1,400.00 is being processed for you. A certificate to commemorate the award is enclosed and the check will be delivered to your payroll address of record.

The dedication, positive attitude and work performance that this award recognizes is greatly appreciated. I congratulate you for this well deserved recognition.

Sincerely,

John F. Bovenzi
Director

Enclosure

0255

 FEDERAL DEPOSIT INSURANCE CORPORATION, Washington DC 20429

DONNA TANOUE
CHAIRMAN

Ms. Barbara Aliotta
2175 Crestlake Drive
Rockwall, Texas 75087

Dear Ms. Aliotta:

    Congratulations on the Special Achievement Award, which has been approved for you under the Rewards and Recognition Program.

    You are an important part of the FDIC team. Thank you for your significant contributions. Your efforts contribute to the excellent reputation that the Corporation enjoys.

                              Sincerely,

                              Donna Tanoue

0258

# Federal Deposit Insurance Corporation

# Special Act
or SERVICE

In Recognition of Your
Outstanding Achievement
This Certificate is Awarded to

## Barbara Aliotta

*Mitchell L. Glassman* 1/28/2000
Signature **Mitchell L. Glassman, Director**    Date

0259

Federal Deposit Insurance Corporation



## Special Act or Service

In Recognition of Your
Outstanding Achievement
This Certificate is Awarded to



**Barbara Aliotta**

*Mitchell L. Glassman*  6/1/2000
Signature  **Mitchell L. Glassman, Director**  Date





Barb Aliotta

Your leadership role in
coordinating the
Thanksgiving lunch for
the Claims Department.



11-25-04

FDIC 2420/26 (11/03)

0262



STAR ★★★★ Award

Presented to:

**Barbara Aliotta**

Citation for

Participating on a team established to draft, edit and publish the new text comprising Volume II of the Claims Manual.

Signature
December 1, 2004
Date

CONGRATULATIONS!

SPECIAL THANKS

AND RECOGNITION

FOR YOUR

CONTRIBUTION

AND SERVICE

TO THE

FEDERAL DEPOSIT

INSURANCE CORPORATION

FDIC