# Barbara A. Aliotta

**Profile**

Over 20 years of banking and regulatory experience, with over 10 years of management experience. Very strong analytical and research skills. Experienced in customer service, bank operations, bookkeeping, teller operations, proof, computer processing of transactions, cash letters, NSF's, stop payments, owned real estate, receivership claims, accounts payable, litigation, and investigations. Enthusiastic team player with strong organizational and problem solving skills.

## Professional Experience

Federal Deposit Insurance Corporation (FDIC)

**Claims Department**
- Worked as a Claim Agent in Charge and as a team member on many bank failures. I was responsible for the timely resolution of all unsecured creditors for a $3.8 billion failed institution.
- While assigned to a failed institution I was responsible for insuring all the work was processed, deposit liabilities balanced, deposit insurance determinations completed, and the deposit insurance checks prepared within 48 hours following the bank failure.
- Analyzed and processed documentation to make insurance determinations of claims filed against Receiverships.
- Worked with the Legal Division in repudiating and disaffirming contracts and leases.
- Main contributor on several committees to streamline procedures, utilize technology, and recommend enhancements to current federal regulations and division policies.
- Updated and prepared new procedures and enhanced department manuals.

**Owned Real Estate (REO)**
- Managed a portfolio of owned real estate consisting of 120 to 150 commercial, single family home, and vacant land properties. Some of the properties were environmentally impacted. The properties that had environmental concerns were eventually cleaned up and sold.
- Responsible for locating the inventory, inspecting the property, determining the condition and repairing pertinent deficiencies.
- Placed insurance on all properties, paid all taxes, made sure all necessary title work was completed, ordered and reviewed appraisals as determined by the Division's Policies and Procedures.
- Monitored contracted services to ensure that productivity was maximized and expenses were kept to a minimum.
- Reviewed and evaluated legal documents, such as promissory notes, security agreements, discharges of indebtedness, and sales agreements to assure proper disposition of the owned property.
- Monitored the payment records of leased properties, and initiated collection actions in order to minimize delinquencies. At times some of the occupants had to be evicted.
- Wrote annual budgets and performed my responsibilities within the allowed budget.

**Investigations Specialist**
- Researched loan proceeds and prepared case write-ups to support Bond Claims, Director and Officer Liability Claims, Accountants Liability, and other professional liability claims.

0495

- Wrote business cases to support dishonest acts and negligence of the Directors and Officers of failed institutions.
- Monitored the progression of the professional liability claims, in coordination with the in-house and outside attorneys.
- Attended numerous financial institution closings to secure and analyze documents critical to the investigation.
- Interviewed bank officers and employees of failed institutions.
- Assisted in coordinating the investigation with the FBI and other federal agencies.
- Supervised a staff of 19 employees.
- Wrote and implemented research and subpoena procedures that complied with established policy.
- Established a user friendly filing and records retrieval system.
- Supervised and participated in the compliance of subpoenas, IRS Summons, Congressionals, and document productions.
- Testified as custodian of records on numerous occasions.
- Transitioned the Investigations Unit of the Resolution Trust Corporation (RTC) back to the FDIC in 1993.

**Credit Specialist/Asset Marketing Specialist**
- Worked a loan portfolio consisting of approximately 1200 installment loans. Was responsible for the disposition of the loan whether through compromise, settlement, payoff or asset sale. Worked directly with the debtors.
- Reviewed FDIC loan databases and grouped similar loans as a package and bulk sold the package to the highest bidder while ensuring the corporate reserve.
- Assisted the buyer in their due diligence.

**Experience Prior to FDIC**
- Over sixteen years of banking operations experience.
- Assistant Manager of a processing center for a multi-bank group in the Chicago area. Supervised a staff of approximately 45 people and two shifts. Was responsible for the daily item processing, stop payments, NSF checks, clearing, proof operations, statement department, ATM's, and transportation.
- Worked as a computer operator, data entry clerk, proof operator, bookkeeper, and teller.

**Education**
College of Lake County, Grayslake, IL
Maine West High School, Des Plaines, IL
Numerous company sponsored development workshops and correspondence courses.

