LA MARGO BROWN

**OBJECTIVE:** To secure a position where my multitasked and detail orientated administrative and clerical skills will be an asset to an employer.

**SUMMARY OF QUALIFICATIONS:** Thirty years of comprehensive administrative, clerical experience as well as and customer service and sales experience.

**JOB RELATED SKILLS:** Microsoft Windows 2000/XP, (Word, Excel, Outlook, Access, PowerPoint), Data Entry, Cash Handling, Alpha and Numeric Filing, Customer Service skills, Call Center skills, Consistently commended for outstanding customer service skills and telephone skills

**WORK EXPERIENCE:**

October 2005 to present (part time) Macy's, Garland, Texas

Sales Associate
- Provide customer service to customers shopping at Macys
- Operate Cash Register
- Recovery and stock

November 2005 – present   Trailblazers Healthcare Enterprises

Data Entry Clerk- Production
- Input 250+ medical records into computer system for payment for Medicare
- Filing medical records
- Open 200+ incoming medical records and sort for preparation

April 1985- May 2005   FDIC (Federal Deposit Insurance Corporation)
                       Francisco, CA - Atlanta, GA - Dallas, TX
Secretary
- Provide administrative support to Corporate Asset Manager
- Maintain confidential files of failed banking institutions
- Schedule and coordinate Credit Review Committee weekly meetings
- Prepare Credit Review Committee Agenda
- Transcribe minutes of Credit Review Committee Meeting
- Maintain conference room schedule
- Maintain Corporate Manager calendar
- Make hotel and travel arrangements for 5 managers
- Process travel vouchers
- Research and compile data for special reports
- Compose letters, memorandums, and other type of correspondence
- Process and audit employee time and attendance reports for accuracy
- Inventory and order office supplies
- Maintain filing systems and prepare a variety of reports using various software programs
- Notarize legal and personal documents
- Receive and distribute incoming mail and prepare out going Express mail
- Travel nationwide to assist with Bank Closings

1

0894

- Assist with special projects and routine administrative and miscellaneous clerical work
- Maintain office equipment repair logs
- Train back up staff on mail system and time and attendance maintenance

**Training Assistant**
- Process vendor invoices for payment
- Coordinate in house training classes
- Order and assemble training materials for training classes
- Set up training rooms with audio visual equipment for in-house training classes
- Prepare training reports, i.e., monthly, quarterly, and year end
- Maintain and update employees training records in a training database
- Monitor instructor files
- Assist training administrator in planning management conferences and meetings
- Made travel arrangements for 100 employees

## OTHER WORK EXPERIENCE

**9/2004 – 10/2004  Federal Emergency Management Agency (FEMA) Dallas, TX**
**FEMA Intake Coordinator**

- Answered 75+ calls a day in FEMA call center during the 2004 Florida Flood/Hurricanes and referred victims to agencies where they could obtain assistance.

**1996 – Present (Seasonal) H & R Block**               **Atlanta, GA and Dallas, TX**
**Client Services Coordinator**
- Schedule appointments for tax preparation
- Provide customer service to new and former clients
- Verify client's paperwork for completeness
- Match loan applications with check
- File tax return copies
- Collect payments for tax preparation, i.e., checks, credit card, cash
- Transmit returns to the IRS via computer
- Research rejected returns and advise client of reason tax return rejected
- Order office supplies
- Close out and balance end of day receipts
- Make Bank Deposit

**1998 – 2001      Sears, Inc,**                              **Dallas, TX**
**Sales Associate**
- Assisted customers with purchases
- Processed return merchandise
- Organized clothing display
- Balanced Cash Register

**Achievements/Accomplishments:**
- Graduated 2003 USDA Aspiring Leader Program
- Graduated FDIC 2003 Mentoring Program
- California, Georgia and Texas Commissioned Notary Public
- Selected to attend BIG (Blacks in Government) Conference 2004 in Washington, DC
- Organized Federal Campaign 2003
- Member of Toastmasters International District 50, Dallas, Texas

**Education:**  San Francisco City College, San Francisco, CA
Secretarial Training (123.5 hours)

0895