# FDIC

## DRR PERMANENT EMPLOYEES -- AGE 50-UP
## WITH RIF-RELATED SEPARATIONS IN APRIL-MAY 2005

| N | EMPLAID | BirthDate | Age Sept30 | Hire Date | Effective Date | Nature of Action | Apptmt Code | Pay Plan | Series | Grade | Position Title | Div | Adjusted salary | Base Salary |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 6414 | 19310103 | C 50-up | 19891218 | 20050514 | 302 | 01 | CG | 0303 | 07 | RESOLUTIONS AND RECEIVERSHIPS TECH | DRR | 54127 | 49567 |
| 2 | 11671 | 19310717 | C 50-up | 19891218 | 20050514 | 302 | 01 | CG | 0303 | 07 | RESOLUTIONS AND RECEIVERSHIPS TECH | DRR | 48736 | 44630 |
| 3 | 9274 | 19320203 | C 50-up | 19861222 | 20050514 | 302 | 01 | CG | 0303 | 07 | RESOLUTIONS AND RECEIVERSHIPS TECH | DRR | 53793 | 49261 |
| 4 | 9059 | 19370223 | C 50-up | 19831017 | 20050430 | 302 | 01 | CG | 1101 | 13 | RESOLUTIONS & RECEIVERSHIPS SPECIALIST | DRR | 107683 | 98611 |
| 5 | 10998 | 19370303 | C 50-up | 19860811 | 20050514 | 302 | 01 | CG | 1101 | 12 | RESOLUTIONS & RECEIVERSHIPS SPECIALIST | DRR | 92301 | 84525 |
| 6 | 12082 | 19370411 | C 50-up | 19930111 | 20050514 | 302 | 01 | CG | 2210 | 12 | IT Specialist (Data Mgmt) | DRR | 74614 | 68328 |
| 7 | 8456 | 19370907 | C 50-up | 19870105 | 20050514 | 302 | 01 | CG | 1101 | 12 | RESOLUTIONS & RECEIVERSHIPS SPECIALIST | DRR | 91313 | 83620 |
| 8 | 9755 | 19380222 | C 50-up | 19891218 | 20050514 | 302 | 01 | CG | 1101 | 12 | RESOLUTIONS & RECEIVERSHIPS SPECIALIST | DRR | 90921 | 83261 |
| 9 | 11640 | 19380507 | C 50-up | 19860915 | 20050514 | 302 | 01 | CG | 1101 | 12 | RESOLUTIONS & RECEIVERSHIPS SPECIALIST | DRR | 102134 | 93529 |
| 10 | 6268 | 19380630 | C 50-up | 19810314 | 20050429 | 302 | 01 | CG | 0501 | 12 | Assessment Auditor | DRR | 87527 | 80153 |
| 11 | 6795 | 19380717 | C 50-up | 19831114 | 20050514 | 302 | 01 | CG | 1101 | 12 | RESOLUTIONS & RECEIVERSHIPS SPECIALIST | DRR | 91776 | 84044 |
| 12 | 9639 | 19380821 | C 50-up | 19851111 | 20050514 | 302 | 01 | CG | 1101 | 13 | RESOLUTIONS & RECEIVERSHIPS SPECIALIST | DRR | 107516 | 98458 |
| 13 | 12312 | 19381221 | C 50-up | 19920127 | 20050514 | 302 | 01 | CG | 0303 | 07 | RESOLUTIONS AND RECEIVERSHIPS TECH | DRR | 49234 | 45086 |
| 14 | 8643 | 19390902 | C 50-up | 19860224 | 20050514 | 302 | 01 | CG | 1101 | 12 | RESOLUTIONS & RECEIVERSHIPS SPECIALIST | DRR | 89069 | 81565 |
| 15 | 8143 | 19400127 | C 50-up | 19850603 | 20050514 | 302 | 01 | CG | 1101 | 12 | RESOLUTIONS & RECEIVERSHIPS SPECIALIST | DRR | 92283 | 84508 |
