**_Selected Data from FDIC Web Site:_**

|  | Total Corporate Budget | DRR Budget | Corp. University Budget (1) |
|---|---|---|---|
| 2004 | 1,210,256,000 | 130,981,000 | 12,154,000 |
| 2005 | 1,178,849,000 | 135,203,000 | 13,910,000 |
| 2006 | 1,086,240,000 | 98,686,000 | 30,051,000 |
| 2007 | 1,121,986,000 | 98,604,000 | 31,019,000 |

|  | Total Corporate Staffing | DRR Staffing | Corp. University Staffing |
|---|---|---|---|
| 2004 | 5078 | | |
| 2005 | 4514 | | |
| 2006 | 4476 | | |
| 2007 | 4532 | 219 | 217 |

|  | Total Outside Services Budget | DRR Outside Services | Corp. U Outside Services |
|---|---|---|---|
| 2004 | 199,234,000 | | |
| 2005 | 209,747,000 | | |
| 2006 | 219,179,000 | | |
| 2007 | 240,771,000 | | |

**_Footnotes_**   1 - Corporate University was formed on 4/2/04.

Links to the source sof information contained in this spreadsheet are as follows:
http://www.fdic.gov/about/strategic/corporate/
http://www.fdic.gov/about/strategic/report/
http://www.fdic.gov/news/board/dec19attach3.xls
http://www.fdic.gov/about/strategic/report/2006annualreport/section2.pdf