| Sylvia Cline Award History | | |
|---|---|---|
| Date | Amount | Type |
| 7/1/2005 | $407.88 | Spot (STAR) Cash Award |
| 1/9/2005 | $2,031.00 | Merit Lump Sum |
| 10/31/2004 | $750.00 | Special Act |
| 10/15/2004 | $407.88 | Gift Certificate/Federal Service Anniversary |
| 1/11/2004 | $239.00 | Merit Lump Sum |
| 8/27/2003 | $407.88 | Spot (STAR) Cash Award |
| 12/7/1997 | $425.23 | Spot (STAR) Cash Award |
| 6/11/1995 | $950.00 | Merit Lump Sum |
| 12/26/1993 | $925.00 | Merit Lump Sum |
| 10/31/1993 | $200.00 | Special Act |