Home | Jobs | MyAccount                                      Log Off

**Keyword:** [_____] on Position Title ▼ Go   New Search

| PCNumber | Job Title | Posting Begins | Posting Ends | Contract Type | Region | Department | Hiring Minimum | Hiring Maximum |
|---|---|---|---|---|---|---|---|---|
| 64261 | Accounting Assistant | 3/29/2006 | | None | Main Administration Complex | Finance General Accounting | $26,780.00 | $34,672.00 |
| 70256 | Accounting Assistant | 3/21/2006 | Until job is filled | None | Main Administration Complex | Administrative Services | $26,780.00 | $34,672.00 |
| 56073 | Accounting Clerk III | 3/27/2006 | Until job is filled | None | Main Administration Complex | Medicaid/Property Mgmt | $22,318.00 | $28,426.00 |
| 17268 | Accounting Clerk III | 2/10/2006 | Until job is filled | None | Main Administration Complex | Finance Treasury | $22,318.00 | $28,426.00 |
| 42351 | Aide | 3/22/2006 | | None | East Region Administration | Oates Elementary | $12,823.00 | $16,249.00 |
| 65486 | Aide | 2/14/2006 | Until job is filled | | North District | Jefferson Elementary | $12,823.00 | $16,249.00 |
| 61936 | Aide | 9/2/2005 | Until job is filled | None | South Region Administration | Garden Villas Elementary | $12,823.00 | $16,249.00 |
| 61980 | Aide | 2/22/2006 | Until job is filled | None | Central Region Administration | Waltrip High School | $12,823.00 | $16,249.00 |
| 64473 | Aide (part-time 50%) | 2/16/2006 | Until job is filled | None | 13755 South Main Street | 9XX Orgs - Dont use | $12,823.00 | $16,249.00 |
| 68553 | Aide, Non Instructional | 3/22/2006 | Until job is filled | None | Central Region Administration | Hamilton Middle School | $12,823.00 | $16,249.00 |
| 40288 | Attendant, All Sports | 9/6/2005 | Until job is filled | None | Main Administration Complex | Athletics - Butler Stadium | $6.22/hr | $7.82/hr |
| 62149 | Clerk/Driver 12-Month | 3/20/2006 | Until job is filled | None | Main Administration Complex | Media Center | $17,012.00 | $21,534.00 |
| 67094 | Data Entry Clerk II - 11 Mo | 3/24/2006 | Until job is filled | | North District | Jefferson Elementary | $17,012.00 | $21,534.00 |
| 40981 | Data Entry Clerk III - 10 Month | 1/24/2006 | Until job is filled | None | Alternative Region Administration | Cep H S | $18,598.00 | $23,688.00 |
| 29423 | Data Entry Clerk III - 12 Month | 1/24/2006 | Until job is filled | None | Alternative Region Administration | Cep H S | $22,318.00 | $28,426.00 |
| 68269 | General Clerk I - 10 Month | 3/6/2006 | Until job is filled | None | West Region Administration | Gabriela Mistral Center For EC | $12,823.00 | $16,249.00 |
| 68371 | General Clerk I - 10 Month | 3/27/2006 | Until job is filled | None | West Region Administration | Kolter Elementary | $12,823.00 | $16,249.00 |
| 70215 | General Clerk I - 10 Month | 3/27/2006 | Until job is filled | None | West Region Administration | Lee High School | $12,823.00 | $16,249.00 |
| 58746 | General Clerk I - 10 Month (Bilingual) | 3/23/2006 | Until job is filled | | Central Region Administration | Clifton Middle School | $12,823.00 | $16,249.00 |
| 59423 | General Clerk I - 10.5 Month | 3/27/2006 | Until job is filled | None | East Region Administration | Oates Elementary | $13,463.00 | $17,061.00 |
| 70183 | General Clerk II - 10 Month | 3/7/2006 | Until job is filled | None | Central Region Administration | Blackshear Elementary | $16,951.00 | $21,543.00 |
| 46171 | General Clerk II - 10.5 Month | 2/22/2006 | Until job is filled | None | South Region Administration | Hartman Middle School | $17,781.00 | $22,611.00 |
| 70203 | General Clerk II - 12 Month | 3/8/2006 | Until job is filled | | 228 McCarty | Central Motor Pool-Bus Repai | $20,320.00 | $25,841.00 |
| 70206 | General Clerk II - 12 Month | 3/8/2006 | Until job is filled | | 6800 Fairway | Barnett Motor Pool-Bus Repai | $20,320.00 | $25,841.00 |
| 66135 | General Clerk III - 10.5 Mo (SAP & Budget - Internal Candidates Only) | 8/31/2005 | Until job is filled | | North Region Administration | Burbank Elementary | $19,527.00 | $24,873.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 53726 | General ClerkI/Records - 10 Mo | 2/27/2006 | Until job is filled | None | South Region Administration | Worthing High School | $12,823.00 | $16,249.00 |
| 31504 | Hourly Clerk - 10 Month | 1/2/2006 | | | Southeast District | Barnett Motor Pool-Driver Se | $7.40/hr | $7.40/hr |
| 35733 | Hourly Clerk - 10 Month | 9/13/2005 | Until job is filled | | North Region Administration | Houston High School | $7.483/hr | $7.483/hr |
| 69120 | Hourly Clerk - 10 Month | 3/3/2006 | Until job is filled | None | West Region Administration | Long Middle School | $7.40/hr | $7.40/hr |
| 69301 | Hourly Clerk - 10 Month | 3/23/2006 | Until job is filled | None | West Region Administration | Westbury High School | $7.40/hr | $7.40/hr |
| 68914 | Hourly General Clerk II | 3/29/2006 | Until job is filled | None | West Region Administration | Fondren Middle School | $9.76/hr | $9.76/hr |
