

FEDERAL DEPOSIT
INSURANCE CORPORATION

INSURING AMERICA'S FUTURE

QUICK LINKS FOR Bankers

SEARCH THE SITE

| DEPOSIT INSURANCE | CONSUMER PROTECTION | INDUSTRY ANALYSIS | REGULATION & EXAMINATIONS | ASSET SALES | NEWS & EVENTS |
|---|---|---|---|---|---|

Home > About FDIC > Careers at FDIC > FDIC Careers

## FDIC Careers

| • How to Apply | • Q & A | • Applicant Rights & Responsibilities | • CTAP/ICTAP | • People with Disabilities | • Veterans Em; |
|---|---|---|---|---|---|

## Current Application Status

# We have received your application for the following announcements. To view a open vacancy, please click on the "View" button to the left of the vacancy announcement number.

| ANNOUNCEMENT # | JOB TITLE | VACANCY STATUS | APPLICATION STATUS | COMMENTS | Ema |
|---|---|---|---|---|---|
| | | | Grade 05:Referred to selecting official for consideration. | No Comment | EMA |
| 2005-CHI-B0005 | Financial Institution Specialist, CG-0570-5 / 7 / 9 | Application Received | Grade 07:Referred to selecting official for consideration. | No Comment | EMA |
| | | | Grade 09:You are not eligible for consideration. | Does not meet minimum qualifications | EMA |
| 2005-CHI-B0022 | Financial Institution Specialist, CG-570-5 / 7 | Application Received | Grade 05:Application Received | No Comment | EMA |
| | | | Grade 07:You are not eligible for consideration. | You are not eligible for this job as a CTAP or CTOP candidate because the target grade of your curent position is not at the CG-12 or above. | EMA |
| | | | Grade 05:You are eligible for consideration. | We will not be filling any positions at the CG-5 level at this time. | EMA |
| 2005-CHIDEU-B0009 | Financial Institution Specialist, CG-570-5 / 7 / 9 | Application Received | Grade 07:You are not within reach to be referred. | No Comment | EMA |
| | | | Grade 09:You are eligible for | We will not be filling any positions at the CG-9 level at this time. | EMA |

*(handwritten annotations near 2005-CHI-B0005: "made it to the interview panel", "Didn't have any jobs in Gainesville Fl listed on job site")*

https://jobs1.quickhire.com/scripts/fdic.exe/runuserinfo                    12/15/2005

consideration.

View Open Announcements

**Home**  **Contact Us**  **Search**  **Help**  **SiteMap**  **Forms**
Freedom of Information Act    Website Policies    FirstGov.gov