James B. Connell

**James B. Connell**

Resume

---

SSN
U.S.A Citizenship.

**OBJECTIVE:**     A position as an accountant with the General Services Administration

### CORE COMPETENCIES

- Collection – Strong experience in liquidating commercial loans of up to $100,000,000
- Accounting – Certified Public Accountant with experience in tax, auditing, and systems
- Legal – Attorney-at-Law with experience in contracts, tax, business entities, and litigation; participated in drafting documents for a $30,000,000 leverage leaseback of offshore drilling rig with bonds issued under 1934 Merchant Marine Act
- Problem solving – Repeatedly given complex special projects which were always completed satisfactorily and on time
- I have comfortably dealt with convicted criminals and with executives of NYSE firms

### EXPERIENCE

Federal Deposit Insurance Corporation – August, 1989 to present:

A. Investigations Department of the Division of Resolution and Receiverships of FDIC:

My duties were to assist in collecting restitution orders owed to the FDIC and to receiverships managed by the FDIC. The steps used to accomplish this responsibility were:

1. Locate defendants who are obligated to pay restitution orders.
2. Develop payment plans with those defendants who are so contacted.
3. Locate assets held by defendants who cannot be reached to determine if garnishment or levy is possible.
4. Analyze transactions made by companies directly and indirectly controlled by defendant to determine if defendant is evading liability on a restitution order.
5. Analyze system for writing-off those which are not performing to establish uniform method for termination.

James B. Connell

Page 2

Accomplishments:
1. Received an award for liquidating the most restitution orders during the first six months of 2004.
2. Participated in developing uniform requirements for writing-off restitution orders.
3. Generated sufficient information from a complex series of transactions to reopen a criminal case on a defendant who seemed to control a substantial amount of funds but was not paying as required on a restitution order.


B. Analysis and Evaluation Dept. of the Division of Resolution and Receiverships of FDIC:

My duties were to assist in conforming asset valuation procedures used by the FDIC to those used in the business world. The steps used to accomplish this responsibility were:

1. Determine which business firms nationally had procedures established for valuing assets similar to those held in the receiverships managed by the FDIC.
2. Contact those firms selected to determine whether or not they would be willing to provide information relating to their valuation process.
3. Prepare a questionnaire which would generate the information required to determine what steps are used to value assets.
4. Send the questionnaire to those will to participate and personally visit with those located within the Dallas/Fort Worth metropolitan area.
5. Analyze the responses for differences to the method used by the FDIC.


Accomplishments:

1. As list of business firms which held assets similar to those in the receiverships was compiled.
2. Those firms were contacted and a list of those willing to share their valuation methods was complied.
3. The questionnaire was prepared which would provide the FDIC the information needed to analyze the systems used by others to analyze assets held by them.
4. That questionnaire was distributed to those willing to participate and some of those in the Dallas/Fort Worth metropolitan area were visited in person.

An analysis of the methods used by others and a comparison to that used by the FDIC was being completed when I was transferred to the Investigations Department to collect restitution orders.

Page 3

1329

James B. Connell

C. Budget Department of the Division of Resolutions and Receiverships of the FDIC.

Primarily, my duties were to assist in preparation of the budget for the Dallas, Texas, location of that division. The steps used to accomplish that responsibility were:

1. Met with areas to determine their needs and gave them anticipated events to enable their formulations.
2. Reviewed their responses for reasonableness.
3. Compiled that information into a budget format
4. Submitted this budget request for approval and justified amounts shown.

Accomplishments:

1. Distributed approved budget to the sight.
2. Distributed variances monthly.
3. Responded to all coding questions.
4. Processed all awards requested.


D. Claims Department of the Division of Resolutions and Receiverships of the FDIC.
Primarily, my duties were to assist in managing claims of uninsured depositors against banks which had been closed. The steps used to accomplish that responsibility were:

1. Learn the complex set of regulations which set forth the limitations of the insurance coverage provided to depositors.
2. Apply those regulations to the claims made by depositors who were shown to have uninsured deposits when banks closed.

Accomplishments:

1. Completed a basic and an advanced course in Claims and became a Claims Agent.
2. Worked as a Claims Agent at the closing of two banks after one of which an uninsured depositor with whom I had dealt wrote a letter of commendation to my supervisor about my explanations to her for which I received an award.


