**Donald E. Lett.**

E-Mail: _____

Goal oriented professional with over 10 years experience in financial statement analysis and asset management. Excellent interpersonal skills and proven track record of resolving time sensitive issues. Impeccable work history as exemplified by promotions, awards and outstanding performance reviews.

**SKILLS SUMMARY**: Financial Analysis
Computer: MS Office
Loan Collections
Multi-task Oriented
Training

**EXPERIENCE:**

Federal Deposit Insurance Corporation - Dallas, TX
Division of Resolutions & Receiverships
**Receivership Resolution Specialist**, 1995 to 2005
Developed business plans and progress reports for financial institutions in receivership. Analyzed bank financial records and participated in Asset Valuation Reviews for due diligence process. Approved loan workouts, settlements, asset related expenses, and functioned as field site supervisor.

**Key Accomplishments:**
1. Transferred receivership fiduciary responsibility back to state regulators, which enabled the Corporation to resolve complicated legal issues, payoff receivership claimants, and distribute $5 million to bank shareholders.
2. Redesigned business plan model, rewrote desk procedures and developed training program for trainees. Effort resulted in more accurate business plans and standardized training procedures.
3. Coordinated training seminar for minority bankers on the process of purchasing assets from the FDIC. Effort improved work relations and increased the pool of potential asset bidders.
4. Managed receivership in Mission, Kansas with assets totaling over $240 million. Effort resulted in successful liquidation of complex commercial loans.
5. Coordinated compromise settlement campaign, which resulted in significant cash recoveries and early consolidation of the receivership in Worthington, Indiana.

**EDUCATION**

Fisk University, Nashville, Tennessee, B.S. Management

**AWARDS**

1. Corporate Success Award 2005
2. Mission Achievement Awards 2001, 2003
3. Chairman's Y2K Appreciation Award 2000
4. Special Act of Service Awards 1997, 1999, 2000

**Federal Deposit Insurance Corporation:**
**Transcript of Employee Training**        Name: LETT, DONALD EUGENE

| Course Name | Session Date | CEU | CPE |
|---|---|---|---|
| RAVEN | - | | |
| RECEIVERSHIP BENEFITS CBI TEST | 11/17/2003 - 11/21/2003 | 1.2 | |
| LOAN MANAGEMENT CBI TEST | 11/17/2003 - 11/21/2003 | 0.8 | |
| ORE MANAGEMENT CBI TEST | 11/17/2003 - 11/21/2003 | 1.2 | |
| ENVIRONMENTAL TRAINING CBI TEST | 11/11/2003 - 11/12/2003 | 0.8 | |
| LOAN SALES - ADVANCED | 11/05/2003 - 11/06/2003 | 1.6 | |
| PRE-RETIREMENT SEMINAR | 07/15/2003 - 07/17/2003 | 2 | 24 |
| CASH FLOW CONSTRUCTION & ANALYSIS - FED TAX RETURNS (FFIEC) | 06/17/2003 - 06/19/2003 | | |
| MID-CAREER RETIREMENT PLANNING (CSRS) | 01/22/2003 - 01/23/2003 | 1.2 | |
| NADL CBI TEST | 11/04/2002 - 11/08/2002 | 1 | |
| ORE MARKETING CBI TEST | 11/04/2002 - 11/08/2002 | 2 | |
| RLS (RECEIVERSHIP LIAB. SYSTEM) TRAINING | 10/15/2002 - 10/18/2002 | 0.8 | |
| LONG TERM HEALTH CARE | 08/07/2002 - 08/07/2002 | | |
| TERMINATIONS - BASIC | 05/21/2002 - 05/23/2002 | 2.4 | |
| FRANCHISE MARKETING - BASIC/INTERMEDIATE | 05/23/2001 - 05/24/2001 | | |
| OTHER ASSETS MARKETING - BASIC/INTERMEDIATE | 05/22/2001 - 05/22/2001 | | |
| LOAN SALES - BASIC/INTERMEDIATE | 05/16/2001 - 05/16/2001 | | |
| AFFORDABLE HOUSING - BASIC/INTERMEDIATE | 05/08/2001 - 05/08/2001 | | |
| SUBSIDIARIES - BASIC | 04/17/2001 - 04/19/2001 | | |
| RECEIVING EMPLOYEE PERFORMANCE EVALUATIONS | 01/23/2001 - 01/23/2001 | 0.6 | |
| NATIONAL ASSET INVENTORY SYSTEM (NAIS) | 12/07/2000 - 12/07/2000 | | |
| DRR TRAINING CONFERENCE | 10/30/2000 - 11/02/2000 | | |
| DIVERSITY AWARENESS TRAINING | 10/05/2000 - 10/05/2000 | | |
| CNS SYSTEMS FOR VIEW/READ ONLY USERS | 09/12/2000 - 09/12/2000 | | |
| EMOTIONAL INTELLIGENCE: EXCELLING UNDER PRESSURE | 02/22/2000 - 02/22/2000 | | |

