```
 1              UNITED STATES DISTRICT COURT
                   DISTRICT OF COLUMBIA
 2     _____

 3     BARBARA ALLIOTA, et al.,   x
                                  :
 4              Plaintiffs,       :
          vs.                     : Civil No.
 5                                : 05-2325 (RMU)
       SHEILA C. BAIR, Chairman,  :
 6     FEDERAL DEPOSIT INSURANCE  :
       CORPORATION,               :
 7              Defendant.        x

       _____

 8

 9                         Thursday, August 9, 2007
10                         Arlington, Virginia
11     DEPOSITION OF:
12                    JOY CROSSER,
13     a witness, was called for examination by counsel
14     for the plaintiffs, pursuant to Notice and agreement
15     of the parties as to time and date, beginning at
16     approximately 10:19 o'clock, a.m., taken at the
17     Federal Deposit Insurance Corporation, 3501 Fairfax
18     Drive, 7th Floor Conference Room, Arlington,
19     Virginia 22226, before Ronnie C. Palmer, a court
20     reporter and Notary Public in and for the
21     Commonwealth of Virginia, when were present on behalf
22     of the respective parties:
```

1    types.

2              One is called student temporary

3    employment program and one is called student career

4    experience program.  If an employee is under the step

5    student career experience program, they have a

6    working agreement with the agency and their school.

7              They have to be in a degree program, and

8    they need to meet certain conditions like 640 hours

9    of work prior to receiving their degree.  And if they

10   perform satisfactorily, they meet that number of

11   hours, they can be converted to a permanent

12   appointment following graduation.

13       Q    Okay.  So, can you tell me then what the

14   so-called Corporate University is and how that works?

15       A    Well, Corporate University is a training

16   organization.  It basically used to be the Office of

17   Training and Consulting Services.  But it just was

18   renamed the Corporate University to give it a new

19   outlook as they were revising the program into

20   channels of leadership development and the focus on

21   these different areas of training employees.

22             Right now I'm probably not the best one

```
 1    to --

 2         Q     Give us what you can, and I may ask you

 3    who knows more about it.

 4         A     They have deans of Corporate University

 5    that focus on these various areas of training.  But

 6    Corporate University does not have a particular role

 7    in identifying student hires or anything like that

 8    for the FDIC.

 9         Q     Well, there is some sort of a program

10    that I have heard of.  I will ask you about it in

11    which people get hired.  They come in as a 7 or 9.

12    Then there is a line of progression.  If they get

13    their so-called commission, they get after four years

14    is my memory they get a commission and presumably can

15    do audits and other kinds of things.  Is that

16    correct?

17         A     It sounds like you're describing the

18    corporate employee program which is -- it's the new

19    process that started in 2005 for hiring examiners

20    basically into the FDIC.

21               And they are selected by the Division of

22    Supervision and Compliance.  And they come in right
```

1    now primarily at the 7 level.  They are assigned for
2    their first year in Corporate University because they
3    rotate through training in various functions of
4    Division and Supervision and Compliance both of risk
5    management and compliance which is more of a focus on
6    community reinvestment, consumer protection and civil
7    rights.  Those two areas.
8           Plus they do a 13-week training in DRR in
9    Dallas because the focus of the corporate employee
10   program was to create well-rounded employees who
11   would be able to address issues that came up in a
12   more efficient manner that might involve resolutions
13   of problem banks as well as the examination of
14   ongoing risks or compliance examinations.
15          So, they decided that since DSC was not
16   structured to manage this first-year program or where
17   the people were rotating through the various areas
18   they would have a program manager for their first
19   year only, NCU.
20          Once they complete that first year, they
21   are assigned out of CU and into the DSC field office
22   where they will continue to work.

1       Q       So, how many people were hired in '04 in

2   that program?  Can you tell?

3       A       I think in '04 was before the program

4   started.  They were still hiring just straight

5   examiners.  A lot of them they hired as students.

6       Q       How about in '05?

7       A       In '05, I'd have to look at the numbers.

8   They just started the program.  They were feeling

9   their way, and I think it took them a while to figure

10  out how they wanted to do the recruitment.

11              I know that their current target is about

12  a hundred and twenty.  But in '05, I don't know how

13  many they picked up.  It was below that I'm sure.

14      Q       Do you think it was in the 50 to a

15  hundred range?

16      A       It could have been, but I don't know how

17  high it was.

