*Plaintiffs believe that the information set forth below is accurate and consistent with the records of the Defendant FDIC.*

Sylvia Cline, born on January 10, 1933, was a Grade8 R&R Technician with more than 25 years of service. Despite her extensive training, and numerous performance awards, Defendant discharged her as part of the RIF, effective September 3, 2005. Ex 22a (awards). Prior to and since the RIF, she has been unable to secure comparable employment despite her concerted efforts. Ex 22b (job applications).

Paula J. Patterson, born on July 25, 1950, was a Grade 7 R&R Technician with seventeen years of service. Rather than accept the buy-out offer, Ms. Patterson did everything she could to preserve her employment with Defendant. She bid on several Grade 5/7 positions around the time of the RIF, but Defendant rejected her for each one, despite ample qualifications for the position. For example, she was a Grade 7 applying a Grade 5-7-9 position (2005-CHI-B0022) as a Financial Institution Specialist, but was informed that she was not eligible because the "target grade of [her] current position is not at [Grade] 12 or above" Yet, for several of the Grade 5-7-9 positions, Ms. Patterson simply received "no comment" on why she was not selected. Ex 23 (FDIC application status).

Barbara Aliotta, born on June 19, 1954, was a Grade 12 R&R Specialist with over 19 years of experience in banking, and over ten years in management. Despite her extensive training, superior qualifications, and numerous awards (Ex 16), she did not survive the RIF, and has had difficulty securing comparable employment since. Ex 17 (resume, training records, over 25 job application records)

Vincent Leal, born on October 4, 1954, was an R&R Specialist with 21 years of service. Prior to taking the buy-out, be effective Mat 13, 2005, he had already accepted a downgrade from a Grade 13 to 12. Mr. Leal was making $98,000 per year and had planned to remain at FDIC until he attained at least 29 years of service. His retirement income is now only $16,000 per year. Among the younger employees doing comparable work who survived the RIF, Leal identifies the following, including approximate age and years of service: Janice Hearn 39/15, George Fritz 40/12, Leslie Sullivan 38/15, James LaPierre 40/15, Matt Amentrot 40/18, Cherly Bates 40/15, Ken Blinson 5/20, Paulette Brooks 45/20, Susan Brown 40/12, Joe Bush 42/12, Bob Riley 45/12, Wayne Moore 42/10, Leslie Plant 40/15, Maggie Thompson 40/15, John Eveland 45/18, (Rarel Ronn) 45/12, Richard Sulman 42/15, Mike Houston 40/12, Stan Ivie 45/20, Bob Schwarlose 48/18, Wes Kilmer 45/12, Randy Taylor 42/20, Jeanne McBride 42/18.

Donald Lett, born on December 27, 1952, was an R&R Specialist with 25 years of exemplary service, and extensive training. Ex 25 (resume, list of training). Prior to accepting the buy-out, effective May 14, 2005, he was making $107,000 per year and had planned to remain at the FDIC until he had attained at least 30 years of service. He has identified the following younger (under age 45) individuals with less 10-20 years of service retained by Defendant at the time: George Fritz, Lynette Martin, Lesley Sullivan, Steve Hall, Frank Campagna, Randy Taylor, Janice Hearne. At the time of the RIF, Lett held a "temporary" Grade 13 position, along with several younger employees, who were all happen to be converted to the "permanent" positions prior to the RIF and were thereby able to survive.

Richard Mann, born on April 6, 1946, was a Grade 14 R&R Specialist with 28 years of service. He was earning 115,115.40 per year and had planned to remain at the FDIC until he had attained at least 30 years of service. Instead, he accepted the buy-out, effective April 30, 2005, and only makes $42,000 per year. He has identified the following younger individuals (approximate age/years of service) who survived the RIF: George Fritz 43/23, Frank Campagna 45/20, Janice Hearne 40/15, Lesley Sullivan 38/15, Kathy Swanson 36/15, Randy Taylor 47/20 .

La Margo Brown, born on October 15, 1951, was a Grade 6 Secretary with 20 years of exemplary service. Ex. 18. She was making $42,325/year, and had planned to work with the FDIC for at least an additional ten years. Instead, Ms. Brown accepted the buy-out, and her retirement income is now only $7,404 per year.

James"Jim" McAnally, born on March 28, 1940, was a Grade 14 R&R Specialist with 18 years of service. He was making $124,000 per year and had planned to remain at the FDIC until he had attained at least 25 years of service. Instead, he accepted the buy-out, effective May 14, 2005, and earns a retirement income of only $22,000 per year. He has indentified the following younger individuals who survived the RIF: Bill Allen, Billy LaSalle, and George Fritz.

James ("Jim") B. Connell, born on June 27, 1946, was a Grade 13 R&R Specialist with 14 years of exemplary service. Ex. 24. At the time he was making $97,633.34 per year, and had planned to remain at the FDIC until he had attained at least 22 years of service. Instead, he accepted the buy-out, ending his employment effective May 14, 2005, and receives no retirement income.

Kerry Williams, born on August 1, 1941, was a Grade 12 R&R Specialist with 16 years of service. He was making $98,316 per year and had planned to work at the FDIC for at least an until he had attained 25 years of service. Instead, he accepted buy-out, effective May 14, 2005, and receives only $11,678.69 per year in retirement income.