UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BARBARA ALIOTTA, et al and Others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>SHEILA BAIR, CHAIRMAN, Federal Deposit Insurance Corporation (FDIC),<br><br>    Defendant. | )<br>)<br>)<br>)<br>) Case Number 1: 05CV02325<br>) Class Action<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**Plaintiffs List of Additional Exhibits In Support
of Their Motion for Summary Judgment**

14 -   Fourth Quarter 2004 Report to the Directors from Steve App, CFO and Director of Finance Fred Selby

15 -   Fourth Quarter 2005 Report to the Directors from Steve App, CFO and Director of Finance Fred Selby

16 -   Barbara Aliotta - Sample awards

17-    Barbara Aliotta - Resume, training records, over 25 job application records

18 -   LaMargo Brown resume

19 -   RIF Related Separations of DRR Permanent Employees By Age 50, Age 40-49 and Under 40

20 -   Financial Data from FDIC website

21 -   Declaration of Bruce Brown

22 -   Sylvia Cline
       a - List of awards
       b - Record of job applications

23 -   Paula Patterson FDIC job application status

24 -   James Connell resume

25 -   Donald Lett's resume, sample training records

26 -   Deposition of Joan Crosser (excerpts)

27 -   Information about selected Plaintiffs (taken from previously filed declarations and documents produced to Defendant)