UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BARBARA ALIOTTA, et al, and others )
similarly situated, )
)
Plaintiffs, )
) Case Number 1: 05CV02325
v. )
) Declaration of Plaintiff Bruce Brown
SHEILA BAIR, CHAIRMAN, )
FEDERAL DEPOSIT INSURANCE )
CORPORATION ("FDIC"), )
)
Defendant. )

I, Bruce Brown, hereby declare as follows:

1. I am a plaintiff in the above-referenced matter. I have personal knowledge of the facts set forth herein, and, if called upon to do so, I could and would testify competently thereto.

2. I was born on January 26, 1951. I was employed by the FDIC from January 28, 1976 to April 01, 2006. In 2004 my position with FDIC was Executive Assistant to the Director, and my gross annual salary income from FDIC was $ 174,828.00 per year. My employment with the FDIC ended on April 01, 2006. At the time my employment ended, my gross annual salary income from FDIC was $ 178,546.00.

3. When I learned that the FDIC was offering a buyout, I was initially not inclined to accept it because I wanted to continue to work for FDIC. At the time I accepted the buyout, FDIC had just withdrew an available Executive position from their previously published downsized organizational chart, thereby greatly decreasing my chances of being retained after the buyout offer closed even

more. Therefore, I accepted the buyout offer in order to avoid being terminated and losing the additional money then being offered through accepting the buyout in lieu of attempting to be retained. Based on interoffice memos I read, I believed that a Reduction in Force within DRR sometime during 2005 was imminent and I knew that the number of positions in the Division of Resolutions and Receiverships was going to be reduced to less than half of its numbers and therefore this fact combined with the arbitrary elimination of a previously available Executive position at the last minute resulted in making my chances of retaining my employment with FDIC very small.

4. I had intended to work for FDIC until I attained at least forty years of service. My retirement income would be significantly more if I could have worked for FDIC for at least forty years. Now my retirement income from FDIC is just $78,789.00 a year.

I declare under penalty of perjury, 28 U.S.C. 1746, that the foregoing is true and correct based upon my information and belief.

Executed this 11th day of March 2008.

*/s/ Bruce Brown*
Bruce Brown