Errata Sheet for Corrected Reply Memo in Support of P's
Motion for Partial SJ, As Corrected

Table of Contents: Seeberhagen should be Seberhagen (under Facts, No. 6)

Table of Contents, i: 2. The 2005 Downsizing Plan moved from page 2 to page 3

Table of Authorities, ii: removed 29 C.F.R. §§ 1625.29

Table of Authorities, ii: 29 C.F.R. §§ 1625.7(d) moved from page 19 to 18

Table of Authorities, iii: *Dukes* moved from page 22 to 21

Table of Authorities, iv: *Hemmings* moved from page 22 to 21

Table of Authorities, iv: *Palmer* moved from page 22 to 21

Table of Authorities, v: *Smith* on page 18 and 19

p. 1: changed 1st paragraph under 1.  The Headcount...

p. 2: line 6, graph 1 - Defendant's should be Defendants (no apostrophe)

No. 2 "The 2005 Re-Organizaion Plan" should be "The 2005 Re-Organiza(t)ion Plan"

p. 2, line 8: changed University to Employee Program and put the in front of Corporate

p. 2, line 20: changed University to Employee Program and put the in front of Corporate

p. 2, line 21: removed trainees who would and replaced with to

p. 3, line 2 "Seeberhagen" should be "Seberhagen"

1st full paragraph, line 6: "increased in the need for DRR functions" should be "increased the need for DRR functions"

last paragraph, 1st line: "the seniority rights on a mandatory RIF" should be "the seniority rights in a mandatory RIF"

p. 3, line 19: moved sentence Only 56... up to line 18 after 7.

p. 6: 2nd full paragraph under 5. Corporate University Hires reworded

p. 6: line 1 - "Seeberhegan" should be "Seberhagen"

No. 6: "The Seeberhagen Report" should be "The Seberhagen Report"

p. 6: line 8 - Corporate U to Corporate University

p. 6: Line 19 - include "both the **codes for** involuntary..., and **the** codes...."

p. 7, line 4: "Dr. Jennerett" should be "Dr. Jeanneret"

2nd bullet point, 1st line: "The adverse impact on employees over 50 **obtains (?)** with almost equal force in DRR alone."  Should be "employees over 50 **applies (?)**

P. 8, 2nd bullet point, line 5: "63 of the new hires competitive career ..." should be "63 of the new hires **were selected under** competitive career and _____ career conditions ..."

Line 7, "there were 59 new hires at the Grade 7 level given to trainees" should be "there were 59 new hires at the Grade 7 level given positions as trainees (?) ..."

P. 9, line 2: "there appears to be no material disputes" should be "there appear to be no material disputes"

p. 9: line 11: __ F.3d __, 2008

p. 11, section 1, line 1: "Statistical analyses have served and will continue proving an important to serve an important role ..." should be "will continue proving to serve an important role ..."

2nd full paragraph: "As Court of Appeals ..." should be "As **the** Court of Appeals ..."

p. 11: footnote - cf to c.f.

p. 11: footnote - removed * from 530

p. 13, paragraph 1, last line: "plaintiffs opposition" should be "plaintiffs' opposition"

paragraph 2, line 2: "... states that a Plaintiffs rely on ..." should be " ... states that Plaintiffs rely on ..."

2nd paragraph, there is line jump from 2nd to last to last line

p. 13, line 14: connected paragraph over...50 lost...

p. 14, fn 5 - Dr. Jenerette should be "Dr. Jeanneret"

p. 15, 1st full paragraph, line 2: "leave him in a worse position ..." should be "leave **them** in a worse position ..."

p. 16, line 9: removed * from 978

p. 16, line 21: removed + after 50% and changed to 50% pluse

P. 17: last paragraph, 1st line: " ... faced with the reality that the would lose their positions ..." should be "" ... faced with the reality that the(y) would lose their positions ..."

Last line, same final paragraph, " ... surviving as employee ..." should be " ... surviving as employee(s) ..."

P. 19, fn 8, line 2: " ... rebut plaintiffs showing ..." should be "rebut plaintiffs(') showing ..."

Same line of same fn, " ... demonstrating the that downsizing ..." should be " ... demonstrating that the downsizing ..."

p. 20, line 19: added , after Treasury and . after 4

P. 20, last paragraph, 2nd line: " ... the opinion recites that fact that the ..." should be " ... the opinion recites **the** fact that the ..."

P. 22: 2nd paragraph, last line: " ... without redaction in grade available ..." should be " .. without reduction in grade available ..."

Last sentence, last paragraph - "Such a statement is not from a business or governmental employees..." should be "Such a statement is not rational from a business or governmental employer."

p. 22, line 10: changed "Corporate U" to Corporate University

P. 23 - Conclusion - " ... this Court should grant plaintiffs motion ..." should be " ... this Court should grant plaintiffs (') motion ..."