# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA ALIOTTA, et al and Others similarly situated, )<br><br>Plaintiffs, )<br><br>v. )<br><br>SHEILA BAIR, CHAIRMAN, Federal Deposit Insurance Corporation (FDIC), )<br><br>Defendant. ) | Case Number 1: 05CV02325<br>Class Action |

## Plaintiffs List of Additional Exhibits In Support of Their Motion for Summary Judgment

14 -  Fourth Quarter 2004 Report to the Directors from Steve App, CFO and Director of Finance Fred Selby

15 -  Fourth Quarter 2005 Report to the Directors from Steve App, CFO and Director of Finance Fred Selby

16 -  Barbara Aliotta - Sample awards

17-  Barbara Aliotta - Resume, training records, over 25 job application records

18 -  LaMargo Brown resume

19 -  RIF Related Separations of DRR Permanent Employees By Age 50, Age 40-49 and Under 40

20 -  Financial Data from FDIC website

1

21 -   Declaration of Bruce Brown

22 -   Sylvia Cline
      a - List of awards
      b - Record of job applications

23 -   Paula Patterson FDIC job application status

24 -   James Connell resume

25 -   Donald Lett's resume, sample training records

26 -   Deposition of Joan Crosser (excerpts)

27 -   Information about selected Plaintiffs (taken from previously filed declarations and documents produced to Defendant)

28 -   Declaration of Gregory Haag