UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA ALIOTTA, et al, and others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SHEILA BAIR, CHAIRMAN, FEDERAL DEPOSIT INSURANCE CORPORATION ("FDIC"), <br><br> Defendant. | Case Number 1: 05CV02325 <br><br> Declaration of Gregory Haag |

**DECLARATION**

I, Gregory Haag, hereby declare under penalty of perjury, 28 U. S.C. 1746, that the following is true and correct based upon my information and belief:

1. I am a plaintiff in the above-referenced matter. I have personal knowledge of the facts set forth herein, and, if called upon to do so, I could and would testify competently thereto.

2. I was born on November 23, 1949, and began working the FDIC on April 21, 1986.

3. Under both the FERS and the CSRS retirement systems, federal employees qualify for retirement benefits based on a combination of age and years of service.

4. For employees who have less than a combination of 55 years of age and 30 years of service, there is a strong incentive to keep working under the Federal Employees Retirement System (FERS) because each year of work brings both an additional base amount of retirement benefit and a smaller penalty for retiring before age 62.

1

5. As of May 1, 2005, I had worked for the FDIC for 19 years, and had last served as a Resolutions and Receiverships Specialist. On that date, I was reduced to a lower-graded position which I had previously accepted, moving from a Grade 13 Resolutions and Receiverships Specialist to a Grade 12 Associate Financial Institution Specialist position. In connection with accepting the new position, I also agreed to relocate to Lexington, Kentucky. I accepted the new position and agreed to relocate in order to avoid the RIF in the Dallas office.

6. As of June 30, 2006, I had only attained 18 years of accredited federal service for retirement purposes. Therefore, my base benefit under FERS would have been 18% of the average of my highest three salary years (2002 through 2004), which was approximately $105,787.

7. I had less than thirty years of service, so I would have incurred an early retirement penalty of 5% for each year I was younger than of 62 years of age (an approximate 35% reduction). Also, at age 62, the benefit is increased to 1.1 percent for each year of accredited service, from 1.0 percent for each year of accredited service for those retiring before age 62.

8. Accordingly, my annual retirement benefit would have been approximately $12,377, or 10.7% of my annual salary as of April 30, 2005, if I had retired.

9. However, if I continued to work for another seven years, my retirement benefit would have more than doubled (to 27.5% of my average high three salary years).

Executed this 25th day of March 2008.

_____
Gregory Haag