**EXHIBIT 42**
**ALIOTTA v. BAIR**
**NO. 05-2325-RMU**

| | |
|---|---|
| Seegers, James W. | |
| **From:** | Plant, Leslie |
| **Sent:** | Thursday, October 21, 2004 9:56 AM |
| **To:** | Ivie, Stan; Seegers, James W. |
| **Cc:** | Green, Penny L. |
| **Subject:** | FW: FERS MRA + 10 |

Here is a quick glance at the population of those individuals (Dallas) that reach MRA and have more than 10 and less than 20 years (FERS) as of 12/31/05. There are a few anomalies but the number is close. This assumes separation at 12/31/05 and obviously all 116 would not be affected. Just more information!

-----Original Message-----
**From:** Green, Penny L.
**Sent:** Wednesday, October 20, 2004 2:46 PM
**To:** Plant, Leslie
**Subject:** FERS MRA + 10

FYI - I have compiled the list of DRR - Dallas employees covered by FERS who have reached their MRA (or older), but have less than 20 years in FERS. Of the 118 on the list who reached their MRA, only 2 people (Philip Thomas and BJ Roark) have less than 10 years in FERS. So, 116 will be separated with an immediate (but reduced) annuity. BJ does not have status and is on a time-limited appointment, so she is *not* entitled to severance.

*Penny Green*
*972-761-8605*
*Personnel Administration*
*Division of Resolutions & Receiverships*


PLAINTIFF'S DEPOSITION EXHIBIT 3

AL-DRR-00570

**EXHIBIT 42
ALIOTTA v. BAIR
NO. 05-2325-RMU**

1

1           UNITED STATES DISTRICT COURT FOR

2               DISTRICT OF COLUMBIA

3  _____

4  BARBARA ALLIOTA, et al.,    x

5              Plaintiffs,   : Civil Action

6      vs.                    : Number: 1:05 CV02325

7  SHEILA C. BAIR, F.D.I.C.,  : (RMU)

8              Defendant.    x

9  _____

10                            Washington, D.C.

11                            Thursday, August 23, 2007

12  VIDEOTAPED DEPOSITION OF:

13                  JOHN BOVENZI,

14  a witness, in the above-entitled action, was called for

15  examination by counsel for the plaintiffs, pursuant to

16  Notice and agreement of the parties as to time and date,

17  taken the F.D.I.C., 550 17th Street, Office of the

18  General Counsel, Northwest, Room 6215, Washington, D.C.,

19  commencing at approximately 2:03 o'clock, p.m., before

20  A. Richard Obester, court reporter and Notary Public in

21  and for the District of Columbia, when were present on

22  behalf of the respective parties:

1       A. FDIC would have had its employees' names,

2  titles, grade levels and would have had information on

3  the retirement eligibility dates, date of employment,

4  etc.

5       Q. Do you know what SCR means?

6       A. That could be the job series.

7       Q. I was thinking of job description but it

8  didn't sound right. Do you know who the head of what we

9  call nowadays HR, Human Resources, we used to call it

10 personnel some years ago, in Dallas is or was in 2005?

11      A. Probably it is the head of Dallas region

12 administrative office. For a number of years that was

13 Ken Gorham. It is possible.

14      Q. It says personnel administration within

15 DRR.

16      A. I don't recall.

17      MR. ROSE:    Would you mark this as Exhibit

18 3?

19                  (Plaintiffs Exhibit 3

20                  marked for identification

21                  and attached to the court

22                  copy of this deposition.)

EXHIBIT 42
ALIOTTA v. BAIR
NO. 05-2325-RMU

32

```
 1            BY MR. ROSE:
 2            Q. I will show you a document that does have
 3   Bates stamp numbers on it and I will hand it to your
 4   counsel.  That is an e-mail I believe.  Do you know who
 5   Mr. James Seegers is?
 6            A. Yes.
 7            Q. What is his position?
 8            A. I don't know his position title but he
 9   works in the administrative area of the division of
10   Resolutions and Receivership in the Washington office.
11            Q. Do you know who Stan Ivie is?
12            A. Yes.
13            Q. Is he in Dallas?
14            A. He is the regional director of
15   Supervision in Dallas, currently on detail to San
16   Francisco, but for a number of years had worked in the
17   division of Resolution and Receivership.
18            Q. Do you know when he moved from DRR?
19            A. Offhand I don't recall.
20            Q. Is it likely that in October of 2004 he
21   was still in DRR?
22            A. It is very possible.
```

1    Q. Were you aware of lists of this kind?

2    A. I have not seen the list that you are

3 referring to here. And as far as I know we have not

4 received it. It appears to be a list of 118 people who

5 reached their MRA or older. So I don't have the list

6 for you. I don't know where it is.

7    Q. Was that kind of information obtained by

8 DRR and other parts of the agency in the fall of 2004?

9    A. The kind of information you are referring

10 to is various minimum retirement ages?

11    Q. Exactly.

12    A. I don't know what was collected at

13 various dates. It would have been an analysis of how

14 many people would be expected to take buyouts so that

15 one could assess what the overall cost would be in

16 buyouts and how many people would leave at the minimum

17 retirement age and factors like that can reflect those

18 likelihood's. There could have been information in that

19 context.

20    Q. On the second page of this document there

21 is reference to you at the top. It says COO Bovenzi

22 recently released his third workforce planning message