**EXHIBIT 43**  **ALIOTTA v. BAIR**  **NO. 05-2325-RMU**

OPA

OPA Sitemap  OPA Home  Search FDICnet  Home

| Table of Contents | FDIC NEWS Archive | OPA Home | FDIC Consumer News |

# Corporate Recruitment Program Launched with Training Sessions

*FDIC recruiters gather in Washington and Dallas for guidance on new program.*

By Ivy Hungerford, Division of Administration

Even during periods of downsizing, a forward-looking organization must develop and pursue a recruitment program to meet short- and long-term staffing needs. This was the message communicated to 79 FDIC employees at two recent Corporate Recruiter Training sessions.

Photo:
New corporate recruiters take a break from their training at Virginia Square to show off their new FDIC shirts.

Photo:
New corporate recruiters take a break from their training in Dallas to show off their new FDIC shirts.

Session participants included 53 Corporate Recruiters (the FDIC no longer has a Minority Recruitment Task Force), eight Regional Recruitment Coordinators and eight Regional Personnel Officers attending one of two training sessions held January 15-18 in Dallas and January 29-31 at Virginia Square.

Senior Division of Administration (DOA) staff joined Division of Supervision (DOS) and Division of Compliance and Consumer Affairs (DCA) leaders in emphasizing the need for the FDIC to continue to have a viable recruiting program in place for the future, even though a hiring freeze is in place at present.

Cindy Medlock, DOA Associate Director and Vanessa Singleton, Assistant Director, Recruitment and Special Projects Section, kicked off the training at the Virginia Square Session, with Singleton also kicking off the training for DOA in Dallas. Also on the agenda in Dallas were John Carter, DOS-Dallas Regional Director, and Lawrence (L. Ray) Jackson, DOS-Atlanta Deputy Regional Director, each addressing "Recruiting from a Management Perspective." At Virginia Square, Simona Frank, DOS Associate Director, and Joan Faith, DCA Chief, Management Resources, emphasized the long-range goals of the program.

Several college recruiters and placement specialists joined panel discussions to share their perspectives for successful FDIC on-campus recruiting. Daniel Nagy, Associate Dean of the Fuqua School of Business at Duke University presented the training. Panelist William Carson, Morgan State University, and Linda LeNoir, University of Maryland, spoke at Virginia Square. The Dallas panel featured James Bexley, Sam Houston State University, and J. E. Pennywell, Prairie View A&M University.

All speakers emphasized the need for any organization, even if it is not currently hiring, to maintain a presence on college campuses, cultivating relationships with deans, faculty, advisors, and career service personnel. Trainees were also told of the need to maintain relationships with key constituents at national and local outreach events, to promote continuing awareness of the FDIC among students and other potential employees as an "employer of choice."

At both sessions, the recruiters discussed staffing goals, hiring qualifications and procedures, student employment programs, and benefits. Numerous breakout sessions throughout the training provided opportunities for recruiters to share experiences and identify future recruitment strategies for success in the employment marketplace.

An essential recruitment strategy has been for the FDIC to move from a largely decentralized recruitment effort to a centralized program coordinated across all divisions, Corporation-wide. A central element of the new program has been the development of a corporate "brand," a feature of which is the recruiting slogan: "Symbol Of Trust — Careers That Count." "Brand" materials — brochures, signs, posters and souvenirs featuring the slogan and FDIC colors (dark blue and gold) — are available for display at career fairs and recruiting events. These coordinated display materials, session attendees were told, are a key to establishing a favorable FDIC

corporate identity with potential employees.

Each recruiter has been assigned key schools where he/she will serve as an "ambassador," developing relationships and strategies to represent the FDIC at career fairs and participating in outreach events. DOA Regional Recruitment Coordinators will assist recruiters in each region.

FDIC leaders have expressed confidence in the new recruiting program. "This effort has the strong support of senior management," said Medlock. "The full coordination and open communication shared among supervisors, program managers, corporate recruitment staff, regional recruitment coordinators, and our corporate recruiters will add up to a successful FDIC recruiting program, now and in the future."

Return to Top                    ###

Last Updated: 03/29/2002       Search FDICnet | Home       communications@fdic.gov