UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BARBARA ALIOTTA, et al** )<br>)<br>  Plaintiffs, )<br>)<br>  v. )<br>)<br>**SHEILA C. BAIR,** )<br>**Chairman,** )<br>**Federal Deposit Insurance Corporation,** )<br>)<br>  Defendant. )<br>) | Case No. 1:05-cv-02325-RMU |

## DEFENDANT'S NOTICE OF AMENDED FILINGS

In order to correct Defendant's prior responses to certain assertions concerning FDIC-wide employee counts that were made by Plaintiffs in connection with Plaintiffs' pending motion for partial summary judgment on liability, Defendant is filing the following attached documents:

1. Amendment to Defendant's Response to Plaintiffs' Statement of Undisputed Facts in Support of its Motion for Partial Summary Judgment on Liability.

2. Amendment to Second Declaration of Lester Bodian.

Respectfully submitted,

*/s/ William S. Jones*

William S. Jones
Georgia Bar No. 404288
Counsel, Legal Division
Federal Deposit Insurance Corporation
3501 N. Fairfax Drive (VS-E6006)
Arlington, VA 22226
(703) 562-2362
(703) 562-2482 (Fax)

2

        Stephen J. Kessler
        D.C. Bar No. 382427
        Counsel, Legal Division
        Federal Deposit Insurance Corporation
        3501 N. Fairfax Drive (VS-E6014)
        Arlington, VA 22226
        (703) 562-2311
        (703) 562-2482 (Fax)

        Attorneys for Defendant

Dated: May 5, 2008