UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **BARBARA ALIOTTA, et al** )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>**SHEILA C. BAIR,** )<br>**Chairman,** )<br>**Federal Deposit Insurance Corporation,** )<br>)<br>Defendant. )<br>) | Case No. 1:05-cv-02325-RMU |

AMENDMENT TO
DEFENDANT'S RESPONSE TO PLAINTIFFS' STATEMENT
OF UNDISPUTED FACTS IN SUPPORT OF ITS MOTION FOR
<u>PARTIAL SUMMARY JUDGMENT ON LIABILITY</u>

Pursuant to Fed. R. Civ. P. 56(c) and Local Rule 7(h), Defendant Shelia C. Bair, in her official capacity as Chairman of the Federal Deposit Insurance Corporation ("FDIC"), hereby amends Defendant's response nos. 9-10 and 14-15 to Plaintiffs' Statement of Undisputed Facts in Support of its [sic] Motion for Summary Judgment on Liability, as follows:

**Plaintiffs' Statement No. 9:** On Jan. 1, 2005, the Defendant FDIC employed 4,726 employees who had "Career Appointments," that is, appointments in Appointment Codes 1 & 2.

**Response No. 9:** Disputed. On January 1, 2005, the FDIC employed 4,765 employees who had appointments under Appointment Codes 01 and 02. Amendment to Second Declaration of Lester Bodian filed on May 5, 2008 (Am. to 2nd Bodian Decl.) at ¶ 6. In addition, on January 1,

2005, the FDIC employed 391 employees who had appointments under Appointment Codes 06 and 07, who were also permanent employees considered to have "career appointments." *Id.* In sum, as of January 1, 2005, there were 5156 permanent employees at the FDIC with Appointment Codes 01, 02, 06 and 07. *Id.*

> **Plaintiffs' Statement No. 10:** Of the 4,726 employees in the Defendant who held "Career Appointments" as of Jan. 1, 2005, 2,847 were under the age of 50, and 1,879 were over that age.

**Response No. 10:** Disputed. Of the 4,765 FDIC employees who were employed under Appointment Codes 01 and 02 on January 1, 2005, 3,023 (63%) were under the age of 50, and 1,742 (37%) were age 50 and older. Am. to 2nd Bodian Decl. at ¶ 6. In addition, of the 391 FDIC employees who were employed under Appointment Codes 06 and 07 on January 1, 2005 (who were also permanent employees considered to have "career appointments"), 199 (51%) were under the age of 50, and 192 (49%) were age 50 and older. *Id.* In sum, as of January 1, 2005, there were 5,156 permanent employees at the FDIC with Appointment Codes 01, 02, 06 and 07, of whom 3,222 employees (62%) were under the age of 50 and 1,934 employees (38%) were age 50 or over. *Id.*

> **Plaintiffs' Statement No. 14:** Of those career employees employed on Jan. 1, 2005, 2,847 were under the age of 50 and 1,879 were over that age. Accordingly, about 60% of the career employees of FDIC were under the age of 50, and about 40% were over the age of 50.

**Response No. 14:** Disputed. *See* Response No. 10 above.

**Plaintiffs' Statement No. 15:** On Dec. 31, 2005, the Defendant employed 4,138 employees who held Career appointments, of whom 2,629, or about 64%, were under the age of 50, and 1,686, or about 36% were over that age.

**Response No. 15:** Disputed. On December 31, 2005, the FDIC employed 4,163 employees who were employed under Appointment Codes 01 and 02, of whom 2,618, or about 63%, were under age 50, and 1,545, or about 37%, were age 50 or older. Am. to 2nd Bodian Decl. at ¶ 7. In addition, on December 31, 2005, the FDIC employed 283 employees who were employed under Appointment Codes 06 and 07 (who were also permanent employees considered to have "career appointments"), of whom 99, or about 35%, were under the age of 50, and 184, or about 65%, were age 50 and older. *Id.* In sum, as of December 31, 2005, there were 4,446 permanent employees at the FDIC with Appointment Codes 01, 02, 06 and 07, of whom 2,717 employees (61%) were under the age of 50 and 1,729 employees (39%) were age 50 or over. *Id.*

Respectfully submitted,

*/s/ William S. Jones*
_____
William S. Jones
Georgia Bar No. 404288
Counsel, Legal Division
Federal Deposit Insurance Corporation
3501 N. Fairfax Drive (VS-E6006)
Arlington, VA 22226
(703) 562-2362
(703) 562-2482 (Fax)


Stephen J. Kessler
D.C. Bar No. 382427
Counsel, Legal Division
Federal Deposit Insurance Corporation
3501 N. Fairfax Drive (VS-E6014)
Arlington, VA 22226

        (703) 562-2311  
        (703) 562-2482 (Fax)

        Attorneys for Defendant

Dated: May 5, 2008