UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BARBARA ALIOTTA, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No. 1:05-cv-02325-RMU |
| ) | |
| **SHEILA C. BAIR,** ) | |
| **Chairman,** ) | |
| **Federal Deposit Insurance Corporation,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

### AMENDMENT TO SECOND DECLARATON OF LESTER BODIAN

I, Lester Bodian, reaffirm my second declaration signed on March 6, 2008, and filed in this matter on March 7, 2008 as ECF Document 46-4, with the exception of paragraphs 6 and 7, which I hereby amend by declaring as follows:

6. I captured data from PERHIS showing, as of January 1, 2005, a total number of 4765 permanent employees at the FDIC with Appointment Codes 01 and 02, of whom 3023 employees (63%) were under the age of 50 and 1742 employees (37%) were age 50 or over as of January 1, 2005. In addition, as of January 1, 2005, there were an additional 391 permanent employees at the FDIC with Appointment Codes 06 and 07, of whom 199 employees (51%) were under the age of 50 and 192 employees (49%) were age 50 or over. In sum, as of January 1, 2005, there were 5156 permanent employees at the FDIC with Appointment Codes 01, 02, 06 and 07, of whom 3222 employees (62%) were under the age of 50 and 1934 employees (38%) were age 50 or over.

7. I captured the same data from PERHIS set forth in Paragraph 6 above, as of December 31, 2005. The results show a total number of 4163 permanent FDIC employees with

Appointment Codes 01 and 02, of whom 2618 employees (63%) were under the age of 50 and 1545 employees (37%) were age 50 or over as of December 31, 2005. In addition, as of December 31, 2005, there were an additional 283 permanent employees at the FDIC with Appointment Codes 06 and 07, of whom 99 employees (35%) were under the age of 50 and 184 employees (65%) were age 50 or over. In sum, as of December 31, 2005, there were 4446 permanent employees at the FDIC with Appointment Codes 01, 02, 06 and 07, of whom 2717 employees (61%) were under the age of 50 and 1729 employees (39%) were age 50 or over.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: 5/5/2005

Lester Bodian