UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BARBARA ALIOTTA, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:05-cv-02325-RMU |
| | ) | |
| SHEILA C. BLAIR, | ) | |
| Chairman, | ) | |
| Federal Deposit Insurance Corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**DECLARATION OF LANCE SEBERHAGEN**

I, Lance Seberhagen, 9021 Trailridge Court, Vienna, Virginia 22182, am submitting this declaration at the request of the law firm of Rose & Rose, P.C., attorneys for the plaintiffs.

1.   I have a Ph.D. degree in industrial and organizational psychology and have been retained by David Rose, Rose & Rose, P.C., to analyze statistical data, regarding FDIC employment.

2.   The FDIC provided an electronic file to Mr. Rose, containing all personnel transactions (or "actions") during calendar year 2005.  Mr. Rose gave me a copy of this file to use as the basis for my statistical analyses of FDIC employment.

3.   Earlier this month, David Rose, Rose & Rose, P.C., asked me to review the Amendment to Second Declaration of Lester Bodian, dated May 5, 2008.  Dr. Bodian (Ph.D. in industrial/organizational psychology) is a Personnel

1

Systems Specialist employed by the FDIC.  In particular, Mr. Rose asked me to review the number of permanent employees by age (under 50, 50-up, and total) in the total FDIC as of January 1, 2005, and December 31, 2005.  Dr. Bodian's declaration provided separate figures for employees in (1) appointment codes 01 and 02, (2) appointment codes 06 and 07, and (3) appointment codes 01, 02, 06, and 07, as shown in Table 1 and Table 2 of Exhibit 1.

4.    Employees with appointment codes 01 and 02 are "career" employees in the Competitive Service at FDIC.  Employees with appointment codes 06 and 07 are "permanent" employees in the Excepted Service at FDIC. Employees with appointment codes 01, 02, 06, and 07 are all "permanent" employees at FDIC.

5.    In response to Mr. Rose's request, I re-calculated the employment totals for the total FDIC corresponding to the employee groupings in Dr. Bodian's Amended Second Declaration.  My initial totals were very close to those of Dr. Bodian, differing only by four employees on January 1, 2005, and five employees on December 31, 2005, as shown in Table 3 and Table 4 of Exhibit 1.

6.    After further review, I discovered that I had mistakenly included "new hires" (i.e., employees hired during 2005) in my employment totals for January 1, 2005, as shown in Table 3 of Exhibit 1.  However, my incorrect figures for January 1, 2005, (including 2005 new hires) were almost the same as those in Dr. Bodian's Amended Second Declaration, as shown in Table 1 of Exhibit 1. Therefore, I believe that Dr. Bodian's employment totals for January 1, 2005,

may have mistakenly included employees hired during 2005 and that this error probably accounts for most of the differences between FDIC's employment totals and mine for January 1, 2005.

7.   The employment totals that I found for total FDIC employees in appointment codes 01, 02, 06, and 07, as of December 31, 2005, were essentially the same as those contained in Dr. Bodian's amended declaration, as shown in Table 2 and Table 4 of Exhibit 1.

8.   In the course of re-checking my database against FDIC's employment figures, I found six additional employees in appointment codes 1 and 2, and five additional employees in appointment codes 1, 2, 6, and 7, who were employed by in the total FDIC on January 1, 2005.  These employees were not included in the impact analysis shown in Tables 12 and 13 of my report dated January 28, 2008.  Accordingly, Mr. Rose asked me to update my impact analysis to include these additional employees.

9.   Mr. Rose also asked me to calculate impact with age based on January 1, 2005, as well as September 30, 2005.  My report of January 28, 2008, calculated impact with age based only on September 30, 2005.

