# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**RECEIVED** JAN 16 2007

**No. 06-5104**  September Term, 2006

05cv00968

**MANDATE**
Pursuant to the provisions of Fed. R. App.Pro.41(a)

ISSUED: _____
BY: _____, Deputy Clerk
ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

Filed On:

Catherine Silver,
    Appellant

v.

Michael O. Leavitt, Secretary of the United States Department of Health and Human Services,
    Appellee

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED NOV 17 2006
CLERK

**BEFORE:** Sentelle, Henderson, and Tatel, Circuit Judges

## ORDER

Upon consideration of the motion for summary affirmance and the response thereto, it is

**ORDERED** that the motion for summary affirmance be granted. The merits of the parties' positions are so clear as to warrant summary action. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam). Assuming *arguendo* such a claim is cognizable, the district court properly determined that appellant did not demonstrate she was a victim of either a continuing pattern of discrimination, see National RR Passenger Corp. v. Morgan, 536 U.S. 101, 113 (2002), or a hostile working environment. Cf. Faragher v. City of Boca Raton, 524 U.S. 775, 787 (1998). Furthermore, the district court properly dismissed appellant's claims relative to the 2002 vacancy announcement as untimely, see 29 U.S.C. § 1614.105(a)(1), and relative to the 2004 vacancy announcement for failure to exhaust administrative remedies. See Rann v. Chao, 346 F.3d 192, 195-96 (D.C. Cir. 2003). In addition, because appellant submitted essentially no evidence to buttress her disparate impact claim regarding the allegedly adverse impact upon employees over forty years of age, assuming *arguendo* such a claim is cognizable, that claim was also properly rejected by the district court. Finally, because appellant was not able to sustain her ultimate burden of persuasion regarding her claim of disparate treatment under the Age Discrimination in Employment Act, 29 U.S.C. § 621 et seq., the district court appropriately awarded summary judgment to the appellee relative to the 2003 vacancy claim. See generally Chappell-Johnson v. Powell, 440 F.3d 484, 487 (D.C. Cir. 2006).

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

No. 06-5104                                    September Term, 2006

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or rehearing en banc. See Fed. R. App. P. 41(b); D.C. Circuit Rule 41.

**Per Curiam**