UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BARBARA ALIOTTA, et al )<br>　　　　　　　　　　　　　　　　)<br>　　Plaintiffs,　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　v.　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>SHEILA C. BAIR,　　　　　　　　)<br>Chairman,　　　　　　　　　　　)<br>Federal Deposit Insurance Corporation, )<br>　　　　　　　　　　　　　　　　)<br>　　Defendant.　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　) | Case No. 1:05-cv-02325-RMU |

**DEFENDANT'S MOTION FOR LEAVE TO FILE A SUR-REPLY**

On July 8, 2008, Plaintiffs filed a Notice of Recent Supreme Court Decisions, ECF Doc. 55, concerning *Meacham v. Knolls Atomic Power Laboratory*, 128 S. Ct. 2395 (June 19, 2008) ("*Meacham*"), and *Gomez-Perez v. Potter*, 128 S. Ct. 1931 (May 27, 2008) ("*Gomez-Perez*"). Defendant filed a Memorandum in Response (ECF Doc. 56) and a related attachment (ECF Doc. 56-2) on July 17, 2008. On July 24, 2008, Plaintiffs filed a Reply to Defendant's Memorandum in Response to Plaintiffs' Notice of Recent Supreme Court Decisions, ECF Doc. 57 ("Reply").

In the Reply, Plaintiffs present the argument, for the first time, that 29 C.F.R. § 1625.7(c) "makes the RFOA affirmative defense unavailable" to the Defendant in this case. Reply at 3. As Plaintiffs candidly admit, this new argument has nothing to do with the recent Supreme Court cases which were the subject of their original filing on July 8. Reply at 4 and at 4 n. 1. Plaintiffs have not raised this argument nor cited 29 C.F.R. § 1625.7(c) in any of their previous filings.

Defendant files the instant motion for leave to file a sur-reply in order to address this new issue raised by Plaintiffs. Such motions are "routinely grant[ed] . . . when a party is 'unable to

contest matters presented to the court for the first time' in the last scheduled pleading." *Ben-Kotel v. Howard Univ.*, 319 F.3d 532, 536 (D.C. Cir. 2003) (quoting *Lewis v. Rumsfeld*, 154 F. Supp. 2d 56, 61 (D.D.C. 2001)); *see also*, *Alexander v. FBI*, 186 F.R.D. 71, 74 (D.D.C. 1998). Since this is the precise situation here, Defendant requests leave to file a sur-reply. After consultation as required by LCvR 7(m), counsel for Plaintiffs has indicated that he consents to this motion.

Respectfully submitted,

*/s/ William S. Jones*

_____
William S. Jones
Georgia Bar No. 404288
Counsel, Legal Division
Federal Deposit Insurance Corporation
3501 N. Fairfax Drive (VS-E6006)
Arlington, VA 22226
(703) 562-2362
(703) 562-2482 (Fax)

Stephen J. Kessler
D.C. Bar No. 382427
Counsel, Legal Division
Federal Deposit Insurance Corporation
3501 N. Fairfax Drive (VS-E6014)
Arlington, VA 22226
(703) 562-2311
(703) 562-2482 (Fax)

Attorneys for Defendant

Dated: July 25, 2008