UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA ALIOTTA, et al and<br>  Others similarly situated,<br><br>            Plaintiffs,<br><br>v.<br><br>SHELA C. BAIR,<br>CHAIRMAN, FEDERAL DEPOSIT<br>INSURANCE CORPORATION,<br><br>            Defendant. | )<br>)<br>)  Case Number 1: 05CV02325-RMU<br>)<br>)<br>)<br>)  ADEA<br>)<br>)  Class Action<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF RECENT AUTHORITIES

PLEASE TAKE NOTICE of the Eighth Circuit Court of Appeal's June 10, 2008 opinion in E.E.O.C. v. Allstate Ins. Co., 528 F.3d 1042, 1049-52 (8th Cir. 2008), which is relevant to *prima facie* showing of disparate impact under the ADEA.

                                        Respectfully Submitted,

                                        ROSE & ROSE, P.C.

                                        /s/ David L. Rose
                                        David L. Rose, DC Bar #376379
                                        Joshua N. Rose, DC Bar #420606
                                        Yuval Rubinstein, DC Bar #503489
                                        1320 19th St. N. W., Suite 601
                                        Washington DC 20036
                                        Phone (202) 331-8555
August 20, 2008                         Fax (202) 331-0996
                                        daver@roselawyers.com
                                        josh@roselawyers.com
                                        yrubinstein@roselawyers.com