UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA ALIOTTA, et al. and<br>Others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>SHEILA BAIR, CHAIRMAN,<br>FEDERAL DEPOSIT INSURANCE<br>CORPORATION,<br><br>　　　　　　　　Defendant. | )<br>)<br>) Civil Action No. 05CV02325- RMU<br>)<br>)<br>) Class Action<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**FILED**

JUL 7 - 2009

NANCY MAYER WHITTINGTON, CLERK
U S. DISTRICT COURT

## FINAL JUDGMENT

For the reasons set forth in the Order and Memorandum Opinion granting Defendant's Motion for Summary Judgment entered September 18, 2008, the Memorandum Opinion denying Plaintiffs' Motion to Alter or Amend Judgment entered June 10, 2009, and based on the record as a whole, it is hereby

ORDERED that final judgment is entered in favor of Defendant Federal Deposit Insurance Corporation, and the case is dismissed as to all plaintiffs.

SO ORDERED this 6th day of July 2009

_____
RICARDO M. URBINA
United States District Judge