**Accomplishments and Awards:**
- Awarded the Corporate Success Award for 2004. This award is given to 1/3 of the employees of the FDIC.
- Star Award for my contribution to the re-write of a Regulation Manual.
- Special Achievement Awards for my performance on bank closings, creditor claims and special projects.
- One of 50 applicants chosen from an applicant base of 1500 to participate in the Bank Liquidation Specialist (BLS) Program. The BLS program was a four year apprentice program that provided training in all areas of FDIC. Upon completion of the program I was able to function in all areas of the Division, including bank closings.

0496

PROPOSED REVISION

ORLANDO CONSOLIDATED OFFICE

## BANK LIQUIDATION SPECIALIST TRAINEE
## TRAINING PROGRAM ROTATION

| NAME OF TRAINEE<br>Barbara Aliotta | S.S. NUMBER | | DUTY STATION<br>Orlando, Florida | | EOD<br>6/18/90* |
|---|---|---|---|---|---|
| DEPARTMENT | RECOMMENDED TRAINING PERIOD | DATE SCHEDULED FOR TRANSFER | DATE TRANSFERRED TO DEPT. | DATE TRANSFERRED OUT OF DEPT. | DATE EVALUATION COMPLETED |
| **CREDIT** | | | | | |
| Loans | 3 months | January 2, 1991 | 1-2-91 | 3-31-91 | 3-29-91 |
| ORE | 3 months | April 1, 1991 | 4-1-91 | 6-30-91 | 6-30-91 |
| Asset Marketing | 3 months | July 1, 1991 | 7-1-91 | 9-30-91 | 10- -91 |
| **CLOSED BANK ADMINISTRATION (6 months)** | | | | | |
| Bank Closings/Settlements | 5 months | June 18, 1990 | 6-18-90 | 1-2-91 | 12-20-90 |
| Claims & Terminations | 2 months | May 4, 1992 | 5-4-92 | 6-30-92 | |
| **OPERATIONS** | | | | | |
| Administration | 3 weeks | April 1, 1992 | 4-1-92 | 4-26-92 | |
| ASU/Conversion/ISU | 1 month | March 1, 1992 | 3-1-92 | 3-31-92 | |
| Training | 1 week | April 27, 1992 | 4-27-92 | 5-1-92 | |
| Internal Review | 2 months | January 2, 1992 | 1-2-92 | 2-28-92 | |
| **OTHER/SPECIAL ASSIGNMENTS** | | | | | |
| Return to Credit | 3 months | July 1, 1992 | 7-1-92 | | |
| Litigation Review | 3 months | October 7, 1991 | 10-7-91 | 12-31-92 | |

*Formerly LG since 6/86.

0062

ORLANDO CONSOLIDATED OFFICE

## BANK LIQUIDATION SPECIALIST TRAINEE
## TRAINING PROGRAM ROTATION

| NAME OF TRAINEE<br>Barbara Allotta | S.S. NUMBER | | DUTY STATION<br>Orlando, Florida | | EOD<br>6/18/90* |
|---|---|---|---|---|---|
| DEPARTMENT | RECOMMENDED TRAINING PERIOD | DATE SCHEDULED FOR TRANSFER | DATE TRANSFERRED TO DEPT. | DATE TRANSFERRED OUT OF DEPT. | DATE EVALUATION COMPLETED |
| **CREDIT** | | | | | |
| Loans | 3 months | January 2, 1991 | January 2, 1991 | March 31, 1991 | 3/29/91 |
| ORE | 3 months | April 1, 1991 | April 1, 1991 | June 30, 1991 | 6/30/91 |
| Asset Marketing | 3 months | July 1, 1991 | July 1, 1991 | Sept. 30, 1991 | |
| **CLOSED BANK ADMINISTRATION (6 months)** | | | | | |
| Bank Closings/Settlements | 3 months | June 18, 1990 | June 18, 1990 | January 2, 1991 | 12/20/90 |
| Claims & Terminations | 3 months | October 1, 1991 | October 1, 1991 | | |
| **OPERATIONS** | | | | | |
| Administration | 3 weeks | May 1, 1992 | | | |
| ASU/Conversion/ISU | 1 month | April 1, 1992 | | | |
| Investigations | 3 months | January 2, 1992 | | | |
| Training | 1 week | May 25, 1992 | | | |
| Internal Review | 2 months | June 1, 1992 | | | |
| OTHER/SPECIAL ASSIGNMENTS | | | | | |

*Formerly LG since 6/86.