| 16 | 9389 | 19400328 | C 50-up | 19870119 | 20050514 | 302 | 08 | CG | 1101 | 14 | Resolutions & Receiverships Specialist | DRR | 128678 | 117837 |
| 17 | 13306 | 19400403 | C 50-up | 19900716 | 20050514 | 302 | 01 | CG | 0303 | 08 | RESOLUTIONS & RECEIVERSHIPS TECHNICIAN | DRR | 63760 | 58275 |
| 18 | 8145 | 19400530 | C 50-up | 19870105 | 20050514 | 302 | 01 | CG | 1101 | 12 | RESOLUTIONS & RECEIVERSHIPS SPECIALIST | DRR | 90699 | 83058 |
| 19 | 9333 | 19400608 | C 50-up | 19891218 | 20050514 | 302 | 01 | CG | 0303 | 07 | RESOLUTIONS AND RECEIVERSHIPS TECH | DRR | 54127 | 49567 |
| 20 | 9898 | 19400708 | C 50-up | 19870413 | 20050514 | 302 | 01 | CG | 1101 | 12 | RESOLUTIONS & RECEIVERSHIPS SPECIALIST | DRR | 102134 | 93529 |
| 21 | 8717 | 19400721 | C 50-up | 19840416 | 20050514 | 302 | 01 | CG | 1101 | 12 | RESOLUTIONS & RECEIVERSHIPS SPECIALIST | DRR | 90573 | 82942 |
| 22 | 10361 | 19400727 | C 50-up | 19860706 | 20050514 | 302 | 01 | CG | 0303 | 08 | RESOLUTIONS & RECEIVERSHIPS TECHNICIAN | DRR | 58228 | 53322 |
| 23 | 9951 | 19401005 | C 50-up | 19900225 | 20050514 | 302 | 01 | CG | 0501 | 13 | FINANCIAL MANAGEMENT ANALYST | DRR | 115970 | 106200 |
| 24 | 8821 | 19401107 | C 50-up | 19860616 | 20050514 | 302 | 01 | CG | 0501 | 13 | FINANCIAL MANAGEMENT ANALYST | DRR | 115083 | 105387 |
| 25 | 7139 | 19401121 | C 50-up | 19860512 | 20050514 | 302 | 01 | CG | 1101 | 13 | RESOLUTIONS & RECEIVERSHIPS SPECIALIST | DRR | 115970 | 106200 |
| 26 | 8765 | 19410108 | C 50-up | 19890117 | 20050514 | 302 | 01 | CG | 0303 | 07 | RESOLUTIONS AND RECEIVERSHIPS TECH | DRR | 54127 | 49567 |
| 27 | 11425 | 19410507 | C 50-up | 19831008 | 20050514 | 302 | 01 | CG | 1101 | 13 | RESOLUTIONS & RECEIVERSHIPS SPECIALIST | DRR | 108905 | 99730 |
| 28 | 8646 | 19410509 | C 50-up | 19910422 | 20050514 | 302 | 01 | CG | 0303 | 07 | RESOLUTIONS AND RECEIVERSHIPS TECH | DRR | 53339 | 48845 |
| 29 | 9686 | 19410801 | C 50-up | 19890819 | 20050514 | 302 | 01 | CG | 1101 | 12 | RESOLUTIONS & RECEIVERSHIPS SPECIALIST | DRR | 98316 | 90033 |
| 30 | 8681 | 19411107 | C 50-up | 19880811 | 20050514 | 302 | 01 | CG | 1101 | 12 | RESOLUTIONS & RECEIVERSHIPS SPECIALIST | DRR | 95185 | 87166 |
| 31 | 9399 | 19411130 | C 50-up | 19870202 | 20050430 | 302 | 01 | CG | 1101 | 12 | RESOLUTIONS & RECEIVERSHIPS SPECIALIST | DRR | 100556 | 92084 |
| 32 | 3381 | 19420109 | C 50-up | 19890423 | 20050514 | 302 | 01 | CG | 0301 | 11 | FREEDOM OF INFORMATION ACT SPEC. | DRR | 81170 | 71642 |