| 70307 | Hourly General Clerk II | | Until job is filled | | West Region Administration | Fondren Middle School | $9.76/hr | $9.76/hr |
| 54626 | Hourly Reading Tutor (Bilingual Preferred) | 12/13/2005 | Until job is filled | None | Central Region Administration | MacArthur Elementary | $8.23/hr | $8.23/hr |
| 27456 | Interpreter Aide II | 3/23/2006 | Until job is filled | | North Region Administration | Jordan High School | $20,164.00 | $25,939.00 |
| 17206 | Mailroom Attendant | 2/15/2006 | Until job is filled | None | Main Administration Complex | Administrative Services | $20,320.00 | $25,841.00 |
| 53074 | Mailroom Attendant | 3/30/2006 | Until job is filled | None | Main Administration Complex | Administrative Services | $20,320.00 | $25,841.00 |
| 59326 | School Secretary, Elementary | 3/24/2006 | Until job is filled | | Central Region Administration | Blackshear Elementary | $24,197.00 | $31,127.00 |
| 08864 | School Secretary, Elementary | 2/2/2006 | Until job is filled | | North Region Administration | Hohl Elementary | $24,197.00 | $31,127.00 |
| 14640 | School Secretary, Elementary | 1/27/2006 | Until job is filled | | North District | Berry Elementary | $24,197.00 | $31,127.00 |
| 67439 | School Secretary, Elementary | 2/1/2006 | Until job is filled | | North Region Administration | Wesley Elementary | $24,197.00 | $31,127.00 |
| 07467 | Senior Secretary | 3/22/2006 | Until job is filled | None | Main Administration Complex | Applications | $26,780.00 | $34,672.00 |
| 70204 | Specialist, Transportation Data Resource | 3/8/2006 | Until job is filled | | 228 McCarty | Central Motor Pool-Bus Repai | $24,197.00 | $31,127.00 |
| 70063 | Teacher Aide I | 2/20/2006 | Until job is filled | None | West Region Administration | Westbury High School | $12,823.00 | $16,249.00 |
| 09294 | Teacher Aide I | 1/10/2006 | Until job is filled | None | South Region Administration | Garden Villas Elementary | $12,823.00 | $16,249.00 |
| 47391 | Teacher Aide I | 1/10/2006 | Until job is filled | None | South Region Administration | Garden Villas Elementary | $12,823.00 | $16,249.00 |
| 67539 | Teaching Assistant, Hourly | 3/22/2006 | Until job is filled | None | West Region Administration | Shearn Elementary | $9.76/hr | $9.76/hr |
| 70069 | Teaching Assistant, NCLB | 3/6/2006 | Until job is filled | | North District | Coop Elementary | $16,951.00 | $21,543.00 |
| 68710 | Teaching Assistant, NCLB | 11/21/2005 | Until job is filled | None | Central Region Administration | Waltrip High School | $16,951.00 | $21,543.00 |
| 69454 | Teaching Assistant, NCLB | 3/29/2006 | Until job is filled | | North District | Davis High School | $16,951.00 | $21,543.00 |
| 69456 | Teaching Assistant, NCLB | 1/11/2006 | Until job is filled | | Central Region Administration | Oak Forest Elementary | $16,951.00 | $21,543.00 |
| 69768 | Teaching Assistant, NCLB | 2/16/2006 | Until job is filled | | North Region Administration | Wheatley High School | $16,951.00 | $21,543.00 |
| 69841 | Teaching Assistant, NCLB | 2/16/2006 | Until job is filled | None | West Region Administration | Gross, Jenard M. | $16,951.00 | $21,543.00 |
| 69852 | Teaching Assistant, NCLB | 2/17/2006 | Until job is filled | | East Region Administration | Ortiz Middle School | $16,951.00 | $21,543.00 |
| 69863 | Teaching Assistant, NCLB | 2/16/2006 | Until job is filled | None | West Region Administration | Foerster Elementary | $16,951.00 | $21,543.00 |
| 69874 | Teaching Assistant, NCLB | 3/8/2006 | Until job is filled | None | South Region Administration | Rhoads Elementary | $16,951.00 | $21,543.00 |
| 52988 | Teaching Assistant, NCLB | 2/22/2006 | Until job is filled | | East Region Administration | Ortiz Middle School | $16,951.00 | $21,543.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 27949 | Teaching Assistant, NCLB | 10/31/2005 | Until job is filled | None | South Region Administration | Attucks Middle School | $16,951.00 | $21,543.00 |
| 25358 | Teaching Assistant, NCLB | 3/29/2006 | Until job is filled | | North District | Davis High School | $16,951.00 | $21,543.00 |
| 26916 | Teaching Assistant, NCLB | 2/24/2006 | Until job is filled | None | West Region Administration | Rogers, T H M S | $16,951.00 | $21,543.00 |
| 66983 | Teaching Assistant, NCLB | 1/9/2006 | Until job is filled | None | South Region Administration | Grimes Elementary | $16,951.00 | $21,543.00 |
| 65421 | Teaching Assistant, NCLB | 3/7/2006 | Until job is filled | | Central Region Administration | Garden Oaks Elementary | $16,951.00 | $21,543.00 |
| 59559 | Teaching Assistant, NCLB | 1/13/2006 | Until job is filled | | North Region Administration | Fleming Middle School | $16,951.00 | $21,543.00 |
| 59744 | Teaching Assistant, NCLB | 11/7/2005 | Until job is filled | None | North Region Administration | Scott Elementary | $16,951.00 | $21,543.00 |
| 29936 | Teaching Assistant, NCLB (Spec. Ed) | 11/16/2005 | Until job is filled | | East Region Administration | Chavez High School | $16,951.00 | $21,543.00 |