E. Contractor Oversight Department of the Division of Resolutions and Receiverships of the FDIC.
Primarily, my duties were to manage the performance of contractors which applied funds received from borrowers who were performing on loans placed into receiverships from closed banks. The steps used to accomplish that responsibility were:

1. Devised schedule to track all costs charged by those contractors.
2. Input all costs into schedule to collect by category those costs which were legitimately chargeable pursuant to the contract.

Page 4

James B. Connell

Accomplishments:

1. Published schedule to management showing all costs charged by contractors to enable management to monitor costs incurred by servicing contractor.

F. Asset Marketing Department of the Division of Resolutions and Receiverships of the FDIC.

Primarily, my duties were to sell assets which had been placed into receiverships managed by the FDIC from closed banks. The steps used to accomplish that responsibility were:

1. Accumulate assets into packages of assets similar in type, collateral, and geographic area.
2. Market those assets to those interested in bidding on the packages.
3. Conduct sales of assets to interested parties on a sealed bid basis.

Accomplishments

1. Completed sale of one package independently of others being offered.
2. participated in a department wide open outcry auction of over twenty packages, each of which was valujed in excess of $1 million for which I received an award for my efforts.

G. Section Chief in the Credit Department of the Division of Resolutions and Receiverships of the FDIC.

Primarily, my duties were to supervise a group of people employed to liquidate non-performing assets which had been placed into receiverships managed by the FDIC from closed banks. The steps used to accomplish that responsibility were:

1. Supervise a section of eight professionals and support staff who liquidated loans obtained from several closed banks.

Accomplishments:

1. Received a satisfactory rating on annual performance appraisal.

Page 5

1331

James B. Connell

H. Credit Department of the Division of Liquidation of the FDIC.

Primarily, my duties were to sell assets which had been placed into receivership managed by the FDIC from closed banks. The steps used to accomplish that responsibility were:

1. Contact assigned debtors from a portfolio totaling in excess of $100,000,000.00
2. Negotiate payoff arrangements.
3. Write cases to have payoff arrangements approved.

Accomplishments:

1. All cases were approved.

Pumping Systems, Inc. – June, 1987 to August, 1989:

I was Controller of the Corporation. Primarily, my duties were to manage the Accounting Department, provide in-house legal services, provide credit analysis and collection, and have the corporation comply with financing arrangements. The steps used to accomplish that responsibility were:

1. Manage the Accounting Department of three people.
2. Provide in-house legal services.
3. Have the corporation comply with all applicable tax laws.
4. Manage all banking relationships.
5. Provide credit and collection services.

Accomplishments:

1. Select, purchase, and install improved accounting software to improve the cost accounting capabilities.
2. Convert the corporation to file under a Subchapter-S basis to reduce the overall tax impact on the owner of the corporation.

Page 6

1332

James B. Connell

<u>The Western Company of North America – August, 1972 to June, 1989:</u>

I was an attorney and credit manager at the corporation. Primarily, my duties were to provide in-house legal services and act as a credit manager services for a corporation which had annual sales approaching $1 billion. The steps used to accomplish that responsibility were:

1. Review contracts and loan agreements.
2. Litigate to collect past due receivables.
3. Advise management on legal questions.
4. Make credit terms and conditions.

Accomplishments:
1. Obtained requested judgement in all litigation filed for the corporation.
2. Passed the exam to become a certified public accountant in 1973.

<u>Jerry Anderson Realty – June, 1972 to August, 1972</u>

Provided legal services to a real estate developer.

<u>Price Waterhouse & Co. – January, 1968 to June, 1972</u>

1. Provide auditing services on assigned clients including review of internal controls to verify that transactions are recorded and review accounts to ascertain that balances were fairly stated.
2. Provide tax compliance and planning services.

Accomplishments:

During this time period, I was on the staff of Price Waterhouse for a total of 24 months with the remainder of my time being spent attending law school whereat I obtained my law degree and passed the bar exam. I passed the exam to become a certified public accountant in 1973 while I was working for The Western Company of North America as was noted above.

Page 7

James B. Connell

## EDUCATION

University of Texas School of Law, Austin, Texas - 1971
Doctor of Jurisprudence

Southwestern University, Georgetown, Texas - 1968
Bachelor of Arts

Amon G. Carter-Riverside High School, Fort Worth, Texas 76111 - 1964