| Course | Dates | Credits |
|---|---|---|
| CLAIMS - BASIC | 11/22/1999 - 11/22/1999 | |
| EDP BASIC | 11/09/1999 - 11/10/1999 | |
| POWERPOINT - BASIC 1 | 08/10/1999 - 08/10/1999 | |
| POWERPOINT - BASIC 2 | 08/10/1999 - 08/10/1999 | |
| ACCESS - INTRODUCTION | 08/03/1999 - 08/03/1999 | |
| ETHICS AWARENESS | 03/31/1999 - 03/31/1999 | |
| ASSET LOSS RESERVE | 03/25/1999 - 03/25/1999 | |
| LISTENING AND MEMORY DEVELOPMENT (USDA) | 03/24/1999 - 03/25/1999 | 1.2 |
| FDIC NEGOTIATION STRATEGIES TRAINING | 12/16/1998 - 12/17/1998 | |
| OVERSIGHT MANAGEMENT (CONTRACT) | 06/11/1998 - 06/12/1998 | 13 |
| PERFORMANCE MANAGEMENT FOR EMPLOYEES | 05/19/1998 - 05/19/1998 | |
| ASSET LOSS RESERVE | 03/25/1998 - 03/26/1998 | |
| INTRODUCTION TO EXAMINATIONS | 10/20/1997 - 11/07/1997 | |
| PERFORMANCE MANAGEMENT SKILLS | 10/23/1996 - 10/23/1996 | |
| LOTUS 123 V5.0 WINDOWS-INTERMEDIATE | 09/18/1996 - 09/18/1996 | |
| LOTUS 123 V5.0 WINDOWS-BEGINNING | 08/05/1996 - 08/05/1996 | |
| ETHICS AWARENESS | 06/18/1996 - 06/18/1996 | |
| PERFORMANCE MANAGEMENT SKILLS | 06/05/1996 - 06/06/1996 | |
| EEO FOR SUPERVISORS AND MANAGERS | 05/07/1996 - 05/08/1996 | |
| JOB SEARCH/CAREER TRANSITION | 02/20/1996 - 02/22/1996 | |
| RTC - REMATS | 10/26/1995 - 10/26/1995 | |
| INV-MT-SECURITIES MALPRACTICE | 09/28/1995 - 09/28/1995 | |
| ADV ITS TRAINING | 09/11/1995 - 09/15/1995 | |
| INV-MT-OBTAINING & PROVIDING INFORMATION | 09/06/1995 - 09/06/1995 | |
| INV-MT-BOND CLAIMS | 08/31/1995 - 08/31/1995 | |
| INV-MT-STATUTE OF LIMITATION & INFO SHARING REVIEW | 08/23/1995 - 08/23/1995 | |
| INV-MT-BANK FRAUD | 08/16/1995 - 08/16/1995 | |
| MGMT. EXCELLENCE PGM. - SUPERVISOR CORE | 08/07/1995 - 11/16/1995 | 5.5 |
| ETHICS | 08/02/1995 - 08/02/1995 | |

| | |
|---|---|
| ADV ITS TRAINING | 07/17/1995 - 07/21/1995 |
| INV-MT-ATTORNEY & APPRAISER MALPRACTICE REVIEW | 07/06/1995 - 07/06/1995 |
| BASIC ITS TRAINING | 06/19/1995 - 06/23/1995 |
| INV-MT (MANUAL TRAINING) | 06/08/1995 - 06/08/1995 |
| LEADING FOR QUALITY | 05/23/1995 - 05/25/1995 |
| QUALITY ASSURANCE | 02/28/1995 - 02/28/1995 |
| GRIEVANCE TRAINING | 12/14/1994 - 12/14/1994 |
| MULTICULTURAL AWARENESS FOR MANAGERS | 11/21/1994 - 11/22/1994 |
| QUALITY MGMT AWARENESS | 11/08/1994 - 11/08/1994 |
| ETHICS FOR SUPERVISORS AND MANAGERS | 10/06/1994 - 10/06/1994 |
| ECR TRAINING/PM | 09/20/1994 - 09/20/1994 |
| TIMETALK/PM | 08/10/1994 - 08/10/1994 |
| CNS TRAINING/PM | 05/12/1994 - 05/12/1994 |
| ORACLE | 04/12/1994 - 04/12/1994 |
| VINES SYSTEM TRNG | 10/08/1993 - 10/08/1993 |
| TEAMLEADER FOR SUPERVISORS AND MANAGERS | 09/22/1993 - 09/23/1993 |
| INTRO LOTUS | 09/20/1993 - 09/20/1993 |
| OPERATIONS' OLYMPIC | 09/01/1993 - 09/01/1993 |
| ETHICS-FILERS | 07/01/1993 - 07/01/1993 |
| PERFORMANCE APPRAISAL TRAINING | 06/15/1993 - 06/15/1993 |
| LABOR CONTRACT TRAINING | 05/26/1993 - 05/27/1993 |
| PERSONNEL MANAGEMENT FOR SUPERVISORS & MANAGERSS | 03/29/1993 - 04/01/1993 |
| EEO FOR SUPERVISORS AND MANAGERS | 12/02/1992 - 12/03/1992 |
| ADV ITS TRAINING - CORE | 10/19/1992 - 10/23/1992 |
| LABOR RELATIONS | 10/02/1992 - 10/02/1992 |
| NEGOTIATING IN A CREDIT ENVIRONMENT - OTES | 09/15/1992 - 09/16/1992 |
| TIME MANAGEMENT FOR PROFESSIONALS - OTES | 08/20/1992 - 08/20/1992 |
| LAMIS | 08/19/1992 - 08/19/1992 |
| INTRO DBASE III | 08/10/1992 - 08/10/1992 |