18      Q       Do you recall that there was in September

19  of '05 a request for employees to participate in

20  recruiting programs?

21      A       In September of '05?  I believe so.

22      Q       I direct your attention to something

1    called Powell Deposition 1.  That is my copy of it.

2    I don't think I have the originals.  I think the

3    court reporter still has it.

4            MR. ROSE:  I will show it to Mr. Jones

5    first.

6            BY MR. ROSE:

7    Q    If you look at the box in the left-hand

8    bottom quadrant, you will see it says a new

9    initiative or initiative.  I am not sure how it

10   describes it.  I will come over and look over your

11   shoulder.  I can point it out.

12           You see the left-hand quadrant?  A new

13   corporate employee program to encourage and reward

14   cross-divisional mobility in pursuit of experience

15   and multiple disciplines.

16   A    Yes.

17   Q    And then participants will over time

18   become the base of a smaller and more flexible

19   permanent workforce.

20   A    Yes.

21   Q    Does that describe the program you were

22   just discussing?

```
 1      A      Right.  That's where they are describing
 2   the corporate employee program.
 3      Q      And do you think in '06 they may have
 4   employed on the order of a hundred and twenty people?
 5      A      It could have been.
 6      Q      Something in that ballpark?
 7      A      Right.
 8      Q      Do you know if there was a similar goal
 9   -- is a similar goal for '07?
10      A      Yes.
11      Q      Approximately the same?
12      A      Approximately the same.
13      Q      And are most of these people recent
14   college graduates?
15      A      No.  Not all of them.
16      Q      I didn't ask for all.
17      A      I know that in -- Let's see.  In 2006,
18   part of the corporate employee program was reaching
19   out to what we call mid career hires.  We were
20   looking for experienced state examiners and other
21   federal examiners hiring at the 11 level.  These
22   would be people who --
```

```
 1        Q      Had a fair amount of experience?

 2        A      Yes.

 3        Q      So, they were both kinds of people.

 4   People coming more or less right out of school?

 5        A      Right.

 6        Q      And people in what you described as mid

 7   career?

 8        A      But the intake at the 7 level wasn't just

 9   for people coming right out of school.  There were

10   extensive recruitment among professional

11   organizations and diversity outreach.  Basically

12   looking for -- I mean there have been a lot of career

13   changers, as well.

14        Q      Sure.  Thank you.  So, the program really

15   was established in '04 but got under way primarily in

16   '05 and '06?  Is that a fair statement or primarily

17   in '05?

18        A      It started in '05.  Yes.  I think it was

19   just a concept in '04.

20        Q      In determining or let's talk about the

21   '05.  I'll call it the '04-'05 downsizing because we

22   referred mostly to '05, but much of the planning and
```

1   so forth and offers were made in '04.  Is that

2   consistent?  The buyout.

3       A       The buyout was first offered in November

4   of '04.  Yes.

5       Q       Exactly.  Right.

6       A       And the people had to commit by the

7   beginning of May of '05.  Right.

8       Q       And most of those people that accepted

9   the buyout most of them left in May but some of them

10  were allowed to continue with their special needs?

11      A       The ones who were not in organizations

12  that were subject to RIF.  If there was a need.

13  Especially in the Division of Administration, for

14  example.  I mean we needed a lot of those people to

15  continue in the functions that were supporting these

16  HR initiatives.  Yes.

17      Q       So, how wide was the buyout program offer

18  made to people in all the divisions and offices or

19  was it limited to a few?

20      A       It was to most. Most of them.  There

21  were a few carve outs.  I don't believe that -- I'd

22  have to double-check my documents again, but I don't

```
 1    believe the executive office participated.  I don't

 2    believe Corporate University participated, but it was

 3    most of the organizations.

 4         Q    Okay.  Did you play any role in deciding

 5    what the goal for DRR -- I mean the goal for

 6    reduction in DRR?

 7         A    No.

 8         Q    Who participated or who made those

 9    decisions?

10         A    It would have been the DRR management

11    together with the senior corporate managers, but it

12    would have been primarily --

13         Q    DRR, and Mr. Bovenzi, and Mr. Paul?

14         A    Yes.

15         Q    Do you have a copy of your declaration?

16         A    Yes.

17         Q    I'm sorry.  I don't have the signature

18    page here.  Do you have it?

19         A    Uh-huh.

20         Q    I'll borrow it and give it right back.  I

21    am not sure what I'm missing and what I'm not

22    missing.
```