10.  My revised impact analysis for total FDIC is shown in Exhibit 2 of this Declaration.

11. Table 1 of Exhibit 2 shows the number of permanent employees in the total FDIC on January 1, 2005, by age (under 50 vs. 50-up), with age based on January 1, 2005.   Table 1 of Exhibit 2 also shows the number of RIF-related separations that occurred during 2005.  Table 2 of Exhibit 2 shows the impact of

RIF-related separations by age, with age based on January 1, 2005. As shown in Table 2 of Exhibit 2, the RIF-related conduct of FDIC had a significant adverse discriminatory impact against employees in the 50-up age group.

12. Table 3 of Exhibit 2 shows the number of permanent employees in the total FDIC on January 1, 2005, by age (under 50 vs. 50-up), with age based on September 30, 2005. Table 3 of Exhibit 2 also shows the number of RIF-related separations that occurred during 2005. Table 4 of Exhibit 2 shows the impact of RIF-related separations by age, with age based on September 30, 2005. As shown in Table 4 of Exhibit 2, the RIF-related conduct of FDIC had a significant adverse discriminatory impact against employees in the 50-up age group.

13. My impact analysis for total FDIC found that the degree of adverse discriminatory impact against employees age 50-up was even greater when age was based on January 1, 2005 (RIF-related separation rate of 225.9%), rather than September 30, 2005 (RIF-related separation rate of 216.9%), as shown on Table 2 and Table 4 of Exhibit 2. Both figures were statistically significant, with differences exceeding 10 standard deviations.

14. The adverse impact ratios and Fisher's Exact Test statistics of my revised impact analysis for total FDIC in Table 4 of Exhibit 2 are almost identical to those in my report of January 28, 2008. Therefore, my conclusions are the same. The RIF-related conduct of FDIC in 2005 had an adverse discriminatory impact against "permanent" employees age 50-up (versus age Under 50) on an agencywide basis (i.e., for "FDIC Total").

Under penalty of perjury, the above statement is true and correct to the best of my knowledge, information, and belief.

_____
Lance W. Seberhagen

Done this nineteenth day of May 2008.

**Exhibit 1**                                                                 **Aliotta v. FDIC**

### DR. BODIAN - AMENDMENT TO SECOND DECLARATION, MAY 5, 2008

**Table 1**
**FDIC Total, 1/1/05**

| Group | Under 50 | 50-up | Total |
|---|---|---|---|
| Appt 01-02 | 3023 | 1742 | 4765 |
| Appt 06-07 | 199 | 192 | 391 |
| Total Perm | 3222 | 1934 | 5156 |

SOURCE: Bodian - Amended Declaration, 5/5/08.
Note: Age as of 1/1/05.

**Table 2**
**FDIC Total, 12/31/05**

| Group | Under 50 | 50-up | Total |
|---|---|---|---|
| Appt 01-02 | 2618 | 1545 | 4163 |
| Appt 06-07 | 99 | 184 | 283 |
| Total Perm | 2717 | 1729 | 4446 |

SOURCE: Bodian - Amended Declaration, 5/5/08.
Note: Age as of 12/31/05.

### DR. SEBERHAGEN - REVIEW OF DR. BODIAN'S AMENDED SECOND DECLATATION

**Table 3**
**FDIC Total, 1/1/05**                                                  **Error**

| Group | Under 50 | 50-up | Total |
|---|---|---|---|
| Appt 01-02 | 3022 | 1740 | 4762 |
| Appt 06-07 | 204 | 192 | 396 |
| Total Perm | 3226 | 1932 | 5158 |

Source: Seberhagen, May 2008.
Note: Age as of 1/1/05.
Note: Seberhagen mistakenly included 2005 new hires.
Note: Erroneous totals closely match Bodian totals.

**Table 4**
**FDIC Total, 12/31/05**

| Group | Under 50 | 50-up | Total |
|---|---|---|---|
| Appt 01-02 | 2617 | 1542 | 4159 |
| Appt 06-07 | 99 | 183 | 282 |
| Total Perm | 2716 | 1725 | 4441 |

Source: Seberhagen, May 2008.
Note: Age as of 12/31/05.