0063

| TWC use only: | Verifier ID: ____  V-Date: ____  Outcome: ___A  ___U#  ___UO  RD: ____  WSV BWE: ____ |
|---|---|

# Texas Workforce Commission
## Work Search Log

**Name:** BARBARA ALIOTTA
**Social Security #:** _____

Unemployment Insurance (UI) rules require that you actively search for work, making at least your minimum number of required contacts every week. After receiving eight weeks of benefits, the Texas Workforce Commission (TWC) requires you to reduce your salary demands and expand your job search. All information you give to TWC must be true and accurate. You must repay benefits if you fail to make your assigned minimum number of work search contacts in any week. Intentional false statements about work search contacts are fraud and can result in loss of benefits and criminal prosecution.

TWC reserves the right to verify your contacts. You may be asked to produce your work search contact records any time during your benefit year. Document your contacts by including specific details, **especially telephone numbers with area codes whenever available.** Every contact must include the date, details that document the type of contact and complete supporting information, such as telephone numbers. (See *Guidelines for a Productive Work Search* for examples of acceptable contacts.) Keep the log current. Make as many copies as you need, or print copies at www.twc.state.tx.us/ui/bnfts/worksearchlog.html.

| Date (MM/DD/YY) | Employer/Agency/Service/Event Name, Phone Number with Area Code, and Address (street or mailing, e-mail, and/or Web) | How Contacted? | Person Contacted (full name) | Type of Work Sought | Results? | Application or Résumé filed? |
|---|---|---|---|---|---|---|
| 9/10/05 | LIBERTY MUTUAL DALLAS, TX | phone, X Web | | PROPERTY CLAIMS REP 17966R | X Not hiring, Pending, Hired | X Yes, No |
| 9/10/05 | CIGNA SHERMAN, TX | phone, X Web | | CLAIMS SPECIALIST | X Not hiring, Pending, Hired | X Yes, No |
| 9/11/05 | ROCKWALL COUNTY 101 E. RUSK, SUITE 201 ROCKWALL, TX 75087 | X in person | SHEREE L JONES (DID NOT GO FOR INTERVIEW- ONLY PAYS 23,000 YEAR) | ELECTION ADMINISTRATOR II-III | Not hiring, X Pending, Hired | No X Yes |
| 9/14/05 | STATE OF TX WORKINTEXAS | phone, X Web | | FINANCIAL EXAMINER II-III | X Not hiring, Pending, Hired | X Yes, No |
| 9/14/05 | TRIAD WEB | phone, X Web | Rhonda Spaniel | Acct. Assoc | X Not hiring, Pending, Hired | Yes, No |
| 9/14/05 | TEXAS WISDOM TEETH DALLAS, TX | X in person | Dean Bathrup | Insurance | X Not hiring, Pending, Hired | X Yes, No |

An individual may receive and review information that TWC collects regarding that individual by sending an e-mail to open.records@twc.state.tx.us or writing to TWC Open Records Unit, 101 E. 15th St, Room 264, Austin TX 78778-0001.

**Keep this form for your records.** Send a copy to TWC **only if requested**, using the address or fax number we give you.