| 33 | 3785 | 19420406 | C 50-up | 19800406 | 20050513 | 302 | 01 | CG | 1101 | 13 | RESOLUTIONS & RECEIVERSHIPS SPECIALIST | DRR | 113210 | 99921 |
| 34 | 12344 | 19420831 | C 50-up | 19830822 | 20050514 | 302 | 01 | CG | 0303 | 07 | RESOLUTIONS AND RECEIVERSHIPS TECH | DRR | 54127 | 49567 |
| 35 | 10870 | 19430128 | C 50-up | 19890814 | 20050514 | 302 | 01 | CG | 1101 | 12 | RESOLUTIONS & RECEIVERSHIPS SPECIALIST | DRR | 97442 | 89233 |
| 36 | 8582 | 19430310 | C 50-up | 19860714 | 20050514 | 302 | 01 | CG | 0301 | 14 | Resolutions Information Specialist | DRR | 120772 | 110597 |
| 37 | 9501 | 19430328 | C 50-up | 19860217 | 20050514 | 302 | 01 | CG | 1101 | 13 | RESOLUTIONS & RECEIVERSHIPS SPECIALIST | DRR | 115261 | 105550 |
| 38 | 12053 | 19430414 | C 50-up | 19840515 | 20050514 | 302 | 01 | CG | 1101 | 12 | RESOLUTIONS & RECEIVERSHIPS SPECIALIST | DRR | 102134 | 93529 |
| 39 | 9693 | 19430428 | C 50-up | 19861020 | 20050430 | 302 | 01 | CG | 1101 | 12 | RESOLUTIONS & RECEIVERSHIPS SPECIALIST | DRR | 90342 | 82731 |
| 40 | 11644 | 19430731 | C 50-up | 19890410 | 20050514 | 302 | 01 | CG | 1101 | 14 | Resolutions & Receiverships Specialist | DRR | 126720 | 116044 |
| 41 | 10613 | 19430810 | C 50-up | 19860224 | 20050514 | 302 | 01 | CM | 1101 | 01 | SUPERVISORY RESOLUTIONS & RECEIVERSHIP | DRR | 149604 | 137000 |
| 42 | 9691 | 19430821 | C 50-up | 19890731 | 20050514 | 302 | 01 | CG | 0303 | 07 | RESOLUTIONS AND RECEIVERSHIPS TECH | DRR | 54127 | 49567 |
| 43 | 12315 | 19431028 | C 50-up | 19850513 | 20050514 | 317 | 01 | CG | 0303 | 07 | RESOLUTIONS AND RECEIVERSHIPS TECH | DRR | 51684 | 47330 |
| 44 | 8772 | 19431210 | C 50-up | 19860915 | 20050514 | 302 | 01 | CG | 0303 | 07 | RESOLUTIONS AND RECEIVERSHIPS TECH | DRR | 52249 | 47847 |
| 45 | 11290 | 19431212 | C 50-up | 19860303 | 20050514 | 302 | 01 | CG | 1101 | 12 | RESOLUTIONS & RECEIVERSHIPS SPECIALIST | DRR | 102134 | 93529 |
| 46 | 1879 | 19440301 | C 50-up | 19971026 | 20050514 | 302 | 01 | CG | 1530 | 13 | Statistician | DRR | 97292 | 89095 |
| 47 | 9782 | 19440516 | C 50-up | 19910311 | 20050514 | 302 | 01 | CG | 1101 | 12 | RESOLUTIONS & RECEIVERSHIPS SPECIALIST | DRR | 86041 | 78792 |
| 48 | 7948 | 19440729 | C 50-up | 19851021 | 20050514 | 302 | 01 | CG | 1101 | 12 | RESOLUTIONS & RECEIVERSHIPS SPECIALIST | DRR | 102134 | 93529 |
| 49 | 10750 | 19450203 | C 50-up | 19830822 | 20050430 | 302 | 01 | CG | 1101 | 12 | RESOLUTIONS & RECEIVERSHIPS SPECIALIST | DRR | 92628 | 84822 |