# Financial Clerk – Middle School
(Shared between Olle and Holub Middle Schools)

| | |
|---|---|
| **DESCRIPTION** | To effectively collect and disperse monies for campus activity accounts and to maintain accurate and current bookkeeping records of these accounts. |
| **SALARY** | SP11($15,711 - $22,140 salary range) |
| **LENGTH OF ASSIGNMENT** | 187 Days |

**QUALIFICATIONS**
- High school diploma or GED certificate
- Previous accounting or bookkeeping experience
- Math aptitude
- Ability to use typewriter and 10-key calculator by touch

**DEADLINE**   February 3, 2006

## Application Procedure

### IN-DISTICT APPLICANTS
- Send a copy of the appropriate transfer form and a resume indicating the position of interest to the principal of the school
- Send the original transfer form **(do not include resume or other attachments)** to Human Resources

### OUT-OF-DISTRICT APPLICANTS
- Click on www.aliefisd.net (click again on Human Resources and then click on Employment & Certification) to submit an online application
- Send reference letters from supervisors, transcripts and/or high school diploma, certification/licensure info, etc. to Human Resources.
- Send a resume indicating the position of interest (if multiple positions are listed on the resume, you will only be considered for the first position listed); Send the resume by FAX **to 281-983-8077, ATTN: Principal.**