| Course | Dates |
|---|---|
| AIDS AWARENESS/NOON | 08/05/1992 - 08/05/1992 |
| INTERMEDIATE WORDPERFECT | 07/15/1992 - 07/15/1992 |
| INTRO LOTUS | 07/08/1992 - 07/08/1992 |
| ADV BUSINESS ANALYSIS - OTES | 04/02/1992 - 04/03/1992 |
| DOLLARS TRAINING | 03/26/1992 - 03/26/1992 |
| CREDIT NOTATION SYSTEM | 03/12/1992 - 03/12/1992 |
| HP12C PV CONCEPT - CORE | 03/11/1992 - 03/11/1992 |
| LAMIS | 01/30/1992 - 01/30/1992 |
| WORDPERFECT 5.1 | 01/08/1992 - 01/08/1992 |
| COPING WITH STRESS | 11/07/1991 - 11/08/1991 |
| WORDPERFECT 5.1 | 10/31/1991 - 10/31/1991 |
| WRITING SKILLS UPDATE FOR PROFESSIONALS | 09/11/1991 - 09/13/1991 |
| ITS TRAINING | 05/20/1991 - 05/24/1991 |
| ETHICS SEMINAR | 04/09/1991 - 04/09/1991 |
| ASSET SEARCHES | 10/22/1990 - 10/22/1990 |
| UNDERWRITING | 08/14/1989 - 08/14/1989 |
| EEO FOR SUPERVISORS | 01/17/1989 - 01/18/1989 |
| DEALING WITH THE PROBLEM EMPLOYEE | 07/18/1988 - 07/19/1988 |
| COMMUNICATIONS WORKSHOP | 10/05/1987 - 10/06/1987 |

Questions on courses, scheduling, or the accuracy of your training data?
Contact your local training administrator.

**Questions relative to this online system?**
**POC: Patricia H. White**
**Email: pwhite@fdic.gov**

# DRR Core Training Participation Report

| Supervisor | Employee Name | Franchise and Asset Marketing Courses ||||| Receivership Operations Courses |||||||| Asset Mgmt ||
| | | ORE Marketing | Loan Sales | Other Asset Marketing | Franchise Marketing | Securities Marketing | SAVE | Claims | RLS | Collateral Release | Terminations | Investigations | Settlements | NADL | Receivership Benefits | Affordable Housing | ORE Mgt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Schoppe | Bunch, Diane | C0 | Cx | | C1 | | | Cx | C1 | | I | | C1 | | C1 | C1 | |
| Schoppe | Burke, Ben | | C1 | C2 | | | | Cx | | C1 | C2 | | Cx | C2 | C2 | | |
| Schoppe | Cothran, Tom | | | C2 | C2 | | | R | | | C2 | | Cx | C2 | Cx | | |
| Schoppe | Haag, Gregory | | | | | | | Cx | C2 | | C2 | | Cx | | | | |
| Schoppe | Hall, Deborah | | | | | | | Cx | Cx | | I | | | | | | |
| Schoppe | Just, Randy | | | C1 | C2 | | R | Cx | | | C2 | C2 | | C2 | | | |
| Schoppe | Lett, Don | C2 | C1 | C1 | C1 | | | C2 | C2 | | C2 | | | C2 | | | |
| Schoppe | Metzger, Brad | | | C2 | C2 | | | C2 | | C2 | C2 | | C2 | C1 | | C1 | C1 |
| Schoppe | Miles, Teri | | | C2 | C2 | | | Cx | C1 | C2 | C2 | C1 | | | C1 | | |
| Schoppe | Taylor, Marc* | C2 | C1 | C2 | C2 | C2 | R | Cx | C0 | C2 | C1 | | C1 | C1 | C1 | | |
| Schoppe | Taylor, Randy | | | | C1 | | | Cx | C2 | | C2 | | | C1 | | C1 | |
| Schoppe | Watson, Gregory ** | | | | | | | C1 | | | | | | | | C1 | |

mplete in 2002
plete in 2001
lete in 2000
lete in 1999
sight Mgmt post 1998

E = Excused
I = Incomplete
R = Registered