**Table 5**
**FDIC Total, 1/1/05**                                                  **Corrected**

| Group | Under 50 | 50-up | Total |
|---|---|---|---|
| Appt 01-02 | 2995 | 1737 | 4732 |
| Appt 06-07 | 172 | 191 | 363 |
| Total Perm | 3167 | 1928 | 5095 |

Source: Seberhagen, May 2008.
Note: Age as of 1/1/05.
Note: Corrected total -- 2005 new hires deleted.

6

**Exhibit 2**                                                                                      **Aliotta v. FDIC**

### Table 1
**Total FDIC - Permanent Employees as of 1/1/05 - Age as of 1/1/05**

| Age | Employed | Separations | | Status on 12/31/05 | | |
|---|---|---|---|---|---|---|
| 1/1/2005 | 1/1/2005 | RIF-Rel | Other | Separated | Employed | Total |
| Under 50 | 3167 | 280 | 14 | 294 | 2873 | 3167 |
| 50-up | 1928 | 385 | 14 | 399 | 1529 | 1928 |
| Total | 5095 | 665 | 28 | 693 | 4402 | 5095 |

### Table 2
**Total FDIC - Impact - Permanent Employees as of 1/1/05 - Age as of 1/1/05**

| Age | Employed | RIF-Rel Separations | | Employed /a | 125% | Fisher's | Diff in | Adverse |
|---|---|---|---|---|---|---|---|---|
| 1/1/2005 | 1/1/2005 | Number | Pct | 12/31/2005 | Rule /b | Exact Test | Std Dev | Impact |
| Under 50 | 3167 | 280 | 8.84% | 2887 | | | | |
| 50-up | 1928 | 385 | 19.97% | 1543 | 225.9% | FS = 126.56 prob < 0.0001% | 11.43 | Yes |
| Total | 5095 | 665 | 13.05% | 4430 | | | | |

a. Employed 1/1/05 minus RIF-related separations. Does not include 2005 new hires or "other" (non-RIF) separations.
b. Comparison = 19.97/8.84 = 225.9. Significant if greater than 125.0.
FS = Fisher's Statistic.          Prob = chance probability. Significant if 5.00% or less.
Std Dev = Standard deviation. Significant if greater than 2.00.

### Table 3
**Total FDIC - Permanent Employees as of 1/1/05 - Age as of 9/30/05**

| Age | Employed | Separations | | Status on 12/31/05 | | |
|---|---|---|---|---|---|---|
| 9/30/2005 | 1/1/2005 | RIF-Rel | Other | Separated | Employed | Total |
| Under 50 | 3004 | 265 | 14 | 279 | 2725 | 3004 |
| 50-up | 2091 | 400 | 14 | 414 | 1677 | 2091 |
| Total | 5095 | 665 | 28 | 693 | 4402 | 5095 |

### Table 4
**Total FDIC - Impact - Permanent Employees as of 1/1/05 - Age as of 9/30/05**

| Age | Employed | RIF-Rel Separations | | Employed /a | 125% | Fisher's | Diff in | Adverse |
|---|---|---|---|---|---|---|---|---|
| 9/30/2005 | 1/1/2005 | Number | Pct | 12/31/2005 | Rule /b | Exact Test | Std Dev | Impact |
| Under 50 | 3004 | 265 | 8.82% | 2739 | | | | |
| 50-up | 2091 | 400 | 19.13% | 1691 | 216.9% | FS = 113.36 prob < 0.0001% | 10.74 | Yes |
| Total | 5095 | 665 | 13.05% | 4430 | | | | |

a. Employed 1/1/05 minus RIF-related separations. Does not include 2005 new hires or "other" (non-RIF) separations.
b. Comparison = 19.13/8.82 = 216.9. Significant if greater than 125.0.
FS = Fisher's Statistic.          Prob = chance probability. Significant if 5.00% or less.
Std Dev = Standard deviation. Significant if greater than 2.00.