BN-900 (0505)

0325

| TWC use only: | Verifier ID: _____ | V-Date: _____ | Outcome: ___A ___U# ___UO | RD: _____ | WSV BWE: _____ |

**Rockwall County**

Shereé L. Jones, CIO
County Treasurer

101 East Rusk St., Suite 201 • Rockwall, Texas 75087
Telephone 972.882.0290 • Fax 972.882.0293
sjones@rockwallcountytexas.com

**TEXAS WISDOM TEETH ASSOCIATES**

Robert A. Weinstein, D.D.S., M.S., P.C.
ORAL AND MAXILLOFACIAL SURGERY

14855 Preston Road, Suite 104
Dallas, Texas 75240
Tel 972-960-1111   Fax 972-960-1110

Pager 800-208-8382
rweinstein@texaswisdom.com
www.texaswisdom.com

**Fuerza Laboral de Texas**
**Búsqueda de Trabajo**

Cada contacto deberá de incluir la fecha, detalles que digan cuál fue el tipo de contacto e información de apoyo completa, incluyendo... [illegible] mo que se requiere de contactos cada semana. ...us exigencias salariales y amplíe su búsqueda de ...mero mínimo de contactos de búsqueda de trabajo ...jo son fraude y podrían resultar en la pérdida de ...ctos de búsqueda de trabajo en cualquier momento ...con códigos de área cuando estén disponibles. (Vea Guías para una Búsqueda de Trabajo Productiva para ejemplos de contactos aceptables.) Mantenga su registro al corriente. Haga cuantas copias necesite, ó imprima copias en www.twc.state.tx.us/ui/bnfts/worksearchlog.html.

| Fecha (mes-día-año) | Patrón/Agencia/Servicio/Evento Nombre, Número de Teléfono con código de área y dirección (calle ó correo, correo electrónico y/o Web) | ¿Cómo hizo el contacto? | ¿A quién contactó? (nombre completo) | ¿Tipo de Trabajo Buscado? | ¿Resultado? | ¿Presentó una solicitud o un curriculum? |
|---|---|---|---|---|---|---|
| 9/24/05 | LEGACY BANK DALLAS, TX | ___ personalmente <br> ___ por Teléfono, ___ fax <br> ___ por correo, X Web <br> ___ correo electrónico | FRAUD INVESTIGATOR FROM WORKINTX | WEBSITE WENT TO HUMAN RESOURCES | X No ocupan <br> ___ Pendiente <br> ___ Ocupado/a | X Sí <br> ___ No |
| 9/14/05 | TRI CENTURION KUSTOMS@TMAILBAZEL.COM | ___ personalmente <br> ___ por Teléfono, ___ fax <br> ___ por correo, X Web <br> ___ correo electrónico | FRAUD INVESTIGATOR (WORK IN TX) | WEBSITE EMAIL TO KRITTEL WILL LIST | X No ocupan <br> ___ Pendiente <br> ___ Ocupado/a | X Sí <br> ___ No |
| 9/14/05 | LAWRENCE COMPANY | ___ personalmente <br> ___ por Teléfono, ___ fax <br> ___ por correo, ___ Web <br> ___ correo electrónico | ENTRY LEVEL OIL GAS ACCT. | WORK IN TX REVEAL MORLES yes@spicknet[illegible].com | ___ No ocupan <br> X Pendiente <br> ___ Ocupado/a | X Sí <br> ___ No |
| 9/16/05 | CENTURY BANK CAME BACK NOT QUALIFIED | ___ personalmente <br> ___ por Teléfono, ___ fax <br> ___ por correo, X Web <br> ___ correo electrónico | | | ___ No ocupan <br> ___ Pendiente <br> ___ Ocupado/a | ___ Sí <br> ___ No |
| 9/24/05 | UNKNOWN COMPANY | ___ personalmente <br> ___ por Teléfono, ___ fax <br> ___ por correo, X Web <br> ___ correo electrónico | | | ___ No ocupan <br> ___ Pendiente <br> ___ Ocupado/a | ___ Sí <br> ___ No |
| / / | | ___ personalmente <br> ___ por Teléfono, ___ fax <br> ___ por correo, ___ Web <br> ___ correo electrónico | | | ___ No ocupan <br> ___ Pendiente <br> ___ Ocupado/a | ___ Sí <br> ___ No |

Un individuo puede recibir y revisar la información que recaba la TWC sobre ese individuo, enviando un correo electrónico a open.records@twc.state.tx.us o escribiéndonos a la TWC Open Records Unit, 101 E. 15th St, Room 264, Austin TX 78778-0001.