| 50 | 1977 | 19450331 | C 50-up | 19881228 | 20050514 | 302 | 01 | CG | 0301 | 13 | TRAINING SPECIALIST | DRR | 105794 | 93375 |
| 51 | 10318 | 19450705 | C 50-up | 19860302 | 20050514 | 302 | 01 | CG | 1101 | 14 | Resolutions & Receiverships Specialist | DRR | 127383 | 116651 |
| 52 | 3274 | 19450910 | C 50-up | 19740304 | 20050430 | 302 | 01 | CG | 1101 | 12 | RESOLUTIONS & RECEIVERSHIPS SPECIALIST | DRR | 93761 | 85862 |

# FDIC
## DRR PERMANENT EMPLOYEES -- AGE 50-UP
## WITH RIF-RELATED SEPARATIONS IN APRIL-MAY 2005

| N | EMPLAID | BirthDate | Age Sept30 | Hire Date | Effective Date | Nature of Action | Apptmt Code | Pay Plan | Series | Grade | Position Title | Div | Adjusted salary | Base Salary |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 53 | 3182 | 19450923 | C 50-up | 19840916 | 20050514 | 303 | 01 | CG | 1101 | 14 | Resolutions & Receiverships Specialist | DRR | 131119 | 115727 |
| 54 | 9642 | 19451116 | C 50-up | 19840409 | 20050514 | 303 | 01 | CG | 1101 | 14 | Resolutions & Receiverships Specialist | DRR | 131690 | 120595 |
| 55 | 9664 | 19451207 | C 50-up | 19851216 | 20050514 | 302 | 01 | CM | 1101 | 01 | SUPERVISORY RESOLUTIONS & RECEIVERSHIP | DRR | 133617 | 122360 |
| 56 | 10123 | 19460223 | C 50-up | 19900709 | 20050514 | 302 | 01 | CG | 0301 | 12 | ADMINISTRATIVE SPECIALIST | DRR | 105968 | 93529 |
| 57 | 9562 | 19460325 | C 50-up | 19840120 | 20050514 | 303 | 01 | CG | 1101 | 12 | RESOLUTIONS & RECEIVERSHIPS SPECIALIST | DRR | 101246 | 92716 |
| 58 | 11142 | 19460406 | C 50-up | 19771126 | 20050430 | 303 | 06 | CG | 1101 | 14 | Resolutions & Receiverships Specialist | DRR | 121639 | 111391 |
| 59 | 9067 | 19460627 | C 50-up | 19890828 | 20050514 | 352 | 01 | CG | 1101 | 13 | RESOLUTIONS & RECEIVERSHIPS SPECIALIST | DRR | 104006 | 95244 |
| 60 | 8399 | 19460824 | C 50-up | 19881204 | 20050514 | 303 | 01 | CG | 2210 | 12 | INFORMATION TECHNOLOGY SPECIALIST (SEC | DRR | 92291 | 81457 |
| 61 | 9652 | 19461020 | C 50-up | 20050109 | 20050514 | 352 | 01 | CG | 0501 | 12 | Financial Management Analyst | DRR | 88535 | 81076 |
| 62 | 8529 | 19470206 | C 50-up | 19870817 | 20050514 | 303 | 01 | CG | 1101 | 12 | RESOLUTIONS & RECEIVERSHIPS SPECIALIST | DRR | 93979 | 86061 |
| 63 | 10765 | 19470428 | C 50-up | 19860912 | 20050514 | 317 | 01 | CG | 0303 | 07 | TRAINING ASSISTANT | DRR | 54127 | 49567 |
| 64 | 9073 | 19470509 | C 50-up | 19870929 | 20050514 | 302 | 01 | CG | 0318 | 07 | SECRETARY | DRR | 54127 | 49567 |