*HIRING ADMINISTRATORS REVIEW APPLICATION DOCUMENTS AND THEN CONTACT APPLICANTS THEY WANT TO INTERVIEW.*

**ALIEF INDEPENDENT SCHOOL DISTRICT**
**P.O. BOX 68**
**ALIEF, TEXAS 77411**

**PHONE: 281-988-3456    FAX:  281-988-3455        E-mail: hr@aliefisd.net**

The Alief Independent School District does not discriminate on the basis of race, religion, color, national origin, sex, age, or disability in providing education or providing access to benefits of educational services, activities, programs, and employment in accordance with Title VI of the Civil Rights Act of 1964, as amended; Title IX of the Educational Amendments of 1972; Section 504 of the Rehabilitation Act of 1973, as amended; the Age Discrimination Act; and Title II of the Americans with Disabilities Act.

# Instructional Aide – PE – Best Elementary

**DESCRIPTION**    To provide opportunities for the teacher to attend to the individual needs of students

**SALARY**    IP10 ($15,064 - $21,245 salary range)

**LENGTH OF ASSIGNMENT**    187 days

**QUALIFICATIONS**
- High School graduate or equivalent (GED)
- Minimum of 48 semester hours of higher education course work or "Highly Qualified" status as determined by a district test

**DEADLINE**    February 3, 2006

## Application Procedure

### IN-DISTICT APPLICANTS
- Send a copy of the appropriate transfer form and a resume indicating the position of interest to the principal of the school
- Send the original transfer form **(do not include resume or other attachments)** to Human Resources

### OUT-OF-DISTRICT APPLICANTS
- Click on www.aliefisd.net (click again on Human Resources and then click on Employment & Certification) to submit an online application
- Send reference letters from supervisors, transcripts and/or high school diploma, certification/licensure info, etc. to Human Resources.
- Send a resume indicating the position of interest (if multiple positions are listed on the resume, you will only be considered for the first position listed); Send the resume by **FAX to 713-272-3211, ATTN: Principal.**

**HIRING ADMINISTRATORS REVIEW APPLICATION DOCUMENTS AND THEN CONTACT APPLICANTS THEY WANT TO INTERVIEW.**

**ALIEF INDEPENDENT SCHOOL DISTRICT
P.O. BOX 68
ALIEF, TEXAS 77411**

**281-988-3456    FAX 281-988-3455**

The Alief Independent School District does not discriminate on the basis of race, religion, color, national origin, sex, age, or disability in providing education or providing access to benefits of educational services, activities, programs, and employment in accordance with Title VI of the Civil Rights Act of 1964, as amended; Title IX of the Educational Amendments of 1972; Section 504 of the Rehabilitation Act of 1973, as amended; the Age Discrimination Act; and Title II of the Americans with Disabilities Act.

# ESL Aide – Liestman Elementary

**DESCRIPTION**   To maintain a record system of LEP student data and to assist the ESL Specialist in the classroom

**SALARY**   IP11 ($16,113 - $22,727 salary range)

**LENGTH OF ASSIGNMENT**   187 days

**QUALIFICATIONS**
- High School graduate or equivalent (GED)
- Minimum of 48 semester hours of higher education course work or "Highly Qualified" status as determined by a district test
- Bilingual preferred

**DEADLINE**   **March 2, 2006**

**APPLICATION PROCEDURE**
  *IN-DISTICT APPLICANTS*
- Send a copy of the appropriate transfer form and a resume indicating the position of interest to the principal of the school
- Send the original transfer form **(do not include resume or other attachments)** to Human Resources

  *OUT-OF-DISTRICT APPLICANTS*
- Click on www.aliefisd.net (click again on Human Resources and then click on Employment & Certification) to submit an online application
- Send reference letters from supervisors, transcripts and/or high school diploma, certification/licensure info, etc. to Human Resources.
- Send a resume indicating the position of interest. Send the by FAX to **281-983-8086, ATTN: Principal**

*HIRING ADMINISTRATORS REVIEW APPLICATION DOCUMENTS AND THEN CONTACT APPLICANTS THEY WANT TO INTERVIEW.*

**Alief Independent School District**
**P.O. Box 68**
**Alief, TX 77411**

**281-988-3456**   **FAX 281-988-3455**   E-mail: **hr@aliefisd.net**

The Alief Independent School District does not discriminate on the basis of race, religion, color, national origin, sex, age, or disability in providing education or providing access to benefits of educational services, activities, programs, and employment in accordance with Title VI of the Civil Rights Act of 1964, as amended; Title IX of the Educational Amendments of 1972; Section 504 of the Rehabilitation Act of 1973, as amended; the Age Discrimination Act; and Title II of the Americans with Disabilities Act.