**Guarde este formulario con sus documentos. Envíe una copia a la TWC sólo si se le pide, usando la dirección o número de fax que le demos.**

BN-900 (0505)

0326

| TWC use only: | Verifier ID: ___ | V-Date: ___ | Outcome: ___ A ___ U# ___ UO ___ RD: ___ | WSV BWE: ___ |

# The Texas Workforce Commission
## Work Search Log

Name: _____

Social Security #: _____-___-_____

Unemployment Insurance (UI) rules require that you actively search for work, making at least your minimum number of required contacts every week. After receiving eight weeks of benefits, the Texas Workforce Commission (TWC) requires you to reduce your salary demands and expand your job search. All information you give to TWC must be true and accurate. You must repay benefits if you fail to make your assigned minimum number of work search contacts in any week. Intentional false statements about work search contacts could be fraud and can result in loss of benefits and criminal prosecution.

TWC reserves the right to verify your contacts. You may be asked to produce your work search contact records any time during your benefit year. Document your contacts by including specific details, **especially telephone numbers with area codes whenever available**. Every contact must include the date, details that document the type of contact and complete supporting information, such as telephone numbers. (See *Guidelines for a Productive Work Search* for examples of acceptable contacts.) Keep the log current. Make as many copies as you need, or print copies at www.twc.state.tx.us/ui/bnfts/worksearchlog.html.

| Date (MM/DD/YY) | Employer/Agency/Service/Event Name, Phone Number with Area Code, and Address (street or mailing, e-mail, and/or Web) | How Contacted? | Person Contacted (full name) | Type of Work Sought | Results? | Application or Résumé filed? |
|---|---|---|---|---|---|---|
| 12/14/05 | COUNTRYWIDE 7105 CORPORATE DR. PLANO, TX 75024 | ☒ in person ☒ phone, ___ fax ___ mail, ☒ Web ☒ e-mail | ALEXIS SHULPAK (972)526-4949 | MARKETING ASSISTANT | ___ Not hiring ☒ Pending ___ Hired (circled) HIRED | ☒ Yes ___ No |
| 12/14/05 | COUNTRYWIDE 7105 CORPORATE DR. PLANO TX 75024 | ___ in person ___ phone, ___ fax ___ mail, ☒ Web ___ e-mail | WEB | [illegible] | ___ Not hiring ☒ Pending ___ Hired | ☒ Yes ___ No |
| 12/14/05 [struck] | [illegible] | ___ in person ___ phone, ___ fax ___ mail, ___ Web ___ e-mail | | [illegible] | ___ Not hiring ☒ Pending ___ Hired | ☒ Yes ___ No |
| 12/14/05 | COMMUNITY CR. UNION | ___ in person ___ phone, ___ fax ___ mail, ☒ Web ___ e-mail | WEB | OPERATIONS SUPERVISOR | ___ Not hiring ☒ Pending ___ Hired | ☒ Yes ___ No |
| 12/14/05 | COMMUNITY CR. UNION | ___ in person ___ phone, ___ fax ___ mail, ☒ Web ___ e-mail | WEB | BRANCH MANAGER | ___ Not hiring ☒ Pending ___ Hired | ☒ Yes ___ No |
| / / | | ___ in person ___ phone, ___ fax ___ mail, ___ Web ___ e-mail | | | ___ Not hiring ___ Pending ___ Hired | ___ Yes ___ No |

An individual may receive and review information that TWC collects regarding that individual by sending an e-mail to open.records@twc.state.tx.us or writing to TWC Open Records Unit, 101 E. 15th St, Room 264, Austin TX 78778-0001.