| 65 | 1537 | 19470903 | C 50-up | 19850819 | 20050514 | 303 | 01 | CM | 1101 | 01 | SUPERVISORY RESOLUTIONS & RECEIVERSHIP | DRR | 128596 | 117762 |
| 66 | 1784 | 19471029 | C 50-up | 19800828 | 20050514 | 303 | 01 | CG | 1101 | 13 | RESOLUTIONS & RECEIVERSHIPS SPECIALIST | DRR | 115970 | 106200 |
| 67 | 5945 | 19480312 | C 50-up | 19850930 | 20050514 | 317 | 01 | CG | 1101 | 12 | RESOLUTIONS & RECEIVERSHIPS SPECIALIST | DRR | 93457 | 85583 |
| 68 | 12323 | 19480407 | C 50-up | 19910211 | 20050514 | 302 | 01 | CG | 0303 | 07 | RESOLUTIONS AND RECEIVERSHIPS TECH | DRR | 51113 | 46807 |
| 69 | 7413 | 19480407 | C 50-up | 19860728 | 20050514 | 317 | 01 | CG | 0501 | 12 | Financial Management Analyst | DRR | 92162 | 84397 |
| 70 | 9513 | 19480430 | C 50-up | 19891218 | 20050514 | 302 | 01 | CG | 0503 | 07 | Financial Technician | DRR | 54127 | 49567 |
| 71 | 1124 | 19480531 | C 50-up | 19910618 | 20050514 | 317 | 01 | CG | 1101 | 13 | RESOLUTIONS & RECEIVERSHIPS SPECIALIST | DRR | 120325 | 106200 |
| 72 | 8777 | 19480717 | C 50-up | 19820129 | 20050514 | 303 | 01 | CG | 1101 | 12 | RESOLUTIONS & RECEIVERSHIPS SPECIALIST | DRR | 102134 | 93529 |
| 73 | 6667 | 19480909 | C 50-up | 19870309 | 20050513 | 302 | 01 | CG | 1101 | 12 | RESOLUTIONS & RECEIVERSHIPS SPECIALIST | DRR | 94626 | 86654 |
| 74 | 8440 | 19481020 | C 50-up | 19761216 | 20050514 | 303 | 01 | CG | 1101 | 13 | RESOLUTIONS & RECEIVERSHIPS SPECIALIST | DRR | 109970 | 100705 |
| 75 | 13114 | 19490113 | C 50-up | 19890910 | 20050430 | 302 | 01 | CG | 0318 | 08 | SECRETARY (TYPING) | DRR | 62371 | 55049 |
| 76 | 3161 | 19490304 | C 50-up | 19850930 | 20050514 | 302 | 01 | CG | 1101 | 14 | Resolutions & Receiverships Specialist | DRR | 125175 | 114629 |
| 77 | 10398 | 19490330 | C 50-up | 19850609 | 20050513 | 302 | 01 | CG | 0303 | 07 | RESOLUTIONS AND RECEIVERSHIPS TECH | DRR | 50592 | 46330 |
| 78 | 2084 | 19490506 | C 50-up | 19850609 | 20050514 | 303 | 01 | CG | 0303 | 05 | RESOLUTIONS & RECEIVERSHIP TECHNICIAN | DRR | 41470 | 37976 |
| 79 | 11902 | 19490528 | C 50-up | 19760926 | 20050514 | 303 | 01 | CG | 1101 | 14 | Resolutions & Receiverships Specialist | DRR | 126348 | 111516 |
| 80 | 6404 | 19490612 | C 50-up | 19860428 | 20050514 | 303 | 01 | CG | 0303 | 07 | RESOLUTIONS AND RECEIVERSHIPS TECH | DRR | 52875 | 48420 |
| 81 | 6530 | 19490624 | C 50-up | 19830509 | 20050430 | 303 | 01 | CG | 0525 | 08 | Lead Accounting Technician | DRR | 54381 | 49799 |