2/17/06

**CCC Lab Aide - Cummings Elementary**
**(Computer Aided Instruction)**

| | |
|---|---|
| **DESCRIPTION** | The CCC Lab aide will oversee and coordinate the use of the CCC Lab, including:<br>• Scheduling of classes<br>• Generation of reports<br>• Monitoring the functioning of the lab equipment<br>• Direct Student Instruction |
| **SALARY** | IP11   ($16,113 - $22,727 salary range) |
| **LENGTH OF ASSIGNMENT** | 187 days |

**QUALIFICATIONS**
- High School graduate or equivalent (GED)
- Minimum of 48 semester hours of higher education course work or "Highly Qualified" status as determined by a district test

**DEADLINE**    **April 5, 2006**

# APPLICATION PROCEDURE
### IN-DISTICT APPLICANTS
- Send a copy of the appropriate transfer form and a resume indicating the position of interest to the principal of the school
- Send the original transfer form **(do not include resume or other attachments)** to Human Resources

### OUT-OF-DISTRICT APPLICANTS
- Click on www.aliefisd.net (click again on Human Resources and then click on Employment & Certification) to submit an online application
- Send reference letters from supervisors, transcripts and/or high school diploma, certification/licensure info, etc. to Human Resources.
- Send a resume indicating the position of interest (if multiple positions are listed on the resume, you will only be considered for the first position listed); Send the resume by **FAX to 281-983-8096, ATTN: Principal**

*HIRING ADMINISTRATORS REVIEW APPLICATION DOCUMENTS AND THEN CONTACT APPLICANTS THEY WANT TO INTERVIEW.*

**ALIEF INDEPENDENT SCHOOL DISTRICT**
**P.O. BOX 68**
**ALIEF, TEXAS 77411**

281-988-3456        FAX:   281-988-3455        E-mail: hr@aliefisd.net

The Alief Independent School District does not discriminate on the basis of race, religion, color, national origin, sex, age, or disability in providing education or providing access to benefits of educational services, activities, programs, and employment in accordance with Title VI of the Civil Rights Act of 1964, as amended; Title IX of the Educational Amendments of 1972; Section 504 of the Rehabilitation Act of 1973, as amended; the Age Discrimination Act; and Title II of the Americans with Disabilities Act.

# ESL Aide –Martin Elementary
# 2006-2007 School Year

**DESCRIPTION**   To maintain a record system of LEP student data and to assist the ESL Specialist in the classroom

**SALARY**   IP11 ($16,113 - $22727 salary range)

**LENGTH OF ASSIGNMENT**   187 days

**QUALIFICATIONS**
- High School graduate or equivalent (GED)
- Minimum of 48 semester hours of higher education course work or "Highly Qualified" status as determined by a district test
- Bilingual preferred

**DEADLINE**   April 14, 2006

**APPLICATION PROCEDURE**
*IN-DISTICT APPLICANTS*
- Send a copy of the appropriate transfer form and a resume indicating the position of interest to the principal of the school
- Send the original transfer form **(do not include resume or other attachments)** to Human Resources

*OUT-OF-DISTRICT APPLICANTS*
- Click on www.aliefisd.net (click again on Human Resources and then click on Employment & Certification) to submit an online application
- Send reference letters from supervisors, transcripts and/or high school diploma, certification/licensure info, etc. to Human Resources.
- Send a resume indicating the position of interest. Send the by FAX to **281-983-7705, ATTN: Principal**

*HIRING ADMINISTRATORS REVIEW APPLICATION DOCUMENTS AND THEN CONTACT APPLICANTS THEY WANT TO INTERVIEW.*

**Alief Independent School District**
**P.O. Box 68**
**Alief, TX 77411**

**281-988-3456**   **FAX 281-988-3455**   **E-mail: hr@aliefisd.net**

The Alief Independent School District does not discriminate on the basis of race, religion, color, national origin, sex, age, or disability in providing education or providing access to benefits of educational services, activities, programs, and employment in accordance with Title VI of the Civil Rights Act of 1964, as amended; Title IX of the Educational Amendments of 1972; Section 504 of the Rehabilitation Act of 1973, as amended; the Age Discrimination Act; and Title II of the Americans with Disabilities Act.