**Keep this form for your records. Send a copy to TWC only if requested, using the address or fax number we give you.**

BN-900 (0805)

0387

| TWC use only: | Verifier ID: ___ | V-Date: ___ | Outcome: ___ A ___ U# ___ UO ___ RD: ___ | WSV BWE: ___ |

HEE IS ABERT

## La Comisión de la Fuerza Laboral de Texas
## Registro de Búsqueda de Trabajo

**Nombre:** _____

**No. de Seguro Social:** ___ - ___ - ___

Las reglas de Seguro de Desempleo (UI) dictan que busque trabajo activamente, haciendo cuando menos el número mínimo que se requiere de contactos cada semana. Después de recibir ocho semanas de beneficios, la Comisión de la Fuerza Laboral de Tejas (TWC) requiere que reduzca sus exigencias salariales y amplíe su búsqueda de trabajo. Toda la información que le dé a la TWC debe de ser cierta y exacta. Deberá de reembolsar beneficios si no hace el número mínimo de contactos de búsqueda de trabajo que se le asignaron en cualquier semana. Declaraciones falsas intencionales acerca de contactos de búsqueda de trabajo podrían resultar en la pérdida de beneficios y el ser procesado criminalmente.

La TWC se reserva el derecho a verificar sus contactos. Se le podría pedir que presente su información acerca de sus contactos de búsqueda de trabajo en cualquier momento durante el año de beneficios. Documente sus contactos, incluyendo detalles específicos especialmente números de teléfono con códigos de área cuando estén disponibles. Cada contacto deberá de incluir la fecha, detalles que digan cuál fue el tipo de contacto e información de apoyo completa, tal como números de teléfono. (Vea *Guías para una Búsqueda de Trabajo Productiva* para ejemplos de contactos aceptables.) Mantenga su registro al corriente. Haga cuantas copias necesite, ó imprima copias en www.twc.state.tx.us/ui/bnfts/worksearchlog.html.

| Fecha (mes-día-año) | Patrón/Agencia/Servicio/Evento Nombre, Número de Teléfono con código de área y dirección (calle o correo electrónico y/o Web) | ¿Cómo hizo el contacto? | ¿A quién contactó? (nombre completo) | ¿Tipo de Trabajo Buscado? | ¿Resultado? | ¿Presentó una solicitud o un currículum? |
|---|---|---|---|---|---|---|
| 12/21/05 | TENET FRISCO, TX | ___ personalmente<br>___ por Teléfono, ___ fax<br>___ por correo, X Web<br>___ correo electrónico | WEB SENT APP + RESUME | MEDICAID BILLING REP | ___ No ocupan<br>X Pendiente<br>___ Ocupado/a | X Sí<br>___ No |
| 12/21/05 | FOSSIL INC RICHARDSON, TX | ___ personalmente<br>___ por Teléfono, ___ fax<br>___ por correo, X Web<br>___ correo electrónico | WEB SENT APP + RESUME | LOSS PREVENTION INVESTIGATOR | ___ No ocupan<br>X Pendiente<br>___ Ocupado/a | X Sí<br>___ No |
| 12/21/05 | RIGHT STAFF WENDY HIST (814) 953-0900 | ___ personalmente<br>X por Teléfono, ___ fax<br>___ por correo, ___ Web<br>___ correo electrónico | WENDY HIST | REO | ___ No ocupan<br>X Pendiente<br>___ Ocupado/a | X Sí<br>___ No |
| / / | | ___ personalmente<br>___ por Teléfono, ___ fax<br>___ por correo, ___ Web<br>___ correo electrónico | | | ___ No ocupan<br>___ Pendiente<br>___ Ocupado/a | ___ Sí<br>___ No |
| / / | | ___ personalmente<br>___ por Teléfono, ___ fax<br>___ por correo, ___ Web<br>___ correo electrónico | | | ___ No ocupan<br>___ Pendiente<br>___ Ocupado/a | ___ Sí<br>___ No |
| / / | | ___ personalmente<br>___ por Teléfono, ___ fax<br>___ por correo, ___ Web<br>___ correo electrónico | | | ___ No ocupan<br>___ Pendiente<br>___ Ocupado/a | ___ Sí<br>___ No |

Un individuo puede recibir y revisar la información que recaba la TWC sobre ese individuo, enviándonos un correo electrónico a open.records@twc.state.tx.us o escribiéndonos a la TWC Open Records Unit, 101 E. 15th St, Room 264, Austin TX 78778-0001.

**Guarde este formulario con sus documentos. Envíe una copia a la TWC sólo si se le pide, usando la dirección o número de fax que le demos.**

BN-900 (0805)

0388