| 82 | 4916 | 19490924 | C 50-up | 19901105 | 20050514 | 302 | 01 | CG | 0303 | 07 | RESOLUTIONS AND RECEIVERSHIPS TECH | DRR | 46941 | 42988 |
| 83 | 2817 | 19491027 | C 50-up | 19821115 | 20050503 | 303 | 01 | CG | 1101 | 13 | SUPERVISORY RESOLUTION & RECEIVERSHIP | DRR | 115970 | 106200 |
| 84 | 4583 | 19491028 | C 50-up | 19900603 | 20050514 | 303 | 01 | CG | 2210 | 12 | IT Specialist (Data Mgmt) | DRR | 89488 | 81949 |
| 85 | 8654 | 19491222 | C 50-up | 19870427 | 20050514 | 302 | 01 | CG | 1101 | 13 | RESOLUTIONS & RECEIVERSHIPS SPECIALIST | DRR | 115970 | 106200 |
| 86 | 4872 | 19491224 | C 50-up | 19871204 | 20050514 | 302 | 01 | CG | 2210 | 13 | IT Specialist (Data Mgmt) | DRR | 114517 | 104869 |
| 87 | 12909 | 19500526 | C 50-up | 19830925 | 20050514 | 303 | 01 | CG | 1101 | 09 | RESOLUTIONS & RECEIVERSHIPS SPECIALIST | DRR | 54954 | 50324 |
| 88 | 8896 | 19501009 | C 50-up | 19750106 | 20050503 | 303 | 01 | CM | 0301 | 02 | ASSISTANT DIRECTOR, ASSET MANAGEMENT | DRR | 159591 | 146146 |
| 89 | 11956 | 19511015 | C 50-up | 19850415 | 20050514 | 303 | 01 | CG | 0318 | 06 | SECRETARY | DRR | 46219 | 42325 |
| 90 | 12923 | 19520320 | C 50-up | 19870607 | 20050514 | 303 | 01 | CG | 1101 | 11 | RESOLUTIONS & RECEIVERSHIPS SPECIALIST | DRR | 66422 | 60828 |
| 91 | 5760 | 19521227 | C 50-up | 19800602 | 20050514 | 303 | 01 | CG | 1101 | 13 | RESOLUTIONS & RECEIVERSHIPS SPECIALIST | DRR | 107255 | 98219 |
| 92 | 9361 | 19530126 | C 50-up | 19840416 | 20050514 | 303 | 01 | CG | 1101 | 12 | RESOLUTIONS & RECEIVERSHIPS SPECIALIST | DRR | 86546 | 79255 |
| 93 | 5040 | 19530530 | C 50-up | 19801104 | 20050514 | 303 | 01 | CG | 0303 | 07 | RESOLUTIONS AND RECEIVERSHIPS TECH | DRR | 50968 | 46674 |
| 94 | 3424 | 19530715 | C 50-up | 19771108 | 20050514 | 303 | 01 | CG | 1101 | 14 | Resolutions & Receiverships Specialist | DRR | 126180 | 111388 |
| 95 | 4418 | 19540704 | C 50-up | 19800602 | 20050514 | 303 | 01 | CG | 1101 | 12 | RESOLUTIONS & RECEIVERSHIPS SPECIALIST | DRR | 90866 | 83211 |
| 96 | 7655 | 19540802 | C 50-up | 19830919 | 20050514 | 303 | 01 | CG | 1101 | 14 | Resolutions & Receiverships Specialist | DRR | 128798 | 117947 |
| 97 | 13350 | 19540823 | C 50-up | 19750616 | 20050514 | 303 | 01 | CG | 1101 | 12 | RESOLUTIONS & RECEIVERSHIPS SPECIALIST | DRR | 95885 | 87807 |
| 98 | 1170 | 19541004 | C 50-up | 19840416 | 20050513 | 303 | 01 | CG | 1101 | 12 | RESOLUTIONS & RECEIVERSHIPS SPECIALIST | DRR | 93611 | 85724 |