3/31/06

http://www.alief.isd.tenet.edu/administrative_services/hr/Master_JobFolders/Clerical/ESL%...   4/5/2006

# Pre-Kindergarten Aide – Martin Elementary
# 2006-2007 School Year

**DESCRIPTION**  To provide opportunities for the teacher to attend to the individual needs of students

**SALARY**  IP10 ($15,064 - $21,245 salary range)

**LENGTH OF ASSIGNMENT**  187 days

**QUALIFICATIONS**
- High School graduate or equivalent (GED)
- Minimum of 48 semester hours of higher education course work or "Highly Qualified" status as determined by a district test
- Bilingual preferred

**DEADLINE**  April 14, 2006

## Application Procedure
### IN-DISTICT APPLICANTS
- Send a copy of the appropriate transfer form and a resume indicating the position of interest to the principal of the school
- Send the original transfer form **(do not include resume or other attachments)** to Human Resources

### OUT-OF-DISTRICT APPLICANTS
- Click on www.aliefisd.net (click again on Human Resources and then click on Employment & Certification) to submit an online application
- Send reference letters from supervisors, transcripts and/or high school diploma, certification/licensure info, etc. to Human Resources.
- Send a resume indicating the position of interest (if multiple positions are listed on the resume, you will only be considered for the first position listed); Send the resume by FAX to **281-983-7705, ATTN: Principal**

*HIRING ADMINISTRATORS REVIEW APPLICATION DOCUMENTS AND THEN CONTACT APPLICANTS THEY WANT TO INTERVIEW.*

**ALIEF INDEPENDENT SCHOOL DISTRICT**
**P.O. BOX 68**
**ALIEF, TEXAS 77411**

281-988-3456    FAX: 281-988-3455    E-mail: hr@aliefisd.net

The Alief Independent School District does not discriminate on the basis of race, religion, color, national origin, sex, age, or disability in providing education or providing access to benefits of educational services, activities, programs, and employment in accordance with Title VI of the Civil Rights Act of 1964, as amended; Title IX of the Educational Amendments of 1972; Section 504 of the Rehabilitation Act of 1973, as amended; the Age Discrimination Act; and Title II of the Americans with Disabilities Act.

# SEMS Clerk – ISC Building   (Special Education Management System Clerk)
(Federally funded for the 2005-06 school year. Continuation of position is contingent upon funding).

## Description
- To create, maintain, and update special education campus files for all
- To create and maintain computer files for all special education students.
- To provide accurate information on which to base management decisions, automatic production of State and Federal special education reports and automatic production of various other reports as may be necessary.
- To maintain special education eligibility folders for each identified student.

**Salary**          SP12 ($21,249 - $29,972 salary range)

**Length of Assignment:**     220 days

## Qualifications
- High school graduate or GED certificate

**Deadline**   April 21, 2006

## APPLICATION PROCEDURE
### IN-DISTICT APPLICANTS
- Send a copy of the appropriate transfer form and a resume indicating the position of interest to **Sharon Conner, ISC, Special Education Dept.**
- Send the original transfer form **(do not include resume or other attachments)** to Human Resources

### OUT-OF-DISTRICT APPLICANTS
- Click on www.aliefisd.net (click again on Human Resources and then click on Employment & Certification) to submit an online application
- Send reference letters from supervisors, transcripts and/or high school diploma, certification/licensure info, etc. to Human Resources.
- Send a resume indicating the position of interest (if multiple positions are listed on the resume, you will only be considered for the first position listed); Send the resume by **FAX to 281-983-1694, ATTN: Sharon Conner, Special Education Dept.**

*HIRING ADMINISTRATORS REVIEW APPLICATION DOCUMENTS AND THEN CONTACT APPLICANTS THEY WANT TO INTERVIEW.*

**ALIEF INDEPENDENT SCHOOL DISTRICT**
**P.O. BOX 68**
**ALIEF, TEXAS 77411**

**281-988-3456**     FAX:   **281-988-3455**     E-mail: **hr@aliefisd.net**

The Alief Independent School District does not discriminate on the basis of race, religion, color, national origin, sex, age, or disability in providing education or providing access to benefits of educational services, activities, programs, and employment in accordance with Title VI of the Civil Rights Act of 1964, as amended; Title IX of the Educational Amendments of 1972; Section 504 of the Rehabilitation Act of 1973, as amended; the Age Discrimination Act; and Title II of the Americans with Disabilities Act.