| 99 | 6627 | 19550410 | C 50-up | 19801013 | 20050514 | 303 | 01 | CG | 1101 | 12 | RESOLUTIONS & RECEIVERSHIPS SPECIALIST | DRR | 97006 | 88833 |
| 100 | 11118 | 19550503 | C 50-up | 19820905 | 20050514 | 303 | 01 | CG | 1101 | 13 | RESOLUTIONS & RECEIVERSHIPS SPECIALIST | DRR | 107915 | 98823 |
| 101 | 9257 | 19550521 | C 50-up | 19840302 | 20050521 | 303 | 01 | CG | 0318 | 08 | SECRETARY (TYPING) | DRR | 56459 | 51702 |

# FDIC
## DRR PERMANENT EMPLOYEES -- AGE 40-49
## WITH RIF-RELATED SEPARATIONS IN APRIL-MAY 2005

| N | EMPLAID | BirthDate | Age Sept30 | Hire Date | Effective Date | Nature of Action | Apptmt Code | Pay Plan | Series | Grade | Position Title | Div | Adjusted salary | Base Salary |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8190 | 19551005 | B 40-49 | 19771010 | 20050514 | 303 | 01 | CM | 0301 | 02 | ASSISTANT DIRECTOR AGREEMENT MNGT | DRR | 167240 | 147608 |
| 2 | 3426 | 19561224 | B 40-49 | 19910127 | 20050514 | 303 | 01 | CG | 0303 | 07 | Training Assistant | DRR | 56159 | 49567 |
| 3 | 3207 | 19570402 | B 40-49 | 19891204 | 20050502 | 303 | 01 | CG | 0303 | 07 | RESOLUTIONS AND RECEIVERSHIPS TECH | DRR | 54127 | 49567 |
| 4 | 4123 | 19570522 | B 40-49 | 19790910 | 20050514 | 303 | 01 | CM | 0301 | 02 | ASSISTANT DIRECTOR, INTERNAL REVIEW | DRR | 155916 | 137613 |
| 5 | 7619 | 19581207 | B 40-49 | 19850729 | 20050514 | 352 | 01 | CG | 0501 | 12 | Assessment Auditor | DRR | 87239 | 79889 |
| 6 | 3715 | 19591213 | B 40-49 | 19801106 | 20050514 | 303 | 01 | CG | 0301 | 11 | INFORMATION SPECIALIST | DRR | 68956 | 60861 |
| 7 | 9629 | 19650806 | B 40-49 | 19880216 | 20050416 | 352 | 01 | CG | 1101 | 12 | RESOLUTIONS & RECEIVERSHIPS SPECIALIST | DRR | 84752 | 77612 |

# FDIC
## DRR PERMANENT EMPLOYEES -- AGE UNDER 40
## WITH RIF-RELATED SEPARATIONS IN APRIL-MAY 2005

| N | EMPLAID | BirthDate | Age Sept30 | Hire Date | Effective Date | Nature of Action | Apptmt Code | Pay Plan | Series | Grade | Position Title | Div | Adjusted salary | Base Salary |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 3572 | 19681022 | A. Under 40 | 19860817 | 20050514 | 317 | 01 | CG | 0303 | 06 | Resolutions and Receiverships Technici | DRR | 49466 | 43659 |
| 2 | 13514 | 19740217 | A. Under 40 | 19980809 | 20050514 | 317 | 01 | CG | 0318 | 07 | SECRETARY | DRR | 43002 | 39379 |
| 3 | 8483 | 19810723 | A. Under 40 | 20030908 | 20050514 | 317 | 07 | CG | 1101 | 09 | Resolutions & Receiverships Specialist | DRR | 46337 | 42433 |