http://www.alief.isd.tenet.edu/administrative_services/hr/Master_JobFolders/Clerical/SEM...   4/14/2006

# School Receptionist - Bush Elementary

**DESCRIPTION**          To contribute to the efficient operation of the school.

**SALARY**               SP10 ($13,658 - $19,249 salary range)

**LENGTH OF ASSIGNMENT**    187 Days

**QUALIFICATIONS**
- High School graduate or equivalent (GED)
- Bilingual preferred

**DEADLINE**           April 26, 2006

## APPLICATION PROCEDURE
### *IN-DISTICT APPLICANTS*
- Send a copy of the appropriate transfer form and a resume indicating the position of interest to **Darlene Marshall, Principal**
- Send the original transfer form **(do not include resume or other attachments)** to Human Resources

### *OUT-OF-DISTRICT APPLICANTS*
- Click on www.aliefisd.net (click again on Human Resources and then click on Employment & Certification) to submit an online application
- Send reference letters from supervisors, transcripts and/or high school diploma, certification/licensure info, etc. to Human Resources.
- Send a resume indicating the position of interest (if multiple positions are listed on the resume, you will only be considered for the first position listed); Send the resume by **FAX to 713-272-3230, ATTN: Principal**

*HIRING ADMINISTRATORS REVIEW APPLICATION DOCUMENTS AND THEN CONTACT APPLICANTS THEY WANT TO INTERVIEW.*

**ALIEF INDEPENDENT SCHOOL DISTRICT**
**P.O. BOX 68**
**ALIEF, TEXAS 77411**

281-988-3456     FAX:  281-988-3455     E-mail: hr@aliefisd.net

The Alief Independent School District does not discriminate on the basis of race, religion, color, national origin, sex, age, or disability in providing education or providing access to benefits of educational services, activities, programs, and employment in accordance with Title VI of the Civil Rights Act of 1964, as amended; Title IX of the Educational Amendments of 1972; Section 504 of the Rehabilitation Act of 1973, as amended; the Age Discrimination Act; and Title II of the Americans with Disabilities Act.

4/12/06

http://www.alief.isd.tenet.edu/administrative_services/hr/Master_JobFolders/Clerical/Scho...   4/14/2006

# School Receptionist - Hastings High School

**DESCRIPTION**        To contribute to the efficient operation of the school.

**SALARY**            SP10 ($13,658 - $19,249 salary range)

**LENGTH OF ASSIGNMENT**    187 Days

**QUALIFICATIONS**
- High School graduate or equivalent (GED)
- Bilingual preferred

**DEADLINE**        May 10, 2006

## APPLICATION PROCEDURE
### *IN-DISTICT APPLICANTS*
- Send a copy of the appropriate transfer form and a resume indicating the position of interest to **David Holmquist, Coordinating Principal**
- Send the original transfer form **(do not include resume or other attachments)** to Human Resources

### *OUT-OF-DISTRICT APPLICANTS*
- Click on www.aliefisd.net (click again on Human Resources and then click on Employment & Certification) to submit an online application
- Send reference letters from supervisors, transcripts and/or high school diploma, certification/licensure info, etc. to Human Resources.
- Send a resume indicating the position of interest (if multiple positions are listed on the resume, you will only be considered for the first position listed); Send the resume by **FAX to 281-561-5763, ATTN: David Holmquist**

***HIRING ADMINISTRATORS REVIEW APPLICATION DOCUMENTS AND THEN CONTACT APPLICANTS THEY WANT TO INTERVIEW.***

**ALIEF INDEPENDENT SCHOOL DISTRICT**
**P.O. BOX 68**
**ALIEF, TEXAS 77411**

**281-988-3456**    FAX:  **281-988-3455**    E-mail: **hr@aliefisd.net**

The Alief Independent School District does not discriminate on the basis of race, religion, color, national origin, sex, age, or disability in providing education or providing access to benefits of educational services, activities, programs, and employment in accordance with Title VI of the Civil Rights Act of 1964, as amended; Title IX of the Educational Amendments of 1972; Section 504 of the Rehabilitation Act of 1973, as amended; the Age Discrimination Act; and Title II of the Americans with Disabilities Act.

**4/27/06**